# EXHIBIT 12

| State | Total VOTES |
|---|---|
| MICHIGAN | 202,657 |
| PENNSYLVANIA | 188,078 |
| WISCONSIN | 70,524 |
| ARIZONA | 47,372 |
| GEORGIA | 47,233 |
| **Grand Total** | **555,864** |



| | PA | GA | AZ | MI | WI |
|---|---|---|---|---|---|
| Biden | 3,458,229 | 2,473,633 | 1,672,143 | 2,804,040 | 1,630,673 |
| Trump | 3,377,674 | 2,461,854 | 1,661,686 | 2,649,852 | 1,610,065 |
| **Diff** | **80,555** | **11,779** | **10,457** | **154,188** | **20,608** |
| Switch | 188,078 | 47,233 | 47,372 | 202,657 | 70,524 |
| **Trump** | **107,523** | **35,454** | **36,915** | **48,469** | **49,916** |

| State | Switched VOTES |
|---|---|
| ALLEGHENY COU | 67,033 |
| ADAMS COUNTY | 33,111 |
| ANTRIM COUNTY | 13,637 |
| CLARK COUNTY | 23,909 |
| DANE COUNTY | 46,615 |
| DELTA COUNTY | 3,215 |
| EMMET COUNTY | 3,477 |
| GWINNETT COUN | 47,233 |
| HOUGHTON COU | 1,143 |
| KALAMAZOO COU | 55,315 |
| LANCASTER COU | 65,901 |
| MONTGOMERY C | 22,033 |
| OAKLAND COUNT | 96,862 |
| PIMA COUNTY EL | 47,372 |
| WAYNE COUNTY | 29,008 |
| **Grand Total** | **555,864** |

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | US ELECTION FRAUD 2020 | | | | | | |
| 2 | FOREIGN INTERFERENCE | | | | | | |
| 3 | | | | | | | |
| 4 | **DATE** | **SOURCE** | **LAT** | **LONG** | **PROVINCE** | **CITY** | **COUNTRY** |
| 5 | 11/3/2020 22:49 | 180.76.4.109 | 39.9042 | 116.407 | BEIJING | BEIJING | CHINA |
| 6 | 11/5/2020 5:02 | 202.46.63.102 | 22.5414 | 114.123 | GUANGDONG | SHENZHEN | CHINA |
| 7 | 11/4/2020 11:49 | 202.112.126.88 | 39.9696 | 116.319 | Haidian | Beijing | CHINA |
| 8 | 11/5/2020 17:18 | 180.76.6.62 | 39.9042 | 116.407 | BEIJING | BEIJING | CHINA |
| 9 | 11/5/2020 5:09 | 36.250.242.65 | 31.0549 | 121.3493 | Shanghai | Shanghai | CHINA |
| 10 | 11/4/2020 6:42 | 121.169.194.16 | 37.4331 | 127.1375 | Gyeonggi-do | Seongnam-si | S. KOREA |
| 11 | 11/3/2020 20:47 | 202.46.50.140 | 22.5414 | 114.123 | GUANGDONG | SHENZHEN | CHINA |
| 12 | 11/4/2020 0:29 | 220.181.108.155 | 39.9042 | 116.407 | BEIJING | BEIJING | CHINA |
| 13 | 11/4/2020 22:06 | 183.12.143.105 | 22.5333 | 114.1333 | Shenzhen | Guangdong | CHINA |
| 14 | 11/5/2020 16:44 | 178.137.5.18 | 49.982 | 36.2566 | Kharkivska Oblast | Kharkiv | UKRAINE |
| 15 | 11/5/2020 10:05 | 112.25.14.21 | 31.299 | 120.585 | Jiangsu | Suzhou | CHINA |
| 16 | 11/5/2020 4:59 | 124.240.187.80 | 39.9042 | 116.407 | BEIJING | BEIJING | CHINA |
| 17 | 11/4/2020 4:54 | 123.125.71.96 | 39.9906 | 116.2887 | Haidian | Beijing | CHINA |
| 18 | 11/4/2020 23:03 | 180.76.5.142 | 39.9042 | 116.407 | Beijing | Beijing | CHINA |
| 19 | 11/4/2020 20:32 | 220.225.11.77 | 22.5602 | 88.3698 | Kolkata | West Bengal | INDIA |
| 20 | 11/4/2020 3:27 | 77.237.73.3 | 35.6892 | 51.389 | TEHRAN | TEHRAN | IRAN |
| 21 | 11/3/2020 23:04 | 182.68.255.4 | 28.4167 | 77.306 | HARYANA | FARIDABAD | INDIA |
| 22 | 11/4/2020 17:17 | 177.1.64.170 | -16.6391 | -49.2622 | Goias | Goi√¢nia | BRAZIL |
| 23 | 11/4/2020 1:50 | 5.9.223.248 | 49.4542 | 11.0775 | Bavaria | Nurnberg | GERMANY |
| 24 | 11/4/2020 5:38 | 82.9.64.214 | 54.5746 | -1.927 | Middlesbrough | England | UK |

|   | A | H | I |
|---|---|---|---|
| 1 | US ELECTION FRAUD 2020 | | |
| 2 | FOREIGN INTERFERENCE | | |
| 3 | | | |
| 4 | **DATE** | **SOURCE** | **NETWORK** |
| 5 | 11/3/2020 22:49 | BEIJING BAIDU NETCOM SCIENCE AND TECHNOL | Beijing Baidu Netcom Science and Technology Co. Ltd. |
| 6 | 11/5/2020 5:02 | SHENZHEN SUNRISE TECHNOLOGY CO.,LTD. 200 | Beijing Baidu Netcom Science and Technology Co. Ltd. |
| 7 | 11/4/2020 11:49 | ~{VP9ZHKCQ4SQ"~} RENMIN UNIVERSITY OF C | China Education and Research Network Center |
| 8 | 11/5/2020 17:18 | BEIJING BAIDU NETCOM SCIENCE AND TECHNOL | Beijing Baidu Netcom Science and Technology Co. Ltd. |
| 9 | 11/5/2020 5:09 | CN QUANZHOU CITY, FUJIAN PROVINCIAL NETW | China Unicom Fujian Province Network |
| 10 | 11/4/2020 6:42 | KOREA TELECOM KR | Korea Telecom |
| 11 | 11/3/2020 20:47 | SHENZHEN SUNRISE TECHNOLOGY CO.,LTD. 200 | Beijing Baidu Netcom Science and Technology Co. Ltd. |
| 12 | 11/4/2020 0:29 | CN CHINANET BEIJING PROVINCE NETWORK CHI | IDC China Telecommunications Corporation |
| 13 | 11/4/2020 22:06 | CHINANET GUANGDONG PROVINCE NETWORK DATA | Chinanet |
| 14 | 11/5/2020 16:44 | KYIVSTAR GSM UKRAINIAN MOBILE PHONE OPER | Kyivstar GSM |
| 15 | 11/5/2020 10:05 | CHINA MOBILE COMMUNICATIONS CORPORATION | China Mobile Communications Corporation |
| 16 | 11/5/2020 4:59 | ZHONGYUAN PETROLEUM EXPLORE BUREAU COMMU | CNC Group CHINA169 Henan Province Network |
| 17 | 11/4/2020 4:54 | YBV CN | China Unicom Beijing Province Network |
| 18 | 11/4/2020 23:03 | BEIJING BAIDU NETCOM SCIENCE AND TECHNOL | Beijing Baidu Netcom Science and Technology Co. Ltd. |
| 19 | 11/4/2020 20:32 | THIS SPACE IS STATICALLY ASSIGNED IN | Reliance Communications Limited |
| 20 | 11/4/2020 3:27 | IR | Toesegaran Shabakeh Arseh Novin Ltd |
| 21 | 11/3/2020 23:04 | BHARTI TELENET LTD. NEW DELHI 224 OKHLA | Bharti Airtel |
| 22 | 11/4/2020 17:17 | BRASIL TELECOM S/A - FILIAL DISTRITO FED | Brasil Telecom S/A - Filial Distrito Federal |
| 23 | 11/4/2020 1:50 | HOS-359860 DE | Hetzner Online AG |
| 24 | 11/4/2020 5:38 | MIDDLESBROUGH GB | Virgin Media |

|   | A | J | K |
|---|---|---|---|
| 1 | US ELECTION FRAUD 2020 | | |
| 2 | FOREIGN INTERFERENCE | | |
| 3 | | | |
| 4 | **DATE** | **NETWORK NAME** | **NETWORK REGISTRATION** |
| 5 | 11/3/2020 22:49 | ShenZhen Sunrise Technology Co. Ltd. | AS55967 Beijing Baidu Netcom Science and Technology Co. Ltd. |
| 6 | 11/5/2020 5:02 | ShenZhen Sunrise Technology Co. Ltd. | AS55967 Beijing Baidu Netcom Science and Technology Co. Ltd. |
| 7 | 11/4/2020 11:49 | CRMU | AS4538 China Education and Research Network Center |
| 8 | 11/5/2020 17:18 | Beijing Baidu Netcom Science and Technology Co. Ltd. | AS55967 Beijing Baidu Netcom Science and Technology Co. Ltd. |
| 9 | 11/5/2020 5:09 | China Unicom Fujian | AS4837 CHINA UNICOM China169 Backbone |
| 10 | 11/4/2020 6:42 | (ju)tinet | AS4766 Korea Telecom |
| 11 | 11/3/2020 20:47 | ShenZhen Sunrise Technology Co. Ltd. | AS55967 Beijing Baidu Netcom Science and Technology Co. Ltd. |
| 12 | 11/4/2020 0:29 | Chinanet GD | AS23724 IDC China Telecommunications Corporation |
| 13 | 11/4/2020 22:06 | Chinanet GD | AS4134 CHINANET-BACKBONE |
| 14 | 11/5/2020 16:44 | KSNET-AS | AS15895 Kyivstar PJSC |
| 15 | 11/5/2020 10:05 | China Mobile Communications Corporation | AS56046 China Mobile communications corporation |
| 16 | 11/5/2020 4:59 | Zhongyuan Petroleum Explore Bureau Communication Company | AS4837 CHINA UNICOM China169 Backbone |
| 17 | 11/4/2020 4:54 | China Unicom Beijing | AS4808 China Unicom Beijing Province Network |
| 18 | 11/4/2020 23:03 | Beijing Baidu Netcom Science and Technology Co. Ltd. | AS55967 Beijing Baidu Netcom Science and Technology Co. Ltd. |
| 19 | 11/4/2020 20:32 | Reliance Communication Ltd | AS18101 Reliance Communications Ltd.DAKC MUMBAI |
| 20 | 11/4/2020 3:27 | Novinhost TebyanIDC | AS209836 Toesegaran Shabakeh Arseh Novin Ltd |
| 21 | 11/3/2020 23:04 | Bharti Telenet Ltd. | AS24560 Bharti Airtel Ltd. Telemedia Services |
| 22 | 11/4/2020 17:17 | Brasil Telecom S/A - Filial Distrito Federal | AS8167 Brasil Telecom S/A - Filial Distrito Federal |
| 23 | 11/4/2020 1:50 | Hetzner Online GmbH | AS24940 Hetzner Online GmbH |
| 24 | 11/4/2020 5:38 | Virgin Media Limited | AS5089 Virgin Media Limited |

| | A | L | M | N | O | P |
|---|---|---|---|---|---|---|
| 1 | US ELECTION FRAUD 2020 | | | | | |
| 2 | FOREIGN INTERFERENCE | | | | | |
| 3 | | | | | | |
| 4 | **DATE** | **NETWORK CODE** | **TARGET** | **LAT** | **LONG** | **STATE** |
| 5 | 11/3/2020 22:49 | Baidu | 198.108.253.104 | 45.7452 | 87.0646 | MICHIGAN |
| 6 | 11/5/2020 5:02 | Baidu | 66.129.42.43 | 45.0275 | 84.6748 | MICHIGAN |
| 7 | 11/4/2020 11:49 | ERX-CERNET-BKB | 159.233.2.2 | 32.2217 | 110.9265 | ARIZONA |
| 8 | 11/5/2020 17:18 | Baidu | 199.224.22.10 | 40.4406 | 79.9959 | PENNSYLVANIA |
| 9 | 11/5/2020 5:09 | CHINA169-Backbone | 68.185.163.98 | 44.7577 | 90.2968 | WISCONSIN |
| 10 | 11/4/2020 6:42 | KIXS-AS-KR | 216.245.224.155 | 44.8344 | 85.2826 | MICHIGAN |
| 11 | 11/3/2020 20:47 | Baidu | 159.233.0.55 | 32.2217 | 110.9265 | ARIZONA |
| 12 | 11/4/2020 0:29 | CHINANET-IDC-BJ-AP | 170.125.0.22 | 43.0775 | 89.3931 | WISCONSIN |
| 13 | 11/4/2020 22:06 | CHINANET-BACKBONE | 74.174.32.3 | 33.749 | 84.388 | GEORGIA |
| 14 | 11/5/2020 16:44 | AS15895 | 50.239.65.95 | 42.3314 | 83.0457 | MICHIGAN |
| 15 | 11/5/2020 10:05 | CMNET-Jiangsu-AP | 66.216.167.151 | 40.0379 | 76.3055 | PENNSYLVANIA |
| 16 | 11/5/2020 4:59 | CHINA169-Backbone | 208.90.188.132 | 39.0997 | 94.5786 | PENNSYLVANIA |
| 17 | 11/4/2020 4:54 | CHINA169-BJ | 208.90.188.136 | 39.0997 | 94.5786 | PENNSYLVANIA |
| 18 | 11/4/2020 23:03 | Baidu | 34.192.0.124 | 39.0437 | 77.4875 | MICHIGAN |
| 19 | 11/4/2020 20:32 | RELIANCE-COMMUNICATIONS-IN | 34.192.0.58 | 39.0437 | 77.4875 | MICHIGAN |
| 20 | 11/4/2020 3:27 | NHCO | 216.245.226.122 | 44.8344 | 85.2826 | MICHIGAN |
| 21 | 11/3/2020 23:04 | AIRTELBROADBAND-AS-AP | 67.192.61.135 | 32.7831 | 96.8067 | MICHIGAN |
| 22 | 11/4/2020 17:17 | Brasil Telecom S/A - Filial Distrito Federal | 34.192.0.65 | 39.0437 | 77.4875 | MICHIGAN |
| 23 | 11/4/2020 1:50 | AS24940 HOS | 199.250.192.30 | 38.8951 | 77.0364 | MICHIGAN |
| 24 | 11/4/2020 5:38 | AS5089-NTL | 199.250.192.96 | 38.8951 | 77.0364 | MICHIGAN |

|   | A | Q | R | S | T | U |
|---|---|---|---|---|---|---|
| 1 | US ELECTION FRAUD 2020 | | | | | |
| 2 | FOREIGN INTERFERENCE | | | | | |
| 3 | | | | | | |
| 4 | **DATE** | **ENTRY POINT / OWNER** | **NETWORK REGISTRATION** | **NETWORK CODE** | **INTRUSION** | **SUCCESS** |
| 5 | 11/3/2020 22:49 | DELTA COUNTY | AS237 Merit Network Inc. | AS237 | BOTH | Y |
| 6 | 11/5/2020 5:02 | EMMET COUNTY | AS26981 Gaslight Media | AS26981 | * | Y |
| 7 | 11/4/2020 11:49 | PIMA COUNTY ELECTIONS | AS13829 Pima County | AS13829 | CREDENTIALS | Y |
| 8 | 11/5/2020 17:18 | ALLEGHENY COUNTY | AS54559 COUNTY OF ALLEGHENY | AS54559 | BOTH | Y |
| 9 | 11/5/2020 5:09 | CLARK COUNTY | AS20115 Charter Communications | AS20115 | FIREWALL | Y |
| 10 | 11/4/2020 6:42 | ANTRIM COUNTY | AS27192 Chain O' Lakes Internet | AS27192 | BOTH | Y |
| 11 | 11/3/2020 20:47 | PIMA COUNTY ELECTIONS | AS13829 Pima County | AS13829 | CREDENTIALS | Y |
| 12 | 11/4/2020 0:29 | DANE COUNTY | AS25979 CITY OF MADISON | AS25979 | BOTH | Y |
| 13 | 11/4/2020 22:06 | GWINNETT COUNTY ELECTION | AS36542 Gwinnett County Government | AS36542 | CREDENTIALS | Y |
| 14 | 11/5/2020 16:44 | WAYNE COUNTY | AS7922 Comcast Cable Communications, LLC | AS7922 | FIREWALL | Y |
| 15 | 11/5/2020 10:05 | ADAMS COUNTY ELECTION | AS7029 Windstream Communications LLC | AS7029 | * | Y |
| 16 | 11/5/2020 4:59 | MONTGOMERY COUNTY | AS36489 Netsolus.com Inc. | AS36489 | BOTH | Y |
| 17 | 11/4/2020 4:54 | LANCASTER COUNTY | AS36489 Netsolus.com Inc. | AS36489 | CREDENTIALS | Y |
| 18 | 11/4/2020 23:03 | OAKLAND COUNTY | AS14618 Amazon.com, Inc. | AS14618 | BOTH | Y |
| 19 | 11/4/2020 20:32 | OAKLAND COUNTY | AS14618 Amazon.com, Inc. | AS14618 | CREDENTIALS | Y |
| 20 | 11/4/2020 3:27 | ANTRIM COUNTY | AS27192 Chain O' Lakes Internet | AS27192 | * | Y |
| 21 | 11/3/2020 23:04 | HOUGHTON COUNTY | AS33070 Rackspace Hosting | AS33070 | FIREWALL | Y |
| 22 | 11/4/2020 17:17 | OAKLAND COUNTY | AS14618 Amazon.com, Inc. | AS14618 | CREDENTIALS | Y |
| 23 | 11/4/2020 1:50 | KALAMAZOO COUNTY | AS54641 InMotion Hosting, Inc. | AS54641 | * | Y |
| 24 | 11/4/2020 5:38 | KALAMAZOO COUNTY | AS54641 InMotion Hosting, Inc. | AS54641 | CREDENTIALS | Y |

|    | A | V | W | X |
|----|---|---|---|---|
| 1  | US ELECTION FRAUD 2020 | | | |
| 2  | FOREIGN INTERFERENCE | | | |
| 3  | | | | |
| 4  | **DATE** | **TRACE** | **CHANGED** | **VOTES** |
| 5  | 11/3/2020 22:49 | Y | TRUMP: DOWN | 3215 |
| 6  | 11/5/2020 5:02 | Y | TRUMP: DOWN | 3477 |
| 7  | 11/4/2020 11:49 | Y | TRUMP: DOWN | 33066 |
| 8  | 11/5/2020 17:18 | N | TRUMP: DOWN | 67033 |
| 9  | 11/5/2020 5:09 | N | TRUMP: DOWN | 23909 |
| 10 | 11/4/2020 6:42 | N | TRUMP: DOWN | 6432 |
| 11 | 11/3/2020 20:47 | N | TRUMP: DOWN | 14306 |
| 12 | 11/4/2020 0:29 | N | TRUMP: DOWN | 46615 |
| 13 | 11/4/2020 22:06 |   | TRUMP: DOWN | 47233 |
| 14 | 11/5/2020 16:44 |   | TRUMP: DOWN | 29008 |
| 15 | 11/5/2020 10:05 | N | TRUMP: DOWN | 33111 |
| 16 | 11/5/2020 4:59 |   | TRUMP: DOWN | 22033 |
| 17 | 11/4/2020 4:54 | Y | TRUMP: DOWN | 65901 |
| 18 | 11/4/2020 23:03 | Y | TRUMP: DOWN | 49912 |
| 19 | 11/4/2020 20:32 | Y | TRUMP: DOWN | 33501 |
| 20 | 11/4/2020 3:27 | Y | TRUMP: DOWN | 7205 |
| 21 | 11/3/2020 23:04 | Y | TRUMP: DOWN | 1143 |
| 22 | 11/4/2020 17:17 | Y | TRUMP: DOWN | 13449 |
| 23 | 11/4/2020 1:50 | Y | TRUMP: DOWN | 24311 |
| 24 | 11/4/2020 5:38 | Y | TRUMP: DOWN | 31004 |