**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., | ) |
| | ) |
| DOMINION VOTING SYSTEMS, INC., and | ) |
| | ) |
| DOMINION VOTING SYSTEMS | ) |
| CORPORATION, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 1:21-cv-00445 |
| | ) |
| MY PILLOW, INC. and | ) |
| | ) |
| MICHAEL J. LINDELL, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF FILING EXHIBITS

1.     Plaintiffs hereby give notice of filing the attached exhibits, which are exhibits to the Complaint filed on February 17, 2021 in the case captioned above [D.E. 1] and listed below. All exhibits listed below have been electronically filed pursuant to LCvR 5.4(a) unless otherwise noted.

2.     Due to their nature, certain exhibits listed below are unable to be filed electronically through the Court's ECF System.  These exhibits are identified in the "Location" column below. A transcribed copy of each of those exhibits has been electronically filed through the Court's ECF System with the corresponding Exhibit Number pursuant to LCvR 5.4(a), unless otherwise noted. Upon request, Plaintiffs can arrange for files of those exhibits to be delivered to the Court.

| Exhibit No. | Description | Location |
|---|---|---|
| 1 | Georgia Secretary of State, *Elections Security Is Our Top Priority: Security-Focused Tech Company, Dominion Voting to Implement New* | |

| | | |
|---|---|---|
| | *Verified Paper Ballot System*, available at, https://sos.ga.gov/securevoting/. | |
| 2 | Emma Brown, Aaron C. Davis & Alice Crites, *Sidney Powell's secret 'military intelligence expert,' key to fraud claims in election lawsuits, never worked in military intelligence*, Wash. Post (Dec. 11, 2020), available at, https://www.washingtonpost.com/investigations/sidney-powell-spider-spyder-witness/2020/12/11/0cd567e6-3b2a-11eb-98c4-25dc9f4987e8_story.html. | |
| 3 | Letter from T. Clare and M. Meier to S. Powell (Dec. 16, 2020). | |
| 9 | Lin Wood (@LLinWood), Twitter (Jan. 1, 2021), previously available at, https://twitter.com/LLinWood/status/1345067881319587840; Lin Wood (@LLinWood), Twitter (Jan. 4, 2021), previously available at, https://twitter.com/LLinWood/status/1345991175690457091; LLinWood (@linwood), Parler (Jan. 4, 2021), previously available at, https://parler.com/post/99be4095510747c2928ed02a4bc41a18. | |
| 10 | Dominion Certification (Aug. 9, 2019), available at, https://sos.ga.gov/admin/uploads/Dominion_Certification.pdf. | |
| 11 | Georgia Secretary of State, *Historic First Statewide Audit of Paper Ballots Upholds Result of Presidential Race*, available  at, https://sos.ga.gov/index.php/elections/historic_first_statewide_audit_of_paper_ballots_upholds_result_of_presidential_race. | |
| 12 | Georgia Secretary of State, *3rd Strike Against Voter Fraud Claims Means They're Out After Signature Audit Finds No Fraud*, https://sos.ga.gov/index.php/elections/3rd_strike_against_voter_fraud_claims_means_theyre_out_after_signature_audit_finds_no_fraud. | |
| 13 | Amy Gardner & Paulina Firozi, *Here's the full transcript and audio of the call between Trump and Raffensperger*, Wash. Post, (Jan. 3, 2021), available at, https://www.washingtonpost.com/politics/trump-raffensperger-call-transcript-georgia-vote/2021/01/03/2768e0cc-4ddd-11eb-83e3-322644d82356_story.html. | |
| 14 & 14-V | *WATCH: Georgia election officials reject Trump call to 'find' more votes*, PBS (Jan. 4, 2021), | This exhibit is an audio/video file, which is not a format that |

| | | |
|---|---|---|
| | available at, https://www.pbs.org/newshour/politics/watch-live-georgia-secretary-of-states-office-holds-press-conference. | readily permits electronic filing.  A transcript of this audio/video file has been electronically filed with the corresponding exhibit number.  This exhibit is maintained by counsel and available upon request. |
| 15 | *Trump still wins small Michigan county after hand recount*, Associated Press (Dec. 17, 2020), available at, https://apnews.com/article/election-2020-joe-biden-donald-trump-michigan-elections-07e52e643d682c8033a0f26b0d863387. | |
| 16 | Nick Corasaniti, Reid J. Epstein & Jim Rutenberg, *The Times Called Officials in Every State: No Evidence of Voter Fraud*, N. Y. Times (Nov. 10, 2020), available at, https://www.nytimes.com/2020/11/10/us/politics/voting-fraud.html. | |
| 17 | Abigail Censky, *How Misinformation Lit The Fire Under A Year Of Political Chaos In Michigan*, NPR (Jan. 1, 2021), available at, https://www.npr.org/2021/01/01/952528193/how-misinformation-lit-the-fire-under-a-year-of-political-chaos-in-michigan. | |
| 18 | Letter from Clint Hickman to Maricopa County Voters (Nov. 17, 2020), available at, https://www.maricopa.gov/DocumentCenter/View/64676/PR69-11-17-20-Letter-to-Voters. | |
| 19 | Cybersecurity & Infrastructure Security Agency, *Joint Statement From Elections Infrastructure Government Coordinating Council & The Election Infrastructure Sector Coordinating Executive Committees* (Nov. 12, 2020), available at, https://www.cisa.gov/news/2020/11/12/joint-statement-elections-infrastructure-government-coordinating-council-election. | |
| 42 | *AG, SOS: Plaintiff's Report in Antrim County Election Lawsuit Demonstrates Lack of Credible Evidence in Widespread Fraud or Wrongdoing*, Michigan Dep't of Attorney General (Dec. 14, 2020), available at, https://www.michigan.gov/ag/0,4534,7-359-92297_47203-547422--,00.html. | |
| 43 | Michael Balsamo, *Disputing Trump, Barr says no widespread election fraud*, Associated Press (Dec. 1, 2020), available at, https://apnews.com/article/b | |

| | | |
|---|---|---|
| | arr-no-widespread-election-fraud-b1f1488796c9a98c4b1a9061a6c7f49d. | |
| 44 & 44-V | *Sidney Powell, Lin Wood attend 'Stop the Steal' rally in Georgia*, YouTube, (Dec. 2, 2020), available at, https://www.youtube.com/watch?v=pq-_B5z3QIA (last visited Feb. 3, 2021) . | This exhibit is an audio/video file, which is not a format that readily permits electronic filing.  A transcript of this audio/video file has been electronically filed with the corresponding exhibit number.  This exhibit is maintained by counsel and available upon request. |
| 47 | Tony Adams, Prof. Andrew W Appel, et al., *Scientists say no credible evidence of computer fraud in the 2020 election outcome, but policymakers must work with experts to improve confidence*, Matt Blaze (Nov. 16, 2020), available at, https://www.mattblaze.org/papers/election2020.pdf. | |
| 56 | John Savage, *Texas Tea Partiers Are Freaking Out Over 'Deep State' Conspiracy Theories*, Vice (Sept. 20, 2018), available at, https://www.vice.com/en/article/mbwgxx/texas-tea-partiers-are-freaking-out-over-deep-state-conspiracy-theories. | |
| 57 | Clara Hendrickson, *Affidavit in Michigan lawsuit seeking to overturn election makes wildly inaccurate claims about vote*, PolitiFact (Dec. 4, 2020), available at, https://www.politifact.com/factchecks/2020/dec/04/russell-james-ramsland-jr/affidavit-michigan-lawsuit-seeking-overturn-electi/. | |
| 58 | Ali Swenson, *Report spreads debunked claims about Dominion machines in Michigan county*, Associated Press (Dec. 15, 2020), available at, https://apnews.com/article/fact-checking-afs:Content:9847904839. | |
| 59 | Todd Spangler, *Former election security chief for Trump knocks down Antrim County report*, The Detroit Free Press (Dec. 16, 2020), available at, https://www.freep.com/story/news/politics/elections/2020/12/16/antrim-county-report-debunked-by-former-trump-election-official/3923499001/. | |
| 129 | *Frequently Asked Questions*, EAC, available at, https://www.eac.gov/voting-equipment/frequently-asked-questions. | |

4

| 141 | *How the U.S. Election Assistance Commission Facilitates Fair and Secure Elections*, EAC, available at, https://www.eac.gov/news/2020/12/03/how-us-election-assistance-commission-facilitates-fair-and-secure-elections/. | |
| 154 | Alan Feuer, *Dominion demands that Sidney Powell retract 'baseless and false allegations' about voting machines*, N.Y. Times (Dec. 17, 2020), available at, https://www.nytimes.com/2020/12/17/us/dominion-demands-that-sidney-powell-retract-baseless-and-false-allegations-about-voting-machines.html. | |
| 167 | Emma Brown, *Dominion sues pro-Trump lawyer Sidney Powell, Seeking more than $1.3 billion*, Wash. Post (Jan. 8, 2021), available at, https://www.washingtonpost.com/politics/dominion-sues-pro-trump-lawyer-sidney-powell-seeking-more-than-13-billion/2021/01/08/ebe5dbe0-5106-11eb-b96e-0e54447b23a1_story.html. | |
| 168 | Alison Durkee, *Dominion Demands Sidney Powell Retract 'Knowingly Baseless' Voting Machine Conspiracy Theory*, Forbes (Dec. 17, 2020), available at, https://www.forbes.com/sites/alisondurkee/2020/12/17/dominion-demands-sidney-powell-retract-knowingly-baseless-voting-machine-conspiracy-theory/?sh=4cc7cd453db0. | |
| 169 | Kaitlan Collins, Kevin Liptak & Pamela Brown, *Trump campaign told to preserve all documents related to Sidney Powell and Dominion Voting Systems*, CNN (Dec. 19, 2020), available at, https://www.cnn.com/2020/12/19/politics/trump-campaign-sidney-powell-dominion-voting-systems/index.html. | |
| 219 | *Testing & Certification Program Manual, Version 2.0*, EAC (May 31, 2015), available at, https://www.eac.gov/sites/default/files/eac_assets/1/28/Cert%20Manual%207%208%2015%20FINAL.pdf | |
| 228 | My Pillow, Better Business Bureau, available at, https://www.bbb.org/us/mn/chaska/profile/pillows/my-pillow-inc-0704-96152336. | |
| 230 | Sapna Maheshwari & Tiffany Hsu, *MyPillow C.E.O's Trump Conspiracy Theories Put Company on the Spot*, N.Y. Times (Feb. 5, 2021), available at, https://www.nytimes.com/2021/01/27/business/mike-lindell-mypillow.html. | |

| 231 | Tiffany Hsu, *As Corporate America Flees Trump, MyPillow's C.E.O. Stands by Him*, N.Y. Times (Jan. 12, 2021), available at, https://www.nytimes.com/2021/01/12/business/media/mypillow-mike-lindell-trump.html. | |
|---|---|---|
| 232 | Haley Victory Smith, *Thirty-eight percent of Tucker Carlson's advertising came from MyPillow in 2020, data firm estimates*, Wash. Examiner (July 7, 2020), available at, https://www.washingtonexaminer.com/news/thirty-eight-percent-of-tucker-carlsons-advertising-came-from-mypillow-in-2020-data-firm-estimates. | |
| 233 & 233-V | *Tucker Carlson Hosts MyPillow Guy, One of His Few Remaining Advertisers, For Fawning Interview*, YouTube (Dec. 22, 2020), available at, https://www.youtube.com/watch?v=xXlx1Uz4Ujs&feature=youtu.be. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing.  A transcript of this audio/video file has been electronically filed with the corresponding exhibit number.  This exhibit is maintained by counsel and available upon request. |
| 234 | Betsy Klein, *How Mike Lindell, the MyPillow guy, became a midterm messenger*, CNN (Nov. 4, 2018), available at, https://www.cnn.com/2018/11/03/politics/donald-trump-mike-lindell-mypillow-midterms/index.html. | |
| 235 & 235-V | *Why Now is the Time to Stand Up for America*, ThriveTime Show (Dec. 23, 2020), available at, https://www.thrivetimeshow.com/business-podcasts/mike-lindell-the-my-pillow-founder-why-now-is-the-time-to-stand-up-for-america-the-freedoms-we-enjoy-and-president-donald-j-trump/. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing.  A transcript of this audio/video file has been electronically filed with the corresponding exhibit number.  This exhibit is maintained by counsel and available upon request. |
| 236 & 236-V | *FlashPoint: Stand Firm! Mike Lindell, Hank Kunneman and Mario Murillo*, The Victory Channel (Dec. 23, 2020), available at, https://www.youtube.com/watch?v=kPhpPLknmBw. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing.  A transcript of this audio/video file has been electronically filed with the corresponding exhibit number.  This exhibit is |

| | | |
|---|---|---|
| | | maintained by counsel and available upon request. |
| 237 & 237-V | *MyPillow CEO Mike Lindell Joins John Di Lemme LIVE on the Biden Scam Series*, Conservative Business Journal (Dec. 11, 2020), available at, https://www.conservativebusinessjournal.com/podcast/mypillow-ceo-mike-lindell-biden-scam-series/. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing.  A transcript of this audio/video file has been electronically filed with the corresponding exhibit number.  This exhibit is maintained by counsel and available upon request. |
| 238 & 238-V | *My Pillow gets endorsement from President Trump*, YouTube (July 20, 2017), available at, https://www.youtube.com/watch?v=tSv_cGUhHOI. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing.  A transcript of this audio/video file has been electronically filed with the corresponding exhibit number.  This exhibit is maintained by counsel and available upon request. |
| 239 | Heather Murphy, *Drug Pitched to Trump for Covid-19 Comes From a Deadly Plant*, N.Y. Times (Aug. 20, 2020), available at, https://www.nytimes.com/2020/08/20/health/covid-oleandrin-trump-mypillow.html. | |
| 240 & 240-V | *Anderson Cooper to MyPillow CEO: How do you sleep at night?*, CNN Business (Aug. 18, 2020), available at, https://www.cnn.com/videos/business/2020/08/18/mike-lindell-anderson-cooper-coronavirus-therapeutic-mypillow-sot-vpx.cnn. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing.  A transcript of this audio/video file has been electronically filed with the corresponding exhibit number.  This exhibit is maintained by counsel and available upon request. |
| 241 | FDA Warning Letter to Phoenix Biotechnology Inc. (Dec. 15, 2020), available at, https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/phoenix-biotechnology-inc-612178-12152020. | |
| 242 | Lee Weeks, *With God All Things Are Possible*, Decision Mag. (June 1, 2020), available at, | |

| | | |
|---|---|---|
| | https://decisionmagazine.com/with-god-all-things-are-possible/. | |
| 243 & 243-V | *President Trump's not going anywhere.  Mike Lindell with Sebastian Gorka on AMERICA First* at 5:27, America First with Dr. Sebastian Gorka (Dec. 3, 2020), available at, https://www.facebook.com/watch/?v=438439460653478. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing.  A transcript of this audio/video file has been electronically filed with the corresponding exhibit number.  This exhibit is maintained by counsel and available upon request. |
| 244 | Donald J. Trump (@realDonaldTrump), Twitter (Apr. 8, 2020), previously  available at, https://twitter.com/realDonaldTrump/status/1247861952736526336; Donald J. Trump (@realDonaldTrump), Twitter (Apr. 11, 2020), previously available at, https://twitter.com/realDonaldTrump/status/1249132374547464193?ref_src=twsrc%5Etfw; Donald J. Trump (@realDonaldTrump), Twitter (May 26, 2020), previously available at, https://twitter.com/realDonaldTrump/status/1265255835124539392?s=20; Donald J. Trump (@realDonaldTrump), Twitter (June 22, 2020), previously available at, https://twitter.com/realDonaldTrump/status/1295385113862090753?ref_src=twsrc%5Etfw; Donald J. Trump (@realDonaldTrump), Twitter (Aug. 23, 2020), previously available at, https://twitter.com/realDonaldTrump/status/1297495295266357248; Donald J. Trump (@realDonaldTrump), Twitter (Sept. 25, 2020), previously available at, https://twitter.com/realDonaldTrump/status/1309455713882828802; Donald J. Trump (@realDonaldTrump), Twitter (Sept. 28, 2020), previously available at, https://twitter.com/realDonaldTrump/status/1310585397630689280; Donald J. Trump (@realDonaldTrump), Twitter (Sept. 30, 2020), previously available at, https://twitter.com/realDonaldTrump/status/1311328767395205124. | |
| 245 | Mike Lindell (@realMikeLindell), Twitter (May 10, 2020), previously available at, https://twitter.com/realMikeLindell/status/1259509365548437760. | |
| 246 | Mike Lindell (@realMikeLindell), Twitter (July 27, 2020), previously available at, | |

| | | |
|---|---|---|
| | https://twitter.com/realMikeLindell/status/1287542589483364354. | |
| 247 | Anthony Izaguirre, *Delays in verifying mail-in ballots will slow election tally*, Associated Press (Oct. 4, 2020), available at, https://apnews.com/article/virus-outbreak-election-2020-donald-trump-elections-voting-2020-b382942a72809ab70a32d7dc1a93ee40. | |
| 248 | Katie Wedell & Kyle Bagenstose, *Still waiting for a winner? Blame outdated mail-in ballot counting laws in seven states*, USA Today (Nov. 4, 2020), available at, https://www.usatoday.com/story/news/investigations/2020/11/04/who-won-mail-ballots-rules-delay-election-results-key-states/6152470002/. | |
| 249 | Holly Otterbein, *'The math is pretty simple': Trump's lead shrinks in Pennsylvania*, Politico (Nov. 4, 2020), available at, https://www.politico.com/news/2020/11/04/pennsylvania-results-trump-biden-434124. | |
| 252 | Craig Silverman, Jane Lytvynenko & Pranav Dixit, *How 'The Women For America First' Bus Tour Led To The Capitol Coup Attempt*, BuzzFeed News (Jan. 25, 2021), available at, https://www.buzzfeednews.com/article/craigsilverman/maga-bus-tour-coup. | |
| 253 | Mike Lindell (@realMikeLindell), Twitter (Nov. 29, 2020), previously available at, https://twitter.com/realMikeLindell/status/1333094936758153219. | |
| 254 & 254-V | *Mike Lindell mentions possible 'civil war' during pro-Trump rally at U.S. Capitol on January 5, 2021*, YouTube (Jan. 5, 2021), previously available at, https://www.youtube.com/watch?v=s7nIFVLrdIE&feature=youtu.be (last visited Jan. 28, 2021). | This exhibit is an audio/video file, which is not a format that readily permits electronic filing.  A transcript of this audio/video file has been electronically filed with the corresponding exhibit number.  This exhibit is maintained by counsel and available upon request. |
| 255 & 255-V | *Women for America First Rally*, C-SPAN (Dec. 12, 2020), available at, https://www.c-span.org/video/?507234-1/women-america-rally | This exhibit is an audio/video file, which is not a format that readily permits electronic filing.  A transcript of this audio/video file has been electronically filed with the |

| | | |
|---|---|---|
| | | corresponding exhibit number.  This exhibit is maintained by counsel and available upon request. |
| 256 & 256-V | *Mike Lindell opens the Jericho March, Dec 12*, Jericho March (Dec. 12, 2020), available at, https://app.videosquirrel.app/watch/1812 | This exhibit is an audio/video file, which is not a format that readily permits electronic filing.  A transcript of this audio/video file has been electronically filed with the corresponding exhibit number.  This exhibit is maintained by counsel and available upon request. |
| 257 | Trump March, available at, https://web.archive.org/web/20210106224955/https://trumpmarch.com/. | |
| 258 & 258-V | *RSBN's Exclusive with Mike Lindell Part 2*, RSBN (Jan. 18, 2021), available at, https://rumble.com/vczx1t-rsbn-exclusive-interview-with-mike-lindell-part-2.html. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing.  A transcript of this audio/video file has been electronically filed with the corresponding exhibit number.  This exhibit is maintained by counsel and available upon request. |
| 259 | Maggie Haberman & Alan Feuer, *Trump Team Disavows Lawyer Who Peddled Conspiracy Theories on Voting*, N.Y. Times (Nov. 22, 2020), available at, https://www.nytimes.com/2020/11/22/us/politics/sidney-powell-trump.html. | |
| 260 & 260-V | *Mike Lindell to Newsmax TV: 'President Trump will Prevail*,*'* Newsmax (Dec. 17, 2020), available at, https://www.newsmax.com/newsmax-tv/mike-lindell-election-fraud-mypillow-ceo/2020/12/17/id/1002145/. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing.  A transcript of this audio/video file has been electronically filed with the corresponding exhibit number.  This exhibit is maintained by counsel and available upon request. |
| 261 & 261-V | *Jericho March Live from Washington, D.C.*, Right Side Broadcasting (Dec. 12, 2020), available at, https://www.facebook.com/rsbnetwork/videos/vb.414280728767306/188101792958083/?type=2&theater. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing.  A transcript of this audio/video file has been |

| | | |
|---|---|---|
| | | electronically filed with the corresponding exhibit number.  This exhibit is maintained by counsel and available upon request. |
| 262 | John Whitehouse (@existentialfish), Twitter (Dec. 21, 2020), available at, https://twitter.com/existentialfish/status/1341078245878472706. | |
| 263 & 263-V | *Mike Lindell to Newsmax TV: 'American Dream' is on the Line*, Newsmax (Dec. 21, 2020), available at, https://www.newsmax-tv/mike-lindell-election-lawsuits-american-dream/2020/12/21/id/1002635/. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing.  A transcript of this audio/video file has been electronically filed with the corresponding exhibit number.  This exhibit is maintained by counsel and available upon request. |
| 264 | Mike Lindell (@realMikeLindell), Twitter (Dec. 21, 2020), previously available at, https://twitter.com/realMikeLindell/status/1341211411771498496. | |
| 265 | Mike Lindell (@realMikeLindell), Twitter (Dec. 21, 2020), previously available at, https://twitter.com/realMikeLindell/status/1341233672729583617. | |
| 266 | Letter from T. Clare and M. Meier to M. Lindell (Dec. 23, 2020) . | |
| 267 | Mike Lindell (@realMikeLindell), Twitter (Dec. 27, 2020), previously available at, https://twitter.com/realMikeLindell/status/1343199095863832577. | |
| 268 & 268-V | Mike Lindell, Facebook Live (Jan. 6, 2021), available at, https://www.facebook.com/realMikeLindell/videos/244547557235289/. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing.  A transcript of this audio/video file has been electronically filed with the corresponding exhibit number.  This exhibit is maintained by counsel and available upon request. |
| 269 | Letter from T. Clare and M. Meier to M. Lindell (Jan. 8, 2021). | |
| 270 | Mike Lindell (@realMikeLindell), Twitter (Jan. 10, 2021), previously available at, | |

| | https://twitter.com/realMikeLindell/status/1348287073967595521. | |
|---|---|---|
| 271 & 271-V | *Exclusive Interview with Mike Lindell today*, Shiloh Tabernacle Church (Jan. 7, 2021), previously available at, https://vimeo.com/498963091 (last visited Jan. 25, 2021) . | This exhibit is an audio/video file, which is not a format that readily permits electronic filing.  A transcript of this audio/video file has been electronically filed with the corresponding exhibit number.  This exhibit is maintained by counsel and available upon request. |
| 272 & 272-V | RSBN (@RSBNetwork), Twitter (Jan. 16, 2021), available at, https://twitter.com/RSBNetwork/status/1350559453343490048. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing.  A transcript of this audio/video file has been electronically filed with the corresponding exhibit number.  This exhibit is maintained by counsel and available upon request. |
| 273 | Taylor Telford, *MyPillow CEO says Bed Bath & Beyond, Kohl's, Wayfair are dropping his products*, Wash. Post (Jan. 19, 2021), available at, https://www.washingtonpost.com/business/2021/01/19/my-pillow-ceo-lindell/. | |
| 274 | Zachary Petrizzo, *MyPillow Now Offering Discounts With Codes Like 'QAnon' and Other Assorted Insanity*, Mediaite (Jan. 16, 2021), available at, https://www.mediaite.com/news/mypillow-now-offering-discounts-with-codes-like-qanon-and-other-assorted-insanity/. | |
| 275 & 275-V | *Sen Ted Cruz – Mike Lindell – Rudy Giuliani – Let's Go!*, The JoePags Show (Jan. 23, 2021), available at, https://www.twitch.tv/videos/885060174. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing.  A transcript of this audio/video file has been electronically filed with the corresponding exhibit number.  This exhibit is maintained by counsel and available upon request. |
| 276 & 276-V | *Breaking News: Mike Lindell, Brannon Howse, Mary Fanning, Dr. Shiva, Jovan Pulitzer Announce New Documentary on Cyber-Coup*, | This exhibit is an audio/video file, which is not a format that readily permits electronic |

| | | |
|---|---|---|
| | WVW Broadcast Network (Feb. 2, 2021), available at, https://www.worldviewweekend.com/tv/video/breaking-news-mike-lindell-brannon-howse-mary-fanning-dr-shiva-jovan-pulitzer-announce-new. | filing.  A transcript of this audio/video file has been electronically filed with the corresponding exhibit number.  This exhibit is maintained by counsel and available upon request. |
| 277 | Jonathan Swan, *Episode 4: Trump turns on Barr*, Axios (Jan. 18, 2021), available at, https://www.axios.com/trump-barr-relationship-off-the-rails-b33b3788-e7e9-47fa-84c5-3a0016559eb5.html?utm_source=newsletter&utm_medium=email&utm_campaign=newsletter_axiosam&stream=top. | |
| 278 | Darragh Roche, *Detroit Seeks Fine and District Ban for 'Kraken' Lawyer Sidney Powell*, Newsweek (Dec. 12, 2020), available at, https://www.newsweek.com/detroit-fine-ban-kraken-lawyer-sidney-powell-1555137. | |
| 279 | Joe Dana, *Bar complaint filed against Trump attorneys in Arizona*, 12 News NBC (Dec. 17, 2020), available at, https://www.12news.com/article/news/politics/bar-complaint-filed-against-trump-attorneys-in-arizona/75-857a2dd9-9e96-47b1-83f5-f9782bd875fb. | |
| 280 | Ryan Mac, *Trump-Supporting Lawyer Lin Wood Has Been Permanently Banned From Twitter* (Jan. 7, 2020), available at, https://www.buzzfeednews.com/article/ryanmac/twitter-bans-lin-wood. | |
| 281 | Ben Collins & Brandy Zadrozny, *Twitter bans Michael Flynn, Sidney Powell in QAnon account purge*, NBC News (Jan. 8, 2021), available at, https://www.nbcnews.com/tech/tech-news/twitter-bans-michael-flynn-sidney-powell-qanon-account-purge-n1253550. | |
| 282 | Katherine Fung, *Pro-Trump Attorney Lin Wood Not of 'Sufficient Character' to Practice Law, Decides Judge*, Newsweek (Jan. 12, 2021), available at, https://www.newsweek.com/pro-trump-attorney-lin-wood-not-sufficient-character-practice-law-decides-judge-1560898. | |
| 283 | Jan Wolfe, *Pro-Trump Lawyer Lin Wood Fired by Teen Who Faced off With Native American in Viral Video*, U.S. News (Jan. 25, 2021), available at, https://www.usnews.com/news/us/articles/2021-01-25/pro-trump-lawyer-lin-wood-fired-by-teen- | |

| | | |
|---|---|---|
| | who-faced-off-with-native-american-in-viral-video. | |
| 284 | Norman Eisen & Joanna Lydgate, *The lawyers who pushed Trump's falsehoods may soon be done lawyering*, Wash. Post (Feb. 3, 2020), available at, https://www.washingtonpost.com/outlook/2021/02/03/powell-wood-accountability-lawyer/. | |
| 285 | April Siese, *Pro-Trump lawyer Lin Wood reportedly under investigation for voter fraud*, CBS News (Feb. 3, 2021), available at, https://www.cbsnews.com/news/lin-wood-investigation-voter-fraud/. | |
| 286 | *The Betrayal Papers*, The American Report (March – April 2015), available at, https://theamericanreport.org/the-betrayal-papers/. | |
| 287 | Mary Fanning & Alan Jones, *THE HAMMER is the Key to the Coup "The Political Crime of the Century": How Obama, Brennan, Clapper, and the CIA spied on President Trump, General Flynn ... and everyone else* (Aug. 19, 2020), available at, https://www.amazon.com/HAMMER-Coup-Political-Crime-Century-ebook/dp/B08GCC689D. | |
| 288 | Mary Fanning & Alan Jones, *Biden Using SCORECARD and THE HAMMER To Steal Another U.S. Presidential Election – Just Like Obama And Biden Did In 2012*, The American Report (Oct. 31, 2020), available at, https://theamericanreport.org/2020/10/31/biden-using-scorecard-and-the-hammer-to-steal-another-u-s-presidential-election-just-like-obama-and-biden-did-in-2012/. | |
| 289 | Travis Daub, *How a Reno casino con man duped the CIA and pulled on the of the 'most dangerous hoaxes' in American History*, PBS (Oct. 14, 2014), available at, https://www.pbs.org/newshour/nation/reno-casino-conman-pulled-greatest-hoax-american-history. | |
| 290 | Morgan Loew, *Emails show Arpaio paid informant at least $120,000 for 'bogus data,'* AZFamily (Oct. 6, 2016), available at, https://www.azfamily.com/news/investigations/emails-show-arpaio-paid-informant-at-least-120-000-for-bogus-data/article_0a36974b-8dda-525f-ad83-8ccdcd385609.html. | |

| 291 | Will Sommer, *Infamous 'Hoax' Artist Behind Trumpworld's New Voter Fraud Claim*, The Daily Beast (Nov. 8, 2020), available at, https://www.thedailybeast.com/infamous-hoax-artist-behind-trumpworlds-new-voter-fraud-claim. | |
|---|---|---|
| 292 | Chris Krebs (@CISAKrebs), Twitter (Nov. 7, 2020), available at, https://twitter.com/CISAKrebs/status/1325188644966117376. | |
| 293 | Jon Greenberg, *Debunking the 'Hammer and Scorecard' election fraud conspiracy theory*, PolitiFact (Nov. 10, 2020), available at, https://www.politifact.com/factchecks/2020/nov/10/pamela-geller/debunking-hammer-and-scorecard-election-fraud-cons/. | |
| 294 | Angelo Fichera & Saranac Hale Spencer, *Bogus Theory Claims Supercomputer Switched Votes in Election*, FactCheck.org (Nov. 13, 2020), available at, https://www.factcheck.org/2020/11/bogus-theory-claims-supercomputer-switched-votes-in-election/. | |
| 295 | Mike Lindell (@realMikeLindell), Twitter (Jan. 15, 2021), previously available at, https://twitter.com/realMikeLindell/status/1350297812668477441. | |
| 296 | Mike Lindell (@realMikeLindell), Twitter (Jan. 15, 2021), previously available at, https://twitter.com/realMikeLindell/status/1350298525549137921. | |
| 297 | *Definition*, TechTerms, available at, https://techterms.com/definition/macaddress. | |
| 298 | Definition, Organizational Unique Identifier, PC Magazine, available at, https://www.pcmag.com/encyclopedia/term/oui. | |
| 299 | IEEE SA – Registration Authority, available at, https://standards.ieee.org/products-services/regauth/index.html. | |
| 300 | IEEE Registration Authority: Assignments, Search Results, available at, https://regauth.standards.ieee.org/standards-ra-web/pub/view.html#registries. | |
| 301 | Elisha Fieldstadt, *MyPillow CEO Mike Lindell says products were dropped from major retailers after voter fraud claims*, NBC News (Jan. 19, 2021), available at, https://www.nbcnews.com/news/us-news/mypillow-ceo-mike-lindell-says-products-were-dropped-major-retailers-n1254676. | |
| 302 | Jeremy Barr, *Rudy Giuliani and Sidney Powell have disappeared from Fox airwaves*, | |

| | | |
|---|---|---|
| | Wash. Post (Jan. 14, 2020), available at, https://www.washingtonpost.com/media/2021/01/14/giuliani-sidney-powell-fox-dominion/. | |
| 303 | Cullen Paradis, *What Happened To Sidney Powell And Rudy Giuliani? Fox Drops Lawyers Amid Lawsuits*, Int'l Bus. Times (Jan. 15, 2021), available at, https://www.ibtimes.com/what-happened-sidney-powell-rudy-giuliani-fox-drops-lawyers-amid-lawsuits-3123327. | |
| 304 & 304-V | *FlashPoint: Do Not Give Up! SPECIAL with Hank Kunneman, Dutch Sheets and Mike Lindell!*, The Victory Channel (Jan. 20, 2021), available at, https://www.youtube.com/watch?v=25BAJnfkAQA&t=1s. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 305 & 304-V | *The My Pillow Movement*, War Room: Pandemic (Jan. 21, 2021), available at, https://pandemic.warroom.org/2021/01/21/ep-672-pandemic-the-my-pillow-story-w-mike-j-lindell/. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 306 | Brakkton Booker, *My Pillow CEO Mike Lindell Permanently Suspended From Twitter*, NPR (Jan. 26, 2021), available at, https://www.npr.org/2021/01/26/960679189/my-pillow-ceo-mike-lindell-permanently-suspended-from-twitter. | |
| 307 | Nicole Lyn Pesce, *Twitter has permanently banned the corporate MyPillow account after founder Mike Lindell posted it*, Market Watch (Feb. 2, 2021), available at, https://www.marketwatch.com/story/twitter-has-permanently-banned-the-corporate-my-pillow-account-after-founder-mike-lindell-posted-from-it-11612286764. | |
| 308 & 308-V | *Tucker Carlson Tonight*, Fox News, (Jan. 26, 2021), available at, https://video.foxnews.com/v/6226912408001/#sp=show-clips. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been |

| | | |
|---|---|---|
| | | electronically filed with the corresponding exhibit number.  This exhibit is maintained by counsel and available upon request. |
| 309 | *Mike Lindell Targeted, Help Him Today!*, Newsmax (Jan. 28, 2021), available at, https://www.newsmax.com/newsfront/mike-lindell-mypillow-boycott/2021/01/28/id/1007643/?dkt_nbr=6F1212ijpd0s. | |
| 310 | *Facts About Dominion, Smartmatic You Should Know*, Newsmax (Dec. 19, 2020), available at, https://www.newsmax.com/us/smartmatic-dominion-voting-systems-software-election/2020/12/19/id/1002355/. | |
| 311 & 311-V | Christopher Cadelago (@ccadelago), Twitter (Feb. 2, 2021), available at https://twitter.com/ccadelago/status/1356724249201938433?s=20. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing.  A transcript of this audio/video file has been electronically filed with the corresponding exhibit number.  This exhibit is maintained by counsel and available upon request. |
| 312 & 312-V | *Rob Schmitt Tonight*, Newsmax (Feb. 2, 2021), available at, https://www.newsmaxtv.com/Shows/Rob-Schmitt-Tonight/vid/1_q1nk8yyd. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing.  A transcript of this audio/video file has been electronically filed with the corresponding exhibit number.  This exhibit is maintained by counsel and available upon request. |
| 313 & 313-V | *Newsmax TV's Bob Sellers addresses the Mike Lindell situation*, YouTube (Feb. 3, 2021), available at, https://www.youtube.com/watch?v=NoQXsgv8UUM&feature=youtu.be. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing.  A transcript of this audio/video file has been electronically filed with the corresponding exhibit number.  This exhibit is maintained by counsel and available upon request. |

| 314 | Letter from T. Clare and M. Meier to M. Lindell (Feb. 4, 2021). | |
|---|---|---|
| 315 | One America News (@OANN), Twitter (Feb. 4, 2021), available at, https://twitter.com/OANN/status/1357533963707842560. | |
| 316 | *Mike Lindell, Brannon Howse And Mary Fanning Present: Absolute Proof: Exposing Election Fraud and The Theft of America by Enemies Foreign and Domestic*, World View Weekend (Feb. 5, 2021), available at, https://www.worldviewweekend.com/tv/video/mike-lindell-brannon-howse-and-mary-fanning-present-absolute-proof-exposing-election-fraud; https://www.worldviewweekend.com/absolute-proof. | |
| 317 | Michael J Lindell, Facebook (Feb. 5, 2021), available at, https://www.facebook.com/realMikeLindell/posts/1192536854534936. | |
| 318 | Gromer Jeffers, Jr., *Tea party activists mobilize for another shot at Pete Sessions*, The Dallas Morning News (July 9, 2015), available at, https://www.dallasnews.com/news/politics/2015/07/09/tea-party-activists-mobilize-for-another-shot-at-pete-sessions/. | |
| 319 & 319-V | *Absolute Proof – Mike Lindell Election Documentary (FULL)*, Rumble (Feb. 5, 2021), previously available at, https://rumble.com/vdlbl7-absolute-proof-mike-lindell-election-documentary-full.html. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 320 | *Statement from the National Museum of American History: Collection of Materials from V.A. Shiva Ayyudurai*, Smithsonian (Feb. 23, 2012), available at, https://americanhistory.si.edu/press/releases/statement-national-museum-american-history-collection-materials-va-shiva-Ayyadurai. | |
| 321 | Ryan Broderick, *A YouTube Video Accusing Dr. Anthony Fauci Of Being Part Of The Deep State Has Been Viewed Over 6 Million times In A Week*, BuzzFeed News (Apr. 15, 2020), available at, https://www.buzzfeednews.com/article/ryanhatesthis/youtube-anthony-fauci-deep-state-coronavirus. | |

| 322 | *Fact check:  Massachusetts election officials have not destroyed ballots or committed election fraud*, Reuters (Oct. 2, 2020), available at, https://www.reuters.com/article/uk-factcheck-election-ballot-massachuset/fact-check-massachusetts-election-officials-have-not-destroyed-ballots-or-committed-election-fraud-idUSKBN26N2AF?edition-redirect=uk. | |
| 323 | Secretary of the Commonwealth of Massachusetts, U.S. Senate Primary Election Results 2000 - 2020, available at, https://electionstats.state.ma.us/elections/search/year_from:2000/year_to:2020/office_id:6/stage:Primaries. | |
| 324 | Mary Kay Linge, *GOP Michigan recount witness took plea deal on harassment charge: report*, N.Y. Post, (Dec. 5, 2020), available at, https://nypost.com/2020/12/05/trump-witness-took-plea-deal-on-harassment-charge-report/. | |
| 325 | Willi-73 (@Willi_556), Twitter (Feb. 5, 2021), available at, https://twitter.com/Willi_556/status/1357784366311763968. | |
| 326 | Emma Right (@emmabeliever), Twitter (Feb. 5, 2021), available at, https://twitter.com/emmbeliever/status/1357848819468095489. | |
| 327 | Skyler (@TheTexasSky), Twitter (Jan. 16, 2021), available at, https://twitter.com/TheTexasSky/status/1350579439504142336. | |
| 328 | Is it #2024 yet (@sbrandel777), Twitter (Jan. 19, 2021), available at, https://twitter.com/sbrandel777/status/1351573949319098375 | |
| 329 | Patriots Resolve (@Lying_MSM), Twitter (Jan. 17, 2021), available at, https://twitter.com/Lying_MSM/status/1350669185399967744. | |
| 330 | Hoosier Mama (@Someth75740529), Twitter (Jan. 21, 2021), available at, https://twitter.com/Somethi75740529/status/1352298967183339532. | |
| 331 | President-Elect Dr. Julie (@Julie22319872), Twitter (Jan. 21, 2021), available at, https://twitter.com/Julie22319872/status/1352295480395505666. | |
| 332 | Richard J. Giordano (@drgioman), Twitter (Jan. 21, 2021), available at https://twitter.com/drgioman/status/1352331241438269443. | |
| 333 | JesusisLord! (@LovemyNationUSA), Twitter (Jan. 21, 2021), available at, https://twitter.com/LovemyNationUSA/status/1352424276571328130. | |

| 334 | Peter Jongsma (@Peter_Jongsma), Twitter (Jan. 26, 2020), available at, https://twitter.com/Peter_Jongsma/status/1354116030558253058/photo/1. | |
|---|---|---|
| 335 | Susan C (@SusanC95978943), Twitter (Jan. 27, 2021), available at, https://twitter.com/SusanC95978943/status/1354515040473395209. | |
| 336 | 2 Wheel Traveler (@2whltrvlr), Twitter (Feb. 2, 2021), available at, https://twitter.com/2whltrvlr/status/1356805947180658688. | |
| 337 | Jason Campbell (@JasonSCampbell), Twitter (Feb. 3, 2021), available at, https://twitter.com/ProMomLife/status/1356883540974198785. | |
| 338 | Jack Phillips, *MyPillow Creator Could Run for Governor of Minnesota, Claims Trump Endorsement*, The Epoch Times (Jan. 25, 2021), available at, https://www.theepochtimes.com/mypillow-creator-could-run-for-governor-of-minnesota-claims-trump-endorsement_3670725.html. | |
| 339 | Theodore Bunker, *Mike Lindell to Newsmax TV: '99 Percent Sure' About Running for Minnesota Governor* (Oct. 1, 2020), available at, https://www.newsmax.com/newsmax-tv/mike-lindell-minnesota-governor-democrats/2020/10/01/id/989875/. | |
| 340 | Mike Lindell (@realMikeLindell), Twitter (Dec. 19, 2020), previously available at, https://twitter.com/realMikeLindell/status/1340493282011475968. | |
| 341 | Mike Lindell (@realMikeLindell), Twitter (Dec. 19, 2020), previously available at, https://twitter.com/realMikeLindell/status/1340500092462182400. | |
| 342 | Mike Lindell (@realMikeLindell), Twitter (Jan. 23, 2021), previously available at, https://twitter.com/realMikeLindell/status/1352997395928211459. | |
| 343 & 343-V | *FlashPoint: Absolute Truth, You NEED to Hear This! with Mike Lindell, Doug Wead, and Mario Murillo*, The Victory Channel (Feb. 4, 2021), available at, https://www.youtube.com/watch?v=LxYh24Zd0Cs&amp%3Bfeature=youtu.be. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing.  A transcript of this audio/video file has been electronically filed with the corresponding exhibit number.  This exhibit is |

| | | maintained by counsel and available upon request. |
|---|---|---|
| 344 | Jenny Jarvie, *Trump's lead in Georgia shrinks to below 1,000 votes*, L.A. Times (Nov. 4, 2020), available at, https://www.latimes.com/politics/story/2020-11-04/election-trump-margin-narrows-georgia. | |
| 345 | Comments, *Absolute Proof – Mike Lindell Election Documentary*, Rumble (Feb. 5, 2021), previously available at, https://rumble.com/vdlbl7-absolute-proof-mike-lindell-election-documentary-full.html. | |
| 346 & 346-V | *Roy Field's Interviews the "MyPillow Guy" Mike Lindell*, YouTube (Jan. 5, 2021), available at, part 1: https://www.youtube.com/watch?v=VVYD49IoTU0; part 2: https://www.youtube.com/watch?v=ZBLf69TCcR8&t=1557s. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing.  A transcript of this audio/video file has been electronically filed with the corresponding exhibit number.  This exhibit is maintained by counsel and available upon request. |
| 347 & 347-V | *ABSOLUTE PROOF: Interview Special with Steve Bannon*, One America News Network (Feb. 11, 2021). | This exhibit is an audio/video file, which is not a format that readily permits electronic filing.  A transcript of this audio/video file has been electronically filed with the corresponding exhibit number.  This exhibit is maintained by counsel and available upon request. |
| 348 & 348-V | *The Kate Dalley Show*, St. George News Radio (Feb. 19, 2021). | This exhibit is an audio/video file, which is not a format that readily permits electronic filing.  A transcript of this audio/video file has been electronically filed with the corresponding exhibit number.  This exhibit is maintained by counsel and available upon request. |

Date:   February 22, 2021

                   */s/ Thomas A. Clare, P.C.*
                   Thomas A. Clare, P.C. (D.C. Bar No. 461964)

Megan L. Meier (D.C. Bar No. 985553)
Dustin A. Pusch (D.C. Bar No. 1015069)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
(202) 628-7400
tom@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com
*Attorneys for Plaintiffs*