# Exhibit 59

SUBSCRIBE NOW
$39 for one year. Save 67%.

Case 1:21-cv-00445-CJN   Document 2-22   Filed 02/22/21   Page 2 of 11

SUBSCRIBE NOW
$39 for one year. Save 67%.

Advertisement - scroll for more content



ELECTIONS

# Former election security chief for Trump knocks down Antrim County report

**Todd Spangler**  Detroit Free Press
Published 1:40 p.m. ET Dec. 16, 2020 | Updated 5:31 p.m. ET Dec. 16, 2020

View Comments     



**Pro-Trump rally in Washington, D.C. includes arrests, stabbings**
Supporters of President Donald Trump's unfounded voter fraud claims in the District of Columbia clashed with counter-protesters. *USA TODAY*

A former Trump administration official who oversaw election security and was ousted after saying there were no widespread problems on Wednesday pointed out problems with a report claiming irregularities in Antrim County and cited as proof of corruption by President Donald Trump and others.

Testifying before the Senate Homeland Security and Governmental Affairs Committee, Chris Krebs, the former chief of the Department of Homeland Security's Cybersecurity and Infrastructure Security Agency, called the report by Allied Security Operations Group throwing doubts on the election systems used in Antrim County "factually inaccurate."

"It implies those systems are undependable," said Krebs, who explained that he went over

## More Stories


**Detroit Lions waive starting safety Jayron Kearse in surprise move**
SPORTS


**Unemployment benefits have been extended, but delays are expected**
NEWS


**Here are some metro Detroit businesses that closed in 2020**
NEWS

*Notice our new look? As you get used to things, please let us know what you think!*

Advertisement


At loanDepot, we know home means everything.

Learn More

SUBSCRIBE NOW
$39 for one year. Save 67%.

Case 1:21-cv-00445-CJN Document 2-22 Filed 02/22/21 Page 3 of 11

SUBSCRIBE NOW
$39 for one year. Save 67%.

and infrastructure Security Agency, called the report by Allied Security Operations Group throwing doubts on the election systems used in Antrim County "factually inaccurate."

"It implies those systems are undependable," said Krebs, who explained that he went over the report the group issued as part of a lawsuit questioning the vote results in the county that has been used by Trump and his allies to widely suggest corruption. He said he could find nothing in it to support those claims.

Advertisement

Advertisement



**More:** State, company officials dispute report claiming Antrim County tabulators bungled results

**More:** Trump tweet wrongly suggests there were defects with Michigan voting machines

The Free Press, which has been following the Antrim County case, has looked closely at the Allied Security Operations Group report, which claims the county's equipment supplied by Dominion Voting Systems was "intentionally and purposefully designed with inherent errors to create systemic fraud and influence election results." In those reports, the Free Press has concluded that some of its claims — including one that suggested machines had a 68% error rateas if that percentage of the county votes had been misred, left untallied or changed — were false or misleading.

Advertisement

CLOSE ✕



SUBSCRIBE NOW
$39 for one year. Save 67%.

Case 1:21-cv-00445-CJN   Document 2-22   Filed 02/22/21   Page 4 of 11

SUBSCRIBE NOW
$39 for one year. Save 67%.

Advertisement



Krebs said when he went over the report he was thrown by that claim of a 68% error rate and he saw it "repeated in social media by the (Trump) campaign, by the president." But as he looked more closely, he concluded that the number cited by the group is the number of alerts reported by the voting machines or tabulators, not necessarily errors or changes in the actual ballots as they were counted.

"That's being used to spin that the machine itself is not reliable," Krebs said.

The tabulators used in Antrim County were certified by the Election Assistance Commission, which requires that voting systems meet certain error thresholds for the computer code that runs the systems.

The former acting director of the EAC's Voting System Testing and Certification Program, Ryan Macias, said the report showed "a grave misunderstanding" of the voting system used in Antrim County as well as "a lack of knowledge of election technology and process. The report, as a result, "has come to a preposterous conclusion," Macias said.

Krebs also said that a photo he inspected from the report, which purported to show vote tampering and an effort to "zero out election results," appeared to him as nothing more than a "placeholder" in a line of code in Dominion's programming system. He noted that these are Windows-based machines and he worked at Microsoft.

"It's a placeholder for a parameter," Krebs said. "It may be that it's just not good coding. But it certainly doesn't mean that someone tried to get in there and hit 0.

"They misinterpreted the language … and that's just one example," Krebs said.

Krebs said efforts to try to undermine the integrity of the election could have a long-term effect and need to stop, given that no evidence of widespread problems has been found despite allegations by Trump and his supporters.

"I'm seeing these reports that are factually inaccurate continue to be promoted," he said. "We have to stop this. It's undermining confidence in democracy."

*Clara Hendrickson contributed to this report*

*Contact Todd Spangler at* tspangler@freepress.com. *Follow him on Twitter* @tsspangler. *Read more on* Michigan politics *and sign up for our* elections newsletter.

View Comments      f     🐦      ✉ 

Tab9la Feed



SUBSCRIBE NOW
$39 for one year. Save 67%.

Case 1:21-cv-00445-CJN   Document 2-22   Filed 02/22/21   Page 5 of 11

SUBSCRIBE NOW
$39 for one year. Save 67%.

[ News ]   Sports   Autos   Entertainment   Nation / World   Obituaries   E-Edition   Legals   🔍   31°F   Subscribe   Sign In

Taboola Feed



**Here's How You Can Always Know Your Glucose Number**
Dexcom | Sponsored



**Get Unsold 2020 Cars For A Fraction Of Their Value**
Luxury SUVs | Searc... | Sponsored



**Used Car Clearance Sale Going On Near Monument**
Top Used Cars | Se... | Sponsored



**StairLift Elevators Could Be A Dream Come True For Seniors**
Stairlift | Search Ads | Sponsored



**N95 Respirator Mask Reusable (FDA Registered), 10% Off**
Canopus Group | Sponsored



**Every Senior Should Wear This $49 Fit Watch**
MaxFit | Sponsored



**If You Like to Play, this Fantasy Game is a Must-Have. No Install.**
Elvenar | Sponsored



**Seniors Under 82 Yrs Old Get Up To $50,000 In Life Insurance for $15/Mth**
EIN for NationalFamily | Sponsored



**If You Like to Play, this Fantasy Game is a Must-Have. No Install.**
Elvenar | Sponsored



**Here's How You Can Always Know Your Glucose Number**
Dexcom | Sponsored

## Deal of the Day



**Kohl's Is Having a Huge Home Refresh Sale Right Now**

Advertisement



loanDepot

At loanDepot, we know home means everything.

Learn More

NMLS#174457
www.nmlsconsumeraccess.org



SUBSCRIBE NOW
$39 for one year. Save 67%.

Case 1:21-cv-00445-CJN   Document 2-22   Filed 02/22/21   Page 6 of 11

SUBSCRIBE NOW
$39 for one year. Save 67%.

The Detroit News

[ News ]   Sports   Autos   Entertainment   Nation / World   Obituaries   E-Edition   Legals   ⌄   🔍   31°F   Subscribe   Sign In ⌄

## Deal of the Day



**Kohl's Is Having a Huge Home Refresh Sale Right Now**

REVIEWED USA TODAY Network

View Deal

Recommendations are independently chosen by our editors.
Purchases you make through our links may earn us a commission.

Advertisement

loanDepot

At loanDepot, we know home means everything.

Learn More



NMLS#174457
www.nmlsconsumeraccess.org

✕

## Recommended



**Detroit Lions waive starting safety Jayron Kearse in surprise move**

SPORTS



**Get Unsold 2020 Cars For A Fraction Of Their Value**
Luxury SUVs | Search Ads | Sponsored



**Used Car Clearance Sale Going On Near Monument**
Top Used Cars | Search Ads | Sponsored

## More Local Stories



**Unemployment benefits have been extended, but delays are expected**
NEWS



**Here are some metro Detroit businesses that closed in 2020**
NEWS



**4 people dead in 2 separate Michigan shootings**
NEWS

**Trump mean-tweets Nessel after AG eyes sanctions for**

CLOSE ✕



Document title: Antrim County report debunked by former Trump election official
Capture URL: https://www.freep.com/story/news/politics/elections/2020/12/16/antrim-county-report-debunked-by-former-trump-election-official/3923499001/
Capture timestamp (UTC): Tue, 29 Dec 2020 21:40:08 GMT

SUBSCRIBE NOW
$39 for one year. Save 67%.

SUBSCRIBE NOW
$39 for one year. Save 67%.



[ **News** ]    Sports    Autos    Entertainment    Nation / World    Obituaries    E-Edition    Legals        31°F    Subscribe    Sign In





Trump mean-tweets Nessel after AG eyes sanctions for election lawyers

NEWS

Advertisement

loanDepot
At loanDepot, we know home means everything.
Learn More

NMLS#174457
www.nmlsconsumeraccess.org



StairLift Elevators Could Be A Dream Come True For Seniors
Stairlift | Search Ads | Sponsored



N95 Respirator Mask Reusable (FDA Registered), 10% Off
Canopus Group | Sponsored



Every Senior Should Wear This $49 Fit Watch
MaxFit | Sponsored



Seniors Under 82 Yrs Old Get Up To $50,000 In Life Insurance for $15/Mth
EIN for NationalFamily | Sponsored

## More Local Stories



Southfield man, 48, shot to death during carjacking
NEWS



What Tom Brady, Detroit Lions' Matthew Stafford talked about postgame
SPORTS



Michigan basketball jumps Michigan State in USA TODAY Sports poll
SPORTS



How the Lions could move up to No. 3 in NFL draft
SPORTS



CLOSE ✕

SUBSCRIBE NOW
$39 for one year. Save 67%.

Case 1:21-cv-00445-CJN   Document 2-22   Filed 02/22/21   Page 8 of 11

SUBSCRIBE NOW
$39 for one year. Save 67%.

Action Sun Press

[ News ]   Sports   Autos   Entertainment   Nation / World   Obituaries   E-Edition   Legals   ⌄   🔍   31°F   Subscribe   Sign In ⌄



**How the Lions could move up to No. 3 in NFL draft**
SPORTS

Advertisement



loanDepot

At loanDepot, we know home means everything.

Learn More

NMLS#174457
www.nmlsconsumeraccess.org



**If You Like to Play, this Fantasy Game is a Must-Have. No Install.**
Elvenar | Sponsored



**Here's How You Can Always Know Your Glucose Number**
Dexcom | Sponsored



**Get Unsold 2020 Cars For A Fraction Of Their Value**
Luxury SUVs | Search Ads | Sponsored



**Used Car Clearance Sale Going On Near Monument**
Top Used Cars | Search Ads | Sponsored

## Recommended



**Detroit Lions waive starting safety Jayron Kearse in surprise move**
SPORTS



**Unemployment benefits have been extended, but delays are expected**
NEWS



SUBSCRIBE NOW
$39 for one year. Save 67%.

Case 1:21-cv-00445-CJN   Document 2-22   Filed 02/22/21   Page 9 of 11

SUBSCRIBE NOW
$39 for one year. Save 67%.

**Action Gile Press**

[ News ]   Sports   Autos   Entertainment   Nation / World   Obituaries   E-Edition   Legals   ⌄   🔍   **31°F**   Subscribe   Sign In ⌄





StairLift Elevators Could Be A Dream Come
True For Seniors
**Stairlift | Search Ads** | Sponsored

N95 Respirator Mask Reusable (FDA
Registered), 10% Off
**Canopus Group** | Sponsored

Advertisement



loanDepot

At loanDepot, we know
home means everything.

Learn More

NMLS#174457
www.nmlsconsumeraccess.org

## More Local Stories



**Here are some metro Detroit businesses that closed in 2020**
NEWS



**4 people dead in 2 separate Michigan shootings**
NEWS



**Trump mean-tweets Nessel after AG eyes sanctions for election lawyers**
NEWS



**Southfield man, 48, shot to death during carjacking**
NEWS





Every Senior Should Wear This $49 Fit Watch
**MaxFit** | Sponsored

Seniors Under 82 Yrs Old Get Up To $50,000
In Life Insurance for $15/Mth
**EIN for NationalFamily** | Sponsored







SUBSCRIBE NOW
$39 for one year. Save 67%.

Case 1:21-cv-00445-CJN   Document 2-22   Filed 02/22/21   Page 10 of 11

SUBSCRIBE NOW
$39 for one year. Save 67%.

*Detroit Free Press*



**New Car Gadget Removes Scratches & Dents**
NanoSparkle Cloth | Sponsored

**Dental Implants Are Almost Being Given Away**
Did U Know | Sponsored

## More Local Stories


**What Tom Brady, Detroit Lions' Matthew Stafford talked about postgame**
SPORTS


**Michigan basketball jumps Michigan State in USA TODAY Sports poll**
SPORTS


**How the Lions could move up to No. 3 in NFL draft**
SPORTS


**Trooper stops man driving 117 mph down I-94 in Macomb County**
NEWS

Advertisement



Advertisement



**About**
Staff Directory
Careers
Accessibility Support
Site Map
Legals

**Support**
Contact Us
Support Local Businesses
Advertise Your Business
Advertising Terms and Conditions
Buy and Sell

**Stay Connected**
Subscribe Today
Newsletters
Mobile Apps
Facebook
Twitter



Document title: Antrim County report debunked by former Trump election official
Capture URL: https://www.freep.com/story/news/politics/elections/2020/12/16/antrim-county-report-debunked-by-former-trump-election-official/3923499001/
Capture timestamp (UTC): Tue, 29 Dec 2020 21:40:08 GMT

SUBSCRIBE NOW
$39 for one year. Save 67%.

SUBSCRIBE NOW
$39 for one year. Save 67%.

[ News ]    Sports    Autos    Entertainment    Nation / World    Obituaries    E-Edition    Legals          31°F    Subscribe    Sign In



At loanDepot, we know home means everything.

Learn More

NMLS#174457
www.nmlsconsumeraccess.org



**Michigan basketball jumps Michigan State in USA TODAY Sports poll**
SPORTS



**How the Lions could move up to No. 3 in NFL draft**
SPORTS

**Trooper stops man driving 117 mph down I-94 in Macomb County**
NEWS

Advertisement



WorldRemit    Send money with us wherever you are.    Check our rates

## Detroit Free Press
PART OF THE USA TODAY NETWORK

**About**
Staff Directory
Careers
Accessibility Support
Site Map
Legals
Our Ethical Principles
Terms of Service
Privacy Policy
Your California Privacy Rights / Privacy Policy
Cookie Settings

**Support**
Contact Us
Support Local Businesses
Advertise Your Business
Advertising Terms and Conditions
Buy and Sell
Licensing & Reprints
Help Center
Subscriber Guide
My Account
Give Feedback

**Stay Connected**
Subscribe Today
Newsletters
Mobile Apps
Facebook
Twitter
E-Edition
Storytellers
Archives
RSS Feeds

**Our Partners**
Jobs
Cars
Classifieds
Education
Renvy.com
Michigan.com

© 2020 www.freep.com. All rights reserved.

CLOSE

Document title: Antrim County report debunked by former Trump election official
Capture URL: https://www.freep.com/story/news/politics/elections/2020/12/16/antrim-county-report-debunked-by-former-trump-election-official/3923499001/
Capture timestamp (UTC): Tue, 29 Dec 2020 21:40:08 GMT