# Exhibit 141

中文 日本語 한국어 Español Tagalog Tiếng Việt About U.S. EAC Contact U.S. EAC Inspector General Media Blogs

## U.S. ELECTION ASSISTANCE COMMISSION

Need Help?

I am... ▼    I want to... ▼    GO

Home  ›  News  ›  How the U.S. Election Assistance Commission Facilitates Fair and Secure Elections

🖨 PRINT   ✉ EMAIL   ❮ SHARE

Media

# NEWS
# HOW THE U.S. ELECTION ASSISTANCE COMMISSION FACILITATES FAIR AND SECURE ELECTIONS

‹ BACK TO NEWS



For Immediate Release
December 3, 2020

*The following statement from the U.S. Election Assistance Commission (EAC) was approved by Chairman Ben Hovland, Vice Chair Don Palmer, Commissioner Thomas Hicks, and Commissioner Christy McCormick.*

Washington, DC - Since Election Day has passed, a lot of attention has been focused on the oversight of voting technology and the companies who manufacturer these systems. The U.S. Election Assistance Commission (EAC) is an independent, bipartisan commission charged with facilitating secure, accurate, and accessible elections by developing guidelines to meet the Help America Vote Act (HAVA) requirements, adopting voluntary voting system guidelines, testing voting systems, accrediting test laboratories, and serving as a national clearinghouse of information on election administration. Under the U.S. Constitution, individual states are mandated with running elections. We, as the only federal agency completely dedicated to election administration, have confidence in the state and local election administrators who ran the 2020 election and the voting systems certified by the EAC.

Below is a summary of the EAC's role in the testing and certification of voting systems.

Individual states decide how to test and certify their voting systems:

- Thirty-eight states currently use some combination of the EAC's standards and certification.
- Twelve of these thirty-eight states currently require full EAC certification.
- The remaining states have developed their own guidelines, most based on the EAC's standards.

To apply for EAC certification, a voting system manufacturer must first register with the agency. This registration requires that details be provided on each manufacturer's ownership structure, the manufacturer's quality management and change control systems, and technical and management contacts. Additionally, the application for registration requires that manufacturers agree to the Testing and Certification program's requirements and quality monitoring program as outlined in the Testing and Certification Manual. There are currently eight active manufacturers registered with the EAC's program.

Before voting machines and election management systems are used in elections, the systems undergo rigorous hardware and software testing by laboratories accredited by the EAC and the National Institutes of Standards and Technology (NIST). The testing encompasses security, accuracy, functionality, accessibility, usability, and privacy based on requirements in the EAC's Voluntary Voting System Guidelines (VVSG). There are currently two accredited voting system test laboratories. The full testing cycle, from test plan creation to final determination of a system's suitability for federal certification, is managed by the EAC's Testing and Certification program and closely monitored for adherence to all applicable standards.

## MEDIA

Public Meeting Webcasts

Video Library

News

### DO YOU HAVE QUESTIONS?

Please do not include any personally identifiable information (PII) such as Social Security numbers, driver's license numbers, dates of birth, and mailing addresses.

Send your questions to us at clearinghouse@eac.gov or click the button below to contact us.

**Contact Us**

### REGISTER TO VOTE!

Use the National Mail Voter Registration Form to register to vote, update your registration information with a new name or address, or register with a political party.

Note: If you wish to vote absentee and are a uniformed service member or family member or a citizen living outside the U.S., contact the Federal Voting Assistance Program to register to vote.

**Get Information**



---

Document title: How the U.S. Election Assistance Commission Facilitates Fair and Secure Elections  | U.S. Election Assistance Commission
Capture URL: https://www.eac.gov/news/2020/12/03/how-us-election-assistance-commission-facilitates-fair-and-secure-elections
Capture timestamp (UTC): Fri, 22 Jan 2021 20:02:13 GMT

Individual states decide how to test and certify their voting systems:

- Thirty-eight states currently use some combination of the EAC's standards and certification.
- Twelve of these thirty-eight states currently require full EAC certification.
- The remaining states have developed their own guidelines, most based on the EAC's standards.

To apply for EAC certification, a voting system manufacturer must first register with the agency. This registration requires that details be provided on each manufacturer's ownership structure, the manufacturer's quality management and change control systems, and technical and management contacts. Additionally, the application for registration requires that manufacturers agree to the Testing and Certification program's requirements and quality monitoring program as outlined in the Testing and Certification Manual. There are currently eight active manufacturers registered with the EAC's program.

Before voting machines and election management systems are used in elections, the systems undergo rigorous hardware and software testing by laboratories accredited by the EAC and the National Institutes of Standards and Technology (NIST). The testing encompasses security, accuracy, functionality, accessibility, usability, and privacy based on requirements in the EAC's Voluntary Voting System Guidelines (VVSG). There are currently two accredited voting system test laboratories. The full testing cycle, from test plan creation to final determination of a system's suitability for federal certification, is managed by the EAC's Testing and Certification program and closely monitored for adherence to all applicable standards.

Individual states perform certification of voting systems which may include a review of a system's source code as well as the system's suitability for state-specific election requirements such as straight-party voting, curbside voting, or other functionality not specifically addressed in the EAC's guidelines.

Additionally, jurisdictions perform a series of tests that include logic and accuracy testing prior to the use of voting machines in polling places. These tests utilize manually created voting patterns that are tested on voting devices to ensure the expected result is accurately reported. This pre-election testing also includes the checking of installed software to ensure that only the certified versions of the software are installed on certified hardware. The EAC provides validation tools to jurisdictions to perform these software checks. Finally, there are numerous post-election related audits that are performed by election officials to both verify the completeness and the accuracy of the vote. These post-election audits also help ensure the proper functioning of voting equipment. The EAC provides resources and direct assistance to jurisdictions wishing to improve their audit capabilities.

For specific information on certified voting systems, please visit the certified voting systems page on EAC.gov.

For information on EAC registered manufacturers, please visit the registered manufacturers page on EAC.gov.

For information on EAC accredited voting system test laboratories, please visit the voting system test laboratory page on EAC.gov.

###

*The U.S. Election Assistance Commission (EAC) was established by the Help America Vote Act of 2002 (HAVA). It is an independent, bipartisan commission charged with ensuring secure, accurate and accessible elections by developing guidance to meet HAVA requirements, adopting voluntary voting system guidelines, and serving as a national clearinghouse of information on election administration. EAC also accredits testing laboratories and certifies voting systems, as well as administers the use of HAVA funds. For more information, visit eac.gov.*

Contact: Kristen Muthig
Phone: 202-897-9285
Email: kmuthig@eac.gov

**Tags**
Election, Hovland Statements, Mccormick Statements, Palmer Statements, Hicks Statements

---

uniformed service member or family member or a citizen living outside the U.S., contact the Federal Voting Assistance Program to register to vote.

**Get Information**



**MILITARY AND OVERSEAS VOTERS**

## RELATED NEWS



**NEWS**
EAC Commissioners Issue Resolution Declaring November 1-7 as National Election Official and Election Worker Appreciation Week
PRESS RELEASE
October 30, 2020



**NEWS**
Joint Statement from Elections Infrastructure Government Coordinating Council Executive Committee
October 22, 2020



**NEWS**
EAC Commissioners Issue Joint Statement in Recognition of National Voter Registration Day
PRESS RELEASE
September 22, 2020

---

News   Events   Multimedia   FOIA   No Fear Act   Contact   Privacy Statement   Sitemap   USA.gov

   

© 2021, The U.S. Election Assistance Commission. All rights reserved