# Exhibit 167

Sections
The Washington Post
Democracy Dies in Darkness
ise@clarelocke.com

XLERATOR® = HAND HYGIENE
Wash. Dry. Prevent.
Get The Facts

The Inauguration FAQ The Biden Agenda Biden Cabinet Facts on election integrity Election results Impeachment Opinions

Home
Share
4.6k

Politics

# Dominion sues pro-Trump lawyer Sidney Powell, seeking more than $1.3 billion

TRUMP
MULTIPLE PATHWAYS TO

Attorney Sidney Powell speaks during a Nov. 19 news conference with Rudolph W. Giuliani, lawyer for President Trump, about lawsuits contesting the results of the presidential election. (Sarah Silbiger for The Washington Post)

Ad
Avoid These 7 Mistakes Finding a Financial Advisor
SmartAsset LEARN MORE

By Emma Brown

Jan. 8, 2021 at 2:08 p.m. GMT

Add to list

Dominion Voting Systems on Friday filed a defamation lawsuit against lawyer Sidney Powell, demanding more than $1.3 billion in damages for havoc it says Powell has caused by spreading "wild" and "demonstrably false" allegations, including that Dominion played a central role in a fantastical scheme to steal the 2020 election from President Trump.

For weeks, Powell has claimed that Dominion was established with communist money in Venezuela to enable ballot-stuffing and other vote manipulation, and that those abilities were harnessed to rig the election for former vice president Joe Biden.

In a 124-page complaint filed in the U.S. District Court for the District of Columbia, Dominion said its reputation and resale value have been deeply damaged by a "viral

Document title: Dominion sues pro-Trump lawyer Sidney Powell, seeking more than $1.3 billion - The Washington Post
Capture URL: https://www.washingtonpost.com/politics/dominion-sues-pro-trump-lawyer-sidney-powell-seeking-more-than-13-billion/2021/01/08/ebe5dbe0-5106-11eb-…
Capture timestamp (UTC): Mon, 18 Jan 2021 20:25:19 GMT

those abilities were harnessed to rig the election for former vice president Joe Biden.

In a 124-page complaint filed in the U.S. District Court for the District of Columbia, Dominion said its reputation and resale value have been deeply damaged by a "viral disinformation campaign" that Powell mounted "to financially enrich herself, to raise her public profile, and to ingratiate herself to Donald Trump." The defendants named in the lawsuit include Powell, her law firm and Defending the Republic, the organization she set up to solicit donations to support her election-related litigation.

[*Read the full complaint here*]

In an interview, Dominion CEO John Poulos said the lawsuit aims to clear his company's name through a full airing of the facts about the 2020 election.

Since Nov. 4, President Trump has repeatedly claimed his election loss as a result of massive fraud. The following is a roundup of his claims. (The Washington Post)

Advisor Mistakes To Avoid

7 Mistakes You'll Make Hiring A Financial Advisor

Learn More

Poulos said he would like the case to go to trial rather than settle.

"We feel that it's important for the entire electoral process," he said. "The allegations, I know they were lobbed against us . . . but the impacts go so far beyond us."

Powell did not immediately respond to a request for comment.

[*For Trump advocate Sidney Powell, a playbook steeped in conspiracy theories*]

L. Lin Wood, a lawyer who has worked alongside Powell on post-election lawsuits and who says he is representing her in connection to defamation matters, called the

Avoid These 7 Mistakes Finding a Financial Advisor

SmartAsset LEARN MORE

## Most Read Politics

1 Live updates: Harris resigns Senate seat; Biden participates in national day of service

2 Trump prepares to offer clemency to more than 100 people in his final hours in office

3 **Analysis** Trump promoted N.M. official's comment that 'the only good Democrat is a dead Democrat.' Now the man is arrested in the Capitol riot.

4 As Trump's presidency recedes into history, scholars seek to understand his reign — and what it says about American democracy

5 The Trump presidency was marked by battles over truth itself. Those aren't over.

Avoid These 7 Mistakes Finding a Financial Advisor

SmartAsset LEARN MORE

Sections
The Washington Post
Democracy Dies in Darkness
ise@clarelocke.com

[For Trump advocate Sidney Powell, a playbook steeped in conspiracy theories]

Home
Share
4.6k

L. Lin Wood, a lawyer who has worked alongside Powell on post-election lawsuits and who says he is representing her in connection to defamation matters, called the lawsuit an attempt "to censor speech or try to intimidate people from telling the truth."

"I haven't seen the lawsuit, but I don't have any concerns about Dominion," he said in an interview.

As Powell's accusations about Dominion spread after the election, the company's employees were stalked, harassed and received death threats via email, text and phone: "we are already watching you," read a text message to one Dominion employee, according to the complaint. "Come clean and you will live."

AD
Best Places to Retire in Spain
Live the good life in sunny, affordable Spain
Learn More

The company says it has spent more than $565,000 on protection for personnel since the election.

Dominion has sent retraction demands or document preservation letters, often precursors to litigation, to more than 20 individuals and entities, including to Wood, White House Counsel Pat Cipollone and Trump's personal attorney, Rudolph W. Giuliani; and to Fox News, Newsmax, One America News and the Epoch Times, media companies that have lent Powell an enormous platform in the two months since the election.

Some of the news outlets, including Fox, have since backed off the claims or issued corrective statements.

Thomas A. Clare, an attorney representing Dominion who is well-known for litigating defamation cases, said his team filed against Powell first "because she's been the most prolific and in many ways has been the originator of these false statements."

-50%
-50%
-69%
-50%

**The Trailer newsletter**

News and insight on political campaigns around the country, from David Weigel. 435 districts. 50 states. Tuesday, Thursday and Sunday evenings.

Sign up

By signing up you agree to our Terms of Use and Privacy Policy

HOT

Document title: Dominion sues pro-Trump lawyer Sidney Powell, seeking more than $1.3 billion - The Washington Post
Capture URL: https://www.washingtonpost.com/politics/dominion-sues-pro-trump-lawyer-sidney-powell-seeking-more-than-13-billion/2021/01/08/ebe5dbe0-5106-11eb-…
Capture timestamp (UTC): Mon, 18 Jan 2021 20:25:19 GMT
Page 2 of 9



Home
Share
4.6k

Well Woven® Browse Our Range
Well Woven

Creality3D Ender 3 $155
Creality3d.shop Official

“But to be clear, none of this would have been possible without other individuals and without other media outlets that have their own responsibility,” Clare said. “And we’re looking at all of them.”

Asked whether Dominion intends to sue Trump, Clare said no one has been ruled out. “We’re going to follow this wherever the evidence leads us.”

In the complaint filed Friday, Dominion chronicles more than three dozen of Powell’s public statements about the company, showing how she continued attacking it even after multiple local, state and federal officials rejected claims of widespread election fraud.

*[Sidney Powell’s secret ‘military intelligence expert,’ key to fraud claims in election lawsuits, never worked in military intelligence]*

Podcast
**Post Reports**
The Washington Post's daily podcast: unparalleled reports, expert insight, clear analysis. For your ears.
**Add to Apple Podcasts, Google Podcasts**

She has claimed that Dominion’s voting system was created in Venezuela to rig elections for former Venezuelan leader Hugo Chávez and has said that secret algorithms in Dominion machines were used to manipulate votes in favor of Biden in 2020. She has accused the company of bribing Georgia officials to win a no-bid contract with the state. She has promised to tweet a video of Dominion’s founder — Poulos — saying he could “change a million votes, no problem at all.”

No such video ever materialized.

Dominion’s lawsuit cites “mountains of evidence conclusively disproving Powell’s vote-manipulation claims.” While many pages of the complaint are devoted to dissecting and rebutting of those claims, the company notes in particular that hand counts — including a statewide hand count of millions of ballots in Georgia — have confirmed that Dominion machines tabulated votes accurately.

Dominion sent Powell a letter on Dec. 16 demanding that she retract her “wild, knowingly baseless, and false accusations.” Four days later, Powell wrote on Twitter that she was “retracting nothing.”

Home
Share
4.6k

Dominion sent Powell a letter on Dec. 16 demanding that she retract her "wild, knowingly baseless, and false accusations." Four days later, Powell wrote on Twitter that she was "retracting nothing."

"We have #evidence," she wrote. "They are #fraud masters!"

Since then, Powell has continued accusing Dominion of wrongdoing, including in a Jan. 3 tweet claiming that thousands of votes in Georgia were switched from Trump to Biden.

The complaint filed Friday accuses Powell of breaking state defamation laws in Georgia, where she spoke at a "Stop the Steal" rally in December, and in the District of Columbia, where she appeared at a November news conference and has given multiple interviews from the Trump International Hotel. It also alleges that she engaged in deceptive trade practices by using false statements about Dominion to raise her public profile, gain clients and sell more copies of a book she wrote in 2014.

The lawsuit, which seeks both compensatory and punitive damages, is based on Powell's statements to the public and the media rather than on the allegations she made in federal lawsuits she filed seeking to overturn election results in four battleground states. But Powell's actions in those cases — popularly known as the "kraken" suits, after a mythological sea-creature that Powell has adopted as a mascot — are under separate legal scrutiny.

On Tuesday, the city of Detroit asked a federal judge in Michigan to punish Powell and her team of lawyers, including Wood, for using the courts to put forth "false and frivolous claims while seeking relief with massive implications for our democracy."

*[Sidney Powell's secret intelligence contractor witness is a pro-Trump podcaster]*

Powell's lawsuit in Michigan was "full of intentional lies" and baseless accusations, and the Dominion-related conspiracy theory was "perhaps the most baseless," Detroit's lawyers wrote in a 56-page motion for sanctions.

16 Highly Unnecessary Things People Waste Money On (and Steps To Save A Fortune In 2021)



Sections
The Washington Post
Democracy Dies in Darkness
ise@clarelocke.com

Home
Share
4.6k

AD
16 Highly Unnecessary Things People Waste Money On (and Steps To Save A Fortune In 2021)
If You Cut Down On These 16 highly unnecessary expenses, you'll save a fortune in 2021.
Open

2929
WESLAYAN
Live Only Here
LUXURY HIGH-RISE APARTMENTS IN THE CENTER OF IT ALL.
LEASE TODAY
Amazing City Views
World Class Amenities
Designer Interiors
Coveted River Oaks Location
1, 2 & 3 Bedrooms

They asked Judge Linda V. Parker of the U.S. District Court for the Eastern District of Michigan to refer Powell and her team of lawyers to the court's chief judge for disbarment, and to refer them for further professional discipline to authorities in their home states — Texas, in Powell's case.

Detroit also asked the judge to levy a financial penalty "sufficient to deter future misconduct," at least equal to the amount of money that Powell and her team have raised to fund their post-election lawsuits.

Wood said Friday that he had not seen Detroit's motion but believed it was politically motivated. "On the face of it, I'd call it nonsense," he said.

Parker, who will decide how to handle the request, is the same judge who heard Powell's kraken lawsuit in December. She dismissed it, finding that the allegations were "nothing but speculation and conjecture."

Powell has appealed to the U.S. Supreme Court.

## Election 2020: Biden defeats Trump

Updated January 7, 2021

**The latest:** Congress affirms Biden's presidential win following riot at U.S. Capitol

**Graphic:** How members of Congress voted on counting the electoral college vote

**Live updates:** Trump pledges 'orderly transition' after Biden is declared winner at the end of a violent day

**25th Amendment:** Senior officials have discussed removing Trump. Here's how that could work.

**Election results under attack:** Here are the facts

**Full election results**

4.6k Comments

**Emma Brown**
Emma Brown is a reporter on the investigative team who joined The Washington Post in 2009. Previously, she wrote obituaries and covered local and national education. Follow

Document title: Dominion sues pro-Trump lawyer Sidney Powell, seeking more than $1.3 billion - The Washington Post
Capture URL: https://www.washingtonpost.com/politics/dominion-sues-pro-trump-lawyer-sidney-powell-seeking-more-than-13-billion/2021/01/08/ebe5dbe0-5106-11eb-…
Capture timestamp (UTC): Mon, 18 Jan 2021 20:25:19 GMT
Page 5 of 9




**Emma Brown**
Emma Brown is a reporter on the investigative team who joined The Washington Post in 2009. Previously, she wrote obituaries and covered local and national education. Follow

Home
Share
4.6k

**More from The Post**

Opinion
## What Jon Ossoff means for the South and its buried Jewish past

## President-elect Biden to end Keystone XL pipeline in fight on climate change

Perspective
## Ask Amy: Family contacts with abusive ex continue to hurt

## After months of trauma, vaccinated health-care workers welcome a surprising emotion: hope

## This teacher was called to protect the U.S. Capitol as a National Guard member. He now holds class from a Humvee.

## The 5-Minute Fix newsletter

Your weekday afternoon cheat sheet on the biggest stories in politics — that can be read in 5 minutes or less.

Sign up

By signing up you agree to our Terms of Use and Privacy Policy

**PAID PROMOTED STORIES**

Recommended by Outbrain








 Sections
The Washington Post
Democracy Dies in Darkness
ise@clarelocke.com

Home
Share
4.6k

PAID PROMOTED STORIES

Recommended by Outbrain

**Before you renew Amazon Prime, read this**
Capital One Shopping

**Internet Providers Don't Want You Buying One, But They're Not Illegal**
zen-insider.com

**The New 2020 Kia Seltos Is Turning Heads**
Luxury Car | Sponsored Listings

**Shut The Front Door! The New Subaru Outback Is Stunning!**
Luxury Auto | Sponsored Listings

**How To Detox Your Gut Each Morning (It's Genius)**
Amy Myers MD

**Get free samples sent to your door. 100% free & no credit card required. Claim now!**
Get It Free

2929
WESLAYAN
Live Only Here

LUXURY HIGH-RISE APARTMENTS IN THE CENTER OF IT ALL.
LEASE TODAY

Amazing City Views
World Class Amenities
Designer Interiors
Coveted River Oaks Location
1, 2 & 3 Bedrooms

**Your profile is incomplete**
Before you can contribute to our community, please visit your Profile page in order to complete your profile.

**Comments**

This conversation is moderated according to The Post's community rules. Please read the rules before joining the discussion. Send feedback about the comments section here.

**All Comments (4.5k)** Viewing Options

**Gwen** 5 days ago

I hope they take every last dime from her.

Like 2 Reply Link Report

**BocaSlim** 6 days ago

I wonder if Dominion has sought to freeze Powell's personal assets yet. Doing so will either keep her down on the farm and away from courthouses; or if she's still globetrotting after she her ability to withdraw walking around money from the ATM is stymied, it'll expose her financial enablers. While Trump doesn't pay for anything, like legal services for his fans, someone does and those somebodies need to be exposed and counted...

Like 2 Reply Link Report

Document title: Dominion sues pro-Trump lawyer Sidney Powell, seeking more than $1.3 billion - The Washington Post
Capture URL: https://www.washingtonpost.com/politics/dominion-sues-pro-trump-lawyer-sidney-powell-seeking-more-than-13-billion/2021/01/08/ebe5dbe0-5106-11eb-…
Capture timestamp (UTC): Mon, 18 Jan 2021 20:25:19 GMT Page 7 of 9

Sections
The Washington Post
Democracy Dies in Darkness
ise@clarelocke.com

Home
Share
4.6k

she her ability to withdraw walking around money from the ATM is stymied, it'll expose her financial enablers. While Trump doesn't pay for anything, like legal services for his fans, someone does and those somebodies need to be exposed and counted...

Like 2 Reply Link Report

**X Coder** 6 days ago

I'm surprised the leopards in the National Zoo haven't sued her for defamation and the fashion police haven't already picked her up on a felony warrant.

Like 2 Reply Link Report

**Dirkfathom** 1 week ago

the only upside from all the shenanigans put forth by the Great Orange Id and his cadre of fellating sycophants, is if the perpetrators are sued, arrested, prosecuted, convicted, fined and jailed for their behavior. Assuming hundreds of those involved, up to and including the Orange Crush Clown are successfully pushed back upon and some of the other mouth breathers may decide to at least become house broken, functional members of society

Like 2 Reply Link Report

**Ronrob** 1 week ago

Sue the beotchhhh

Like Reply Link Report

**Pointblank** 1 week ago

Lock her up

Like Reply Link Report

**John Hoey** 1 week ago

Kraken? She means crackpot. The sooner these pathological cynics are disbarred, thrown off social media, and shunned by the press, the better for democracy.

Like 4 Reply Link Report

**Someonewhocares** 1 week ago

I sure hope Dominion wins.

Like 9 Reply Link Report

**John Ellis** 1 week ago

She should be applauding this, now she has the "standing" that she lacked before and can present her Kraken to a jury.

Like 5 Reply Link Report

**Sympathy For The Devil** 1 week ago

She must have known that what she was saying was untrue and libellous-she obviously reckoned on trump pardoning her-well that ain't gonna happen now. I also imagine that she had great visions for a future installed permanently in the White House as trumpy's "go to gal" for legal business-it may even have involved knee pads and awkward moments at the Dry Cleaners.

Like 3 Reply Link Report

**HeyKatHey** 1 week ago

ew.

2929
WESLAYAN
Live Only Here
LUXURY HIGH-RISE APARTMENTS IN THE CENTER OF IT ALL.
LEASE TODAY
Amazing City Views
World Class Amenities
Designer Interiors
Coveted River Oaks Location
1, 2 & 3 Bedrooms

Document title: Dominion sues pro-Trump lawyer Sidney Powell, seeking more than $1.3 billion - The Washington Post
Capture URL: https://www.washingtonpost.com/politics/dominion-sues-pro-trump-lawyer-sidney-powell-seeking-more-than-13-billion/2021/01/08/ebe5dbe0-5106-11eb-…
Capture timestamp (UTC): Mon, 18 Jan 2021 20:25:19 GMT
Page 8 of 9



Sections
The Washington Post
Democracy Dies in Darkness
ise@clarelocke.com

Home

Share

4.6k

**Sympathy For The Devil** 1 week ago

She must have known that what she was saying was untrue and libellous-she obviously reckoned on trump pardoning her-well that ain't gonna happen now. I also imagine that she had great visions for a future installed permanently in the White House as trumpy's "go to gal" for legal business-it may even have involved knee pads and awkward moments at the Dry Cleaners.

Like 3 Reply Link Report

**HeyKatHey** 1 week ago

ew.

Like Reply Link Report

**Caroline** 1 week ago

She was hoping for a Trump pardon (as is Giuliani). Unfortunately the narcissistic toddler is too busy feeling sorry for himself to think of anyone else (including his family).

The end game was supposed to be him pardoning everyone, resigning, and Pence pardoning him. Ironic that his personality and mild dementia will get in the way of an eminently sensible plan. People with mild dementia can only handle one thought at a time. I'll bet the people around Trump are still saying things like "if we do this, then x, y, or z will happen but if we...or we could..." and not realizing that's the worse thing to say to someone with mild dementia.

Like 3 Reply Link Report

View More Comments

2929
WESLAYAN
Live Only Here

LUXURY HIGH-RISE
APARTMENTS
IN THE CENTER
OF IT ALL.
LEASE TODAY

Amazing City Views
World Class Amenities
Designer Interiors
Coveted River Oaks Location
1, 2 & 3 Bedrooms

**About Us**
Public Relations
Careers
Diversity & Inclusion
Newspaper in Education
Today's Paper
WP BrandStudio
Events
Policies & Standards

**Get The Post**
Home Delivery
Digital Subscription
Gift Subscriptions
Mobile & Apps
Newsletters & Alerts
Print Archives (Subscribers Only)
Washington Post Live
Reprints & Permissions
Post Store
Books & eBooks
e-Replica

**Help**
Contact the Newsroom
Contact Customer Care
Reader Representative
Advertise
Licensing & Syndication
Request a Correction
Send a News Tip

**Terms of Use**
Digital Products Terms of Sale
Print Products Terms of Sale
Terms of Service
Privacy Policy
Submissions & Discussion Policy
RSS Terms of Service
Ad Choices

washingtonpost.com © 1996-2021 The Washington Post

Document title: Dominion sues pro-Trump lawyer Sidney Powell, seeking more than $1.3 billion - The Washington Post
Capture URL: https://www.washingtonpost.com/politics/dominion-sues-pro-trump-lawyer-sidney-powell-seeking-more-than-13-billion/2021/01/08/ebe5dbe0-5106-11eb-…
Capture timestamp (UTC): Mon, 18 Jan 2021 20:25:19 GMT
Page 9 of 9