# Exhibit 228

Get Accredited
News & Events
Business Login
Better Business Bureau®
My BBB
BBB
Find
businesses, charities, category
Near
Northbrook, IL
US
Search
BBB remains operational and focused on serving our business community. Read more.
Home > Minnesota > Chaska > Pillows > My Pillow, Inc.
Share
Print
Business Profile
My Pillow, Inc.
Pillows
Headquarters
Multi Location Business
Find locations

**CURRENT ALERTS FOR THIS BUSINESS**

**Government Action:**
**California Final Judgement 2019**
On October 23, 2019, the business entered into a Stipulated Final Judgement with the People of the State of California. The Stipulated Final Judgement settles ...
Read More

**Pattern of Complaint:**
BBB files indicate that this business has a pattern of complaints concerning the on-going Buy-One-Get-One (BOGO) offer for the premium pillow offered on their website. Consumers complaints allege confusion regarding the BOGO pricing of the pillows, as different pillow styles are offered in retail stores than those offered on ...
Read More

**ADDITIONAL BUSINESS INFORMATION**

See all additional business information

**Additional Information:** Better Business Bureau accepts and reports customer complaints against MyPillow within the consistent manner and process it does for any business located in its services area throughout Minnesota and North Dakota. As of June 2019, MyPillow notified BBB that it will no longer attempt to resolve any customer disputes submitted through BBB's systems, ...Read More

Contact Information

343 E 82nd St STE 102
Chaska, MN 55318-2354

http://www.mypillow.com

(800) 308-1299

Customer Reviews
3.23/5
Average of 393 Customer Reviews
Read reviews
Start a Review
Customer Complaints
184 complaints closed in last 3 years
88 complaints closed in last 12 months
Read complaints
File a Complaint

BBB Rating & Accreditation
F
THIS BUSINESS IS NOT BBB ACCREDITED
Years in Business: 16
Customer Reviews are not used in the calculation of BBB Rating
Reasons for BBB Rating

Overview

MyPillow's are sold at My Pillow's web & retail stores, major retailers and trade shows.

Products & Services

The patented MyPillow comes in S/Q and King size. MyPillow is antimicrobial, non allergenic and designed for washing and drying.

Business Details

Customer Complaints

184 Customer Complaints

**Need to file a complaint? BBB is here to help. We'll guide you through the process.** How BBB Processes Complaints and Reviews

File a Complaint

**Most Recent Customer Complaint**

**Complaint Type:** Billing/Collection Issues **Status:** Unresolved

01/28/2021

I returned 2 pillows I purchased it shows they received them on Jan 14th, 2021 I still have not received a credit to my bank account. I have contacted via phone no one will answer. I have contacted affirm who i used to make the purchas show a credit either to issue me a credit. I have

Leave a message for BBB

Document title: My Pillow, Inc. | Better Business Bureau® Profile
Capture URL: https://www.bbb.org/us/mn/chaska/profile/pillows/my-pillow-inc-0704-96152336
Capture timestamp (UTC): Mon, 08 Feb 2021 13:41:46 GMT



Get Accredited News & Events Business Login

Better Business Bureau®

My BBB

Find businesses, charities, category Near Northbrook, IL US Search

## Business Details

This is a multi-location business. Need to find a different location?

**Headquarters**
343 E 82nd St STE 102, Chaska, MN 55318-2354

**BBB File Opened:** 2/10/2010
**Years in Business:** 16
**Business Started:** 5/1/2004
**Business Started Locally:** 5/1/2004
**Business Incorporated:** 7/1/2009
**Licensing Information:** This business is in an industry that may require professional licensing, bonding or registration. BBB encourages you to check with the appropriate agency to be certain any requirements are currently being met.

**Type of Entity:** Corporation

**Alternate Business Name**
My Pillow Direct, LLC

**Business Management**
Michael Lindell, CEO
Sherry Miles, Manager of Customer Operations

**Contact Information**
Principal
Sherry Miles, Manager of Customer Operations
Customer Contact
Sherry Miles, Manager of Customer Operations

**Additional Contact Information**
Phone Numbers
(952) 442-6199 Other Phone
(855) 974-5569 Other Phone

Read More Business Details and See Alerts

show a credit either to issue me a credit. I have emailed them multiple times with no concrete response or resolution.... Read More

Read 183 More Complaints

## Customer Reviews

393 Customer Reviews

**What do you think? Share your review.**
How BBB Processes Complaints and Reviews

Start a Review

**Most Recent Customer Review**

Sherry
(5 stars) 02/04/2021

Love my pillow! I finally get a great night's sleep with no stiff neck in the morning. Definitely recommend.

Read 392 More Customer Reviews

## Business Categories

Pillows Bedding

## Local BBB

BBB of Minnesota and North Dakota

More Info on Local BBB

## BBB Reports On

BBB reports on known marketplace practices.

See What BBB Reports On

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

**For Consumers**

Select Language
Google Translate
Search for a Business
Get a Quote
Start a Review
File a Complaint
BBB Scam Tracker
File an Auto Warranty Complaint
BBB Ad Truth
Sign up for Scam Alerts
Frequently Asked Questions (FAQ)

**For Businesses**

Search Business Profiles
Get Accredited
BBB EU Privacy Shield
Get Your Business Listed

**About BBB**

BBB Directory
Give.org
BBB Institute for Marketplace Trust
International Association of Better Business Bureaus
Contact
BBB Business Partner Code
Mission & Vision
BBB National Programs

Leave a message for BBB

Document title: My Pillow, Inc. | Better Business Bureau® Profile
Capture URL: https://www.bbb.org/us/mn/chaska/profile/pillows/my-pillow-inc-0704-96152336
Capture timestamp (UTC): Mon, 08 Feb 2021 13:41:46 GMT
Page 1 of 2

Better Business Bureau®

My BBB

Find businesses, charities, category Near Northbrook, IL US Search

**Years in Business:** 16
**Business Started:** 5/1/2004
**Business Started Locally:** 5/1/2004
**Business Incorporated:** 7/1/2009
**Licensing Information:** This business is in an industry that may require professional licensing, bonding or registration. BBB encourages you to check with the appropriate agency to be certain any requirements are currently being met.

**Type of Entity:** Corporation

**Alternate Business Name**
My Pillow Direct, LLC

**Business Management**
Michael Lindell, CEO
Sherry Miles, Manager of Customer Operations

**Contact Information**
Principal
Sherry Miles, Manager of Customer Operations
Customer Contact
Sherry Miles, Manager of Customer Operations

**Additional Contact Information**
Phone Numbers
(952) 442-6199 Other Phone
(855) 974-5569 Other Phone

Read More Business Details and See Alerts

## Customer Reviews

393 Customer Reviews

**What do you think? Share your review.**
How BBB Processes Complaints and Reviews

Start a Review

**Most Recent Customer Review**

Sherry
(5 stars) 02/04/2021

Love my pillow! I finally get a great night's sleep with no stiff neck in the morning. Definitely recommend.

Read 392 More Customer Reviews

## Business Categories

Pillows Bedding

## Local BBB

BBB of Minnesota and North Dakota

More Info on Local BBB

## BBB Reports On

BBB reports on known marketplace practices.

See What BBB Reports On

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

**For Consumers**

Select Language
Google Translate
Search for a Business
Get a Quote
Start a Review
File a Complaint
BBB Scam Tracker
File an Auto Warranty Complaint
BBB Ad Truth
Sign up for Scam Alerts
Frequently Asked Questions (FAQ)

**For Businesses**

Search Business Profiles
Get Accredited
BBB EU Privacy Shield
Get Your Business Listed

**About BBB**

BBB Directory
Give.org
BBB Institute for Marketplace Trust
International Association of Better Business Bureaus
Contact
BBB Business Partner Code
Mission & Vision
BBB National Programs

Terms of Use | Privacy Policy | Your Ad Choices | Trademarks | Hyperlinking Policy

© 2021, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US, Canada and Mexico and BBB Institute for Marketplace Trust, Inc. All rights reserved. *In Canada, trademark(s) of the International Association of Better Business Bureaus, use

Leave a message for BBB