# Exhibit 232

Request a Demo
Portfolio rebalancing tools for Financial Advisors. RobustWealth
OPEN

# Thirty-eight percent of Tucker Carlson's advertising came from MyPillow in 2020, data firm estimates

by Haley Victory Smith, Breaking News Reporter  |    |  July 07, 2020 02:14 PM



For the latest videos from the Washington Examiner, subscribe to our YouTube channel     YouTube

**Sign up for News from Washington Examiner**

[Email Address]    SUBMIT







An advertising data firm estimates that 37.8% of the advertising revenue for Tucker Carlson's Fox News show comes from the company MyPillow.

*Tucker Carlson Tonight* is now the highest-rated show in cable news, averaging 4.3 million nightly viewers. Despite that, a plethora of companies have decided against advertising on Carlson's show due to public pressure over several controversial comments made by the host.

MyPillow, which is owned by ardent Trump supporter Mike Lindell, has decided to take the opposite approach, investing heavily in commercial buys on the show.



---

Document title: Thirty-eight percent of Tucker Carlson&#39;s advertising came from MyPillow in 2020, data firm estimates
Capture URL: https://www.washingtonexaminer.com/news/thirty-eight-percent-of-tucker-carlsons-advertising-came-from-mypillow-in-2020-data-firm-estimates
Capture timestamp (UTC): Mon, 08 Feb 2021 13:45:47 GMT



CNN's Brian Stelter reported Monday that according to iSpot.tv, a firm that collects data on television advertising, MyPillow is advertising on Carlson's show "nearly 10 times more than the next-largest brand by spend." MyPillow also makes up about 15% of the advertising revenue for Sean Hannity's show, according to the same report.

"MyPillow is literally propping up Tucker's show," Stelter said.

News  CNN  Fox News  Advertising  Media

    

## Sponsored Content

Ads by Revcontent


### One Simple Method To Keep Your Blood Sugar Below 100
WeeklyPenny.com


### MD: If You Have Toenail Fungus, Do This Immediately (Watch)
TruthAboutFungus.com

### Why Do People Invest in Gutter Protection? Here is the Truth
LeafFilter Partner

 
### They Were Famous In The 70s. This is Them Now
Upbeat News


### If Your Dog Licks His Paws - Top Vet Says To Do This Daily
UltimateK9Health.com


### The Most Successful Attorneys in Northbrook. See the List
Top Attorney | Sponsored Links

 




**Illinois Launches New Policy For Cars Used Less Than 49 Miles/Day**
Comparisons.org

**Reduce Low Back Pain & Sciatica With One Seated Stretch (Watch)**
WeeklyPenny.com

**Illinois Launches New Policy for Vehicles Used Less Than 56 Miles/day**
Finance Daily

PROMO CODES AVAILABLE    SEE CODES    CapitalOne Shopping

## More Washington Examiner



**National mental health crisis emerges among youth during lockdowns: Report**



Sponsored Content
**Trump's IQ Vs. Sleepy Joe's- Try Not To Laugh**
By PollHype



**New Mexico bill would eliminate many driver's license suspension rules**



**COVID-19 vaccines: What you need to know about side effects and risks**



Create Your Own Website — Start Now (wix)
KILL THE GOBLIN! Hero Wars — TRY

Lead to Recovery — Digital Marketing Services — GET QUOTE




**Tom Brady wins Super Bowl No. 7, Buccaneers beat Chiefs 31-9**

**Bidens issue Super Bowl message focused on COVID**



Legend who bought Apple at $1.42 says buy TaaS now. You heard it here first: TaaS will change how you eat, shop, and invest. Click to read more — Empire Financial Research






Tom Brady wins Super Bowl No. 7, Buccaneers beat Chiefs 31-9


Bidens issue Super Bowl message focused on COVID


Obama ethics chief torches Biden over Hunter memoir in disappearing tweets




Biden validates CDC timeline for school reopenings guidance after White House injects confusion








Biden claim that 'all the economics' show minimum wage increase helps economy fact-checked, but not by major outlets


*LA Times* op-ed slammed for comparing Trump-supporting neighbors to Hezbollah


Twenty arrested as Haiti's president alleges plot to kill him and overthrow government


Journalist praises 'refreshing' Jen Psaki, compares Kayleigh McEnany to a 'bad ex-boyfriend'





Document title: Thirty-eight percent of Tucker Carlson&#39;s advertising came from MyPillow in 2020, data firm estimates
Capture URL: https://www.washingtonexaminer.com/news/thirty-eight-percent-of-tucker-carlsons-advertising-came-from-mypillow-in-2020-data-firm-estimates
Capture timestamp (UTC): Mon, 08 Feb 2021 13:45:47 GMT                                                                                   Page 3 of 4



 

Twenty arrested as Haiti's president alleges plot to kill him and overthrow government

Journalist praises 'refreshing' Jen Psaki, compares Kayleigh McEnany to a 'bad ex-boyfriend'

 

McCabe recalls Trump's 'manic rant' about Comey

Thousands defy mask mandate, pack streets in Tampa ahead of Super Bowl LV

 

GOP congressmen introduce bill named after Ilhan Omar that would prevent politicians from paying spouses with campaign funds

Video shows Prius broken into and robbed while sitting in San Francisco traffic

