# Exhibit 234

 
Read about Ashtyn and her family
"My first thought was, 'is this the end for my 5-year old?'" says Ashtyn's mom, Itara.
St. Jude

  2020 Election    Facts First    Election 101                                    ● LIVE TV    Edition ⌄

# How Mike Lindell, the MyPillow guy, became a midterm messenger

By **Betsy Klein**, CNN
Updated 11:34 AM EST, Sun November 4, 2018



My Pillow CEO campaigns for Trump 01:24                                                  Source:CNN

**MORE FROM CNN**

 Judge orders New York district to be certified for Republican in last...

 Cheney says she will not resign and GOP shouldn't embrace Trump


Ad   VisionFocus
**Adjustable Glasses for Seniors**
Everyone Over 55 is Rushing to Get These Revolutionary Reading Glasses
Open
Advertisement

**(CNN)** — President Donald Trump isn't getting much sleep, and neither is Mike Lindell. But with days to go before the midterm elections, don't blame their pillows.

Lindell, the mustachioed "MyPillow" inventor and infomercial star, is doing his part ahead of next Tuesday, hitting the road in support of conservative candidates and popping up at many a Trump rally across the country. Lindell, one of just a few "celebrity" endorsers, gave Trump his seal of approval early and remains a key supporter.

Though Lindell might not be a household name, his MyPillow certainly is, and he's a recognizable guy, his high-energy infomercials having been on television more than 7 million times.

Lindell, an evangelical Christian and former crack cocaine addict who has been sober 10 years this January, has forged an unlikely path to the political arena, one that literally came about as the result of two dreams.


**RELATED ARTICLE**
Trump slams 'crazy, lunatic' constitutional amendment in midterm endgame

The first, in 2004, when Lindell dreamed of inventing the perfect pillow. He developed and patented his foam pillow, pitching it from a mall kiosk to fairs, home shows and expos, and, ultimately, on unscripted, nationally televised infomercials. After his first infomercial aired in 2011, Lindell's Minnesota-based company grew from 5 employees to 500 in 40 days.

The second dream, in 2015, came shortly before Trump declared his candidacy.

"I actually had a dream that I would meet Donald Trump in an office, and then all of a sudden he ran for president," Lindell recalled in an interview with CNN this week. "I didn't know why and then he came down that (escalator), he's running for president."

A year later, he had a private meeting with the then-Republican nominee in his Trump Tower office. The two talked about Made in America – his pillows are made in the USA – and inner city initiatives.

**'I just believed in Donald Trump'**

**NEWS & BUZZ**

 Millions who likely voted for Trump want him barred from future office

Document title: How Mike Lindell, the MyPillow guy, became a midterm messenger - CNN Politics
Capture URL: https://www.cnn.com/2018/11/03/politics/donald-trump-mike-lindell-mypillow-midterms/index.html
Capture timestamp (UTC): Mon, 08 Feb 2021 13:47:11 GMT

A year later, he had a private meeting with a then-Republican nominee in the Trump Tower offices. The two talked about Made in America – his pillows are made in the USA – and inner city initiatives.

## 'I just believed in Donald Trump'



PHOTO: Alex Brandon/AP

That meeting sealed the deal.

"I just believed in Donald Trump so much after that meeting with him ... He has a heart that cares. And maybe people don't see that out there when he's on TV and stuff, because he's such a fighter and wants to win and wants to help this country so bad and help people," Lindell said.

Lindell endorsed Trump, appearing in the "spin room" at two general election debates and speaking at a Minnesota rally days before the election. He's been an invited guest to multiple White House events since Trump took office and spent time with Trump at Mar-a-Lago during Easter weekend when he was a guest of another club member.

For Trump, a MyPillow owner, the feeling is mutual.

"They went out and bought their own pillows," Lindell said, adding that Trump told him he recently "went out and bought some more pillows."

Trump has said he and the first lady both sleep on MyPillows.

"You ever see this guy with the pillows on Fox? MyPillow guy, Mike Lindell, where is Mike? He is the greatest," Trump said at a June North Dakota rally. "First of all, he does make a great product, great pillows. I actually use them. He's been a supporter from Day 1."

"I had no idea he was going to do that, I didn't even know he knew I was there," Lindell said, laughing.

## An education

Lindell admits he was "very uneducated" when it came to politics before Trump entered the arena.

"I had to learn what a liberal was, what a conservative was. I didn't know anything about politics. I'm not kidding. I was an addict, I was a crackhead. I didn't get into politics and I didn't realize how important they were," he said.

Two years later, the entrepreneur has endorsed a slate of candidates, ranging from Minnesota Republican gubernatorial candidate Jeff Johnson to Virginia Republican Senate candidate Corey Stewart.

"The reason I hope that the Republicans hold the house is so (Trump) gets the backing he needs to finish all the promises that he's made," he said.

In the last two weeks alone, Lindell has criss-crossed the country, attending Trump rallies, visiting the White House for an opioid bill signing, appearing at political fundraisers, speaking to millennials at an evangelism event, attending an event with Lara Trump, whom he considers a friend, and talking pillows on QVC. On Friday, Lindell traveled to the Florida Panhandle to hand out 10,000 pillows to hurricane victims.

He's been to a cadre of Trump rallies: Rochester, Minnesota; Fargo, North Dakota; Houston, Texas, and Thursday in Columbia, Missouri. He pays for his own transportation and lodging. He spoke on stage before the President in Rochester, but mostly, he just roams around with his VIP badge, talking to supporters.

In the lead up to Trump rallies, loud music blaring and an atmosphere much like a rock concert, Lindell holds court

NEWS & BUZZ


Millions who likely voted for Trump want him barred from future office


CNN's Pamela Brown on the truth behind Donald Trump's election lie

PAID CONTENT  


Food Items You Should Never Buy At Costco, Here's Why
BETTERBE

 
The All New Subaru Crosstrek Is The Incredible
Luxury Auto | Sponsored ...
Shop Now

20 Questions to Tell If You're Ready to Retire
SmartAsset
Learn More




SEIKO

Advertisement

Florida Panhandle to hand out 10,000 pillows to hurricane victims.

He's been to a cadre of Trump rallies: Rochester, Minnesota; Fargo, North Dakota; Houston, Texas, and Thursday in Columbia, Missouri. He pays for his own transportation and lodging. He spoke on stage before the President in Rochester, but mostly, he just roams around with his VIP badge, talking to supporters.

In the lead-up to Trump rallies, loud music blaring and an atmosphere much like a rock concert, Lindell holds court. Attendees form a line, clamoring to get a photo with the "MyPillow Guy."

Here in Columbia, a volunteer held the crowd back as he greeted red-hatted fans, receiving line-style.

Karin Housley, who is running for Democrat Al Franken's Senate seat in Minnesota, is one candidate benefitting from Lindell's star power.

Last week, Lindell lent his name ("Mike Lindell – My Pillow" in the "from" line) to a fundraising email on Housley's behalf: "Friend – you may know me from inventing MyPillow, but that's not why I am emailing you today. I want to tell you about Karin Housley and why her United States Senate race is critical to Minnesota and the rest of our country."

A spokesperson for Housley praised Lindell for using his platform to "stand up for the issues that are important to him and many Minnesotans."

"He has spoken on Karin's behalf a number of times and we really appreciate all he's doing to help out our campaign," Housley spokesman Jake Schneider told CNN.

So why should voters listen to the "MyPillow guy" when they head to the polls on Tuesday?

"Because they trust me. I do my due diligence," he said. "When I put my credibility behind someone, or anything – even if it's a product," he said. "To me, it has to help people. I would ruin my credibility if I put my stamp of approval of anything I didn't do my due diligence on."

## The "MyPillow guy"

While some companies have faced backlash for supporting Trump, Lindell says the pillow business hasn't been affected by his politics – in fact, it's growing.

"It's been very good for business, but I just do what I'm supposed to do, what God's called me to do. And I really – I'm not going to back down," he said.

When many advertisers pulled their ads from Fox News' Ingraham Angle after a tweet host Laura Ingraham posted mocking Parkland shooting survivor David Hogg, Lindell stood by her.

"You wanna boycott me, that's fine, but I'm not changing my advertising. I'm going to do what I'm gonna do, and I believe in (Trump)," he said. "I've stuck by my beliefs, I'm not going to change. And every day, my business – they say, 'What's your busiest day?' and I say, 'It's the day we're sitting in.' I'm not kidding. We just keep getting busier and busier."

Being known as the "MyPillow Guy" doesn't bother him "at all," Lindell said, noting that about half of the people he meets know his actual name. (Although when I asked one lady, who was showing off her selfie, what she thought of Mike Lindell, she asked, "Who?")

"Absolutely, that doesn't bother me, that's my platform," he said. But he hopes to use that platform to evangelize and help others struggling with addiction.

Lindell is open about his crack cocaine addiction, bringing it up unprompted multiple times. He's currently developing the Lindell Recovery Network, a resource for those seeking faith-based addiction treatment that will roll out early next year.

After Election Day, it's Lindell's hope that he can work with politicians he is helping to elect to ease regulations in the addiction treatment arena.

"I want to get these people help," he said.

As to whether he'd consider entering the political arena himself, Lindell isn't ruling it out.

"Right now, no, but if God wanted me to do it, if I got it in prayer, I would do it tomorrow," he said.

"Put it this way, nothing would scare me. I've watched what God's done in my life and nothing would surprise me," he added, remarking aloud that he is "an ex-crack addict who's sitting with the President of the United States."




**Content by LendingTree**

Can you score a better rate? Refi rates at 1.894% APR (15yr).

Less Debt in 2021: Refinance Your Mortgage

Maximize your interest with your next paycheck

Get Funds For Your Future With A Reverse Mortgage

Credit score increase? Refinancing could save you thousands

**Content by CompareCards**

Pay 0% interest until 2022 with a better card

Get A $200 Sign-Up Bonus in 3 Months with this card

How to earn cashback on all your purchases (It's so simple)

Making a big purchase soon? These cards are for you

7 spectacular cards for those with excellent credit

**Paid Links**

Women Looking for Men

Best Stomach Exercises

Low Cholesterol Foods

Brain Food for Memory

Vitamins for Immune System

PAID CONTENT — Smartfeed






**PAID CONTENT**




Say Goodbye to These Shows: They've Been Canceled
Sponsored: Investing.com

How To: Reduce Sagging Jowls (Do This)
Sponsored: www.citybeauty.com



**RECOMMENDED 2/3**

**[Gallery] He Secretly Regretted Ever Writing His Biggest Hit**
Sponsored: HeraldWeekly

Read More →





[Pics] At 65, Here Is The Car Bill Gates Drives
Sponsored: https://lifeexact.com/

[Pics] Remember Sandra Bullock's Son? Try Not To Gasp When You See How He Looks Now
Sponsored: Post Fun

Meet TUSHY: Your Bumhole's New BFF
Sponsored: TUSHY







Sponsored: https://lifeexact.com/

Looks Now
Sponsored: Post Fun

**Underscored**
If you buy only one Valentine's Day gift, make it Bearaby's velvet weighted blanket

**Entertainment**
Marilyn Manson posts statement following abuse allegations





**Underscored**
Meet Treadly, the foldable treadmill perfect for your home workouts

**CNN**
Why do wombats poop cubes? Scientists may finally have the answer

**CNN**
It may get so bitterly cold after this week's blizzard in the Midwest that engine antifreeze would solidify




The Amazon shopping trick you need to know
Sponsored: Capital One Shopping

[Photos] Have Any of These 41 Items? You Could Be Rich
Sponsored: The Primary Market





(Pics) 20 Celebs Who Are Couples And You Didn't Know
Sponsored: Auto Overload

America's Worst Cities Ranked In Order, Illinois City #2
Sponsored: Definition

Beauty Surgeon Shares #1 At Home Tip For Balding Brows
Sponsored: enhanceyourbrows.com







(Pics) 20 Celebs Who Are Gay…You Didn't Know
Sponsored: Auto Overload

…Illinois City #2
Sponsored: Definition

…For Balding Brows
Sponsored: enhanceyourbrows.com



Underscored

The Always Pan is heating up the kitchen with a bold new colorway



CNN

Manaus is collapsing again. Is a new coronavirus variant to blame?



Underscored

21 gorgeous puzzles that will keep you occupied for hours



Entertainment

Pregnant Shawn Johnson East tests positive for Covid-19



Entertainment

'Bridgerton' viewers spot a historical mistake in scenes



[Gallery] Hydrogen Peroxide Hacks No One Will Tell You About
Sponsored: LifestyleA2Z



The Most Successful Lawyers In Northbrook. See The List
Sponsored: Attorneys | Sponsored Listings



[Gallery] Hilarious Boat Names Had The Whole Harbor Laughing
Sponsored: Lifestyle A2Z



A golden age for universities will come to an end
Sponsored: The Economist



17 Problem-Solving Products To Make Wearing A Face Mask With Glasses Easier
Sponsored: BuzzFeed

---

Document title: How Mike Lindell, the MyPillow guy, became a midterm messenger - CNN Politics
Capture URL: https://www.cnn.com/2018/11/03/politics/donald-trump-mike-lindell-mypillow-midterms/index.html
Capture timestamp (UTC): Mon, 08 Feb 2021 13:47:11 GMT

Page 5 of 8




Whole Harbor Laughing
Sponsored: Lifestyle A2Z

an end
Sponsored: The Economist

Wearing A Face Mask With Glasses Easier
Sponsored: BuzzFeed



Underscored

It's a great time to buy a Mac laptop — here's how to pick the right one for you



Entertainment

Christina Anstead is back to her maiden name on Instagram amid divorce



Underscored

These Valentine's Day gifts for long-distance couples keep the love alive



Entertainment

JoJo Siwa says her 'perfect' girlfriend encouraged her to come out



CNN

Is it safe to go on vacation? Here's what health experts say



See Why You Should Change Your Rug To A Washable Rug.
Sponsored: Reviewed



The Target shopping trick you need to know
Sponsored: Capital One Shopping



[Pics] Here's What Eating Mold Actually Does To Your Body
Sponsored: Maternity Week



[Pics] The 29 Most Dangerous Bridges In The World - Illinois Takes The Cake
Sponsored: Definition



Urologist: Try This If You Have An Enlarged Prostate (Watch)
Sponsored: 1MD




[Pics] Here's What Eating Mold Actually Does To Your Body
Sponsored: Maternity Week

[Pics] The 29 Most Dangerous Bridges In The World - Illinois Takes The Cake
Sponsored: Definition

Urologist: Try This If You Have An Enlarged Prostate (Watch)
Sponsored: 1MD




Underscored
**8 activewear brands you should add to your workout wardrobe**

Entertainment
**Pamela Anderson is married**





Underscored
**Meet Treadly, the foldable treadmill perfect for your home workouts**

CNN
**One change took this fish from fins to limbs**

Entertainment
**Katherine Heigl is looking back on those 'difficult person' accusations**





30 Things From Amazon That Reviewers Actually Swear By
Sponsored: BuzzFeed

[Photos] A Day At The Beach Gone Wrong
Sponsored: Definition





[Photos] Have Any of These 41 Items? You Could Be Rich
Sponsored: History Chronicle

Here Is How To Lower Blood Pressure (It's Genius)
Sponsored: Blood Pressure for Life

[Photos] Guy Becomes Envy Of Neighborhood After Digging A Hole In His Yard
Sponsored: Post Fun

You Could Be Rich
Sponsored: History Chronicle

Genius!
Sponsored: Blood Pressure for Life

Neighborhood After Digging A Hole In His Yard
Sponsored: Post Fun




**CNN**
Smuggler caught with nearly 1,000 cacti and succulents strapped to her body

**Underscored**
We tried the cult-favorite Baby Foot peel — and it totally works





**Underscored**
The best record player of 2021

**Entertainment**
Steve Harvey has his eye on daughter's boyfriend, Michael B. Jordan

**Entertainment Videos**
Britney Spears dances to "Holy Grail" featuring Justin Timberlake




This Pillowcase is Becoming The Must-Have Gift of 2021
Sponsored: Blissy

How to buy Apple devices without paying Apple prices
Sponsored: Capital One Shopping





Insanely Cool Dog Toy That Keeps Your Pet Fit
Sponsored: Peppy Pet Ball

[Pics] Ex-police dog barking at tree, dad cuts it down
Sponsored: Obsev

See The Newest Trends In Kitchens
Sponsored: Kitchen Remodel | Search Ads


