# Exhibit 235

File 15  Thrivetime Show
December 23, 2020

1

2

3

4                          File 15

5     Thrivetime Show, Why Now is the Time to Stand Up for

6                          America

7                     (Dec. 23, 2020)

8

9   Https://www.thrivetimeshow.com/business-podcasts/mike-

10  Lindell-the-my-pillow-founder-why-now-is-the-time-to-

11  stand-up-for-America-the-freedoms-we-enjoy-and-President-

12  Donald-j-Trump/

13

14

15

16

17

18

19

20

21

22

23

24

25

File 15  Thrivetime Show
December 23, 2020                                    2

1        CLAY CLARK:  On today's edition of the

2    Thrivetime Show, we interview the founder of My

3    Pillow, Mike Lindell.

4        On today's show Mike Lindell shares with us

5    why now is the time to stand up for America, the

6    freedoms we enjoy, and President Donald J. Trump.

7        On today's show the founder of My Pillow,

8    Mike Lindell, also shares why Christians and

9    freedom-loving Americas simply cannot afford to

10   remain silent.

11       Mike Lindell also asks why are doctors not

12   allowed to use proven effective Covid-19 therapies

13   and treatments, like Ivermectin, like Budesonide,

14   like Hydroxychloroquine, like Oleander.

15       If these treatments have been proven to be

16   effective, why can't doctors use them?  I mean,

17   think about it.

18       Dr. Richard Bartlett, the former top

19   medical advisor for the State of Texas and

20   Governor Perry.  This is Dr. Richard Bartlett,

21   he's treated thousands of Covid-19 patients with

22   zero deaths using Budesonide.

23       So why wouldn't doctors and health

24   professionals and hospitals systems want you to be

25   able to have access to these proven treatments and

File 15  Thrivetime Show
December 23, 2020                           3

1   therapies?

2        All this and more on today's edition of the

3   Thrivetime show, on your radio and podcast

4   download, with Mike Lindell.

5        SPEAKER:  Some shows don't need a celebrity

6   and a writer to introduce the show, but this show

7   does.

8        Two men, eight kids, co-created by two

9   different women, 13 multimillion-dollar

10  businesses.  Ladies and gentlemen, welcome to the

11  Thrivetime Show.

12       (Music.)

13       CLAY CLARK:  Yes.  Yes.  Yes.  And yes.

14  Ladies and gentlemen, we have a guy on today's

15  show who loves the product My Pillow, and he loves

16  this country; and maybe he'll tell us what he

17  loves more, whether he loves My Pillow, the

18  product, or whether he loves his country more.

19       And now without any further adieu, Mike

20  Lindell.  Welcome on to the Thrivetime Show.  How

21  are you, sir?

22       MIKE LINDELL:  Hey, thanks for having me

23  on.

24       CLAY CLARK:  Hey, I -- I absolutely love

25  your patriotism, but I do want to ask you this

File 15  Thrivetime Show
December 23, 2020                                4

1   before we get into the politics:  When did you

2   have the idea to start My Pillow?

3        MIKE LINDELL:  2004, I got stuff in dreams

4   and I actually first came up with the logo first

5   right --  I mean, the name first, and write My

6   Pillow and all this stuff that I was getting that

7   I wanted to do.

8        My daughter actually came upstairs, one of

9   my daughters said -- she's like ten years old, she

10  goes:  What are you doing, dad?  And I said:  I'm

11  going to invent this pillow, it's going to be

12  called My Pillow; it's going to change the world.

13  She grabbed her glass of water, she said:  That's

14  really random.  And went back downstairs.

15       CLAY CLARK:  When did you start gaining

16  traction?  I mean, when did you go, okay, this was

17  an idea and now it's actually --

18       MIKE LINDELL:  It was -- I was turned

19  down -- it took a year to invent, and my friends

20  laugh at me, everybody laughs, said you're never

21  going to get a patent on a pillow, and these

22  things.

23       And -- and when I did finally get it, and

24  got the patent and -- I was turned down

25  everywhere.  Home -- or box stores, shopping

1  channels, you name it.  Nobody wanted it.  It

2  was -- and so I ended doing home shows and fairs

3  for -- for years before my first infomercial,

4  which -- and I -- I had a parallel track, too, of

5  a crack cocaine addict.  You know, I was also an

6  addict.  Lost a 20-year marriage, and had all

7  these people taking the company, all these things.

8      But it was funny because I saw -- finally I

9  convinced friends and family, after -- after I had

10  quit everything, January 16th, 2009, by the grace

11  of God; then I spent the next couple of years

12  getting my shows back that had been from me.

13      And finally I told my friends and family, I

14  said:  Let's all pool our money and we're -- I

15  said:  I have a dream of an infomercial, it will

16  be the biggest infomercial in history.

17      And -- and I didn't know infomercials don't

18  work.  Nobody told me they don't work.  And -- and

19  the -- but I was told by these producers:  Oh, you

20  can't be in it, you need to have an actor, and all

21  this stuff.  And -- and all this.  And I didn't

22  buy it.  I wanted to do it my way.

23      And the night before we went to film this,

24  we were reading our reads and the guy goes -- the

25  one guy from California texted the other producer,

1  he said:  This is the worst guy I have ever seen;

2  he'll never make it on the TV.

3       CLAY CLARK:  That's encouraging.

4       MIKE LINDELL:  And I -- I launched October

5  7th, 2009.  I had ten employees.  I was living in

6  my sister's basement.  40 days later, I had 500

7  employees.

8       CLAY CLARK:  So -- and just -- I want to

9  give the listeners a little bit of context.  I

10  mean, My Pillow is a very successful company.

11  You're doing well.  And so many people say:  Well,

12  Clay, I want to speak out in favor of America or

13  in favor of the first amendment, or in favor of

14  the second amendment, or in favor of the

15  President, but I just don't want to take a

16  financial hit.  I don't want to get bad reviews.

17  I don't want to get negative comments.

18       And you have been out front -- I mean, you

19  decided to become outspoken, and -- and you really

20  led the charge, and you've been an icebreaker for

21  a lot of people.  A lot of people feel empowered

22  now to speak out because --

23       MIKE LINDELL:  Right.

24       CLAY CLARK:  -- of you and other patriots.

25  So I just want to ask you -- I mean, where were

1  you or when were you -- what happened where you

2  decided to become politically outspoken?

3       MIKE LINDELL:  Well, let me tell you, when

4  I quit all my addictions and I came out of that in

5  2009, you know, then when I did that first

6  infomercial, I wore my cross on the outside of my

7  shirt.  I was always wearing that, even when I was

8  a crack addict, you know.  And -- I was attacked

9  for that all the time, I -- you know, for being on

10 TV with a -- wearing a cross.  And that was the

11 first attacks.

12      I started learning -- you know, what

13 happened to our -- you know, to people.  I mean,

14 that was like -- for me it was like coming out of

15 a -- a decades of culture or coma that I was kind

16 of in, because I wasn't paying attention to

17 politic- -- I didn't know anything about politics.

18 I had never voted.  And -- but that all changed in

19 the spring of 2015 when I had a dream I would end

20 up -- that -- it was a picture in this dream of me

21 and Donald Trump in a room, and I'm going:  Why

22 would I want to meet Donald Trump?  You know, it's

23 a very vivid dream.

24      CLAY CLARK:  Yeah.

25      MIKE LINDELL:  And -- and a -- a month

File 15 Thrivetime Show
December 23, 2020                                    8

1    later he announced he was running for President,

2    and throughout '15 and '16, that dream came to

3    fruition on August 15th, 2016.  I ended up

4    having -- he reached out to me to meet with him in

5    a room in his -- in Trump Tower in New York City.

6    I walked in that room -- it was just him and I for

7    a -- a little over a half hour, and we -- he was

8    telling me all the things he was going to do; you

9    know, bring the jobs back, like My Pillow, made in

10   the U.S.A.

11         And -- and I told him I used to be a crack

12   addict, I'm going to help millions of addicts get

13   out -- pull them out of addiction.  He goes:  I'm

14   going to stop the drugs pouring in.

15         Just this amazing businessman.  And -- but

16   what I -- what -- for me, what I had seen there

17   the most though was his agenda.  The only agenda

18   he had was to really truly help the country and

19   help people.

20         So I got out of his office and I went to

21   my -- went to his employees, a lot of them I

22   talked to and said:  Is this for real?  And

23   they're going:  Oh, yeah, he's the best boss;

24   he -- he's done every -- you know, stuff for us

25   personally.  Each one had a story, a personal

 1  story.

 2        But I got back to Minnesota and I couldn't

 3  wait to tell the world about Donald Trump and just

 4  say, wow, he's going to be -- I've done my due

 5  diligence, right?  I do a press release back here,

 6  and I was just attacked by the media.  They called

 7  me a racist.  They called me a -- and I was their

 8  darling.  The Better Business Bureau, this corrupt

 9  organization, I was a -- the Better Business

10  Bureau, up for their highest award, they moved me

11  from an A-plus to an F, politic- -- because of my

12  politics, what I had gotten into.

13        And I didn't get into -- I didn't believe

14  in Democrat, Republican.  I believed in Donald

15  Trump.  You know, people don't realize that.  I

16  didn't know -- you know -- you know, he's cleaned

17  up the Republican party, which is still a lot of

18  cleaning to do, as we see in this election fraud,

19  who -- you know, what's going on.

20        But I went all in.  And then since -- you

21  know, I -- all my friends, I'm going -- I'm going

22  all in, my -- even with my company, they're going:

23  You're going to lose half of our business.  I go:

24  Why?  Why, because of my beliefs that I -- I --

25  you know.  And I went all in.  And guess what?

File 15  Thrivetime Show
December 23, 2020                        10

1    Every single -- I tell everyone out there, every

2    day -- like they said:  What's your busiest day

3    ever, Mike?  Right here, the day we're in.  My

4    business is flourished.  I've sold over 50 million

5    My Pillows.

6          CLAY CLARK:  Wow.

7          MIKE LINDELL:  I'm over 2,000 employees

8    now.

9          And you know what?  That big thing:  Oh,

10   they're going to boycott.  You know, boycott,

11   shmoycott.  Boycott -- let's boycott Mike Lindell

12   and My Pillow.  You know what the other ones say,

13   don't boycott him, he's double his ass, (phonetic)

14   we see enough of that guy.  And that's -- you

15   know, everybody has to quick living in fear for

16   your business --

17         CLAY CLARK:  Yeah.

18         MIKE LINDELL:  -- that's a big game the

19   left plays.  And it's -- it's all bots and trolls.

20   They're not even real people.  They sit in a thing

21   and -- and try and attack you.

22         CLAY CLARK:  Just so I -- just so I want to

23   make sure -- I want to make sure people understand

24   what you just said.  You said it's all bots and

25   trolls; just so we're clear, some people can't

```
 1   relate to this, but when you put out a tweet --
 2        MIKE LINDELL:  Right.
 3        CLAY CLARK: -- people --
 4        MIKE LINDELL:  Right.
 5        CLAY CLARK:  -- you're going to see like
 6   1,000 negative comments about you --
 7        MIKE LINDELL:  Right.  Right.
 8        CLAY CLARK: -- you personally, Mike, and
 9   you're saying there are bots or -- or programs
10   that are made that are deployed --
11        MIKE LINDELL:  Right.
12        CLAY CLARK: -- and so it looks as though
13   everybody in America hates you, when in fact --
14        MIKE LINDELL:  Yeah.
15        CLAY CLARK: -- it's just a couple of trolls
16   in the basement; is that -- is that what you're
17   referring to, sir?
18        MIKE LINDELL:  There's a couple -- that's
19   exactly right.
20        CLAY CLARK:  Okay.
21        MIKE LINDELL:  You know, you've got
22   companies like Truth and --
23   truthandadvertising.org.  You know, corrupt
24   organizations.
25        CLAY CLARK:  Right.
```

1      MIKE LINDELL:  These guys that are all

2  behind the scene, these people will sit there and

3  send out these programs.  They're not real people.

4  I had to convince -- or tell my call center a long

5  time ago with e-mails and chats and Twitter and

6  Facebook --

7      CLAY CLARK:  Yeah.

8      MIKE LINDELL:  -- you guys, they're not

9  even real.  Click on them, and go down, they have

10  three pictures, zero friends.

11     CLAY CLARK:  Right.

12     MIKE LINDELL:  Because it's -- it's all a

13  set up.

14     CLAY CLARK:  Now, this is an interesting

15  thought.  The Bible, which I know is a

16  controversial idea, you might even get censored --

17  I've had some of our videos censored just for

18  referencing the Bible.  It's crazy.  Matthew

19  5:11 --

20     MIKE LINDELL:  How about you talk about

21  Jesus and see if that's censored.

22     CLAY CLARK:  Why don't we do this, let's

23  say Jesus and George Soros a lot throughout the

24  show, and see if it makes it through the --

25     MIKE LINDELL:  Right.  Right.  Let's see

File 15  Thrivetime Show
December 23, 2020                           13

```
 1   where it o goes --
 2        CLAY CLARK:  -- the editing.  All right.
 3   So --
 4        MIKE LINDELL:  Right.
 5        CLAY CLARK:  So, folks, listen here, it
 6   says in the Bible, Matthew 5:11, it says:  Blessed
 7   are ye when men shall revile and persecute you,
 8   and shall say all men of evil against you falsely
 9   for my sake.  A/k/a for God's sake.
10        So to me, how I read that, it's -- it's
11   blessed is Michael Lindell, when men shall hate
12   you or persecute you or say all men of evil
13   against you, Mike Lindell, for God's sake.
14        How do you process -- how should the people
15   out there who are becoming outspoken for the first
16   time, about standing up for their freedoms, how
17   should we be responding to negative hate, negative
18   comments, the canceled culture; how should we as
19   Christians be responding in your mind?
20        MIKE LINDELL:  Just plow through it.  You
21   don't have to fear one thing, fear the Lord.  I
22   mean, I'm telling you, I'm an example, look at
23   Phil Robertson back in the day, he's an example.
24   Look at Chick-fil-A.  Anyone that stands up for
25   what you believe --
```

```
 1          CLAY CLARK:  Yeah.

 2          MIKE LINDELL:  -- you come through and God

 3     rewards you.  You're doing the right thing.  You

 4     don't have to have fear.  That's the big game they

 5     play.  And it's just like right now, they got a

 6     thing out:  Mike Lindell wants martial law in

 7     Minnesota.  Because I put out the tweet.  The

 8     tweet was, if you read the whole thing --

 9          CLAY CLARK:  Yeah.

10          MIKE LINDELL:  -- the tweet was, they need

11     those Dominion machines, those crooked machines,

12     and whatever it take to go in and get them, if it

13     takes two hours, if -- if you have to use the

14     military, whatever you need to go get them, we got

15     to get those.  There's -- they're trying to stop

16     the evidence from getting out there, and saving

17     our country.

18          CLAY CLARK:  Well, that's --

19          MIKE LINDELL:  It's craziness.  It's just

20     --

21          CLAY CLARK:  Let's talk about this for a

22     second, because -- again, I want to supply --

23     support for what you just said.  The President --

24          MIKE LINDELL:  Right.

25          CLAY CLARK:  -- right now is at a time where
```

1  -- these -- these are facts, there are four facts,

2  one the Dominion --

3       MIKE LINDELL:  Right.

4       CLAY CLARK: -- vote counting machines are a

5  Canadian-made hardware and they have -- these --

6  the hardware has Chinese parts.  That's a fact.

7       Step two, the software on the Dominion

8  hardware is called Sequoia or Smartmatic; and that

9  is a company where the software was originally

10  coded out by communists from Venezuela -- that's a

11  real fact.  Again, the hardware company -- folks,

12  pop quiz -- is called Dominion.  And they share

13  office space with George Soros.  And the software

14  is called Smartmatic, a/k/a Sequoia, that was

15  coded up by communists.

16       MIKE LINDELL:  Right.

17       CLAY CLARK:  Step three, your votes are

18  then sent to amazon servers in Frankfurt, Germany.

19  And step number four, the votes are tabulated in

20  Barcelona, Spain for added security.

21       So this whole thing -- what is happening,

22  this is treasonous, it's -- it's insurrection.  I

23  want to get your take on this, because when you're

24  talking about or tweeting about martial law,

25  you're -- you're not crazy, because we're talking

1  about treason.  So the word treason means --

2      MIKE LINDELL:  Right.

3      CLAY CLARK: -- the crime of betraying one's

4  country, especially --

5      MIKE LINDELL:  Right.

6      CLAY CLARK: -- by attempting to kill the

7  sovereign or overthrow the government.

8      What are your thoughts right now on -- on

9  treason as it relates to these elections?

10      MIKE LINDELL:  This is -- it is -- 100

11  percent everything you just said is true.  This is

12  an attack on our country, everybody left, right,

13  Democrat, Republican, this is it.  We need to do

14  something right now.

15      CLAY CLARK:  Yeah.

16      MIKE LINDELL:  I'm going to tell you what

17  happened, I'm going to -- I'm going to tell

18  everybody what happened, and I -- you know, I -- I

19  talk to Sidney all the time, I talk to Lin Wood, I

20  talked to General Flynn, I put in a lot of my own

21  money to acquire machines, to acquire experts to

22  look into this.  I did my own due diligence.  So

23  I'm not just telling you all this stuff --

24      CLAY CLARK:  Right.

25      MIKE LINDELL:  -- because I -- because

1   I'm friends with the greatest President that ever

2   lived.  Okay.

3       I -- you know, I'm telling you this because

4   these are what I know as facts, doing my own due

5   diligence.

6       CLAY CLARK:  Correct.

7       MIKE LINDELL:  On election night, at 11:15

8   on election night -- I want everyone to listen to

9   this closely, this is where the miracle of our

10  lifetime happened.

11      CLAY CLARK:  Huh.

12      MIKE LINDELL:  Okay.  These guys had set up

13  these machines, you know, whether it's 1.2 to

14  Biden, and .8 to Donald Trump.

15      CLAY CLARK:  Yes.

16      MIKE LINDELL:  Now -- you know, I don't

17  know the exact number within a -- you know, within

18  one appointment.  Okay.

19      CLAY CLARK:  And just so we're clear --

20      MIKE LINDELL:  So now --

21      CLAY CLARK: -- I want to make sure the

22  listen- -- all the listeners -- everything that

23  Mike is saying is cited, and if you'll just text

24  --

25      MIKE LINDELL:  Right.

File 15  Thrivetime Show
December 23, 2020                                18

```
1        CLAY CLARK: -- me or send a text to
2    918-851-6920, 918-851-6920, everything that you're
3    about to say is all cited.  And so all of our
4    listeners can find it there, because so many
5    people accuse you of making stuff up.
6        I just wanted you to know, everything
7    you're saying right now is cited.  I would love to
8    hear -- I would love -- love for you to break it
9    down, but I want all the listeners to know, you're
10   not crazy.
11       MIKE LINDELL:  Right.  Right.  And -- okay.
12   So what happened was, because of our great
13   President, because of all the great things he did,
14   so all the voters in this country that got behind
15   him and put out the most votes ever for a sitting
16   President --
17       CLAY CLARK:  True.
18       MIKE LINDELL:  -- in history --
19       CLAY CLARK:  Yeah.
20       MIKE LINDELL:  -- it wasn't 74 million,
21   it's upward of 80 million.
22       CLAY CLARK:  Yeah.
23       MIKE LINDELL:  But let me tell you what
24   happened.  As these votes poured in, the
25   machines -- he was going to win anyway in spite of
```

1   all the cheating -- just like in '16 when he won

2   and they didn't expect that, so they made moves

3   there that -- or made non-moves.  In this election

4   they never expected this massive amount of vote.

5   So at 11:15 it broke the algorithms in the

6   machine.

7          CLAY CLARK:  Huh.

8          MIKE LINDELL:  What that means is, it sent

9   up a big red flags that he was going to win

10  anyway.  So at the exact same time, states around

11  the country, all these swing states, they

12  shutdown.  This has never happened.  They

13  shutdown.  They said:  Okay, we're done counting

14  for the night.

15         Well, every one of them -- they weren't

16  done counting.  They got out of their -- you've

17  seen tapes from Georgia, all this stuff, they had

18  to figure out -- backfill -- they backfilled

19  Wisconsin.  They were running -- all these spikes

20  you see, 200,000 votes get dumped into Michigan

21  for Biden, and 3,700 for Donald Trump.  They had

22  to -- it's like getting caught in a poker game

23  cheating --

24         CLAY CLARK:  Huh.

25         MIKE LINDELL:  -- and now you're going,

File 15  Thrivetime Show
December 23, 2020                              20

```
1    okay, we got caught, now we got to stop the
2    game -- let's just stop the game and we'll talk
3    about it tomorrow.
4            CLAY CLARK:  Busted.
5            MIKE LINDELL:  And the cheaters go outside
6    the room and say:  Now what are we going to do?
7    We can't just go pull our guns out and rob them,
8    they're going to know we did it.
9            CLAY CLARK:  Right.
10           MIKE LINDELL:  So they had to sit there --
11   but you know what?  The miracle was that the --
12   the moves they made were so blatant --
13           CLAY CLARK:  Yep.
14           MIKE LINDELL:  -- and exposed everything.
15   So that's what we have out there.
16           We have over 50,000 affidavits and stuff
17   from people, that means tens of thousands of
18   affidavits of something went on, but it doesn't
19   count the Dominion machine.  The Dominion
20   machines, which I focused on, you had that little
21   bit in Michigan that that judge finally said let's
22   look at this.  Well, that's just one little
23   millionth of what went on.
24           CLAY CLARK:  Right.
25           MIKE LINDELL:  You know, and no judge --
```

```
 1   they have been shutting this down --
 2        CLAY CLARK:  Right.
 3        MIKE LINDELL:  -- trying to suppress all
 4   this.  And I'm telling you this, what's going to
 5   happen is, this is -- there's no statute of
 6   limitations on murder, they're trying to take our
 7   country.
 8        CLAY CLARK:  True.
 9        MIKE LINDELL:  This is -- China is trying
10   to do this.  They've got -- you've got social
11   media involved, the media, they're trying to
12   suppress it.  Maybe for their own reasons, and
13   maybe they're not even tied to them, but it's like
14   one big circle of -- of the biggest crime ever
15   committed.  And I'll tell you, just today, old
16   Suckabuck -- Mark Suckabuck from Facebook, he
17   blocked a video that I put up --
18        CLAY CLARK:  Yep.
19        MIKE LINDELL:  -- and it can't -- you know,
20   blocking these videos -- and I mean, it's just --
21   it's amazing right now the attacks coming against
22   me because I'm a voice.  I'm out there telling
23   people get -- it's getting out there.  You know,
24   it's getting out there through -- through the
25   media, but not the mainstream media.  They're
```

File 15  Thrivetime Show
December 23, 2020                              22

```
 1   trying to suppress it.
 2        But I'll say one thing right now that's
 3   really upsetting --
 4        CLAY CLARK:  Yep.
 5        MIKE LINDELL:  -- all of you out there,
 6   watch this Hunter Biden thing.  That's the big
 7   news.  Oh, yeah, Hunter Biden -- blah, blah,
 8   blah -- they didn't bring it up before the
 9   election, because Donald Trump would --
10   overwhelming, even more votes with them cheating,
11   but what they're bringing up now is for one
12   reason -- actually for two, the first reason is
13   it's a big smoke screen.  We need to be talking
14   about the biggest crime against humanity and fraud
15   in the history of the world, and they're going to
16   take our country if people don't wake up.  We need
17   to get --
18        CLAY CLARK:  Correct.
19        MIKE LINDELL:  -- we need all see the
20   evidence.
21        CLAY CLARK:  Now, let's make sure the
22   listeners know this.  Okay.  On September 22nd of
23   1862, Abraham Lincoln issued the Emancipation
24   Proclamation, effectively ending slavery; but
25   there were some governors that said, yeah, yeah,
```

 1   we know that we should end slavery, but we're not

 2   going to.

 3        MIKE LINDELL:  Right.

 4        CLAY CLARK:  And so that is called

 5   insurrection.  All right.  It's where they're

 6   refusing to abide by the law.

 7        Another example, in American history

 8   martial law has been used 68 times throughout our

 9   history.  So President Trump -- this would not be

10   the first time in American history, if he had to

11   implement it.

12        Also, ladies and gentlemen, we have had

13   four times in American history where a President

14   has had to issue the Insurrection Act.  And now

15   the Insurrection Act is a federal law that

16   empowers the President of the United States to

17   deploy the U.S. military and to federalize the

18   National Guard troops within the U.S., in

19   particular circumstances, to suppress

20   insurrection, disorder, rebellion.

21        So in 1957, they did the Insurrection Act

22   in Little Rock, Arkansas.  In 1962 in Mississippi.

23   In 1967 in Detroit.  And in 1992 in Los Angeles.

24        So think about this, folks, if you're

25   watching right now -- and I want to -- want to get

 1  your take on this, Mike, if -- if the -- if you're

 2  the President, if everybody listening right now,

 3  imagine you're the President, and if you have

 4  irrefutable evidence that the -- that the election

 5  was, in fact, rigged, if you have the CEO of

 6  Overstock who shows how the algorithm worked, if

 7  you have the head of E- -- eBay's fraud protection

 8  showing it works; if you have thousands of signed

 9  affidavits showing how the corruption happened, if

10  you have irrefutable evidence, and the judges

11  won't hear it --

12       MIKE LINDELL:  Right.

13       CLAY CLARK: -- what is the only option that

14  a President has?  What was the only option that

15  Abraham Lincoln had?  Abraham Lincoln is trying to

16  end slavery.

17       So I'm asking you rhetorically, the

18  listeners, what would you do?

19       And I'm going to ask you, Mike, what do you

20  think the President has to do right now if the

21  judges simply will not look at the facts?

22       MIKE LINDELL:  Well, my first prayer is

23  that there's at least six cases now with Sidney

24  before the Supreme Court; the Supreme Court should

25  at least open up and say, you know, it should be

File 15  Thrivetime Show
December 23, 2020                              25

```
 1  nine nothing now, that yes, there was fraud --
 2        CLAY CLARK:  Yeah.
 3        MIKE LINDELL:  -- send it back to the state
 4  legislature, let the process take -- because like
 5  I say, there's no statute of limitation -- you can
 6  say all these dates, oh, January 6th, December
 7  14th -- we're in an anomaly here.  I think
 8  everybody knows that.
 9        CLAY CLARK:  Yep.
10        MIKE LINDELL:  You know, it's a crime.
11  There's no rules when you've had the biggest crime
12  in history done to you.
13        CLAY CLARK:  Huh.
14        MIKE LINDELL:  And -- but the Supreme Court
15  should tell everyone nine-zero, because here's
16  what has to happen, once everybody sees the fraud,
17  even people on the left, there's not going to be a
18  Civil War, because they're going to go, Donald
19  Trump was the rightful winner --
20        CLAY CLARK:  True.
21        MIKE LINDELL:  -- and they might not like
22  it, but they will accept it, because the truth
23  shall set you free.
24        CLAY CLARK:  Amen.
25        MIKE LINDELL:  Now, if the Supreme Court
```

File 15  Thrivetime Show
December 23, 2020                      26

 1   doesn't get off their butts and do this, like all

 2   the other judges haven't, and then whatever is

 3   going to go down on this January 6th, which

 4   Senators and the Vice President better -- the Vice

 5   President and the Senators better look out for our

 6   country, rather than look out for themselves and

 7   their political agendas.  This is a crime against

 8   the country, against the world.  The whole

 9   world --

10        CLAY CLARK:  Now I --

11        MIKE LINDELL:  -- is looking at this.

12        CLAY CLARK:  -- have concerns --

13        MIKE LINDELL:  -- not only that -- let me

14   finish --

15        CLAY CLARK:  Yes, sir.

16        MIKE LINDELL:  -- if that doesn't -- if

17   those two things don't pan out, you only have one

18   thing, declare martial law and go in and get the

19   machines.  That's all it is.  It's just -- one

20   day.  Here, I'm going to go in or -- I don't know

21   how it works, (inaudible) security -- you -- you

22   got to secure our country, go into these states

23   and get those Dominion machines, confiscate the

24   evidence, show the American people, show the world

25   what's there, and then we -- and then we go from

1   there.

2        CLAY CLARK:  I have concerns about the

3   Senate, and I have concerns about -- about the

4   Vice President.  And let me just tell you what I'm

5   thinking here:  You and many other great patriots

6   early on pointed out that there are many affective

7   treatments for Covid-19 -- and I know it seems

8   like forever ago --

9        MIKE LINDELL:  Right.

10       CLAY CLARK: -- but the models that said 2.2

11  million people might die, heavily funded by Bill

12  Gates --

13       MIKE LINDELL:  Yeah.

14       CLAY CLARK:  -- turned out to be wrong.

15  Now we know that the PCR tests are supposed to be

16  calibrated at 17 to 20 amplifications, and they

17  were falsely calibrated at 40 amplifications.

18  Thus, the number of cases is exponentially high.

19  That would be like your speedometer telling you

20  you're driving 400 miles an hour, when you're, in

21  fact, driving seven miles an hour.  Effective

22  treatments, like Hydroxychloroquine, Ivermectin,

23  and Budesonide are being blocked.  And so --

24       MIKE LINDELL:  And Olean- -- and

25  myoleander.com.  Let's not forget what I was

1   attacked on Anderson Cooper --

2          CLAY CLARK:  Oh, yeah.  I watched that.

3          MIKE LINDELL:  -- let's not forget this.

4          CLAY CLARK:  Yep.  And then --

5          MIKE LINDELL:  Myoleander.com, promo code

6   777.

7          CLAY CLARK:  Let's repeat that web- --

8   website one more time.  Myoleander -- how do you

9   spell that?

10         MIKE LINDELL:  Myoleander.com, and it's

11  promo code 777.  And I'll -- I want to tell you,

12  they were -- this has been nothing but attacks

13  since this guy called me on Easter Sunday and

14  said:  Hey, we've got the answer to this -- this

15  Covid thing.  And all I did was -- you know, and

16  it was already before the FDA, and everything was

17  -- you know, and they leaked it -- they leaked it

18  out, and it's just been an attack by the media.  I

19  was attacked for -- I'm going, okay, I don't --

20  you know, for me, I wanted our country opened up.

21  I wanted --

22         CLAY CLARK:  Right.

23         MIKE LINDELL:  -- to -- you know, I wanted

24  to -- this mass garbage in Minnesota now, you

25  can't -- you can only open your restaurants and

1   dine outside in ten-below weather.

2         CLAY CLARK:  IT makes a lot of sense.

3         MIKE LINDELL:  You know, it's just

4   nonsense.  It's the biggest nonsense.  I think

5   there's a stat in 2018, more people have died than

6   in 2020.

7         CLAY CLARK:  That's true.

8         MIKE LINDELL:  I don't know that for a

9   fact, you'll have to fact-check me (inaudible) --

10        CLAY CLARK:  Well, I'll say this, what we

11  can say as a fact is the number of overall deaths

12  in the United States has not gone up exponentially

13  high, although the number of a -- the number of

14  cases the super deadly Covid-19 virus has gone up

15  exponentially high --

16        MIKE LINDELL:  Yeah.

17        CLAY CLARK: -- and if we did have a number

18  of exponentially increasing numbers of cases of a

19  deadly virus, you should also have an increasing

20  number of deaths.

21        MIKE LINDELL:  Right.

22        CLAY CLARK:  Back to why I worry about Vice

23  President Pence and the Senate, is Pence -- I feel

24  like he really likes Dr. Fauci.  I always -- I

25  feel like he's like Dr. Fauci's hype man.  I keep

File 15  Thrivetime Show
December 23, 2020                              30

```
 1   watching -- you know, it's like the guy who reads
 2   the trailers for movies, who tries to get you
 3   excited about the movie.  I feel like he really
 4   does talk favorably able Fauci, even though Fauci
 5   said to President Trump we shouldn't shut the
 6   borders, then we should.
 7        MIKE LINDELL:  Right.
 8        CLAY CLARK:  You shouldn't wear a mask,
 9   then you should.  And we should cancel Christmas,
10   we should never shake hands.  But I keep hearing
11   positive pro-Fauci statements from Vice President
12   Pence --
13        MIKE LINDELL:  Well --
14        CLAY CLARK:  -- I just worry about that.
15        MIKE LINDELL:  -- you know -- and -- and
16   you see, you never know everybody's different
17   agendas, and that's what scary in politics.
18        I've learned now that you could break bread
19   with one of them and stop and they're going -- and
20   they make these decisions and stuff, and you're
21   going, okay, why would you do that?  It's either a
22   personal -- a personal agenda or --
23        CLAY CLARK:  Yeah.
24        MIKE LINDELL:  -- or a political agenda.
25   And I think -- I think so many of these
```

1    politicians have fear of their future, and -- and

2    then I look at -- you know, why isn't it in the

3    news?  You know, we call these deviations, I --

4    let's put election fraud aside for a second.  I'm

5    going to call -- I'm going to talk about

6    deviations and -- and the states just on this

7    pandemic -- this China virus --

8         CLAY CLARK:  Yep.

9         MIKE LINDELL:  -- my good friend Kristi

10   Noem, Governor Kristi Noem, of South Dakota.  When

11   this thing happened, she said, okay -- last spring

12   she said:  Okay, what constitutional rights do

13   people have that I cannot break?  And then I'm not

14   going to break.

15        Then she looked over here and said:  What

16   medical science is out there?  What's out there?

17   Talked to her own medical people, seeing what was

18   going on, and she made a decision to make every

19   business essential.

20        CLAY CLARK:  Amen.

21        MIKE LINDELL:  She also put it on the

22   people, you know, little responsibility,

23   individual responsibility, and said:  Hey, if

24   you're so worried about it, wear a mask that works

25   both ways; and you don't have to worry if I'm

1    wearing a mask, stay six feet from me and call it

2    a day.  You don't have to worry what I do.

3         CLAY CLARK:  She's great.

4         MIKE LINDELL:  Anyway, she did that.  She

5    made all these moves there.  And now what has that

6    manifested to?  The greatest -- number one economy

7    in the United States.  Number two, her tourism is

8    up 150 percent during a pandemic.  Are you kidding

9    me?

10        CLAY CLARK:  Yeah.

11        MIKE LINDELL:  Over the last -- that's

12   crazy.

13        CLAY CLARK:  Yeah.

14        MIKE LINDELL:  And number three, what they

15   told them, the Fauci's of the world said, you're

16   going to have this much death rate if you do that.

17   She's ten times under what they said to her.

18        CLAY CLARK:  She is -- I'll tell you what,

19   that woman -- after President Trump serves for

20   four years, that woman -- I would love to see her

21   as a Vice President or a President or some sort --

22   that woman is just bold, she loves the Lord, she

23   loves our country.

24        MIKE LINDELL:  Yeah.  Yeah.

25        CLAY CLARK:  What I wanted to do here,

1  Mike, is I have a few people here in the studio

2  who are concerned Americans, who don't get a

3  chance to talk to the President like you do; and

4  they had a question for you.  So we're going to do

5  about four or five quick questions here from

6  concerned American citizens who are (inaudible) --

7        MIKE LINDELL:  Yeah.  I do want to say one

8  thing:  I don't -- I don't talk to the President

9  all the time.  I haven't talked to him since

10  before the election.

11        CLAY CLARK:  Oh, okay.

12        MIKE LINDELL:  So that is a falsies out

13  there.

14        CLAY CLARK:  Okay.

15        MIKE LINDELL:  We became friends, but I

16  don't pick up the phone and -- you know, have -- I

17  give the respect to President of the United

18  States; he'll call me when he wants to.  Let's --

19        CLAY CLARK:  Okay.  Got it.  Got it.  Well,

20  they maybe don't know what you know.  They don't

21  know the contacts that you have --

22        MIKE LINDELL:  Yeah, yeah.  I have a lot of

23  other people I talk to every day, so --

24        CLAY CLARK:  Okay.

25        MIKE LINDELL:  -- I get it.

```
 1       CLAY CLARK:  That's great.  So this is an
 2   attorney, his name is James.  He moved to Oklahoma
 3   from Manhattan, because Manhattan is shut down.
 4   He's seen the shutdowns destroy small business in
 5   New York.
 6       MIKE LINDELL:  Yeah.
 7       CLAY CLARK:  So he moved to Oklahoma.  He's
 8   a friend of mine.  He's an attorney.
 9   DeCristofaro, what question do you have for Mike
10   Lindell?
11       JAMES:  Hi, Mike Lindell.  Thank you for
12   fighting the good fight.  More and more people are
13   jumping on our -- our train here and we're --
14   we're going to win.
15       The question I have for you, I want to
16   bring it back to when -- at what point in time did
17   you first realize that this Covid stuff was just
18   utter nonsense?
19       MIKE LINDELL:  Well, it -- I guess when I
20   realized that was, my employees -- I have 1500 --
21   now I have over 2,000 employees, but as -- you
22   know, you -- once in a while one of them would get
23   sick from their -- from their family, you know, at
24   home or whatever, you know, we had put in all
25   these things at My Pillow, plus we had -- remember
```

1    I had that -- that supplement, myoleander.com, so

2    I had that, so we take it as a preventive, we

3    didn't get it.  But the ones that did get it,

4    they -- they would say, this is just a minor -- it

5    was like -- it was like the flu --

6          CLAY CLARK:  Right.

7          MIKE LINDELL:  -- you know, it was like a

8    normal flu.  Which, by the way, you guys know

9    right now, I seen a statistic, this year 95

10   percent regular flu and everything is down.

11         CLAY CLARK:  Oh --

12         MIKE LINDELL:  What?

13         CLAY CLARK:  Covid -- Covid cures the

14   flu --

15         MIKE LINDELL:  You got to be kidding me --

16         CLAY CLARK:  Covid is --

17         MIKE LINDELL:  There's no colds anymore.

18   All that stuff went away.  So when I realized it

19   was -- there was a couple of things that happened.

20   One is, you know, I got involved in making masks,

21   the whole corruption of the mask thing was so

22   corrupt, I want to tell people this.  I got stuck

23   with millions of dollars worth of masks, my -- out

24   of my own pocket.  I couldn't give them away right

25   now.

File 15  Thrivetime Show
December 23, 2020                        36

1        And what the mask industry did, it's almost

2   like they had that planned, too, let's make all

3   the prices go up, and then we're going to whack

4   them, you know -- we're going to whack them there

5   and then we're going to saturate the market so

6   anybody that went to help out gets stuck with

7   them.

8        I mean, this -- it was so corrupt.  I just

9   seen so much corruption.  And I guess for me, it

10  was almost immediately.  Maybe within a month or

11  two.  You know, I was -- you know, it became real

12  -- really real in about a month or two, I had -- I

13  had actually had one employee that got stuck on a

14  respirator and he was one of the -- one of only

15  ten that lived.  Now there was a place where they

16  stuck him in a -- you know, they stuck everybody

17  in nursery homes.  I think people didn't know what

18  to do.  That's one thing.

19       Now, right away when they took the

20  Hydroxychloroquine up -- down and just attacked

21  that, something that's been around for 50 years.

22       CLAY CLARK:  Yeah.

23       MIKE LINDELL:  You knew something was up

24  then.  That's when it really opened my eye- -- are

25  you kidding me?  This is crazy.  We have a cure

1   here that costs ten cents, throw it in your mouth

2   and call it a day.  That's just nuts.

3       CLAY CLARK:  Hydro -- Hydroxychloroquine,

4   by the way, for people that don't know, this has

5   been around for decades, as you mentioned.  Almost

6   nobody -- this is a Malaria drug, it's been used

7   forever --

8       MIKE LINDELL:  Yeah.

9       CLAY CLARK:  -- with less than 25

10  documented deaths related to it.  And so if you

11  look up the corruption -- if you go to

12  timetofreeamerica.com, you can see the corruption.

13  But why would you ban treatments that are

14  effective and affordable?

15      MIKE LINDELL:  Right.

16      CLAY CLARK:  It makes no sense.

17      Mike, my wife here is with us now and my

18  wife -- we have been married almost 20 years, we

19  have five kids, and she talks to a lot of the

20  women out there who are concerned about the health

21  of their kids, concerned about the election.

22      Vanessa, is your mic on there?  I think

23  you're good to go.  Okay.

24      VANESSA:  Can you hear me?  Yeah.  Okay.

25  Perfect.  Well, so nice to meet you and -- and

```
 1   chat with you here.
 2        You know, I have a question for you.  I
 3   loved hearing your story about how you got into
 4   developing My Pillow, the store- -- the dreams
 5   from the Lord.
 6        MIKE LINDELL:  Right.
 7        VANESSA:  And then the dream also about
 8   meeting Donald Trump, and seeing that come to
 9   fruition.
10        MIKE LINDELL:  Yeah.
11        VANESSA:  As a Christian, how do you view
12   and see this vaccine -- I feel like they're really
13   trying to push on everyone as this end all-be all
14   savior of this Covid -- you know, how -- what is
15   your perception of that and -- and I would like to
16   just hear your feedback on the vaccine.
17        MIKE LINDELL:  Okay.  My perception and my
18   opinion is, it's getting to mark of the beast.
19        CLAY CLARK:  Yeah.
20        MIKE LINDELL:  Look in the Bible.  I mean,
21   it -- when I hear from my friends, Scott Baio, out
22   in California, the stuff they're trying to come up
23   there with this vaccine.
24        , when you use public transportation, you
25   have to have this to have a vaccine card.  This is
```

1  biblical.

2      VANESSA:  Yeah.

3      MIKE LINDELL:  This is in the Bible.  I

4  mean, it's -- are you kidding me?  You can't --

5  you're going to restrict all these things?  So --

6  and if you take this -- we don't know what's in

7  that stuff.

8      VANESSA:  Yeah.

9      MIKE LINDELL:  We don't know -- you know,

10  you're talking -- they make microchips now, they

11  can track you.  Here, I can grab my phone right

12  now and say, hello, Tim Cook, how's it going in

13  there?  You know, I mean, I'm sorry.  This stuff

14  is real.

15      VANESSA:  Uh-huh.

16      MIKE LINDELL:  And -- and I don't know -- I

17  would never take the vaccine myself, and I think

18  there's a lot of people that will not do it.

19      VANESSA:  Yeah.

20      MIKE LINDELL:  But what they're going to

21  try to do is they're going to try and force this

22  on it -- well, then you don't get to use this

23  public thing.  I feel -- I feel --  these are

24  the -- and you guys -- everyone's got to watch

25  their governors and these states --

1        VANESSA:  Yeah.

2        MIKE LINDELL:  -- this is where the

3    Governor of California, Minnesota, Michigan -- I

4    mean, these states what they're doing to keep us

5    -- stranglehold on us -- you know, right now if

6    you go -- if you have Covid right now, it's like a

7    -- they have all these things, they have steroids,

8    and they have Hydroxych- -- you know, I mean, not

9    Hydroxych- (inaudible) they're still suppressing

10   that, but you -- people are dying from it.

11       CLAY CLARK:  Yeah.

12       MIKE LINDELL:  You know, they're not dying

13   like they were.  So now here this vaccine, wow,

14   right in time.  You know what, this vaccine, they

15   could have announced this before the President,

16   too, was elected.  They suppressed that even

17   there.  Steve Hahn, the head of the FDA should be

18   ashamed of himself, all this stuff.  He has done

19   to this -- the -- FDA to the American people.

20   We're in the middle of the pandemic, and they

21   should have let all the stuff that got brought

22   through to them, we would have been out of this,

23   nobody wearing masks and sanitiers (phonetic) and

24   all this suppression garbage --

25       CLAY CLARK:  Right.

1       MIKE LINDELL:  -- it was all to keep us

2  suppressed.

3       CLAY CLARK:  Now, if anybody is listening

4  right now -- again, you might have heard our

5  interview with Dr. Richard Bartlett, he's the

6  former top medical advisor for the Governor of

7  Texas, he's treated thousands of patients, Mike,

8  with zero deaths, using Budesonide or Ivermectin.

9  So there's Budesonide, there's Ivermectin.

10 There's -- again, your website, one more time,

11 what's the website for your --

12      MIKE LINDELL:  My -- myoleander.com, and

13 it's -- it's a -- it's a homeopathic --

14      CLAY CLARK:  Yeah.

15      MIKE LINDELL:  -- so it's -- it -- we put

16 out there, and it's -- you know, this -- it's --

17 it's sad when -- you know, I was attacked by

18 Anderson Cooper 24 minutes --

19      CLAY CLARK:  I watched that.  That was

20 crazy.

21      MIKE LINDELL:  -- you know, it's like --

22 it's like, are you crazy?  I'm like --

23      CLAY CLARK:  He is crazy.

24      MIKE LINDELL:  -- we're trying to help the

25 country.

1      CLAY CLARK:  Yeah.

2      MIKE LINDELL:  We're trying to help people,

3   just think of all the stuff that gets stopped in

4   our country -- you know, all the things that get

5   stopped when there's no pandemic.

6      CLAY CLARK:  Right.

7      MIKE LINDELL:  All the cures for cancer.

8   You know, now you're talking big pharma.  You

9   know, is that stuff real or not?  Why is stuff

10  getting stopped coming into our country --

11     CLAY CLARK:  Hey, Ben Carson used your

12  product.  Ben Carson used your product.  And guess

13  what --

14     MIKE LINDELL:  Well, don't call it my

15  product.  I got behind this product early on, you

16  know, when this (inaudible) --

17     CLAY CLARK:  The product is not your

18  product?

19     MIKE LINDELL:  -- I was -- I was the -- you

20  know, I was an information center.  Everybody was

21  calling me --

22     CLAY CLARK:  Yeah.

23     MIKE LINDELL:  -- all -- from all over the

24  country with different things, and I just -- I --

25  I called Ben Carson, because he's on the task

 1  force.

 2       CLAY CLARK:  Yeah.

 3       MIKE LINDELL:  And told him about it, and

 4  he checked it out and said:  Wow, this thing has

 5  great potential.  And as we learned more about it

 6  and -- absolutely, he ended up taking it, it

 7  helped him.  It was -- he was done with it, then

 8  he had other complications that he had to go do

 9  the other things that --

10       CLAY CLARK:  Yep.

11       MIKE LINDELL:  -- he had to do afterwards.

12  But there's -- literally there was a test done in

13  Texas, and it's still in the FDA's website and

14  they just stopped her in the sand and said quit --

15  quit helping people.

16       CLAY CLARK:  Quit helping people.

17       MIKE LINDELL:  This -- this is nuts.  Quit

18  helping people.

19       CLAY CLARK:  Unbelievable.

20       MIKE LINDELL:  You can't do this.  I don't

21  care if there's a right to try.  Isn't it a right

22  to try?  I'll tell you what, if I was -- if I

23  was -- if I had this China virus and I was sitting

24  in a hospital, and they wouldn't let me take what

25  I wanted to take when we have a right to try,

 1   what's wrong with our country?  They're blocking

 2   that.  Why would you -- why the people not want to

 3   take anything they could at the time?  You know --

 4          CLAY CLARK:  Now, you -- you mentioned this

 5   on the vaccines -- I want to go back to that just

 6   briefly here, because most people don't know what

 7   you know, those vaccines, by the way, are the

 8   first RNA modifying vaccine that -- that we know

 9   of, they're filled with nanotechnology.

10          The patent number on the -- it's crazy, the

11   patent number that the Bill and Melinda Gates

12   Foundation shows is W02020060606.  The actual

13   technology is named Lucifer Race.  That's crazy.

14   Lucifer Race.  And Dr. Christiane Northrup joined

15   us -- joined us on the show.  Dr. Christiane

16   Northrup, she joined us on the Thrivetime Show

17   with Dr. Jim Meehan to explain the technology.

18   And it really is mark of the beast-related

19   technology, called again Lucifer Race.  Listen to

20   that show if you haven't heard it.

21          MIKE LINDELL:  Wow.

22          CLAY CLARK:  Now, Clay Stares, (phonetic)

23   you are a former school teacher turned successful

24   entrepreneur.  I'm sure you have seen a -- a My

25   Pillow commercial in the past.

```
 1        CLAY:  Oh, yeah.

 2        CLAY CLARK:  What -- what question would

 3   you have for the great one, the great one Mike

 4   Lindell.

 5        CLAY:  Yeah.  Well -- yeah.  Well, first of

 6   all, Mike Lindell, thank you, because I --

 7   actually my wife and I have actually have the My

 8   Pillows.

 9        CLAY CLARK:  Oh.

10        CLAY:  Yeah, we're on our second round.  So

11   we're digging them.

12        CLAY CLARK:  Oh, come on now.

13        CLAY:  Yeah.  Man, it's fantastic.

14        CLAY CLARK:  Okay.

15        CLAY:  So thank you so much for that.

16   Okay.  Here's a question that I've got:  First of

17   all, thank you so much, sir, for being one of the

18   first -- creating this new entity here in the

19   United States, called an outspoken conservative.

20   There are -- this is just never been in our DNA to

21   be the outspoken.  And I really, really appreciate

22   guys like you in my life giving me the model of

23   what it's supposed to look like to be outspoken.

24   I'm sure that you're finding this, too, trying to

25   get more and more conservatives to stand up, step
```

1  up --

2        MIKE LINDELL:  Right.

3        CLAY:  -- and step out, and be -- be

4  outspoken.  It is so difficult.  So thank you so

5  much --

6        CLAY CLARK:  Yes.

7        CLAY:  -- for that being that model.  And

8  even as you are -- when you began -- I'm sure that

9  you had this thought, if I start to be outspoken,

10  there's probably going to be some backlash.

11  Probably going to be some pushback.  And I'm

12  thinking right now there are probably thousands

13  of -- of conservatives that want to be outspoken,

14  but they're trapped in that fear of the backlash.

15        And so my question to you, first of all is:

16  Do I have to have a dream like you with -- that I

17  meet with the President to get me -- to actually

18  be outspoken?  Number one.

19        Number two, I -- I love if you could just

20  reiterate the blessing that you have received from

21  stepping out and telling the truth.  And then

22  finally number three --

23        CLAY CLARK:  You're hitting him with a

24  three-part question?

25        CLAY:  I'm doing the three-part.

1        CLAY CLARK:  You're a sick freak.

2        CLAY:  I know (inaudible) I know it's going

3   to quick here.  And then finally, I'm just

4   interested:  What is your prayer right now, what

5   are you praying?  Because I want to agree with you

6   in prayer, and so what is it that you are praying

7   right now, when you are looking at America and the

8   Trump?

9        MIKE LINDELL:  Okay.  The first question,

10  it was -- being outspoken, and happened to see

11  Donald Trump.  No, I was outspoken now long before

12  that wearing my cross boldly on TV.

13       CLAY:  Amen.

14       MIKE LINDELL:  The attacks -- that what

15  they to, you got to realize this -- this cancel

16  culture attacks that come -- they're like

17  piranhas, they hit you, and it's very short, and

18  depends how big your platform is, but they try and

19  get you and then -- and then you just go through

20  it.  It's all make believe.

21       CLAY CLARK:  Fantastic.

22       MIKE LINDELL:  It's all garbage.  You don't

23  get your business ruined.  It's all a big lie.

24  They're saying -- you know, you're going to --

25  that this is going to happen.  And so I don't

```
 1    ever -- when I'm outspoken, I was -- there was a
 2    thing they put me on -- on -- I think it was one
 3    of the late night crooked talk show hosts or
 4    whatever -- you know, whatever they do -- they go,
 5    yeah, Mike Lindell -- there got -- there was a
 6    little cartoon, the Democrats are all talking:
 7    What are we going to do with Mike Lindell?  And
 8    the other one goes:  What do you mean?  He goes:
 9    Well, he ruined half of his brain when he was on
10    crack, so now he has no awareness of any
11    self-doubt.
12         CLAY CLARK:  Wow.
13         MIKE LINDELL:  And my friends all said:
14    You didn't have any self-doubt long before that.
15    People need to stand up.  With me as the reason
16    they can't get me is because I've done my due
17    diligence.  And when you believe in something, and
18    you've done your homework, you've done your due
19    diligence, you're not going to change me from my
20    -- from my -- you know, core beliefs.
21         So if you're going to attack me for my
22    voice or for what I believe, and -- and have the
23    facts behind it -- the truth behind it, even
24    having the truth behind it makes it so much more
25    powerful than -- and I tell everyone, you cannot
```

1  live in fear.

2        CLAY CLARK:  Yes.

3        MIKE LINDELL:  Because, you know, I get

4  rewarded every single day.  If I do something and

5  you see me in the news out there and -- and

6  leading this charge and -- and they go:  Boy, he's

7  done now -- they want to do this big article on

8  how My Pillow's business had to have went down

9  during all this stuff, and going all the way back,

10  it's the busiest I have ever been.

11        CLAY CLARK:  Wow.

12        MIKE LINDELL:  I mean, 53 million My

13  Pillows sold.  What happens is, people -- even on

14  the right and people say, oh, he only advertises

15  on Fox.  Are you kidding me, Fox is like one of

16  5,000 stations I advertise on.  You know, and

17  here -- and let me tell you, so here you have all

18  the people that buy more when you're being

19  attacked --

20        CLAY CLARK:  Yeah.

21        MIKE LINDELL:  -- and then you have people

22  over here that can care less and they still buy

23  the same amount.

24        CLAY CLARK:  That's fantastic.

25        MIKE LINDELL:  You know, if you're talking

1   about products.

2       CLAY CLARK:  Yeah.

3       MIKE LINDELL:  If you can -- you know, and

4   they don't -- you know what, I try and set an

5   example out there and keep people -- keep the

6   pressure off other people that can stand up,

7   because let them just pick on me.  I -- it doesn't

8   bother me a bit.

9       CLAY CLARK:  Wow.  Well, once --

10      MIKE LINDELL:  I actually look forward to

11  it, you know --

12      CLAY CLARK:  Yeah.  And once again, thank

13  you so much for being that -- for taking that

14  space --

15      MIKE LINDELL:  Driving that force -- and

16  that's why I'm doing these rallies --

17      CLAY CLARK:  Yeah.

18      MIKE LINDELL:  -- and stuff that I have

19  done.  I paid for all these things to do my own

20  investigation, hired the experts and all this for

21  this -- for this corruption.  This is the biggest

22  crime.  This is right now my -- my prayer for

23  everyone, is twofold:  One is, you need to pray

24  for our President to have -- to sermon and wisdom.

25  He's already got strength.

1        CLAY CLARK:  Here we go.

2        MIKE LINDELL:  He's got great strength, but

3    you can still pray for him every day.  He -- he

4    knows what we're up against.  He knows it's China

5    trying to take our country right now.  And he's in

6    it for every single American, from Democrat to a

7    Republican.  This is the theft of our life as we

8    know it.

9        CLAY CLARK:  Amen.

10        MIKE LINDELL:  So we need to pray.  I -- my

11    prayer is that every single person steps it up and

12    demands that we see what's out there so everybody

13    can know the truth, because once you know the

14    truth --

15        CLAY CLARK:  Yep.

16        MIKE LINDELL:  There's going to be no civil

17    war.

18        CLAY CLARK:  Yeah.

19        MIKE LINDELL:  It's going to be people here

20    saying:  Wow, Donald Trump really won and we -- we

21    are going to go down in history, this is the best

22    time to be alive.  It's historical.  We were the

23    ones that started the biggest revival in history.

24    God gave us grace on November 8th, 2016.  He gave

25    us grace.  The path we were on -- and I said it at

1   the White House at the Rose Garden -- we had taken

2   God out of our schools, this path we were on.  Our

3   country had turned a nation -- a nation had turned

4   its back on God.

5        You're going to see miracles come out of

6   this now, because we all need to stand up and

7   pray, and pray for forgiveness, what our country

8   has done and our people have done, and what we

9   have done.

10       CLAY CLARK:  That's fantastic.

11       MIKE LINDELL:  And it's going to be

12   absolutely amazing.

13       CLAY CLARK:  Mike, this has been my

14   favorite interview of the year.  I -- I tell you,

15   I appreciate you so much for all the work you're

16   doing.  I mean that.  I know -- I know you hear

17   it.  I know people tell you thank you.  But again,

18   on behalf on our half million listeners, thank you

19   just so much for joining us today.

20       MIKE LINDELL:  Thanks for having me on.

21   And God bless you all.  Merry Christmas.  It's

22   going to be the best Christmas ever, because like

23   I say, it's going to be -- I mean, we're going to

24   look back on this some day and go, wow, everybody

25   stood up, every believed, everybody had the faith.

File 15  Thrivetime Show
December 23, 2020                                    53

```
 1   And we look back and go, all this had to happen in
 2   order for things to come out and manifest into
 3   this most amazing revival ever.
 4          CLAY:  Yeah.
 5          CLAY CLARK:  Amen.  Amen.  And amen.
 6          And, folks, if you're out there and you're
 7   thinking about what should I get my significant
 8   other, Mike, I think there's still time to pick up
 9   a My Pillow; can we do like overnight orders or
10   are you all sold out right now?
11          MIKE LINDELL:  Yeah.  We still have
12   Christmas shipping.  You can do a -- you can use
13   promo code Mike, if you want.  But -- yeah,
14   we're using -- and saving up there -- right now we
15   have all kinds of stuff, the regular My Pillow is
16   69.99, and you can get it for 29.99 now.
17          CLAY:  Oh.
18          MIKE LINDELL:  I mean, it's the lowest
19   price in history.
20          CLAY:  I'm getting more.
21          CLAY CLARK:  Amen.  Amen.  And amen.  Thank
22   you so much, sir.  You take care.
23          MIKE LINDELL:  Thank you.  God bless.
24          CLAY CLARK:  Merry Christmas.
25          (End of the interview.)
```

1                    C E R T I F I C A T E

2

3            I, Jackie Mentecky, do hereby certify that

4    I was authorized to transcribe the foregoing recorded

5    proceeding, and that the transcript is a true and

6    accurate transcription of my shorthand notes to the best

7    of my ability taken while listening to the provided

8    recording.

9

10   Dated this 29th day of January, 2021.

11

12

13

14

15                         _____

16                              Jackie MENTECKY

17

18

19

20

21

22

23

24

25

**1**

1,000  11:6
1.2  17:13
100  16:10
11:15  17:7
  19:5
14th  25:7
15  8:2
150  32:8
1500  34:20
15th  8:3
16  8:2 19:1
16th  5:10
17  27:16
1862  22:23
1957  23:21
1962  23:22
1967  23:23
1992  23:23

**2**

2,000  10:7
  34:21
2.2  27:10
20  27:16
  37:18
20-year  5:6
200,000  19:20
2004  4:3
2009  5:10 6:5
  7:5
2015  7:19
2016  8:3
  51:24
2018  29:5
2020  29:6
2021  54:10
22nd  22:22
24  41:18
25  37:9
29.99  53:16

**29th**  54:10

**3**

3,700  19:21

**4**

40  6:6 27:17
400  27:20

**5**

5,000  49:16
50  10:4 36:21
50,000  20:16
500  6:6
53  49:12
5:11  12:19
  13:6

**6**

68  23:8
69.99  53:16
6th  25:6 26:3

**7**

74  18:20
777  28:6,11
7th  6:5

**8**

8  17:14
80  18:21
8th  51:24

**9**

918-851-6920
  18:2
95  35:9

**A**

A-PLUS  9:11
a/k/a  13:9
  15:14
abide  23:6
ability  54:7
Abraham  22:23
  24:15
absolutely
  43:6 52:12
accept  25:22
accurate  54:6
accuse  18:5
acquire  16:21
Act  23:14,15,
  21
actor  5:20
actual  44:12
added  15:20
addict  5:5,6
  7:8 8:12
addiction
  8:13
addictions
  7:4
addicts  8:12
advertise
  49:16
advertises
  49:14
advisor  41:6
affective
  27:6
affidavits
  20:16,18 24:9
affordable
  37:14
agenda  8:17
  30:22,24
agendas  26:7
  30:17
agree  47:5
algorithm
  24:6

algorithms
  19:5
alive  51:22
all-be  38:13
amazing  8:15
  21:21 52:12
  53:3
amazon  15:18
amen  25:24
  31:20 47:13
  51:9 53:5,21
amendment
  6:13,14
America  6:12
  11:13 47:7
American
  23:7,10,13
  26:24 33:6
  40:19 51:6
Americans
  33:2
amount  19:4
  49:23
amplifications
  27:16,17
Anderson  28:1
  41:18
Angeles  23:23
announced  8:1
  40:15
anomaly  25:7
anymore  35:17
appointment
  17:18
Arkansas
  23:22
article  49:7
ashamed  40:18
ass  10:13
attack  10:21
  16:12 28:18
  48:21
attacked  7:8
  9:6 28:1,19
  36:20 41:17
  49:19

Case 1:21-cv-00445-CJN Document 2-36 Filed 02/23/21 Page 57 of 67
Gin eDie um nt 2i3e6 hiFled 03/23/21
December 23, 2020                                   2

attacks  7:11
  21:21 28:12
  47:14,16
attempting
  16:6
attention
  7:16
attorney
  34:2,8
August  8:3
authorized
  54:4
award  9:10
awareness
  48:10

          B

back  4:14
  5:12 8:9 9:2,
  5 13:23 25:3
  29:22 34:16
  44:5 49:9
  52:4,24 53:1
backfill
  19:18
backfilled
  19:18
backlash
  46:10,14
bad  6:16
Baio  38:21
ban  37:13
Barcelona
  15:20
Bartlett  41:5
basement  6:6
  11:16
beast  38:18
beast-related
  44:18
began  46:8
behalf  52:18
beliefs  9:24
  48:20
believed  9:14
  52:25

Ben  42:11,12,
  25
betraying
  16:3
Bible  12:15,
  18 13:6 38:20
  39:3
biblical  39:1
Biden  17:14
  19:21 22:6,7
big  10:9,18
  14:4 19:9
  21:14 22:6,13
  42:8 47:18,23
  49:7
biggest  5:16
  21:14 22:14
  25:11 29:4
  50:21 51:23
Bill  27:11
  44:11
bit  6:9 20:21
  50:8
blah  22:7,8
blatant  20:12
bless  52:21
  53:23
blessed  13:6,
  11
blessing
  46:20
blocked  21:17
  27:23
blocking
  21:20 44:1
bold  32:22
boldly  47:12
borders  30:6
boss  8:23
bother  50:8
bots  10:19,24
  11:9
box  4:25
Boy  49:6
boycott
  10:10,11,13

brain  48:9
bread  30:18
break  18:8
  30:18 31:13,
  14
briefly  44:6
bring  8:9
  22:8 34:16
bringing
  22:11
broke  19:5
brought  40:21
Budesonide
  27:23 41:8,9
Bureau  9:8,10
busiest  10:2
  49:10
business  9:8,
  9,23 10:4,16
  31:19 34:4
  47:23 49:8
businessman
  8:15
Busted  20:4
butts  26:1
buy  5:22
  49:18,22

          C

calibrated
  27:16,17
California
  5:25 38:22
  40:3
call  12:4
  31:3,5 32:1
  33:18 37:2
  42:14
called  4:12
  9:6,7 15:8,
  12,14 23:4
  28:13 42:25
  44:19 45:19
calling  42:21
Canadian-made
  15:5

cancel  30:9
  47:15
canceled
  13:18
cancer  42:7
card  38:25
care  43:21
  49:22 53:22
Carson  42:11,
  12,25
cartoon  48:6
cases  24:23
  27:18 29:14,
  18
caught  19:22
  20:1
censored
  12:16,17,21
center  12:4
  42:20
cents  37:1
CEO  24:5
certify  54:3
chance  33:3
change  4:12
  48:19
changed  7:18
channels  5:1
charge  6:20
  49:6
chat  38:1
chats  12:5
cheaters  20:5
cheating
  19:1,23 22:10
checked  43:4
Chick-fil-a
  13:24
China  21:9
  31:7 43:23
  51:4
Chinese  15:6
Christian
  38:11
Christiane
  44:14,15

Christians
  13:19
Christmas
  30:9 52:21,22
  53:12,24
circle 21:14
circumstances
  23:19
cited 17:23
  18:3,7
citizens 33:6
City 8:5
civil 25:18
  51:16
CLARK 4:15
  6:3,8,24 7:24
  10:6,17,22
  11:3,5,8,12,
  15,20,25
  12:7,11,14,22
  13:2,5 14:1,
  9,18,21,25
  15:4,17 16:3,
  6,15,24 17:6,
  11,15,19,21
  18:1,17,19,22
  19:7,24 20:4,
  9,13,24 21:2,
  8,18 22:4,18,
  21 23:4 24:13
  25:2,9,13,20,
  24 26:10,12,
  15 27:2,10,14
  28:2,4,7,22
  29:2,7,10,17,
  22 30:8,14,23
  31:8,20 32:3,
  10,13,18,25
  33:11,14,19,
  24 34:1,7
  35:6,11,13,16
  36:22 37:3,9,
  16 38:19
  40:11,25
  41:3,14,19,23
  42:1,6,11,17,
  22 43:2,10,
  16,19 44:4,22
  45:2,9,12,14

46:6,23 47:1,
  21 48:12
  49:2,11,20,24
  50:2,9,12,17
  51:1,9,15,18
  52:10,13
  53:5,21,24
Clay 4:15
  6:3,8,12,24
  7:24 10:6,17,
  22 11:3,5,8,
  12,15,20,25
  12:7,11,14,22
  13:2,5 14:1,
  9,18,21,25
  15:4,17 16:3,
  6,15,24 17:6,
  11,15,19,21
  18:1,17,19,22
  19:7,24 20:4,
  9,13,24 21:2,
  8,18 22:4,18,
  21 23:4 24:13
  25:2,9,13,20,
  24 26:10,12,
  15 27:2,10,14
  28:2,4,7,22
  29:2,7,10,17,
  22 30:8,14,23
  31:8,20 32:3,
  10,13,18,25
  33:11,14,19,
  24 34:1,7
  35:6,11,13,16
  36:22 37:3,9,
  16 38:19
  40:11,25
  41:3,14,19,23
  42:1,6,11,17,
  22 43:2,10,
  16,19 44:4,22
  45:1,2,5,9,
  10,12,13,14,
  15 46:3,6,7,
  23,25 47:1,2,
  13,21 48:12
  49:2,11,20,24
  50:2,9,12,17
  51:1,9,15,18

52:10,13
  53:4,5,17,20,
  21,24
cleaned 9:16
cleaning 9:18
clear 10:25
  17:19
Click 12:9
closely 17:9
cocaine 5:5
code 28:5,11
  53:13
coded 15:10,
  15
colds 35:17
coma 7:15
comments 6:17
  11:6 13:18
commercial
  44:25
committed
  21:15
communists
  15:10,15
companies
  11:22
company 5:7
  6:10 9:22
  15:9,11
complications
  43:8
concerned
  33:2,6 37:20,
  21
concerns
  26:12 27:2,3
confiscate
  26:23
conservative
  45:19
conservatives
  45:25 46:13
constitutional
  31:12
contacts
  33:21

context 6:9
controversial
  12:16
convince 12:4
convinced 5:9
Cook 39:12
Cooper 28:1
  41:18
core 48:20
Correct 17:6
  22:18
corrupt 9:8
  11:23 35:22
  36:8
corruption
  24:9 35:21
  36:9 37:11,12
  50:21
costs 37:1
count 20:19
counting 15:4
  19:13,16
country 8:18
  14:17 16:4,12
  18:14 19:11
  21:7 22:16
  26:6,8,22
  28:20 32:23
  41:25 42:4,
  10,24 44:1
  51:5 52:3,7
couple 5:11
  11:15,18
  35:19
Court 24:24
  25:14,25
Covid 28:15
  34:17 35:13,
  16 38:14 40:6
Covid-19 27:7
  29:14
crack 5:5 7:8
  8:11 48:10
craziness
  14:19
crazy 12:18
  15:25 18:10

32:12 36:25
41:20,22,23
44:10,13
**creating**
45:18
**crime** 16:3
21:14 22:14
25:10,11 26:7
50:22
**crooked** 14:11
48:3
**cross** 7:6,10
47:12
**culture** 7:15
13:18 47:16
**cure** 36:25
**cures** 35:13
42:7

_____

**D**

_____

**dad** 4:10
**Dakota** 31:10
**darling** 9:8
**Dated** 54:10
**dates** 25:6
**daughter** 4:8
**daughters** 4:9
**day** 10:2,3
13:23 26:20
32:2 33:23
37:2 49:4
51:3 52:24
54:10
**days** 6:6
**deadly** 29:14,
19
**death** 32:16
**deaths** 29:11,
20 37:10 41:8
**decades** 7:15
37:5
**December** 25:6
**decided** 6:19
7:2
**decision**
31:18

**decisions**
30:20
**declare** 26:18
**Decristofaro**
34:9
**demands** 51:12
**Democrat** 9:14
16:13 51:6
**Democrats**
48:6
**depends** 47:18
**deploy** 23:17
**deployed**
11:10
**destroy** 34:4
**Detroit** 23:23
**developing**
38:4
**deviations**
31:3,6
**die** 27:11
**died** 29:5
**difficult**
46:4
**digging** 45:11
**diligence** 9:5
16:22 17:5
48:17,19
**dine** 29:1
**disorder**
23:20
**DNA** 45:20
**documented**
37:10
**dollars** 35:23
**Dominion**
14:11 15:2,7,
12 20:19
26:23
**Donald** 7:21,
22 9:3,14
17:14 19:21
22:9 25:18
38:8 47:11
51:20
**double** 10:13

**downstairs**
4:14
**dream** 5:15
7:19,20,23
8:2 38:7
46:16
**dreams** 4:3
38:4
**driving**
27:20,21
50:15
**drug** 37:6
**drugs** 8:14
**due** 9:4 16:22
17:4 48:16,18
**dumped** 19:20
**dying** 40:10,
12

_____

**E**

_____

**E-** 24:7
**e-mails** 12:5
**early** 27:6
42:15
**Easter** 28:13
**ebay's** 24:7
**economy** 32:6
**editing** 13:2
**effective**
27:21 37:14
**effectively**
22:24
**elected** 40:16
**election** 9:18
17:7,8 19:3
22:9 24:4
31:4 33:10
37:21
**elections**
16:9
**Emancipation**
22:23
**employee**
36:13
**employees**
6:5,7 8:21

10:7 34:20,21
**empowered**
6:21
**empowers**
23:16
**encouraging**
6:3
**end** 7:19 23:1
24:16 38:13
53:25
**ended** 5:2 8:3
43:6
**ending** 22:24
**entity** 45:18
**entrepreneur**
44:24
**essential**
31:19
**everybody's**
30:16
**everyone's**
39:24
**evidence**
14:16 22:20
24:4,10 26:24
**evil** 13:8,12
**exact** 17:17
19:10
**excited** 30:3
**expect** 19:2
**expected** 19:4
**experts** 16:21
50:20
**explain** 44:17
**exponentially**
27:18 29:12,
15,18
**exposed** 20:14
**eye-** 36:24

_____

**F**

_____

**Facebook** 12:6
21:16
**fact** 11:13
15:6,11 24:5
27:21 29:9,11

fact-check
29:9
facts   15:1
17:4 24:21
48:23
fairs   5:2
faith   52:25
falsely   13:8
27:17
falsies   33:12
family   5:9,13
34:23
fantastic
45:13 47:21
49:24 52:10
Fauci   29:24
30:4
Fauci's   29:25
32:15
favor   6:12,
13,14
favorably
30:4
favorite
52:14
FDA   28:16
40:17,19
FDA's   43:13
fear   10:15
13:21 14:4
31:1 46:14
49:1
federal   23:15
federalize
23:17
feedback
38:16
feel   6:21
29:23,25 30:3
38:12 39:23
feet   32:1
fight   34:12
fighting
34:12
figure   19:18
filled   44:9

film   5:23
finally   4:23
5:8,13 20:21
46:22 47:3
financial
6:16
find   18:4
finding   45:24
finish   26:14
flags   19:9
flourished
10:4
flu   35:5,8,
10,14
Flynn   16:20
focused   20:20
folks   13:5
15:11 23:24
53:6
force   39:21
43:1 50:15
foregoing
54:4
forever   27:8
37:7
forget   27:25
28:3
forgiveness
52:7
forward   50:10
Foundation
44:12
Fox   49:15
Frankfurt
15:18
fraud   9:18
22:14 24:7
25:1,16 31:4
freak   47:1
free   25:23
freedoms
13:16
friend   31:9
34:8
friends   4:19
5:9,13 9:21
12:10 17:1

33:15 38:21
48:13
front   6:18
fruition   8:3
38:9
funded   27:11
funny   5:8
future   31:1

___

### G

gaining   4:15
game   10:18
14:4 19:22
20:2
garbage   28:24
40:24 47:22
Garden   52:1
Gates   27:12
44:11
gave   51:24
General   16:20
gentlemen
23:12
George   12:23
15:13
Georgia   19:17
Germany   15:18
give   6:9
33:17 35:24
giving   45:22
glass   4:13
God   5:11 14:2
51:24 52:2,4,
21 53:23
God's   13:9,13
good   31:9
34:12 37:23
government
16:7
Governor
31:10 40:3
41:6
governors
22:25 39:25

grab   39:11
grabbed   4:13
grace   5:10
51:24,25
great   18:12,
13 27:5 32:3
34:1 43:5
45:3 51:2
greatest   17:1
32:6
Guard   23:18
guess   9:25
34:19 36:9
42:12
guns   20:7
guy   5:24,25
6:1 10:14
28:13 30:1
guys   12:1,8
17:12 35:8
39:24 45:22

___

### H

Hahn   40:17
half   8:7 9:23
48:9 52:18
hands   30:10
happen   21:5
25:16 47:25
53:1
happened   7:1,
13 16:17,18
17:10 18:12,
24 19:12 24:9
31:11 35:19
47:10
happening
15:21
hardware
15:5,6,8,11
hate   13:11,17
hates   11:13
he'll   6:2
33:18
head   24:7
40:17

health 37:20
hear 18:8
  24:11 37:24
  38:16,21
  52:16
heard 41:4
  44:20
hearing 30:10
  38:3
heavily 27:11
helped 43:7
helping
  43:15,16,18
Hey 28:14
  31:23 42:11
high 27:18
  29:13,15
highest 9:10
hired 50:20
historical
  51:22
history 5:16
  18:18 22:15
  23:7,9,10,13
  25:12 51:21,
  23 53:19
hit 6:16
  47:17
hitting 46:23
home 4:25 5:2
  34:24
homeopathic
  41:13
homes 36:17
homework
  48:18
hospital
  43:24
hosts 48:3
hour 8:7
  27:20,21
hours 14:13
House 52:1
how's 39:12
humanity
  22:14

Hunter 22:6,7
Hydro 37:3
Hydroxych-
  40:8,9
Hydroxychloroq
  uine 27:22
  36:20 37:3
hype 29:25

          I

icebreaker
  6:20
idea 4:2,17
  12:16
imagine 24:3
immediately
  36:10
implement
  23:11
inaudible
  26:21 29:9
  33:6 40:9
  42:16 47:2
increasing
  29:18,19
individual
  31:23
industry 36:1
infomercial
  5:3,15,16 7:6
infomercials
  5:17
information
  42:20
insurrection
  15:22 23:5,
  14,15,20,21
interested
  47:4
interesting
  12:14
interview
  41:5 52:14
  53:25
invent 4:11,
  19

investigation
  50:20
involved
  21:11 35:20
irrefutable
  24:4,10
issue 23:14
issued 22:23
Ivermectin
  27:22 41:8,9

          J

Jackie 54:3,
  16
James 34:2,11
January 5:10
  25:6 26:3
  54:10
Jesus 12:21,
  23
Jim 44:17
jobs 8:9
joined 44:14,
  15,16
joining 52:19
judge 20:21,
  25
judges 24:10,
  21 26:2
jumping 34:13

          K

kidding 32:8
  35:15 36:25
  39:4 49:15
kids 37:19,21
kill 16:6
kind 7:15
kinds 53:15
knew 36:23
Kristi 31:9,
  10

          L

ladies 23:12
late 48:3
laugh 4:20
laughs 4:20
launched 6:4
law 14:6
  15:24 23:6,8,
  15 26:18
leading 49:6
leaked 28:17
learned 30:18
  43:5
learning 7:12
led 6:20
left 10:19
  16:12 25:17
legislature
  25:4
let all 40:21
lie 47:23
life 45:22
  51:7
lifetime
  17:10
likes 29:24
limitation
  25:5
limitations
  21:6
Lin 16:19
Lincoln 22:23
  24:15
Lindell 4:3,
  18 6:4,23
  7:3,25 10:7,
  11,18 11:2,4,
  7,11,14,18,21
  12:1,8,12,20,
  25 13:4,11,
  13,20 14:2,6,
  10,19,24
  15:3,16 16:2,
  5,10,16,25
  17:7,12,16,

20,25 18:11,
18,20,23
19:8,25 20:5,
10,14,25
21:3,9,19
22:5,19 23:3
24:12,22
25:3,10,14,
21,25 26:11,
13,16 27:9,
13,24 28:3,5,
10,23 29:3,8,
16,21 30:7,
13,15,24
31:9,21 32:4,
11,14,24
33:7,12,15,
22,25 34:6,
10,11,19
35:7,12,15,17
36:23 37:8,15
38:6,10,17,20
39:3,9,16,20
40:2,12 41:1,
12,15,21,24
42:2,7,14,19,
23 43:3,11,
17,20 44:21
45:4,6 46:2
47:9,14,22
48:5,7,13
49:3,12,21,25
50:3,10,15,18
51:2,10,16,19
52:11,20
53:11,18,23
**listen** 13:5
17:8 44:19
**listen-** 17:22
**listeners** 6:9
17:22 18:4,9
22:22 24:18
52:18
**listening**
24:2 41:3
54:7
**literally**
43:12

**live** 49:1
**lived** 17:2
36:15
**living** 6:5
10:15
**logo** 4:4
**long** 12:4
47:11 48:14
**looked** 31:15
**Lord** 13:21
32:22 38:5
**Los** 23:23
**lose** 9:23
**Lost** 5:6
**lot** 6:21 8:21
9:17 12:23
16:20 29:2
33:22 37:19
39:18
**love** 18:7,8
32:20 46:19
**loved** 38:3
**loves** 32:22,
23
**lowest** 53:18
**Lucifer**
44:13,14,19

---

**M**

**machine** 19:6
20:19
**machines**
14:11 15:4
16:21 17:13
18:25 20:20
26:19,23
**made** 8:9
11:10 19:2,3
20:12 31:18
32:5
**mainstream**
21:25
**make** 6:2
10:23 17:21
22:21 30:20
31:18 36:2

39:10 47:20
**makes** 12:24
29:2 37:16
48:24
**making** 18:5
35:20
**Malaria** 37:6
**man** 29:25
45:13
**Manhattan**
34:3
**manifest** 53:2
**manifested**
32:6
**mark** 21:16
38:18 44:18
**market** 36:5
**marriage** 5:6
**married** 37:18
**martial** 14:6
15:24 23:8
26:18
**mask** 30:8
31:24 32:1
35:21 36:1
**masks** 35:20,
23 40:23
**mass** 28:24
**massive** 19:4
**Matthew** 12:18
13:6
**means** 16:1
19:8 20:17
**media** 9:6
21:11,25
28:18
**medical**
31:16,17 41:6
**Meehan** 44:17
**meet** 7:22 8:4
37:25 46:17
**meeting** 38:8
**Melinda** 44:11
**men** 13:7,8,
11,12
**Mentecky**
54:3,16

**mentioned**
37:5 44:4
**Merry** 52:21
53:24
**mic** 37:22
**Michael** 13:11
**Michigan**
19:20 20:21
40:3
**microchips**
39:10
**middle** 40:20
**Mike** 4:3,18
6:4,23 7:3,25
10:3,7,11,18
11:2,4,7,8,
11,14,18,21
12:1,8,12,20,
25 13:4,13,20
14:2,6,10,19,
24 15:3,16
16:2,5,10,16,
25 17:7,12,
16,20,23,25
18:11,18,20,
23 19:8,25
20:5,10,14,25
21:3,9,19
22:5,19 23:3
24:1,12,19,22
25:3,10,14,
21,25 26:11,
13,16 27:9,
13,24 28:3,5,
10,23 29:3,8,
16,21 30:7,
13,15,24
31:9,21 32:4,
11,14,24
33:1,7,12,15,
22,25 34:6,9,
11,19 35:7,
12,15,17
36:23 37:8,
15,17 38:6,
10,17,20
39:3,9,16,20
40:2,12 41:1,
7,12,15,21,24

42:2,7,14,19,
23 43:3,11,
17,20 44:21
45:3,6 46:2
47:9,14,22
48:5,7,13
49:3,12,21,25
50:3,10,15,18
51:2,10,16,19
52:11,13,20
53:8,11,13,
18,23
miles 27:20,
21
military
14:14 23:17
million 10:4
18:20,21
27:11 49:12
52:18
millions 8:12
35:23
millionth
20:23
mind 13:19
mine 34:8
Minnesota 9:2
14:7 28:24
40:3
minor 35:4
minutes 41:18
miracle 17:9
20:11
miracles 52:5
Mississippi
23:22
model 45:22
46:7
models 27:10
modifying
44:8
money 5:14
16:21
month 7:25
36:10,12
mouth 37:1

moved 9:10
34:2,7
moves 19:2
20:12 32:5
movie 30:3
movies 30:2
murder 21:6
Myoleander
28:8
myoleander.com
28:5,10 35:1
41:12
myoleander.
com. 27:25

N

named 44:13
nanotechnology
44:9
nation 52:3
National
23:18
negative 6:17
11:6 13:17
news 22:7
31:3 49:5
nice 37:25
night 5:23
17:7,8 19:14
48:3
nine-zero
25:15
Noem 31:10
non-moves
19:3
nonsense 29:4
34:18
normal 35:8
Northrup
44:14,16
notes 54:6
November
51:24
number 15:19
17:17 27:18
29:11,13,17,

20 32:6,7,14
44:10,11
46:18,19,22
numbers 29:18
nursery 36:17
nuts 37:2
43:17

O

October 6:4
office 8:20
15:13
Oklahoma
34:2,7
Olean- 27:24
one's 16:3
open 24:25
28:25
opened 28:20
36:24
opinion 38:18
option 24:13,
14
order 53:2
orders 53:9
organization
9:9
organizations
11:24
originally
15:9
outspoken
6:19 7:2
13:15 45:19,
21,23 46:4,9,
13,18 47:10,
11 48:1
overnight
53:9
Overstock
24:6
overthrow
16:7
overwhelming
22:10

P

paid 50:19
pan 26:17
pandemic 31:7
32:8 40:20
42:5
parallel 5:4
parts 15:6
party 9:17
past 44:25
patent 4:21,
24 44:10,11
path 51:25
52:2
patients 41:7
patriots 6:24
27:5
paying 7:16
PCR 27:15
Pence 29:23
30:12
people 5:7
6:11,21 7:13
8:19 9:15
10:20,23,25
11:3 12:2,3
13:14 18:5
20:17 21:23
22:16 25:17
26:24 27:11
29:5 31:13,
17,22 33:1,23
34:12 35:22
36:17 37:4
39:18 40:10,
19 42:2
43:15,16,18
44:2,6 48:15
49:13,14,18,
21 50:5,6
51:19 52:8,17
percent 16:11
32:8 35:10
perception
38:15,17

**Perfect**  37:25
**persecute**
  13:7,12
**person**  51:11
**personal**  8:25
  30:22
**personally**
  8:25 11:8
**pharma**  42:8
**Phil**  13:23
**phone**  33:16
  39:11
**phonetic**
  10:13 40:23
  44:22
**pick**  33:16
  50:7 53:8
**picture**  7:20
**pictures**
  12:10
**pillow**  4:2,6,
  11,12,21 6:10
  8:9 10:12
  34:25 38:4
  44:25 53:9,15
**Pillow's**  49:8
**Pillows**  10:5
  45:8 49:13
**piranhas**
  47:17
**place**  36:15
**planned**  36:2
**platform**
  47:18
**play**  14:5
**plays**  10:19
**plow**  13:20
**pocket**  35:24
**point**  34:16
**pointed**  27:6
**poker**  19:22
**politic-**  7:17
  9:11
**political**
  26:7 30:24
**politically**

  7:2
**politicians**
  31:1
**politics**  4:1
  7:17 9:12
  30:17
**pool**  5:14
**pop**  15:12
**positive**
  30:11
**potential**
  43:5
**poured**  18:24
**pouring**  8:14
**powerful**
  48:25
**pray**  50:23
  51:3,10 52:7
**prayer**  24:22
  47:4,6 50:22
  51:11
**praying**  47:5,
  6
**President**
  6:15 8:1
  14:23 17:1
  18:13,16
  23:9,13,16
  24:2,3,14,20
  26:4,5 27:4
  29:23 30:5,11
  32:19,21
  33:3,8,17
  40:15 46:17
  50:24
**press**  9:5
**pressure**  50:6
**preventive**
  35:2
**price**  53:19
**prices**  36:3
**pro-fauci**
  30:11
**proceeding**
  54:5
**process**  13:14
  25:4

**Proclamation**
  22:24
**producer**  5:25
**producers**
  5:19
**product**
  42:12,15,17,
  18
**products**  50:1
**programs**  11:9
  12:3
**promo**  28:5,11
  53:13
**protection**
  24:7
**provided**  54:7
**public**  38:24
  39:23
**pull**  8:13
  20:7
**push**  38:13
**pushback**
  46:11
**put**  11:1 14:7
  16:20 18:15
  21:17 31:4,21
  34:24 41:15
  48:2


**Q**

**question**  33:4
  34:9,15 38:2
  45:2,16
  46:15,24 47:9
**questions**
  33:5
**quick**  10:15
  33:5 47:3
**quit**  5:10 7:4
  43:14,15,16,
  17
**quiz**  15:12


**R**

**Race**  44:13,
  14,19
**racist**  9:7
**rallies**  50:16
**random**  4:14
**rate**  32:16
**reached**  8:4
**read**  13:10
  14:8
**reading**  5:24
**reads**  5:24
  30:1
**real**  8:22
  10:20 12:3,9
  15:11 36:11,
  12 39:14 42:9
**realize**  9:15
  34:17 47:15
**realized**
  34:20 35:18
**reason**  22:12
  48:15
**reasons**  21:12
**rebellion**
  23:20
**received**
  46:20
**recorded**  54:4
**recording**
  54:8
**red**  19:9
**referencing**
  12:18
**referring**
  11:17
**refusing**  23:6
**regular**  35:10
  53:15
**reiterate**
  46:20
**relate**  11:1
**related**  37:10

relates  16:9
release  9:5
remember
  34:25
repeat  28:7
Republican
  9:14,17 16:13
  51:7
respect  33:17
respirator
  36:14
responding
  13:17,19
responsibility
  31:22,23
restaurants
  28:25
restrict  39:5
reviews  6:16
revile  13:7
revival  51:23
  53:3
rewarded  49:4
rewards  14:3
rhetorically
  24:17
Richard  41:5
rigged  24:5
rightful
  25:19
rights  31:12
RNA  44:8
rob  20:7
Robertson
  13:23
Rock  23:22
room  7:21
  8:5,6 20:6
Rose  52:1
round  45:10
ruined  47:23
  48:9
rules  25:11
running  8:1
  19:19

---

### S

sad  41:17
sake  13:9,13
sand  43:14
sanitiers
  40:23
saturate  36:5
saving  14:16
  53:14
savior  38:14
scary  30:17
scene  12:2
school  44:23
schools  52:2
science  31:16
Scott  38:21
screen  22:13
secure  26:22
security
  15:20 26:21
sees  25:16
self-doubt
  48:11,14
Senate  27:3
  29:23
Senators
  26:4,5
send  12:3
  18:1 25:3
sense  29:2
  37:16
September
  22:22
Sequoia  15:8,
  14
sermon  50:24
servers  15:18
serves  32:19
set  12:13
  17:12 25:23
  50:4
shake  30:10
share  15:12

shipping
  53:12
shirt  7:7
shmoycott
  10:11
shopping  4:25
short  47:17
shorthand
  54:6
show  12:24
  26:24 44:15,
  16,20 48:3
showing  24:8,
  9
shows  5:2,12
  24:6 44:12
shut  30:5
  34:3
shutdown
  19:12,13
shutdowns
  34:4
shutting  21:1
sick  34:23
  47:1
Sidney  16:19
  24:23
signed  24:8
significant
  53:7
simply  24:21
single  10:1
  49:4 51:6,11
sir  11:17
  26:15 45:17
  53:22
sister's  6:6
sit  10:20
  12:2 20:10
sitting  18:15
  43:23
slavery  22:24
  23:1 24:16
small  34:4
Smartmatic
  15:8,14

smoke  22:13
social  21:10
software
  15:7,9,13
sold  10:4
  49:13 53:10
Soros  12:23
  15:13
sort  32:21
South  31:10
sovereign
  16:7
space  15:13
  50:14
Spain  15:20
speak  6:12,22
speedometer
  27:19
spell  28:9
spent  5:11
spikes  19:19
spite  18:25
spring  7:19
  31:11
stand  45:25
  48:15 50:6
  52:6
standing
  13:16
stands  13:24
Stares  44:22
start  4:2,15
  46:9
started  7:12
  51:23
stat  29:5
state  25:3
statements
  30:11
states  19:10,
  11 23:16
  26:22 29:12
  31:6 32:7
  33:18 39:25
  40:4 45:19
stations
  49:16

Case 1:21-cv-00445-CJN   Document 2-36   Filed 02/23/21   Page 66 of 67
Pro 12, live time Show
December 23, 2020                                          11

statistic
  35:9
statute  21:5
  25:5
stay  32:1
step  15:7,17,
  19 45:25 46:3
stepping
  46:21
steps  51:11
steroids  40:7
Steve  40:17
stood  52:25
stop  8:14
  14:15 20:1,2
  30:19
stopped  42:3,
  5,10 43:14
store-  38:4
stores  4:25
story  8:25
  9:1 38:3
stranglehold
  40:5
strength
  50:25 51:2
stuck  35:22
  36:6,13,16
studio  33:1
stuff  4:3,6
  5:21 8:24
  16:23 18:5
  19:17 20:16
  30:20 34:17
  35:18 38:22
  39:7,13
  40:18,21
  42:3,9 49:9
  50:18 53:15
successful
  6:10 44:23
Suckabuck
  21:16
Sunday  28:13
super  29:14
supplement
  35:1

supply  14:22
support  14:23
supposed
  27:15 45:23
suppress
  21:3,12 22:1
  23:19
suppressed
  40:16 41:2
suppressing
  40:9
suppression
  40:24
Supreme  24:24
  25:14,25
swing  19:11

———————————

T

———————————

tabulated
  15:19
takes  14:13
taking  5:7
  43:6 50:13
talk  12:20
  14:21 16:19
  20:2 30:4
  31:5 33:3,8,
  23 48:3
talked  8:22
  16:20 31:17
  33:9
talking
  15:24,25
  22:13 39:10
  42:8 48:6
  49:25
talks  37:19
tapes  19:17
task  42:25
teacher  44:23
technology
  44:13,17,19
telling  8:8
  13:22 16:23
  17:3 21:4,22
  27:19 46:21

ten  4:9 6:5
  32:17 36:15
  37:1
ten-below
  29:1
tens  20:17
test  43:12
tests  27:15
Texas  41:7
  43:13
text  17:23
  18:1
texted  5:25
theft  51:7
thing  10:9,20
  13:21 14:3,6,
  8 15:21 22:2,
  6 26:18 28:15
  31:11 33:8
  35:21 36:18
  39:23 43:4
  48:2
things  4:22
  5:7 8:8 18:13
  26:17 34:25
  35:19 39:5
  40:7 42:4,24
  43:9 50:19
  53:2
thinking  27:5
  46:12 53:7
thought  12:15
  46:9
thoughts  16:8
thousands
  20:17 24:8
  41:7 46:12
three-part
  46:24,25
Thrivetime
  44:16
throw  37:1
tied  21:13
Tim  39:12
time  7:9 12:5
  13:16 14:25
  16:19 19:10

  23:10 28:8
  33:9 34:16
  40:14 41:10
  44:3 51:22
  53:8
times  23:8,13
  32:17
timetofreeamer
ica.com  37:12
today  21:15
  52:19
told  5:13,18,
  19 8:11 32:15
  43:3
tomorrow  20:3
top  41:6
tourism  32:7
Tower  8:5
track  5:4
  39:11
traction  4:16
trailers  30:2
train  34:13
transcribe
  54:4
transcript
  54:5
transcription
  54:6
transportation
  38:24
trapped  46:14
treason  16:1,
  9
treasonous
  15:22
treated  41:7
treatments
  27:7,22 37:13
trolls  10:19,
  25 11:15
troops  23:18
true  16:11
  18:17 21:8
  25:20 29:7
  54:5

**Trump** 7:21,22
  8:5 9:3,15
  17:14 19:21
  22:9 23:9
  25:19 30:5
  32:19 38:8
  47:8,11 51:20
**truth** 11:22
  25:22 46:21
  48:23,24
  51:13,14
**truthandadvert
ising.org.**
  11:23
**turned** 4:18,
  24 27:14
  44:23 52:3
**TV** 6:2 7:10
  47:12
**tweet** 11:1
  14:7,8,10
**tweeting**
  15:24
**Twitter** 12:5
**twofold** 50:23

---

#### U

**U.S.** 23:17,18
**U.S.A.** 8:10
**Uh-huh** 39:15
**Unbelievable**
  43:19
**understand**
  10:23
**United** 23:16
  29:12 32:7
  33:17 45:19
**upsetting**
  22:3
**upstairs** 4:8
**upward** 18:21
**utter** 34:18

---

#### V

**vaccine**
  38:12,16,23,
  25 39:17
  40:13,14 44:8
**vaccines**
  44:5,7
**Vanessa**
  37:22,24
  38:7,11 39:2,
  8,15,19 40:1
**Venezuela**
  15:10
**Vice** 26:4
  27:4 29:22
  30:11 32:21
**video** 21:17
**videos** 12:17
  21:20
**view** 38:11
**virus** 29:14,
  19 31:7 43:23
**vivid** 7:23
**voice** 21:22
  48:22
**vote** 15:4
  19:4
**voted** 7:18
**voters** 18:14
**votes** 15:17,
  19 18:15,24
  19:20 22:10

---

#### W

**W02020060606**
  44:12
**wait** 9:3
**wake** 22:16
**walked** 8:6
**wanted** 4:7
  5:1,22 18:6
  28:20,21,23
  32:25 43:25

**war** 25:18
  51:17
**watch** 22:6
  39:24
**watched** 28:2
  41:19
**watching**
  23:25 30:1
**water** 4:13
**ways** 31:25
**wear** 30:8
  31:24
**wearing** 7:7,
  10 32:1 40:23
  47:12
**weather** 29:1
**web-** 28:7
**website** 28:8
  41:10,11
  43:13
**whack** 36:3,4
**White** 52:1
**wife** 37:17,18
  45:7
**win** 18:25
  19:9 34:14
**winner** 25:19
**Wisconsin**
  19:19
**wisdom** 50:24
**woman** 32:19,
  20,22
**women** 37:20
**won** 19:1
  51:20
**Wood** 16:19
**word** 16:1
**wore** 7:6
**work** 5:18
  52:15
**worked** 24:6
**works** 24:8
  26:21 31:24
**world** 4:12
  9:3 22:15
  26:8,9,24
  32:15

**worried** 31:24
**worry** 29:22
  30:14 31:25
  32:2
**worst** 6:1
**worth** 35:23
**wow** 9:4 10:6
  40:13 43:4
  44:21 48:12
  49:11 50:9
  51:20 52:24
**write** 4:5
**wrong** 27:14
  44:1

---

#### Y

**ye** 13:7
**year** 4:19
  35:9 52:14
**years** 4:9
  5:3,11 32:20
  36:21 37:18
**York** 8:5 34:5