# Exhibit 236

File 11 Victory Channell Stand Firm
December 23, 2020

1

2

3

4

5

6

7

8                   THE VICTORY CHANNEL

               FLASHPOINT: STAND FIRM!
9

   MIKE LINDELL, HANK KUNNEMAN AND MARIO MURILLO
10

11                  December 23, 2020

12     https://www.youtube.com/watch?v=kPhpPLknmBw

13

14

15

16

17

18

19

20

21

22

23
              Stenographically transcribed by:
24                 LESLIE STROMBERG, RPR
              Registered Professional Reporter
25

26

1    Podcast stenographically transcribed by Leslie Stromberg,

2   Registered Professional Reporter and Notary Public.

3              - - - - - - -

4        MR. BAILEY:  Hello, everybody.  I'm Gene

5    Bailey.  Welcome to FlashPoint.  This is the place

6    where we don't doubt in the dark what we heard in

7    the light.  Glad you're with us.  We've got a star

8    studded night ahead.  We've got so many great

9    things to start talking about, but I want to start

10   with talking about fraud.

11       Okay.  Let's talk about fraud.  Tonight, we're

12   going to discuss both sides of the fraud coin.  On

13   one side is the voter fraud side.  Voters that vote

14   repeatedly, dead citizens voting, illegal voters,

15   et cetera.  They all qualify for voter fraud.

16       The other side is the election fraud side.

17   That's particularly upsetting to most law abiding,

18   honest Americans.  The machines themselves are

19   simply computers, but the people who program and

20   operate them is where we spent time watching news

21   report after news report ignore this very issue.

22       Let's go back a ways.  Remember the dangling

23   chad of 2000?  Two years later, the Help America

24   Vote Act of 2002, or HAVA, a U.S. Federal law, was

25   signed into law by President Bush on October 29,

1   2002.

2       The bill was drafted, at least in part, in

3   reaction to the controversy surrounding the 2000

4   U.S. Presidential election, which almost two

5   million ballots were disqualified because they

6   registered multiple votes or none when run through

7   the vote counting machines.

8       Listen to this.  Two and a half billion of your

9   tax dollars was dumped into all the states'

10  economies to fix this situation.

11      And now, now, when did it become okay for

12  subpoenas to just be ignored?  I thought, when you

13  were served with a subpoena, you were supposed to

14  show up to testify, to provide documentation.  But,

15  apparently, subpoenas concerning the 2020 election

16  don't count.

17      Officials have suddenly become extremely

18  protective of their voting machines and election

19  records.  For example, Friday in Maricopa County,

20  that's Phoenix, Arizona area, the Board of

21  Supervisors rejected a subpoena from the Arizona

22  State Senate Judiciary Committee to look at voting

23  machines, which happened to be Dominion voting

24  machines.

25      Maricopa County's filing its own lawsuit.

File 11 Victory Channell Stand Firm
December 23, 2020                                    4

```
 1   The chairman called the senate subpoena a slap in
 2   the face.  However, Rudy Giuliani responded this
 3   way.  We get a warrant to search all of the
 4   machines.  Why would you ever not want people to
 5   look at voting machines?  Voting machines aren't
 6   private.  If those machines were straight as an
 7   arrow, they'd have put them out a month ago.
 8       So my question is, are people really this
 9   stupid?  Don't they realize, when somebody resists
10   a subpoena to examine voting machines and were
11   claiming fraud and they're claiming no fraud, the
12   person who wants to reveal it is the one who is
13   right?
14       Recall the Dominion Voting System CEO, John
15   Poulos, who said, no one has produced credible
16   evidence of vote fraud or vote switching on
17   Dominion systems because these things have not
18   happened.
19       You know, if no one's produced evidence of
20   problems with Dominion systems, a claim that is,
21   indeed, debatable, it might just be because they're
22   not allowed to even examine the machines.
23       Giuliani's right.  For an election that was
24   supposedly perfect, they sure are trying to lock
25   investigators out.
```

File 11 Victory Channell Stand Firm
December 23, 2020                              5

```
 1      Why would they make themselves look so bad,
 2   unless the truth was worse.  And this isn't just
 3   going to go away.
 4      Let's go to Georgia.  Two whistleblowers in
 5   Georgia who swear they saw election wrongdoing are
 6   paying the price of coming forward, Epic Times is
 7   reporting.  Bridget Thorne and Susan Voyles say
 8   they witnessed abnormal activity during the
 9   election in Fulton County, George.  Now both have
10   been dumped as poll workers, just weeks before the
11   senate runoffs.
12      Dwight Brower, elections consultant for Fulton
13   County Department of Registration and Election,
14   notified the women via e-mail that their contracts
15   aren't even being renewed.
16      I see it as a direct consequence of my being
17   honest, Voyles says.  The Epic Times reports, in
18   that oath, we say that, I will, to the best of my
19   abilities, make sure there is no fraud to see.  It
20   kind of goes on and on like this, Voyles said.  So
21   I saw what I was doing was an extension of my job
22   as a poll manager.  In other words, I had seen
23   fraud, I had seen deceit, I had seen things that,
24   in our poll reading, we were warned to stay away
25   from, and to report if we see them.
```

1       I did, and, in this case, at this point, the

2   truth was not received well.  Voyles swears in her

3   affidavit and in her public testimony before state

4   law makers that she found a batch of pristine

5   ballots that were all marked exactly the same.  No

6   customary folds or bent edges.  Approximately 98

7   percent -- did you hear that?  98 percent of that

8   batch were for Joe Biden.  And nobody gets 98

9   percent, unless your name is Saddam Hussein.

10      From a Christian perspective, let's look at how

11  so many European settlers a few years ago, and then

12  U.S. officials behaved toward the Native American

13  Indians, and the ways they behaved should resonate

14  with us today, because the west globalist elites

15  and their partners in communist China are treating

16  us today the same as land hungry Europeans treated

17  us over (unintelligible due to technical

18  difficulty), and intimidate or bribe them, offer

19  them personal gain, or promises of power and

20  support.  Then get them to sell out their people's

21  land in future.

22      English, then American settlers, again and

23  again, made treaties with Indian Chiefs, which, in

24  effect, amounted to bribes.  They offered the

25  Chiefs themselves tempting alliances, bags of

1  trinkets, boxes of rifles and rums.  Thus,

2  satisfied, the Chiefs would sign complicated

3  treaties they barely understood, which gave

4  Europeans pretext to keep on marching westward.

5  That's exactly what's happening to America right

6  now from top to bottom.

7      Chief Joe Biden, as we know now, was allegedly

8  beholden to China for the massive bribes paid his

9  son.  He was also subject to blackmail for the

10  other filth found on Hunter's laptop.

11      We know that a leading democrat on the

12  intelligence committee, Representative Eric

13  Swalwell, it was admitted, compromised by his

14  affair with a Chinese spy.  I even wonder about

15  Georgia's Governor Brian Kemp, whose previous chief

16  of staff now works -- get this -- for Dominion

17  Voting Systems.

18      This is not a time for weak-willed Christians.

19  I've said before, we're seeing the revelation of

20  the remnant unfold before our very eyes.  This is

21  no time to back down on what God's told us.

22  Instead, it's a time for us to stand tall,

23  unwavering for what we believe in, popular or not,

24  and see God work a miracle.

25      So, with that, let's get started.  And let me

1    introduce my panel tonight.  All the way from sunny

2    Omaha Nebraska, Pastor Hank Kunneman.  Thank you,

3    Pastor Hank for joining us.

4         MR. KUNNEMAN:  Nice to be here.  Thank you.

5         MR. BAILEY:  Reno, Nevada, Mario Murillo, and

6    our special guest, the new guy from Minnesota, Mike

7    Lindell.

8         Mike, thank you for joining us today.

9         MR. LINDELL: It's great to be on.

10        MR. BAILEY:  Yeah.  We're glad you're here.

11        So let's get started on what we heard.  You

12   know, we talk about voting machines, and we talk

13   about what's happening.  I just want to know --

14   Mike, let me start with you.  What do you think

15   about the state of America?

16        You have a little different perspective than

17   us, not only because you're a business owner in

18   Minnesota, but you're also in the public life.  We

19   see you at rallies all around America.

20        What is it that you're seeing?  Are you sensing

21   a change happening?

22        MR. LINDELL:  Yeah.  Well, let me tell you, I'm

23   also right in the middle of things.  Since the

24   election, I put in a lot of money into getting

25   experts, into getting machines, helping out Sidney

1   Powell, Linwood, General Mike Flynn.  And, you

2   know, what we got to realize here, you know, what

3   all you just said there, you have all the voter

4   fraud that went on, all the organic voter fraud

5   that went on.  That's just people voter harvesting,

6   doing all these different things that they're

7   doing, that the people are doing.  That alone, four

8   states, the president would have won.  Wisconsin,

9   Arizona, Nevada, and Georgia.

10      Now, let's talk about Dominion.  This is the

11  blessing we're in right now.  On election night, at

12  11:15, it broke the algorithms in those Dominion

13  machines, because they knew that the machines

14  realized that, even with them set at 1.2

15  and .8 for the president for every vote, Donald

16  Trump was going to win anyway, because he was -- of

17  all the great things he's done, and all the people

18  voting.  It would have hit upwards of 80 million

19  votes.  But the machines, the algorithms broke

20  because he's going to win anyway.  That's why you

21  had this everybody stop in the middle of the night,

22  all these -- everyone stopped at the precise

23  moment, and they had to backfill votes.  And you've

24  seen all these huge deviations.

25      Well, I'm an expert on deviations.  That's all

1    I do is look at every day.  If I see a radio

2    station that did $2,000, and it normally does 200,

3    I find out how it happened and why it happened, no

4    matter what.  I dig into it until I find the facts.

5        This is what happened on November 3rd, going

6    into November 4th.  And all these deviations, some

7    of them are mathematically impossibilities, but

8    mathematics, we had all this.  So from that point

9    on, and I think everyone in this country, even on

10   the left here, they know that there was something

11   wrong.  You know, all these things that happened.

12   You know, four days later, we still don't have

13   counts from Arizona.  By the way, put Doug Ducey

14   right up there with Brian Kemp.  What is he hiding?

15   What is he hiding?

16       MR. BAILEY:  Yeah.

17       MR. LINDELL:   But the thing on the streets is

18   this.  I believe everybody knows that Donald Trump

19   is going to -- and I firmly believe a hundred

20   percent, he's going to be our president for the

21   next four years.  But what people don't realize is

22   everyone's going, well, there'll be civil war, and

23   all these -- you know, everyone's trying to bury

24   it.  Some people, out of fear.

25       If the truth, when the truth is brought out,

1  and you said it earlier, you said, when the

2  murder's committed, you go until you find the, you

3  know, who did it, why they did it, how they did it.

4  This isn't going away.

5      Okay.  This is the biggest crime ever committed

6  in election history against our country and the

7  world.  And it's going to get brought out.  And,

8  when it does, even people on the left are going to

9  go, you know what, Donald Trump was the real winner

10 of this election.  And you don't have a civil war

11 when the truth is -- when the truth be told.  And

12 that's what's going to happen.

13     MR. BAILEY:  Yeah.  Hey, man, let me get the

14 other gentlemen to weigh in on this.

15     Mario, go ahead.

16     MR. MURILLO:  I think that's what's important

17 is that we need the resolve to fight this to the

18 end.  You know, for four years, ladies and

19 gentlemen, they lied to us about Russia collusion.

20 Even when they knew they had zero evidence against

21 Donald Trump, they kept it alive.  If they kept it

22 alive for four years based on nothing, we have to

23 keep this alive as long as possible because we have

24 the truth on our side.  And everyone needs to

25 understand how vital that is.

1      You know, there is -- there are all kinds of

2   demonic things happening right now to break the

3   will of the American church, to take the wind out

4   of our sails.  And we can't let the enemy do that.

5      You know, we're saying, oh, we can wait four

6   years and run him again.  We don't.  You know, I'm

7   using the analogy real quickly about a football

8   coach.  He's angry because the refs were paid off,

9   the scorekeeper was paid off, some of his coaches

10  and players were paid off.

11      Now, ask that coach, what does he want?  Does

12  he want a rematch or an investigation?  In a

13  rematch, it's all going to be corrupt again.  It'll

14  be corrupt again in 2024.  This has got to

15  transcend Donald Trump.  Everyone's got to see that

16  our free elections are gone.  They evaporated.

17  They won't exist anymore unless we fight for them.

18      And this isn't a left-wing or right-wing

19  argument anymore.  This is whether you believe in

20  America or not.  Whether you believe that Red China

21  ought to own us or not.  And no one watching should

22  be confused about this.  And if you're tired,

23  you're exhausted, we need the Holy Spirit to come

24  on us and recharge our resolve to be vigilant and

25  to see this through.

1      MR. BAILEY:  Amen to that.  All right.  Pastor

2   Hank Kunneman, go ahead.

3      MR. KUNNEMAN:  Listen, Israel had to stand.

4   When they were on the very beach of the Red Sea and

5   there was a pursuing enemy, a communist enemy from

6   the left, pursuing this nation, and they had to

7   learn how to stand in the midst of warfare.  We are

8   not only in a spiritual war, but we are at war with

9   foreign agencies.  Entities that are trying to

10  steal, and those in our nation trying to steal our

11  future.

12     And here's what I cannot understand.  And God

13  is watching right now.  You know, you heard Mike's

14  word on the street.  I want to give you the word

15  from heaven.

16     God is looking from the thrown room, and he is

17  saying, who is conceding, and who is standing

18  strong, believing me, God, that I will, and I can,

19  turn this thing around, and I'm exposing fraud and

20  crime.

21     And so the longer this plays out, the more the

22  truth is going to be revealed.  And it's exactly

23  what God wants.

24     Let me say this to you.  What's alarming to my

25  spirit and I believe grievous to God, now listen to

1   me, preacher, if you're watching.  Listen to me,

2   politician, if you're watching.

3       Why are you conceding when the majority of true

4   Americans want honesty and integrity?  And we did

5   not get that in this election.  We demand truth.

6   We demand integrity.  But here's the thing, we've

7   just recently, Pastor Gene, had national figures,

8   preachers, politicians, especially preachers, that

9   are getting on and congratulating 46 that does not

10  exist.  Nix 46.  In the eyes of God, it doesn't

11  exist.  Because God is not putting a man into an

12  elected office as president in this nation based on

13  crime and fraud.

14      So God is looking at these that are conceding.

15  We're hearing leaders conceding, congratulating

16  Biden at this time.  And I came across a scripture,

17  and I'll make it very quick today, that I believe

18  is the word of the Lord to us.

19      It is found in Second Samuel, Chapter 21,

20  Verses 15 and 17.  And I will make it very quick.

21      David went out to battle with the mighty men

22  that he had.  And they came up against a giant, who

23  happened to be a descendent of Goliath that David

24  took out prior.  But, this time, this giant was

25  ready to take a strike at David, almost killed him,

 1  and they had to, David's mighty men, protect him,

 2  get him out of the battle.  And you know what they

 3  said to him?  This is what I say to some of you

 4  preachers, Christians that are conceding, quitting,

 5  giving up, and politicians.  They said to David,

 6  David -- because he was weak.  The Bible said that

 7  he grew weak.  They said, David, we are not going

 8  to allow you to go into the battle because you are

 9  weak, lest the light or the lamp go out in Israel.

10      What am I trying to say?  I'm simply saying, if

11  you're in fear, if you're in anxiety, if you're

12  wanting to concede, you don't represent the

13  majority of us patriots and Americans who are

14  fighting for our children, and fighting for honesty

15  and integrity.

16      And we are going to fight for this nation like

17  those warriors did, because we don't want the light

18  to go out in this nation.  We don't have time.  Not

19  one day in office with Biden would be good.

20      MR. BAILEY:  Yeah.  Amen.

21      All right.  I want us to take a quick step back

22  to Sunday.  This past Sunday, the Eagle Mountain

23  Church, Pastor George Pearsons, had quite a

24  message.  If you get a chance to go back to the

25  9:00 a.m., you need to listen.  I want to play a

1    short clip about the ballots.  Watch this.

2       (The following video clip was played.)

3       MR. PEARSONS:  This is my voice.  This is my

4    vote.  And, as I was reading James 5:4, the Lord

5    said to me, behold the ballots of the laborers who

6    have voted in this election have been kept back by

7    fraud cry out.  And the cries of them which have

8    voted are entered into the Lord of the armies of

9    the host of heaven.  The ballots are crying out.

10      This is wrong.  This is wrong.  Not only did

11   the laborers cry out, but their wages cried out.

12   And the ballots have cried out.  And they're crying

13   out, listen to this, they're crying out for a

14   restoration of integrity in our nation.

15      MR. BAILEY:  That's right, the ballots are

16   crying out.  The ballots are crying out.  I think

17   that's what we're all saying.

18      Listen, we're here to encourage you today.

19   We're not just here to talk about the bad stuff.

20   That's the difference this program, FlashPoint, is

21   on Victory channel.  We're here to encourage you,

22   and give you hope, because you have a hope, and

23   that's what these gentlemen are saying.

24      All right.  Our special guest, Mike Lindell, I

25   want to take a step back, and those that may not

1   know who you are, although I may find that a little

2   hard to imagine with your popularity, but, Mike, a

3   lot of people don't know your story.  So can you

4   recap?

5        How did you become to be a believer, and how

6   did My Pillow start?

7        MR. LINDELL:  Well, I was always an

8   entrepreneur, but I'm going to backtrack a little

9   bit.  When I was 7 years old, my parents divorced,

10  and I was put into a new school at 7.  And I either

11  would show off, or I wouldn't -- or I wouldn't

12  talk.  And this manifested into, later on, I got

13  into cocaine.  I actually became a very functioning

14  addict.

15       And always an entrepreneur, but I would -- you

16  know, an addict's not just someone in the street.

17  It can be -- no matter how many forks you eat with,

18  depending on from zero forks to four forks.  And so

19  I had these two parallel tracks.  One of the things

20  I had was a bar for 13 years, which probably wasn't

21  a good place for an addict.  But, at the time,

22  there was something that happened where I had to

23  sell the bar.

24       And, at the time, I was so devastated.  And I

25  look back now.  Of course, these things had to

1    happen for where I'm at right now.  But I had a

2    dream.  I get these prophetic dreams, and I had a

3    dream in 2004 about a pillow.  And the name came

4    first, the name, My Pillow.  And I'm writing all

5    this upstairs, and writing down what the pillow's

6    going to be.  And one of my daughters came

7    upstairs, and she says -- she's like 10 years old.

8    She says, what are you doing, Dad?  And I said, I'm

9    going to invent this pillow.  It's going to be

10   called My Pillow.  It's going to change the world.

11   And she grabbed her glass, and she said, that's

12   really random, Dad, and headed back downstairs.

13       Well now, I took a year to invent, and everyone

14   -- I was turned down everywhere.  And I'm going to

15   fast forward.  I ended up doing home shows and

16   fares.  No box stores would take me, no shopping

17   channels.  And, at the same time, I got into crack

18   cocaine, so there were these two parallel tracks.

19       I think one of the things God protected that

20   time was my integrity.  I would never break trust

21   with the shows, with people.  And that's pretty

22   rare for where I was with my addictions.

23       Anyway, I ended up getting a 20-year marriage

24   divorce.  That was divorce.  I had everyone taking

25   My Pillow, and all this betrayal.  And the picture

1  you just put up there, it was actually 2008.

2      The drug dealers actually did an intervention

3  on me.  And I came out of the room, and I said,

4  what are you guys doing?  They said, we're cutting

5  you off.  You've been up for 14 days with no sleep.

6  And two of them left.  I went down -- when the one

7  guy finally fell asleep, I went down to the streets

8  of Minneapolis, and I couldn't buy crack.

9      Anyway, it was 2 o'clock in the morning.  They

10  had gotten the word out.  I came back upstairs,

11  and, in fact, the guy that took this picture, he's

12  a born again Christian, works for me.  I just seen

13  him today when I passed out my employee bonus

14  checks.  But he took that picture, and that was in

15  2008.

16      And he said, man, you've been telling us for

17  years that this My Pillow thing is just a platform

18  for God, and you're going to come back someday when

19  you quit and help us all out of this addiction

20  world we're living in.

21      And, of course, it's come full circle with my

22  Lindell Recovery Network, bringing people to Jesus,

23  and bringing people off of drugs and addiction.

24      But, anyway, I didn't quit there.  I went

25  another year when I finally quit.  And I knew my

File 11 Victory Channell Stand Firm
December 23, 2020                          20

1   calling was going to be gone that day.  It was

2   January 16, 2009.  I knew, if I waited one more

3   day, my calling would be gone, but I also knew, you

4   know, that -- I made sure I didn't have any money

5   or anything, that it would be like, wow, with God,

6   all things are possible, this great comeback.

7   I knew that My Pillow was just a platform for

8   something much bigger.

9       And, anyway, I quit that day.  I prayed one

10  prayer.  I said, God, I never -- I want to wake up

11  and never have the desire again and I'll do this

12  platform thing.

13      Well, that desire was gone.  The next morning,

14  it was gone.  And it wasn't until years later,

15  though, that I did a full surrender to Jesus. That

16  was February 18, 2017.

17      So there's quite a bit of material in between

18  there, but I'll get up to 2011.

19      In the summer of 2011, I told my family and

20  friends, I said, let's make an infomercial.  It's

21  going to be the biggest infomercial in history.

22      Well, I didn't know infomercials didn't work.

23  And all my friends, we went to film it, and they

24  brought in this real producer the night before.  We

25  were doing our reads, and he said, this guy's -- he

File 11 Victory Channell Stand Firm
December 23, 2020                              21

 1  text the other guy.  He said, this guy's the worst
 2  guy I've ever seen.  He'll never make it on TV.
 3       But we filmed that, and, on October 7, 2011, I
 4  was living in my sister's basement, with nothing.
 5  I had pillows and 10 employees.  And that aired.
 6  Forty days later, I had 500 employees.  And, you
 7  know, we fast forward through that.  This is the
 8  infomercial picture right there.
 9       But I'll tell you, I got so big so fast, and
10  people took advantage of me.  I ended up, by the
11  summer of 2014, I was within two days of going
12  under.  I was millions of dollars in debt.  And
13  that's when I pulled everything back inside, into
14  my company.  I met this gal, and she said, you
15  know, we need to pray for favor.  And she said, you
16  don't have -- she had something I didn't have.  She
17  didn't have a personal relationship.  I didn't have
18  a personal relationship with Jesus.  She did.
19       And I'm going, what do you mean?  I believe in
20  God and all this.  So when she -- but I could tell
21  she had something that I wanted.
22       And, anyway, we ended up doing -- I pulled
23  everything in-house, and viewed every spot,
24  everything you see, every commercial like it would
25  be our only commercial, and I filmed a new one in

1  two minutes.  And that aired in the fall of 2014.

2  And, within months, we were just exploded again.

3  And, you know, you get up, today, I have 2,000

4  employees now.  I just -- and we've sold over 50

5  million My Pillows.

6      But, during that time, people always ask me,

7  how did I become political?  Well, in the spring of

8  2015, I had a dream that I would -- one of my

9  prophetic dreams, that I would see Donald Trump in

10  a -- a picture of him and I in a room.  And I'm

11  going, why would I meet Donald Trump?  Although, he

12  is the American dream back then.  And I'm thinking,

13  I'd love to meet him, but.  And then, a month

14  later, he ends up announcing he's running for

15  president.

16      At that time then, I ended up going over to

17  Israel, and all these amazing things over there.

18  But, on that trip, I was studying up, you know,

19  what's -- about politics, because I didn't know

20  anything about politics.  I didn't think they

21  affected our daily lives.

22      Now, I know they affect everything.  I had to

23  learn what a liberal was.  What's a progressive,

24  what's a democrat, what's a republican.  Then I

25  learned how all these things that have manifested

1   in our lives that have changed, when I came out of

2   this like culture coma, because I had been, you

3   know, addicted all them years, so I kind of ignored

4   things that were going on.

5       All of a sudden, I go, what happened?  My

6   friends had lost their jobs.  You know, the

7   President had given money to an evil empire for

8   nothing.  All these different things going on.

9       Well, anyway, I'll cut through that.  In the

10  summer of 2016, that dream came to fruition when

11  Donald Trump reached out to me for a meeting, which

12  is August 15, 2016.  I walked into his office, just

13  him and I, and he said, Mike, you always wear your

14  cross?  He said, are you a Christian?

15      I said, yes, Mr. Trump.  This is divine

16  appointment.  I talked to him for over a half hour

17  of all the great things he said he was going to do,

18  and he wanted to bring jobs back, like My Pillow,

19  and all these amazing things.  And I'm going, yeah,

20  I used to be a crack addict.  I'm going to help

21  addiction in this country.  And he said, I'll stop

22  the drugs pouring in.  But all these great things.

23      I walked out of there, I said, he's going to be

24  the greatest president in history.

25      Well, then I went and talked to his employees,

1   doing my due diligence.  And this meeting and this

2   was so important.  That's why I've never backed

3   down.  When I believe in something, I do my due

4   diligence.  And, when I'm a hundred percent all in,

5   I never back down.

6        Well, I talked to his employees, and every one

7   of them had the same story.  He's a great boss,

8   great man.  Great -- he had done something for them

9   personally.  When I was in that office, the one

10  thing I seen was a guy that all he cared about was

11  our country and people, and to bring joy to people,

12  what they deserved.  Our God given right here in

13  our country, that we -- you know, anyway, I went

14  back to Minnesota.  I did a press release here that

15  I had met Donald Trump.  I was -- and I was the

16  media's darling.  And, boy, did things change.

17       All of a sudden, I was a racist.  They attacked

18  me.  They never stopped attacking.  But I'll tell

19  you what, everything that God's had me on this

20  path, I've never backed down, and the best day My

21  Pillow ever has is the day we're in.

22       I always say, they say, boycott My Pillow.  I

23  say, don't boycott him.  He'll double his adds.  We

24  see enough of that guy.

25       And those friends, my friends, when they seen

1    that picture you had up, when I walked into the
2    White House, the first time I was ever there, in
3    2017, it was a surreal moment.  I go, here's this
4    ex addict.  I'm in the White House, and we had this
5    big round table.  And I said, who's sitting here?
6    And they said, the president is.  And I said, done.
7    I'm showing up on national TV.  My friends, they
8    used to go, what is this crack addict doing sitting
9    in the White House next to the President?
10       Jesus is real, because there is no way that
11   this is possible without God having his hand in all
12   this.
13       So when I tell you today that Donald Trump was
14   picked for such a time as this, on November 8,
15   2016, God gave us grace.  And when I sat for the
16   White House lawn that time at the Rose Garden, God
17   had been taken out of our schools and a nation had
18   turned its back on God.  And if anyone out there
19   doesn't think that God has his hand in this
20   election, in this fraud, he does.
21       We are the most blessed people in history right
22   now that, on 11/15, the miracle of election night,
23   all of this stuff, all of this evil is going to be
24   revealed, and we're going to be part of the
25   greatest revival in history.

1     MR. BAILEY:  Yes.  Amen.  Boy, you're speaking

2  our language.  Keep going.  You know, Mike, I want

3  to -- you know, your whole story is in your book,

4  What Are The Odds, and I want to put up that

5  picture of your book, because, listen, ladies and

6  gentlemen, I tell you, this is a great book.  You

7  want to know the story, From Crack Addict to CEO,

8  Mike Lindell, and then there's a way for you to get

9  it.  Mypillow.com, with a promo code, Mike, to get

10  a special discount that Mike's making available for

11  you guys watching tonight.

12     Mike, you know what?  It stands out to me about

13  your story.  It's magnificent, you getting saved

14  and having this great shift from crack addict, but,

15  really, what I see is what our friend Lance Wall

16  now really talks about with the seven mountains of

17  influence.  And you got to be able.  But, because

18  of your status, and God chose you and put you as

19  CEO of My Pillow, a world class company, right here

20  in America, made in the USA, all those things that

21  we so applaud, and that opens the door.

22     God has predestined you for this time and this

23  season, and we're just -- I want to say thank you

24  for standing tall in your faith and what you're

25  doing all across America.  I see you in rallies.  I

1   saw you on Turning Point.  You're doing great work.

2       What I feel like the people want to know that

3   are watching at home is they're wanting hope.  You

4   know, it's kind of like you wake up every morning,

5   you get hit from one side or the other with

6   something more depressing, or, oh, the court's

7   decided they wouldn't hear this, and not that, and

8   Biden's doing this, and Kamala's doing that.

9       What is it you can tell, because you're on the

10  inside, that so much of us aren't.  What can you

11  tell people, that encouragement that Trump will be

12  President?

13      MR. LINDELL: Well, you know, there's different

14  setbacks, but I will tell you this.  That it's all

15  -- it's like God does have his hand in this.  I

16  know all the fraud that's there.  It's a hundred

17  percent the Dominion machines flipped millions of

18  votes, millions upon millions.  So of all these

19  states that were won, that's all going to come out.

20      And people say, well, January 6th is so

21  important.  Yes, it's important.  It could happen

22  then.  There's seven cases before the Supreme

23  Court.

24      What they turned down from Texas was not the

25  fraud part of it.  That was just procedure that

1    almost every state did, that they did.  They

2    changed stuff right before the election with the

3    mail-in voting, and they used this excuse that,

4    this was the platform we were in, or this is the

5    footprint we were in.

6         So all those states, when they turned that

7    down, that's not the fraud part of this.  Someone's

8    got to look at the fraud.  It keeps being blocked.

9    I don't want everyone to be discouraged.

10        Quick, I just -- I was on a station the other

11   night, and it was -- actually, it was News Max.

12   I'm on News Max, and they're telling me how I

13   badmouthed Fox, which I did.  All the media is

14   doing their part to make -- to block this election

15   fraud, it seems like.  I told News Max, I said, you

16   guys are all talking about Hunter Biden, and I

17   said, who cares about that right now?  Right now,

18   we have the biggest thing in the history of this

19   world depending on it.  Everybody needs to know

20   that election fraud, that it was real, and we are

21   going to expose it.

22        Our President's not giving up.  He's not going

23   to give up.  And it's just going to be revealed.

24   There is no statute of limitations on murder.

25        I mean, this is a -- this was 100 percent I

1  know Donald Trump's going to be president for the
2  next four years.  And this -- I've talked with
3  Sidney Powell all the time.  Like I said, General
4  Mike Flynn, and Linwood.  All the evidence is
5  there.  We just need one judge, or the Senate, or
6  the Vice President on January 6th, someone needs to
7  step up.  I told -- I've sent letters to people.  I
8  won't even say on the air here, but people that
9  you're going, wow, how can they not just get behind
10  this, you know.  All you republicans out there that
11  are sitting there going, okay, we're just going to
12  -- maybe, you know, if we act like we're in the
13  middle here, they'll vote us in.
14       This is it.  You will lose your country.  You
15  will never get voted in.  Or they'll open them
16  borders, people will get to vote.  This is a
17  communist takeover.  They don't want Biden.  He's a
18  Trojan horse.
19       So my voice is to get it out there.  I'm
20  telling you, the blessing is you got to not have
21  fear.  Just fear the Lord.  That's it.  God's got
22  this.  But you all got to tell everyone else, this
23  is real, you need -- I told people earlier on a
24  show today, you can pray as hard as you want.  Pray
25  for the President to have the strength and the

1   discernment and wisdom to take all this in, because

2   he will make his move.  He will make the move.  And

3   when he does, it will be the best move, because,

4   I'll tell you, God, I know, talks to him.  He's got

5   a gift of problem solution, but he always knows

6   what it's going to manifest to.

7       And I've never seen a leader like him, or a

8   person.  He's just amazing.  But I'll tell you, I

9   come before you today, not because I'm so

10  passionate about the greatest president we've ever

11  had, but because it was said earlier, this is about

12  our country.  This is about even people on the left

13  are going to look back someday.  And, you know

14  what?  This is what's saving our country.  We're

15  part of that.  We're all part of that.  We should

16  be so happy and optimistic.  Because it's going to

17  come out.

18      And just think, I want everybody to think of

19  this.  You want a little uplifting?  The night of

20  the election, if Donald Trump, the odds of them

21  underestimating him, just like they did in '16.

22  They underestimated him in '16.  They

23  underestimated all of us that voted for him.  If

24  they hadn't done that again, he would have won that

25  -- or Biden would have won that night.  The

1  machines would not have broke, and everyone would

2  have said, oh, boy, we made it close.  You know,

3  the polls, they said he was going to lose by a

4  landslide, but he only lost by this.  No.  They

5  broke.

6      What a blessing we're in that we have the

7  opportunity.  Let all this stuff bubble up,

8  everybody.  Let the people bubble up, like your

9  Brian Kemps in Georgia, your Doug Duceys.  All

10 these people, republicans, that are bubbling up.

11     There is evil and there is corruption

12 everywhere, and it's all going to come out.  And

13 everybody just have the faith, because I've seen

14 it, I know it's real, and here it comes.

15     MR. BAILEY:  Yeah.  Amen.

16     All right.  Mario, I know you got a comment.

17     MR. MURILLO:  Well, I got to tell you that he

18 is right.  You know, we are in the middle of a war,

19 ladies and gentlemen.  We have no turning back.

20 The anointing was very strong on Mike, and, you

21 know, I just love him so much.  He had the greatest

22 comeback I ever heard in history.

23     One time, on Twitter, Mike Lindell was attacked

24 for supporting Trump and supporting America.  And

25 this leftist went off on him and said all this

1   stuff, all these insults.  And then he ended it

2   with saying, how do you sleep at night?

3       And Mike responded in the Tweet, he said, funny

4   you should ask.  It's My Pillow that helps me sleep

5   at night.  And I thought, what an awesome comeback

6   that is.  And we're going to have another comeback,

7   ladies and gentlemen.

8       We're going to have a national comeback in this

9   nation that will truly, truly shock the world.

10  This is not over, folks.  This is just starting.

11      MR. BAILEY:  Yeah.  Amen.

12      All right.  I want to play this quick clip.

13  This is from Sunday, Kenneth Copeland on the

14  platform at Eagle Mountain Church, about our

15  nation.  Watch.

16      (The following video clip is played.)

17      MR. COPELAND:  This is my nation.  This is my

18  little baby.  And I'm not going to let her be

19  aborted, you may rest assured.  She will stand

20  through hell and high water.  She'll stand against

21  the thieves.  She'll stand against the abortions.

22  She'll stand against those that hate her.  She'll

23  stand in behalf of those that love her and pray for

24  her, and stand in her behalf.  Glory to God.

25      Well, we happen to be in a war.  A big war.

1  It's a nasty, terrible, hard, mean war.  But you

2  may rest assured, I know what I'm doing, sayeth the

3  Lord.  I've been there.  None of this caught me off

4  guard.  I saw it coming.  That's the reason I put

5  the court and jury in your heart to stand in behalf

6  of this nation.

7      MR. BAILEY:  That's right.  Standing on behalf

8  of the nation.

9      All right.  Pastor Hank, you know, I know, I

10  was watching your reaction as Mike was talking

11  there.  Everything from giving his testimony to

12  what he's believing.  And, as we all believe what's

13  going to happen here.  I know you have some

14  comments here.  I want to give you the opportunity.

15      MR. KUNNEMAN:  Yeah.  Thank you.  I was just

16  trying to follow what I was sensing in the spirit

17  that, why is, you know, Mike here?  I mean, he's

18  got such an amazing anointing on him.  I thank God

19  for him, but I'm tracking it in the spirit.  And

20  what I'm seeing in my spirit is, you know, one of

21  the greatest versus is Mark 4, Verse 38.  It's

22  this.

23      Jesus took naps.  He was asleep on a pillow in

24  a time of a storm when the disciples thought they

25  were going to die, that they were going to go

1    under.  There are those of you that are watching

2    tonight, and you are listening to the news, you're

3    listening to the fake news, you're listening to the

4    headlines, you're listening to neighbors and

5    different, you know, talk of the land that are

6    wanting you to concede, quit, give up.  But you

7    need to take the position.  This is why I believe

8    prophetically that Mike is here tonight, because

9    God is speaking from the heavens that you need to

10   take the same position that Jesus did on a pillow.

11   He was asleep.

12       This is why the man who invented My Pillow is

13   here.  You need to take the position of rest.  Not

14   that you don't do anything, but, no, you stand up

15   in the spirit of faith and righteous indignation,

16   and you rest in the fact that God saw this.  The

17   greatest comfort we have is that Israel crossed

18   over on dry ground.  Why?

19       Because God had it all planned out.  He had a

20   blessing for the nation, but he had a trap for the

21   enemy.  And I'm telling you, this voter fraud, the

22   Dominion software, and the list that goes on that

23   Mike was describing is the trap that God set for

24   them, that they're going to get caught in their own

25   trap.

1      In the meantime, we need to rest on that

2    pillow.  Come on, My Pillow.  We need to rest like

3    Jesus, and realize we're going to weather this

4    storm.  We're going to come out of this, and we're

5    going to see that President Trump is elected again.

6      Now, he was -- first of all, he was elected.

7    He didn't lose.  So there's no need that he needs

8    to concede.

9      The other thing I want to say, and this is

10    something, people are saying 2024.  Get that out of

11    your mouth and your brain.  God is not looking at

12    Donald Trump to be president in 2024.  God wants

13    him now.  And here's why.

14      If prophetic narratives are being played out,

15    which we talked about many times on this show,

16    prophecies that I have shared from August of 2019,

17    September of 2019, where God said that this nation

18    would go through a plague.

19      He talked about that it would start off harsh.

20    Those are documented prophecies.  But he said, I'm

21    going to give you a prophetic narrative, a

22    prophetic example.  It will be like in the days of

23    Israel and Egypt.

24      So if that's the narrative, go to Exodus 14,

25    and I'm telling you, it ends, the narrative, with

1    this statement, Verse 31.  The nation of Israel saw

2    that great work that the Lord did, and they

3    believed the Lord.  And, as servants, we're going

4    to see that great work.  God's getting ready to

5    move.  But I want you to understand something.

6        The reason why 2024 is not on God's timeline

7    for President Trump is because we can't afford one

8    day to go backwards.

9        Israel wanted to go backwards.  They were

10   beginning to concede, and they didn't understand

11   MIGA.  They didn't understand that God raised up a

12   deliverer in Moses.  MIGA, make Israel great again.

13   And there are those that haven't discerned that God

14   raised up another deliverer in this prophetic

15   narrative to make America great again.  And, one

16   day going backwards with Israel would have cost

17   them forever.  And God is saying the same to us.  I

18   didn't put this man in to take him out.  I didn't

19   put this man in so this nation could go backward.

20       And God spoke to Israel and to Moses.  Exodus

21   14 again.  Go forward.  And we are going forward.

22   And I'm speaking to the patriots that are having

23   the same kind of spirit.  We are standing with God.

24   We are standing with integrity and honor.  We

25   demand it, and we are standing with our president,

1    President Donald Trump.

2        MR. BAILEY:  Amen.  That's good word.

3        All right.  Mike, I want to ask you a question.

4    What is it -- and I know you referred to God giving

5    you hope, but what is it that you see that gives

6    you, personally, the most hope this president's

7    going to be taking the oath again on January 20th?

8        MR. LINDELL:  Well, again, it's what gives me

9    the most hope is, obviously, my faith in God that,

10   you know, there.  But also in what I seen and what

11   I know.  And, you know, I'm -- like I say, I'm

12   right in the middle of it.  I know what evidence is

13   there, and I know that there is at least four or

14   five different paths that any one of these things

15   happening.  It's almost like, every day --

16   something could have happened two days ago.  The

17   President was -- they had told him, you know, here,

18   just do this.  Declare this, would be -- I don't

19   know -- just to go get the machines from seven

20   states, from the seven states, which included my

21   corrupt state of Minnesota.

22       So we had the seven states to go get the

23   machines, and then his lawyers, or somebody, you

24   all read about it in the media, they talked him out

25   of it.  You know, they talked him out of it.  But,

1    so that was a setback.

2        But you have to know about one thing about our

3    president.  He is like a information vacuum

4    cleaner.  He takes it all in, and God gives him

5    such wisdom and discernment to do it when --

6    whatever he's going to do when it's God timing, not

7    his timing.  He is very -- it's just an amazing

8    thing I've seen.

9        So, for me, taking in his discernment, taking

10   in God having his hand in this, taking in all the

11   evidence that is there, you can't hide the biggest

12   crime in history.  I don't care how much media you

13   have out there.  I don't care if you have Mark

14   Suckabuck from facebook.  I calm him Mark

15   Suckabuck.  He's out there blocking things.  You

16   got Twitter blocking things.  But you got the

17   disclaimer out that says, you know, this is not

18   true, blah, blah, blah.  You know, they all know

19   that it's coming, or they would have completely

20   blocked it out.  But they're afraid, that, oh,

21   wait, what if Donald Trump is going to be our

22   president.  That's what they're thinking.  And they

23   can go back and say, well, at least we put little

24   disclaimers.  We didn't block it out completely.

25       Yes, they did on a lot of things.  And when

File 11 Victory Channell Stand Firm
December 23, 2020                          39

1   this is through, everything's going to change.  I
2   believe we're going to have to go back to -- this
3   is what's going to manifest.  Sometimes, the best
4   technology -- like at My Pillow, there's some
5   things we do by hand.  We don't have machines do
6   it.
7       We can never have an election in the history of
8   the world again using technology, because, if you
9   use the machine, whoever has the upper hand at the
10  time of the election, whether it's evil or good,
11  you're betting a 50/50 chance of who has the better
12  technology, the safety or the evil, you know.
13      And so that's going to have to go away.  And
14  there's so many good things.  People are going to
15  go to prison, people are going to be found out, and
16  I believe we come out of this, and you're going to
17  look back and say, wow, all this had to happen in
18  order for this great revival, bring our country
19  back to God, bring our tech, all these things are
20  going to manifest to.  Political parties.  People
21  are realizing now that politics does -- it's not
22  just me -- that play a part in everything we do.
23      Our religious freedoms, our -- you know, all
24  these things.  And it's going to be glorious.  I'm
25  telling you all, it's going to be -- I'm excited

1  that this happened on election night.

2      I look at deviations all the time to know that

3  God exists, and my book, What Are The Odds?  You

4  look in there, you have a one in a million happen,

5  or a one in a billion, or this could never happen.

6  You add it together.  When do you consider it a

7  miracle?  There's things going on right now that

8  you've got to say, this is impossible, that all the

9  media's blocking it.  I mean, this is --

10  everybody's blocking it, but, yet, everybody knows.

11  You can go to your neighbor and say, hey, did you

12  know they had a leaky pipe thing and Georgia was

13  fake news?  And they all go, yes.  It doesn't

14  matter what side of the aisle they're on.  It's

15  already leaked out.  Everybody already knows.  It's

16  just a matter of somebody stepping up.  And it's

17  coming soon.  Something's coming soon.

18      January 6th, there's a big day.  All it takes

19  is a couple senators, or one, I think, to step up.

20      And then the vice president.  We all need to

21  pray for our vice president to really have the

22  courage to do what's right on that day for our

23  country and the world.

24      And all the senators and congressmen, you need

25  to -- absolutely cannot accept this fraudulent

1   stuff coming in.  And we need to have -- we need to

2   pray that some of them, or that all of them have

3   courage, no matter what side of the political

4   aisle, because this is for our country forever.

5   This is it.

6       MR. BAILEY:  This is it.  That's right.  That's

7   exactly right.  It's all or nothing.

8       Mario, since Mike brought that up, would you

9   mind, let's do that right now.  Let's pray for Vice

10  President Pence coming up.  Would you do that?

11      MR. MURILLO:  My God and my Father, I pray for

12  this man of God from Indiana.  Lord, you set him up

13  years ago for this moment.  And, Lord, he has the

14  courage.  He has the fortitude.  He's already stood

15  against many storms.  And, now, Lord, I pray that,

16  when that moment arrives in the well of the senate,

17  that he will act on behalf of the people and be

18  utterly indifferent to the concerns of politics and

19  even his own party.

20      Lord, I pray that the anointing will come upon

21  him like it did on Martin Luther, and how it did in

22  so many times in history when men opposed evil.

23      Thank you, Lord, for the power.

24      You know, I wanted to say one more thing, Gene,

25  if I could, very quickly.

1      MR. BAILEY:  Please.

2      MR. MURILLO:  And I want everyone to hear this.

3  The star that appeared last night was a sign.  It

4  is a sign to America.  That thing hadn't happened

5  in 800 years, ladies and gentlemen.

6      And you know what I do?  You know, my job?  I'm

7  a soul winner.  And I can relate to a man like Mike

8  Lindell, because what I do is I lead crack addicts,

9  heroin addicts, and addicts to Christ in my tent.

10  Gangsters, the people that nobody wants get saved

11  in my tent.

12      I never would have had anything to do with

13  politics.  But if you want to understand Mike

14  Lindell's fire, it's because he knows what he's

15  been saved from.

16      MR. BAILEY:  Amen.

17      MR. MURILLO:  And I believe the great curse on

18  the American church is that you have forgotten what

19  you have been saved from.

20      And the other thing you need to understand is

21  what you've been saved for.  We're not on this

22  earth to protect ourselves.  We're not on this

23  earth to take the easy road.

24      Folks, listen to me.  We're not here to do the

25  safe thing, to do the popular thing.  Our time on

1   this earth, when we look back on 2020, we are not

2   going to remember anything but our cowardice.  And,

3   you know, there's something really, really

4   important.  Those of us that are standing for the

5   truth.  There is something Martin Luther King said.

6        He said, in the end, it is not the words of our

7   enemy that we will remember, but the silence of our

8   friends.

9        And that is where we are.  Right now is the

10  hour.  I don't care how famous these pastors are

11  that are buckling under the pressure, that are

12  coming up with all these excuses.  You are a child

13  of God.  And you need to wake up.  You need to

14  stand up.

15       Mike Lindell is where he is today because he

16  knows what he has been saved from.  He's living a

17  life of fiery gratitude.  He's casting faith to the

18  wind.  He's giving no concern and no quarter to

19  fear or doubt.  Let's follow that example.

20       I've seen it.  At the alter of our tent, I've

21  seen it again and again.  The mightiest vessels of

22  God that have been pulled out of darkness.  And

23  they need to convict us.  We need to be under

24  conviction right now.  And not hold anything back.

25       I'm sorry, Gene, I just had to get that out of

 1   my spirit.

 2       MR. BAILEY:  Oh, that's good.  That's good,

 3   Mario.  I agree with you.  And I think we're all

 4   sensing that fervency to stand up, stand tall, and

 5   not cower in all of this.

 6       You know, in fact, I want -- recently, I had a

 7   documentary that was brought to my attention, and I

 8   watched it last night.  And it came out in March of

 9   this year.  It's called Kill Chain.  And you can --

10   if you go search for it, you can find it on HBO,

11   Max, Amazon Prime.

12       If you want to understand more, the process of

13   these voting machines, I want you to watch.  In

14   fact, I want to play this two minute trailer real

15   quick, because this is something you need to see so

16   that you understand.  Let's go ahead and play that.

17       (The following video trailer was played.)

18       Voting is our capability to have a peaceful

19   transfer of power.  If you don't have that, the

20   alternatives are revolutions.

21       We call them voting machines, but they're

22   nothing more than obsolete computers.

23       2002 is when they put them in service.

24       A commonly used argument, they are never

25   connected to Internet.

1       No voting machines are connected to the

2   Internet.

3       Not connected to the Internet.

4       Not connected to the Internet, and, therefore,

5   cannot be attacked.

6       Oh, it wants to go to Internet.  That's very

7   nice.

8       In 2016, we know that Russian actors targeted

9   state election systems.

10      When people say, no votes were changed, it

11  misses the point.

12      Imagine, you go in and flip the digits of

13  everybody's address.

14      When you prevent people from casting a ballot,

15  you've hacked an election.

16      Hackers are a wonderful resource.  Every voting

17  machine in this room is in use in next election.

18  We are here three days a year.  The real

19  adversaries, they run 24/7 with massive funding.

20      Carrie (sic.) takes it personally when people

21  do stupid things with technology.

22      What do you think the security pin is?

23      They upgrade to 111111.

24      That was not a joke.

25      We may be buying the world's best twentieth

1    century military when the battlefront is election

2    security.

3        I had full access.  I could have changed any

4    vote.

5        It's called a Kill Chain.

6        Nepolization, powerlization.  When the

7    governments cannot take action, that's when you

8    finish the target.

9        MR. BAILEY:  I want to recommend you watch it.

10   Now, here's something to understand.  This is not a

11   republican documentary or a democratic.  This was

12   done by a gentleman, the main guy there is from

13   Norway.  He has nothing to gain by this.  But if

14   you want to understand voting machine fraud and how

15   it happens, there was a shot there in the trailer

16   that showed stacks and stacks of voting machines

17   that he found on E-Bay, and he paid $75 a machine.

18       It's not that difficult, folks, to understand

19   what's going on here.

20       All right.  Gentlemen, we're going to move into

21   -- in fact, I want to put up, you mentioned the

22   Bethlehem star.  I think they may have shown, this

23   was from my backyard last night, the picture of the

24   Bethlehem star.  The planets aligned, Jupiter and

25   Saturn.

1      I'm telling you, Hank, this is a sign in the

2    heavens; isn't it?

3      MR. KUNNEMAN:  Yeah, because we just

4    experienced going from darkness to light.  I mean,

5    the day that it appeared was supposed to be the

6    darkest, shortest day of the year.  And so, now,

7    going forward, it's going to get light.

8      But it also represents, not only the symbol of

9    the birth of Christ, but something that the Lord is

10   birthing in this earth again, but, specifically, a

11   rebirthing of our nation.

12     And I want to just go back to something.  First

13   of all, if you have not yet seen the article that

14   Mario Murillo just wrote today about prophecy over

15   policy, please do it.  But I want to reference

16   something that Mike said.  And that is this.

17     That, you know, we are in a place right now

18   that we never can go backwards.  This technology,

19   and the fraud, and how they used it.  But there's a

20   prophetic narrative that is being played out, and

21   we're going to see it.  Exodus 14:13 says this.

22     It says that, we are to fear not, stand firm,

23   and we shall see the salvation of our God, and the

24   Egyptians and all of their fraud, their technology,

25   what they tried to use, we will see no more.

File 11 Victory Channell Stand Firm
December 23, 2020                         48

1      I heard God say something to me that I want to
2    just say to those before the program ends.  I was
3    praying one of the mornings, at 2:30 in the
4    morning.  And the Lord said, Hank, my goodness is
5    going to pass over this nation.
6          And I said, when, Lord?  He said, you're going
7    to see it very, very soon.
8          Now, when God's goodness passes over the
9    nation, it means he's going to show an amazing
10   hand, an act of supernatural intervention.  But it
11   also means this.  God's goodness opened the Red
12   Sea, and they passed over.  A nation passed over.
13   Just like that star.  A rebirthing.  Something new
14   was waiting for them.  But, also, it was a judgment
15   against a pursuing enemy from the left.  And we're
16   going to see the same thing.
17         And, Pastor Gene, I want to just leave the
18   people with this, if I may, if I have just a couple
19   seconds here.
20         There was a prophecy that I prophesied from
21   December 5th.  Do I have just a minute to reference
22   it?
23         MR. BAILEY:  Yeah.  You have 30 seconds.
24         MR. MURILLO:  The Lord said this on December
25   6th.  The Lord of the heavens mocks at the attempts

1   and agenda.  For those that think that fraud shall

2   steal my nation from my hands, for this is not

3   fraud, it's crime, says the Lord.  And it's time

4   for righteousness to reign upon your land, and for

5   truth to prevail.  Therefore, I'm not paying

6   attention to your electoral calendars,

7   certification calendars, and timelines.  Nor, am I

8   even considering January dates.

9       I've considered my time, and it shall stand,

10  says the Lord.  And, at the right moment, I will

11  move my hand and things will hope.  Watch what

12  begins to take place.  A December to remember, a

13  January of justice, and a March of celebration.

14  And God said that on December 6th of 2020.

15      And that, I believe, is what we're all talking

16  about tonight.  We're going to see the mighty hand

17  of God in his goodness.

18      MR. BAILEY:  I agree.  Amen.

19      All right.  Mike, we've got about a minute and

20  a half.  I want to give you the last minute and a

21  half to talk.  Anything else you want to tell the

22  people watching?

23      MR. LINDELL:  Yeah.  I just -- I just want to

24  reiterate that, everybody, don't live in fear.  Put

25  it right out there.  Whether it's businesses,

1   whether it's an individual, we cannot live in fear.

2   And I'm talking about republicans that are out

3   there.  I'm talking about whistleblowers that are

4   out there.  I'm talking about democrats that are

5   out there.  It doesn't matter who you are.

6   Everybody's got to stand up now for this president,

7   for our country, for -- we are one nation under

8   God.  And I'm just saying, I'm so optimistic.  I'm

9   a hundred percent Donald Trump's going to be our

10  president the next four years.  But everyone's got

11  to do their part in prayer.

12      I've said it before.  Pray for our president

13  that wisdom and discernment.  Pray for our vice

14  president.  Pray for January 6th.  Pray for our

15  Supreme Court to touch each one of their hearts to

16  just accept and say, hey, we all need to look at

17  this, and don't live in fear that something is

18  going to manifest, that you think, oh, riots will

19  manifest if the truth be told.  They all need --

20  they all need to open their ears to the Lord.  The

21  Holy Spirit touch every one of them, and say, here,

22  do what's right.  Let the truth be told.

23      And I'm telling you, we are so blessed to be in

24  this time, because this is the seeds of the

25  greatest revival ever, to bring our country and our

1   world back to Jesus, back to God.  Our schools,

2   everything.  To come through this.  And it's like a

3   -- it's like the spiritual warfare that's been

4   going on for years, for decades, but manifested

5   over these last few years, that we're going to get

6   through this, and evil be just squashed, and will

7   be -- and I'm just very excited.  I want everyone

8   else out there to be so hopeful.  And that's it.

9       MR. BAILEY:  Yeah.  Amen.  Let me explain

10  something.  On the Victory channel, you got Victory

11  news every morning at 11:00 a.m. Central, 12 noon,

12  then again at 4:00 p.m. Central, 5:00 Eastern time.

13  You can watch the news, latest updates.

14      Listen, we've made -- we've been given the

15  directive from Brother Copeland and Pastor George.

16  We are carrying the news here on the Victory

17  Channel.  As we move on to 2021, you're going to

18  see more and more of that.  Late breaking things,

19  you're going to see that.

20      January 5, we'll cover that election night.

21  What's going on in George.

22      January 6th, you want to be right here, because

23  we're going to carry that as well, what happens.

24  You don't want to miss anything.

25      Listen, gentlemen, I want to say a Merry

1   Christmas to you and your families, your

2   businesses, your ministries, everything there.

3        Thank you so much, Mike Lindell, for being a

4   part of FlashPoint tonight.  We want you to come

5   back.

6        MR. LINDELL:  Thanks for having me on.  God

7   bless and Merry Christmas.

8        MR. BAILEY:  God bless you all.  Merry

9   Christmas.  And, until then, remember this.  God

10  loves you, we love you.  Jesus is Lord.

11       Merry Christmas, everybody.

12       (End of show.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1              CERTIFICATE OF REPORTER

2       I, LESLIE STROMBERG, RPR, do hereby certify that I

3  was authorized to and did stenographically transcribe

4  the foregoing podcast, and that the foregoing

5  transcript, including 52 pages, is a true and complete

6  record of my stenographic notes.

7       I FURTHER CERTIFY that I am not a relative,

8  employee, attorney or counsel of any of the parties, nor

9  am I a relative or employee of any of the parties,

10  attorneys or counsel connected with the action, nor am I

11  financially interested in the outcome of the action.

12       DATED this 29th day of January, 2021.

13

14

15

16       _____

17       LESLIE STROMBERG, RPR AND
         NOTARY PUBLIC

18

19

20

21

22

23

24

25

**$**

**$2,000**  10:2
**$75**  46:17

**1**

**1.2**  9:14
**10**  18:7 21:5
**100**  28:25
**11/15**  25:22
**111111**  45:23
**11:15**  9:12
**13**  17:20
**14**  19:5 35:24
  36:21
**14:13**  47:21
**15**  14:20
  23:12
**16**  20:2
  30:21,22
**17**  14:20
**18**  20:16

**2**

**2**  19:9
**2,000**  22:3
**20-year**  18:23
**200**  10:2
**2000**  2:23 3:3
**2002**  2:24 3:1
  44:23
**2004**  18:3
**2008**  19:1,15
**2009**  20:2
**2011**  20:18,19
  21:3
**2014**  21:11
  22:1
**2015**  22:8
**2016**  23:10,12
  25:15 45:8
**2017**  20:16
  25:3

**2019**  35:16,17
**2020**  3:15
  43:1 49:14
**2024**  12:14
  35:10,12 36:6
**20th**  37:7
**21**  14:19
**24/7**  45:19
**29**  2:25
**2:30**  48:3

**3**

**30**  48:23
**31**  36:1
**38**  33:21
**3rd**  10:5

**4**

**4**  33:21
**46**  14:9,10
**4th**  10:6

**5**

**50**  22:4
**50/50**  39:11
**500**  21:6
**5:4**  16:4
**5th**  48:21

**6**

**6th**  27:20
  29:6 40:18
  48:25 49:14

**7**

**7**  17:9,10
  21:3

**8**

**8**  9:15 25:14
**80**  9:18
**800**  42:5

**9**

**98**  6:6,7,8
**9:00**  15:25

**A**

**a.m.**  15:25
**abiding**  2:17
**abilities**
  5:19
**abnormal**  5:8
**aborted**  32:19
**abortions**
  32:21
**absolutely**
  40:25
**accept**  40:25
**access**  46:3
**act**  2:24
  29:12 41:17
  48:10
**action**  46:7
**activity**  5:8
**actors**  45:8
**add**  40:6
**addict**  17:14,
  21 23:20
  25:4,8 26:7,
  14
**addict's**
  17:16
**addicted**  23:3
**addiction**
  19:19,23
  23:21
**addictions**
  18:22

**addicts**  42:8,
  9
**address**  45:13
**adds**  24:23
**admitted**  7:13
**advantage**
  21:10
**adversaries**
  45:19
**affair**  7:14
**affect**  22:22
**affected**
  22:21
**affidavit**  6:3
**afford**  36:7
**afraid**  38:20
**agencies**  13:9
**agenda**  49:1
**agree**  44:3
  49:18
**ahead**  2:8
  11:15 13:2
  44:16
**air**  29:8
**aired**  21:5
  22:1
**aisle**  40:14
  41:4
**alarming**
  13:24
**algorithms**
  9:12,19
**aligned**  46:24
**alive**  11:21,
  22,23
**allegedly**  7:7
**alliances**
  6:25
**allowed**  4:22
**alter**  43:20
**alternatives**
  44:20
**amazing**  22:17
  23:19 30:8
  33:18 38:7
  48:9

Amazon   44:11
Amen   13:1
  15:20 26:1
  31:15 32:11
  37:2 42:16
  49:18
America   2:23
  7:5 8:15,19
  12:20 26:20,
  25 31:24
  36:15 42:4
American
  6:12,22 12:3
  22:12 42:18
Americans
  2:18 14:4
  15:13
amounted   6:24
analogy   12:7
angry   12:8
announcing
  22:14
anointing
  31:20 33:18
  41:20
anxiety   15:11
anymore
  12:17,19
apparently
  3:15
appeared   42:3
  47:5
applaud   26:21
appointment
  23:16
Approximately
  6:6
area   3:20
argument
  12:19 44:24
Arizona   3:20,
  21 9:9 10:13
armies   16:8
arrives   41:16
arrow   4:7
article   47:13

asleep   19:7
  33:23 34:11
assured   32:19
  33:2
attacked
  24:17 31:23
  45:5
attacking
  24:18
attempts
  48:25
attention
  44:7 49:6
August   23:12
  35:16
awesome   32:5

---

## B

baby   32:18
back   2:22
  7:21 15:21,24
  16:6,25 17:25
  18:12 19:10,
  18 21:13
  22:12 23:18
  24:5,14 25:18
  30:13 31:19
  38:23 39:2,
  17,19 43:1,24
  47:12
backed   24:2,
  20
backfill   9:23
backtrack
  17:8
backward
  36:19
backwards
  36:8,9,16
  47:18
backyard
  46:23
bad   5:1 16:19
badmouthed
  28:13

bags   6:25
Bailey   2:4,5
  8:5,10 10:16
  11:13 13:1
  15:20 16:15
  26:1 31:15
  32:11 33:7
  37:2 41:6
  42:1,16 44:2
  46:9 48:23
  49:18
ballot   45:14
ballots   3:5
  6:5 16:1,5,9,
  12,15,16
bar   17:20,23
barely   7:3
based   11:22
  14:12
basement   21:4
batch   6:4,8
battle   14:21
  15:2,8
battlefront
  46:1
beach   13:4
beginning
  36:10
begins   49:12
behalf   32:23,
  24 33:5,7
  41:17
behaved   6:12,
  13
behold   16:5
beholden   7:8
believed   36:3
believer   17:5
believing
  13:18 33:12
bent   6:6
Bethlehem
  46:22,24
betrayal
  18:25
betting   39:11

Bible   15:6
Biden   6:8 7:7
  14:16 15:19
  28:16 29:17
  30:25
Biden's   27:8
big   21:9 25:5
  32:25 40:18
bigger   20:8
biggest   11:5
  20:21 28:18
  38:11
bill   3:2
billion   3:8
  40:5
birth   47:9
birthing
  47:10
bit   17:9
  20:17
blackmail   7:9
blah   38:18
blessed   25:21
blessing   9:11
  29:20 31:6
  34:20
block   28:14
  38:24
blocked   28:8
  38:20
blocking
  38:15,16
  40:9,10
Board   3:20
bonus   19:13
book   26:3,5,6
  40:3
borders   29:16
born   19:12
boss   24:7
bottom   7:6
box   18:16
boxes   7:1
boy   24:16
  26:1 31:2
boycott

24:22,23
**brain** 35:11
**break** 12:2
  18:20
**Brian** 7:15
  10:14 31:9
**bribe** 6:18
**bribes** 6:24
  7:8
**Bridget** 5:7
**bring** 23:18
  24:11 39:18,
  19
**bringing**
  19:22,23
**broke** 9:12,19
  31:1,5
**brought** 10:25
  11:7 20:24
  41:8 44:7
**Brower** 5:12
**bubble** 31:7,8
**bubbling**
  31:10
**buckling**
  43:11
**bury** 10:23
**Bush** 2:25
**business** 8:17
**businesses**
  49:25
**buy** 19:8
**buying** 45:25

———————

**C**

———————

**calendars**
  49:6,7
**call** 44:21
**called** 4:1
  18:10 44:9
  46:5
**calling** 20:1,
  3
**calm** 38:14

**capability**
  44:18
**care** 38:12,13
  43:10
**cared** 24:10
**cares** 28:17
**Carrie** 45:20
**case** 6:1
**cases** 27:22
**casting** 43:17
  45:14
**caught** 33:3
  34:24
**celebration**
  49:13
**century** 46:1
**CEO** 4:14
  26:7,19
**certification**
  49:7
**cetera** 2:15
**chad** 2:23
**Chain** 44:9
  46:5
**chairman** 4:1
**chance** 15:24
  39:11
**change** 8:21
  18:10 24:16
  39:1
**changed** 23:1
  28:2 45:10
  46:3
**channel** 16:21
**channels**
  18:17
**Chapter** 14:19
**checks** 19:14
**chief** 7:7,15
**Chiefs** 6:23,
  25 7:2
**child** 43:12
**children**
  15:14
**China** 6:15
  7:8 12:20

**Chinese** 7:14
**chose** 26:18
**Christ** 42:9
  47:9
**Christian**
  6:10 19:12
  23:14
**Christians**
  7:18 15:4
**church** 12:3
  15:23 32:14
  42:18
**circle** 19:21
**citizens** 2:14
**civil** 10:22
  11:10
**claim** 4:20
**claiming** 4:11
**class** 26:19
**cleaner** 38:4
**clip** 16:1,2
  32:12,16
**close** 31:2
**coach** 12:8,11
**coaches** 12:9
**cocaine** 17:13
  18:18
**code** 26:9
**coin** 2:12
**collusion**
  11:19
**coma** 23:2
**comeback** 20:6
  31:22 32:5,6,
  8
**comfort** 34:17
**comment** 31:16
**comments**
  33:14
**commercial**
  21:24,25
**committed**
  11:2,5
**committee**
  3:22 7:12

**commonly**
  44:24
**communist**
  6:15 13:5
  29:17
**company** 21:14
  26:19
**completely**
  38:19,24
**complicated**
  7:2
**compromised**
  7:13
**computers**
  2:19 44:22
**concede** 15:12
  34:6 35:8
  36:10
**conceding**
  13:17 14:3,
  14,15 15:4
**concern** 43:18
**concerns**
  41:18
**confused**
  12:22
**congratulating**
  14:9,15
**congressmen**
  40:24
**connected**
  44:25 45:1,3,
  4
**consequence**
  5:16
**considered**
  49:9
**consultant**
  5:12
**contracts**
  5:14
**controversy**
  3:3
**convict** 43:23
**conviction**
  43:24

**Copeland**
  32:13,17
**corrupt**
  12:13,14
  37:21
**corruption**
  31:11
**cost** 36:16
**count** 3:16
**counting** 3:7
**country** 10:9
  11:6 23:21
  24:11,13
  29:14 30:12,
  14 39:18
  40:23 41:4
**counts** 10:13
**County** 3:19
  5:9,13
**County's** 3:25
**couple** 40:19
  48:18
**courage** 40:22
  41:3,14
**court** 27:23
  33:5
**court's** 27:6
**cowardice**
  43:2
**cower** 44:5
**crack** 18:17
  19:8 23:20
  25:8 26:7,14
  42:8
**credible** 4:15
**cried** 16:11,
  12
**cries** 16:7
**crime** 11:5
  13:20 14:13
  38:12 49:3
**cross** 23:14
**crossed** 34:17
**cry** 16:7,11
**crying** 16:9,
  12,13,16

**culture** 23:2
**curse** 42:17
**customary** 6:6
**cut** 23:9
**cutting** 19:4

_____

        **D**

**Dad** 18:8,12
**daily** 22:21
**dangling** 2:22
**dark** 2:6
**darkest** 47:6
**darkness**
  43:22 47:4
**darling** 24:16
**dates** 49:8
**daughters**
  18:6
**David** 14:21,
  23,25 15:5,6,
  7
**David's** 15:1
**day** 10:1
  15:19 20:1,3,
  9 24:20,21
  36:8,16 37:15
  40:18,22
  47:5,6
**days** 10:12
  19:5 21:6,11
  35:22 37:16
  45:18
**dead** 2:14
**dealers** 19:2
**debatable**
  4:21
**debt** 21:12
**deceit** 5:23
**December**
  48:21,24
  49:12,14
**decided** 27:7
**Declare** 37:18
**deliverer**
  36:12,14

**demand** 14:5,6
  36:25
**democrat** 7:11
  22:24
**democratic**
  46:11
**demonic** 12:2
**Department**
  5:13
**depending**
  17:18 28:19
**depressing**
  27:6
**descendent**
  14:23
**describing**
  34:23
**deserved**
  24:12
**desire** 20:11,
  13
**devastated**
  17:24
**deviations**
  9:24,25 10:6
  40:2
**die** 33:25
**difference**
  16:20
**difficult**
  46:18
**difficulty**
  6:18
**dig** 10:4
**digits** 45:12
**diligence**
  24:1,4
**direct** 5:16
**discerned**
  36:13
**discernment**
  30:1 38:5,9
**disciples**
  33:24
**disclaimer**
  38:17

**disclaimers**
  38:24
**discount**
  26:10
**discouraged**
  28:9
**discuss** 2:12
**disqualified**
  3:5
**divine** 23:15
**divorce** 18:24
**divorced** 17:9
**documentary**
  44:7 46:11
**documentation**
  3:14
**documented**
  35:20
**dollars** 3:9
  21:12
**Dominion** 3:23
  4:14,17,20
  7:16 9:10,12
  27:17 34:22
**Donald** 9:15
  10:18 11:9,21
  12:15 22:9,11
  23:11 24:15
  25:13 29:1
  30:20 35:12
  37:1 38:21
**door** 26:21
**double** 24:23
**doubt** 2:6
  43:19
**Doug** 10:13
  31:9
**downstairs**
  18:12
**drafted** 3:2
**dream** 18:2,3
  22:8,12 23:10
**dreams** 18:2
  22:9
**drug** 19:2
**drugs** 19:23
  23:22

**dry**  34:18
**Ducey**  10:13
**Duceys**  31:9
**due**  6:17
  24:1,3
**dumped**  3:9
  5:10
**Dwight**  5:12

---

**E**

**E-BAY**  46:17
**e-mail**  5:14
**Eagle**  15:22
  32:14
**earlier**  11:1
  29:23 30:11
**earth**  42:22,
  23 43:1 47:10
**easy**  42:23
**eat**  17:17
**economies**
  3:10
**edges**  6:6
**effect**  6:24
**Egypt**  35:23
**Egyptians**
  47:24
**elected**  14:12
  35:5,6
**election**  2:16
  3:4,15,18
  4:23 5:5,9,13
  8:24 9:11
  11:6,10 14:5
  16:6 25:20,22
  28:2,14,20
  30:20 39:7,10
  40:1 45:9,15,
  17 46:1
**elections**
  5:12 12:16
**electoral**
  49:6
**elites**  6:14
**empire**  23:7

**employee**
  19:13
**employees**
  21:5,6 22:4
  23:25 24:6
**encourage**
  16:18,21
**encouragement**
  27:11
**end**  11:18
  43:6
**ended**  18:15,
  23 21:10,22
  22:16 32:1
**ends**  22:14
  35:25 48:2
**enemy**  12:4
  13:5 34:21
  43:7 48:15
**English**  6:22
**entered**  16:8
**Entities**  13:9
**entrepreneur**
  17:8,15
**Epic**  5:6,17
**Eric**  7:12
**European**  6:11
**Europeans**
  6:16 7:4
**evaporated**
  12:16
**everybody's**
  40:10 45:13
**everyone's**
  10:22,23
  12:15
**everything's**
  39:1
**evidence**
  4:16,19 11:20
  29:4 37:12
  38:11
**evil**  23:7
  25:23 31:11
  39:10,12
  41:22

**examine**  4:10,
  22
**excited**  39:25
**excuse**  28:3
**excuses**  43:12
**exhausted**
  12:23
**exist**  12:17
  14:10,11
**exists**  40:3
**Exodus**  35:24
  36:20 47:21
**experienced**
  47:4
**expert**  9:25
**experts**  8:25
**exploded**  22:2
**expose**  28:21
**exposing**
  13:19
**extension**
  5:21
**extremely**
  3:17
**eyes**  7:20
  14:10

---

**F**

**face**  4:2
**facebook**
  38:14
**fact**  19:11
  34:16 44:6,14
  46:21
**facts**  10:4
**faith**  26:24
  31:13 34:15
  37:9 43:17
**fake**  34:3
  40:13
**fall**  22:1
**family**  20:19
**famous**  43:10
**fares**  18:16

**fast**  18:15
  21:7,9
**Father**  41:11
**favor**  21:15
**fear**  10:24
  15:11 29:21
  43:19 47:22
  49:24
**February**
  20:16
**Federal**  2:24
**feel**  27:2
**fell**  19:7
**fervency**  44:4
**fiery**  43:17
**fight**  11:17
  12:17 15:16
**fighting**
  15:14
**figures**  14:7
**filing**  3:25
**film**  20:23
**filmed**  21:3,
  25
**filth**  7:10
**finally**  19:7,
  25
**find**  10:3,4
  11:2 17:1
  44:10
**finish**  46:8
**fire**  42:14
**firm**  47:22
**firmly**  10:19
**fix**  3:10
**Flashpoint**
  2:5 16:20
**flip**  45:12
**flipped**  27:17
**Flynn**  9:1
  29:4
**folds**  6:6
**folks**  32:10
  42:24 46:18
**follow**  33:16
  43:19

football   12:7
footprint
   28:5
foreign   13:9
forever   36:17
   41:4
forgotten
   42:18
forks   17:17,
   18
fortitude
   41:14
Forty   21:6
forward   5:6
   18:15 21:7
   36:21 47:7
found   6:4
   7:10 14:19
   39:15 46:17
Fox   28:13
fraud   2:10,
   11,12,13,15,
   16 4:11,16
   5:19,23 9:4
   13:19 14:13
   16:7 25:20
   27:16,25
   28:7,8,15,20
   34:21 46:14
   47:19,24
   49:1,3
fraudulent
   40:25
free   12:16
freedoms
   39:23
Friday   3:19
friend   26:15
friends
   20:20,23 23:6
   24:25 25:7
   43:8
fruition
   23:10
full   19:21
   20:15 46:3

Fulton   5:9,12
functioning
   17:13
funding   45:19
funny   32:3
future   6:21
   13:11

_____

G

gain   6:19
   46:13
gal   21:14
Gangsters
   42:10
Garden   25:16
gave   7:3
   25:15
Gene   2:4 14:7
   41:24 43:25
   48:17
General   9:1
   29:3
gentleman
   46:12
gentlemen
   11:14,19
   16:23 26:6
   31:19 32:7
   42:5 46:20
George   5:9
   15:23
Georgia   5:4,5
   9:9 31:9
   40:12
Georgia's
   7:15
giant   14:22,
   24
gift   30:5
Giuliani   4:2
Giuliani's
   4:23
give   13:14
   16:22 28:23
   33:14 34:6
   35:21 49:20

giving   15:5
   28:22 33:11
   37:4 43:18
glad   2:7 8:10
glass   18:11
globalist
   6:14
glorious
   39:24
Glory   32:24
God   7:24
   13:12,16,18,
   23,25 14:10,
   11,14 18:19
   19:18 20:5,10
   21:20 24:12
   25:11,15,16,
   18,19 26:18,
   22 27:15 30:4
   32:24 33:18
   34:9,16,19,23
   35:11,12,17
   36:11,13,17,
   20,23 37:4,9
   38:4,6,10
   39:19 40:3
   41:11,12
   43:13,22
   47:23 48:1
   49:14,17
God's   7:21
   24:19 29:21
   36:4,6 48:8,
   11
Goliath   14:23
good   15:19
   17:21 37:2
   39:10,14 44:2
goodness
   48:4,8,11
   49:17
governments
   46:7
Governor   7:15
grabbed   18:11
grace   25:15
gratitude
   43:17

great   2:8 8:9
   9:17 20:6
   23:17,22
   24:7,8 26:6,
   14 27:1 36:2,
   4,12,15 39:18
   42:17
greatest
   23:24 25:25
   30:10 31:21
   33:21 34:17
grew   15:7
grievous
   13:25
ground   34:18
guard   33:4
guest   8:6
   16:24
guy   8:6 19:7,
   11 21:1,2
   24:10,24
   46:12
guy's   20:25
   21:1
guys   19:4
   26:11 28:16

_____

H

hacked   45:15
Hackers   45:16
half   3:8
   23:16 49:20,
   21
hand   25:11,19
   27:15 38:10
   39:5,9 48:10
   49:11,16
hands   49:2
Hank   8:2,3
   13:2 33:9
   47:1 48:4
happen   11:12
   18:1 27:21
   32:25 33:13
   39:17 40:4,5

| | | | |
|---|---|---|---|
| **happened** 3:23 4:18 10:3,5, 11 14:23 17:22 23:5 37:16 40:1 42:4 | 28:18 31:22 38:12 39:7 41:22 | **included** 37:20 | **issue** 2:21 |
| **happening** 7:5 8:13,21 12:2 37:15 | **hit** 9:18 27:5 **hold** 43:24 **Holy** 12:23 **home** 18:15 27:3 | **Indian** 6:23 **Indiana** 41:12 **Indians** 6:13 **indifferent** 41:18 | **J** |
| **happy** 30:16 **hard** 17:2 29:24 33:1 **harsh** 35:19 | **honest** 2:18 5:17 **honesty** 14:4 15:14 | **indignation** 34:15 **influence** 26:17 | **James** 16:4 **January** 20:2 27:20 29:6 37:7 40:18 49:8,13 |
| **harvesting** 9:5 **hate** 32:22 **HAVA** 2:24 **HBO** 44:10 **He'll** 21:2 24:23 | **honor** 36:24 **hope** 16:22 27:3 37:5,6,9 49:11 **horse** 29:18 **host** 16:9 | **infomercial** 20:20,21 21:8 **infomercials** 20:22 **information** 38:3 **inside** 21:13 27:10 | **Jesus** 19:22 20:15 21:18 25:10 33:23 34:10 35:3 **job** 5:21 42:6 **jobs** 23:6,18 **Joe** 6:8 7:7 |
| **headed** 18:12 **headlines** 34:4 **hear** 6:7 27:7 42:2 | **hour** 23:16 43:10 **House** 25:2,4, 9,16 **huge** 9:24 | **insults** 32:1 **integrity** 14:4,6 15:15 16:14 18:20 36:24 | **John** 4:14 **joining** 8:3,8 **joke** 45:24 **joy** 24:11 **judge** 29:5 |
| **heard** 2:6 8:11 13:13 31:22 48:1 **hearing** 14:15 **heart** 33:5 | **hundred** 10:19 24:4 27:16 **hungry** 6:16 **Hunter** 28:16 **Hunter's** 7:10 | **intelligence** 7:12 **Internet** 44:25 45:2,3, 4,6 | **judgment** 48:14 **Judiciary** 3:22 **Jupiter** 46:24 **jury** 33:5 |
| **heaven** 13:15 16:9 **heavens** 34:9 47:2 48:25 **hell** 32:20 | **Hussein** 6:9 | **intervention** 19:2 48:10 **intimidate** 6:18 **introduce** 8:1 | **justice** 49:13 |
| **helping** 8:25 **helps** 32:4 **heroin** 42:9 **hey** 11:13 40:11 | **I** **ignore** 2:21 **illegal** 2:14 **imagine** 17:2 45:12 | **invent** 18:9, 13 **invented** 34:12 **investigation** 12:12 | **K** **Kamala's** 27:8 **Kemp** 7:15 10:14 |
| **hide** 38:11 **hiding** 10:14, 15 **high** 32:20 **history** 11:6 20:21 23:24 25:21,25 | **important** 11:16 24:2 27:21 43:4 **impossibilitie s** 10:7 **impossible** 40:8 **in-house** 21:23 | **investigators** 4:25 **Israel** 13:3 15:9 22:17 34:17 35:23 36:1,9,12,16, 20 | **Kemps** 31:9 **Kenneth** 32:13 **Kill** 44:9 46:5 **killed** 14:25 **kind** 5:20 23:3 27:4 36:23 **kinds** 12:1 **King** 43:5 **knew** 9:13 11:20 19:25 |

20:2,3,7
**Kunneman** 8:2,
4 13:2,3
33:15 47:3

---

**L**

---

**laborers**
16:5,11
**ladies** 11:18
26:5 31:19
32:7 42:5
**lamp** 15:9
**Lance** 26:15
**land** 6:16,21
34:5 49:4
**landslide**
31:4
**language** 26:2
**laptop** 7:10
**law** 2:17,24,
25 6:4
**lawn** 25:16
**lawsuit** 3:25
**lawyers** 37:23
**lead** 42:8
**leader** 30:7
**leaders** 14:15
**leading** 7:11
**leaked** 40:15
**leaky** 40:12
**learn** 13:7
22:23
**learned** 22:25
**leave** 48:17
**left** 10:10
11:8 13:6
19:6 30:12
48:15
**left-wing**
12:18
**leftist** 31:25
**Leslie** 2:1
**Let all** 31:7
**letters** 29:7

**liberal** 22:23
**lied** 11:19
**life** 8:18
43:17
**light** 2:7
15:9,17 47:4,
7
**limitations**
28:24
**Lindell** 8:7,
9,22 10:17
16:24 17:7
19:22 26:8
27:13 31:23
37:8 42:8
43:15 49:23
**Lindell's**
42:14
**Linwood** 9:1
29:4
**list** 34:22
**listen** 3:8
13:3,25 14:1
15:25 16:13,
18 26:5 42:24
**listening**
34:2,3,4
**live** 49:24
**lives** 22:21
23:1
**living** 19:20
21:4 43:16
**lock** 4:24
**long** 11:23
**longer** 13:21
**Lord** 14:18
16:4,8 29:21
33:3 36:2,3
41:12,13,15,
20,23 47:9
48:4,6,24,25
49:3,10
**lose** 29:14
31:3 35:7
**lost** 23:6
31:4

**lot** 8:24 17:3
38:25
**love** 22:13
31:21 32:23
**Luther** 41:21
43:5

---

**M**

---

**machine** 39:9
45:17 46:14,
17
**machines** 2:18
3:7,18,23,24
4:4,5,6,10,22
8:12,25 9:13,
19 27:17 31:1
37:19,23 39:5
44:13,21 45:1
46:16
**made** 6:23
20:4 26:20
31:2
**magnificent**
26:13
**mail-in** 28:3
**main** 46:12
**majority** 14:3
15:13
**make** 5:1,19
14:17,20
20:20 21:2
28:14 30:2
36:12,15
**makers** 6:4
**making** 26:10
**man** 11:13
14:11 19:16
24:8 34:12
36:18,19
41:12 42:7
**manager** 5:22
**manifest** 30:6
39:3,20
**manifested**
17:12 22:25

**March** 44:8
49:13
**marching** 7:4
**Maricopa**
3:19,25
**Mario** 8:5
11:15 31:16
41:8 44:3
47:14
**Mark** 33:21
38:13,14
**marked** 6:5
**marriage**
18:23
**Martin** 41:21
43:5
**massive** 7:8
45:19
**material**
20:17
**mathematically**
10:7
**mathematics**
10:8
**matter** 10:4
17:17 40:14,
16 41:3
**Max** 28:11,12,
15 44:11
**means** 48:9,11
**meantime** 35:1
**media** 28:13
37:24 38:12
**media's** 24:16
40:9
**meet** 22:11,13
**meeting** 23:11
24:1
**men** 14:21
15:1 41:22
**mentioned**
46:21
**message** 15:24
**met** 21:14
24:15
**middle** 8:23
9:21 29:13

31:18 37:12
**midst**  13:7
**MIGA**  36:11,12
**mightiest**
  43:21
**mighty**  14:21
  15:1 49:16
**Mike**  8:6,8,14
  9:1 16:24
  17:2 23:13
  26:2,8,9,12
  29:4 31:20,23
  32:3 33:10,17
  34:8,23 37:3
  41:8 42:7,13
  43:15 47:16
  49:19
**Mike's**  13:13
  26:10
**military**  46:1
**million**  3:5
  9:18 22:5
  40:4
**millions**
  21:12 27:17,
  18
**mind**  41:9
**Minneapolis**
  19:8
**Minnesota**
  8:6,18 24:14
  37:21
**minute**  44:14
  48:21 49:19,
  20
**minutes**  22:1
**miracle**  7:24
  25:22 40:7
**misses**  45:11
**mocks**  48:25
**moment**  9:23
  25:3 41:13,16
  49:10
**money**  8:24
  20:4 23:7
**month**  4:7
  22:13

**months**  22:2
**morning**  19:9
  20:13 27:4
  48:4
**mornings**  48:3
**Moses**  36:12,
  20
**Mountain**
  15:22 32:14
**mountains**
  26:16
**mouth**  35:11
**move**  30:2,3
  36:5 46:20
  49:11
**multiple**  3:6
**murder**  28:24
**murder's**  11:2
**Murillo**  8:5
  11:16 31:17
  41:11 42:2,17
  47:14 48:24
**Mypillow.com**
  26:9

_____

            **N**

**naps**  33:23
**narrative**
  35:21,24,25
  36:15 47:20
**narratives**
  35:14
**nasty**  33:1
**nation**  13:6,
  10 14:12
  15:16,18
  16:14 25:17
  32:9,15,17
  33:6,8 34:20
  35:17 36:1,19
  47:11 48:5,9,
  12 49:2
**national**  14:7
  25:7 32:8
**Native**  6:12

**Nebraska**  8:2
**neighbor**
  40:11
**neighbors**
  34:4
**Nepolization**
  46:6
**Network**  19:22
**Nevada**  8:5
  9:9
**news**  2:20,21
  28:11,12,15
  34:2,3 40:13
**nice**  8:4 45:7
**night**  2:8
  9:11,21 20:24
  25:22 28:11
  30:19,25
  32:2,5 40:1
  42:3 44:8
  46:23
**Nix**  14:10
**Norway**  46:13
**Notary**  2:2
**notified**  5:14
**November**
  10:5,6 25:14

_____

            **O**

**oath**  5:18
  37:7
**obsolete**
  44:22
**October**  2:25
  21:3
**odds**  26:4
  30:20 40:3
**offer**  6:18
**offered**  6:24
**office**  14:12
  15:19 23:12
  24:9
**officials**
  3:17 6:12
**Omaha**  8:2

**one's**  4:19
**open**  29:15
**opened**  48:11
**opens**  26:21
**operate**  2:20
**opportunity**
  31:7 33:14
**opposed**  41:22
**optimistic**
  30:16
**order**  39:18
**organic**  9:4
**owner**  8:17

_____

            **P**

**paid**  7:8
  12:8,9,10
  46:17
**panel**  8:1
**parallel**
  17:19 18:18
**parents**  17:9
**part**  3:2
  25:24 27:25
  28:7,14 30:15
  39:22
**parties**  39:20
**partners**  6:15
**party**  41:19
**pass**  48:5
**passed**  19:13
  48:12
**passes**  48:8
**passionate**
  30:10
**past**  15:22
**Pastor**  8:2,3
  13:1 14:7
  15:23 33:9
  48:17
**pastors**  43:10
**path**  24:20
**paths**  37:14
**patriots**
  15:13 36:22

paying  5:6
  49:5
peaceful
  44:18
Pearsons
  15:23 16:3
Pence  41:10
people  2:19
  4:4,8 9:5,7,
  17 10:21,24
  11:8 17:3
  18:21 19:22,
  23 21:10 22:6
  24:11 25:21
  27:2,11,20
  29:7,8,16,23
  30:12 31:8,10
  35:10 39:14,
  15,20 41:17
  42:10 45:10,
  14,20 48:18
  49:22
people's  6:20
percent  6:7,9
  10:20 24:4
  27:17 28:25
perfect  4:24
person  4:12
  30:8
personal  6:19
  21:17,18
personally
  24:9 37:6
  45:20
perspective
  6:10 8:16
Phoenix  3:20
picked  25:14
picture  18:25
  19:11,14 21:8
  22:10 25:1
  26:5 46:23
pillow  17:6
  18:3,4,9,10,
  25 19:17 20:7
  23:18 24:21,
  22 26:19 32:4
  33:23 34:10,

12 35:2 39:4
pillow's  18:5
pillows  21:5
  22:5
pin  45:22
pipe  40:12
place  2:5
  17:21 47:17
  49:12
plague  35:18
planets  46:24
planned  34:19
platform
  19:17 20:7,12
  28:4 32:14
play  15:25
  32:12 39:22
  44:14,16
played  16:2
  32:16 35:14
  44:17 47:20
players  12:10
plays  13:21
Podcast  2:1
point  6:1
  10:8 27:1
  45:11
policy  47:15
political
  22:7 39:20
  41:3
politician
  14:2
politicians
  14:8 15:5
politics
  22:19,20
  39:21 41:18
  42:13
poll  5:10,22,
  24
polls  31:3
popular  7:23
  42:25
popularity
  17:2

position
  34:7,10,13
Poulos  4:15
pouring  23:22
Powell  9:1
  29:3
power  6:19
  41:23 44:19
powerlization
  46:6
pray  21:15
  29:24 32:23
  40:21 41:2,9,
  11,15,20
prayed  20:9
prayer  20:10
praying  48:3
preacher  14:1
preachers
  14:8 15:4
precise  9:22
predestined
  26:22
president
  2:25 9:8,15
  10:20 14:12
  22:15 23:7,24
  25:6,9 27:12
  29:1,6,25
  30:10 35:5,12
  36:7,25 37:1,
  17 38:3,22
  40:20,21
  41:10
president's
  28:22 37:6
Presidential
  3:4
press  24:14
pressure
  43:11
pretext  7:4
pretty  18:21
prevail  49:5
prevent  45:14
previous  7:15

price  5:6
Prime  44:11
prior  14:24
prison  39:15
pristine  6:4
private  4:6
problem  30:5
problems  4:20
procedure
  27:25
process  44:12
produced
  4:15,19
producer
  20:24
Professional
  2:2
program  2:19
  16:20 48:2
progressive
  22:23
promises  6:19
promo  26:9
prophecies
  35:16,20
prophecy
  47:14 48:20
prophesied
  48:20
prophetic
  18:2 22:9
  35:14,21,22
  36:14 47:20
prophetically
  34:8
protect  15:1
  42:22
protected
  18:19
protective
  3:18
provide  3:14
public  2:2
  6:3 8:18
pulled  21:13,
  22 43:22

pursuing
  13:5,6 48:15
put  4:7 8:24
  10:13 17:10
  19:1 26:4,18
  33:4 36:18,19
  38:23 44:23
  46:21 49:24
putting  14:11

**Q**

qualify  2:15
quarter  43:18
question  4:8
  37:3
quick  14:17,
  20 15:21
  28:10 32:12
  44:15
quickly  12:7
  41:25
quit  19:19,
  24,25 20:9
  34:6
quitting  15:4

**R**

racist  24:17
radio  10:1
raised  36:11,
  14
rallies  8:19
  26:25
random  18:12
rare  18:22
reached  23:11
reaction  3:3
  33:10
read  37:24
reading  5:24
  16:4
reads  20:25
ready  14:25
  36:4

real  11:9
  12:7 20:24
  25:10 28:20
  29:23 31:14
  44:14 45:18
realize  4:9
  9:2 10:21
  35:3
realized  9:14
realizing
  39:21
reason  33:4
  36:6
rebirthing
  47:11 48:13
Recall  4:14
recap  17:4
received  6:2
recently  14:7
  44:6
recharge
  12:24
recommend
  46:9
records  3:19
Recovery
  19:22
Red  12:20
  13:4 48:11
reference
  47:15 48:21
referred  37:4
refs  12:8
registered
  2:2 3:6
Registration
  5:13
reign  49:4
reiterate
  49:24
rejected  3:21
relate  42:7
relationship
  21:17,18
release  24:14
religious
  39:23

rematch
  12:12,13
remember  2:22
  43:2,7 49:12
remnant  7:20
renewed  5:15
Reno  8:5
repeatedly
  2:14
report  2:21
  5:25
Reporter  2:2
reporting  5:7
reports  5:17
represent
  15:12
Representative
  7:12
represents
  47:8
republican
  22:24 46:11
republicans
  29:10 31:10
resists  4:9
resolve  11:17
  12:24
resonate  6:13
resource
  45:16
responded  4:2
  32:3
rest  32:19
  33:2 34:13,16
  35:1,2
restoration
  16:14
reveal  4:12
revealed
  13:22 25:24
  28:23
revelation
  7:19
revival  25:25
  39:18
revolutions
  44:20

rifles  7:1
right-wing
  12:18
righteous
  34:15
righteousness
  49:4
road  42:23
room  13:16
  19:3 22:10
  45:17
Rose  25:16
round  25:5
Rudy  4:2
rums  7:1
run  3:6 12:6
  45:19
running  22:14
runoffs  5:11
Russia  11:19
Russian  45:8

**S**

Saddam  6:9
safe  42:25
safety  39:12
sails  12:4
salvation
  47:23
Samuel  14:19
sat  25:15
satisfied  7:2
Saturn  46:25
saved  26:13
  42:10,15,19,
  21 43:16
saving  30:14
sayeth  33:2
school  17:10
schools  25:17
scorekeeper
  12:9
scripture
  14:16

Sea 13:4
  48:12
search 4:3
  44:10
season 26:23
seconds
  48:19,23
security
  45:22 46:2
sell 6:20
  17:23
senate 3:22
  4:1 5:11 29:5
  41:16
senators
  40:19,24
sensing 8:20
  33:16 44:4
September
  35:17
servants 36:3
served 3:13
service 44:23
set 9:14
  34:23 41:12
setback 38:1
setbacks
  27:14
settlers
  6:11,22
shared 35:16
She'll 32:20,
  21,22
shift 26:14
shock 32:9
shopping
  18:16
short 16:1
shortest 47:6
shot 46:15
show 3:14
  17:11 29:24
  35:15 48:9
showed 46:16
showing 25:7
shown 46:22

shows 18:15,
  21
sic 45:20
side 2:13,16
  11:24 27:5
  40:14 41:3
sides 2:12
Sidney 8:25
  29:3
sign 7:2
  42:3,4 47:1
signed 2:25
silence 43:7
simply 2:19
  15:10
sister's 21:4
sitting 25:5,
  8 29:11
situation
  3:10
slap 4:1
sleep 19:5
  32:2,4
software
  34:22
sold 22:4
solution 30:5
someday 19:18
  30:13
Someone's
  28:7
Something's
  40:17
son 7:9
soul 42:7
speaking 26:1
  34:9 36:22
special 8:6
  16:24 26:10
specifically
  47:10
spent 2:20
spirit 12:23
  13:25 33:16,
  19,20 34:15
  36:23 44:1

spiritual
  13:8
spoke 36:20
spot 21:23
spring 22:7
spy 7:14
stacks 46:16
staff 7:16
stand 7:22
  13:3,7 32:19,
  20,21,22,23,
  24 33:5 34:14
  43:14 44:4
  47:22 49:9
standing
  13:17 26:24
  33:7 36:23,
  24,25 43:4
stands 26:12
star 2:7 42:3
  46:22,24
  48:13
start 2:9
  8:14 17:6
  35:19
started 7:25
  8:11
starting
  32:10
state 3:22
  6:3 8:15 28:1
  37:21 45:9
statement
  36:1
states 9:8
  27:19 28:6
  37:20,22
states' 3:9
station 10:2
  28:10
status 26:18
statute 28:24
stay 5:24
steal 13:10
  49:2

stenographical
ly 2:1
step 15:21
  16:25 29:7
  40:19
stepping
  40:16
stood 41:14
stop 9:21
  23:21
stopped 9:22
  24:18
stores 18:16
storm 33:24
  35:4
storms 41:15
story 17:3
  24:7 26:3,7,
  13
straight 4:6
street 13:14
  17:16
streets 10:17
  19:7
strength
  29:25
strike 14:25
Stromberg 2:1
strong 13:18
  31:20
studded 2:8
studying
  22:18
stuff 16:19
  25:23 28:2
  31:7 32:1
  41:1
stupid 4:9
  45:21
subject 7:9
subpoena
  3:13,21 4:1,
  10
subpoenas
  3:12,15
Suckabuck
  38:14,15

sudden  23:5
  24:17
suddenly  3:17
summer  20:19
  21:11 23:10
Sunday  15:22
  32:13
sunny  8:1
supernatural
  48:10
Supervisors
  3:21
support  6:20
supporting
  31:24
supposed  3:13
  47:5
supposedly
  4:24
Supreme  27:22
surreal  25:3
surrender
  20:15
surrounding
  3:3
Susan  5:7
Swalwell  7:13
swear  5:5
swears  6:2
switching
  4:16
symbol  47:8
System  4:14
systems  4:17,
  20 7:17 45:9

―――――――――
        T
―――――――――

table  25:5
takeover
  29:17
takes  38:4
  40:18 45:20
taking  18:24
  37:7 38:9,10

talk  2:11
  8:12 9:10
  16:19 17:12
  34:5 49:21
talked  23:16,
  25 24:6 29:2
  35:15,19
  37:24,25
talking  2:9,
  10 28:16
  33:10 49:15
talks  26:16
  30:4
tall  7:22
  26:24 44:4
target  46:8
targeted  45:8
tax  3:9
tech  39:19
technical
  6:17
technology
  39:4,8,12
  45:21 47:18,
  24
telling  19:16
  28:12 29:20
  34:21 35:25
  39:25 47:1
tempting  6:25
tent  42:9,11
  43:20
terrible  33:1
testify  3:14
testimony  6:3
  33:11
Texas  27:24
text  21:1
there'll
  10:22
thieves  32:21
thing  10:17
  13:19 14:6
  19:17 20:12
  24:10 28:18
  35:9 38:2,8
  40:12 41:24

42:4,20,25
  48:16
things  2:9
  4:17 5:23
  8:23 9:6,17
  10:11 12:2
  17:19,25
  18:19 20:6
  22:17,25
  23:4,8,17,19,
  22 24:16
  26:20 37:14
  38:15,16,25
  39:5,14,19,24
  40:7 45:21
  49:11
thinking
  22:12 38:22
Thorne  5:7
thought  3:12
  32:5 33:24
thrown  13:16
time  2:20
  7:18,21,22
  14:16,24
  15:18 17:21,
  24 18:17,20
  22:6,16 25:2,
  14,16 26:22
  29:3 31:23
  33:24 39:10
  40:2 42:25
  49:3,9
timeline  36:6
timelines
  49:7
times  5:6,17
  35:15 41:22
timing  38:6,7
tired  12:22
today  6:14,16
  8:8 14:17
  16:18 19:13
  22:3 25:13
  29:24 30:9
  43:15 47:14
told  7:21
  11:11 20:19

28:15 29:7,23
  37:17
tonight  2:11
  8:1 26:11
  34:2,8 49:16
top  7:6
tracking
  33:19
tracks  17:19
  18:18
trailer
  44:14,17
  46:15
transcend
  12:15
transcribed
  2:1
transfer
  44:19
trap  34:20,
  23,25
treated  6:16
treaties  6:23
  7:3
treating  6:15
trinkets  7:1
trip  22:18
Trojan  29:18
true  14:3
  38:18
Trump  9:16
  10:18 11:9,21
  12:15 22:9,11
  23:11,15
  24:15 25:13
  27:11 30:20
  31:24 35:5,12
  36:7 37:1
  38:21
Trump's  29:1
trust  18:20
truth  5:2 6:2
  10:25 11:11,
  24 13:22 14:5
  43:5 49:5
turn  13:19

FOX45-CJN Recount Channel Stand Fine
December 23, 2020

14

turned   18:14
  25:18 27:24
  28:6
turning   27:1
  31:19
TV   21:2 25:7
Tweet   32:3
twentieth
  45:25
Twitter   31:23
  38:16

___

U

U.S.   2:24 3:4
  6:12
underestimated
  30:22,23
underestimatin
g   30:21
understand
  11:25 13:12
  36:5,10,11
  42:13,20
  44:12,16
  46:10,14,18
understood
  7:3
unfold   7:20
unintelligible
  6:17
unwavering
  7:23
upgrade   45:23
uplifting
  30:19
upper   39:9
upsetting
  2:17
upstairs
  18:5,7 19:10
upwards   9:18
USA   26:20
utterly   41:18

___

V

vacuum   38:3
Verse   33:21
  36:1
Verses   14:20
versus   33:21
vessels   43:21
vice   29:6
  40:20,21 41:9
Victory   16:21
video   16:2
  32:16 44:17
viewed   21:23
vigilant
  12:24
vital   11:25
voice   16:3
  29:19
vote   2:13,24
  3:7 4:16 9:15
  16:4 29:13,16
  46:4
voted   16:6,8
  29:15 30:23
voter   2:13,15
  9:3,4,5 34:21
voters   2:13,
  14
votes   3:6
  9:19,23 27:18
  45:10
voting   2:14
  3:18,22,23
  4:5,10,14
  7:17 8:12
  9:18 28:3
  44:13,18,21
  45:1,16
  46:14,16
Voyles   5:7,
  17,20 6:2

___

W

wages   16:11
wait   12:5
  38:21
waited   20:2
waiting   48:14
wake   20:10
  27:4 43:13
walked   23:12,
  23 25:1
Wall   26:15
wanted   21:21
  23:18 36:9
  41:24
wanting   15:12
  27:3 34:6
war   10:22
  11:10 13:8
  31:18 32:25
  33:1
warfare   13:7
warned   5:24
warrant   4:3
warriors
  15:17
watch   16:1
  32:15 44:13
  46:9 49:11
watched   44:8
watching   2:20
  12:21 13:13
  14:1,2 26:11
  27:3 33:10
  34:1 49:22
water   32:20
ways   2:22
  6:13
weak   15:6,7,9
weak-willed
  7:18
wear   23:13
weather   35:3
weeks   5:10
weigh   11:14

___

west   6:14
westward   7:4
whistleblowers
  5:4
White   25:2,4,
  9,16
win   9:16,20
wind   12:3
  43:18
winner   11:9
  42:7
Wisconsin   9:8
wisdom   30:1
  38:5
witnessed   5:8
women   5:14
won   9:8 27:19
  30:24,25
wonderful
  45:16
word   13:14
  14:18 19:10
  37:2
words   5:22
  43:6
work   7:24
  20:22 27:1
  36:2,4
workers   5:10
works   7:16
  19:12
world   11:7
  18:10 19:20
  26:19 28:19
  32:9 39:8
  40:23
world's   45:25
worse   5:2
worst   21:1
wow   20:5 29:9
  39:17
writing   18:4,
  5
wrong   10:11
  16:10
wrongdoing
  5:5

**wrote**  47:14

---

**Y**

---

**year**  18:13
 19:25 44:9
 45:18 47:6
**years**  2:23
 6:11 10:21
 11:18,22 12:6
 17:9,20 18:7
 19:17 20:14
 23:3 29:2
 41:13 42:5