# Exhibit 238

Mike Lindell Fox Business News My Pillow CEO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18  FOX BUSINESS NEWS MY PILLOW CEO
19
20
21
22
23
24
25

```
 1           HOST:  Putting America first.  president Trump
 2  continuing his push for companies to sell American made
 3  products, inviting some of those companies to the White
 4  House.  My next guest was at the White House yesterday
 5  sitting right next to the President, and he received a
 6  big compliment from the commander in chief.  Take a
 7  listen.
 8           PRESIDENT TRUMP:  I actually bought a couple
 9  of pillows and they're very good.  I have to tell you
10  they're great.  I've slept so much better ever since.
11           HOST:  And he bought them.  He didn't receive
12  them for free.  Here now is Michael Lindell.  My Pillow
13  inventor and CEO joins me now.  Mike, you must have just
14  been over the top with happiness when he said that.
15           MIKE LINDELL:  It was surreal.  It was just,
16  number one, when I was invited it was an honor to even
17  be invited, but then I was sitting right next to him.
18  For him to do that, say that to me about my product and
19  my company, it was amazing.
20           HOST:  And he bought it.  He literally bought
21  your pillows.
22           MIKE LINDELL:  Yes, yes.
23           HOST:  Now, are you able to use that as an
24  endorsesment in some of your ads?
25           MIKE LINDELL:  I wouldn't do that.  I, you
```

```
 1  know, I probably could but I'm not going to do that.
 2  I --
 3            HOST:  I mean, that's about the most valuable
 4  endorsement in America you could possibly get right.
 5            MIKE LINDELL:  Yeah, absolutely.  I mean, if
 6  it would help the President because he's got such an
 7  amazing agenda of bringing jobs back and helping to
 8  create new jobs here I would do it in a heartbeat.  I
 9  just want to help.
10            HOST:  He's going to listen to this interview
11  and say okay, I can help Mike out by saying it would
12  help me.  That way everybody's happy.  Are you still one
13  hundred percent of your product made in America?
14            MIKE LINDELL:  Yes, yes.  Even the cotton is
15  grown in California and some of the Carolinas, yes.
16            HOST:  Now were you ever tempted, I know a lot
17  of people, even people who were in China and other
18  places who brought their business back, but were you
19  ever tempted by those one dollar an hour, one dollar a
20  day labor charges overseas?
21            MIKE LINDELL:  No, because, you know, my heart
22  goes out to help people, and it's so rewarding for me to
23  look outside my office door and see 1500 employees and
24  their families that are, you know, helping create
25  careers here and not just jobs, and I wasn't ever
```

```
 1  tempted.  There's a lot of things to be said about
 2  overseas too for timing of product and quality and
 3  everything else.  I would never go that route.
 4           HOST:  Now Mike, anybody who knows, I talked
 5  to a lot of people who do, they all say this guy does
 6  have a really big heart.  You are a very sincere person.
 7           You had an incredible personal history.
 8  For a time you were addicted to crack cocaine; were
 9  you not?
10           MIKE LINDELL:  Absolutely.  And on January 16,
11  2009 by the grace of God the next day I said if you
12  release me, I never have the desire for crack and
13  alcohol and all these other addictions, I'm all yours.
14  I woke up that morning.  Wow, it's different, and God
15  freed me of those addictions.
16           HOST:  By the way, you were addicted to crack
17  cocaine at the same time you were running a company.
18  How was that possible?
19           MIKE LINDELL:  Yeah.  Well, that's the
20  miracle.  With God all things are possible.  I invented
21  the pillow in 2004 and people ask me all the time, and
22  you didn't quit until 2009 and they go how is that
23  possible.  You know, I look back down.  There's so many
24  miracles that happened that My Pillow is still around,
25  that I'm even still around.  I give all the glory to
```

Mike Lindell Fox Business News My Pillow CEO

5

```
 1  God.  I was very humbled by getting invited by the
 2  President to the White House yesterday.
 3              HOST:  And the President gave you an
 4  endorsement.  I've got to give you an endorsement too.
 5  My dad bought four of your pillows, and every time I go
 6  to see him I sleep on those.  They do work great.
 7              MIKE LINDELL:  They're amazing.
 8              HOST:  You've got two endorsements.
 9              MIKE LINDELL:  Yeah.  We've sold over
10  30 million, so 30 million people can't be wrong.
11              HOST:  Congratulations, Mike, particularly on
12  that endorsement.  We really appreciate you coming in.
13  Mike Lindell, great to see you, my friend.  Thanks.
14              MIKE LINDELL:  Thank you for having me.
15              HOST:  Absolutely.
16              (End of recording.)
17
18
19
20
21
22
23
24
25
```

CERTIFICATE OF REPORTER

I, Charlotte Crandall, certify that I was authorized to and did transcribe the foregoing audio recorded proceedings and that the transcript is a true and complete record of my stenographic notes from an audio recording and was transcribed to the best of my ability.

Dated this 9th day of February, 2021.

*[signature: Charlotte Crandall]*

_____
Charlotte Crandall
Registered Professional Reporter

**1**

**1500**  3:23
**16**  4:10

**2**

**2004**  4:21
**2009**  4:11,22

**3**

**30**  5:10

**A**

**absolutely**
  3:5 4:10 5:15
**addicted**  4:8,
  16
**addictions**
  4:13,15
**agenda**  3:7
**alcohol**  4:13
**amazing**  3:7
  5:7
**America**  3:4,
  13

**B**

**back**  3:7,18
  4:23
**big**  4:6
**bought**  5:5
**bringing**  3:7
**brought**  3:18
**business**  3:18

**C**

**California**
  3:15
**careers**  3:25

**Carolinas**
  3:15
**charges**  3:20
**China**  3:17
**cocaine**  4:8,
  17
**company**  4:17
**Congratulation
s**  5:11
**cotton**  3:14
**crack**  4:8,12,
  16
**create**  3:8,24

**D**

**dad**  5:5
**day**  3:20 4:11
**desire**  4:12
**dollar**  3:19
**door**  3:23

**E**

**employees**
  3:23
**end**  5:16
**endorsement**
  3:4 5:4,12
**endorsements**
  5:8
**everybody's**
  3:12

**F**

**families**  3:24
**freed**  4:15
**friend**  5:13

**G**

**gave**  5:3
**give**  4:25 5:4
**glory**  4:25

**God**  4:11,14,
  20 5:1
**grace**  4:11
**great**  5:6,13
**grown**  3:15
**guy**  4:5

**H**

**happened**  4:24
**happy**  3:12
**heart**  3:21
  4:6
**heartbeat**  3:8
**helping**  3:7,
  24
**history**  4:7
**HOST**  3:3,10,
  16 4:4,16
  5:3,8,11,15
**hour**  3:19
**House**  5:2
**humbled**  5:1
**hundred**  3:13

**I**

**incredible**
  4:7
**interview**
  3:10
**invented**  4:20
**invited**  5:1

**J**

**January**  4:10
**jobs**  3:7,8,25

**L**

**labor**  3:20
**Lindell**  3:5,
  14,21 4:10,19
  5:7,9,13,14

**listen**  3:10
**lot**  3:16 4:1,
  5

**M**

**made**  3:13
**Mike**  3:5,11,
  14,21 4:4,10,
  19 5:7,9,11,
  13,14
**million**  5:10
**miracle**  4:20
**miracles**  4:24
**morning**  4:14

**O**

**office**  3:23
**overseas**  3:20
  4:2

**P**

**people**  3:17,
  22 4:5,21
  5:10
**percent**  3:13
**person**  4:6
**personal**  4:7
**pillow**  4:21,
  24
**pillows**  5:5
**places**  3:18
**possibly**  3:4
**President**  3:6
  5:2,3
**product**  3:13
  4:2

**Q**

**quality**  4:2
**quit**  4:22

### R

**recording** 5:16
**release** 4:12
**rewarding** 3:22
**route** 4:3
**running** 4:17

### S

**sincere** 4:6
**sleep** 5:6
**sold** 5:9

### T

**talked** 4:4
**tempted** 3:16, 19 4:1
**things** 4:1,20
**time** 4:8,17, 21 5:5
**timing** 4:2

### V

**valuable** 3:3

### W

**White** 5:2
**woke** 4:14
**work** 5:6
**Wow** 4:14
**wrong** 5:10

### Y

**yesterday** 5:2