# Exhibit 240

File 18 Anderson Cooper My Pillow
August 20, 2018

 1
 2                       DOMINION
 3
 4
 5  "Anderson Cooper to MyPillow CEO: How do you sleep
 6  at night?"
 7  CNN's Anderson Cooper grills MyPillow creator Mike
 8  Lindell regarding his claims that oleandrin is a
 9  potential therapeutic for coronavirus.
10
11
12  FILE 18"
13  https://www.cnn.com/videos/business/2020/08/18/mike-
14  lindell-anderson-cooper-coronavirus-therapeutic-mypi
15  llow-sot-vpx.cnn
16
17
18
19
20
21
22
23
24
25

 1      ANDERSON COOPER:  You don't have no
 2  medical background.  You're not a scientist,
 3  yet, you're claiming this substance, which has
 4  not been studied in any meaningful way, can
 5  cure COVID, and you have a financial stake in
 6  the company.  You would profit from it if this
 7  is being sold widely.  Morally, is that right?
 8      MIKE LINDELL:  You know, I was contacted
 9  on Easter Sunday after -- you know, that I've
10  told the whole country to pray for the answer
11  for this pandemic.  And this great
12  administration has had me, anything I hear out
13  there, whether it be to pray good sanitizers,
14  or cures, or anything, to bring it back to the
15  task force.  So this guy called me on Easter
16  Sunday and said he had an answer to the virus.
17  And I reached out to my friend, Secretary
18  Carson, who's on the task force, and he's a
19  doctor, and he looked into it.  Got everything
20  from the company and he said this is the real
21  deal.  It's been tested by over a thousand
22  people to be safe.  Medical testing.
23      ANDERSON COOPER:  Well, wait a minute,
24  sir.  Wait a minute.  Stop.  Let's stop.
25  There's no public peer reviewed studied about

1  this.  There's no --
2       MIKE LINDELL:  Yeah, is there.
3       ANDERSON COOPER:  There's no human files
4  that have been published anywhere.
5       MIKE LINDELL:  Yeah, there is a safety
6  test that was done in 2016 for over a thousand
7  people that it's safe to take and if it's safe
8  to take --
9       ANDERSON COOPER:  Where is -- excuse me,
10 sir.  Where is the study?  The only study or
11 report out is the one report from the
12 University of Texas.  That was a preprint
13 study, and that was only involving cells in a
14 test tube.
15      MIKE LINDELL:  No, there's been human
16 studies.  Absolutely.  Human studies.
17      ANDERSON COOPER:  Stop, sir.  Where, sir,
18 are these --
19      (Talking simultaneously.)
20      MIKE LINDELL:  -- the FDA --
21      ANDERSON COOPER:  Where are these human
22 studies?
23      MIKE LINDELL:  The FDA --
24      ANDERSON COOPER:  Why aren't they
25 publically reviewed out there?  Why haven't

1  they been peer reviewed.
2        MIKE LINDELL:  Well, the thousand people
3  are out there.  I don't know if you can't find
4  it.  I'm not a medical doctor.  I just know
5  that Ben Carson, who's on the task force, he
6  brought it to the president going --
7        ANDERSON COOPER:  Well, okay, stop, sir.
8  Ben Carson has in the past, you know, been paid
9  to promote supplements and got in trouble for
10 it back in 2015.  So he has a track record on
11 that.  You are telling people that this cures
12 COVID.  You have no studies to prove it.  And
13 you're saying a thousand people were tested --
14       MIKE LINDELL:  I have my own study --
15       ANDERSON COOPER:  -- where?
16       MIKE LINDELL:  When I seen the test of a
17 thousand people that it was safe, that's all I
18 needed.
19       ANDERSON COOPER:  Sir, if you've seen this
20 test, where is it?
21       MIKE LINDELL:  I've been taking it since
22 April and I --
23       ANDERSON COOPER:  Where is it?
24       MIKE LINDELL:  -- have over a hundred of
25 my friends and family, this thing works.  It's

1  the miracle of all time.
2       ANDERSON COOPER:  Sir, you said you've
3  seen this test.  Where is it?
4       MIKE LINDELL:  The tests are out there.
5  The thousand people Phase I and Phase II --
6       ANDERSON COOPER:  Where is the test?  Show
7  it us.
8       MIKE LINDELL:  I don't have the test on
9  me.
10       ANDERSON COOPER:  Name where it's from.
11  Who did the test.  What university, what
12  doctors?
13       MIKE LINDELL:  Well, you'd have to talk
14  to -- I guess you'd have to have Dr. Carson and
15  then the company that all the tests that
16  were --
17       ANDERSON COOPER:  You said saw the test.
18  You read the test.  So tell me about the test.
19  Where was it done?
20       MIKE LINDELL:  The test that was done on
21  over a thousand people --
22       ANDERSON COOPER:  Where was it done?  And
23  what were the procedures for the test?  You
24  read this.  Let's hear it.
25       MIKE LINDELL:  The procedures are it was

1    used against cancer.  So they did -- when you
2    do a safety test of Phase I and Phase II, it's
3    to see if there's any --
4         ANDERSON COOPER:  There's been no Phase I
5    and Phase II --
6         MIKE LINDELL:  What's that?
7         ANDERSON COOPER:  -- on the test, sir.
8         There's been no Phase I and Phase II on
9    this drug, sir.
10        MIKE LINDELL:  Yeah, absolutely there has.
11   The FDA has had it since April.  100 percent.
12   You're just misconstrued because the media is
13   trying to take away this amazing cure that
14   works for everybody.
15        ANDERSON COOPER:  Sir.  Okay, so just for
16   our viewers, you have no medical background,
17   you're not a scientist, a guy called you in
18   April, said he had this product, you are now on
19   the board and going to make money from the sale
20   of this much product.
21        MIKE LINDELL:  No.  No.  No.
22        ANDERSON COOPER:  The reason he reached
23   out to you is because you have the ear of the
24   president.  So you can get a meeting with the
25   president and you stand to make money from it.

```
 1         MIKE LINDELL:  Anderson, that's you're
 2    narrative.
 3         ANDERSON COOPER:  How do you sleep at
 4    night?
 5         MIKE LINDELL:  Anderson, that's your
 6    narrative.  This is --
 7         ANDERSON COOPER:  You're not going to
 8    make money from this?
 9         MIKE LINDELL:  -- last week because they
10    want -- I don't care about the money.  I think
11    I've proven that?
12         ANDERSON COOPER:  Really.
13         MIKE LINDELL:  I've given millions of
14    dollars to everything that happens from
15    hurricanes to four millions of dollars worth of
16    masks that I gave out free pocket.  I just want
17    to tell you if you'd let me talk here.
18         ANDERSON COOPER:  Sure.
19         MIKE LINDELL:  I will tell you they put me
20    on the board last week because when this gets
21    approved by the FDA, which it will, it's passed
22    every safety test.  They have all studies done
23    which --
24         ANDERSON COOPER:  The FDA doesn't really
25    approve supplements.
```

```
 1        MIKE LINDELL:  When this comes out, when
 2   this comes out, this company wanted me because
 3   I help people, that's my passion, and I can
 4   scale things to get it out to everybody to save
 5   our country.
 6        ANDERSON COOPER:  Right, sir.
 7        MIKE LINDELL:  To safe lives.
 8        ANDERSON COOPER:  There is no evidence.
 9        MIKE LINDELL:  To save lives.
10        ANDERSON COOPER:  How are you different
11   than a snake oil salesman?  You have no medical
12   background.  There's no evidence of the
13   substance.  It hasn't been tested in animals or
14   humans.
15        MIKE LINDELL:  I think my platform stands
16   by itself.  I have a platform that God gave me
17   of integrity and trust.  I would not go in all
18   in on something if --
19        ANDERSON COOPER:  Okay, sir, let's talk
20   about integrity and trust.
21        MIKE LINDELL:  If if wasn't true, my --
22        ANDERSON COOPER:  If it wasn't true you
23   wouldn't do it.
24        MIKE LINDELL:  Absolutely I wouldn't do.
25        ANDERSON COOPER:  Okay.
```

1      MIKE LINDELL:  I wouldn't do anything if
2  it wasn't truthful.  If I didn't do my due
3  diligence.  Just like I did my due diligence
4  when I met our president before he was
5  president, the greatest president in the
6  history of the United States.
7      ANDERSON COOPER:  Okay.
8
9      (End of recording.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1        CERTIFICATE

2

3        I, ERINN GREEN, Professional Court

4   Reporter/Transcriptionist, do hereby certify that I

5   was authorized to transcribe the foregoing recorded

6   proceeding, and that the transcript is a true and

7   accurate transcription of my shorthand notes, to the

8   best of my ability, taken while listening to the

9   provided recording.

10

11       I further certify that I am not of counsel or

12  attorney for any of the parties to said proceedings,

13  nor in any way interested in the events of this

14  cause, and that I am not related to any of the

15  parties thereto.

16

17       Dated this 28th day of January, 2021.

18

19       *[signature: Erinn Green]*

20
    _____
21       ERINN L. GREEN, Court Reporter
         Notary Public Commission No.:  GG950705
22       Expires: January 23, 2024

23

24

25

**1**

**100** 6:11

**2**

**2015** 4:10

**A**

absolutely 6:10 8:24
amazing 6:13
Anderson 4:7, 15,19,23 5:2, 6,10,17,22 6:4,7,15,22 7:1,3,5,7,12, 18,24 8:6,8, 10,19,22,25 9:7
animals 8:13
approve 7:25
approved 7:21
April 4:22 6:11,18

**B**

back 4:10
background 6:16 8:12
Ben 4:5,8
board 6:19 7:20
brought 4:6

**C**

called 6:17
cancer 6:1
care 7:10
Carson 4:5,8 5:14

company 5:15 8:2
COOPER 4:7, 15,19,23 5:2, 6,10,17,22 6:4,7,15,22 7:3,7,12,18, 24 8:6,8,10, 19,22,25 9:7
country 8:5
COVID 4:12
cure 6:13
cures 4:11

**D**

diligence 9:3
doctor 4:4
doctors 5:12
dollars 7:14, 15
drug 6:9
due 9:2,3

**E**

ear 6:23
end 9:9
evidence 8:8, 12

**F**

family 4:25
FDA 6:11 7:21,24
find 4:3
force 4:5
free 7:16
friends 4:25

**G**

gave 7:16 8:16

God 8:16
greatest 9:5
guess 5:14
guy 6:17

**H**

hear 5:24
history 9:6
humans 8:14
hundred 4:24
hurricanes 7:15

**I**

II 5:5 6:2,5, 8
integrity 8:17,20

**L**

LINDELL 4:2, 14,16,21,24 5:4,8,13,20, 25 6:6,10,21 7:1,5,9,13,19 8:1,7,9,15, 21,24 9:1
lives 8:7,9

**M**

make 6:19,25 7:8
masks 7:16
media 6:12
medical 4:4 6:16 8:11
meeting 6:24
met 9:4
MIKE 4:2,14, 16,21,24 5:4, 8,13,20,25 6:6,10,21 7:1,5,9,13,19 8:1,7,9,15, 21,24 9:1
millions 7:13,15
miracle 5:1
misconstrued 6:12
money 6:19,25 7:8,10

**N**

narrative 7:2,6
needed 4:18
night 7:4

**O**

oil 8:11

**P**

paid 4:8
passed 7:21
passion 8:3
past 4:8
peer 4:1
people 4:2, 11,13,17 5:5, 21 8:3
percent 6:11
Phase 5:5 6:2,4,5,8
platform 8:15,16
pocket 7:16
president 4:6 6:24,25 9:4,5
procedures 5:23,25
product 6:18, 20
promote 4:9

Case 1:21-cv-00445-CJN Document 2-41 Filed 02/22/21 Page 13 of 13
Mike Lindell - Anderson Cooper My Pillow
August 20, 2018

2

**prove** 4:12
**proven** 7:11
**put** 7:19

---

### R

**reached** 6:22
**read** 5:18,24
**reason** 6:22
**record** 4:10
**recording** 9:9
**reviewed** 4:1

---

### S

**safe** 4:17 8:7
**safety** 6:2
 7:22
**sale** 6:19
**salesman** 8:11
**save** 8:4,9
**scale** 8:4
**scientist**
 6:17
**Show** 5:6
**sir** 4:7,19
 5:2 6:7,9,15
 8:6,19
**sleep** 7:3
**snake** 8:11
**stand** 6:25
**stands** 8:15
**States** 9:6
**stop** 4:7
**studies** 4:12
 7:22
**study** 4:14
**substance**
 8:13
**supplements**
 4:9 7:25

---

### T

**taking** 4:21

**talk** 5:13
 7:17 8:19
**task** 4:5
**telling** 4:11
**test** 4:16,20
 5:3,6,8,11,
 17,18,20,23
 6:2,7 7:22
**tested** 4:13
 8:13
**tests** 5:4,15
**thing** 4:25
**things** 8:4
**thousand** 4:2,
 13,17 5:5,21
**time** 5:1
**track** 4:10
**trouble** 4:9
**true** 8:21,22
**trust** 8:17,20
**truthful** 9:2

---

### U

**United** 9:6
**university**
 5:11

---

### V

**viewers** 6:16

---

### W

**wanted** 8:2
**week** 7:9,20
**works** 4:25
 6:14
**worth** 7:15