# Exhibit 244





**Donald J. Trump** ✔
@realDonaldTrump

Mail in ballots substantially increases the risk of crime and VOTER FRAUD!

7:29 PM · Apr 11, 2020 · Twitter for iPhone

**41.7K** Retweets    **207.5K** Likes





**Donald J. Trump** ✔
@realDonaldTrump

Because of MAIL-IN BALLOTS, 2020 will be the most RIGGED Election in our nations history - unless this stupidity is ended. We voted during World War One & World War Two with no problem, but now they are using Covid in order to cheat by using Mail-Ins!

7:45 AM · Jun 22, 2020                                                 ⓘ

♡ 164.1K      ⚡ See the latest COVID-19 information on Twitter



**Donald J. Trump** ✔
@realDonaldTrump

This Tweet violated the Twitter Rules about civic and election integrity. However, Twitter has determined that it may be in the public's interest for the Tweet to remain accessible. Learn more

So now the Democrats are using Mail Drop Boxes, which are a voter security disaster. Among other things, they make it possible for a person to vote multiple times. Also, who controls them, are they placed in Republican or Democrat areas? They are not Covid sanitized. A big fraud!

4:25 AM · Aug 23, 2020 · Twitter for iPhone



**Donald J. Trump** ✔
@realDonaldTrump

RINO Governor Charlie Baker of Massachusetts is unsuccessfully trying to defend Mail In Ballots, when there is fraud being found all over the place. Just look at some of the recent races, or the Trump Ballots in Pennsylvania that were thrown into the garbage. Wrong Charlie!

7:32 AM · Sep 25, 2020 · Twitter for iPhone



 **Donald J. Trump** ✓ @realDonaldTrump · 1h

Wow! 100,000 Mail In Ballots in New York City a total MESS. Mayor and Governor have no idea what to do. Big Fraud, Unfixable! Cancel Ballots and go out and VOTE, just like in past decades, when there were no problems!