# Exhibit 245

