# Exhibit 247

AP NEWS

Top Stories Topics Video Listen

ADVERTISEMENT
SEL
Fast Motor Bus Transfer
OPEN

# Delays in verifying mail-in ballots will slow election tally

By ANTHONY IZAGUIRRE October 4, 2020

Click to copy

RELATED TOPICS

- Election 2020
- Virus Outbreak
- Donald Trump
- U.S. News
- AP Top News
- Elections
- Voting
- Voting 2020

Voters awaiting results in some of the key presidential battleground states on election night should be prepared to keep waiting, thanks to obstacles that will slow the count for what is expected to be a crush of mailed-in ballots amid the coronavirus pandemic.

Many states allow local officials to start processing those ballots weeks before Election Day or even as they arrive. But in some of the most crucial states on the electoral map, rules prevent or give clerks little time to begin sorting ballots and verifying signatures before the election.

That's priming a scenario in which results may come in days — or even weeks — later.

In an election cycle that has seen President Donald Trump baselessly cast doubt on the legitimacy of mail voting, many fear that any delay in results could give the president more room to continue his attacks.

Democrats are requesting mail-in ballots at higher rates than Republicans in many states, giving rise to the notion that Trump could enjoy election night leads — a so-called "red mirage" — only to see that edge slowly vanish as mail-in ballots are tallied over the days that follow.

Potential problems are looming most acutely in Pennsylvania, which is being hotly contested by Trump and Democratic nominee Joe Biden. Republican state lawmakers there have not

ADVERTISEMENT

EQUITYMULTIPLE
Invest in exclusive, professionally managed commercial real estate assets all across the U.S.
Start with just $10k.
LEARN MORE

Trending on AP News

Arizona Republican Party chair sees new heat on her election

What of 'Individual-1'? Feds' Trump campaign case is 'dead'

Capitol breach invader of Pelosi's office pleads not guilty

by Taboola

Document title: Delays in verifying mail-in ballots will slow election tally
Capture URL: https://apnews.com/article/virus-outbreak-election-2020-donald-trump-elections-voting-2020-b382942a72809ab70a32d7dc1a93ee40
Capture timestamp (UTC): Mon, 08 Feb 2021 14:05:09 GMT



Delays in verifying mail-in ballots will slow election tally

Top Stories Topics Video Listen

Click to copy

RELATED TOPICS

Election 2020
Virus Outbreak
Donald Trump
U.S. News
AP Top News
Elections
Voting
Voting 2020

mirage" — only to see that edge slowly vanish as mail-in ballots are tallied over the days that follow.

Potential problems are looming most acutely in Pennsylvania, which is being hotly contested by Trump and Democratic nominee Joe Biden. Republican state lawmakers there have not allowed additional time to process ballots that arrive before Election Day, despite pleas from local election officials.

Pennsylvania is expected to see 3 million or more mail-in ballots — half of this year's total and a ten-fold increase from 2016. Registered Democrats are applying at a rate of nearly 3 to 1 over Republicans.

"The longer it takes for the election results to be known, the greater the risk that they're going to be questioned and second-guessed, and that we're going to be that national news story that we really don't want to be," said Lisa Schaefer, executive director of the County Commissioners Association of Pennsylvania.

The seemingly mundane administrative task of processing ballots — verifying signatures and other voter information to ensure legitimacy, and separating them from their envelope so they are ready to be tabulated — essentially readies ballots for counting on Election Day. That helps speed up the release of results.

County officials have pushed Pennsylvania Gov. Tom Wolf and state lawmakers to set aside a larger partisan fight and let them process mail-in ballots before Election Day. They argue that doing so will speed up vote counting amid concerns that the presidential election result will hang in limbo over a drawn-out count.

ADVERTISEMENT

Today's Refinance Rate
1.90%
APR 15 Year Fixed | $400K
Select Loan Amount
$400,000
lendingtree
Calculate Payment
Terms & Conditions apply. NMLS#1136

During a recent rally in Pennsylvania, Trump said the only way he will lose the state is if Democrats "steal the election."

"A lot of people are worried that if it takes a long time to count, people are going to use that to say we can't trust the results, when in fact it's the exact opposite," said Lawrence Norden, director of the Brennan Center's Election Reform Program. "It's taking so long because of all these security measures to make sure the count is as accurate as possible."

In Michigan, another battleground this fall, the Republican-controlled legislature has approved a measure to let clerks begin some ballot processing in cities or townships with at least 25,000 people the day before Election Day. Democrats had asked for at least three days of processing time and for no population-based limits.

"That one day can really make a difference," said the bill sponsor, Republican Sen. Ruth Johnson, a former secretary of state.

Johnson said allotting additional days would have been difficult because the new law will require volunteer election inspectors from both major political parties to observe the removal of ballots from their outer envelopes.

"You need to make sure that there's integrity," she said.

Still, the timing is tight. The day before Election Day already is a busy one for local election officials scrambling to get ready for in-person voters. Sonja Buffa, clerk for Warren, a city of roughly 135,000 people outside Detroit, has sent upwards of 30,000 absentee ballots so far with hundreds more going out every day.

"The day before is the worst day," Buffa said. "I wish I had three days so we could spread it out and not be so stressed."

Democrats in Wisconsin, another closely-watched state, sued in federal court to allow for absentee ballots to be tabulated before Election Day. They argued that the law, which had not been an issue before the pandemic when absentee voting was about 6% of all ballots cast, made it difficult for clerks to address problems with the ballots.

Capitol breach invader of Pelosi's office pleads not guilty

by Taboola

ADVERTISEMENT

Fast Motor Bus Transfer
SEL
In The Event Of A Power Source Failure, Rely On The SEL-700BT To Ensure Process Continuity

AP
AP-NORC poll: Few in US say democracy is working very well

Document title: Delays in verifying mail-in ballots will slow election tally
Capture URL: https://apnews.com/article/virus-outbreak-election-2020-donald-trump-elections-voting-2020-b382942a72809ab70a32d7dc1a93ee40
Capture timestamp (UTC): Mon, 08 Feb 2021 14:05:09 GMT
Page 1 of 8

Click to copy

RELATED TOPICS

Election 2020
Virus Outbreak
Donald Trump
U.S. News
AP Top News
Elections
Voting
Voting 2020

Democrats in Wisconsin, another closely-watched state, sued in federal court to allow for absentee ballots to be tabulated before Election Day. They argued that the law, which had not been an issue before the pandemic when absentee voting was about 6% of all ballots cast, made it difficult for clerks to address problems with the ballots.

But the judge was unmoved, noting in a September ruling that state law already allows for errors made on the outside of absentee ballots to be corrected before Election Day. It is on the outside of the ballot that voters must have a witness signature, address and date, the source of most of the errors seen in absentee ballots.

The judge also said that extending the deadline for counting absentee ballots by six days -- a ruling Republicans vowed to appeal to the U.S. Supreme Court — sufficiently addresses the concern about not being able to count absentee ballots before Election Day.

Andrew Hitt, chairman of the Wisconsin Republican Party, said “the earlier you start counting and the wider the time frame before you normally do it can introduce some risk into the processes and election integrity.”

In a normal election, when about 5% of Georgia voters cast absentee ballots, scanning and tabulating them on Election Day isn’t a problem, said Gabriel Sterling, voting system implementation manager for the secretary of state’s office.

But with fears about potential coronavirus exposure, nearly 1.2 million people voted absentee in the primary, about 50% of the total turnout. With such a dramatic increase, county election officials would be overwhelmed if they had to wait until Election Day to process ballots, Sterling said.

The state election board implemented a rule before the June primary to allow county election officials to begin processing absentee ballots eight days before Election Day, as long as they aren’t actually tabulated until Nov. 3. Anticipating an even greater flood of absentee ballots this fall, the board extended that to 15 days.

“If we had not done this, the system would have broken down,” Sterling said. “I do genuinely feel bad for those states where there’s a hard law against it.”

—

Izaguirre reported from Lindenhurst, New York. Associated Press writers Scott Bauer in Madison, Wis.; Kate Brumback in Atlanta; David Eggert in Lansing, Mich.; and Marc Levy in Harrisburg, Pa., contributed to this report.

—

The Associated Press produced this coverage with support from the Carnegie Corporation of New York.

ADVERTISEMENT

Taboola Feed

Arizona Republican Party chair sees new heat on her

   

Delays in verifying mail-in ballots will slow election tally

  

Top Stories Topics Video Listen

Click to copy

RELATED TOPICS

Election 2020
Virus Outbreak
Donald Trump
U.S. News
AP Top News
Elections
Voting
Voting 2020

Taboola Feed

Arizona Republican Party chair sees new heat on her election

PHOENIX (AP) — Pressure is rising on the leader of the Arizona Republican Party to allow an audit of her recent ...

 February 5, 2021

Ad Content

Why Anderson Cooper Didn't Inherit His Mother's Spectacular...
Promoted: Factable

Awkward Moments Caught By Elevator Cameras
Promoted: Definition

Illinois: Say Bye To Expensive Solar Panels If You Own A Home I...
Promoted: EnergyBillCruncher

Finally - A perfect mask to breathe freely all day long.
Promoted: SportsMask

ADVERTISEMENT

Fast Motor Bus Transfer
SEL
In The Event Of A Power Source Failure, Rely On The SEL-700BT To Ensure Process Continuity

What of 'Individual-1'? Feds' Trump campaign case is 'dead'

NEW YORK (AP) — The federal probe of hush money paid to cover up former President Donald Trump's alleg...

 February 5, 2021

Capitol breach invader of Pelosi's office pleads not guilty

LITTLE ROCK, Ark. (AP) — An Arkansas man who was photographed sitting with his feet on a desk in House ...

 February 5, 2021

Ad Content

The 20 Most Fearless And Careless People
Promoted: Post Fun

Study Reveals Least Educated States In The Country
Promoted: Money Pop

This Is Why Lily From The AT&T Ads Is Causing A Stir
Promoted: Total Pass

AP
Top Articles
by The Associated Press
AP-NORC poll: Few in US say democracy is working very well

Document title: Delays in verifying mail-in ballots will slow election tally
Capture URL: https://apnews.com/article/virus-outbreak-election-2020-donald-trump-elections-voting-2020-b382942a72809ab70a32d7dc1a93ee40
Capture timestamp (UTC): Mon, 08 Feb 2021 14:05:09 GMT
Page 3 of 8




The 20 Most Fearless And Careless People
Promoted: Post Fun

Study Reveals Least Educated States In The Country
Promoted: Money Pop

This Is Why Lily From The AT&T Ads Is Causing A Stir
Promoted: Total Past

**RELATED TOPICS**

- Election 2020
- Virus Outbreak
- Donald Trump
- U.S. News
- AP Top News
- Elections
- Voting
- Voting 2020

AP sources: Alabama senator has indicated he won't run again

MONTGOMERY, Ala. (AP) — U.S. Sen. Richard C. Shelby of Alabama, the Senate's fourth most senior member, ha...

AP February 6, 2021

ADVERTISEMENT
Fast Motor Bus Transfer
SEL
In The Event Of A Power Source Failure, Rely On The SEL-700BT To Ensure Process Continuity

Judge rules Republican Tenney won last open US House race

ALBANY, N.Y. (AP) — A New York judge ruled Friday that Republican Claudia Tenney defeated U.S. Rep. Anthony ...

February 6, 2021

## Ad Content

Ever Wondered What Kind of American Accent You Have?
Promoted: World Life Style

Western accent
midwest accent
Texan Accent
Country accent

N95 Respirator Mask Reusable (FDA Registered), 10% Off
Promoted: Canopus Group

2
PACK
N95
FDA

The Ingenious Reason You See Red Balls on Power Lines
Promoted: maternityweek.com

End Nighttime Shoulder Pain with Patented Arm Pocket
Promoted: MedCline

GOP-led Kentucky panel keeps Gov. Beshear impeachment alive

FRANKFORT, Ky. (AP) — A Republican-led legislative panel dismissed two petitions Friday calling for Gov. An...

February 5, 2021

FBI slayings show risk surveillance cameras pose to police

FORT LAUDERDALE, Fla. (AP) — The child pornography suspect who gunned down two South Florida FBI agents...

February 5, 2021

Ad Content




Delays in verifying mail-in ballots will slow election tally

Top Stories Topics

Video Listen

Click to copy

RELATED TOPICS

Election 2020
Virus Outbreak
Donald Trump
U.S. News
AP Top News
Elections
Voting
Voting 2020

AP February 5, 2021

## Ad Content

Most Scenic Drive in All 50 States
Promoted: Thrillist

Not Sure What Laptop To Get? No Worries. Here's The Top Ones!
Promoted: Laptops | Search Ads

He Was Once An Icon In The NBA, Here's Him Now
Promoted: Gameday News

ADVERTISEMENT

Fast Motor Bus Transfer

SEL

In The Event Of A Power Source Failure, Rely On The SEL-700BT To Ensure Process Continuity

As Trump prosecutor, delegate gets her say on impeachment

WASHINGTON (AP) — Stacey Plaskett couldn't cast a vote last month when the House impeached former ...

AP February 6, 2021

Fox Business cancels 'Lou Dobbs Tonight' after a decade

LOS ANGELES (AP) — Fox Business Network's "Lou Dobbs Tonight," whose host has trumpeted unfounded ...

AP February 6, 2021

## Ad Content

62yo Top Trainer: This Is What "Ripped" Old Guys Do Differently...
Promoted: Power Life

Get 1 sqft of land in Scotland and become a Lord!
Promoted: establishedtitles.com

Designed By Black Creators
Promoted: Bombas

The New Toyota RAV4 Will Take Your Breath Away. Research 2021...
Promoted: BrilliantCheck

A fluke or the future? Boebert shakes up Colorado district

DENVER (AP) — Colorado's 3rd Congressional District, a stretch of ski resorts, national forest, ranches, coal town...

AP February 6, 2021

AP
Rescuers in India digging for 37 trapped in glacier flood

district

DENVER (AP) — Colorado's 3rd Congressional District, a stretch of ski resorts, national forest, ranches, coal town...



February 6, 2021

RELATED TOPICS

Election 2020
Virus Outbreak
Donald Trump
U.S. News
AP Top News
Elections
Voting
Voting 2020

Judge sets bail hearing for Kyle Rittenhouse next week

MADISON, Wis. (AP) — A judge will hold a hearing next week on whether to arrest or increase bail for an 18-year...



February 5, 2021

Ad Content



Tom Cruise's Private Jet Puts Air Force One To Shame

Promoted: Money Pop



The Dead Giveaway That Tells You When Amazon's Giving You A Better Price Than Other Retailers

Promoted: Capital One Shopping



The Current Cost Of Renting A Private Jet Might Surprise You. Research Private Jet Membership

Promoted: BrilliantCheck

ADVERTISEMENT

Fast Motor Bus Transfer

SEL

In The Event Of A Power Source Failure, Rely On The SEL-700BT To Ensure Process Continuity

NC Supreme Court: Dan Forest can sue over 2012 political ad

RALEIGH, N.C. (AP) — North Carolina's Supreme Court on Friday upheld a split decision by a lower court to allo...



February 5, 2021



Analysis: Trump's Senate trial matters regardless of outcome

WASHINGTON (AP) — This matters. The outcome may seem preordained in the unprecedented second ...



yesterday




Ad Content

Kristy McNichol, 57, Is A Walking Talking Beauty

Promoted: BoredomTreatment



35 Best Shows Ever On Netflix: There's A New Top 5

Promoted: thedelite.com



Dental Implants Are Cheaper Than You...



Pepper, salt and lemon: a miracle cure...








Rescuers in India digging for 37 trapped in glacier flood


Delays in verifying mail-in ballots will slow election tally
Top Stories Topics Video Listen

Click to copy

RELATED TOPICS

Election 2020
Virus Outbreak
Donald Trump
U.S. News
AP Top News
Elections
Voting
Voting 2020

Dental Implants Are Cheaper Than You Think: See Prices
Promoted: DidUKnow

Pepper, salt and lemon: a miracle cure
Promoted: Tips and Tricks

Pro-Trump GOP chair steps down in Ohio, may seek Senate seat

CINCINNATI (AP) — An Ohio Republican linked closely to Donald Trump stepped down Friday as the party's ...

February 5, 2021

Wyoming GOP censures Rep. Liz Cheney over impeachment vote

RAWLINS, Wyo. (AP) — The Wyoming Republican Party voted overwhelmingly Saturday to censure U.S. Rep. Liz ...

February 6, 2021

ADVERTISEMENT
Fast Motor Bus Transfer
SEL
In The Event Of A Power Source Failure, Rely On The SEL-700BT To Ensure Process Continuity

Ad Content

Insurance Company

Seniors On Medicare Are In For A Big Surprise This January
Promoted: Quick Medigap

Who Are The Top 10 Attorneys in Northbrook
Promoted: Lawyers | Search Ads

Gastric Cancer Signs (Some Might Be Surprising)
Promoted: Gastric Cancer | Search Ads

Senate Republicans back Trump as impeachment trial nears

WASHINGTON (AP) — Donald Trump's defenders in the Senate on Sunday rallied around the former president ...

yesterday

AP
Rescuers in India digging for 37 trapped in glacier flood

Pilots say they, too, were molested by Univ. of Michigan doc

DETROIT (AP) — A cargo pilot who regularly needed health checkups to keep his license contacted a Universi...

February 6, 2021

Document title: Delays in verifying mail-in ballots will slow election tally
Capture URL: https://apnews.com/article/virus-outbreak-election-2020-donald-trump-elections-voting-2020-b382942a72809ab70a32d7dc1a93ee40
Capture timestamp (UTC): Mon, 08 Feb 2021 14:05:09 GMT
Page 7 of 8







AP
Delays in verifying mail-in ballots will slow election tally
Top Stories Topics Video Listen

Click to copy

RELATED TOPICS

Election 2020
Virus Outbreak
Donald Trump
U.S. News
AP Top News
Elections
Voting
Voting 2020

Seniors On Medicare Are In For A Big Surprise This January
Promoted: Quick Medigap

Who Are The Top 10 Attorneys in Northbrook
Promoted: Lawyers | Search Ads

Gastric Cancer Signs (Some Might Be Surprising)
Promoted: Gastric Cancer | Search Ads

ADVERTISEMENT

Fast Motor Bus Transfer

SEL

In The Event Of A Power Source Failure, Rely On The SEL-700BT To Ensure Process Continuity

Senate Republicans back Trump as impeachment trial nears

WASHINGTON (AP) — Donald Trump's defenders in the Senate on Sunday rallied around the former president ...

AP yesterday

Pilots say they, too, were molested by Univ. of Michigan doc

DETROIT (AP) — A cargo pilot who regularly needed health checkups to keep his license contacted a Universi...

AP February 6, 2021

## Ad Content

How Turmeric Is Linked To Rheumatoid Arthritis
Promoted: HealthCentral.com

In Photos, Reconstruction of Paris' Notre Dame Cathedral
Promoted: MSN

ADVERTISEMENT

Globalization Partners
Borders Aren't Boundaries
DOWNLOAD

AP NEWS
Top Stories
Video
Contact Us

DOWNLOAD AP NEWS
Connect with the definitive source for global and local news
Download on the App Store
GET IT ON Google Play

MORE FROM AP
ap.org
AP Insights
AP Definitive Source
AP Images Spotlight
AP Explore
AP Books

FOLLOW AP
AP
Rescuers in India digging for 37 trapped in glacier flood

THE ASSOCIATED PRESS About Contact Customer Support Careers Terms & Conditions Privacy
All conte

Document title: Delays in verifying mail-in ballots will slow election tally
Capture URL: https://apnews.com/article/virus-outbreak-election-2020-donald-trump-elections-voting-2020-b382942a72809ab70a32d7dc1a93ee40
Capture timestamp (UTC): Mon, 08 Feb 2021 14:05:09 GMT
Page 8 of 8