# Exhibit 249







**2020 ELECTIONS**

## 'The math is pretty simple': Trump's lead shrinks in Pennsylvania

So far, 78 percent of mail ballots have broken for Biden and 21 percent have been won by the president.



Election workers count ballots on Wednesday in Philadelphia, Pa. Both President Donald Trump's campaign and Democrats expressed confidence in their positions in the state. | Spencer Platt/Getty Images

By **HOLLY OTTERBEIN**
11/04/2020 10:09 PM EST

PHILADELPHIA — With President Donald Trump leading Joe Biden by 196,000 votes and 12 percent of the estimated vote still uncounted, Pennsylvania Democrats and Republicans spent Wednesday working out the rough math surrounding the as-yet-uncounted mail-in ballots.

There were more than 1 million mail ballots left to be counted as of 2:35 p.m., according to Pennsylvania's Department of State. So far, 78 percent of mail ballots have broken for Biden and 21 percent have been won by Trump.

Advertisement


If that pace continues — and it's a big if — Biden would take the lead. Looking at the amount of mail ballots Biden is winning as well as the places still to be fully counted, some Democratic elected officials and consultants, including

---

Document title: 'The math is pretty simple': Trump's lead shrinks in Pennsylvania - POLITICO
Capture URL: https://www.politico.com/news/2020/11/04/pennsylvania-results-trump-biden-434124
Capture timestamp (UTC): Mon, 08 Feb 2021 14:07:17 GMT

  

If that pace continues — and it's a big if — Biden would take the lead. Looking at the amount of mail ballots Biden is winning as well as the places still to be fully counted, some Democratic elected officials and consultants, including Sen. Bob Casey, estimate Biden will carry Pennsylvania by about 100,000 votes in a tight race.

"Biden has been winning the absentee votes by a fairly steady margin, so the math is pretty simple," said J.J. Balaban, a Pennsylvania-based Democratic strategist. "There's no reason to think that there is going to be a big change in the uncounted mail-in ballots from the ones that have been counted."

Democrats also point to the fact that Biden is performing better than Hillary Clinton in places such as northeastern Pennsylvania's Lackawanna County, where he was born. And he's ahead of Trump by less than half a percentage point in Northampton County, one of three counties in the state that flipped to Trump in 2016 after twice voting for President Barack Obama.



Advertisement

Shop Now

But all of that depends on whether Biden continues on the current track. There is another scenario, laid out Wednesday by Trump's campaign and state Republican strategists, predicated on the idea that Trump will perform more strongly in the mail ballots left to be counted because many are from areas where he is popular.


Advertisement

Credit score: Excellent

**Calculate Payment ▶**

Terms & Conditions apply. NMLS#1136

*Advertisement*

They projected early today the president would receive 30 percent of the vote in the remaining areas still counting mail ballots with the exception of Philadelphia, where they would take 5 percent — a number Trump campaign manager Bill Stepien said "a very, very conservative estimate."

The Trump team's rationale is that as of Wednesday morning, some of the counties with mail ballots left to count included Trump strongholds in western and northeastern Pennsylvania. Some are sparsely populated, but others are larger counties such as Westmoreland. Under that scenario, the Trump team claimed this morning that the president would defeat Biden by 40,000 votes.

"Looking at where those ballots are from, they're not all coming from Democratic strongholds. Some are, but not all," said Charlie Gerow, a GOP consultant in Pennsylvania. "So there are going to be areas of the state where Trump either wins or comes very close in the mail-in balloting."

Trump himself spent the day railing against the state, and his campaign filed a motion with the Supreme Court to intervene on a lawsuit to stop the count of mail-in ballots that are postmarked by Election Day, but received within three days of Nov. 3. With more than 1 million mail-in ballots left to be tallied, his aides also prematurely declared that he had won Pennsylvania. It is too early to know who has carried the state.



**MOST READ**



1. I Spent 11 Hours Inside the MAGA Bubble
2. Trump impeachment lawyer says he'll use video of Dems' own remarks at trial
3. Democrats' big shift in Trump's second impeachment
4. 'The Democratic version of John McCain'
5. Trump aides made a late request to Team Biden to extend their parental leave. They said no.

"The promise of democracy is that every vote counts," Democratic Gov. Tom Wolf told reporters Wednesday morning. "Make no mistake: Our democracy is being tested. This is a stress test of the ideals upon which this country was founded."

Both Trump's campaign and Democrats expressed confidence Wednesday in their positions in the state, laying out different pathways to victory. But as the day went on and more mail ballots were tallied, Trump's lead over Biden shrunk from 13 percentage points to just 3.

*Advertisement*


The Path Forward

Document title: 'The math is pretty simple': Trump's lead shrinks in Pennsylvania - POLITICO
Capture URL: https://www.politico.com/news/2020/11/04/pennsylvania-results-trump-biden-434124
Capture timestamp (UTC): Mon, 08 Feb 2021 14:07:17 GMT
Page 2 of 5



For months, Pennsylvania-based operatives and elected officials in both camps have predicted a nail-biter race below the polling averages showing Biden with a steady lead of between 5 and 7 percentage points in the last month.

As the final results become more clear, many Democrats and Republicans here are still expecting a closer finish than surveys indicated because of the trendlines they see in the vote count so far.



The Trump campaign said Wednesday it was dispatching family members and high-profile allies — Eric Trump, Lara Trump, Rudy Giuliani, Pam Bondi and Corey Lewandowski — to downtown Philadelphia for a press conference on Wednesday. As hundreds of police, reporters and activists gathered for the event, the campaign announced that it would be held at a different time at the city airport.

Giuliani baselessly claimed "massive cheating" is taking place in Pennsylvania. Trump's aides also said they would sue to stop mail ballots in the state from being tallied due to a lack of transparency, which election officials here strongly disputed.

"No one believes that. That's just ridiculous," said Casey. "They will be met with as good a legal team as they have ever faced, and I think their batting average of suing in Pennsylvania will remain perfect. They will be not just 0-5, they'll be 0-6 or 0-8 or 0-20."



Advertisement

  

Joe Biden may be the new president-elect — but with President Donald Trump continuing to challenge the results and Senate control up still up for grabs, the story of the election is far from over.

### BIDEN'S PLANS

- Kathleen Hicks is **Biden's pick to be the first female deputy defense secretary**.
- Biden has tapped three senior officials onto **his Covid-19 Response team**.
- Biden's transition chief blasts 'obstruction' by political appointees **at OMB and the Pentagon**.
- Trump's unplanned gift to Biden is that **clean energy is on the rise**.

### TRUMP AND THE GOP

- Sen. Josh Hawley **pledged to challenge Biden's victory in Pennsylvania** on Jan. 6.
- Nancy Pelosi will **seat a Republican in a contested Iowa race**.
- Congress and the coronavirus **could quash Trump's Electoral College gambit**.
- Sen. Ben Sasse delivered a critique of his Republican colleagues **challenging 2020 results**.

### COMING UP: GEORGIA SENATE RUNOFFS

- A judge is seeking a **deal to limit voter challenges** in the Georgia runoff.
- Joe Biden and Kamala Harris **are going back to Georgia before the Senate runoffs**.
- Strong early voting turnout **gives Democrats hope in Georgia runoffs**.
- Sens. Kelly Loeffler and David Perdue **side with Trump on $2,000 stimulus payments**.

FILED UNDER: JOE BIDEN, JOE BIDEN 2020, BOB CASEY, PENNSYLVANIA, 2020 ELECTIONS, …



### SPONSORED CONTENT

By Outbrain


Definition
**Illinois Contains The #1 Ranked Abandoned Military Base**


Money Versed
**[Pics] These Behind-The-Scene Photos Are A Sweet Mix Of Fiction And Reality**


Ice Pop
**20 The Most Unforgettable Bond Girls**


Capital One Shopping
**Read This Before You Renew Amazon Prime Again**


The Jerusalem Post
**The Israeli-made Face Mask Everyone Is Talking About In the US**


TUSHY
**Meet TUSHY: Your Bumhole's New BFF**


Definition
**Photos Of Donald Trump You Never Seen Before**


Naked Wines
**Most wine drinkers in Illinois don't know these 5 simple Dos and Don'ts**


DomesticatedCompanion
**[Gallery] 29 Things You Should Never, Ever Wear**


Health Gazette™
**Many Americans Have Switched From Traditional Cloth Masks to These**

**TRUMP AND THE GOP**

- Sen. Josh Hawley **pledged to challenge Biden's victory in Pennsylvania** on Jan. 6.
- Nancy Pelosi will **seat a Republican in a contested Iowa race**.
- Congress and the coronavirus **could quash Trump's Electoral College gambit**.
- Sen. Ben Sasse delivered a critique of his Republican colleagues **challenging 2020 results**.

**COMING UP: GEORGIA SENATE RUNOFFS**

- A judge is seeking a **deal to limit voter challenges** in the Georgia runoff.
- Joe Biden and Kamala Harris **are going back to Georgia before the Senate runoffs**.
- Strong early voting turnout **gives Democrats hope in Georgia runoffs**.
- Sens. Kelly Loeffler and David Perdue **side with Trump on $2,000 stimulus payments**.

FILED UNDER: JOE BIDEN, JOE BIDEN 2020, BOB CASEY, PENNSYLVANIA, 2020 ELECTIONS, ...



SPONSORED CONTENT    By Outbrain


Definition
**Illinois Contains The #1 Ranked Abandoned Military Base**


Money Versed
**[Pics] These Behind-The-Scene Photos Are A Sweet Mix Of Fiction And Reality**


Ice Pop
**20 The Most Unforgettable Bond Girls**


Capital One Shopping
**Read This Before You Renew Amazon Prime Again**


The Jerusalem Post
**The Israeli-made Face Mask Everyone Is Talking About In the US**


TUSHY
**Meet TUSHY: Your Bumhole's New BFF**


Definition
**Photos Of Donald Trump You Never Seen Before**


Naked Wines
**Most wine drinkers in Illinois don't know these 5 simple Dos and Don'ts**


DomesticatedCompanion
**[Gallery] 29 Things You Should Never, Ever Wear**


Health Gazette™
**Many Americans Have Switched From Traditional Cloth Masks to These**

Document title: 'The math is pretty simple': Trump's lead shrinks in Pennsylvania - POLITICO
Capture URL: https://www.politico.com/news/2020/11/04/pennsylvania-results-trump-biden-434124
Capture timestamp (UTC): Mon, 08 Feb 2021 14:07:17 GMT
Page 5 of 5