# Exhibit 255

File 5 C SPAN Mike Lindell
December 12, 2020

1

2

3

4                        File 5

5        C-SPAN, Women For America First Rally,

6            Mike Lindell, CEO of MyPillow

7                    Dec. 12, 2020

8    https://www.c-span.org/video/?507234-1/women-america-

9    rally.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

File 5 C SPAN Mike Lindell
December 12, 2020                              2

```
 1

 2                 I N T E R V I E W

 3                      * * *

 4        (Video clip of Mike Lindell)

 5        MIKE LINDELL:  On November 8th, 2016, to change

 6   the course we were on.  God had been taken out of our

 7   schools and lives.  A nation that turned its back on

 8   God, And I encourage you to use this time at home to get

 9   back in the word.  Read our Bibles and spend time with

10   our families.

11        Our President gave us so much hope.  Where just a

12   few short months ago, we had the best economy, the

13   lowest unemployment, the wages going up.  It was

14   amazing.

15        With our great President, Vice President, and

16   this Administration, and all the great people in this

17   Country praying daily, we will get through this and get

18   back a place that's stronger and safer than ever.

19        (End of video clip.)

20        MIKE LINDELL:  Hey, everybody.  That seemed like

21   it was yesterday, but that night that I -- that

22   happened, I was attacked by every media outlet known to

23   man.  And I want to tell you right now, that we -- this

24   -- this whole purpose of this March was to get the real

25   truth out there.  And I'm telling you, last night, what
```

1    you just heard the doctors say about the voter fraud and

2    the machines that's available out there.

3         I talked to Sidney Powell last night, and she put

4    -- right now, it's in the Supreme Court, Wisconsin,

5    Michigan, Arizona, and Georgia.  And that's the real --

6    that's the real lawsuits that the stuff that's Texas had

7    was not the one that we were all working on.  So I'll

8    tell you what, here's what -- and I'm going to go -- I'm

9    going to tell you what really happened the night of the

10   election.

11        Okay.  What they are not telling you.  What

12   they've been hiding.  I've been attacked the first --

13   the other day when I was on FOX, at the beginning of

14   this.  FOX had me on for four months because I was

15   telling -- this was back when we had that Therapeutic

16   for the cure.  Well, FOX didn't have me on, but they had

17   it LIVE about two weeks ago at this rally.

18        Well, you know what the headlines were around the

19   Country?  "Mike Lindell spews lunacy on FOX."  Well, it

20   wasn't lunacy.  Okay?  And -- and then, you know you're

21   getting to them when on Saturday Night LIVE, this last

22   Saturday, they had they a -- they had a skit.

23        And they go -- and it was Rudy Giuliani -- "Who's

24   your next witnesses?"  They said, "Well, we want to call

25   Mike Lindell, the MyPillow guy."  And they had somebody

File 5 C SPAN Mike Lindell
December 12, 2020                                        4

1    up there.  Of course, they didn't put the cross on

2    there, right?

3         And they said, "Hello.  I'm Mike Lindell.  If

4    you're a Democrat, you can hide -- you can hide

5    1,000,000 votes inside MyPillow, and it will still be

6    the most comfortable pillow you'll ever own."  But their

7    -- they do these things, but at least I didn't mind

8    because it's getting the word out, right?

9         Well, I'm telling you right now what happened on

10   election night, and I talked to Lin Wood.  I talked to

11   Sidney Powell.  I have been writing the thing.  I put

12   all my resources behind getting these machines, and

13   getting them, right?  To find the fraud.

14        On election night -- on election night at 11:15,

15   all the algorithms that were set across our Country, in

16   the machines like you just heard from this doctor, where

17   Biden got point -- where Biden got one point, two votes

18   for every vote, and our President got like .66.  Okay?

19   When that happened, all of us voted.  It was probably 80

20   million votes came in for our great President, and

21   because of you, guess what?  They all broke the

22   algorithm in the machines.

23        So there -- so there wasn't enough time in

24   Wisconsin.  Almost all of the votes were in.  So they

25   had to quick stop everything because he would have won

1  the election in spite of the fraud.  But -- so they had

2  to stop it.

3        Because of the votes by all of you, this is going

4  to get exposed because we would have never known.  If

5  they -- we would have went to bed -- if it would have

6  been -- if the election wouldn't have been -- you know,

7  even with the fraud, and we didn't break the algorithms,

8  we would have said, "Oh, Biden got all these votes.

9  Right?  It's impossible, but somehow he did it with

10  mail-in."  But they had to stop it, and what they had to

11  do then, they had to scramble and backfield votes into

12  them machines.

13        I look at algorithms every day.  The big spikes

14  that you see is -- you know, look at Michigan.  That's

15  impossible.  You get a couple hundred -- a couple

16  hundred thousand votes put into a machine for Biden and

17  zero for Donald Trump.  It's craziness.  And what they

18  did, they backfield them, and then they scrambled like

19  Georgia and Pennsylvania.

20        Scrambled.  How are they going to win that?

21  There's 600,000 votes that they -- that they kept adding

22  on in Pennsylvania.  And then -- and then, you have

23  Arizona.  What about FOX?  Let's talk about FOX.

24        They took FOX -- FOX -- FOX would not let me

25  advertise my book before the election because they said

1    it was political.  This is my story from being a crack

2    addict to the platform God's given me to speak out for

3    Jesus.  And they -- and they knew that part of my story

4    is meeting our great President in the Summer of 2016.

5            It was -- I'll tell you all right now how this

6    came about.  Here's a -- when I came out of addition,

7    for decades -- for decades, I have -- you know was just

8    a functioning addict, and I came out -- God freed me out

9    of everything on January 16th, 2009.  And -- and I came

10   out, and I go, "What did I miss?"  My friends had lost

11   their jobs.  They were unemployed.  They lost their

12   houses.

13           We had a President giving money to an evil

14   empire.  They were killing babies.  I mean, with Planned

15   Parenthood going crazy.  The other day I said it by

16   accident on the microphone here, I said, "Oh, Planned

17   Parenthood, all they're doing is killing parents."  And

18   the fake news came to me, and they go, "Why -- they're

19   killing parents now, Mike?"

20           I said, "You know what?  It's like that song,

21   'Mama, don't let your babies grow up to be Cowboys.'

22   Planned Parenthood doesn't want the babies to grow up to

23   be parents."'  You know?

24           And -- and -- any -- and so anyway, what I was

25   saying with that, that Summer of 2016, Donald Trump

1    reached out to me for a private meeting in New York

2    City, and I walked into his office, and he said -- it

3    was nobody else.  Him and I.  He looked up and said,

4    "Mike, you always wear a cross.  Are you a Christian?"

5    I said, "Yes, Mr. Trump, and this is a divine

6    appointment."

7          And we started talking, and he told me all the

8    promises, the stuff he was going to do businessman to

9    businessman.  "You know, I'm going to bring the jobs

10   back, like MyPillow.  You know, all the jobs you have

11   here."  And I said, "I used to be a crack addict," and I

12   said, "I'm going to help on getting millions out of

13   addiction."  And he said, "I'll stop the drugs pouring

14   in."

15         And -- and all these -- and all these things we

16   talked about in that room for a half hour, I walked out

17   of there not knowing anything about politics, but I do

18   know common sense, and I do know that this man has the

19   greatest heart to help this Country and listen to people

20   and what their needs are.  And the problem, solution and

21   know what it manifests to.  And when I walked out, I

22   said, "He's going to be the greatest President in

23   history."

24         And I'll tell you, I went and talked to his

25   employees.  And I talked to a lot of them, and I went

1  in, and all of them said the same thing.  "He's a great

2  leader.  He's a great man, and he's --" and every one of

3  them had a personal story of how he had helped them

4  individually.

5          And so I got back to Minnesota, and you guys,

6  this is before -- I had never voted in my life.  I went

7  back to Minnesota on August 15th to tell my state and

8  tell the media that I met Donald Trump, and I was going

9  to -- they didn't even know what we talked about.  I did

10  a press release, and it was crickets.  Except for, then

11  it came out.  They started calling me a racist.  They

12  called me everything.  The attacks started.  The attacks

13  had never let up.

14          But you know what?  I want to tell everybody

15  right now, we all know what he did.  He kept his

16  promises, and he made this one of the greatest countries

17  ever, in spite of the fake news and the media.  And we

18  -- and we were on the great path when all this China

19  virus comes in and all this stuff that came in.  And he

20  got us through that better than any leader ever could in

21  history.

22          And he -- and I want to say anyone out there

23  that's living in fear, this is not the time.  We only

24  have one fear, and that's fear of the Lord.  And my

25  business -- by me standing up and never backing down,

1    every day, my business gets better.  Every day, they

2    say, "What's the busiest day you've ever had?"  It's the

3    day we're in.  And God will bless each and every one of

4    you.

5         This time, we cannot give up ever on this.  This

6    is a -- this is a spiritual warfare in our Country and

7    in the world.  In this world.  The whole world is

8    watching us right now, and this fraud is real.  It's of

9    -- it's of epic proportions that this election was

10   stolen.

11        This wasn't a few votes here and there.  This is

12   like six to ten million votes.  This is -- this is a

13   landslide victory for our great President.  And -- and

14   I'm telling you, I am very happy today, and we should

15   all feel very blessed because had that went down the

16   night of the election where we didn't break those

17   algorithms, we would not have had this opportunity.

18        What this opportunity is, is coming out of this,

19   we're going to look back and say this had to happen so

20   this could never have illegal elections and fraud that

21   goes so deep ever in history again.  And we need to all

22   watch -- watch Georgia.  My friend, Lin Wood, said the

23   other day -- and they took him out of context.  They

24   sounded him -- he said, "We shouldn't vote in Georgia at

25   those elections with the machines."

File 5 C SPAN Mike Lindell
December 12, 2020                           10

1        We cannot let what he meant -- We can't vote

2    there and let them use these machines, but of course we

3    got to vote.  Every Georgian.  Everyone's got to get out

4    and vote, but the whole world's watching, and here's how

5    it should be done.  Here's a vote.  Everybody look at

6    it.  Do we all agree?  That's one.  Everybody agree?

7    That's two.

8        This is the most important election with them two

9    Senators because they we're going for the -- everything.

10   They we're going to take everything we had.  This -- and

11   why do you think -- why do you think FOX declared

12   Arizona with only 14 percent of the votes in?  They

13   already knew what they did.  They were in on it.

14       You know, I'm serious.  They had to be in on it.

15   You don't know this stuff.  I mean, all this stuff, and

16   you know what?  It's not just the -- it's not just the

17   ones behind us this that are going to end up, you know,

18   being (inaudible), and they all should go to prison when

19   they are found out.

20       And -- but how about the Republicans out there

21   that didn't back this great President and us as the

22   people.  We voted him in.  All these Legislators,

23   Governors, Doug Ducey of Arizona, Governor Brian Kemp in

24   Georgia.  What is with that?  I don't get it.  You -- we

25   voted them in.

File 5 C SPAN Mike Lindell
December 12, 2020                                11

1        They're all gonna be -- they got to be hiding

2    something.  They have to be hiding something.  And I am

3    here to tell you though you should all have hope today

4    and faith.  Let me tell you, we are in the middle of a

5    -- the greatest revival in history because people do not

6    -- they do not look to God and to Jesus when things are

7    good.

8        Most people go, "Everything's going great.  I'll

9    go to church this Sunday.  And it will all be great."

10   They look to it when times are bad.  And when times look

11   the bleakest.  And this is the time we can bring our

12   great Country back to one nation under God.  And that

13   God is Jesus.

14       And I want to tell you, when I sat at that Rose

15   Garden, the President -- nobody knew in this world I was

16   going to say that speech that day, and yes.  You know

17   what?  A nation had turned its back on God.  For decades

18   they brainwashed our kids in school, and you have

19   decades of a generation with no God.

20       And they -- and we need to pray that God can fill

21   all their hearts and fill their spirits and break

22   through that block they have on -- you know, and open

23   their hearts.  God, in fact, we pray that.  God, please

24   give us grace.  Give our Country grace like you did on

25   November 8th, 2016.  Give us grace.  Give us -- give us

File 5 C SPAN Mike Lindell
December 12, 2020                                          12

1    a second chance for all of us to give to Jesus to find

2    find you, Lord, and open the hearts of all the people

3    over here that are blocked.

4         They can't see common sense.  These are -- these

5    people over here, they're going to look back and thank

6    us all because you know what?  When this election --

7    when all this fraud is opened up that I already know

8    exists, I wouldn't stand up here and put everything I

9    had on the line and tell you that this is real and it is

10   of epic proportion.  And everyone's going to see it.  So

11   everyone says, "Oh, this is going to be such a divided

12   Country.  It's going to be a Civil War."

13        No.  By the time everyone sees this fraud, even

14   if you're over here on the left, you're going to go,

15   "Well, you know, we tried."  You know?  But they're

16   going -- they're not going to riot when it's -- when

17   they try to steal something.

18        It's the -- you're going to have a big problem if

19   they steal this and the whole world knows they stole our

20   lives and stole our Country.  Then, we're going to have

21   problems because we can never give up, and this is what

22   God has put on us.  This is a turning point in history

23   everybody.  This is -- this is probably the best time to

24   be alive ever because you know what?  What this is going

25   to manifest to is a uniting of our Country.

File 5 C SPAN Mike Lindell
December 12, 2020                          13

1        No matter what Party you are.  It's going to --

2   you're going to come out of this, and we're going to

3   have two Parities.  And it's going to be called Common

4   Sense Party One and Common Sense Party Two because the

5   Democratic Party, that ship sailed a long time ago, and

6   the Republican Party, Donald Trump turned it into the

7   Common Sense Party.  Left a few, and the ones that

8   aren't Common Sense yet, they're found out.

9        They're the ones sitting out there right now, and

10  they better make a choice.  Are they going to help us

11  with this election fraud?  Governor Brian Kemp, are you

12  going to help us?  All the Secretaries of States and all

13  the Legislatures in every Country -- every state in this

14  Country.  I don't care if you're a red or blue state.

15  You need to -- this is for our Country, this election

16  fraud.  I want to ask everybody something.  If you --

17  why would they not want to at least look?  It doesn't

18  make sense.

19       If I would want to -- If I won an election, and

20  somebody accused me of cheating, I would say, "Go ahead

21  and check.  There's nothing to hide."  Right?  Right?

22  That's what you would say.

23       So it's -- it doesn't make sense, and I want to

24  thank Right Side Broadcast Network for -- for following

25  this tour.  I want to thank Newsmax and OANN -- OANN.

File 5 C SPAN Mike Lindell
December 12, 2020                          14

1   All these -- all these new media that are bringing us

2   the truth, and we pray that the mainstream media will at

3   least show what's going on.

4        That this was real and instead of bad mouthing

5   them, let's talk about social media.  I'm a little fired

6   up.  So you -- you got Mark Zuckabuck from Facebook --

7   yeah, Zuckabuck.  He blocks -- he blocks things -- he

8   blocks things -- he blocks things on my Facebook and

9   everyone else.

10       How about what Google did with YouTube the other

11  day?  They took down anyone that says "free speech," and

12  they took their sites down that worked hard.  And then

13  you -- and then, you have -- and then, you have Twitter.

14  You got Twitter.  That -- you know, thank -- actually,

15  thank God for Twitter.

16       Even though they're putting up those disclaimer

17  now.  At least they're -- at least we're getting the

18  word out.  And you see those disclaimers, that's like

19  saying, "This is a true fact."  You know?  And -- but I

20  just -- I -- I can't say enough about everybody.

21       Stay in prayer.  We stay in prayer.  Keep the

22  faith.  Keep your hopes up.  Do -- they want you to get

23  your hopes down.

24       That thing yesterday with the Texas and the

25  Supreme Court, that was all about Constitutional things

File 5 C SPAN Mike Lindell
December 12, 2020                    15

1   that were done in the states, and other states that took

2   the lawsuit, they did it to.  And you know what was --

3   what they did?  The Legislatures did not step it up.

4   And they should have.  And they can do it now.

5        This is their chance.  Basically, and expose them

6   too.  They're the ones that's been changing these rules,

7   but that wasn't the cases with Sidney, with Lin, with

8   Rudy.  Those cases are still going on and that's what's

9   going to show the fraud that's going to make our

10  President, Donald Trump, the President for four more

11  years.

12       You guys, and you know what?  I want everybody to

13  just keep our President in our -- in our prayers.  He's

14  worked -- he said it the other day.  He expects to have

15  the last three weeks have off.  He's never worked

16  harder.  He works every day for you, and we will never

17  -- we cannot give up on him because he's not giving up.

18       I'll tell you that.  This isn't even giving up.

19  And we're going to make one more prayer.  And that

20  prayer is for judges.  For the judges, the Government,

21  the Legislature, the Republicans out there that were

22  cowards that now -- now is your chance.

23       We're not going anywhere, and you better stand up

24  because if you think that you're doing -- you're doing

25  it for personal agenda, and you're going to be around if

File 5 C SPAN Mike Lindell
December 12, 2020                              16

1    they take over our Country and turn into Socialism, they

2    ain't taking you.  You know?  And we just need to pray

3    that God changes peoples hearts.  That they dig into

4    their hearts, the ones that we need to help this.

5          And then all of you, I want to thank every one of

6    you for coming out to support -- this isn't our pres --

7    this is support -- support the world that is watching.

8    Elections that have to be fair in the Country and the

9    world because otherwise, it's end times, which we're

10   probably already in anyway, but that's a good thing.

11   Jesus loves you all.  God bless you.

12          (End of recording.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1              C E R T I F I C A T E

2

3   I, STEPHANIE TURNER, Certified Shorthand Reporter/

4   Transcriptionist, do hereby certify that I was

5   authorized to transcribe the foregoing recorded

6   proceeding, and that the transcript is a true and

7   accurate transcription of my shorthand notes, to the

8   best of my ability, taken while listening to the

9   provided recording.

10

11  I further certify that I am not of counsel or attorney

12  for either or any of the parties to said proceedings,

13  nor in any way interested in the events of this cause,

14  and that I am not related to any of the parties thereto.

15  Dated this 29th day of January, 2021.

16

17

18

19                          *Stephanie Turner*

20

21              STEPHANIE TURNER, CSR 13439

22

23

24

25

**1**

1,000,000  4:5
11:15  4:14
14  10:12
15th  8:7
16th  6:9

**2**

2009  6:9
2016  6:4,25
  11:25

**6**

600,000  5:21
66  4:18

**8**

80  4:19
8th  11:25

**A**

accident  6:16
accused  13:20
addict  6:2,8
  7:11
addiction
  7:13
adding  5:21
addition  6:6
advertise
  5:25
agenda  15:25
agree  10:6
ahead  13:20
algorithm
  4:22
algorithms
  4:15 5:7,13
  9:17

alive  12:24
appointment
  7:6
Arizona  3:5
  5:23 10:12,23
attacked  3:12
attacks  8:12
August  8:7

**B**

babies  6:14,
  21,22
back  3:15
  7:10 8:5,7
  9:19 10:21
  11:12,17 12:5
backfield
  5:11,18
backing  8:25
bad  11:10
  14:4
Basically
  15:5
bed  5:5
beginning
  3:13
Biden  4:17
  5:8,16
big  5:13
  12:18
bleakest
  11:11
bless  9:3
  16:11
blessed  9:15
block  11:22
blocked  12:3
blocks  14:7,8
blue  13:14
book  5:25
brainwashed
  11:18
break  5:7
  9:16 11:21

Brian  10:23
  13:11
bring  7:9
  11:11
bringing  14:1
Broadcast
  13:24
broke  4:21
busiest  9:2
business  8:25
  9:1
businessman
  7:8,9

**C**

call  3:24
called  8:12
  13:3
calling  8:11
care  13:14
cases  15:7,8
chance  12:1
  15:5,22
changing  15:6
cheating
  13:20
check  13:21
China  8:18
choice  13:10
Christian  7:4
church  11:9
City  7:2
Civil  12:12
comfortable
  4:6
common  7:18
  12:4 13:3,4,
  7,8
Constitutional
  14:25
context  9:23
countries
  8:16
Country  3:19
  4:15 7:19 9:6

11:12,24
  12:12,20,25
  13:13,14,15
  16:1,8
couple  5:15
Court  3:4
  14:25
cowards  15:22
Cowboys  6:21
crack  6:1
  7:11
craziness
  5:17
crazy  6:15
crickets  8:10
cross  4:1 7:4
cure  3:16

**D**

day  3:13 5:13
  6:15 9:1,2,3,
  23 11:16
  14:11 15:14,
  16
decades  6:7
  11:17,19
declared
  10:11
deep  9:21
Democrat  4:4
Democratic
  13:5
dig  16:3
disclaimer
  14:16
disclaimers
  14:18
divided  12:11
divine  7:5
doctor  4:16
doctors  3:1
Donald  5:17
  6:25 8:8 13:6
  15:10
Doug  10:23

drugs   7:13
Ducey   10:23

**E**

election   3:10
  4:10,14 5:1,
  6,25 9:9,16
  10:8 12:6
  13:11,15,19
elections
  9:20,25 16:8
empire   6:14
employees
  7:25
end   10:17
  16:9,12
epic   9:9
  12:10
everyone's
  10:3 12:10
Everything's
  11:8
evil   6:13
exists   12:8
expects   15:14
expose   15:5
exposed   5:4

**F**

Facebook
  14:6,8
fact   11:23
  14:19
fair   16:8
faith   11:4
  14:22
fake   6:18
  8:17
fear   8:23,24
feel   9:15
fill   11:20,21
find   4:13
  12:1,2

fired   14:5
found   10:19
  13:8
FOX   3:13,14,
  16,19 5:23,24
  10:11
fraud   3:1
  4:13 5:1,7
  9:8,20 12:7,
  13 13:11,16
  15:9
free   14:11
freed   6:8
friend   9:22
friends   6:10
functioning
  6:8

**G**

Garden   11:15
generation
  11:19
Georgia   3:5
  5:19 9:22,24
  10:24
Georgian   10:3
Giuliani   3:23
give   9:5
  11:24,25
  12:1,21 15:17
giving   6:13
  15:17,18
God   6:8 9:3
  11:6,12,13,
  17,19,20,23
  12:22 14:15
  16:3,11
God's   6:2
good   11:7
  16:10
Google   14:10
Government
  15:20
Governor
  10:23 13:11

Governors
  10:23
grace   11:24,
  25
great   4:20
  6:4 8:1,2,18
  9:13 10:21
  11:8,9,12
greatest
  7:19,22 8:16
  11:5
grow   6:21,22
guess   4:21
guy   3:25
guys   8:5
  15:12

**H**

half   7:16
happen   9:19
happened   3:9
  4:9,19
happy   9:14
hard   14:12
harder   15:16
headlines
  3:18
heard   3:1
  4:16
heart   7:19
hearts   11:21,
  23 12:2 16:3,
  4
helped   8:3
hide   4:4
  13:21
hiding   3:12
  11:1,2
history   7:23
  8:21 9:21
  11:5 12:22
hope   11:3
hopes   14:22,
  23
hour   7:16

houses   6:12
hundred   5:15,
  16

**I**

illegal   9:20
important
  10:8
impossible
  5:9,15
inaudible
  10:18
individually
  8:4
inside   4:5

**J**

January   6:9
Jesus   6:3
  11:6,13 12:1
  16:11
jobs   6:11
  7:9,10
judges   15:20

**K**

Kemp   10:23
  13:11
kids   11:18
killing   6:14,
  17,19
knew   6:3
  10:13 11:15
knowing   7:17

**L**

landslide
  9:13
lawsuit   15:2
lawsuits   3:6
leader   8:2,20

left  12:14
  13:7
Legislators
  10:22
Legislature
  15:21
Legislatures
  13:13 15:3
life  8:6
Lin  4:10 9:22
  15:7
Lindell  3:19,
  25 4:3
listen  7:19
LIVE  3:17,21
lives  12:20
living  8:23
long  13:5
looked  7:3
Lord  8:24
  12:2
lost  6:10,11
lot  7:25
loves  16:11
lunacy  3:19,
  20

**M**

machine  5:16
machines  3:2
  4:12,16,22
  5:12 9:25
  10:2
made  8:16
mail-in  5:10
mainstream
  14:2
make  13:10,
  18,23 15:9,19
Mama  6:21
man  7:18 8:2
manifest
  12:25
manifests
  7:21

Mark  14:6
matter  13:1
meant  10:1
media  8:8,17
  14:1,2,5
meeting  6:4
  7:1
met  8:8
Michigan  3:5
  5:14
microphone
  6:16
middle  11:4
Mike  3:19,25
  4:3 6:19 7:4
million  4:20
  9:12
millions  7:12
mind  4:7
Minnesota
  8:5,7
money  6:13
months  3:14
mouthing  14:4
Mypillow  3:25
  4:5 7:10

**N**

nation  11:12,
  17
Network  13:24
news  6:18
  8:17
Newsmax  13:25
night  3:3,9,
  21 4:10,14
  9:16
November
  11:25

**O**

OANN  13:25
office  7:2

open  11:22
  12:2
opened  12:7
opportunity
  9:17,18

**P**

Parenthood
  6:15,17,22
parents  6:17,
  19
parents."'
  6:23
Parities  13:3
part  6:3
Party  13:1,4,
  5,6,7
path  8:18
Pennsylvania
  5:19,22
people  7:19
  10:22 11:5,8
  12:2,5
peoples  16:3
percent  10:12
personal  8:3
  15:25
pillow  4:6
Planned  6:14,
  16,22
platform  6:2
point  4:17
  12:22
political  6:1
politics  7:17
pouring  7:13
Powell  3:3
  4:11
pray  11:20,23
  14:2 16:2
prayer  14:21
  15:19,20
prayers  15:13
pres  16:6

President
  4:18,20 6:4,
  13 7:22 9:13
  10:21 11:15
  15:10,13
press  8:10
prison  10:18
private  7:1
problem  7:20
  12:18
problems
  12:21
promises  7:8
  8:16
proportion
  12:10
proportions
  9:9
put  3:3 4:1,
  11 5:16 12:8,
  22
putting  14:16

**Q**

quick  4:25

**R**

racist  8:11
rally  3:17
reached  7:1
real  3:5,6
  9:8 12:9 14:4
recording
  16:12
red  13:14
release  8:10
Republican
  13:6
Republicans
  10:20 15:21
resources
  4:12
revival  11:5

riot  12:16
room  7:16
Rose  11:14
Rudy  3:23
  15:8
rules  15:6

**S**

sailed  13:5
sat  11:14
Saturday
  3:21,22
school  11:18
scramble  5:11
scrambled
  5:18,20
Secretaries
  13:12
sees  12:13
Senators  10:9
sense  7:18
  12:4 13:4,7,
  8,18,23
set  4:15
ship  13:5
show  14:3
  15:9
Side  13:24
Sidney  3:3
  4:11 15:7
sites  14:12
sitting  13:9
skit  3:22
social  14:5
Socialism
  16:1
solution  7:20
song  6:20
sounded  9:24
speak  6:2
speech  11:16
  14:11
spews  3:19
spikes  5:13

spirits  11:21
spiritual  9:6
spite  5:1
  8:17
stand  12:8
  15:23
standing  8:25
started  7:7
  8:11,12
state  8:7
  13:13,14
states  13:12
  15:1
stay  14:21
steal  12:17,
  19
step  15:3
stole  12:19,
  20
stolen  9:10
stop  4:25
  5:2,10 7:13
story  6:1,3
  8:3
stuff  3:6 7:8
  8:19 10:15
Summer  6:4,25
Sunday  11:9
support  16:6,
  7
Supreme  3:4
  14:25

**T**

taking  16:2
talk  5:23
  14:5
talked  3:3
  4:10 7:16,24,
  25 8:9
talking  7:7
telling  3:11,
  15 4:9 9:14
ten  9:12

Texas  3:6
  14:24
Therapeutic
  3:15
thing  4:11
  8:1 14:24
  16:10
things  4:7
  7:15 11:6
  14:7,8,25
thousand  5:16
time  4:23
  8:23 9:5
  11:11 12:13,
  23 13:5
times  11:10
  16:9
today  9:14
  11:3
told  7:7
tour  13:25
true  14:19
Trump  5:17
  6:25 7:5 8:8
  13:6 15:10
truth  14:2
turn  16:1
turned  11:17
  13:6
turning  12:22
Twitter
  14:13,14,15

**U**

unemployed
  6:11
uniting  12:25

**V**

victory  9:13
virus  8:19
vote  4:18
  9:24 10:1,3,
  4,5

voted  4:19
  8:6 10:22,25
voter  3:1
votes  4:5,17,
  20,24 5:3,8,
  11,16,21
  9:11,12 10:12

**W**

walked  7:2,
  16,21
War  12:12
warfare  9:6
watch  9:22
watching  9:8
  10:4 16:7
wear  7:4
weeks  3:17
  15:15
win  5:20
Wisconsin  3:4
  4:24
witnesses
  3:24
won  4:25
  13:19
Wood  4:10
  9:22
word  4:8
  14:18
worked  14:12
  15:14,15
working  3:7
works  15:16
world  9:7
  11:15 12:19
  16:7,9
world's  10:4
writing  4:11

**Y**

years  15:11
yesterday
  14:24

**York**  7:1
**Youtube**  14:10

---

### Z

---

**Zuckabuck**
  14:6,7