# Exhibit 257



HOME | RSVP | EVENT INFORMATION | BUS TOUR | COALITION PARTNERS | DONATE

RSVP TO JOIN PRESIDENT TRUMP

# March to Save America Rally

Democrats are scheming to disenfranchise and nullify Republican votes. It's up to the American people to stop it. Along with President Trump, we will do whatever it takes to ensure the integrity of this election for the good of the nation.

**Please join us in Washington, D.C. on Wednesday, January 6th, 2021. Your support is necessary before it's too late!**

FIRST NAME *

LAST NAME *

EMAIL ADDRESS *

MOBILE NUMBER *

ZIP CODE *

STATE *
Alabama

HOW MANY TICKETS? *
1

## Event Details

**LOCATION:** The Ellipse in President's Park (Next to South Lawn of White House)

**MAP:** https://goo.gl/maps/w9hrbQcQ4eEmcRUY9

**WHEN:** Entrance opens at 7:00am. Arrive early!

**ENTRANCE:** Constitution Ave NW between 15th St NW 17th St NW, Washington, DC 20230

**TICKETS ARE NOT REQUIRED TO ATTEND EVENT**

> Donald J. Trump ✓ @realDonaldTrump · Jan 3
> I will be there. Historic day!
>
> Kylie Jane Kremer @KylieJaneKremer · Jan 2
> BE A PART OF HISTORY!
> January 6th
> White House Ellipse
> RSVP @ TrumpMarch.com
> #MarchForTrump #StopTheSteal #DoNotCertify
>
> MARCH for TRUMP bus tour
> WASHINGTON, DC
> JANUARY 6TH, 2021
> TRUMPMARCH.COM
> PAID FOR BY WOMEN FOR AMERICA FIRST
>
> 8.9M views    0:30 / 0:30
> 22.3K    49.6K    179.7K

---

Document title: TRUMP MARCH | D.C.
Capture URL: https://web.archive.org/web/20210106224955/https://trumpmarch.com/
Capture timestamp (UTC): Mon, 08 Feb 2021 14:21:30 GMT





Women for America First is a not for profit social welfare organization formed under Section 501(c)(4) of the Internal Revenue Code. Donations to Women for America First are not tax-deductible as charitable contributions for federal income tax purposes. "Trump March" is a project of Women for America First.

Powered by The Liberty Lab, Inc.

