# Exhibit 260

File 6 Newsmax TV Stinchfield
December 20, 2020

| | |
|---|---|
| 1 | DOMINION |
| 2 | |
| 3 | |
| 4 | Newsmax TV's "Stinchfield" |
| 5 | |
| 6 | |
| 7 | "Mike Lindell to Newsmax TV: President |
| 8 | Trump Will Prevail." |
| 9 | |
| 10 | |
| 11 | |
| 12 | FILE 6: Newsmax, Mike Lindell to Newsmax TV: |
| 13 | 'President Trump will Prevail' (Dec. 17, 2020), |
| 14 | available at, |
| 15 | https://www.newsmax.com/newsmax-tv/mike-lindell-elec |
| 16 | tion-fraud-mypillow-ceo/2020/12/17/id/1002145/ |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

File 6 Newsmax TV Stinchfield
December 20, 2020                                                    2

```
 1        GRANT STINCHFIELD:  Joining me now is
 2   MyPillow CEO and author of the book What Are
 3   the Odds From Crack Addict to CEO, good friend
 4   of this program, Mike Lindell.
 5        Mike, it's good to see you.
 6        MIKE LINDELL:  Thanks for having me on.
 7        GRANT STINCHFIELD:  Absolutely.  So, look,
 8   Fox News we all know has problems.  We know
 9   it's responsible for bringing a lot of viewers
10   to Newsmax when the options were provided them,
11   but you actually think they might have been in
12   on the whole thing..
13        MIKE LINDELL:  Well, it sure looked -- it
14   sure looked like that when they -- when they
15   call Arizona with only 14 percent of the vote
16   in, and they don't call Florida for the
17   president when it was impossible for Biden to
18   win Florida.  So all the things that happened
19   on election night, I'm going what is going on,
20   but I will say this, it's a blessing, because
21   at 11:15 when they realized that all the
22   algorithms broke in all those Dominion machines
23   that Donald Trump was going no win the
24   presidency anyway, in spite of all the
25   cheating, so they had to stop everything in the
```

1   middle of the night and then backfill votes and
2   stop.  And I -- I put Fox right up there
3   with -- I watch -- I had to actually turn to
4   another station to get more information,
5   because I knew it was garbage come outing of
6   them that night and I didn't understand why.
7   And I will say this, they didn't even have my
8   book on a month before the election because
9   they said it was political.  Now, my book is --
10  part of my story is meeting this great
11  president, and getting behind them and finally
12  getting into the politics because of everything
13  he stood for that he wanted to help our nation
14  and help people.
15          GRANT STINCHFIELD:  All right.  Mike, let
16  me ask you because, look, you're a big time
17  advertiser here on Newsmax and we're grateful
18  for that.  You're a bigtime advertiser on a lot
19  of networks out there, including Fox News.
20  I've seen your -- are you going to stick with
21  them?  I mean, I know it's a business and they
22  get a lot of eyeball still.  You stick with
23  them?
24          MIKE LINDELL:  Well, I'm glad you bring
25  that up, because every ad you ever see with

```
 1  MyPillow, we either break even or make money.
 2  We do not brand.  I do what's best for my
 3  employees and my customers.  I didn't even I
 4  didn't boycott CNN back in the day when they
 5  badmouthed me directly and I'm not going to do
 6  anything to Fox, I'm gonna -- that's separate.
 7  Those are my business, and if the numbers work,
 8  if it still works with their audience, you'd
 9  understand, if they have less of an audience
10  and they're charging us by what you charge for
11  ads.  So that's -- my decisions will be based
12  on business decisions, not on where -- you
13  know, my beliefs sure.  You know, there's many
14  times if I -- I wouldn't advertise anywhere if
15  I had -- if every time a host or a network did
16  something wrong.  They attack me all the time
17  just like they do the president.
18       GRANT STINCHFIELD:  Well, you wouldn't be
19  a very successful CEO or company if you let
20  your emotions get involved in the way of making
21  money at times.  Believe me, I know that, I own
22  a business as well.
23       I want to say this, you know, you brought
24  up Dominion.  I've tried to each out to them
25  six, seven times.  They've never called me back
```

1  or returned my emails.  There is evidence.  I
2  would just like to get to the bottom of what's
3  goings on there.  You held some rallies and you
4  paid for the rallies to be held.  Was it in
5  D.C., Mike?  Is that where they were?  And why
6  don't you tell me about why you were so -- you
7  know, so wanted to make sure these things went
8  off without a hitch.
9       MIKE LINDELL:  Well, they started a couple
10 weeks ago, and they started actually two, three
11 weeks ago.  They started in Florida.  We came
12 up through Georgia, across the country to
13 Minnesota and back to Pennsylvania and then
14 back to D.C.  But there's two other rallies I
15 sponsored there too, and I put in -- I wanted
16 people to have aware -- to be aware that this
17 election was stoled and Donald Trump's going to
18 be our president the next four years, and
19 there's about six pathways to do it, but one of
20 the things is, it's right.  The way I truly
21 believe, and that was to keep -- so, everybody
22 doesn't go, oh, let's just bow down to this.
23 It was stolen.  At 11:15 on election night
24 these machines broke, and I went and did this,
25 you got to realize, I talked to Sidney Powell.

1   I talked to Lin Wood.  I've talked to General
2   Flynn.  I know what evidence is out there, plus
3   I've done my own due diligence.  I put money up
4   to get some of the machines, and I will tell
5   you right now, everyone's got to believe this,
6   this is a complete fraud and Donald Trump will
7   be our president.  And I 100 perspective
8   believe that and I want everybody else to be
9   aware of that, to make awareness for it.  The
10  media is trying to suppress that.
11       GRANT STINCHFIELD:  I will tell you, Mike,
12  all I want is for law enforcement to
13  investigate and do their job.  The evidence is
14  certainly there, as you lay it out, and they're
15  not doing their job.  It's a travesty.
16       Mike Lindell, I so appreciate you coming
17  on the program.  As always, we'll see you again
18  for sure.  That's a fact.
19       MIKE LINDELL:  Thanks a lot.  Thanks for
20  having me on.
21
22       (End of recording.)
23
24
25

1                   CERTIFICATE

2

3       I, ERINN GREEN, Professional Court

4    Reporter/Transcriptionist, do hereby certify that I

5    was authorized to transcribe the foregoing recorded

6    proceeding, and that the transcript is a true and

7    accurate transcription of my shorthand notes, to the

8    best of my ability, taken while listening to the

9    provided recording.

10

11       I further certify that I am not of counsel or

12   attorney for any of the parties to said proceedings,

13   nor in any way interested in the events of this

14   cause, and that I am not related to any of the

15   parties thereto.

16

17       Dated this 28th day of January, 2021.

18

19               *[signature: Erinn Green]*

20
     _____
21       ERINN L. GREEN, Court Reporter
         Notary Public Commission No.:  GG950705
22       Expires: January 23, 2024

23

24

25