# Exhibit 261

Mike Lindell Jericho
December 12, 2020

13  MIKE LINDELL OPENS THE JERICHO MARCH, DEC. 12

 1              ANNOUNCER:  All right.  Let's introduce the
 2  man of the hour, Mr. Mike Lindell.
 3              MIKE LINDELL:  Hello, everybody.  And I would.
 4  I would have stayed here, but I've got to go on to
 5  another thing.  I'm moving a lot today.  I was just in
 6  Georgia last night and it was amazing.
 7              I want to tell you, God's blessed me with a
 8  platform.  It's just amazing.  I come from a life
 9  that I had of addiction to where I'm at now, but I
10  speak for all of you.  We all have, we're all a part
11  of this.  We all know everything we're fighting for.
12              And I want to tell you the miracle that
13  happened on election night.  Y'all don't realize
14  where we're at.  We're in the middle of one of the
15  biggest miracles in history, and here's what
16  happened.  On election night -- and by the way, I've
17  been involved with Sidney Powell, General Flynn every
18  day since November 4th.  I have been night and day
19  while my great workers work for My Pillow, I've been
20  involved.  This has been my hundred percent my number
21  one priority and here's what happened on election
22  night.
23              There was -- by the way, there was nine
24  silos of fraud, nine different kinds, okay.  So there
25  was, whether it would be dead people voting like the

1  President talked about last night or people that
2  aren't part of the state or illegals, minors voting
3  that weren't even old enough to vote, but there's
4  nine different silos.  The biggest silo was the
5  machines, the Dominion machines, okay.  Don't get me
6  wrong, any one of those silos flips most of the
7  states, and you take -- I think in Georgia you take
8  the dead people and the minors and you win Georgia.
9  It's just so blatant, you know.
10          Well, on the night of the election the
11 Dominion machines, and there's these other machines
12 too.  They're very related.  By the way, they're 20
13 something percent owned by China.
14          Well on 11:00 15 on election night, this is
15 when the miracle happened.  The machines -- Donald
16 Trump, as he was -- they underestimated all of you,
17 myself and everybody, the votes that he was going to
18 get.  And these votes came in, and at that moment in
19 time these machines, the algorithms broke.  And when
20 they broke it was telling the people behind us that
21 Donald Trump is going to win anyway.  So by that
22 (loud music).  All the evidence we have, we know when
23 they started back dooring votes in Wisconsin and
24 Pennsylvania and Michigan.  The Michigan spike went
25 (sound), you know, all these votes.

 1                Well, what these machines were set at was
 2   like a 1.26 for Biden, .74 for Donald Trump.  So you
 3   see, you know, every time you get a vote the teeter
 4   totter went to this side.  Well, here's the thing.
 5   It's like being caught in a poker game where you were
 6   cheating.  Well, in a poker game, if you've seen any
 7   movies, if you cheat in a poker game and you're
 8   caught, either they pull out guns and take all the
 9   money, or you lock the door and say let's check this
10   out.  Well, we're locking that door.  We're locking
11   that door and we're saying show us the fraud.
12   I've seen it with my own eyes.
13                For one month or almost two months now,
14   every waking hour I have has been going into helping
15   them, getting machines, getting stuff, people that
16   needed resources, you know, talking to General Flynn.
17   General Flynn, I was on the phone with for an hour
18   and a half, Sidney Powell.  So all these things and
19   gathering this information.  The fraud is blatant.
20   But what happened in our country?  We all know what
21   happened.
22                I don't think I've been on a major media
23   channel for months because they're not going to have
24   me on there to tell the truth.  Absolutely.  They're
25   blocking us.  So what we are here today -- now I

```
 1  talked to the President four days ago and he is, by
 2  the way, one hundred percent confident he's our
 3  President for four more years.
 4           I have not budged.  God picked Donald Trump
 5  for eight years, not four and I have not budged.  I
 6  get calls every day from around the country.  Mike,
 7  are you still a hundred percent, are you still a
 8  hundred percent.  Well, I've always been a hundred
 9  percent, but that stuff rolls in.  Something came in
10  this morning I can't even tell you.  I was you one of
11  the first ones to find out.  It's so -- here's what's
12  going to happen tomorrow.
13           Tomorrow when they sit over here, we all
14  need to pray for our vice president, okay.  we need
15  to pray for him.  These senators now that have
16  finally gotten involved because what was happening,
17  all these judges were blocking and nobody would look
18  at the evidence.  Nobody would look at the evidence.
19  And they a lot of the judges I think are just afraid.
20  They don't want to be the first one to look at it.
21           Now the Supreme Court on the 8th, there's
22  five cases before them right now.  They have all the
23  evidence, okay.  Tomorrow we're praying that, you
24  know, I believe what could happen is (loud music
25  playing).  Show us what's in there, and then they can
```

 1  see everything.  Tomorrow, I don't know how much
 2  they're going to see tomorrow.  But what I've seen, I
 3  will tell you this.  There's not going to be a civil
 4  war if the truth comes out.  Here's why.  The
 5  evidence is so blatant.  It's epic, of epic
 6  proportions.  And if you take it and you show the
 7  world, the whole world is watching this.  If you show
 8  us all and you show people on the left, they're going
 9  to go well, you know what, I don't like the guy but
10  he did win.  Nobody fights for something they never
11  had, okay, that was not righteous, right.
12            Now, on the other hand I'm telling you
13  because of that miracle on election night, if that
14  wouldn't have happened, we would have all went to
15  bed, the election would have been done at 3:00 in the
16  morning.  Every state would have said hey, we got all
17  the votes in.  We'd have said oh, it was close, we
18  lost.  And we've been boiled like a frog for decades.
19  This was their big move to steal our lives, like
20  myself, the American dream on steroids.
21            I mean, they're trying -- this is their
22  play in history.  The whole world is watching.  But
23  God flipped it on their head, and what he did, what
24  this is, this is an opportunity for us and the world
25  for the biggest revival in history to bring us back

1  to one nation under God, and that God is Jesus Christ
2  our Lord and save you.  God bless you all.  We love
3  you.
4           I've got to go.  I love you all.  You guys,
5  keep the faith.  Everybody here, one hundred percent.
6  Donald Trump is our President and will continue to be
7  our President.
8           Well what those machines were set at was
9  like a 1.26 for Biden, .74 for Donald Trump so you
10 see, you know, every time you get a vote, the teeter
11 totter went to this side.  Well, here's the thing.
12 It's like being caught in a poker game where you were
13 cheating.  Well, in a poker game if you've seen any
14 movies, if you cheat in a poker game and you're
15 caught, either they pull out guns and take all the
16 money or you lock the door and say let's check this
17 out.  Well we're locking that door.  We're locking
18 that door and we're saying show us the fraud.  I've
19 seen it with my own eyes.
20          For one month or almost two months now
21 every waking hour I have has been going into helping,
22 getting machines, getting stuff, people that needed
23 resources, talking to General Flynn.  General Flynn I
24 was on the phone with this morning for an hour and a
25 half, Sidney Powell.  So all these things and

1  gathering this information.
2           The fraud is blamed, but what happened in
3  our country?  We all know what happened.  I don't
4  think I've been on a major media channel for months
5  because they're not going to have me on there to tell
6  the truth and -- absolutely.  They're blocking us.
7           So when we are here today -- now, I talked
8  to the president four days ago, and he is, by the
9  way, one hundred percent confident he's our president
10 for four more years.  I have not budged.  God picked
11 Donald Trump for eight years, not four, and I have
12 not budged.  I get calls every day from around the
13 country, Mike, are you still a hundred percent, are
14 you still a hundred percent.  Well, I've always been
15 a hundred percent but that stuff rolls in.
16 Even this morning, something came in this morning I
17 can't even tell you.  I was one of the first ones to
18 find out.  It's so here's what's going to happen
19 tomorrow.
20          Tomorrow, when they sit over here, we all
21 need to pray for our vice president, okay.  we need
22 to pray for him.  We need to pray.  These senators
23 now that have finally gotten involved because what
24 was happening, all these judges were blocking it.
25 Nobody would look at the evidence.  Nobody would look

 1  at the evidence.  And a lot of the judges I think are
 2  just afraid.  They don't want to be the first one to
 3  look at it.
 4           Now, the Supreme Court on the 8th, there's
 5  five cases before them right now.  They have all the
 6  evidence okay.  Tomorrow we're praying that -- I
 7  believe what could happen is they need to delay what
 8  goes on tomorrow for like ten days because we've got
 9  all the evidence that say go get the machines, show
10  us what's in there, and then they can see everything.
11  Tomorrow, I don't know how much they're going to see
12  tomorrow.  But what I've seen, I will tell you this.
13  There's not going to be a civil war if the truth
14  comes out.  Here's why.  The evidence is so blatant,
15  it's so -- it's epic, of epic proportions.  And if
16  you take it and you show the world, the whole world
17  is watching this.  If you show us all, and you show
18  people on the left, they're going to go well, you
19  know what, I don't like the guy but he did win.
20  Nobody fights for something they never had, okay,
21  that was not righteous, right.
22           Well, on the other hand, I'm telling you
23  because of that miracle on election night, if that
24  wouldn't have happened we would have all went to bed,
25  the election would have been done at 3:00 in the

1  morning.  Every state would have said hey, we've got
2  all the votes in.  We'd have said oh, it was close,
3  we lost.  And we've been boiled like a frog for
4  decades.  That was their big move to steal our lives,
5  like myself the American dream on steroids.
6         This is their play in history.  the whole
7  world is watching, but God flipped it on their head,
8  and what he did, what this is, this is an opportunity
9  for us and the world for the biggest revival in
10 history.  One nation under God, and that God is Jesus
11 Christ, our Lord and savior.  God bless you all.
12        I've got to go.  I love you all.  We're not
13 going to budge.  I get calls every day from around
14 the country, Mike, are you still a hundred percent,
15 are you still a hundred percent.  Well, I've always
16 been a hundred percent, but as stuff rolls in, even
17 this morning.  Something came in so big this morning
18 I can't even tell you.  I was one of the first ones
19 to find out.
20        Here's what's going to happen tomorrow.
21 Tomorrow when they sit over here, we all need to pray
22 for our vice president, okay?  We need to pay for
23 him.  These senators now that have finally gotten
24 involved because what was happening, all these judges
25 were blocking it.  Nobody would look at the evidence.

1  Nobody would look at the evidence, and a lot of the
2  judges I think are just afraid.  They don't want to
3  be the first one to look at it.
4          Now, the Supreme Court on the 8th, there's
5  five cases before them right now.  They have all the
6  evidence, okay.  Tomorrow we're praying that, you
7  know, I believe what could happen is they need to
8  delay what goes on tomorrow for like ten days because
9  we've got all the evidence that say go get the
10 machines, show us what's in there, and then they can
11 see everything.  Tomorrow, I don't know how much
12 they're going to see tomorrow.  But what I've seen
13 here, I will tell you this.  There's not going to be
14 a civil war if the truth comes out.  Here's why.  The
15 evidence is so blatant.  It's epic of, epic
16 proportions.  And if you take it and you show the
17 world, the whole world is watching this.  If you show
18 us all, and you show people on the left, they're
19 going to go well, you know what, I don't like the guy
20 but he did win.  Nobody fights for something that
21 they never had, right, that was not righteous, right.
22         Now, on the other hand, I'm telling you
23 because of that miracle on election night, if that
24 wouldn't have happened, we would have all went to
25 bed, the election would have been done at 3:00 in the

1  morning, every state would have said hey, we've got
2  all the votes in.  We'd have said oh, it was close.
3  We lost.  and We've been boiled like a frog for
4  decades.  This was their big move to steal our lives,
5  like myself, the American dream on steroids.
6           This is their play in history.  The whole
7  world is watching, but God flipped it on their head.
8  And what he did, what this is, this is an opportunity
9  for us and the world for the biggest revival in
10 history.  One nation under God, and that good is
11 Jesus Christ, our Lord and savior.  God bless you
12 all.
13          (End of recording.)
14
15
16
17
18
19
20
21
22
23
24
25

1           CERTIFICATE OF REPORTER

2

3           I, Charlotte Crandall, certify that I was

4  authorized to and did transcribe the foregoing audio

5  recorded proceedings and that the transcript is a

6  true and complete record of my stenographic notes

7  from an audio recording and was transcribed to the

8  best of my ability.

9

10          Dated this 8th day of February, 2021.

11

12

13

14

15

16          _____
            Charlotte Crandall
17          Registered Professional Reporter

18

19

20

21

22

23

24

25

|  |  |  |  |
|---|---|---|---|
| **1** | **B** | China  3:13 | epic  6:5  9:15 |
|  |  | Christ  7:1 | 11:15 |
| **1.26**  4:2  7:9 | back  3:23 | 10:11  12:11 | evidence  3:22 |
| **11:00**  3:14 | 6:25 | civil  6:3 | 5:18,23  6:5 |
| **15**  3:14 | bed  6:15  9:24 | 9:13  11:14 | 8:25  9:1,6,9, |
|  | 11:25 | close  6:17 | 14  10:25 |
| **2** | Biden  4:2  7:9 | 10:2  12:2 | 11:1,6,9,15 |
|  | big  6:19 | confident  5:2 | eyes  4:12 |
| **20**  3:12 | 10:4,17  12:4 | 8:9 | 7:19 |
|  | biggest  2:15 | continue  7:6 |  |
| **3** | 3:4  6:25  10:9 | country  4:20 | **F** |
|  | 12:9 | 5:6  8:3,13 |  |
| **3:00**  6:15 | blamed  8:2 | 10:14 | faith  7:5 |
| 9:25  11:25 | blatant  3:9 | Court  5:21 | fighting  2:11 |
|  | 4:19  6:5  9:14 | 9:4  11:4 | fights  6:10 |
| **4** | 11:15 |  | 9:20  11:20 |
|  | bless  7:2 | **D** | finally  5:16 |
| **4th**  2:18 | 10:11  12:11 |  | 8:23  10:23 |
|  | blessed  2:7 | day  2:18  5:6 | find  5:11 |
| **7** | blocking  4:25 | 8:12  10:13 | 8:18  10:19 |
|  | 5:17  8:6,24 | days  5:1  8:8 | flipped  6:23 |
| **74**  4:2  7:9 | 10:25 | 9:8  11:8 | 10:7  12:7 |
|  | boiled  6:18 | dead  2:25  3:8 | flips  3:6 |
| **8** | 10:3  12:3 | decades  6:18 | Flynn  2:17 |
|  | bring  6:25 | 10:4  12:4 | 4:16,17  7:23 |
| **8th**  5:21  9:4 | broke  3:19,20 | delay  9:7 | fraud  2:24 |
| 11:4 | budge  10:13 | 11:8 | 4:11,19  7:18 |
|  | budged  5:4,5 | Dominion  3:5, | 8:2 |
| **A** | 8:10,12 | 11 | frog  6:18 |
|  |  | Donald  3:15, | 10:3  12:3 |
| absolutely | **C** | 21  4:2  5:4 |  |
| 4:24  8:6 |  | 7:6,9  8:11 | **G** |
| addiction  2:9 | calls  5:6 | door  4:9,10, |  |
| afraid  5:19 | 8:12  10:13 | 11  7:16,17,18 | game  4:5,6,7 |
| 9:2  11:2 | cases  5:22 | dooring  3:23 | 7:12,13,14 |
| algorithms | 9:5  11:5 | dream  6:20 | gathering |
| 3:19 | caught  4:5,8 | 10:5  12:5 | 4:19  8:1 |
| amazing  2:6,8 | 7:12,15 |  | General  2:17 |
| American  6:20 | channel  4:23 | **E** | 4:16,17  7:23 |
| 10:5  12:5 | 8:4 |  | Georgia  2:6 |
| ANNOUNCER  2:1 | cheat  4:7 | election | 3:7,8 |
|  | 7:14 | 2:13,16,21 | God  5:4  6:23 |
|  | cheating  4:6 | 3:10,14  6:13, | 7:1,2  8:10 |
|  | 7:13 | 15  9:23,25 | 10:7,10,11 |
|  | check  4:9 | 11:23,25 | 12:7,10,11 |
|  | 7:16 | end  12:13 | God's  2:7 |

good  12:10
great  2:19
guns  4:8  7:15
guy  6:9  9:19
  11:19
guys  7:4

**H**

half  4:18
  7:25
hand  6:12
  9:22  11:22
happen  5:12,
  24  8:18  9:7
  10:20  11:7
happened
  2:13,16,21
  3:15  4:20,21
  6:14  8:2,3
  9:24  11:24
happening
  5:16  8:24
  10:24
head  6:23
  10:7  12:7
helping  4:14
  7:21
hey  6:16  10:1
  12:1
history  2:15
  6:22,25  10:6,
  10  12:6,10
hour  2:2
  4:14,17  7:21,
  24
hundred  2:20
  5:2,7,8  7:5
  8:9,13,14,15
  10:14,15,16

**I**

illegals  3:2
information
  4:19  8:1

introduce  2:1
involved
  2:17,20  5:16
  8:23  10:24

**J**

Jesus  7:1
  10:10  12:11
judges  5:17,
  19  8:24  9:1
  10:24  11:2

**K**

kinds  2:24

**L**

left  6:8  9:18
  11:18
life  2:8
Lindell  2:2,3
lives  6:19
  10:4  12:4
lock  4:9  7:16
locking  4:10
  7:17
Lord  7:2
  10:11  12:11
lost  6:18
  10:3  12:3
lot  2:5  5:19
  9:1  11:1
loud  3:22
  5:24
love  7:2,4
  10:12

**M**

machines  3:5,
  11,15,19  4:1,
  15  7:8,22  9:9
  11:10
major  4:22

8:4
man  2:2
media  4:22
  8:4
Michigan  3:24
middle  2:14
Mike  2:2,3
  5:6  8:13
  10:14
minors  3:2,8
miracle  2:12
  3:15  6:13
  9:23  11:23
miracles  2:15
moment  3:18
money  4:9
  7:16
month  4:13
  7:20
months  4:13,
  23  7:20  8:4
morning  5:10
  6:16  7:24
  8:16  10:1,17
  12:1
move  6:19
  10:4  12:4
movies  4:7
  7:14
moving  2:5
music  3:22
  5:24

**N**

nation  7:1
  10:10  12:10
needed  4:16
  7:22
night  2:6,13,
  16,18,22  3:1,
  10,14  6:13
  9:23  11:23
November  2:18
number  2:20

**O**

opportunity
  6:24  10:8
  12:8
owned  3:13

**P**

part  2:10  3:2
pay  10:22
Pennsylvania
  3:24
people  2:25
  3:1,8,20  4:15
  6:8  7:22  9:18
  11:18
percent  2:20
  3:13  5:2,7,8,
  9  7:5  8:9,13,
  14,15  10:14,
  15,16
phone  4:17
  7:24
picked  5:4
  8:10
Pillow  2:19
platform  2:8
play  6:22
  10:6  12:6
playing  5:25
poker  4:5,6,7
  7:12,13,14
Powell  2:17
  4:18  7:25
pray  5:14,15
  8:21,22  10:21
praying  5:23
  9:6  11:6
president  3:1
  5:1,3,14  7:6,
  7  8:8,9,21
  10:22
priority  2:21
proportions
  6:6  9:15

|  |  |  |
|---|---|---|
| 11:16<br>**pull**  4:8  7:15 | 12:1<br>**states**  3:7<br>**stayed**  2:4 | **U** |
| **R** | **steal**  6:19<br>10:4  12:4 | **underestimated**<br>3:16 |
| **realize**  2:13<br>**recording**<br>12:13<br>**related**  3:12<br>**resources**<br>4:16  7:23<br>**revival**  6:25<br>10:9  12:9<br>**righteous**<br>6:11  9:21<br>11:21<br>**rolls**  5:9<br>8:15  10:16 | **steroids**  6:20<br>10:5  12:5<br>**stuff**  4:15<br>5:9  7:22  8:15<br>10:16<br>**Supreme**  5:21<br>9:4  11:4 | **V** |
|  |  | **vice**  5:14<br>8:21  10:22<br>**vote**  3:3  4:3<br>7:10<br>**votes**  3:17,<br>18,23,25  6:17<br>10:2  12:2<br>**voting**  2:25<br>3:2 |
|  | **T** |  |
|  | **talked**  3:1<br>5:1  8:7<br>**talking**  4:16<br>7:23<br>**teeter**  4:3<br>7:10<br>**telling**  3:20<br>6:12  9:22<br>11:22<br>**ten**  9:8  11:8<br>**thing**  2:5  4:4<br>7:11<br>**things**  4:18<br>7:25<br>**time**  3:19  4:3<br>7:10<br>**today**  2:5<br>4:25  8:7<br>**tomorrow**<br>5:12,13,23<br>6:1,2  8:19,20<br>9:6,8,11,12<br>10:20,21<br>11:6,8,11,12<br>**totter**  4:4<br>7:11<br>**Trump**  3:16,21<br>4:2  5:4  7:6,9<br>8:11<br>**truth**  4:24<br>6:4  8:6  9:13<br>11:14 |  |
| **S** |  | **W** |
| **save**  7:2<br>**savior**  10:11<br>12:11<br>**senators**  5:15<br>8:22  10:23<br>**set**  4:1  7:8<br>**show**  4:11<br>5:25  6:6,7,8<br>7:18  9:9,16,<br>17  11:10,16,<br>17,18<br>**side**  4:4  7:11<br>**Sidney**  2:17<br>4:18  7:25<br>**silo**  3:4<br>**silos**  2:24<br>3:4,6<br>**sit**  5:13  8:20<br>10:21<br>**sound**  3:25<br>**speak**  2:10<br>**spike**  3:24<br>**started**  3:23<br>**state**  3:2<br>6:16  10:1 |  | **waking**  4:14<br>7:21<br>**war**  6:4  9:13<br>11:14<br>**watching**  6:7,<br>22  9:17  10:7<br>11:17  12:7<br>**win**  3:8,21<br>6:10  9:19<br>11:20<br>**Wisconsin**<br>3:23<br>**work**  2:19<br>**workers**  2:19<br>**world**  6:7,22,<br>24  9:16  10:7,<br>9  11:17  12:7,<br>9<br>**wrong**  3:6 |
|  |  | **Y** |
|  |  | **Y'ALL**  2:13<br>**years**  5:3,5<br>8:10,11 |