# Exhibit 263

File 8 Mike Lindell Newmax TV
December 20, 2020

1
2           DOMINION
3
4
5 Mike Lindell to Newsmax TV: 'American Dream' Is on
6 the Line
7
8
9
10 FILE 8:  Mike Lindell to Newsmax TV: 'American
11 Dream' is on the Line (Dec. 21, 2020), available at,
12 https://www.newsmax.com/newsmax-tv/mike-lindell-elec
13 tion-lawsuits-american-dream/2020/12/21/id/1002635/
14
15
16
17
18
19
20
21
22
23
24
25

1    REP TERRI SEWELL: -- targeted our
2 election infrastructure.
3    REP JIM McGOVERN: Russia successfully
4 hacked into our election systems.
5    REP ELIJAH CUMMINGS: Russians hacking our
6 election system?
7    SEN AMY KLOBLUCHER: We've been hacked
8 into when we we've had Russia try to influence
9 our election.
10    REP ELIOT ENGEL: Russia in terms of
11 hacking our election.
12    SEBASTIAN GORKA: We have no evidence of
13 that. What do you mean? $100,000 spent on
14 Facebook ads. That's how Russia stole the
15 election? I'm Sebastian Gorka, former
16 strategist to President Trump. This is the
17 Greg Kelly Reports Show on Newsmax. We were
18 (audio distortion), weren't we, that the
19 election was stolen. We have members of
20 congress. We have the speaker who refused to
21 call the president President. They said he was
22 illegitimate. We had Robert Mueller spend
23 $14 million of your money as the special
24 prosecutor to get the bottom of so-called
25 Russian collusion, with no evidence at the end

1  of it, after 20 months of investigation.  But
2  now the election's fine because their guy
3  "won."  So, don't investigate anything.
4  Nothing.  Nothing on untoward happen.  Those
5  suitcases of ballots being pulled from under
6  the hiding place, under the table once the GOP
7  workers were escorted out of the building.  Oh,
8  don't look at that, there's nothing there.  The
9  hundreds of thousands of ballots that was
10  shipped across state lines.  Everyone counting
11  as a felony.  Oh, ignore that.  Ignore that.
12      Well, we're not going to ignore it here,
13  because we fight for the truth and we believe
14  that this is still the greatest nation on God's
15  earth and nobody gets to steal it from us.
16  Listen to the evidence from last weeks senate
17  hearing from a man, a lawyer, a legal
18  professional who's looking into what actually
19  happened in Nevada.  Chapter and verse, the
20  crimes committed.  (Indiscernible).
21      MALE SPEAKER:  Over 42,000, 42,000 people
22  voted more than once.  At least 1500 dead
23  people are recorded as voting, as shown by
24  comparing the list of male voters with the
25  Social Security death records.  More than

1  19,000 people voted even though they didn't
2  live in Nevada.
3      SEBASTIAN GORKA:  19,000 people voted in
4  Nevada who don't live there.  Tens of thousands
5  of duplicate votes.  That's more evidence than
6  we need, but we have to fight.  One man who
7  decided, he's not a politician, he doesn't work
8  for the president, but he's still fighting for
9  him and for the cause of truth, is a man that
10  makes my show, for example, America First on
11  Salem Radio possible.  The great Mike Lindell.
12  Mike is not hiding in your bathroom closet as
13  usual with his MyPillow.  He's fighting for
14  America, and for those don't know it, guys,
15  he's funding these court cases.
16      Mike Lindell, why are you fighting the
17  legal battle for election transparency?  You're
18  Mr. MyPillow.  What's going on?
19      MIKE LINDELL:  Well, I believe in this
20  president, but -- and I'll tell you what,
21  nobody realizes (indiscernible) what America we
22  had on election night at 11:15.  You know, you
23  talked about all this fraud, doctoring -- the
24  biggest fraud is the Dominion machines.  And at
25  11:15 on election night our great president --

1    (Talking simultaneously.)

2    SEBASTIAN GORKA:  -- Mike, I don't want to

3  discuss.  Mike.  Mike.  We're not going to get

4  into the minutia and the details.  I want to

5  (indiscernible) because this show is about

6  courage.

7    MIKE LINDELL:  Right.

8    SEBASTIAN GORKA:  It's hosted by a guy

9  who's a former marine.  I want to know why you,

10 Mike Lindell, are supporting the president in

11 these legal cases.

12   MIKE LINDELL:  Well, because everything's

13 on the line here.  Everything's on the line.

14 Our freedom.  My American dream that I've

15 lived.  Everybody's American dream.  This is

16 it.  If you let them steal this, which I

17 100 percent know that that's what went on, this

18 is over 6 million votes that got pled.  Over

19 6 million.  He won all the states that we're

20 talking about.  The seven states:  Minnesota,

21 Wisconsin, Michigan, Georgia, Pennsylvania and

22 Nevada and Arizona.  They're all getting

23 stolen -- stolen, and you can't have the

24 biggest crime in history, just let it go.  And

25 nobody's doing anything about it.  They're

1  sitting out there -- all these judges, all the

2  judges aren't letting the evidence be seen.  It

3  makes no sense.  We need -- the whole world is

4  watching.  We need to open this up, show the

5  evidence and say what.  I just heard from the

6  White House that Mark Meadows and a couple

7  people you read that today, that they're

8  blocking the president, or telling the

9  president not to make these rules and get these

10  machines.  Let's get the machines and show the

11  people what the truth is.

12      SEBASTIAN GORKA:  Yes, you nailed it.

13  Mike, you nailed it.  This is the biggest

14  political crime ever, and we have to stop

15  testimony.  And without people like you, it

16  would be impossible.  God bless you.

17      We're going to talk about what you can do.

18  You don't have to be an amazing CEO like

19  MyPillow inventor, Michael Lindell.  Every

20  American has a role to play, and we're going to

21  talk about it here on Greg Kelly Reports on

22  Newsmax with me, Sebastian Gorka.

23

24      (End of recording.)

25

1              CERTIFICATE

2

3    I, ERINN GREEN, Professional Court

4  Reporter/Transcriptionist, do hereby certify that I

5  was authorized to transcribe the foregoing recorded

6  proceeding, and that the transcript is a true and

7  accurate transcription of my shorthand notes, to the

8  best of my ability, taken while listening to the

9  provided recording.

10

11    I further certify that I am not of counsel or

12  attorney for any of the parties to said proceedings,

13  nor in any way interested in the events of this

14  cause, and that I am not related to any of the

15  parties thereto.

16

17    Dated this 28th day of January, 2021.

18

19

20
   _____
21    ERINN L. GREEN, Court Reporter
    Notary Public Commission No.:  GG950705
22     Expires: January 23, 2024

23

24

25

|  |  |  |  |
|---|---|---|---|
| **$** | 6:20 | **court**  4:15 | **evidence** |
|  | **AMY**  2:7 | 7:3,21 | 2:12,25 3:16 |
| **$100,000**  2:13 | **Arizona**  5:22 | **crime**  5:24 | 4:5 6:2,5 |
| **$14**  2:23 | **attorney**  7:12 | 6:14 | **Expires**  7:22 |
|  | **audio**  2:18 | **crimes**  3:20 |  |
| **1** | **authorized** | **CUMMINGS**  2:5 | **F** |
|  | 7:5 |  |  |
| **100**  5:17 |  | **D** | **Facebook**  2:14 |
| **11:15**  4:22,25 | **B** |  | **felony**  3:11 |
| **1500**  3:22 |  | **Dated**  7:17 | **fight**  3:13 |
| **19,000**  4:1,3 | **ballots**  3:5,9 | **day**  7:17 | 4:6 |
|  | **bathroom**  4:12 | **dead**  3:22 | **fighting**  4:8, |
| **2** | **battle**  4:17 | **death**  3:25 | 13,16 |
|  | **biggest**  4:24 | **dec**  1:11 | **FILE**  1:10 |
| **20**  3:1 | 5:24 6:13 | **decided**  4:7 | **fine**  3:2 |
| **2020**  1:11 | **bless**  6:16 | **details**  5:4 | **foregoing**  7:5 |
| **2021**  7:17 | **blocking**  6:8 | **discuss**  5:3 | **fraud**  4:23,24 |
| **2024**  7:22 | **bottom**  2:24 | **distortion** | **freedom**  5:14 |
| **21**  1:11 | **building**  3:7 | 2:18 | **funding**  4:15 |
| **23**  7:22 |  | **doctoring** |  |
| **28th**  7:17 | **C** | 4:23 | **G** |
|  |  | **Dominion**  1:2 |  |
| **4** | **call**  2:21 | 4:24 | **Georgia**  5:21 |
|  | **cases**  4:15 | **dream**  1:5,11 | **GG950705**  7:21 |
| **42,000**  3:21 | 5:11 | 5:14,15 | **God**  6:16 |
|  | **CEO**  6:18 | **duplicate**  4:5 | **God's**  3:14 |
| **6** | **CERTIFICATE** |  | **GOP**  3:6 |
|  | 7:1 | **E** | **Gorka**  2:12,15 |
| **6**  5:18,19 | **certify**  7:4, |  | 4:3 5:2,8 |
|  | 11 | **earth**  3:15 | 6:12,22 |
| **8** | **Chapter**  3:19 | **election**  2:2, | **great**  4:11,25 |
|  | **closet**  4:12 | 4,6,9,11,15, | **greatest**  3:14 |
| **8**  1:10 | **collusion** | 19 4:17,22,25 | **GREEN**  7:3,21 |
|  | 2:25 | **election's** | **Greg**  2:17 |
| **A** | **Commission** | 3:2 | 6:21 |
|  | 7:21 | **ELIJAH**  2:5 | **guy**  3:2 5:8 |
| **ability**  7:8 | **committed** | **ELIOT**  2:10 | **guys**  4:14 |
| **accurate**  7:7 | 3:20 | **end**  2:25 6:24 |  |
| **ads**  2:14 | **comparing** | **ENGEL**  2:10 | **H** |
| **amazing**  6:18 | 3:24 | **ERINN**  7:3,21 |  |
| **America**  4:10, | **congress**  2:20 | **escorted**  3:7 | **hacked**  2:4,7 |
| 14,21 | **counsel**  7:11 | **events**  7:13 | **hacking**  2:5, |
| **American**  1:5, | **counting**  3:10 | **Everybody's** | 11 |
| 10 5:14,15 | **couple**  6:6 | 5:15 | **happen**  3:4 |
|  | **courage**  5:6 | **everything's** | **happened**  3:19 |
|  |  | 5:12,13 |  |

heard 6:5
hearing 3:17
hiding 3:6
  4:12
history 5:24
hosted 5:8
House 6:6
https://www.
newsmax.com/
newsmax-tv/
mike-lindell-
elec 1:12
hundreds 3:9

**I**

ignore 3:11,
  12
illegitimate
  2:22
impossible
  6:16
indiscernible
  3:20 4:21 5:5
influence 2:8
infrastructure
  2:2
interested
  7:13
inventor 6:19
investigate
  3:3
investigation
  3:1

**J**

January 7:17,
  22
JIM 2:3
judges 6:1,2

**K**

Kelly 2:17
  6:21

KLOBLUCHER
  2:7

**L**

lawyer 3:17
legal 3:17
  4:17 5:11
letting 6:2
Lindell 1:5,
  10 4:11,16,19
  5:7,10,12
  6:19
lines 3:10
list 3:24
Listen 3:16
listening 7:8
live 4:2,4
lived 5:15

**M**

machines 4:24
  6:10
make 6:9
makes 4:10
  6:3
male 3:21,24
man 3:17 4:6,
  9
marine 5:9
Mark 6:6
Mcgovern 2:3
Meadows 6:6
members 2:19
Michael 6:19
Michigan 5:21
Mike 1:5,10
  4:11,12,16,19
  5:2,3,7,10,12
  6:13
million 2:23
  5:18,19
Minnesota
  5:20

minutia 5:4
money 2:23
months 3:1
Mueller 2:22
Mypillow
  4:13,18 6:19

**N**

nailed 6:12,
  13
nation 3:14
Nevada 3:19
  4:2,4 5:22
Newsmax 1:5,
  10 2:17 6:22
night 4:22,25
nobody's 5:25
Notary 7:21
notes 7:7

**O**

open 6:4

**P**

parties 7:12,
  15
Pennsylvania
  5:21
people 3:21,
  23 4:1,3 6:7,
  11,15
percent 5:17
place 3:6
play 6:20
pled 5:18
political
  6:14
politician
  4:7
president
  2:16,21 4:8,
  20,25 5:10
  6:8,9

proceeding
  7:6
proceedings
  7:12
professional
  3:18 7:3
prosecutor
  2:24
provided 7:9
Public 7:21
pulled 3:5

**R**

Radio 4:11
read 6:7
realizes 4:21
recorded 3:23
  7:5
recording
  6:24 7:9
records 3:25
refused 2:20
related 7:14
REP 2:1,3,5,
  10
Reporter 7:21
Reporter/
transcriptioni
st 7:4
Reports 2:17
  6:21
Robert 2:22
role 6:20
rules 6:9
Russia 2:3,8,
  10,14
Russian 2:25
Russians 2:5

**S**

Salem 4:11
Sebastian
  2:12,15 4:3
  5:2,8 6:12,22

| | | |
|---|---|---|
| Security 3:25 | talked 4:23 | voting 3:23 |
| SEN 2:7 | talking 5:1, 20 | |
| senate 3:16 | targeted 2:1 | **W** |
| sense 6:3 | telling 6:8 | watching 6:4 |
| SEWELL 2:1 | Tens 4:4 | weeks 3:16 |
| shipped 3:10 | terms 2:10 | White 6:6 |
| shorthand 7:7 | TERRI 2:1 | Wisconsin 5:21 |
| show 2:17 4:10 5:5 6:4, 10 | testimony 6:15 | won 3:3 5:19 |
| shown 3:23 | thereto 7:15 | work 4:7 |
| simultaneously 5:1 | thousands 3:9 4:4 | workers 3:7 |
| sitting 6:1 | tion-lawsuits-american-dream/2020/12/21/id/1002635 1:13 | world 6:3 |
| so-called 2:24 | | |
| Social 3:25 | | |
| speaker 2:20 3:21 | today 6:7 | |
| special 2:23 | transcribe 7:5 | |
| spend 2:22 | transcript 7:6 | |
| spent 2:13 | transcription 7:7 | |
| state 3:10 | transparency 4:17 | |
| states 5:19, 20 | true 7:6 | |
| steal 3:15 5:16 | Trump 2:16 | |
| stole 2:14 | truth 3:13 4:9 6:11 | |
| stolen 2:19 5:23 | TV 1:5,10 | |
| stop 6:14 | | |
| strategist 2:16 | **U** | |
| successfully 2:3 | untoward 3:4 | |
| suitcases 3:5 | usual 4:13 | |
| supporting 5:10 | | |
| system 2:6 | **V** | |
| systems 2:4 | verse 3:19 | |
| | voted 3:22 4:1,3 | |
| **T** | voters 3:24 | |
| table 3:6 | votes 4:5 5:18 | |
| talk 6:17,21 | | |