# Exhibit 264

 **Mike Lindell** ✓
@realMikeLindell

We have all the evidence!!!
Biggest election fraud in world history!!!! Crime against the world!!!



Sidney Powell Spotted at White House Again as Trump Huddles with G…
Sidney Powell Attorney Sidney Powell was back at the White House again on Monday afternoon. This is Powell's 3rd visit to the White Hou…
🔗 thegatewaypundit.com

9:38 PM · Dec 21, 2020 · Twitter for iPhone

**2K** Retweets   **122** Quote Tweets   **7K** Likes