# Exhibit 268

File 13 Facebook Live Mike Lindell
January 06, 2021

```
 1
 2                    DOMINION
 3
 4
 5
 6  FILE 13:
 7           Facebook Live Mike Lindell
 8
 9                   01-6-2021
10
11
12  https://www.facebook.com/realMikeLindell/videos/2445
13  47557235289/
14
15
16
17
18
19
20
21
22
23
24
25
```

1     MIKE LINDELL:  Hello, everybody.  I'm here
2  in Washington, D.C.  Everybody's been texting
3  me, wanting to put out a video.  You guys, I'm
4  going on Newsmax at 5:20 Eastern.  Let me give
5  you a couple of things to just -- to set your
6  minds at peace here.  First of all, the riots
7  you're seeing on TV, it's a joke.  My nieces
8  were down there and they said 99.99 percent
9  was -- it was just peaceful protest.  There
10  might have been some people that -- ones that
11  broke in.  They seem to break in early, and for
12  all we know, they could have been plants.  I
13  mean, you're not seeing riots like you seen
14  with the left when they attacked our cities.
15  These are -- people are very frustrated because
16  the vice president sent out a letter, I guess,
17  saying he wasn't going to go -- or send the --
18  overturn the election, basically, is what
19  everybody's telling me.  Well, that's not what
20  is -- what's going to it happen here.  What's
21  going to happen is he's going to listen to
22  everything.  All these states, and what they're
23  asking for, and what -- I've been working with
24  General Flynn, with Sidney Powell, Rudy
25  Giuliani, and you here Rudy on TV.  All they're

1   asking is ten days to -- it will be a committee
2   to actually look into the fraud.  Which I know,
3   I've seen it.  It's -- there's so much fraud
4   that every state's going to be turned over.
5   It's the biggest election corruption in the
6   history.  And Donald Trump's is going to be our
7   president for four more years.
8        If we let the evidence be shown, which is
9   what they're going to have to do -- you can't
10  just, you know, shut this down.  And that's
11  what this whole purpose is.  You're going to go
12  through each state, they'll contest.  The vice
13  president -- the vice president then should
14  say, hey, we'll do this ten-day committee.
15  Which they did before.  They did it in 1876, I
16  believe.  You'll have a committee for ten days
17  and they look into all the evidence.  Once they
18  see the evidence, it's over.  And then this is
19  all --
20       It's so disgusting when you have just dead
21  people that voted in one state, and that's
22  enough to flip the election in that state.  So
23  there's so many things out there, but you guys
24  have peace.  I'm hundred percent Donald Trump's
25  gonna be our president for four more years.

1   This was -- this wasn't going to be a day like
2   y'all expected just go, oh, he's president.
3   You know?  I mean, that's -- this had to play
4   out like this.
5        And by the way, anybody that seen those --
6   the two senators that they stole yesterday from
7   us in Georgia, that was, for myself, I was in a
8   way hoping that would happen because it gave us
9   a lot more evidence last night.  They did the
10  same exact thing with the machines.  I was with
11  General Flynn, and all this -- all this -- they
12  were getting watched closely last night, and
13  sure enough they did it again.  So, not only
14  did they steal that, but now we -- you know,
15  y'all need to realize is they're already --
16  even if we'd have won both them senate seats,
17  if they'd have gave it to them, it's corruptly
18  of course because they decide who wins, but
19  they already had people in the senate planted
20  that what were going to pack the supreme court,
21  flip the -- drop the filibuster and all these
22  things.  So this is the battle we're in.  The
23  battle we're in is now.  This is a historical.
24       It's -- God's got his hands in all this,
25  and it's going to be absolutely amazing.  This

1  has got to play out.  It's got to manifest out,
2  but don't believe everything you're seeing on
3  the news.  I mean, they've made -- they've
4  made -- like I say, my nieces were down there.
5  People from -- from -- a lot of people from
6  Minnesota, actually, down there.  And they all
7  came back and said they didn't see any of that,
8  but I think there was some stuff early on with
9  Antifa that, you know -- I think they were
10 plants.  They've actually got pictures of guys
11 that was in a Black Lives Matter thing in
12 Arizona a while back, and he was dressed the
13 same, like a Trump supporter this time.
14      So that will come out too, but either way
15 the only part that bothers me is they did have
16 to shut down getting going through each state,
17 because when do give us the ten days, that's
18 kind of a timing thing too.  And by the way,
19 too, I want to say one more thing before I go
20 on air.  I don't know if everybody realizes
21 this, but this thing isn't the end game here no
22 matter what happens here.  You have the Supreme
23 Court and you also have an inauguration that in
24 our country's history, that was delayed one
25 time 90 days.  I don't know if y'all know that.

1   That was when -- that was during the Civil War,
2   Abraham Lincoln, it was delayed 90 days before
3   an inauguration.  Well, you know what, we're
4   in -- this is at most -- I don't know, the
5   biggest crime ever committed in election in
6   history of the world.  And the whole world
7   is watching, and as soon as the -- you know, I
8   think the -- our -- Rudy said it to today, just
9   show us all the evidence, or show -- I mean,
10  show the evidence, let us show the evidence.
11  Let us show the world this.  Put it on TV.
12  Let's just put it on TV and, everybody, here it
13  is.  And then everybody will know the truth and
14  you avoid Civil War because the people on the
15  left are going to go, well, I don't like Donald
16  Trump, but he did win.  And he won by millions
17  of votes.  These Dominion machines, the most
18  thing corrupt thing in human history, what
19  these machines do.  1.24 to Biden, .76 to
20  Donald Trump.  This isn't even -- all the
21  organic corruption, the dead people.  I don't
22  know if you all heard the president today
23  listed off -- this has been -- I mean, you take
24  Georgia, take the dead people that voted and
25  take the minors that voted that weren't old

1   enough to vote, and right there that flips

2   Georgia.  This is a common sense thing.  How

3   can you look at this, you don't even have to

4   use the corrupt Dominion machines.  Just look

5   go to state to state.  Arizona and Georgia are

6   so corrupt and it's the GOP too, it's the

7   Republicans there.  I think you heard the

8   president say that.  Doug Ducey, Brian Kemp,

9   the secretaries of state.

10       But, anyway, I'm going to go on.  I just

11  wanted to give you guys all a recap.  It's

12  actually going out -- it's going down the

13  way -- the way it's supposed to go down, and we

14  have to -- there is either -- no matter what,

15  the evidence is going to be shown to the world

16  and to the American people.  And when it is

17  shown, we all know that Donald Trump's our

18  president for the next four years.  So talk to

19  y'all in a little bit.  God bless.  See, ya.

20

21       (End of recording.)

22

23

24

25

1      CERTIFICATE

2

3      I, ERINN GREEN, Professional Court

4  Reporter/Transcriptionist, do hereby certify that I

5  was authorized to transcribe the foregoing recorded

6  proceeding, and that the transcript is a true and

7  accurate transcription of my shorthand notes, to the

8  best of my ability, taken while listening to the

9  provided recording.

10

11     I further certify that I am not of counsel or

12 attorney for any of the parties to said proceedings,

13 nor in any way interested in the events of this

14 cause, and that I am not related to any of the

15 parties thereto.

16

17     Dated this 29TH day of January, 2021.

18

19     *[signature: Erinn Green]*

20  _____

21     ERINN L. GREEN, Court Reporter
        Notary Public Commission No.: GG950705
22     Expires: January 23, 2024

23

24

25