# Exhibit 269





THOMAS A. CLARE, P.C.                                    MEGAN L. MEIER

January 8, 2021

*Via Email*

Mike Lindell
mlindell@mypillow.com

     **Re:**    **Your False and Defamatory Claims Concerning Dominion**

Mr. Lindell:

     We write again on behalf of US Dominion Inc. to supplement our December 22, 2020 demand for retraction.[1]

     In the past several weeks you have falsely accused Dominion of fraud and stealing "millions of votes." And on December 21, 2020, you appeared with Sebastian Gorka on "Greg Kelly Reports" to peddle defamatory falsehoods about Dominion. When discussing the outcome of the November 2020 election, you made the demonstrably false claim that "The biggest fraud is the Dominion machines."

     Your smear campaign against Dominion has been relentless, and you have leveraged your significant social media following to inflict the maximum amount of damage to Dominion's good name and business operations. On numerous occasions you quote-tweeted facially unreliable and discredited falsehoods about Dominion while giving empty assurances that you would come forward with overwhelming proof of the company's wrongdoing.



---

[1] We also represent and write on behalf of its subsidiaries, Dominion Voting Systems, Inc. and Dominion Voting Systems Corporation (collectively, "Dominion").





These are just a few examples of tweets you have published that contain demonstrably false misrepresentations about Dominion and its involvement in the November 2020 election. Despite your repeated promises—not to mention your considerable and costly efforts to bankroll a so-called investigation into Dominion—you have failed to identify a scintilla of credible evidence that even *suggests* that Dominion is somehow involved in a global conspiracy to harvest millions of votes in

favor of President-elect Biden.  Of course, this is because no such evidence exists.  But that is of no consequence to you because you are resolutely uninterested in acknowledging the truth about these issues.

Despite your claims to the contrary, Dominion has no role in any sort of "deep-state conspiracy" to steal votes and take control of the outcome of the recent presidential election.  And to avoid doubt, neither Dominion nor its software was created in Venezuela to rig elections for Hugo Chavez; Dominion never bribed Georgia's governor or secretary of state to obtain a no-bid contract; and Dominion did not manipulate votes or try to destroy any evidence at any time.

Ample documents in the public record conclusively disprove the damaging falsehoods that you continue to peddle.  For example:

- Maricopa County Board of Supervisors Chairman Clint Hickman, a Republican, stated there is "no evidence of fraud or misconduct."[2]

- Arizona  Secretary of State Katie Hobbs underscored these facts, explaining, "I cannot overstate how these pervasive, vague, and unsupported claims of election misconduct are undermining the foundation of our democracy. **Facts matter** in a court of law, and the facts remain that this historic election had tremendous turnout and was both secure and accurate."[3]

- Every single vote can be audited with hand counts. Maricopa County's post-election hand count audit showed a 100% match with the counts from Dominion machines.  And all Dominion machines underwent certification and logic and accuracy testing before the election, as mandated under Arizona Revised Statutes (A.R.S.) § 16-449.

- Gabriel Sterling, Georgia's Voting System Implementation Manager said,"I can guarantee that this is the most secure election in the state of Georgia."[4]

- Secretary of State Raffensperger has explained that there is no basis to claims that Dominion rigged the election, describing in detail Georgia officials' "hand re-tallly, 100 percent re-tally

---

[2] *Republican Maricopa County chairman says 'no evidence of fraud or misconduct' in presidential election*, 12 News, (Nov. 17, 2020), available at www.wqad.com/article/news/politics/elections/maricopa-county-chairman-says-no-evidence-of-fraud-or-misconduct-in-presidential-election/75-6aba1803-850a-460f-8f86-b185a41f4708.

[3] Secretary Hobbs's December 4, 2020 statement regarding false allegations against Dominion is available at https://twitter.com/SecretaryHobbs/status/1335011027243524096?s=20.

[4] *Georgia Sec of State Office holds press conference*, News Channel Six, (Nov. 30, 2020, available at https://www.wjbf.com/news/georgia-news/live-georgia-sec-of-state-office-holds-press-conference/.

of the ballots," and confirming that the results from those audits validate the integrity of Dominion's machines and software.[5]

With this letter, Dominion renews its demand that you retract your defamatory accusations immediately and issue a public apology for damaging Dominion's reputation with completely fabricated claims of fraud and corruption. Dominion has been forced to expend substantial monetary sums to protect the health and safety of its employees following innumerable death threats from the social media mob that your statements have agitated against Dominion. And your misrepresentations have required the company to incur substantial attorneys' fees and to mitigate the damage you have inflicted upon Dominion's reputation.

Our last letter informed you that Dominion was prepared to initiate legal action to set the record straight and vindicate its reputation. This morning Dominion filed a defamation lawsuit against Sidney Powell. We are sending you hardcopies of the complaint[6] and exhibits under separate cover so that there is absolutely no doubt at a future date about what was known to you at this juncture.

Conduct yourself accordingly.


Regards,

Thomas. A. Clare, P.C.

Thomas. A. Clare, P.C.

Megan L. Meier

Megan L. Meier

---

[5] *Here's the full transcript and audio of the call between Trump and Raffensperger,* Washington Post, (Jan. 3, 2021), available at, https://www.washingtonpost.com/politics/trump-raffensperger-call-transcript-georgia-vote/2021/01/03/2768e0cc-4ddd-11eb-83e3-322644d82356_story.html.

[6] *Read Dominion Voting System's complaint against lawyer Sidney Powell here:* https://www.washingtonpost.com/context/read-dominion-voting-system-s-complaint-against-lawyer-sidney-powell/645e6826-ff2f-45c0-9b23-d2597f4dbb5e/?itid=lk_interstitial_manual_5.

# Exhibit 1



| | News | Weather | Sports | Connect | Watch | | | | |

BREAKING NEWS   When we could see temps in the 20s below zero Read More ›   More (1) ›

ELECTIONS

# Republican Maricopa County chairman says 'no evidence of fraud or misconduct' in presidential election

Clint Hickman, a Republican, says there is no evidence of voter fraud, misconduct or equipment malfunction even with over 2 million ballots tallied.





Credit: AP
Voters stand in line outside a polling station, on Election Day, Tuesday, Nov. 3, 2020, in Mesa, Ariz. (AP Photo/Matt York)

Author: 12 News
Published: 6:47 PM CST November 17, 2020
Updated: 7:36 PM CST November 17, 2020

 

PHOENIX — The chairman of the Maricopa County Board of Supervisors rebuffed claims of voter fraud in the presidential election in Arizona, arguing "the evidence overwhelmingly shows" the results were accurate.

Clint Hickman, a Republican, says there is no evidence of voter fraud, misconduct or equipment malfunction even with over 2 million ballots tallied.

President Donald Trump continues to irately claim the election was fraudulent, but his administration has not produced credible supporting evidence.

One of the targets of Trump's false claims is the use of Dominion voting equipment, but Hickman rejected those accusations as well.

"The Dominion tabulation equipment was vetted by a bipartisan, 'Equipment Certification Advisory Committee' before the contract was finalized," he said.

**RELATED:** Trump campaign drops lawsuit in Arizona after Joe Biden's lead cannot be overcome

**RELATED:** Maricopa County will certify election results despite Republican requests to recount all 2 million ballots

"[The] equipment met mandatory requirements during logic and accuracy testing before the Presidential Preference Election, the Primary Election and the General Election."

Hickman noted that fewer than 200 overvotes in the presidential race were found out of 167,000 ballots cast on Election Day.

"It is time to dial back the rhetoric, rumors, and false claims," Hickman said. "No matter how you voted, this election was administered with integrity, transparency and in accordance with state laws."

President-elect Joe Biden won Arizona by a margin of over 10,000 ballots. It's the first time the state has voted for a Democrat in a presidential race since 1996.

## Arizona Politics

Track all of our current updates with Arizona politics on our 12 News YouTube channel. Subscribe for updates on all of our new uploads.





**Related Articles**

Group alleging voter fraud in 4 states drops lawsuits

VERIFY: Fact-checking claims made by 'stop the steal' groups

Trump campaign drops lawsuit in Arizona after Joe Biden's lead cannot be overcome





You May Like                              Sponsored Links by Taboola

Tom Brady's Ex Speaks Out About      Getting this Treasure is impossible!
Gisele                               Prove us wrong
Gameday News                         Hero Wars

The Dead Giveaway      Man Who Predicted    These Twins Were
That Tells You When    2020 Crash 45 Days   Named "Most Beautiful
Amazon's Giving You …  Early Issues Next Maj…  In The World," Wait U…
Capital One Shopping   The Legacy Report    Give It Love



Free Upgrade to Gig Speed
SPONSORED By Kinetic by Windstream
Shop unlimited Kinetic Internet with no annual contracts & get gig
speed free for three mos.

See More

POLITICS

# Former Scott County GOP chair forced out, says he still stands by his party

Dave Millage was forced to resign as the head of the Scott County
Republicans after commenting in favor of President Trump's
impeachment on Jan. 6.



Author: Shelby Kluver (WQAD)
Published: 7:05 PM CST February 8, 2021
Updated: 7:05 PM CST February 8, 2021

 

BETTENDORF, Iowa — David Millage says he was appalled, watching rioters storm the US Capitol last month.

After watching the news roll in all afternoon, he got a call from a Quad City Times reporter that evening, and gave his opinion on the events he was watching unfold in Washington.

"That's when I said he oughta be impeached. And I stand by what I said," says Millage. "The more I read about it, the more his conduct is indefensible, and he should be convicted and never allowed to hold office again."

He says the quote was printed online, instantly. And then the calls, texts, and emails, came flooding in instantly too. Millage says they were from people he knew and respected - many that he had spent hours working with, to get Republicans elected.

None, he says, were contacting him to have a discussion.

"They'd already made up their minds. I was called names, I was called a traitor, I was called narcissistic, I was only looking out for myself. How they could come up with that, I don't know. And narcissistic... how does that make me narcissistic that I criticized something that should be criticized, in my view," questioned Millage.

At first he says people were asking for him to put out a qualifying statement. But eventually, calls started coming for his resignation. Within 24 hours of making his statement to the paper, Millage stepped down as chairman of the Scott County Republicans.

Now a month later, the long-time politician and conservative activist stands by what he said that night, and by the party that ousted him.

And narcissistic... how does that make me narcissistic that I criticized something that should be criticized, in my view," questioned Millage.

At first he says people were asking for him to put out a qualifying statement. But eventually, calls started coming for his resignation. Within 24 hours of making his statement to the paper, Millage stepped down as chairman of the Scott County Republicans.

Now a month later, the long-time politician and conservative activist stands by what he said that night, and by the party that ousted him.

Growing up in Bettendorf, Millage says he was always invested in politics. He even remembers watching the 1964 Republican and Democrat Conventions.

"I wanted to make a difference," he said. "And I think everybody should be engaged, civically, in some manner."

But he says he wasn't always a member of the GOP. It wasn't until going to college at the University of Iowa that he began to align with conservative values. Since then, he says, he's never looked back.

balance Iowa's budget, cut income taxes, put money into education and create legislation to better protect minors who had been sexually abused, during their court testimonies.

Soon after retiring from the state, he was approached by the Scott County Republicans.



Part of the Scott County GOP Executive Committee enjoyed lunch with Senator Ernst at the Harre farm. Thanks Ray and Barb!

"The party came to me two years ago - I didn't come to the party - and said they wanted me to run for the chairman," he remembers. "It was not something I was planning to do, but they told me they needed a leader and they thought I had the qualities."

As chairman, Millage was heavily involved in gathering and leading volunteers for a variety of state and local elections. But even though he enjoyed his work, he had only planned on serving one term. In fact, he joked that his wife was trying to move to Florida after he stepped down, so he couldn't run again.

When he sent in his resignation in January, it was only a month short of when he was planning on vacating his position. He says the only reason he didn't wait it out was because so many people within the organization wanted to see him gone.

"I said if you want it, you got it," he quipped.

A two-time Trump voter, Millage says he watched and listened to the former president's rhetoric over the past four years and was, at times, troubled by it. But he says he was just as confident in his 2020 vote as he was back in 2016.

"Trump's behavior has been troublesome and almost, at times, indefensible, but it had nothing to do with policy," he said. "Belittling remarks he made reflect poorly upon him as a person, but they don't effect the policies that he was pursuing. And as long as he was pursuing the correct policies, I could overlook the rhetoric."

When Trump's first impeachment trial happened at the start of 2020, Millage says he thought it was bogus, and saw no signs of a quid pro quo. Instead, he felt the Democrats rushed through the proceedings.

This time around, he still feels as though the trial was too rushed, but he does think the former president should be impeached.

RELATED: Trump impeachment trial confronts memories of Capitol siege

"The worst thing he did, that I didn't know that night, was doing nothing. Letting the riots ensue. Sat in his home and wouldn't take any phone calls," said Millage. "I mean, what a dereliction of duty. And he's commander in chief! If he would have done that in the military, he would have been court marshalled."

He says the real impeachable offense was Trump's undermining of an American election, and cited the instances where the president called upon elected officials to "find ballots."

However, he says many local Republicans were angry at his statements because of the position he carried, as the party leader.

"Party leaders should not criticize the party," he said. "I was not criticizing the party, I was criticizing Donald Trump."

But Millage doesn't think his experience reflects upon the larger portion of the republican base. To him, it just shows Trump's strong following within Scott County, and hopes that an evolution will take place before the 2024 election, where his party can unite on policies rather than individual political figures.

"I'm still a republican. I think it's still important that I remain a republican and help to chart a new course for the party for the next several years," he said.

Millage says the only viable option to the Democrats are the Republicans, and pointed out many liberal policies that he's staunchly against, including what he called the "budget fiasco."

"I still believe in the Republican principles. And that's what I would say to all the people who support President Trump. We still all believe in the same things - we believe in limited government, we believe in fiscal and monetary responsibility, although we haven't been acting that way lately, we all believe in the protection of gun rights, we all believe that the unborn should be protected and we all believe in conservative judges. The Republican party has not changed since the time before Trump, nor has it changed today because of Trump. All the principles of the party were there before Trump came along and they're there now."



Now looking forward, Millage says he'll watch the Senate's impeachment trial, although he joked that he would not go out of his way to do so. And he plans on being at the caucuses as a proud Republican from Bettendorf.

He's confident that this moment, where it seems as though two factions of the party are warring for power, will pass if the base can recognize that they're stronger together.

"We've got to hang together. The people who support Trump need to hang with those of us who don't support Trump. He's an individual, he's not the part. He's not the principles of the party," said Millage. "We have principles to fight for, policies to fight for, and we're not gonna be successful separate. We've gotta be together, we've gotta be united."

The Scott County GOP did not respond to a request for comment.

RELATED: Trump's historic second impeachment trial begins this week



You May Like

Sponsored Links by Taboola

You May Like



Tom Brady's Ex Speaks Out About Gisele
Gameday News

Getting this Treasure is impossible! Prove us wrong
Hero Wars

The Dead Giveaway That Tells You When Amazon's Giving You ...
Capital One Shopping

Man Who Predicted 2020 Crash 45 Days Early Issues Next Maj...
The Legacy Report

These Twins Were Named "Most Beautiful In The World," Wait U...
Give It Love



Gig Speed Free for 3 Mos.
Get a free upgrade to gig speed when you order fast, reliable home internet today.
Ad by Kinetic Internet

See More

POLITICS

# Iowa Democrat claims Republicans are 'ignoring the pandemic'

State Rep. Todd Prichard discussed the coronavirus Thursday, February 4th.



Remember the internet in '96?

Ad : (0:15)



HOME CHEF
OVEN-READY
Mushroom-Smothered Pork Chop

$80 OFF

Author: Jonathan Ketz
Published: 11:53 AM CST February 5, 2021
Updated: 1:18 PM CST February 5, 2021

IOWA, USA — Iowa Democrats are putting forth their own agenda in trying to help people through the pandemic.

State Representative Todd Prichard, a Democrat from Charles City, east of Mason City, says the response to the pandemic has not been a priority so far.

"I'm just kind of beside myself," he said Thursday, February 4th. "Democrats are going to continue to call for a COVID response package that deals with getting the vaccine rolled out."



Prichard was also upset about a bill filed by Iowa Republican State Representative Josh Shipley of Fairfield Iowa, in-between Mt Pleasant and Ottumwa, that relates to vitamin and mineral deficiency and a public awareness program for it.



"This is ridiculous. This is insulting, and it's hurting Iowans by just simply ignoring this pandemic," he said.

Thursday, Governor Kim Reynolds announced the state is partnering with the state's Area Agency on Aging to help seniors sign up the receive their COVID-19 vaccine. The state's working on a centralized vaccine registration and referral system to make scheduling an appointment easier for all those who qualify.

Friday, Friday, February 5th, a spokesman for Governor Kim Reynolds says she too is frustrated with the lack of supply the state's gotten when it comes to the vaccine. State leaders have reallocated unused vaccine from the federal government's pharmacy program, saying more than 30,000 doses have become available to Iowans 65 and older because of it.



**Related Articles**

LOOK HERE: Where to find COVID-19 vaccine locations, pharmacy information

Iowa Gov. Reynolds addresses slow vaccine distribution in COVID-19 press conference

Vaccine allocation for age 65+ coming to select Iowa Walgreens and CVS



**You May Like**           Sponsored Links by Taboola



**Tom Brady's Ex Speaks Out About Gisele**
Gameday News

**Getting this Treasure is impossible! Prove us wrong**
Hero Wars

**The Dead Giveaway That Tells You When**

**Man Who Predicted 2020 Crash 45 Days**

**These Twins Were Named "Most Beautiful**

State Rep. Todd Prichard discussed the coronavirus Thursday, February 4th.



*Being proactive early can make all the difference*

Memory Care units open with limited availability    GrandHavenRetirement.com
563-285-4900



Author: Jonathan Ketz
Published: 11:53 AM CST February 5, 2021

# Exhibit 2

screenshot-twitter.com-2021.02.09-11_52_21
https://twitter.com/SecretaryHobbs/status/1335011027243524096?s=20
09.02.2021



**Secretary Katie Hobbs** ✔ @SecretaryHobbs · Dec 4, 2020    •••

The allegations in this case were baseless, and I had faith the court would continue to do the right thing. Today's ruling affirms that faith. As we argued in court, it is time for this to stop. 1/2

> erroneous count of votes" the candidate certified as the winner "did not in fact receive the highest number of votes." Plaintiff has not proven that the Biden/Harris ticket did not receive the highest number of votes.
>
> 6.    **Orders**.
>
> Based on the foregoing,
>
> **IT IS ORDERED** denying the relief requested in the Petition.
>
> **IT IS FURTHER ORDERED** denying the request to continue the hearing and permit additional inspection of ballots.
>
> **IT IS FURTHER ORDERED**, as required by A.R.S. § 16-676(B), confirming the election.
>
> **IT IS FURTHER ORDERED** that any request for costs and/or attorneys' fees be filed, and a form of final judgment be lodged, no later than January 5, 2020. If none of these is filed or lodged, the Court will issue a minute entry with Rule 54(c) language dismissing all remaining claims.
>
> The Court finds no just reason for delay and enters this partial final judgment under Ariz. R. Civ. P. 54(b). The Court makes this finding for purposes of permitting an immediate appeal to

💬 1K      ⟲ 544      ♡ 3K      ⬆



**Secretary Katie Hobbs** ✔ @SecretaryHobbs · Dec 4, 2020    •••

I cannot overstate how these pervasive, vague, & unsupported claims of election misconduct are undermining the foundation of our democracy. Facts matter in a court of law, & the facts remain that this historic election had tremendous turnout and was both secure and accurate. 2/2

💬 694      ⟲ 278      ♡ 1.6K      ⬆

**Replies**

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2020-015285                                                    12/04/2020

**5.      The Evidence Does Not Show An Erroneous Vote Count.**

A.R.S. § 16-672(A)(5) permits an election contest on the ground that, "by reason of erroneous count of votes" the candidate certified as the winner "did not in fact receive the highest number of votes." Plaintiff has not proven that the Biden/Harris ticket did not receive the highest number of votes.

**6.      Orders.**

Based on the foregoing,

**IT IS ORDERED** denying the relief requested in the Petition.

**IT IS FURTHER ORDERED** denying the request to continue the hearing and permit additional inspection of ballots.

**IT IS FURTHER ORDERED**, as required by A.R.S. § 16-676(B), confirming the election.

**IT IS FURTHER ORDERED** that any request for costs and/or attorneys' fees be filed, and a form of final judgment be lodged, no later than January 5, 2020. If none of these is filed or lodged, the Court will issue a minute entry with Rule 54(c) language dismissing all remaining claims.

The Court finds no just reason for delay and enters this partial final judgment under Ariz. R. Civ. P. 54(b). The Court makes this finding for purposes of permitting an immediate appeal to the Arizona Supreme Court.

/ s / RANDALL H. WARNER
_____
JUDGE OF THE SUPERIOR COURT

# Exhibit 4




Sections ☰

### The Washington Post
*Democracy Dies in Darkness*


Home


Share


5.8k

**Transfer of Power**    Biden Cabinet    The Biden Agenda ⌄    Facts on election integrity    Electoral college vote    Inaugurat

**Politics**

# Here's the full transcript and audio of the call between Trump and Raffensperger


Audio: Trump's full Jan. 2 call with Ga. secretary of state

▶

Listen to the full Jan. 2 phone call. This audio has been edited to remove the name of an individual about whom the president makes unsubstantiated allegations. (Obtained by The Washington Post)

By **Amy Gardner** and **Paulina Firozi**

Jan. 3, 2021 at 9:15 p.m. GMT

＋ Add to list

*About 3 p.m. Saturday, President Trump held an hour-long call with Brad Raffensperger, Georgia's secretary of state,*


-50%

-50%

-50%


Jan. 3, 2021 at 9:15 p.m. GMT

➕ Add to list


Home


Share

💬
5.8k

*About 3 p.m. Saturday, President Trump held an hour-long call with Brad Raffensperger, Georgia's secretary of state, in which* [he repeatedly urged him] *to alter the outcome of the presidential vote in the state. He was joined on the call by White House Chief of Staff Mark Meadows and several lawyers, including longtime conservative attorney Cleta Mitchell and Georgia-based attorney Kurt Hilbert. Raffensperger was joined by his office's general counsel, Ryan Germany, and Deputy Secretary of State Jordan Fuchs.*

*The Washington Post obtained a copy of a recording of the call. This transcript has been edited to remove the name of an individual about whom Trump makes unsubstantiated claims.*

**Meadows:** Okay. Alright. Mr. President, everyone is on the line. This is Mark Meadows, the chief of staff. Just so we all are aware. On the line is secretary of state and two other individuals. Jordan and Mr. Germany with him. You also have the attorneys that represent the president, Kurt and Alex and Cleta Mitchell — who is not the attorney of record but has been involved — myself and then the president. So Mr. President, I'll turn it over to you.




-50%

-50%

Extra 50-60% Off All Rugs
eSaleRugs.com

**Most Read Politics**



**1** Here's the full transcript and audio of the call between Trump and Raffensperger

**2** Georgia runoff live updates: Control of the U.S. Senate hangs in the balance as polls open

**3** Cleta Mitchell, a key





The Washington Post

*Democracy Dies in Darkness*


...update: Control of the U.S. Senate hangs in the balance as polls open

3 Cleta Mitchell, a key figure in president's phone call, was an early backer of Trump's election fraud claims



4 Trump sabotaging GOP on his way out of office with push to overturn election



5 'I just want to find 11,780 votes': In extraordinary hour-long call, Trump pressures Georgia secretary of state to recalculate the vote in his favor



President Trump had an hour-long conversation with the Georgia secretary of state Saturday. (Alex Edelman/Getty Images)

**Trump:** Okay, thank you very much. Hello Brad and Ryan and everybody. We appreciate the time and the call. So we've spent a lot of time on this, and if we could just go over some of the numbers, I think it's pretty clear that we won. We won very substantially in Georgia. You even see it by rally size, frankly. We'd be getting 25-30,000 people a rally, and the competition would get less than 100 people. And it never made sense.

But we have a number of things. We have at least 2 or 3 — anywhere from 250 to 300,000 ballots were dropped mysteriously into the rolls. Much of that had to do with Fulton County, which hasn't been checked. We think that if you check the signatures — a real check of the signatures going back in Fulton County — you'll find at least a couple of hundred thousand of forged signatures of people who have been forged. And we are quite sure that's going to happen.

Another tremendous number. We're going to have an accurate number over the next two days with certified accountants. But an accurate number will be given, but it's in the 50s of thousands — and that's people that went to vote and they were told they can't vote because they've already been voted for. And it's a very sad thing. They walked out complaining. But the number's large. We'll have it for you



Document title: Transcript and audio: Trump call with Georgia Sec. of State Brad Raffensperger - The Washington Post
Capture URL: https://www.washingtonpost.com/politics/trump-raffensperger-call-transcript-georgia-vote/2021/01/03/2768e0cc-4ddd-11eb-83e3-322644d82356_story.htm
Capture timestamp (UTC): Tue, 05 Jan 2021 15:07:58 GMT
Page 3 of 44





the 50s of thousands — and that's people that went to vote and they were told they can't vote because they've already been voted for. And it's a very sad thing. They walked out complaining. But the number's large. We'll have it for you. But it's much more than the number of 11,779 that's — the current margin is only 11,779. Brad, I think you agree with that, right? That's something I think everyone — at least that's a number that everyone agrees on.



eSaleRugs.com
Extra 50-60% Off All Rugs
eSaleRugs.com

But that's the difference in the votes. But we've had hundreds of thousands of ballots that we're able to actually — we'll get you a pretty accurate number. You don't need much of a number because the number that in theory I lost by, the margin would be 11,779. But you also have a substantial numbers of people, thousands and thousands, who went to the voting place on November 3, were told they couldn't vote, were told they couldn't vote because a ballot had been put on their name. And you know that's very, very, very, very sad.

We had, I believe it's about 4,502 voters who voted but who weren't on the voter registration list, so it's 4,502 who voted, but they weren't on the voter registration roll, which they had to be. You had 18,325 vacant address voters. The address was vacant, and they're not allowed to be counted. That's 18,325.

Smaller number — you had 904 who only voted where they



Shop With The Rug Experts
eSaleRugs.com

### The 5-Minute Fix newsletter

Your weekday afternoon cheat sheet on the biggest stories in politics — that can be read in 5 minutes or less.

**Sign up**

By signing up you agree to our Terms of Use and Privacy Policy




ProFlowers
an FTD company
Fresh for Winter
Now 15% Off

Document t t e: Transcr pt and aud o: Trump ca  w th Georg a Sec. of State Brad Raffensperger - The Wash ngton Post
Capture URL: https://www.wash ngtonpost.com/po  t cs/trump-raffensperger-ca  -transcr pt-georg a-vote/2021/01/03/2768e0cc-4ddd-11eb-83e3-322644d82356  story.htm
Capture t mestamp (UTC): Tue, 05 Jan 2021 15:07:58 GMT
Page 4 of 44



to be. You had 18,325 vacant address voters. The address was vacant, and they're not allowed to be counted. That's 18,325.

Smaller number — you had 904 who only voted where they had just a P.O. — a post office box number — and they had a post office box number, and that's not allowed. We had at least 18,000 — that's on tape, we had them counted very painstakingly — 18,000 voters having to do with [name]. She's a vote scammer, a professional vote scammer and hustler [name]. That was the tape that's been shown all over the world that makes everybody look bad, you, me and everybody else.



**BOMBAS** Bombas T-Shirts
Bombas

Where they got — number one they said very clearly and it's been reported that they said there was a major water main break. Everybody fled the area. And then they came back, [name] and her daughter and a few people. There were no Republican poll watchers. Actually, there were no Democrat poll watchers, I guess they were them. But there were no Democrats, either, and there was no law enforcement. Late in the morning, early in the morning, they went to the table with the black robe and the black shield, and they pulled out the votes. Those votes were put there a number of hours before — the table was put there — I think it was, Brad, you would know, it was probably eight hours or seven hours before, and then it was stuffed with votes.



Winter

Now 15% Off

SHOP NOW

🎧 Podcast

**Post Reports**

The Washington Post's daily podcast: unparalleled reports, expert insight, clear analysis. For your ears.



**Add to Apple Podcasts, Google Podcasts**

The Washington Post
*Democracy Dies in Darkness*

votes. Those votes were put there a number of hours before — the table was put there — I think it was, Brad, you would know, it was probably eight hours or seven hours before, and then it was stuffed with votes.

They weren't in an official voter box; they were in what looked to be suitcases or trunks, suitcases, but they weren't in voter boxes. The minimum number it could be because we watched it, and they watched it certified in slow motion instant replay if you can believe it, but slow motion, and it was magnified many times over, and the minimum it was 18,000 ballots, all for Biden.

You had out-of-state voters. They voted in Georgia, but they were from out of state, of 4,925. You had absentee ballots sent to vacant, they were absentee ballots sent to vacant addresses. They had nothing on them about addresses, that's 2,326.



And you had dropboxes, which is very bad. You had dropboxes that were picked up. We have photographs, and we have affidavits from many people.

I don't know if you saw the hearings, but you have dropboxes where the box was picked up but not delivered for three days. So all sorts of things could have happened to that box,

analysis. For your ears.

Add to **Apple Podcasts**, **Google Podcasts**





The Washington Post
Democracy Dies in Darkness

I don't know if you saw the hearings, but you have dropboxes where the box was picked up but not delivered for three days. So all sorts of things could have happened to that box, including, you know, putting in the votes that you wanted. So there were many infractions, and the bottom line is, many, many times the 11,779 margin that they said we lost by — we had vast, I mean the state is in turmoil over this.

And I know you would like to get to the bottom of it, although I saw you on television today, and you said that you found nothing wrong. I mean, you know, and I didn't lose the state, Brad. People have been saying that it was the highest vote ever. There was no way. A lot of the political people said that there's no way they beat me. And they beat me. They beat me in the . . . As you know, every single state, we won every state. We every statehouse in the country. We held the Senate, which is shocking to people, although we'll see what happens tomorrow or in a few days.


eSaleRugs — Shop With The Rug Experts — eSaleRugs.com

And we won the House, but we won every single statehouse, and we won Congress, which was supposed to lose 15 seats, and they gained, I think 16 or 17 or something. I think there's a now difference of five. There was supposed to be a difference substantially more. But politicians in every state, but politicians in Georgia have given affidavits and are going


ProFlowers
an FTD company

Fresh for Winter
Now 15% Off

SHOP NOW



**The Washington Post**
Democracy Dies in Darkness

a now difference of five. There was supposed to be a difference substantially more. But politicians in every state, but politicians in Georgia have given affidavits and are going to that, that there was no way that they beat me in the election, that the people came out, in fact, they were expecting to lose, and then they ended up winning by a lot because of the coattails. And they said there's no way, that they've done many polls prior to the election, that there was no way that they won.

Ballots were dropped in massive numbers. And we're trying to get to those numbers and we will have them.

They'll take a period of time. Certified. But but they're massive numbers. And far greater than the 11,779.


AD

**Want to Retire? Take This Quiz First**

This quiz will find local, fiduciary financial advisors near you in minutes.

See More

The other thing, dead people. So dead people voted, and I think the number is close to 5,000 people. And they went to obituaries. They went to all sorts of methods to come up with an accurate number, and a minimum is close to about 5,000 voters.

The bottom line is, when you add it all up and then you start adding, you know, 300,000 fake ballots. Then the other thing they said is in Fulton County and other areas. And this may or may not be true... this just came up this morning, that


ProFlowers
an FTD company

Fresh for Winter

Now 15% Off

SHOP NOW


Home


Share


5.8k

The bottom line is, when you add it all up and then you start adding, you know, 300,000 fake ballots. Then the other thing they said is in Fulton County and other areas. And this may or may not be true . . . this just came up this morning, that they are burning their ballots, that they are shredding, shredding ballots and removing equipment. They're changing the equipment on the Dominion machines and, you know, that's not legal.

And they supposedly shredded I think they said 300 pounds of, 3,000 pounds of ballots. And that just came to us as a report today. And it is a very sad situation.



AD
Want to Retire? Take This Quiz First
Calculate your time to retirement with this quiz
See More

But Brad, if you took the minimum numbers where many, many times above the 11,779, and many of those numbers are certified, or they will be certified, but they are certified. And those are numbers that are there, that exist. And that beat the margin of loss, they beat it, I mean, by a lot, and people should be happy to have an accurate count instead of an election where there's turmoil.

I mean there's turmoil in Georgia and other places. You're not the only one, I mean, we have other states that I believe will be flipping to us very shortly. And this is something that — you know, as an example, I think it in Detroit, I think there's a section, a good section of your state actually, which



not the only one, I mean, we have other states that I believe will be flipping to us very shortly. And this is something that — you know, as an example, I think it in Detroit, I think there's a section, a good section of your state actually, which we're not sure so we're not going to report it yet. But in Detroit, we had, I think it was, 139 percent of the people voted. That's not too good.

In Pennsylvania, they had well over 200,000 more votes than they had people voting. And that doesn't play too well, and the legislature there is, which is Republican, is extremely activist and angry. I mean, there were other things also that were almost as bad as that. But they had as an example, in Michigan, a tremendous number of dead people that voted. I think it was, I think, Mark, it was 18,000. Some unbelievably high number, much higher than yours, you were in the 4-5,000 category.



And that was checked out laboriously by going through, by going through the obituary columns in the newspapers.

So I guess with all of it being said, Brad, the bottom line, and provisional ballots, again, you know, you'll have to tell me about the provisional ballots, but we have a lot of people that were complaining that they weren't able to vote because they were already voted for. These are great people.




about the provisional ballots, but we have a lot of people that were complaining that they weren't able to vote because they were already voted for. These are great people.

And, you know, they were shellshocked. I don't know if you call that provisional ballots. In some states, we had a lot of provisional ballot situations where people were given a provisional ballot because when they walked in on November 3 and they were already voted for.

So that's it. I mean, we have many, many times the number of votes necessary to win the state. And we won the state, and we won it very substantially and easily, and we're getting, we have, much of this is a very certified, far more certified than we need. But we're getting additional numbers certified, too. And we're getting pictures of dropboxes being delivered and delivered late. Delivered three days later, in some cases, plus we have many affidavits to that effect.

[*Election results under attack: Here are the facts*]

**Meadows:** So, Mr. President, if I might be able to jump in, and I'll give Brad a chance. Mr. Secretary, obviously there is, there are allegations where we believe that not every vote or fair vote and legal vote was counted, and that's at odds with the representation from the secretary of state's office.

What I'm hopeful for is there some way that we can, we can find some kind of agreement to look at this a little bit more fully? You know the president mentioned Fulton County.

But in some of these areas where there seems to be a difference of where the facts seem to lead, and so Mr. Secretary, I was hopeful that, you know, in the spirit of cooperation and compromise, is there something that we can at least have a discussion to look at some of these allegations



Document t t e: Transcr pt and aud o: Trump ca  w th Georg a Sec. of State Brad Raffensperger - The Wash ngton Post
Capture URL: https://www.wash ngtonpost.com/po  t cs/trump-raffensperger-ca  -transcr pt-georg a-vote/2021/01/03/2768e0cc-4ddd-11eb-83e3-322644d82356  story.htm
Capture t mestamp (UTC): Tue, 05 Jan 2021 15:07:58 GMT                                        Page 11 of 44

difference of where the facts seem to lead, and so Mr. Secretary, I was hopeful that, you know, in the spirit of cooperation and compromise, is there something that we can at least have a discussion to look at some of these allegations to find a path forward that's less litigious?

**Raffensperger:** Well, I listened to what the president has just said. President Trump, we've had several lawsuits, and we've had to respond in court to the lawsuits and the contentions. We don't agree that you have won. And we don't — I didn't agree about the 200,000 number that you'd mentioned. I'll go through that point by point.

What we have done is we gave our state Senate about one and a half hours of our time going through the election issue by issue and then on the state House, the government affairs committee, we gave them about two and a half hours of our time, going back point by point on all the issues of contention. And then just a few days ago, we met with our U.S. congressmen, Republican congressmen, and we gave them about two hours of our time talking about this past election. Going back, primarily what you've talked about here focused in on primarily, I believe, is the absentee ballot process. I don't believe that you're really questioning the Dominion machines. Because we did a hand re-tally, a 100 percent re-tally of all the ballots, and compared them to what the machines said and came up with virtually the same result. Then we did the recount, and we got virtually the same result. So I guess we can probably take that off the table.

I don't think there's an issue about that.

**Trump:** Well, Brad. Not that there's not an issue, because we have a big issue with Dominion in other states and perhaps in yours. But we haven't felt we needed to go there. And just to, you know, maybe put a little different spin on what Mark is



ProFlowers
an FTD company

Fresh for Winter
Now 15% Off

SHOP NOW




**Trump:** Well, Brad. Not that there's not an issue, because we have a big issue with Dominion in other states and perhaps in yours. But we haven't felt we needed to go there. And just to, you know, maybe put a little different spin on what Mark is saying, Mark Meadows, yeah we'd like to go further, but we don't really need to. We have all the votes we need.

You know, we won the state. If you took, these are the most minimal numbers, the numbers that I gave you, those are numbers that are certified, your absentee ballots sent to vacant addresses, your out-of-state voters, 4,925. You know when you add them up, it's many more times, it's many times the 11,779 number. So we could go through, we have not gone through your Dominion. So we can't give them blessing. I mean, in other states, we think we found tremendous corruption with Dominion machines, but we'll have to see.

But we only lost the state by that number, 11,000 votes, and 779. So with that being said, with just what we have, with just what we have, we're giving you minimal, minimal numbers. We're doing the most conservative numbers possible; we're many times, many, many times above the margin. And so we don't really have to, Mark, I don't think we have to go through . . .

**Meadows:** Right

**Trump:** Because what's the difference between winning the election by two votes and winning it by half a million votes. I think I probably did win it by half a million. You know, one of the things that happened, Brad, is we have other people coming in now from Alabama and from South Carolina and from other states, and they're saying it's impossible for you to have lost Georgia. We won. You know in Alabama, we set a record, got the highest vote ever. In Georgia, we set a record with a massive amount of votes. And they say it's not possible


have lost Georgia. We won. You know in Alabama, we set a record, got the highest vote ever. In Georgia, we set a record with a massive amount of votes. And they say it's not possible to have lost Georgia.

And I could tell you by our rallies. I could tell you by the rally I'm having on Monday night, the place, they already have lines of people standing out front waiting. It's just not possible to have lost Georgia. It's not possible. When I heard it was close, I said there's no way. But they dropped a lot of votes in there late at night. You know that, Brad. And that's what we are working on very, very stringently. But regardless of those votes, with all of it being said, we lost by essentially 11,000 votes, and we have many more votes already calculated and certified, too.

And so I just don't know, you know, Mark, I don't know what's the purpose. I won't give Dominion a pass because we found too many bad things. But we don't need Dominion or anything else. We have won this election in Georgia based on all of this. And there's nothing wrong with saying that, Brad. You know, I mean, having the correct — the people of Georgia are angry. And these numbers are going to be repeated on Monday night. Along with others that we're going to have by that time, which are much more substantial even. And the people of Georgia are angry, the people of the country are angry. And there's nothing wrong with saying that, you know, that you've recalculated. Because the 2,236 in absentee ballots. I mean, they're all exact numbers that were done by accounting firms, law firms, etc. And even if you cut 'em in half, cut 'em in half and cut 'em in half again, it's more votes than we need.

**Raffensperger:** Well, Mr. President, the challenge that you have is the data you have is wrong. We talked to the


ProFlowers
an FTD company

Fresh for
Winter
Now 15% Off

SHOP NOW





**Raffensperger:** Well, Mr. President, the challenge that you have is the data you have is wrong. We talked to the congressmen, and they were surprised.

But they — I guess there was a person named Mr. Braynard who came to these meetings and presented data, and he said that there was dead people, I believe it was upward of 5,000. The actual number were two. Two. Two people that were dead that voted. So that's wrong.

**Trump:** Well, Cleta, how do you respond to that? Maybe you tell me?

**Mitchell:** Well, I would say, Mr. Secretary, one of the things that we have requested and what we said was, if you look, if you read our petition, it said that we took the names and birth years, and we had certain information available to us. We have asked from your office for records that only you have, and so we said there is a universe of people who have the same name and same birth year and died.

But we don't have the records that you have. And one of the things that we have been suggesting formally and informally for weeks now is for you to make available to us the records that would be necessary —

*[Cleta Mitchell, a key figure in president's phone call, was an early backer of Trump's election fraud claims]*

**Trump:** But, Cleta, even before you do that, and not even including that, that's why I hardly even included that number, although in one state, we have a tremendous amount of dead people. So I don't know — I'm sure we do in Georgia, too. I'm sure we do in Georgia, too.

number, although in one state, we have a tremendous amount of dead people. So I don't know — I'm sure we do in Georgia, too. I'm sure we do in Georgia, too.

But we're so far ahead. We're so far ahead of these numbers, even the phony ballots of [name] , known scammer. You know the Internet? You know what was trending on the Internet? "Where's [name]?" Because they thought she'd be in jail. "Where's [name]?" It's crazy, it's crazy. That was. The minimum number is 18,000 for [name] , but they think it's probably about 56,000, but the minimum number is 18,000 on the [name] night where she ran back in there when everybody was gone and stuffed, she stuffed the ballot boxes. Let's face it, Brad, I mean. They did it in slow motion replay magnified, right? She stuffed the ballot boxes. They were stuffed like nobody has ever seen them stuffed before.

So there's a term for it when it's a machine instead of a ballot box, but she stuffed the machine. She stuffed the ballot. Each ballot went three times, they were showing: Here's ballot No 1. Here it is a second time, third time, next ballot.

I mean, look. Brad. We have a new tape that we're going to release. It's devastating. And by the way, that one event, that one event is much more than the 11,000 votes that we're talking about. It's, you know, that one event was a disaster. And it's just, you know, but it was, it was something, it can't be disputed. And again, we have a version that you haven't seen, but it's magnified. It's magnified, and you can see everything. For some reason, they put it in three times, each ballot, and I don't know why. I don't know why three times. Why not five times, right? Go ahead.

**Raffensperger:** You're talking about the State Farm video. And I think it's extremely unfortunate that Rudy Giuliani or his people, they sliced and diced that video and took it out of



ADVERTISEMENT

ProFlowers
an FTD company

Fresh for Winter

Now 15% Off

SHOP NOW

**Raffensperger:** You're talking about the State Farm video. And I think it's extremely unfortunate that Rudy Giuliani or his people, they sliced and diced that video and took it out of context. The next day, we brought in WSB-TV, and we let them show, see the full run of tape, and what you'll see, the events that transpired are nowhere near what was projected by, you know —

**Trump:** But where were the poll watchers, Brad? There were no poll watchers there. There were no Democrats or Republicans. There was no security there.

It was late in the evening, late in the, early in the morning, and there was nobody else in the room. Where were the poll watchers, and why did they say a water main broke, which they did and which was reported in the newspapers? They said they left. They ran out because of a water main break, and there was no water main. There was nothing. There was no break. There was no water main break. But we're, if you take out everything, where were the Republican poll watchers, even where were the Democrat pollwatchers, because there were none.

And then you say, well, they left their station, you know, if you look at the tape, and this was, this was reviewed by professional police and detectives and other people, when they left in a rush, everybody left in a rush because of the water main, but everybody left in a rush. These people left their station.

When they came back, they didn't go to their station. They went to the apron, wrapped around the table, under which were thousands and thousands of ballots in a box that was not an official or a sealed box. And then they took those. They went back to a different station. So if they would have come

ProFlowers
an FTD company
Fresh for Winter
Now 15% Off
SHOP NOW

went to the apron, wrapped around the table, under which were thousands and thousands of ballots in a box that was not an official or a sealed box. And then they took those. They went back to a different station. So if they would have come back, they would have walked to their station, and they would have continued to work. But they couldn't do even that because that's illegal, because they had no Republican pollwatchers. And remember, her reputation is — she's known all over the Internet, Brad. She's known all over.

I'm telling you, "Where's [name] " was one of the hot items . . . [name] They knew her. "Where's [name]?" So Brad, there can be no justification for that. And I, you know, I give everybody the benefit of the doubt. But that was — and Brad, why did they put the votes in three times? You know, they put 'em in three times.

**Raffensperger:** Mr. President, they did not put that. We did an audit of that, and we proved conclusively that they were not scanned three times.

**Trump:** Where was everybody else at that late time in the morning? Where was everybody? Where were the Republicans? Where were the security guards? Were the people that were there just a little while before when everyone ran out of the room. How come we had no security in the room. Why did they run to the bottom of the table? Why do they run there and just open the skirt and rip out the votes. I mean, Brad. And they were sitting there, I think for five hours or something like that, the votes.

**Raffensperger:** Mr. President, we'll send you the link from WSB.

**Trump:** I don't care about the link. I don't need it. Brad, I have a much better —



Document t t e: Transcr pt and aud o: Trump ca   w th Georg a Sec. of State Brad Raffensperger - The Wash ngton Post
Capture URL: https://www.wash ngtonpost.com/po  t cs/trump-raffensperger-ca  -transcr pt-georg a-vote/2021/01/03/2768e0cc-4ddd-11eb-83e3-322644d82356  story.htm
Capture t mestamp (UTC): Tue, 05 Jan 2021 15:07:58 GMT
Page 18 of 44



**Home**



**Share**

5.8k

**Trump:** I don't care about the link. I don't need it. Brad, I have a much better —

**Mitchell:** I will tell you. I've seen the tape. The full tape. So has Alex. We've watched it. And what we saw and what we've confirmed in the timing is that they made everybody leave — we have sworn affidavits saying that. And then they began to process ballots. And our estimate is that there were roughly 18,000 ballots. We don't know that. If you know that . . .

**Trump:** It was 18,000 ballots, but they used each one three times.

**Mitchell:** Well, I don't know about that.

**Trump:** I do think we had ours magnified out.

**Mitchell:** I've watched the entire tape.

**Trump:** Nobody can make a case for that, Brad. Nobody. I mean, look, you'd have to be a child to think anything other than that. Just a child.

**Mitchell:** How many ballots, Mr. Secretary, are you saying were processed then?

**Raffensperger:** We had GBI . . . investigate that.

**Germany:** We had our — this is Ryan Germany. We had our law enforcement officers talk to everyone who was, who was there after that event came to light. GBI was with them as well as FBI agents.

**Trump:** Well, there's no way they could — then they're incompetent. They're either dishonest or incompetent, okay?

**Mitchell:** Well, what did they find?



ProFlowers
an FTD company

Fresh for
Winter

*Now 15% Off*

SHOP NOW

Document t t e: Transcr pt and aud o: Trump ca  w th Georg a Sec. of State Brad Raffensperger - The Wash ngton Post
Capture URL: https://www.wash ngtonpost.com/po  t cs/trump-raffensperger-ca  -transcr pt-georg a-vote/2021/01/03/2768e0cc-4ddd-11eb-83e3-322644d82356  story.htm
Capture t mestamp (UTC): Tue, 05 Jan 2021 15:07:58 GMT

**Trump:** Well, there's no way they could — then they're incompetent. They're either dishonest or incompetent, okay?

**Mitchell:** Well, what did they find?

**Trump:** There's only two answers, dishonesty or incompetence. There's just no way. Look. There's no way. And on the other thing, I said too, there is no way. I mean, there's no way that these things could have been, you know, you have all these different people that voted, but they don't live in Georgia anymore. What was that number, Cleta? That was a pretty good number, too.

**Mitchell:** The number who have registered out of state after they moved from Georgia. And so they had a date when they moved from Georgia, they registered to vote out of state, and then it's like 4,500, I don't have that number right in front of me.

**Trump:** And then they came back in, and they voted.

**Mitchell:** And voted. Yeah.

**Trump:** I thought that was a large number, though. It was in the 20s.

**Germany:** We've been going through each of those as well, and those numbers that we got, that Ms. Mitchell was just saying, they're not accurate. Every one we've been through are people that lived in Georgia, moved to a different state, but then moved back to Georgia legitimately. And in many cases —

**Trump:** How may people do that? They moved out, and then they said, "Ah, to hell with it, I'll move back." You know, it doesn't sound like a very normal . . . you mean, they moved out, and what, they missed it so much that they wanted to



ProFlowers
an FTD company

Fresh for
Winter

Now 15% Off

SHOP NOW



**The Washington Post**
*Democracy Dies in Darkness*

**Trump:** How may people do that? They moved out, and then they said, "Ah, to hell with it, I'll move back." You know, it doesn't sound like a very normal . . . you mean, they moved out, and what, they missed it so much that they wanted to move back in? It's crazy.

**Germany:** They moved back in years ago. This was not like something just before the election. So there's something about that data that, it's just not accurate.

**Trump:** Well, I don't know, all I know is that it is certified. And they moved out of Georgia, and they voted. It didn't say they moved back in, Cleta, did it?

*[Fact-checking Trump's call to the Georgia secretary of state]*

**Mitchell:** No, but I mean, we're looking at the voter registration. Again, if you have additional records, we've been asking for that, but you haven't shared any of that with us. You just keep saying you investigated the allegations.

**Trump:** Cleta, a lot of it you don't need to be shared. I mean, to be honest, they should share it. They should share it because you want to get to an honest election.

I won this election by hundreds of thousands of votes. There's no way I lost Georgia. There's no way. We won by hundreds of thousands of votes. I'm just going by small numbers, when you add them up, they're many times the 11,000. But I won that state by hundreds of thousands of votes.

Do you think it's possible that they shredded ballots in Fulton County? Because that's what the rumor is. And also that Dominion took out machines. That Dominion is really moving fast to get rid of their, uh, machinery.



Document t t e: Transcr pt and aud o: Trump ca   w th Georg a Sec. of State Brad Raffensperger - The Wash ngton Post
Capture URL: https://www.wash ngtonpost.com/po  t cs/trump-raffensperger-ca  -transcr pt-georg a-vote/2021/01/03/2768e0cc-4ddd-11eb-83e3-322644d82356  story.htm
Capture t mestamp (UTC): Tue, 05 Jan 2021 15:07:58 GMT
Page 21 of 44

The Washington Post
*Democracy Dies in Darkness*



County? Because that's what the rumor is. And also that Dominion took out machines. That Dominion is really moving fast to get rid of their, uh, machinery.

Do you know anything about that? Because that's illegal, right?

**Germany:** This is Ryan Germany. No, Dominion has not moved any machinery out of Fulton County.

**Trump:** But have they moved the inner parts of the machines and replaced them with other parts?

**Germany:** No.

**Trump:** Are you sure, Ryan?

**Germany:** I'm sure. I'm sure, Mr. President.

**Trump:** What about, what about the ballots. The shredding of the ballots. Have they been shredding ballots?

**Germany:** The only investigation that we have into that — they have not been shredding any ballots. There was an issue in Cobb County where they were doing normal office shredding, getting rid of old stuff, and we investigated that. But this stuff from, you know, from you know past elections.

**Trump:** It doesn't pass the smell test because we hear they're shredding thousands and thousands of ballots, and now what they're saying, "Oh, we're just cleaning up the office." You know.

**Raffensperger:** Mr. President, the problem you have with social media, they — people can say anything.

**Trump:** Oh this isn't social media. This is Trump media. It's not social media. It's really not; it's not social media. I don't


social media, they — people can say anything.

**Trump:** Oh this isn't social media. This is Trump media. It's not social media. It's really not; it's not social media. I don't care about social media. I couldn't care less. Social media is Big Tech. Big Tech is on your side, you know. I don't even know why you have a side because you should want to have an accurate election. And you're a Republican.

**Raffensperger:** We believe that we do have an accurate election.

**Trump:** No, no you don't. No, no you don't. You don't have. Not even close. You're off by hundreds of thousands of votes. And just on the small numbers, you're off on these numbers, and these numbers can't be just — well, why wont? — Okay. So you sent us into Cobb County for signature verification, right? You sent us into Cobb County, which we didn't want to go into. And you said it would be open to the public. So we had our experts there, they weren't allowed into the room. But we didn't want Cobb County. We wanted Fulton County. And you wouldn't give it to us. Now, why aren't we doing signature — and why can't it be open to the public?

And why can't we have professionals do it instead of rank amateurs who will never find anything and don't want to find anything? They don't want to find, you know they don't want to find anything. Someday you'll tell me the reason why, because I don't understand your reasoning, but someday you'll tell me the reason why. But why don't you want to find?

**Germany:** Mr. President, we chose Cobb County —

**Trump:** Why don't you want to find . . . What?

**Germany:** Sorry, go ahead.



Document t t e: Transcr pt and aud o: Trump ca w th Georg a Sec. of State Brad Raffensperger - The Wash ngton Post
Capture URL: https://www.wash ngtonpost.com/po t cs/trump-raffensperger-ca -transcr pt-georg a-vote/2021/01/03/2768e0cc-4ddd-11eb-83e3-322644d82356 story.htm
Capture t mestamp (UTC): Tue, 05 Jan 2021 15:07:58 GMT
Page 23 of 44





**Trump:** Why don't you want to find . . . What?

**Germany:** Sorry, go ahead.

**Trump:** So why did you do Cobb County? We didn't even request — we requested Fulton County, not Cobb County. Go ahead, please. Go ahead.

**Germany:** We chose Cobb County because that was the only county where there's been any evidence submitted that the signature verification was not properly done.

**Trump:** No, but I told you. We're not, we're not saying that.

**Mitchell:** We did say that.

**Trump:** Fulton County. Look. Stacey, in my opinion, Stacey is as dishonest as they come. She has outplayed you . . . at everything. She got you to sign a totally unconstitutional agreement, which is a disastrous agreement. You can't check signatures. I can't imagine you're allowed to do harvesting, I guess, in that agreement. That agreement is a disaster for this country. But she got you somehow to sign that thing, and she has outsmarted you at every step.

And I hate to imagine what's going to happen on Monday or Tuesday, but it's very scary to people. You know, when the ballots flow in out of nowhere. It's very scary to people. That consent decree is a disaster. It's a disaster. A very good lawyer who examined it said they've never seen anything like it.

**Raffensperger:** Harvesting is still illegal in the state of Georgia. And that settlement agreement did not change that one iota.

**Trump:** It's not a settlement agreement, it's a consent

Georgia. And that settlement agreement did not change that one iota.

**Trump:** It's not a settlement agreement, it's a consent decree. It even says consent decree on it, doesn't it? It uses the term consent decree. It doesn't say settlement agreement. It's a consent decree. It's a disaster.

**Raffensperger:** It's a settlement agreement.

**Trump:** What's written on top of it?

**Raffensperger:** Ryan?

**Germany:** I don't have it in front of me, but it was not entered by the court, it's not a court order.

**Trump:** But Ryan, it's called a consent decree, is that right? On the paper. Is that right?

**Germany:** I don't. I don't. I don't believe so, but I don't have it in front of me.

*[The Trump-Raffensperger call was big news — unless you were following conservative media]*

**Trump:** Okay, whatever, it's a disaster. It's a disaster. Look. Here's the problem. We can go through signature verification, and we'll find hundreds of thousands of signatures, if you let us do it. And the only way you can do it, as you know, is to go to the past. But you didn't do that in Cobb County. You just looked at one page compared to another. The only way you can do a signature verification is go from the one that signed it on November whatever. Recently. And compare it to two years ago, four years ago, six years ago, you know, or even one. And you'll find that you have many different signatures. But in Fulton, where they dumped ballots, you will find that you have many that aren't



Recently. And compare it to two years ago, four years ago, six years ago, you know, or even one. And you'll find that you have many different signatures. But in Fulton, where they dumped ballots, you will find that you have many that aren't even signed and you have many that are forgeries.

Okay, you know that. You know that. You have no doubt about that. And you will find you will be at 11,779 within minutes because Fulton County is totally corrupt, and so is she totally corrupt.

And they're going around playing you and laughing at you behind your back, Brad, whether you know it or not, they're laughing at you. And you've taken a state that's a Republican state, and you've made it almost impossible for a Republican to win because of cheating, because they cheated like nobody's ever cheated before. And I don't care how long it takes me, you know, we're going to have other states coming forward — pretty good.

But I won't . . . this is never . . . this is . . . We have some incredible talent said they've never seen anything . . . Now the problem is they need more time for the big numbers. But they're very substantial numbers. But I think you're going to find that they — by the way, a little information — I think you're going to find that they are shredding ballots because they have to get rid of the ballots because the ballots are unsigned. The ballots are corrupt, and they're brand new, and they don't have seals, and there's a whole thing with the ballots. But the ballots are corrupt.

And you are going to find that they are — which is totally illegal — it is more illegal for you than it is for them because, you know, what they did and you're not reporting it. That's a criminal, that's a criminal offense. And you can't let that happen. That's a big risk to you and to Ryan, your lawyer.



Document t t e: Transcr pt and aud o: Trump ca   w th Georg a Sec. of State Brad Raffensperger - The Wash ngton Post
Capture URL: https://www.wash ngtonpost.com/po  t cs/trump-raffensperger-ca  -transcr pt-georg a-vote/2021/01/03/2768e0cc-4ddd-11eb-83e3-322644d82356  story.htm
Capture t mestamp (UTC): Tue, 05 Jan 2021 15:07:58 GMT
Page 26 of 44




illegal — it is more illegal for you than it is for them because, you know, what they did and you're not reporting it. That's a criminal, that's a criminal offense. And you can't let that happen. That's a big risk to you and to Ryan, your lawyer. And that's a big risk. But they are shredding ballots, in my opinion, based on what I've heard. And they are removing machinery, and they're moving it as fast as they can, both of which are criminal finds. And you can't let it happen, and you are letting it happen. You know, I mean, I'm notifying you that you're letting it happen. So look. All I want to do is this. I just want to find 11,780 votes, which is one more than we have because we won the state.

And flipping the state is a great testament to our country because, you know, this is — it's a testament that they can admit to a mistake or whatever you want to call it. If it was a mistake, I don't know. A lot of people think it wasn't a mistake. It was much more criminal than that. But it's a big problem in Georgia, and it's not a problem that's going away. I mean, you know, it's not a problem that's going away.

**Germany:** This is Ryan. We're looking into every one of those things that you mentioned.

**Trump:** Good. But if you find it, you've got to say it, Ryan.

**Germany:** . . . Let me tell you what we are seeing. What we're seeing is not at all what you're describing. These are investigators from our office, these are investigators from GBI, and they're looking, and they're good. And that's not what they're seeing. And we'll keep looking, at all these things.

**Trump:** Well, you better check on the ballots because they are shredding ballots, Ryan. I'm just telling you, Ryan. They're shredding ballots. And you should look at that very

Document t t e: Transcr pt and aud o: Trump ca w th Georg a Sec. of State Brad Raffensperger - The Wash ngton Post
Capture URL: https://www.wash ngtonpost.com/po t cs/trump-raffensperger-ca -transcr pt-georg a-vote/2021/01/03/2768e0cc-4ddd-11eb-83e3-322644d82356 story.htm
Capture t mestamp (UTC): Tue, 05 Jan 2021 15:07:58 GMT
Page 27 of 44



Home

Share

5.8k

**Trump:** Well, you better check on the ballots because they are shredding ballots, Ryan. I'm just telling you, Ryan. They're shredding ballots. And you should look at that very carefully. Because that's so illegal. You know, you may not even believe it because it's so bad. But they're shredding ballots because they think we're going to eventually get there . . . because we'll eventually get into Fulton. In my opinion, it's never too late. . . . So, that's the story. Look, we need only 11,000 votes. We have are far more than that as it stands now. We'll have more and more. And . . . do you have provisional ballots at all, Brad? Provisional ballots?

**Raffensperger:** Provisional ballots are allowed by state law.

**Trump:** Sure, but I mean, are they counted, or did you just hold them back because they, you know, in other words, how many provisional ballots do you have in the state?

**Raffensperger:** We'll get you that number.

**Trump:** Because most of them are made out to the name Trump. Because these are people that were scammed when they came in. And we have thousands of people that have testified or that want to testify. When they came in, they were proudly going to vote on November 3. And they were told, "I'm sorry, you've already been voted for, you've already voted." The women, men started screaming, "No. I proudly voted till November 3." They said, "I'm sorry, but you've already been voted for, and you have a ballot." And these people are beside themselves. So they went out, and they filled in a provisional ballot, putting the name Trump on it.

And what about that batch of military ballots that came in. And even though I won the military by a lot, it was 100 percent Trump. I mean 100 percent Biden. Do you know about that? A large group of ballots came in. I think it was to



ProFlowers
an FTD company

Fresh for
Winter

Now 15% Off

SHOP NOW


Home


Share

5.8k

And what about that batch of military ballots that came in. And even though I won the military by a lot, it was 100 percent Trump. I mean 100 percent Biden. Do you know about that? A large group of ballots came in, I think it was to Fulton County, and they just happened to be 100 percent for Trump — for Biden — even though Trump won the military by a lot, you know, a tremendous amount. But these ballots were 100 percent for Biden. And do you know about that? A very substantial number came in, all for Biden. Does anybody know about it?

**Mitchell:** I know about it, but —

**Trump:** Okay, Cleta, I'm not asking you, Cleta, honestly. I'm asking Brad. Do you know about the military ballots that we have confirmed now. Do you know about the military ballots that came in that were 100 percent, I mean 100 percent, for Biden. Do you know about that?

**Germany:** I don't know about that. I do know that we have, when military ballots come in, it's not just military, it's also military and overseas citizens. The military part of that does generally go Republican. The overseas citizen part of it generally goes very Democrat. This was a mix of 'em.

**Trump:** No, but this was. That's okay. But I got like 78 percent of the military. These ballots were all for . . . They didn't tell me overseas. Could be overseas, too, but I get votes overseas, too, Ryan, in all fairness. No they came in, a large batch came in, and it was, quote, 100 percent for Biden. And that is criminal. You know, that's criminal. Okay. That's another criminal, that's another of the many criminal events, many criminal events here.

I don't know, look, Brad. I got to get . . . I have to find 12,000 votes, and I have them times a lot. And therefore, I won the


ProFlowers
an FTD company

Fresh for Winter

Now 15% Off

SHOP NOW

Document t t e: Transcr pt and aud o: Trump ca  w th Georg a Sec. of State Brad Raffensperger - The Wash ngton Post
Capture URL: https://www.wash ngtonpost.com/po  t cs/trump-raffensperger-ca  -transcr pt-georg a-vote/2021/01/03/2768e0cc-4ddd-11eb-83e3-322644d82356  story.htm
Capture t mestamp (UTC): Tue, 05 Jan 2021 15:07:58 GMT
Page 29 of 44


many criminal events here.

I don't know, look, Brad. I got to get . . . I have to find 12,000 votes, and I have them times a lot. And therefore, I won the state. That's before we go to the next step, which is in the process of right now. You know, and I watched you this morning, and you said, well, there was no criminality.

But I mean all of this stuff is very dangerous stuff. When you talk about no criminality, I think it's very dangerous for you to say that.

I just, I just don't know why you don't want to have the votes counted as they are. Like even you when you went and did that check. And I was surprised because, you know . . . And we found a few thousand votes that were against me. I was actually surprised because the way that check was done, all you're doing, you know, recertifying existing votes and, you know, and you were given votes and you just counted them up, and you still found 3,000 that were bad. So that was sort of surprising that it came down to three or five, I don't know. Still a lot of votes. But you have to go back to check from past years with respect to signatures. And if you check with Fulton County, you'll have hundreds of thousands because they dumped ballots into Fulton County and the other county next to it.

So what are we going to do here, folks? I only need 11,000 votes. Fellas, I need 11,000 votes. Give me a break. You know, we have that in spades already. Or we can keep it going, but that's not fair to the voters of Georgia because they're going to see what happened, and they're going to see what happened. I mean, I'll, I'll take on anybody you want with regard to [name] and her lovely daughter, a very lovely young lady, I'm sure. But, but [name] . . . I will take on anybody you want. And the minimum, there were 18,000 ballots, but they



Document t t e: Transcr pt and aud o: Trump ca   w th Georg a Sec. of State Brad Raffensperger - The Wash ngton Post
Capture URL: https://www.wash ngtonpost.com/po  t cs/trump-raffensperger-ca  -transcr pt-georg a-vote/2021/01/03/2768e0cc-4ddd-11eb-83e3-322644d82356  story.htm
Capture t mestamp (UTC): Tue, 05 Jan 2021 15:07:58 GMT

happened. I mean, I'll, I'll take on anybody you want with regard to [name] and her lovely daughter, a very lovely young lady, I'm sure. But, but [name] . . . I will take on anybody you want. And the minimum, there were 18,000 ballots, but they used them three times. So that's, you know, a lot of votes. And they were all to Biden, by the way, that's the other thing we didn't say. You know, [name] , the one thing I forgot to say, which was the most important. You know that every single ballot she did went to Biden. You know that, right? Do you know that, by the way, Brad?

Every single ballot that she did through the machines at early, early in the morning went to Biden. Did you know that, Ryan?

**Germany:** That's not accurate, Mr. President.

**Trump:** Huh. What is accurate?

**Germany:** The numbers that we are showing are accurate.

**Trump:** No, about [name] . About early in the morning, Ryan. Where the woman took, you know, when the whole gang took the stuff from under the table, right? Do you know, do you know who those ballots, do you know who they were made out to, do you know who they were voting for?

**Germany:** No, not specifically.

**Trump:** Did you ever check?

**Germany:** We did what I described to you earlier —

**Trump:** No no no — did you ever check the ballots that were scanned by [name] , a known political operative, balloteer? Did ever check who those votes were for?

**Germany:** We looked into that situation that you described.




scanned by [name] , a known political operative, balloteer? Did ever check who those votes were for?

**Germany:** We looked into that situation that you described.

**Trump:** No, they were 100 percent for Biden. 100 percent. There wasn't a Trump vote in the whole group. Why don't you want to find this, Ryan? What's wrong with you? I heard your lawyer is very difficult, actually, but I'm sure you're a good lawyer. You have a nice last name.

But, but I'm just curious, why wouldn't, why do you keep fighting this thing? It just doesn't make sense. We're way over the 17,779, right? We're way over that number, and just if you took just [name] , we're over that number by five, five or six times when you multiply that times three.

And every single ballot went to Biden, and you didn't know that, but now you know it. So tell me, Brad, what are we going to do? We won the election, and it's not fair to take it away from us like this. And it's going to be very costly in many ways. And I think you have to say that you're going to reexamine it, and you can reexamine it, but reexamine it with people that want to find answers, not people that don't want to find answers. For instance, I'm hearing Ryan that he's probably, I'm sure a great lawyer and everything, but he's making statements about those ballots that he doesn't know. But he's making them with such — he did make them with surety. But now I think he's less sure because the answer is, they all went to Biden, and that alone wins us the election by a lot. You know, so.

**Raffensperger:** Mr. President, you have people that submit information, and we have our people that submit information. And then it comes before the court, and the court then has to make a determination. We have to stand by



Document t t e: Transcr pt and aud o: Trump ca  w th Georg a Sec. of State Brad Raffensperger - The Wash ngton Post
Capture URL: https://www.wash ngtonpost.com/po  t cs/trump-raffensperger-ca  -transcr pt-georg a-vote/2021/01/03/2768e0cc-4ddd-11eb-83e3-322644d82356  story.htm
Capture t mestamp (UTC): Tue, 05 Jan 2021 15:07:58 GMT
Page 32 of 44



**Raffensperger:** Mr. President, you have people that submit information, and we have our people that submit information. And then it comes before the court, and the court then has to make a determination. We have to stand by our numbers. We believe our numbers are right.

**Trump:** Why do you say that, though? I don't know. I mean, sure, we can play this game with the courts, but why do you say that? First of all, they don't even assign us a judge. They don't even assign us a judge. But why wouldn't you . . . Hey Brad, why wouldn't you want to check out [name] ? And why wouldn't you want to say, hey, if in fact, President Trump is right about that, then he wins the state of Georgia, just that one incident alone without going through hundreds of thousands of dropped ballots. You just say, you stick by, I mean I've been watching you, you know, you don't care about anything. "Your numbers are right." But your numbers aren't right. They're really wrong, and they're really wrong, Brad. And I know this phone call is going nowhere other than, other than ultimately, you know — Look, ultimately, I win, okay? Because you guys are so wrong. And you treated this. You treated the population of Georgia so badly. You, between you and your governor, who is down at 21, he was down 21 points. And like a schmuck, I endorsed him, and he got elected, but I will tell you, he is a disaster.

The people are so angry in Georgia, I can't imagine he's ever getting elected again, I'll tell you that much right now. But why wouldn't you want to find the right answer, Brad, instead of keep saying that the numbers are right? 'Cause those numbers are so wrong?

**Mitchell:** Mr. Secretary, Mr. President, one of the things that we have been, Alex can talk about this, we talked about it, and I don't know whether the information has been conveyed to your office, but I think what the president is

Home

Share

5.8k

**Mitchell:** Mr. Secretary, Mr. President, one of the things that we have been, Alex can talk about this, we talked about it, and I don't know whether the information has been conveyed to your office, but I think what the president is saying, and what we've been trying to do is to say, look, the court is not acting on our petition. They haven't even assigned a judge. But the people of Georgia and the people of America have a right to know the answers. And you have data and records that we don't have access to.

And you can keep telling us and making public statement that you investigated this and nothing to see here. But we don't know about that. All we know is what you tell us. What I don't understand is why wouldn't it be in everyone's best interest to try to get to the bottom, compare the numbers, you know, if you say, because . . . to try to be able to get to the truth because we don't have any way of confirming what you're telling us. You tell us that you had an investigation at the State Farm Arena. I don't have any report. I've never seen a report of investigation. I don't know that is. I've been pretty involved in this, and I don't know. And that's just one of 25 categories. And it doesn't even. And as I, as the president said, we haven't even gotten into the Dominion issue. That's not part of our case. It's not part of, we just didn't feel as though we had any to be able to develop —

**Trump:** No, we do have a way, but I don't want to get into it. We found a way . . . excuse me, but we don't need it because we're only down 11,000 votes, so we don't even need it. I personally think they're corrupt as hell. But we don't need that. All we have to do, Cleta, is find 11,000-plus votes. So we don't need that. I'm not looking to shake up the whole world. We won Georgia easily. We won it by hundreds of thousands of votes. But if you go by basic, simple numbers, we won it easily, easily. So we're not giving Dominion a pass on the



Document t t e: Transcr pt and aud o: Trump ca w th Georg a Sec. of State Brad Raffensperger - The Wash ngton Post
Capture URL: https://www.wash ngtonpost.com/po t cs/trump-raffensperger-ca -transcr pt-georg a-vote/2021/01/03/2768e0cc-4ddd-11eb-83e3-322644d82356 story.htm
Capture t mestamp (UTC): Tue, 05 Jan 2021 15:07:58 GMT



We won Georgia easily. We won it by hundreds of thousands of votes. But if you go by basic, simple numbers, we won it easily, easily. So we're not giving Dominion a pass on the record. We don't need Dominion because we have so many other votes that we don't need to prove it any more than we already have.

**Hilbert:** Mr. President and Cleta, this is Kurt Hilbert, if I might interject for a moment. Ryan, I would like to suggest that just four categories that have already been mentioned by the president that have actually hard numbers of 24,149 votes that were counted illegally. That in and of itself is sufficient to change the results or place the outcome in doubt. We would like to sit down with your office, and we can do it through purposes of compromise and just like this phone call, just to deal with that limited category of votes. And if you are able to establish that our numbers are not accurate, then fine. However, we believe that they are accurate. We've had now three to four separate experts looking at these numbers.

**Trump:** Certified accountants looked at them.

**Hilbert:** Correct. And this is just based on USPS data and your own secretary of state data. So that's what we would entreat and ask you to do, to sit down with us in a compromise and settlements proceeding and actually go through the registered voter IDs and the registrations. And if you can convince us that 24,149 is inaccurate, then fine. But we tend to believe that is, you know, obviously more than 11,779. That's sufficient to change the results entirely in and of itself. So what would you say to that, Mr. Germany?

**Germany:** I'm happy to get with our lawyers, and we'll set that up. That number is not accurate. And I think we can show you, for all the ones we've looked at, why it's not. And


ProFlowers
an FTD company

Fresh for
Winter
Now 15% Off

SHOP NOW





**Germany:** I'm happy to get with our lawyers, and we'll set that up. That number is not accurate. And I think we can show you, for all the ones we've looked at, why it's not. And so if that would be helpful, I'm happy to get with our lawyers and set that up with you guys.

**Trump:** Well, let me ask you, Kurt, you think that is an accurate number. That was based on the information given to you by the secretary of state's department, right?

**Hilbert:** That is correct. That information is the minimum, most conservative data based upon the USPS data and the secretary of state's office data that has been made publicly available. We do not have the internal numbers from the secretary of state. Yet we have asked for it six times. I sent a letter over to . . . several times requesting this information, and it's been rebuffed every single time. So it stands to reason that if the information is not forthcoming, there's something to hide. That's the problem that we have.

**Germany:** Well, that's not the case, sir. There are things that you guys are entitled to get. And there's things that under law, we are not allowed to give out.

**Trump:** Well, you have to. Well, under law, you're not allowed to give faulty election results, okay? You're not allowed to do that. And that's what you done. This is a faulty election result. And honestly, this should go very fast. You should meet tomorrow because you have a big election coming up, and because of what you've done to the president — you know, the people of Georgia know that this was a scam — and because of what you've done to the president, a lot of people aren't going out to vote. And a lot of Republicans are going to vote negative because they hate what you did to the president. Okay? They hate it. And they're going to vote. And



ProFlowers
an FTD company

Fresh for Winter
*Now 15% Off*

SHOP NOW



people aren't going out to vote. And a lot of Republicans are going to vote negative because they hate what you did to the president. Okay? They hate it. And they're going to vote. And you would be respected. Really respected, if this thing could be straightened out before the election. You have a big election coming up on Tuesday. And I think that it is really is important that you meet tomorrow and work out on these numbers. Because I know, Brad, that if you think we're right, I think you're going to say, and I'm not looking to blame anybody, I'm just saying, you know, and, you know, under new counts, and under new views, of the election results, we won the election. You know? It's very simple. We won the election. As the governors of major states and the surrounding states said, there is no way you lost Georgia. As the Georgia politicians say, there is no way you lost Georgia. Nobody. Everyone knows I won it by hundreds of thousands of votes. But I'll tell you it's going to have a big impact on Tuesday if you guys don't get this thing straightened out fast.

**Meadows:** Mr. President, this is Mark. It sounds like we've got two different sides agreeing that we can look at those areas, and I assume that we can do that within the next 24 to 48 hours, to go ahead and get that reconciled so that we can look at the two claims and making sure that we get the access to the secretary of state's data to either validate or invalidate the claims that have been made. Is that correct?

**Germany:** No, that's not what I said. I'm happy to have our lawyers sit down with Kurt and the lawyers on that side and explain to him, hey, here's, based on what we've looked at so far, here's how we know this is wrong, this is wrong, this is wrong, this is wrong, this is wrong.

**Meadows:** So what you're saying, Ryan, let me let me make sure . . . so what you're saying is you really don't want to give


wrong, this is wrong, this is wrong.

**Meadows:** So what you're saying, Ryan, let me let me make sure . . . so what you're saying is you really don't want to give access to the data. You just want to make another case on why the lawsuit is wrong?

**Germany:** I don't think we can give access to data that's protected by law. But we can sit down with them and say —

**Trump:** But you're allowed to have a phony election? You're allowed to have a phony election, right?

**Germany:** No, sir.

**Trump:** When are you going to do signature counts, when are you going to do signature verification on Fulton County, which you said you were going to do, and now all of a sudden, you're not doing it. When are you doing that?

**Germany:** We are going to do that. We've announced —

**Hilbert:** To get to this issue of the personal information and privacy issue, is it possible that the secretary of state could deputize the lawyers for the president so that we could access that information and private information without you having any kind of violation?

**Trump:** Well, I don't want to know who it is. You guys can do it very confidentially. You can sign a confidentiality agreement. That's okay. I don't need to know names. But on this stuff that we're talking about, we got all that information from the secretary of state.

**Meadows:** Yeah. So let me let me recommend, Ryan, if you and Kurt will get together, you know, when we get off of this phone call, if you could get together and work out a plan to address some of what we've got with your attorneys where we


ProFlowers
an FTD company

Fresh for
Winter
Now 15% Off

SHOP NOW

Document t t e: Transcr pt and aud o: Trump ca   w th Georg a Sec. of State Brad Raffensperger - The Wash ngton Post
Capture URL: https://www.wash ngtonpost.com/po  t cs/trump-raffensperger-ca  -transcr pt-georg a-vote/2021/01/03/2768e0cc-4ddd-11eb-83e3-322644d82356  story.htm
Capture t mestamp (UTC): Tue, 05 Jan 2021 15:07:58 GMT
Page 38 of 44

**Meadows:** Yeah. So let me let me recommend, Ryan, if you and Kurt will get together, you know, when we get off of this phone call, if you could get together and work out a plan to address some of what we've got with your attorneys where we can we can actually look at the data. For example, Mr. Secretary, I can you say they were only two dead people who would vote. I can promise you there are more than that. And that may be what your investigation shows, but I can promise you there are more than that. But at the same time, I think it's important that we go ahead and move expeditiously to try to do this and resolve it as quickly as we possibly can. And if that's the good next step. Hopefully we can, we can finish this phone call and go ahead and agree that the two of you will get together immediately.

**Trump:** Well, why don't my lawyers show you where you got the information. It will show the secretary of state, and you don't even have to look at any names. We don't want names. We don't care. But we got that information from you. And Stacey Abrams is laughing about you. She's going around saying these guys are dumber than a rock. What she's done to this party is unbelievable, I tell you. And I only ran against her once. And that was with a guy named Brian Kemp, and I beat her. And if I didn't run, Brian wouldn't have had even a shot, either in the general or in the primary. He was dead, dead as a doornail. He never thought he had a shot at either one of them. What a schmuck I was. But that's the way it is. That's the way it is. I would like you . . . for the attorneys . . . I'd like you to perhaps meet with Ryan, ideally tomorrow, because I think we should come to a resolution of this before the election. Otherwise you're going to have people just not voting. They don't want to vote. They hate the state, they hate the governor, and they hate the secretary of state. I will tell you that right now. The only people that like you are people that will never vote for you. You know that, Brad, right? They



voting. They don't want to vote. They hate the state, they hate the governor, and they hate the secretary of state. I will tell you that right now. The only people that like you are people that will never vote for you. You know that, Brad, right? They like you, you know, they like you. They can't believe what they found. They want more people like you. So, look, can you get together tomorrow? And, Brad, we just want the truth. It's simple.

And everyone's going to look very good if the truth comes out. It's okay. It takes a little while, but let the truth come out. And the real truth is, I won by 400,000 votes. At least. That's the real truth. But we don't need 400,000 votes. We need less than 2,000 votes. And are you guys able to meet tomorrow, Ryan?

**Germany:** I'll get with Chris, the lawyer who's representing us in the case, and see when he can get together with Kurt.

**Raffensperger:** Ryan will be in touch with the other attorney on this call, Mr. Meadows. Thank you, President Trump, for your time.

**Trump:** Okay, thank you, Brad. Thank you, Ryan. Thank you. Thank you, everybody. Thank you very much. Bye.

*An earlier version of the full audio of Trump's call inadvertently left in a reference to an individual about whom he has made unsubstantiated claims. It has since been updated.*

**Complete coverage: The Trump-Raffensperger call**                     Updated January 5, 2021





**The Washington Post**
*Democracy Dies in Darkness*

## Complete coverage: The Trump-Raffensperger call

Updated January 5, 2021

**Story:** In extraordinary hour-long call, Trump pressures Georgia secretary of state to recalculate the vote in his favor

Here's the **full transcript and audio** of the call between Trump and Raffensperger

**Fact-checking** Trump's call to the Georgia secretary of state

**Reaction:** The Trump-Raffensperger call was big news — unless you were following conservative media

**Election results under attack:** Here are the facts

💬 **5.8k Comments**



**Amy Gardner**
Amy Gardner joined The Washington Post in 2005. She has worked stints in the Virginia suburbs, covered the 2010 midterms and the tea party revolution, and covered the Republican presidential nominating contest in 2011-2012. She was a politics editor for five years and returned to reporting in 2018. Follow 🐦



**Paulina Firozi**
Paulina Firozi is a reporter covering national and breaking news. She joined The Washington Post in 2017 and was previously a researcher for PowerPost's The Health 202 and The Energy 202 newsletters.
Follow 🐦

### More from The Post

## Live updates: U.S. again shatters records after 2,800 new patients require hospitalization in a single day










patients require hospitalization in a single day

**Opinion**

## Hawley, Cruz and their Senate cohort are the Constitution's most dangerous domestic enemies



**Analysis**

## Two Republican lawyer-senators look for loopholes in democracy



## Growing number of Trump loyalists in the Senate vow to challenge Biden's victory



## In ad, lawmaker vows to carry her Glock around D.C. and on Hill




## The Trailer newsletter

News and insight on political campaigns around







Home


Share


5.8k

## The Trailer newsletter

News and insight on political campaigns around the country, from David Weigel. 435 districts. 50 states. Tuesday, Thursday and Sunday evenings.




**Sign up**

By signing up you agree to our Terms of Use and Privacy Policy.

**PAID PROMOTED STORIES**

Recommended by Outbrain | ▷



**Read This Before You Renew Amazon Prime Again**

Capital One Shopping



**3 Critical Signs Most Cat Parents Miss**

Dr. Marty



**Shut The Front Door! The New Subaru Outback Is Stunning!**

Luxury Auto | Sponsored Listings

**50 Employees Who Publicly Shamed Their Jerk Bosses**

Post Fun



**20 Historical Events That Never Actually Happened**

Past Factory



**Your profile is incomplete**

Before you can contribute to our community, please visit your Profile page in order to complete your profile.

| Comments |
| --- |

Before you can contribute to our community, please visit your Profile page in order to complete your profile.

## Comments



This conversation is moderated according to The Post's community rules. Please read the rules before joining the discussion. Send feedback about the comments section here.

**All Comments (5.7k)**       Viewing Options ▾



**Dan Sizemore**   2 minutes ago

Raffensperger: Mr. President, the problem you have with social media, they — people can say anything.

Trump: Oh this isn't social media. This is Trump media.

Me: LOL

Like 👍   Reply ↰   Link ⌘   Report ⚑



**WonderfulWorld**   5 minutes ago

Respect to Raffensberg and Germany for never screaming 'Oh, jeez, just shut up!'
My brain hurts from reading Trump's baffling BS...having to listen to it delivered in that 'glue pouring from a keg' voice would send me round the twist.

Like 👍   Reply ↰   Link ⌘   Report ⚑



**Bluewaterdream**   5 minutes ago *(Edited)*

The real story is here:

*You don't need much of a number because the number that in theory I lost by, the margin would be 11,779. But you also have a substantial numbers of people, thousands and thousands, who went to the voting place on November 3, were told they couldn't vote, were told they couldn't vote because a ballot had been put on their name. And you know that's very, very, very, very sad. We had, I believe it's about 4,502 voters who voted but who weren't on the voter registration list, so it's 4,502 who voted, but they weren't on the voter registration roll, which they had to be. You*



# Exhibit 5

screenshot-www.washingtonpost.com-2021.02.09-11_49_27
https://www.washingtonpost.com/context/read-dominion-voting-system-s-complaint-against-lawyer-sidney-powell/645e6826-ff2f-45c0-9b23-d2597f4dbb5e/?
itid=lk_interstitial_manual_5
09.02.2021





**Perspective**

### Ask Amy: Polyamory creates an extra family challenge

Mom doesn't know how to react to son and daughter-in-law's revelation.

11 hours ago



### Amid uproar for saying women talk too much at meetings, Tokyo Olympic chief apologizes but refuses to resign

Yoshiro Mori expressed "remorse" for the remarks — that also brought scorn from his wife.

4 days ago



**Analysis**

### Some police deaths are more worrisome to Fox News than others

The cable network barely mentioned President Biden's visit to the Capitol to honor an officer killed on Jan. 6.

5 days ago