# Exhibit 270



*screenshot-web.archive.org-2021.02.09-11_27_39*
http://web.archive.org/web/20210111030915/https://twitter.com/realMikeLindell/status/1348287073967595521
09.02.2021