# Exhibit 271

FILE 9 Mike Lindell  Shiloh Tabernacle Church
January 07, 2021



1

2

IN RE:

3

9 Shiloh Tabernacle Church, Exclusive Interview with Mike
4  Lindell today (Jan. 7, 2021), available at,
https://vimeo.com/498963091
5  Correct file
https://www.facebook.com/watch/?ref=search&v=252789096275977&
6  external_log_id=2022dc37-ad02-43d7-adf4-23b77c17c26f&q=Shiloh%
20Tabernacle%20Church%20Exclusive%20interview%20with%20mike%20
7  lindell

8 _____

9

10

11        FILE 9 - RECORDED INTERVIEW WITH MIKE LINDELL

12

13 DATE:                January 7, 2021

14  LOCATION:            Audio Recording of Interview

15 TRANSCRIBED BY:      Lourdes Alvarado, Court Reporter
16              U.S. Legal Support, Inc.

17

18

19

20

21

22

23

24

25

FILE 9 Mike Lindell  Shiloh Tabrernacle Church
January 07, 2021                                    2

1      PASTOR RUTH PERETTI:  Good afternoon, Washington

2   DC.  Oh, wow.  We're live right now in Washington DC.

3   Beautiful day.  (Unintelligible) most of the people

4   think it's dooms day.  It's not.  It's a beautiful,

5   hopeful day here in Washington DC.  We're celebrating

6   God's righteousness as of this moment and the whole

7   time that God (unintelligible) -- here, of course, here

8   we are with our brother, Mike Lindell, here at the

9   Trump Tower.  And, by the way, this is a follow-up

10   interview.  The last time we were here, right, brother?

11      Okay.  Go ahead.

12      MIKE LINDELL:  Well, how are you all doing?  This

13   is, like you said, this is a day of hope today.  I want

14   to tell everyone that everyone's got to realize that

15   the miracle that's happening, it's not just all the

16   great things, the president that God gave us November

17   8th, 2016, to give people time to come to the Lord and

18   all this, and to change the world we're in.  And what

19   happened was, on election night this is the miracle

20   everybody needs to see.  On election night at 11:15,

21   because of you, because of all of us, because of these

22   massive number of votes that came in, that they didn't

23   expect.  They did not expect that many.

24      PASTOR RUTH PERETTI:  Yes.

25      MIKE LINDELL:  So these algorithms -- you know,

1  I've been very involved with all the corruption, with

2  all the voter fraud, the election fraud.  And what

3  happened that night, this is the miracle.  I want

4  everybody to realize at 11:15 the machines, they broke

5  because the algorithms broke because Donald Trump would

6  have won anyway, even in spite of all the fraud.  But

7  if that would have happened, let's say, I want everyone

8  to realize what -- if they would have predicted, right,

9  what would have happened is all the election would have

10  ended about 3:00 in the morning like normal.

11      PASTOR RUTH PERETTI:  Uh-huh.

12      MIKE LINDELL:  And he would have lost.  But it

13  would have been close and nobody would have ever known

14  that it was fraud.  So revealing the right shows, as

15  you say --

16      PASTOR RUTH PERETTI:  Yes.

17      MIKE LINDELL:  To reveal the righteousness

18  necessary to reveal the truth.

19      PASTOR RUTH PERETTI:  Yes.

20      MIKE LINDELL:  This is the only time in history

21  the whole world is watching us.

22      PASTOR RUTH PERETTI:  Exactly.

23      MIKE LINDELL:  And the truth will be revealed.  It

24  will come out.  I know the truth.  You all know the

25  truth.

1      PASTOR RUTH PERETTI:  That's right.

2      MIKE LINDELL:  But what has to happen is everybody

3   needs to see it.  You take the person -- I'll talk

4   political now.  Take someone here on the left, even far

5   left, and say, you know, what would you -- once they

6   see what's there --

7      PASTOR RUTH PERETTI:  Yes.

8      MIKE LINDELL:  Once they see what's there, they're

9   going to go, you know what, I don't like him, but he

10   did win.

11      PASTOR RUTH PERETTI:  That's right.

12      MIKE LINDELL:  And this is what needs to happen.

13   People don't -- everybody here think they won.  Over

14   here we know we won.  You know, but you have these

15   things and I don't know, you know, yesterday what

16   happened and I want to put some people at peace, there,

17   you know, of the rally.

18      PASTOR RUTH PERETTI:  Yeah.

19      MIKE LINDELL:  This was set up with ANTIFA.  This

20   isn't the people that were down there.  And you had

21   certain things happen.  You had the vice president send

22   out this letter.  We don't know why he did it.  Nobody

23   knows why.  Everybody can speculate, you know,

24   whatever.  Maybe he was threatened.  We don't know what

25   happened.  We do not know what happened.

1    PASTOR RUTH PERETTI:  Exactly.

2    MIKE LINDELL:  Only God knows what happened and

3  some people that were directly involved.  But when that

4  happened, then you have -- so you have ANTIFA go in and

5  then you have these people that feel -- now they feel

6  that they have no hope, that their hope was being taken

7  at that moment and time.  That was the only hope they

8  had.  So they may have followed them in.  Then you have

9  people in there just taking videos, whatever.

10    PASTOR RUTH PERETTI:  Exactly.

11    MIKE LINDELL:  But there were strange things that

12  happened.  All of a sudden, they get everybody out and

13  you get right back to what you were doing.  Well, what

14  about the China virus and all that stuff?  It was kind

15  of weird, you know.

16    PASTOR RUTH PERETTI:  Yeah.

17    MIKE LINDELL:  And terrible things happened there.

18  But it had nothing to do with the rally.

19    PASTOR RUTH PERETTI:  Exactly.

20    MIKE LINDELL:  The people that -- and they're

21  trying now to say, well, okay it's over.  That was your

22  last chance.  They're trying to defeat people, defeat

23  our hope.

24    PASTOR RUTH PERETTI:  Yes.

25    MIKE LINDELL:  And God's got his plan in all of

FILE 9 Mike Lindell  Shiloh Tabrernacle Church
January 07, 2021                                6

1  this.

2     PASTOR RUTH PERETTI:  That's right.  He's in

3  charge.

4     MIKE LINDELL:  And God's plan, I'm telling you

5  right now, no matter how this manifests, I'm not going

6  to give you answers and say, well, the president can do

7  this and this and on January 20th he will be our

8  president four more years.  God has a bigger plan.

9     PASTOR RUTH PERETTI:  That's right.

10    MIKE LINDELL:  And his plan is the long-term plan.

11    PASTOR RUTH PERETTI:  That's right.

12    MIKE LINDELL:  This isn't -- you know, and I want

13  to say this too, remember I said it before I think on

14  our last interview, people, look -- don't look for hope

15  when things are going good.

16    PASTOR RUTH PERETTI:  Exactly.

17    MIKE LINDELL:  You know, people, you know, they're

18  not.  They're just not.  They may go to church on

19  Sundays to clear their sins during the week, but then,

20  you know, that's it.  I'm fine now.  No, no, that's not

21  the way it goes.

22    PASTOR RUTH PERETTI:  Exactly.

23    MIKE LINDELL:  And the people that are looking for

24  hope -- now we'll talk politics again.  So, everybody

25  over here on the right, you know, their hope, they've

1   experienced it, you know, with Donald Trump.  Okay.  So

2   that's their hope.  They're going, okay, I hope that

3   our lives will get better and more joyful, right?

4   Okay.  And you have over here and they're thinking that

5   their hope is -- you know, our party is back in.  But

6   that party is not who they voted for.  They voted for

7   something that they don't even realize yet that it's

8   coming.  Let's just say a scenario, you know, that this

9   -- that it plays out where this evil, you know, wins in

10  the short term here.  We all need to have the fear.

11  Maybe the big win isn't Donald Trump winning, being

12  inaugurated on January 20th, right?  We don't know when

13  -- but we know that we are part of a great revival and

14  the big win is bringing everybody to Jesus.

15      PASTOR RUTH PERETTI:  Exactly.  That's it.

16      MIKE LINDELL:  And I will tell you what has to

17  happen, this is very critical.  This is the moment in

18  history where that miracle of election night, the fraud

19  does have to be found out.  The truth does have to come

20  out.  And it will come out then.  I can 100 percent say

21  today that the truth will come out.  Will it come out

22  on the 8th, when the supreme court reconvenes?  Will it

23  come out on the 11th?  We have this evidence there.  I

24  don't know.  I can't say that, because of these --

25  we're in an anomaly in history.  We're in a

1  (unintelligible) great times, where we're a part of --

2  it's historical.  God hasn't abandoned us.  There is

3  people calling me going, "God's abandoned us.  We

4  prayed, you know."  You prayed.  Let me tell everybody,

5  when you pray, you do reactionary prayers.  A lot of

6  people do that.  And they don't it -- it may not be

7  God's word.  It may not be God's will.  That may not be

8  God's will.  They're praying reactionary prayers, you

9  know.  Oh, please, you know, look at what happened.  I

10  don't know.  We're praying for this miracle here.  What

11  they want, but it might not be God's will.  Where is

12  God's will?  God's will is in the word.

13     PASTOR RUTH PERETTI:  That's right.

14     MIKE LINDELL:  And you get in prayer and find out

15  what God wants and you're going to find out proactive

16  prayers come together with God's word.  They come

17  together.  And these are things that's everyone -- I

18  was trying out, you know, going, okay, what's God's got

19  planned here right?

20     PASTOR RUTH PERETTI:  Yeah.

21     MIKE LINDELL:  And I have been -- I've been right

22  on a few things that I can say, well, this happened.

23  Because I'm a marketer too, because I'm looking at it

24  from other ends and what the evil is doing and how

25  their conditioning people's minds and playing with them

1  or how they're coming -- evil is coming there and you

2  have the good out here, you know, going, okay, this has

3  to play out with the setting that -- remember, we need

4  -- you need to -- maybe this bad needs to happen so

5  people can have, even people over here -- you know, I

6  don't know how it's going to play out.  I'm just saying

7  that it's a bigger picture here.  You know, our

8  president, that God provided to us, he is just a

9  vessel.

10     PASTOR RUTH PERETTI:  That's right.

11     MIKE LINDELL:  He's just a vessel.  He is just a

12  vessel.  He was chosen for such a time as this.

13     PASTOR RUTH PERETTI:  Exactly.

14     MIKE LINDELL:  And when he was chosen -- now, was

15  he chosen, I want you to think of it, to lead a big

16  awakening and revival in history.  And that was just a

17  piece there of him starting this or was it just this

18  president for eight years.  You know, God's got big

19  plans.  And I bring hope.  I feel so when I woke up

20  this morning.  You know, I'm going, okay, God show me

21  these pieces.  Just in the last two hours I've just got

22  -- I went to an interview today and I was walking down

23  the street by myself, right through D C here on the way

24  back and (unintelligible) said, "Don't walk there."

25  And I did on the way back.  And on the way back in all

1   my years, you know, even when I got behind, you know,

2   Donald Trump, I had never ever had anybody bad mouth me

3   out in the street or feel threatened, you know, because

4   of my, you know --

5       PASTOR RUTH PERETTI:  Affiliation?

6       MIKE LINDELL:  Affiliation.  I did today.  One

7   guy.  And it was right out here, a block away.  And

8   evil spewed out of his mouth.  And he's calling me a

9   traitor and he's swearing and just going.  And all

10  these people on the sidewalk started sticking up and

11  going back and going, "No, he's not."  And they weren't

12  threatening him.  They were -- one guy was going,

13  "We'll pray for you."  She yelled -- it was like I was

14  watching evil and good just conflict there and, you

15  know, that means we're in the right places.

16      PASTOR RUTH PERETTI:  Yeah, exactly.

17      MIKE LINDELL:  Where we're supposed to be.  We're

18  in the right place.  I would take that as, see the

19  devil, the devil wants everybody to go into depression.

20      PASTOR RUTH PERETTI:  Yes.

21      MIKE LINDELL:  And fear.

22      PASTOR RUTH PERETTI:  Yes.  Yes.

23      MIKE LINDELL:  We seen fear last night.

24      PASTOR RUTH PERETTI:  Yes.

25      MIKE LINDELL:  When all these senators and

1  Congressmen, they turned.  They did it, a lot of them

2  out of fear.

3     PASTOR RUTH PERETTI:  I know.

4     MIKE LINDELL:  Their personal fears, fear for

5  themselves and they weren't all evil, they live in

6  fear.

7     PASTOR RUTH PERETTI:  Exactly.

8     MIKE LINDELL:  We should have one fear, fear of

9  the Lord.

10     PASTOR RUTH PERETTI:  Exactly.  And that's exactly

11  what happens to us as well.  We were there yesterday

12  and we know that the vice president will not do the

13  right thing.

14     MIKE LINDELL:  Yeah.

15     PASTOR RUTH PERETTI:  But God said, "I'm in

16  control."  No VP, no supreme court justices will get

17  any glory from this, only God.  And thank God this is

18  something that we talk again so we know -- this is not

19  scripted, everyone.  So same hope, same hope.  Same

20  experience.  When we walked to Capitol Hill before we

21  left our hotels, one guy is doing jogging and he curses

22  and said, "You still here?"  You know, "All those?"

23  So anyway, we said, "God bless you.  Yeah, we're still

24  here, you know, fighting for righteousness."

25     So anyway, we went around and we encouraged people

1  that attended the rally.  Most of them are sad and

2  depressed and hopeless.  And we told them, "No, this is

3  just the beginning of the beginning."  The hope is

4  rising up, the real hope.

5     MIKE LINDELL:  The real hope.

6     And I want everyone, if you listen -- I want you

7  all to go back and if you have a tape of the president

8  on there, there is two things.  The most important

9  thing that came out of that, you know, he said, "This

10  is just the beginning."  He said it himself too.

11     PASTOR RUTH PERETTI:  Yeah.

12     MIKE LINDELL:  He said, "I'm not a quitter."  He's

13  never going to quit.

14     PASTOR RUTH PERETTI:  I know.

15     MIKE LINDELL:  But that doesn't mean when you seen

16  a thing come out -- I will go peacefully and if it

17  comes to that day, what do you say?  Let's just say

18  that that would be God's will, just to that moment in

19  time.  He ain't going anywhere is what he's saying.

20  He's not going anywhere.  He's not going anywhere.  But

21  he doesn't know what God's will is in this or maybe

22  things have to get bad over here before they get

23  better.

24     Maybe people think of this -- I just look at

25  different things.  What if politically now you have

1   this, oh, we're doomed with the socialism and stuff and

2   nonsense coming in here.  Well, how long do you think

3   -- we haven't even had the inauguration and already

4   you're hearing stuff, a man, a woman, I mean all this

5   crazy.  People making them stay inside for, you know,

6   eight people in Minnesota, inside for the holiday, for

7   Thanksgiving, you know.  So, if you have that -- you

8   know, if you show people -- example -- if they have an

9   example, you know, and then they can draw the two

10  together and say, wow, you know there is a better way.

11  And God's that way.  God's got that path.  And I hate

12  to say it, you know, we've seen the hope.

13      Other people have their eyes -- what I've noticed

14  during this whole election thing is like there is a

15  shield.  The evil got a veil on them they can't break

16  through.  It's like over their eyes.  And they can't --

17  and those eyes need to be open so then their hearts can

18  be restored and they can find Jesus, you know.

19      PASTOR RUTH PERETTI:  You're on the same page

20  again.  That's what the Lord said, "I'm allowing all

21  these things," he said, "to show --"

22      MIKE LINDELL:  To show, there you go.  There is my

23  confirmation.  Because I was getting these this

24  morning.  There is a bigger picture here and I can't

25  say -- and I can tell you facts.  But, you know what,

1   the inauguration has been delayed one other time 90

2   days.  Did you know that in our history?  It was

3   delayed 90 days once, you know.  If you want to talk

4   about that, that happened.  It was an anomaly in

5   history.  It was the Civil War.  But you know last

6   night there was another example, where they could have

7   -- put us back into the stage that was done in 1870

8   something, if they had done something there.  They

9   chose not to do the anomaly.  They chose to do --

10   everybody was scared.  There was so much fear.

11       PASTOR RUTH PERETTI:  So much.

12       MIKE LINDELL:  So much fear in that room and evil.

13   People are going, okay, this person jumped here.  This

14   one jumped here.  They don't have the Lord and they're

15   just fearing in their flesh, a lot of them.  You know,

16   don't kid yourself, there were some evil ones.  I don't

17   even have to name them, you know.  But there was moves

18   made that weren't understanding to me.  You know, we

19   can't understand it.  We can guess, you know.

20       Just like right now they're out there saying that

21   Donald Trump, this was his fault, that -- no, that was

22   planned, ANTIFA planned that.  And even people, they

23   know that, but the one thing we have to get by, we have

24   to be the voice.  Everybody out there, the voice.  Hope

25   if we -- this time this is what cannot change, the

1  hope.  We have to stay -- we have to stay in prayer and

2  that's called faith.

3     You know, all of you out there, don't give up,

4  "Today, oh, this happened.  I'm going to go cry and I'm

5  just going to be so depressed."  That's what I don't

6  get.  I'm always am joyful, hopeful because that's my

7  thing.  It might even be worse than living in -- worse,

8  but that is living in fear.  You're fearing the future.

9  God's got this.  God loves you.  That's it.  I mean,

10  God's got this.  But you don't know his plan.

11     And one of the things is, what would you say if

12  that miracle on election night, where they took this

13  and this gets revealed and the truth gets opened and

14  now there is fair elections, fair.  Whatever all this

15  that happened, there is something else that's going to

16  come out of it and it's a movement.  The greatest

17  revival in history.  (Unintelligible) these are the

18  seeds of this revolution.  And the stuff that's

19  happened for decades, and maybe for generations now is

20  coming to a head of good and evil.

21     PASTOR RUTH PERETTI:  That's right.

22     MIKE LINDELL:  And you can say when we come out of

23  this -- and there is going to be choices.  We have to

24  make you -- start with that China virus, with this

25  virus thing, okay.  You think that's being used -- you

1  know, these are in the Bible too, the mark of the

2  beast.  You know all these things.  And, you know, so

3  there is a lot of things that are going to happen.  But

4  it's just the biggest thing is stay in prayer and now

5  God has the answers, because you have to keep -- if you

6  start losing that, then evil will win.

7      PASTOR RUTH PERETTI:  That's right.

8      MIKE LINDELL:  Evil will win.

9      PASTOR RUTH PERETTI:  Again, I told you this is

10  the first time again that we talked and God is

11  revealing the same thing.  Genesis and Revelations is

12  manifesting.  The parting of the Red Sea is here.  This

13  is also the three Hebrew men, where they said, "God, we

14  know you can deliver us from this, but if you decided

15  not to, we're not going to bow down to Bale (phonetic)

16  or to any king of the world."  That's exactly where we

17  are (unintelligible) and that's what we're saying, God

18  can make it so bad, seven times worse than like

19  yesterday.  It seems like, oh, my God, VP, like this

20  why because seven times five.  We are in the seven

21  times five (unintelligible).

22      Never, ever before in the history of mankind of

23  USA, and a man like you, a woman like Kendra and

24  everyone else here and the pastors that is believing,

25  come one.  Even people say, "I'm just an ordinary

1   American."  No, we are ordinary, but we have a faith

2   that can change and move mountains.  So now all things

3   will work together for good, all things.

4       MIKE LINDELL:  Yes.

5       PASTOR RUTH PERETTI:  And including for our

6   President Trump.  You think he will trust God more

7   right now?

8       MIKE LINDELL:  Yes, I think -- can you imagine

9   when he's a fire, when he's on fire with the Lord.

10      PASTOR RUTH PERETTI:  Come on.

11      MIKE LINDELL:  Come on.  Come on.  You know, in my

12  life, you have to realize, everything that had happened

13  in my life, it got me closer and closer and closer to

14  God.  There are things that happened.  You know, as you

15  see the miracles, as you see.  You know, maybe things

16  have to get down and then you look for the hope and you

17  find the hope is Jesus.  And I really believe we're in

18  the best times.  I woke up and the devil tried to get

19  me down this morning.

20      PASTOR RUTH PERETTI:  We prayed for you.  Every

21  morning.  Hallelujah.

22      MIKE LINDELL:  And it took about two hours and

23  then I was getting confirmations.  And, you know, and

24  different confirmations and divine appointments that

25  happened right here in this hotel, as these guys were

1  leaving and they confirmed exactly what I was -- I was

2  actually talking to three lady downstairs and they're

3  saying, "Is it over?  Is it over?"  And one's crying

4  and I said, "No, it ain't over."  "What do you mean?"

5  Our lives, you know, if it is -- if it's ending, we

6  should be happy.  We're all going to heaven.  You know,

7  hey, come on?

8     PASTOR RUTH PERETTI:  That's right.

9     MIKE LINDELL:  We win either way.  That's what I

10  told them, we win either way.  If we have the Lord,

11  that's it.  Let's just -- it's like living inside of a

12  movie.  We're living right now the greatest movie ever.

13  We're living inside the greatest story ever told.

14     PASTOR RUTH PERETTI:  Exactly.

15     MIKE LINDELL:  It's beautiful and we're part of

16  it.  We're part of this.

17     PASTOR RUTH PERETTI:  Unprecedented movement?

18     MIKE LINDELL:  Yes, this unprecedented stuff

19  that's going on right now.  It's an anomaly in history.

20  Nothing like this has ever happened.  And, you know,

21  they have -- actually there has been -- when you talk

22  (unintelligible) and stuff and if you watch and there

23  is some biblical thing where it says we're at the end,

24  you know, of the years or whatever.  And all of a

25  sudden we will fall.  Our nation will fall.  No, this

1   is different.  This is -- we've always had, you know,

2   Israel's back and I just think this is -- this stuff is

3   written in the Bible.  We're in biblical times.

4       PASTOR RUTH PERETTI:  That's what the Lord says,

5   manifestation of his work in Genesis and Revelations,

6   everything about ester (unintelligible) the lions dead.

7   All these things, it will come to life right now.  It's

8   alive right now.  That's why we're so blessed that you

9   are still in this, because now the love of God is

10  (unintelligible) hope will not disappoint.  Declare

11  that hope to all the nations again.

12      MIKE LINDELL:  Yeah, even I can't say it enough,

13  but this is -- we should be happy because we don't know

14  God's plan, but we do now it's awesome.  And all these

15  things -- when you look back on something -- I want

16  anyone, if you go back in time and find something

17  that's bad and you go, "Oh, when that happened it was

18  so devastating and I was so depressed," you came out of

19  it.  You came out of it.  You look back, "Wow, that had

20  to happen for this good to manifest."

21      PASTOR RUTH PERETTI:  Exactly.

22      MIKE LINDELL:  I'm telling you, almost set at 100

23  percent, I want everyone to proactively pray.  Stay in

24  the word and stay proactive in your prayers.  If you

25  stay in the word, it will match God's will more.  And

1  everyone is out there praying for something that may

2  not be God's will.  It may not be God's will, whatever

3  that may be.  But if you stay in the word, and they're

4  going to connect a lot better, and that's the whole --

5  and it's a lot easier to give it to God.  You don't

6  have those fears.  To me that's my biggest thing, I

7  don't have the fear.  I fear the Lord.  And that's so

8  important, because you get rid of, you know -- and I'm

9  not talking physical fear.  I'm talking fear, where are

10  we going?  You know, the mental things.  You know,

11  what's going to happen now, well, we don't know.  Let's

12  just ride it out.  It's going to be awesome.

13     PASTOR RUTH PERETTI:  Romans 8:28, all things will

14  work together for the good.  We love God according to

15  his purpose.  Same him, same all of us.  That's why

16  they said, "Are you guys leaving?  Are you going home?"

17  We said, "No, we're still staying (unintelligible).

18  We're going to go over all Washington DC to declare

19  that and to sing, pray and declare hope."  And that's

20  why I believe this is the time and season that no one

21  has seen.  No eye has seen, no ear has heard.

22     MIKE LINDELL:  That's right.  That's right.  And I

23  would like to get back with you guys tomorrow or the

24  next day, probably two days with an update.  What day

25  is today?  Thursday?

1     PASTOR RUTH PERETTI:  Thursday.

2     MIKE LINDELL:  I think I'll give you an update by

3  --

4     PASTOR RUTH PERETTI:  I believe so.

5     MIKE LINDELL:  This gets the message out now.  I'm

6  just telling you, keep the faith and pray and read your

7  Bible.  I think I said -- remember last spring I told

8  everyone from the Rose Garden, everyone was locked

9  inside and everything was wrong.  And I said, "Our

10  nation has turned its back on God."  And everybody in

11  there (inaudible) read, you know, get back in the word

12  and, you know, this is a time where it's -- we're in

13  the biggest spiritual warfare probably in history, one

14  of the biggest ever.

15     PASTOR RUTH PERETTI:  Ever.

16     MIKE LINDELL:  So you got this.  I use big words

17  like "ever" because I wasn't living in an apartment,

18  but this is pretty big.  And you do this and we bring

19  not only our Nation, we bring the world.  You bring

20  them back to God.  And this is, like I said it for a

21  long time, whatever these pieces are, the end game is

22  the big -- when God gave us grace, which he did on

23  November 8th, 2016, when he gave us grace.  That day it

24  wasn't for just to have this great president, whatever

25  for those physical things that we all manifest, those

1   decisions, those decisions, it was for the great to --

2   start the greatest revival in history.

3       PASTOR RUTH PERETTI:  Ever.

4       MIKE LINDELL:  What, you think the greatest

5   revival everything would have gone good?  You think if

6   everyone, just people would have come to the Lord going

7   okay, great, Donald Trump?  This is great.  These are

8   physical things --

9       PASTOR RUTH PERETTI:  That's right.

10      MIKE LINDELL:  That they would have been given and

11  you get complacent.  You have people that are all the

12  way from one spectrum that just -- the worst person

13  that doesn't have Jesus, all the way to over here, to

14  everyone -- a believer that didn't stay, that hasn't

15  surrendered, whatever.  But you have this spectrum,

16  well, you might have got the ones -- you actually might

17  have got some that reconverted back.  This is great.

18      I used to be like that.  I got out of scrapes when

19  I'd pray and get out of them.  And I'm getting my head

20  cut off again, I better pray about it.

21      PASTOR RUTH PERETTI:  This -- nothing changed.

22  This is a transformation.

23      MIKE LINDELL:  That's a reactionary pray, when

24  things were going so good and everyone can look back in

25  January, February, when you talked about physical

1   thing, the best lowest unemployment, the best consumer

2   compass, and all these things, but that wasn't the end

3   game of God.  That's -- we need to witness.  We need to

4   be a witness and bring people to Jesus and people to

5   restore the biggest revival in history.  You know, we

6   have -- you know, when -- had that this -- when people

7   to get to our knees, when we surrendered and we asked

8   God for forgiveness, he gave us that.  But then we have

9   to forgive to -- forgive us, Lord and --

10      PASTOR RUTH PERETTI:  That's right.

11      MIKE LINDELL:  And now I just think, you know,

12   maybe it wasn't enough.  Maybe not enough people get to

13   where he wanted to get.

14      PASTOR RUTH PERETTI:  Because we're still looking

15   at President Trump.  They should look beyond President

16   Trump and that's the key.

17      MIKE LINDELL:  They got to look beyond that.

18   That's the message of today.

19      PASTOR RUTH PERETTI:  Come on.

20      MIKE LINDELL:  The message of today is to look

21   beyond President Trump.

22      PASTOR RUTH PERETTI:  Amen.

23      MIKE LINDELL:  And look at this.  This is what I

24   had to do this morning.  He's a part, don't get me

25   wrong.  He's like -- he was like the, you know --

PASTOR RUTH PERETTI: Main character.

MIKE LINDELL: Yeah, the main character that opened up where many people that -- you know, if that's what it took for them to give them the hope and see, it's just kind of an addiction.

Let me tell you about addiction. You know I'm a former crack head. I view addiction as an opportunity in history. This is before all this happened. With addiction -- you know, here everybody is looking for hope there, but they're looking for it. It's inner, it's their spiritual, it's not a physical. They're looking for hope. Deep down, right. So where I have my recovery network, it's not to get people off drugs. That's a bonus getting them off drugs or whatever addiction they have, alcohol. But it's to get them to Jesus.

PASTOR RUTH PERETTI: Exactly.

MIKE LINDELL: That's the main thing, get them to Jesus. A bonus is getting them here. So, now you think of this, when were -- before this China virus, before this happened, everyone was -- the goal was to get people that God put in. When he put Donald Trump, was it to get people so they're all making good money and they're all employed and they're all -- you know, physically could support their families and, you know,

1  and they're buying stuff?  No, that was a bonus.

2     PASTOR RUTH PERETTI:  Exactly.

3     MIKE LINDELL:  It was to get people to Jesus and

4  that work ain't done yet.

5     PASTOR RUTH PERETTI:  Amen.

6     MIKE LINDELL:  Now that's it.

7     PASTOR RUTH PERETTI:  That's it.

8     MIKE LINDELL:  So have some peace.  Get prayers.

9  Pray for your people.  Pray for people that aren't your

10  family and stuff, that aren't there yet, that need to

11  come there.  And, you know -- and you know what you're

12  going to see whenever this goes, when you're telling

13  them and you're approaching and you're ministering out

14  there to people, and you're telling them God's got

15  this, God's got this, do you know how many people don't

16  believe, right?  Now, God's got this.  Do you know how

17  many people are going to call you up and say, "I told

18  you so."  Let's say it's not God's plan, where he

19  doesn't get the inauguration that day on the 20th, then

20  they're, "Your God he has forsaken you."  And, no, he's

21  got a bigger plan because we want to get everybody.

22     It's like my addiction plan, like my Lindell

23  Recovery Network.  It's not just one little recovery

24  center here for 50 people.  My thing is millions, it's

25  for millions.  The way I set it up is for millions to

1  get to Jesus, not just to help a few.

2      So we're all part of those -- it's like right now

3  we're the ones that are giving the word out there to

4  keep the faith.  And when it starts to unfold, then,

5  you know, hopefully their eyes will be open.  Because

6  it's got gone the way it is, so chaotic.  And so like

7  this, that they can see the miracle of what's

8  happening.  They need to be able to see it, to see the

9  miracle, you know.

10     PASTOR RUTH PERETTI:  That's right.

11     MIKE LINDELL:  And a lot of people can't see out

12  -- they got tunnel vision, where it's affecting them

13  right now.  So, stay in the Bible.  That's where faith

14  is.  You know, you got to have that faith.

15     PASTOR RUTH PERETTI:  It has to be.  In fact, you

16  know, greater faith is what God is asking from all of

17  us.  Greater faith beyond what's happening in the

18  world.  It's a spiritual thing.  And that's why thank

19  God that God has given you that hope, because you have

20  a great platform right now, telling everyone around

21  because (unintelligible).  It takes one president?  No.

22  We're not going to give up.  No, if you read all the

23  history of the Constitution it takes one person that

24  has been courageously anointed by God to go forward and

25  the rest follows.

1    MIKE LINDELL:  Right.  And that's it.  Because we

2  can't -- I have already watched this morning people

3  call me that I thought had great faith and they're

4  ready to give up.  They're going, "It's over."  They're

5  balling and anxiety and all this stuff.

6     And, you know, in fact, even with Kendra this

7  morning.  I said something to her and she's, you know,

8  she goes, "No, we're staying here."  "Don't say that."

9  Whatever it is.  But it's like I always try and talk

10  through what -- you know, what is going on and what are

11  the options.  But as I'm talking, you know, she went,

12  "No, that's not going to be the option."  But I don't

13  know, she didn't know, but we will -- we do know that

14  we're never giving up.  That we do know.

15     That's a commonality.  We can all say and

16  speculate on what God's plan is, but the bigger picture

17  is we all know what God's end game is.  We all know

18  where he wants to get us to.  We all know where we need

19  to get to for part of this great revival and keep

20  spreading the word and spreading the faith and giving

21  people the hope.  And that's it.

22     PASTOR RUTH PERETTI:  Hebrew 11:1 said, "Now is

23  the substance of things hopeful."

24     MIKE LINDELL:  Let me tell you, it's like this, I

25  used to argue with my atheist friend back in the day

1   and he found the Lord before he died.  He actually died

2   a tragic death about a year ago.  But we'd sit and

3   argue back in the day, when I hadn't done a full

4   surrender.  I'm sitting there.  I'm still believing

5   that -- you know, in God.  And we'd get into these

6   arguments.  And he was this atheist.  And we'd argue

7   over it.  And I'd go, "You know what, if I'm right you

8   got 'til eternity.  If you're right, it's nothing."

9   What do you have to lose?  Just be here and not stand

10  by me and believe that's faith too.  There is nothing

11  to lose and everything to gain.

12      So, that's what it is.  I mean, if you're going to

13  have faith, you know, you stuck -- because we've seen

14  examples out there.  But you've also seen examples in

15  this world of what God can do.

16      PASTOR RUTH PERETTI:  That's right.  Hallelujah.

17      MIKE LINDELL:  So focus on that.  And now we're

18  going to get there and quit focusing on what you've

19  seen, other terrible things manifest, to when there are

20  examples of communism, socialism, all these things

21  because, you know what, there are things we're -- that

22  we're part of right now.  This is the part with faith.

23  God does win and he will.  He does win.

24      So, let's be blessed that we're part of this time.

25  I mean, come on, good and bad, enjoy it.  You know, I

1  think back when I had all these dark times in my life,

2  I wouldn't trade them.  In fact, I wouldn't be where I

3  am at now.

4      PASTOR RUTH PERETTI:  Exactly.

5      MIKE LINDELL:  I needed to go -- I needed to be

6  there.  I needed to be there to have the strength I

7  have right now.

8      PASTOR RUTH PERETTI:  Amen.  Amen.

9      MIKE LINDELL:  I needed to have all these things.

10  And it was like living in a movie.  It was a bad movie

11  some days, you know.

12     PASTOR RUTH PERETTI:  We all have those.

13     MIKE LINDELL:  Don't get me wrong, it was a bad

14  movie.  But, you know, I mean, you got faith.  You

15  know, oh, yeah, is it so bad?  You're alive now.  Be

16  happy and be joyful.  And, you know what, get -- if

17  you're already there in your faith, then your job is to

18  keep the prayers and give other people hope.

19  Everybody's got to give the people hope and have the

20  strong faith and they need to get stronger in their

21  faith, stronger in their hope.  And just, you know, so

22  we have that peace for us as this revival, as we spread

23  the good word.

24     PASTOR RUTH PERETTI:  And that's exactly what is

25  happening.  Every where that we go we tell people not

1  to give up and we spread the hope and we stay

2  connected, stay connected with God and each other.  And

3  so now continue that hope, faith, work more than ever.

4      MIKE LINDELL:  That's right.

5      PASTOR RUTH PERETTI:  So we speak hope and faith

6  and love and grace for all of them.

7      MIKE LINDELL:  If you didn't get that in two days,

8  we're going to give you another hope message, but I got

9  to go on a good channel, OAN right now.  I'm going to

10  go.  I'm going to go and give them a good plug.

11  They're amazing people there and they're one of the

12  good stations.

13      PASTOR RUTH PERETTI:  They are.  They are really

14  truthful one.

15      MIKE LINDELL:  I'm going to go on that and either

16  tomorrow or in two days we'll give an update.  Keep

17  hope, everybody.  If it's for two days, two days, I

18  don't know.  I don't know.  Read the Bible for two days

19  and we'll talk then.

20      PASTOR RUTH PERETTI:  That's right.  Thank you,

21  God.  Bless you and God bless you all.

22      (Thereupon, the recording concluded.)

23

24

25

1        REPORTER'S CERTIFICATE

2

3     I, LOURDES ALVARADO, Professional Reporter, certify

4   that I was authorized to and did stenographically transcribe

5   said recording; and that the foregoing pages are a true and

6   complete record; and that this computer-assisted transcript

7   was prepared under my supervision.

8

9   Dated this 28th day of January, 2021.

10

11

12   _____

13   LOURDES ALVARADO, Professional Reporter

14

15

16

17

18

19

20

21

22

23

24

25