# Exhibit 272

1

2

3

4

5

6

7

8

9    RSBN MIKE LINDELL INTERVIEW PART 1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

 1          HOST:  Mike Lindell joining us now via Zoom.

 2    Mike, I know one question everyone has on their mind

 3    right now.  Why was the My Pillow guy at the White House

 4    visiting our president?

 5          MIKE LINDELL:  Well, about eight, nine days

 6    ago -- as you know, I've been looking down every hole

 7    for election fraud since November 4th, and about eight

 8    or nine days ago this proof came out, a hundred percent

 9    footprints from the machine of the machine fraud and it

10    went all over the interview just for about this company

11    released it.  It went out there for about oh, maybe 15

12    minutes and everybody got their Facebook shut down.

13    They got this stuff got deleted off the internet, they

14    got their whole Web site shut down.  So I wanted to get

15    it to the President and say hey, we've got -- this is

16    it.  This shows that Joe Biden lost 79 million votes for

17    Donald Trump and 68 million for Joe Biden, and I wanted

18    to get it to the President.

19          HOST:  What was his reaction when you

20    presented this information to him?  Obviously this is

21    something that you've been talking about for a long time

22    as such as some other media outlets as well, but what

23    was his reaction to it?

24          MIKE LINDELL:  Well, I just had a sampling of

25    it because that's all they put out there, but I said I

1  talked to the guy.  This is real.  I said it's got the

2  IP address of where the computer that it came out of.

3  It also has the latitude and longitude like over in

4  China where this went over there and came back, and it

5  shows the number of votes flipped.  And he was very

6  intrigued looking at it, and he goes -- and when I told

7  him he really won by this, he goes yeah, we all knew

8  that, right.

9        HOST:  So along with you, the rest of the day

10 when the lawyers escorted you upstairs, what happened at

11 that point?

12       MIKE LINDELL:  Yeah.  Well, actually it was

13 the security advisor, Robert O'Brien.  He brings me

14 upstairs, and the President said bring him up to

15 lawyers.  Let's show him this, and then come back down.

16 So I get back up there and I wait in this little room,

17 and then they come out and they say we've got to bring

18 you back downstairs.  They bring me back downstairs and

19 I get down there and I wait about ten minutes, and the

20 gal comes down and she says oh, it's going to be about

21 two hours, and basically we're not going to have time to

22 look at this.  And I said no, the President told me to

23 go up there and come back and tell him to get their

24 opinion on this.  So I said you just tell the lawyers

25 I'll wait him out, you know.

1        So that's when I went outside the White

2   House actually, out there to make a phone call, and

3   that's when all the media hit with these pictures

4   that I had the stuff in my hand, which I was now

5   bringing up to the lawyers because the President just

6   briefly looked at the stuff because an attorney had

7   given me papers too to bring to him.  I get stuff all

8   the time of people, hey, can you bring him this, can

9   you bring him this, and finally I had this meeting.

10        Well, I went back upstairs and she came

11  down about 25 minutes later so it wasn't two hours

12  magically, and I went back upstairs and I sat down

13  with the two, and the one lawyer, he's kind of just

14  all upset with me.  He goes, you know, you got a

15  little boisterous in the lobby there telling, you

16  know -- and I said well, you guys were trying to push

17  me off.  I need -- this is serious.  And the guy goes

18  well, this is a matter of national security, and I

19  said yeah.  He said well, you can sit down with these

20  two guys.  It was a gal and a guy.  I sit down with

21  them and I show them all this.  I show them, look at

22  this.  You can see who did it on their computer, how

23  many votes were flipped.  In fact, I put a page of

24  this out over the internet yesterday.  Well, this is

25  just a sample.  I said there's thousands of pages.

1  And they're looking at it like okay, are you done

2  talking now.  Okay.  Any comments or questions.  And

3  they're all going yeah, we can get back to you on

4  this.  We'll check into this.  But it was like what

5  do you mean you'll check into this.  This is an

6  attack on our country by China and other countries

7  that did this to us.

8          I said this isn't -- I told one person this

9  isn't even about Donald Trump anymore.  I said this

10 is about, you know, elections going forward, you

11 know.  If our whole country isn't stole from us now,

12 then we can never have machines that use internet and

13 you can switch them in cyberspace.  And they still

14 looked at me with these blank looks on their faces

15 like okay, okay.

16          And I get up and they say well, we'll bring

17 you back downstairs.  And then she's bringing me

18 down, and I said no, the president said, you know,

19 for me to come back in there.  And she said no, I

20 don't think so, and I said well, I'm going to wait

21 here.  I want you to at least check with him.  And

22 she went in there and came back out.  She went into

23 obviously not the oval office.  She said no, the guy

24 that called you said you're all done.

25          So I left there with like a deflating

1  feeling, and then all the stuff comes out on the

2  internet because they took pictures outside, Mike

3  Lindell wants this, Mike Lindell wants that.  No,

4  Mike Lindell wants the truth to be told to everyone

5  in this country and everyone in the world to show

6  that this was the biggest election fraud and theft in

7  the history of the world as far as I'm concerned when

8  a person wins 79 million to 68 million and you flip

9  that to where this other guy that you can prove, and

10  it's not even Democrat/Republican here.  Everybody

11  needs to know the truth.  If I'm a Democrat and I

12  voted for my guy, I want to know that he really won,

13  you know.  Why are they hiding this.

14          This has been a frustration since

15  November 4.  Why are they hiding this, and it's not

16  like I'm some guy going out there and going oh, you

17  know what, I read something on the internet.  No,

18  I've spent millions of dollars, my time, from

19  November 4th every single day going out and

20  supporting experts to go dig up evidence, supporting

21  lawyers that are out there, supporting, you know,

22  these guys in Georgia that had the machine that

23  checked the ballots to see if the paper is real.  We

24  find out that they were all made in China, and then

25  we got videotape of a crew I hired videotaping them

1  shredding all the ballots and some made in China, an

2  invoice made in China.  I just can't understand how

3  right in front of you you've got hey, here's a hand.

4  They go no, that's not a hand.  I go yes, it's a

5  hand.  No, that's not a hand.

6          I mean, it's one thing after another, but

7  here is something that's critical to the rest of any

8  voting election in history are these machines.

9  They're corrupt.  They built them to cheat, and now

10  we have what we were waiting for before when none of

11  the lawyers would give us the machines, or none of

12  the judges would give us the machines to look in

13  them.  Well, this guy, we found this guy that

14  actually has inside -- here's all the prints that --

15  and for every single vote made through those machines

16  he's got a footprint where it came, when it went out,

17  and then all these dumps.  it's just terrible.

18          HOST:  So I know, Mike, a lot of people

19  watching this right now are asking, their next question

20  is what can we do.  Where do we go from here.  If you're

21  getting so much resistance at the top level of our

22  government, then where else can we turn to?  Who's going

23  to answer these questions for us.

24          MIKE LINDELL:  You know, I've been to the

25  point -- well, I will say this.  God's got his hand in

Mike Lindell RSBN Interview Part 1

1  all this, and all this stuff will be revealed.  And the

2  longer it goes on, you're finding more and more of the

3  fats that pop their heads up, the evil.  So when it does

4  all get exposed, there's going to be so much that we

5  know that we have found out about people in politic on

6  both sites, who's evil, who's not, who's got their own

7  agenda, who doesn't.  You're finding out -- I think the

8  whole America and the world is finding out what they've

9  done.  Look what they've done to suppress our

10  President's voice.  He's hidden from us.  And all the

11  people like myself, they've attacked my company.

12          I have two jobs that are careers.  They've

13  attacked companies that I work with that have dropped

14  me now because, you know, they're trying to cancel me

15  out.  They're trying to cancel companies now,

16  churches, friends of mine that have churches that

17  back the President that said good things.  They've

18  just been, you know, attacked right now.  And I told

19  the President think what's going to happen if we've

20  got this inauguration if this goes through, all these

21  people that supported our great President for all the

22  great things he did, and these guys are attacking

23  him, you know.

24          I can't even imagine, you know, what would

25  be to come.  But, you know, it shows when you've got

1  platforms like Mark Zuckerberg, I call him Sickabuck

2  from Facebook, and Jack Dorsey, these guys for their

3  own personal agendas, such evil.

4          My own Twitter for three days, they had

5  somebody else running it from the inside.  I was --

6  they had took it off Twitter, but I couldn't even

7  take myself down and somebody else was running it.

8  They were taking my post.  It wasn't even me.

9  Twitter was doing that.  That's how corrupt these

10  things are.

11          Now yesterday it got put up again when the

12  story went all around the world.  For some reason

13  they put it up again for about two hours, so I was

14  able to quick post some of that evidence.  It's

15  sitting there.  I took a screenshot of it and put it

16  up there, and then of course they took it down again,

17  you know.

18          HOST:  Let's talk about real quickly, you were

19  outside for a moment and some photographers were able to

20  get I guess some close up snapshots of one of your

21  folders, and I guess the rumor was one of them said

22  insurrection act or marshal law.  Do you want to explain

23  that for us real quick?

24          MIKE LINDELL:  Well, I walked out there, and

25  like I said, I have four pages that I brought to the

Mike Lindell RSBN Interview Part 1

10

1   President which was that evidence that, you know, for

2   the big machine switch.

3           There was two pages from an attorney.  All

4   different attorneys bring me stuff.  They have

5   suggestions to help the American people, and so that

6   happened to me on the top.

7           You know, when you send this stuff here, if

8   you give him this, here's all his options he could

9   do.  Basically it laid out all the options.  It

10  didn't say to do this.  It was from an attorney

11  saying here's legally what he can do, here, here and

12  here.

13          One of the things the President really

14  liked on there was Google, Facebook, Twitter.  It

15  said on there he has the authority to order them to

16  put everybody's back intact, their Facebooks, their

17  Twitters back because I told them, I said my friends

18  have lost their platforms that they rely on their

19  livings.  There's people that have podcasts that

20  that's their whole living.  They built them up, and

21  he was -- and he turned to that Robert O'Brien and

22  said well, yeah, we could do this.  And he goes no,

23  no, no.  That would really upset people, the left.

24          I mean, upset the left?  I mean, what do

25  you mean upset the left?  How would they like to get

 1  suppressed.  Nobody wants -- I have people that are

 2  on the left that can't communicate with people.  They

 3  don't even know what's going on.  It's very sad.

 4          But they took that picture outside.  It was

 5  about a hundred media people just came running, and I

 6  didn't say a thing.  They're out there snapping

 7  pictures.  They go Mike, can you tell us why we're

 8  here, and I go you know what, you guys -- I'm sure

 9  you guys will write something really nice, like

10  piranas.

11          HOST:  Yeah, they are like piranas.

12          Let's talk about the state of DC right now.

13  I'm currently in DC.  A lot of people -- there was so

14  much speculation.  Why is there so much military

15  here, why is there so much barricades.

16          I feel like now this is the biggest kabuki

17  theater I've ever seen as far as a security presence

18  in a city.  I feel like this is the safest city in

19  America right now.  But I can only think that this is

20  not because of a Joe Biden inauguration.  There will

21  be three people and a dog at that inauguration.

22          But what is your sense of the presence of

23  the military here, and is it a bit over the top, or

24  are they just taking precautions to what might could

25  happen when they look back on what happened on

Mike Lindell RSBN Interview Part 1

12

1   January 6th?

2           MIKE LINDELL:  You know, I don't understand

3   it, you know.  There's like three people, and every

4   other person is a military guy, you know.  And yeah,

5   it's definitely the safest city.

6           I don't understand it.  If it is all

7   theatrics, I don't know.  You know, we've all had our

8   prayers going gee, maybe something's going to be

9   done, you know, that this President, you know, we'll

10  like say hey, we've been attacked by another country

11  because we have.  Our country's been under attack for

12  a long time.

13          HOST:  You know, that's what people are

14  thinking.  I think people are hoping that this military

15  presence is a response to what you just said.

16          MIKE LINDELL:  That's exactly -- that's where

17  my hope lies.  Everyone says to me well, did you ask the

18  President.  No, I didn't ask the President.  They were

19  giving me five minutes.  I mean, I can't just go in

20  there and say hey, how's it going.  What do you think

21  you're going to do, and there was no time to ask that.

22  I was giving him, as an American citizen, information

23  because it seems like none of his people out there

24  brought the evidence up to him.  They just kept

25  saying -- there's evidence they didn't show the people.

1    And by the time they shut everything down, it's too

2    late.

3              Everybody heard about the Italy affidavit,

4    right?  I mean, that's true.  These are things that

5    I've also looked into.  That's a hundred percent

6    true.  I'm going so why would we put that out there.

7    This guy admitted he did it, and he's from another

8    country, and everybody knows about it, so it's a

9    frustration of 80 million people or a hundred

10   million.

11             They say now it's close to 70 percent of

12   the people believe this was a fraudulent election.  I

13   a hundred percent know.  This is why I know and I

14   give people confidence.  I believe there's no statute

15   of limitations on something that happened like this.

16   This is a crime against humanity, against our

17   country, against all people, all people in this

18   world.  I don't care what side of politics you're on.

19   When this comes out, and it will.  That's one thing

20   that God has shown me.  It's going to come out, and

21   when it does, where do all the chips fall?  You can't

22   have an illegitimate president in there.  They're

23   going to go sorry, what do we do?  You have a new

24   election with paper ballots because you can never use

25   machines again ever.

Mike Lindell RSBN Interview Part 1

14

1            My prayer is this is that there's five

2    cases before the Supreme Court.  Now, we've been

3    waiting on them.  If they look at the evidence that

4    I've seen, it is so black and white that the Supreme

5    Court justices are going to vote 9/0 and say this is

6    an attack against our country, and all of them should

7    vote.  It should be 9/0.  Now, if you had that kind

8    of a statement from the Supreme Court, now you've got

9    to all sit back and go hey, if this was an attack on

10   our country, we all need to revote or do something

11   because it's an anomaly, and I don't know what the

12   answers are.

13           Now, this lawyer gave bullet by bullet of

14   what legally the president could do, you know, what

15   legal things he could do or what his options were

16   because I think a lot of these options, I'm telling

17   you right now, have been suppressed by people around

18   him in that White House.  They don't give him all the

19   options, and I know that fact.

20           One of the attorneys that I've worked with

21   that I've helped out is Sidney Powell, and she's

22   been -- everyone knows she was in there, and these

23   attorneys that she got in an argument with and Robert

24   O'Brien got in an argument with them going you guys

25   don't get it.  This is an attack on our country.

Mike Lindell RSBN Interview Part 1

15

1   They labeled her as a conspiracy theory.

2          HOST:  Yeah, yeah.

3          MIKE LINDELL:  That's wrong.  I can tell

4   everybody, I'm not relying on Sidney, I'm not relying on

5   General Flynn who I talk to all the time.  I'm not

6   relying on all these other people.  I'm relying on what

7   I personally seen with my own eyes.

8          I look at deviations every single day,

9   thousands and thousands of radio stations and TV.  If

10  I see a TV station do one thousand dollars that

11  normally it does $200, I go why did that happen.  I

12  don't just go oh, good day.  You know, I find out why

13  it happened, who did it, how it happened.  I find out

14  why the deviation happened.

15         So what I've done for all these weeks and

16  months now is went down these everything, is this

17  truth or, you know, true or false, and I find out the

18  hard evidence.  Well, when this thing came out two

19  weeks ago two weeks ago, it's been around, but

20  nobody -- obviously they suppressed it.  And when it

21  came out I'm going wow.  Finally the President can

22  show the public here, we have an attack on another

23  country to our nation and whether the left was behind

24  it or not, I mean, we all believe there was a lot of

25  other cheating going on which I know that's factual

Mike Lindell RSBN Interview Part 1

16

1  too.  You know, I want to say one more thing here

2  about this.

3          HOST:  Sure.

4          MIKE LINDELL:  You know, if you got like

5  Georgia, the President got on that call with that

6  crooked secretary of state down there, and I can say

7  that because he is.  He's crooked.  There's something

8  wrong there, okay.  He gets on the phone, and let's just

9  take the machine fraud out for a second.  Now let's talk

10  about what the President said.  We have a list here, I

11  don't know, I'll pick a number, eight thousand dead

12  people voted.  Prove it.  We got these numbers.

13          Let's say 8,000 people under age voted,

14  8,000 people that don't live there.  I'm just

15  throwing numbers out there, ten thousand.  Now, any

16  two of them is higher than the 11,730 votes that he

17  lost Georgia by, so he says this to the secretary of

18  state.  We all heard it around the country.  And he

19  says well, those numbers are wrong, and the President

20  says well, what are the numbers and where do we get

21  these numbers he asked his guy, and the guy goes we

22  got them from the secretary of state's office.  He

23  goes we got them from you guys, and the guy goes

24  well, they're still wrong.  He goes well when can we

25  get the true numbers.  Donald Trump's guy, he goes

1  we've been trying to get them for two months, sir.

2  They won't give them to us.

3          And then the President says can we look at

4  Fulton County.  No, you can't.  You know, this is

5  beyond belief.  It's like that -- there's a movie out

6  once where this kid's playing cards with this guy.  I

7  think it's Big Daddy or something, and they're

8  playing a game and the guy's got a two, a four, a

9  six, a five and a Jack.  The other guy's got a full

10  house.  He says I win.  I've got a full house.  He

11  goes no, I win.  He shows his hand.  He goes no, my

12  hand beats yours.  He goes, no I win.  No, I win.  I

13  mean, it's beyond comprehension.  They use media to

14  brain wash everyone in this country to their

15  narrative and that's what happened to us.

16          But, like I say, you can't hide this.  I

17  don't care how much they corrupt the media, you know,

18  and take away our platforms.  There's a hundred

19  million people here that know that our nation's been

20  stolen.

21          HOST:  Mike, let's talk about your business

22  real quickly.  Cancel culture is in full swing.  A lot

23  of people, you know, they try to toll you online.  But

24  we've seen what happens when conservative businesses are

25  targeted.  There is a huge support for conservative

1  business and people like yourself that step out in your

2  faith.  Let's talk about your business and how it has

3  sky rocketed since you've really partnered up with the

4  President.

5          MIKE LINDELL:  Right.  You know, every time,

6  everybody knows I've been attacked all the way from the

7  first time I met the President.  First time I met him

8  was the summer of 2016, private meeting, nobody was in

9  there.  I didn't know anything about politics.  I was an

10  ex-crack cocaine addict, right?  I walk in there and we

11  started talking.  He goes Mike, you always wear your

12  cross on TV.  I said yes, Mr. Trump, and this is a

13  divine appointment.

14          We talked about, you know, we talked about

15  bringing the jobs back.  He said you always have

16  your, you know, made in America, Mike, and your jobs.

17  I talked to him about my addiction and I was going to

18  have this big platform to bring people from addiction

19  to bring them to the Lord.  And he goes I'm going to

20  stop the drugs pouring in, but we had the amazing

21  conversation.  I get out of there, and I go he's

22  going to be the greatest president ever, and I talked

23  to his employees and they all said the same thing

24  that he's a great boss, great man and personally

25  helped them out.

1        I got back to Minnesota, and here was my

2   first taste of something I had never seen before.

3   The evil sprouted its head.  I put a press release

4   out that said hey, I met Donald Trump.  He's running

5   for president.  Obviously everybody knew it.  It was

6   August 15, 2016.  I put it out there.  I had a

7   private -- didn't even tell them what we talked about

8   or what my beliefs were, and it was crickets, and

9   then the attacks started.  They called me a racist.

10  They called me everything.  I'm going what did I do.

11  Well, I knew I was on the right path then, I'll tell

12  you that.

13        From that point on every time I got

14  attacked my business would go up anywhere from 10 to

15  30 percent because here's my theory.  Everybody on

16  the right buys more, okay.  they buy more to support

17  the cause if you're righteous, okay.  If it's a right

18  thing, they're going to support you.

19        And here's the thing.  It's the big lie.

20  These boycotts, the people over here, they still buy

21  the products.  You know, it's these bots and trolls

22  and these media that control the narrative and go --

23  you know, you look at my Twitter now.  If you go down

24  Twitter and you look at it, it says I was going to

25  buy a thousand pillows, but I hate your guts now and

Mike Lindell RSBN Interview Part 1

20

1  I'm not buying them.  You know what, and you click on

2  there and he's got two friends.

3        HOST:  Yeah.

4        MIKE LINDELL:  Okay, it's a bot.  It's not

5  real.  When the bots and trolls come out it's a joke,

6  you know, and then other people, they don't get that.

7  You need to open it up.  It's not real.  But the

8  narrative, as you go down and read it and you're reading

9  this, what a terrible person.  You look on there now.

10  I'm everything under the sun today.  Everything you can

11  think of they're calling me, they're attacking me.

12  Here's the one problem, though.  This one problem is

13  there's companies out there that don't get it.  So

14  whoever's running their social media and their pressure,

15  you know, we're going to boycott your store if you sell

16  to Mike Lindell, if you sell his product.  And that's

17  the scary part where they can take away your thing.  And

18  I'll tell you right now I had two companies do that.  It

19  hasn't happened to me, but two companies did that.  And

20  for my own, they've always been good companies, not like

21  Target who's the worst company I've ever seen in my

22  life, the stuff they've done to me and done to others,

23  and I can say that because I have a personal experience

24  with them.  But these other companies, they both dropped

25  out.  But guess what, my other part of my business shot

1  up, you know, so it's as balancing act.

2          But I've got to tell everyone out there,

3  this is a time where we cannot back down.  You can't

4  say oh, you know Donald Trump.  Let's get to the

5  point.  Hey, I seen one day you said something good

6  about him, so now we're going to attack you and your

7  family.  This is a time where everyone can't take

8  this anymore.  We cannot let that happen.

9          HOST:  Yeah.  I was thinking of a hashtag just

10  the other day, hashtag I am Trump because they can try

11  to cancel Trump out of our culture, erase what he's done

12  in the history books, but they cannot cancel 80 million

13  people, Mike, so maybe you and I, hashtag we are Trump,

14  right?

15          MIKE LINDELL:  Right, right, absolutely.  We

16  are Trump, yes.

17          HOST:  All right.  Well, we certainly

18  appreciate your time today, and you have been a patriot

19  for this company.  You have been a great partner, and I

20  want to remind everybody watching us right now to go to

21  Mypillow.com, Mypillow.com.  If you got something crappy

22  for Christmas and you don't like it, hey, buy yourself

23  something great.  And also, don't forget to put on the

24  promo code RSBN at check out and get up to 66 percent

25  off.  You've been so gracious to offer that to all of

1  our viewers, and we appreciate that over the years.

2       MIKE LINDELL:  Well, I want to say something

3  there.  You guys have been such a great voice for

4  everybody, for all the conservatives, for everybody out

5  there, half this money, we're taking it and putting it

6  back to RSBN, to Right Side Broadcast Network.  Everyone

7  out there, of all the networks I've dealt with, this is

8  the best.  I mean, I support them, you're supporting

9  them.  We have all the new products out there too from

10  bathrobes.  We have 110 products now at My Pillow, and

11  you can get savings up to 66 percent off with that promo

12  code RSBN, and it goes to my money.  You know where my

13  money's going.  I'm keeping pouring my money in until --

14  I give everybody my word.  I am going to keep fighting

15  until every bit of evidence of what happened in this

16  election is shown to us and the world so this never,

17  ever happens again that some machine is used to lie to

18  us and a country can come in and attack us at cyber

19  warfare.

20       HOST:  Mike Lindell.  Mypillow.com is the Web

21  site.  Mike, you are a true patriot.  We appreciate your

22  time and your efforts in exposing all of this and we

23  look forward to what God has planned for all of us in

24  this great nation.  Mike, thank you so much.

25       MIKE LINDELL:  Thank you.  God bless.  God

1   bless.

2          (End of recording.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    CERTIFICATE OF REPORTER

2

3            I, Charlotte Crandall, certify that I was

4    authorized to and did transcribe the foregoing audio

5    recorded proceedings and that the transcript is a

6    true and complete record of my stenographic notes

7    from an audio recording and was transcribed to the

8    best of my ability.

9

10           Dated this 8th day of February, 2021.

11

12

13

14

15

16           _____

17           Charlotte Crandall
             Registered Professional Reporter

18

19

20

21

22

23

24

25

**$**

**$200**  15:11

**1**

**10**  19:14
**11,730**  16:16
**110**  22:10
**15**  19:6

**2**

**2016**  18:8
   19:6

**3**

**30**  19:15

**4**

**4**  6:15
**4th**  6:19

**6**

**66**  21:24
   22:11
**68**  6:8
**6th**  12:1

**7**

**70**  13:11
**79**  6:8

**8**

**8,000**  16:13,
   14
**80**  13:9 21:12

**9**

**9/0**  14:5,7

**A**

**absolutely**
   21:15
**act**  9:22 21:1
**addict**  18:10
**addiction**
   18:17,18
**admitted**  13:7
**affidavit**
   13:3
**age**  16:13
**agenda**  8:7
**agendas**  9:3
**amazing**  18:20
**America**  8:8
   11:19 18:16
**American**  10:5
   12:22
**anomaly**  14:11
**answers**  14:12
**anymore**  5:9
   21:8
**appointment**
   18:13
**argument**
   14:23,24
**attack**  5:6
   12:11 14:6,9,
   25 15:22 21:6
   22:18
**attacked**
   8:11,13,18
   12:10 18:6
   19:14
**attacking**
   8:22 20:11
**attacks**  19:9
**attorney**
   10:3,10

**attorneys**
   10:4 14:20,23
**August**  19:6
**authority**
   10:15

**B**

**back**  5:3,17,
   19,22 8:17
   10:16,17
   11:25 14:9
   18:15 19:1
   21:3 22:6
**balancing**
   21:1
**ballots**  6:23
   7:1 13:24
**barricades**
   11:15
**Basically**
   10:9
**bathrobes**
   22:10
**beats**  17:12
**belief**  17:5
**beliefs**  19:8
**Biden**  11:20
**big**  10:2 17:7
   18:18 19:19
**biggest**  6:6
   11:16
**bit**  11:23
   22:15
**black**  14:4
**blank**  5:14
**bless**  22:25
   23:1
**books**  21:12
**boss**  18:24
**bot**  20:4
**bots**  19:21
   20:5
**boycott**  20:15
**boycotts**
   19:20

**brain**  17:14
**bring**  5:16
   10:4 18:18,19
**bringing**  5:17
   18:15
**Broadcast**
   22:6
**brought**  9:25
   12:24
**built**  7:9
   10:20
**bullet**  14:13
**business**
   17:21 18:1,2
   19:14 20:25
**businesses**
   17:24
**buy**  19:16,20,
   25 21:22
**buying**  20:1
**buys**  19:16

**C**

**call**  9:1 16:5
**called**  5:24
   19:9,10
**calling**  20:11
**cancel**  8:14,
   15 17:22
   21:11,12
**cards**  17:6
**care**  13:18
   17:17
**careers**  8:12
**cases**  14:2
**cheat**  7:9
**cheating**
   15:25
**check**  5:4,5,
   21 21:24
**checked**  6:23
**China**  5:6
   6:24 7:1,2
**chips**  13:21

Christmas 21:22
churches 8:16
citizen 12:22
city 11:18
12:5
click 20:1
close 9:20
13:11
cocaine 18:10
code 21:24
22:12
comments 5:2
communicate
11:2
companies
8:13,15
20:13,18,19,
20,24
company 8:11
20:21 21:19
comprehension
17:13
concerned 6:7
confidence
13:14
conservative
17:24,25
conservatives
22:4
conspiracy
15:1
control 19:22
conversation
18:21
corrupt 7:9
9:9 17:17
countries 5:6
country 5:6,
11 6:5 12:10
13:8,17 14:6,
10,25 15:23
16:18 17:14
22:18
country's
12:11

County 17:4
Court 14:2,5,
8
crappy 21:21
crew 6:25
crickets 19:8
crime 13:16
critical 7:7
crooked 16:6,
7
cross 18:12
culture 17:22
21:11
cyber 22:18
cyberspace
5:13

D

Daddy 17:7
day 6:19
15:8,12 21:5,
10
days 9:4
DC 11:12,13
dead 16:11
dealt 22:7
deflating
5:25
Democrat 6:11
Democrat/
republican
6:10
deviation
15:14
deviations
15:8
dig 6:20
divine 18:13
dog 11:21
dollars 6:18
15:10
Donald 5:9
16:25 19:4
21:4

Dorsey 9:2
downstairs
5:17
dropped 8:13
20:24
drugs 18:20
dumps 7:17

E

efforts 22:22
election 6:6
7:8 13:12,24
22:16
elections
5:10
employees
18:23
end 23:2
erase 21:11
everybody's
10:16
evidence 6:20
9:14 10:1
12:24,25 14:3
15:18 22:15
evil 8:3,6
9:3 19:3
ex-crack
18:10
experience
20:23
experts 6:20
explain 9:22
exposed 8:4
exposing
22:22
eyes 15:7

F

Facebook 9:2
10:14
Facebooks
10:16

faces 5:14
fact 14:19
factual 15:25
faith 18:2
fall 13:21
false 15:17
family 21:7
fats 8:3
feel 11:16,18
feeling 6:1
fighting
22:14
Finally 15:21
find 6:24
15:12,13,17
finding 8:2,
7,8
flip 6:8
Flynn 15:5
folders 9:21
footprint
7:16
forget 21:23
forward 5:10
22:23
found 7:13
8:5
fraud 6:6
16:9
fraudulent
13:12
friends 8:16
10:17 20:2
front 7:3
frustration
6:14 13:9
full 17:9,10,
22
Fulton 17:4

G

game 17:8
gave 14:13
gee 12:8

General 15:5
Georgia 6:22
  16:5,17
give 7:11,12
  10:8 13:14
  14:18 17:2
  22:14
giving 12:19,
  22
God 13:20
  22:23,25
God's 7:25
good 8:17
  15:12 20:20
  21:5
Google 10:14
government
  7:22
gracious
  21:25
great 8:21,22
  18:24 21:19,
  23 22:3,24
greatest
  18:22
guess 9:20,21
  20:25
guts 19:25
guy 5:23 6:9,
  12,16 7:13
  12:4 13:7
  16:21,23,25
  17:6
guy's 17:8,9
guys 6:22
  8:22 9:2
  11:8,9 14:24
  16:23 22:3

───────────

**H**

half 22:5
hand 7:3,4,5,
  25 17:11,12
happen 8:19
  11:25 15:11
  21:8

happened 10:6
  11:25 13:15
  15:13,14
  17:15 20:19
  22:15
hard 15:18
hashtag 21:9,
  10,13
hate 19:25
head 19:3
heads 8:3
heard 13:3
  16:18
helped 14:21
  18:25
hey 7:3
  12:10,20 14:9
  19:4 21:5,22
hidden 8:10
hide 17:16
hiding 6:13,
  15
higher 16:16
hired 6:25
history 6:7
  7:8 21:12
hope 12:17
hoping 12:14
HOST 7:18
  9:18 11:11
  12:13 15:2
  16:3 17:21
  20:3 21:9,17
  22:20
hours 9:13
house 14:18
  17:10
how's 12:20
huge 17:25
humanity
  13:16
hundred 11:5
  13:5,9,13
  17:18

**I**

illegitimate
  13:22
imagine 8:24
inauguration
  8:20 11:20,21
information
  12:22
inside 7:14
  9:5
insurrection
  9:22
intact 10:16
internet 5:12
  6:2,17
invoice 7:2
Italy 13:3

───────────

**J**

Jack 9:2 17:9
January 12:1
jobs 8:12
  18:15,16
Joe 11:20
joke 20:5
judges 7:12
justices 14:5

───────────

**K**

kabuki 11:16
keeping 22:13
kid's 17:6
kind 14:7
knew 19:5,11

───────────

**L**

labeled 15:1
laid 10:9
late 13:2
law 9:22

lawyer 14:13
lawyers 6:21
  7:11
left 5:25
  10:23,24,25
  11:2 15:23
legal 14:15
legally 10:11
  14:14
level 7:21
lie 19:19
  22:17
lies 12:17
life 20:22
limitations
  13:15
Lindell 6:3,4
  7:24 9:24
  12:2,16 15:3
  16:4 18:5
  20:4,16 21:15
  22:2,20,25
list 16:10
live 16:14
living 10:20
livings 10:19
long 12:12
longer 8:2
looked 5:14
  13:5
Lord 18:19
lost 10:18
  16:17
lot 7:18
  11:13 14:16
  15:24 17:22

───────────

**M**

machine 6:22
  10:2 16:9
  22:17
machines 5:12
  7:8,11,12,15
  13:25
made 6:24
  7:1,2,15

18:16
man  18:24
Mark  9:1
marshal  9:22
media  11:5
  17:13,17
  19:22 20:14
meeting  18:8
met  18:7 19:4
Mike  6:2,3,4
  7:18,24 9:24
  11:7 12:2,16
  15:3 16:4
  17:21 18:5,
  11,16 20:4,16
  21:13,15
  22:2,20,21,
  24,25
military
  11:14,23
  12:4,14
million  6:8
  13:9,10 17:19
  21:12
millions  6:18
mine  8:16
Minnesota
  19:1
minutes  12:19
moment  9:19
money  22:5,
  12,13
money's  22:13
months  15:16
  17:1
movie  17:5
Mypillow.com
  21:21 22:20
Mypillow.com.
  21:21

**N**

narrative
  17:15 19:22
  20:8

nation  15:23
  22:24
nation's
  17:19
Network  22:6
networks  22:7
nice  11:9
November
  6:15,19
number  16:11
numbers
  16:12,15,19,
  20,21,25

**O**

O'BRIEN  10:21
  14:24
offer  21:25
office  5:23
  16:22
online  17:23
open  20:7
options  10:8,
  9 14:15,16,19
order  10:15
oval  5:23

**P**

pages  9:25
  10:3
paper  6:23
  13:24
part  20:17,25
partner  21:19
partnered
  18:3
path  19:11
patriot  21:18
  22:21
people  7:18
  8:5,11,21
  10:5,19,23
  11:1,2,5,13,
  21 12:3,13,

14,23,25
  13:9,12,14,17
  14:17 15:6
  16:12,13,14
  17:19,23
  18:1,18 19:20
  20:6 21:13
percent  13:5,
  11,13 19:15
  21:24 22:11
person  5:8
  6:8 12:4 20:9
personal  9:3
  20:23
personally
  15:7 18:24
phone  16:8
photographers
  9:19
pick  16:11
picture  11:4
pictures  6:2
  11:7
Pillow  22:10
pillows  19:25
piranas
  11:10,11
planned  22:23
platform
  18:18
platforms  9:1
  10:18 17:18
playing  17:6,
  8
podcasts
  10:19
point  7:25
  19:13 21:5
politic  8:5
politics
  13:18 18:9
pop  8:3
post  9:8,14
pouring  18:20
  22:13
Powell  14:21

prayer  14:1
prayers  12:8
precautions
  11:24
presence
  11:17,22
  12:15
president
  5:18 8:17,19,
  21 10:1,13
  12:9,18 13:22
  14:14 15:21
  16:5,10,19
  17:3 18:4,7,
  22 19:5
President's
  8:10
press  19:3
pressure
  20:14
prints  7:14
private  18:8
  19:7
problem  20:12
product  20:16
products
  19:21 22:9,10
promo  21:24
  22:11
prove  6:9
  16:12
public  15:22
put  9:11,13,
  15 10:16 13:6
  19:3,6 21:23
putting  22:5

**Q**

question  7:19
questions  5:2
  7:23
quick  9:14,23
quickly  9:18
  17:22

**R**

racist 19:9
radio 15:9
read 6:17
  20:8
reading 20:8
real 6:23
  9:18,23 17:22
  20:5,7
reason 9:12
recording
  23:2
release 19:3
rely 10:18
relying 15:4,
  6
remind 21:20
resistance
  7:21
response
  12:15
rest 7:7
revealed 8:1
revote 14:10
righteous
  19:17
Robert 10:21
  14:23
rocketed 18:3
RSBN 21:24
  22:6,12
rumor 9:21
running 9:5,7
  11:5 19:4
  20:14

**S**

sad 11:3
safest 11:18
  12:5
savings 22:11
scary 20:17

screenshot
  9:15
secretary
  16:6,17,22
security
  11:17
sell 20:15,16
send 10:7
sense 11:22
shot 20:25
show 6:5
  12:25 15:22
shown 13:20
  22:16
shows 8:25
  17:11
shredding 7:1
shut 13:1
Sickabuck 9:1
side 13:18
  22:6
Sidney 14:21
  15:4
single 6:19
  7:15 15:8
sir 17:1
sit 14:9
site 22:21
sites 8:6
sitting 9:15
sky 18:3
snapping 11:6
snapshots
  9:20
social 20:14
something's
  12:8
speculation
  11:14
spent 6:18
sprouted 19:3
started 18:11
  19:9
state 11:12
  16:6,18

state's 16:22
statement
  14:8
station 15:10
stations 15:9
statute 13:14
step 18:1
stole 5:11
stolen 17:20
stop 18:20
store 20:15
story 9:12
stuff 6:1 8:1
  10:4,7 20:22
suggestions
  10:5
summer 18:8
sun 20:10
support 17:25
  19:16,18 22:8
supported
  8:21
supporting
  6:20,21 22:8
suppress 8:9
suppressed
  11:1 14:17
  15:20
Supreme 14:2,
  4,8
swing 17:22
switch 5:13
  10:2

**T**

taking 9:8
  11:24 22:5
talk 9:18
  11:12 15:5
  16:9 17:21
  18:2
talked 18:14,
  17,22 19:7
talking 5:2
  18:11

Target 20:21
targeted
  17:25
taste 19:2
telling 14:16
ten 16:15
terrible 7:17
  20:9
theater 11:17
theatrics
  12:7
theft 6:6
theory 15:1
  19:15
thing 7:6
  11:6 13:19
  15:18 16:1
  18:23 19:18,
  19 20:17
things 8:17,
  22 9:10 10:13
  13:4 14:15
thinking
  12:14 21:9
thousand
  15:10 16:11,
  15 19:25
thousands
  15:9
throwing
  16:15
time 6:18
  12:12,21 13:1
  15:5 18:5,7
  19:13 21:3,7,
  18 22:22
today 20:10
  21:18
told 5:8 6:4
  8:18 10:17
toll 17:23
top 7:21 10:6
  11:23
trolls 19:21
  20:5
true 13:4,6
  15:17 16:25

22:21
**Trump** 5:9
  18:12 19:4
  21:4,10,11,
  13,16
**Trump's** 16:25
**truth** 6:4,11
  15:17
**turn** 7:22
**turned** 10:21
**TV** 15:9,10
  18:12
**Twitter** 9:4,
  6,9 10:14
  19:23,24
**Twitters**
  10:17

---

**U**

---

**understand**
  7:2 12:2,6
**upset** 10:23,
  24,25

---

**V**

---

**videotape**
  6:25
**viewers** 22:1
**voice** 8:10
  22:3
**vote** 7:15
  14:5,7
**voted** 6:12
  16:12,13
**votes** 16:16
**voting** 7:8

---

**W**

---

**wait** 5:20
**waiting** 7:10
  14:3
**walk** 18:10

**walked** 9:24
**warfare** 22:19
**wash** 17:14
**watching** 7:19
  21:20
**wear** 18:11
**Web** 22:20
**weeks** 15:15,
  19
**white** 14:4,18
**whoever's**
  20:14
**win** 17:10,11,
  12
**wins** 6:8
**won** 6:12
**word** 22:14
**work** 8:13
**worked** 14:20
**world** 6:5,7
  8:8 9:12
  13:18 22:16
**worst** 20:21
**wow** 15:21
**write** 11:9
**wrong** 15:3
  16:8,19,24

---

**Y**

---

**years** 22:1
**yesterday**
  9:11

---

**Z**

---

**Zuckerberg**
  9:1