# Exhibit 275

File 1 JoePags Show
January 23, 2021

1

2

3

4                        File 1

5    The JoePags Show, Sen Ted Cruz – Mike Lindell –

6             Rudy Giuliani – Let's Go!

7                    Jan. 23, 2021

8        Https://www.twitch.tv/videos/885060174

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

         I N T E R V I E W

                  * * *

     JOE PAGS:  Great radio stations across the land.
JoePags.com, Facebook, Twitter, Instagram.  You can use
those if you want.  The Parlor link is there, and it
will be back up and running I believe by the end of this
month.  Also, the live video feed, I appreciate you
stopping by.  I want to welcome back a friend of mine,
and a guy whose product I use every single night.  It's
Mike Lindell from MyPillow.  Mike, how are you?

     MIKE LINDELL:  I'm doing great.  Doing good.  All
the great things are coming.  Believe me.

     JOE PAGS:  I -- I think they are.  And you're --
you're in the spot light because for a long time, Mike,
you were the guy who did those cool commercials, and
they were a bit viral and MyPillow, and you're a guy who
get's out of your shirt and showing your Christianity in
your commercials.  And then, we hear that you're a
former addict who beat that, and -- and that's all
wonderful.  You're the true American success story.

     MIKE LINDELL:  Right.

     JOE PAGS:  And people should be more like you.
And then, you were the guy that was trending because you
kind of like Trump.  And then, you were the guy that was
trending because you spoke at the Rose Garden, and you

1   talked about your religion again.  And now, you're the

2   guy who dares question the election outcome.  And now,

3   your business is going to suffer.

4          Just talk to me about that.  How you went from

5   the guy in the commercials that we went, "Hey, this

6   guy's kind of cool, and he's in Minnesota" to the guy

7   now who is somehow is left verses right.  How did we get

8   here?

9          MIKE LINDELL:  Well, we got here, you know, in

10  the -- it started in the Summer of 2016.  You know, I

11  quit all of my additions January 16th, 2009, and I

12  didn't think politics effected anything.  I really

13  didn't.

14         JOE PAGS:  Right.

15         MIKE LINDELL:  And it got up to two -- but

16  MyPillow got real big then.  And it became kind of a

17  household name.  Well then, in the Summer of 2016,

18  Donald Trump reached out to me to -- to meet with him.

19  He was just running for President then, and I met with

20  him August 15th, 2016, and I walk -- I -- invited there.

21  Went in there.

22         We talked about MyPillow being made in the

23  U.S.A., and he said, "Boy, Mike, you're on TV all the

24  time.  I said, "Yeah.  I used to be a crack-cocaine

25  addict."

File 1 JoePags Show
January 23, 2021                                    4

```
 1          JOE PAGS:  Wow.

 2          MIKE LINDELL:  "And I'm going to have this big

 3    network that's going to help -- that's going to help

 4    addicts.  He said that, "I'm going to stop the job -- or

 5    the drugs from flowing in."  But I had a half hour

 6    meeting with him, and it was just amazing.  And I talked

 7    to his employees too.  I get on there and go, "wow.

 8    He's going to be the best President ever."  I got back

 9    to Minnesota, and I did a press release.  As -- you

10    know, I didn't even tell what we talked about.

11          JOE PAGS:  Right.

12          MIKE LINDELL:  Here's a guy, never been in

13    politics.  Did a press release that I met him, and we

14    had this meeting, and it was crickets.  And then, it

15    happened.  They all started attacking me.  Calling me a

16    racist and all these things, and I'm looking at all

17    these comments, and I'm going -- yeah.  They don't even

18    look real, the comments.  It was --

19          JOE PAGS:  Right.

20          MIKE LINDELL:  -- it was just a blast.  Like, how

21    could there be this much hate.  Well, then -- then --

22    then Better Business Bureau lowered me from an A+ to an

23    F.  I mean, it was just a massive attack.  So that was

24    the first attack.  Then, it happened again, like you

25    said -- you know, it kept happening on and off when --
```

File 1 JoePags Show
January 23, 2021                                5

```
 1        JOE PAGS:  Right.
 2        MIKE LINDELL:  -- any of the National hosts would
 3   do something.  If I would stand for like Tucker or Laura
 4   Ingraham, whatever.
 5        JOE PAGS:  Right.
 6        MIKE LINDELL:  I would be attacked there too.  I
 7   always stood my ground.  I'm not going to --
 8        JOE PAGS:  Well -- well, let me ask you this,
 9   you're a business man, and you employ a lot of people.
10   You make your product here in America.  And again,
11   you're the true American success story, and you're also
12   beating addition.  That's an amazing story that can help
13   people out, as well.
14        MIKE LINDELL:  Yeah.
15        JOE PAGS:  Were you -- how surprised were you
16   that the attacks came so swiftly, and did you in even
17   one fleeting moment think to yourself, "Man, I better
18   back away from this guy.  This is going to hurt me and
19   my business and me, personally?"
20        MIKE LINDELL:  Yeah -- no.  I never had that
21   because I -- my -- my faith and what I -- when I stand
22   -- when I do my due diligence, you know like, even you
23   go back to 16th, had I not met Donald Trump and -- and
24   vetted him.  Looked at him in the eye and see, oh, wow.
25   His only agenda was to help this country, and he was
```

 1   just such an amazing guy, the one-on-one we had.

 2          JOE PAGS:  Right.

 3          MIKE LINDELL:  Not many people got to actually

 4   vet that.  So I -- then I'm a hundred percent all in.

 5   When I'm a hundred percent all in, I don't -- I don't go

 6   a hundred percent all in because I haven't done my due

 7   diligence.

 8          JOE PAGS:  Right.

 9          MIKE LINDELL:  And -- and -- so -- but, I'll tell

10   you what, there were a lot my board members back then,

11   you know, family members, employees that say, "Mike, you

12   got a back off on this."  But now, they've learned.

13   This is the fourth time now -- the fourth big time.  You

14   had that when I went all in for the President.

15          JOE PAGS:  Yeah.

16          MIKE LINDELL:  And then, when I spoke at the Rose

17   Garden, and I talked about getting in our Bibles and --

18          JOE PAGS:  Which was great.  I loved it.  Yeah.

19          MIKE LINDELL:  And then, I had the one on this

20   Summer.  That was probably the worst one.

21   Myonlyander.com when I went on -- I went on -- this guy

22   had brought me this thing for the virus that helped the

23   virus, and I got attacked for that.  And just saying,

24   "Hey, this thing is out there.  Let's look into it."

25          JOE PAGS:  Yeah.

File 1 JoePags Show
January 23, 2021                              7

```
 1        MIKE LINDELL:  And that was the big -- that was a
 2   different kind of attack.  It's kind of like right now.
 3   It's almost like I'm -- what did I do?  You know, it
 4   was --
 5        JOE PAGS:  Right.
 6        MIKE LINDELL:  I was attacked by trolls and bots,
 7   and I lost companies then too, but did I -- but did I
 8   back down?  No.  And now, when I'm being attacked, here
 9   I'm being attacked because new evidence came out of
10   machine-voter fraud by Dominion.  So I -- I'm all over
11   the news -- you know, all over the news on that.
12        JOE PAGS:  Right.
13        MIKE LINDELL:  Going, "I don't care.  I'm going
14   to get this out there."  We -- we can't have elections
15   going forward that have machine fraud.  And if that's
16   what I'm getting attacked for, it is pretty easy to stay
17   the course.
18        JOE PAGS:  I want to -- I want to -- I want to
19   stop you there because that's the -- let's get to where
20   we are today.  It's Mike Lindell.
21        MIKE LINDELL:  Right.
22        JOE PAGS:  The CEO of MyPillow, a pillow that I
23   sleep on every night.  My wife sleeps on every night.
24   We love it.  And by the way, you didn't advertise them
25   to me.  You didn't send them to me.  I bought them, and
```

1    I'm glad to buy them.  I'm going to go buy some more

2    because I don't want anybody to think, "Well, this guy,

3    he paid you to sit his pillow."  No.  No.  No.  I love

4    the pillow.  So having said that, it's great product.

5    You're a great American success story, but you dared say

6    something that has been verified by Rudy Giuliani,

7    verified by Jenna Ellis, verified by other lawyers on

8    the Trump team that they've examined these machines.

9          Rudy said 68 percent on error rate in one country

10   in Michigan from the Dominion machines.  That's from

11   Rudy Giuliani.  So you dared say what he has said on my

12   show, and -- and you dare say, "I've got questions about

13   this election," and not only are -- are you getting

14   letters that -- to cease and desist from Dominion.

15   You're also being told by big retailers "We won't even

16   carry your stuff anymore because you're exercising your

17   First Amendment right to say, 'Hey, I think there's an

18   issue with this election.'"  Did I encapsulate it right?

19   Is that really what's going on?

20         MIKE LINDELL:  Well, there's two things there --

21         JOE PAGS:  Go ahead.

22         MIKE LINDELL:  -- that I want to add to.

23         JOE PAGS:  Go ahead.

24         MIKE LINDELL:  One is since November 4th, I've

25   spent over $2,000,000 of my own money hiring experts and

1    everything to go out there.  So this -- I wasn't just

2    relying on Rudy or --

3           JOE PAGS:  But you've got your own evidence.

4           MIKE LINDELL:  I -- I've seen it with my own

5    eyes.

6           JOE PAGS:  Okay.

7           MIKE LINDELL:  You know?  So I've -- I've hired

8    experts.  I hired a forensic mathematic expert for cyber

9    -- cyber forensics.

10          JOE PAGS:  Right?

11          MIKE LINDELL:  To look -- look at this and they

12   said it's 100 percent true.

13          JOE PAGS:  Wow.

14          MIKE LINDELL:  So I know it's true.  So that's --

15   that's -- that -- that part.  Now, the other part is

16   these aren't machine -- these aren't companies that are

17   upset with me for doing -- going that -- to represent

18   this country and saying, "Hey we need to look into

19   this."  What happened is these other companies are

20   hired.  These are bots and trolls.  They hire stuff like

21   on Twitter.  It's called "Sleeping Giant."

22          JOE PAGS:  Okay.

23          MIKE LINDELL:  These are entities that are hired.

24   So they attack my vendors.  They attack me.  They go

25   after your Bed Bath and Beyond's or your Kohls.  They go

1   after these guys.  And they're telling them, "If you

2   carry MyPillow, we're going to boycott you."  Well, they

3   think they're real customers, but they're not.  There

4   going to succumb to culture, cancel culture, and they

5   don't realize that if they don't come -- if we don't

6   stop this now --

7        JOE PAGS:  Yeah.

8        MIKE LINDELL:  -- we're -- we're going to be

9   right back.  Anybody that has a voice is going to be

10  gone, and I'm not backing down.

11       JOE PAGS:  Well, Mike, you're -- you're exactly

12  right.  They are bots.  They're trolls.  They're -- they

13  are organizations that are trying to scare companies.

14  Here's a simple question, as well as your products

15  selling -- you've got a butch of products, and they're

16  all great -- as well as they sell, why did the retailers

17  believe that they're actually going to be able to stop

18  customers from going and buying the stuff?  Why don't

19  the retailers grow a backbone like you have, and say,

20  "All right.  We're going to keep on carrying this stuff

21  because it's a great seller.  We make a nice profit on

22  it.  We like the company, and if we do see a difference

23  in sales, then we will reassess."  Why just react and

24  pull it off the shelves?  I don't get that.

25       MIKE LINDELL:  I -- you know, I don't know.  I

1   don't get that either because the ones that have stayed

2   on, even this last week, I've -- I've checked with them,

3   and their sales are up like 20 or 30 percent.

4          JOE PAGS:  Right.

5          MIKE LINDELL:  Because with -- you know, when you

6   do -- when they -- when they do boycotts, when people do

7   boycotts, you know like when FOX, when I had Tucker the

8   one time, they did every -- every company got afraid and

9   left this program.

10         JOE PAGS:  Yeah.

11         MIKE LINDELL:  Well, I stayed there, and I got

12  busier.  I mean, it got busier.  These people -- these

13  bots and trolls don't buy product.  I mean, there --

14  it's a fallacy and people don't -- you know, I always

15  get these things whatever I do something like this, they

16  go, "You know, I was going to buy 20 pillows, but now

17  I'm not.  You jerk."

18         JOE PAGS:  Come on.  That didn't happen.

19         MIKE LINDELL:  And -- and, you know -- and then,

20  people -- you know, something everyone should know to, I

21  have 110 products.

22         JOE PAGS:  Yeah.

23         MIKE LINDELL:  So it's not like a lot these

24  places carried at least two or three or four of the

25  products, and so they couldn't -- you know, to say --

1    one of them said, "Well, our sales were portaging."

2    Well, I have all these new products now that are from

3    bathrobes to all these, to new beds coming out.

4         JOE PAGS:  Right.

5         MIKE LINDELL:  These new commercials.  So it's

6    not like -- you know, I think they just -- they're

7    fearful that the real people will boycott their stores

8    because of an association with something that's tabu.

9    You're not supposed to talk about the Dominion machine.

10        JOE PAGS:  Right.  Right.

11        MIKE LINDELL:  Because boy, they sued -- they

12   went after some -- they didn't sue me.  They sent me a

13   mafia letter that says, "You have been warned."

14        JOE PAGS:  Yeah.

15        MIKE LINDELL:  You -- you know, "You have been

16   warned." I used to get that back when I bet football

17   back in the day, and they come to break your legs.

18        JOE PAGS:  I'll bet.  It's Mike Lindell, the CEO

19   of MyPillow.  A great product.  A great guy.  Great

20   American company.  2,000 employees, Mike, is that what

21   it is?

22        MIKE LINDELL:  Yeah -- no.  It's up to 2,500.  We

23   are hiring at the rate of 50 to 100 a week.

24        JOE PAGS:  Wow.

25        MIKE LINDELL:  We just keep getting busier and

File 1 JoePags Show
January 23, 2021                              13

```
 1   busier, and we -- you know, these are -- you're
 2   attacking.  When you're doing these things, when you're
 3   boycotting this, and -- you know, and these trolls and
 4   bots that go out there, you're trying to destroy 2,500
 5   careers.  These guys have jobs.
 6        JOE PAGS:  Right.
 7        MIKE LINDELL:  You know?  But they trust me.  My
 8   employees all trust me that we -- we will get through
 9   this, and we will get through it.  We will be busier
10   then ever because I -- I've learned how to navigate all
11   these attacks, and they trust me, all my employees.  It
12   doesn't matter what side of the political aisle they're
13   on.
14        JOE PAGS:  Right.
15        MIKE LINDELL:  With my employees.  They -- they
16   believe in that -- they believe in MyPillow.  They
17   believe it what we -- what we're doing as a company.
18        JOE PAGS:  I -- I want to ask you a question that
19   my listeners and my viewers have been asking me.  Don't
20   you have contracts with these people, and don't they
21   have to have cause to back out of a contract, or are --
22   I don't understand retail because I don't do retail.  I
23   mean, can they just at any given time say, "We're taking
24   the shelf space away," or is there some recourse?  Can
25   you sue them for taking you off the shelf for no reason?
```

1       MIKE LINDELL:  No.  You know, but even if there

2  is, I wouldn't do that.  I mean, they made a business

3  decision there.

4       JOE PAGS:  Yeah.

5       MIKE LINDELL:  They're just living in fear, and I

6  don't -- you know, I'm not even going to blame them for

7  what they done, but they're make a wrong decision.

8       JOE PAGS:  Yeah.

9       MIKE LINDELL:  Because when this is the time of

10 our country, we have to stand up and not -- not cower.

11 Not be cowards and take stuff down, you know being a

12 coward.  And I speak to all you CEOs out there that are

13 running businesses.  Now is the time.  If you want --

14 you know, you're -- you -- if we can't make a stand now

15 against this socialistic stuff that's coming at us and

16 this cancel culture, I mean you guys aren't going to be

17 around anyway.

18      JOE PAGS:  Right.

19      MIKE LINDELL:  You know?  I'll tell you what.  I

20 am the biggest advocate of box stores trying to save our

21 box store industry because you got your Amazon's in

22 there, your dot com's that are taking over the country

23 because of this pandemic that the governor -- the

24 Democratic governors have kept everybody locked up.

25      JOE PAGS:  Right.

1        MIKE LINDELL:  I mean, it's a joke.  So you know,

2   if they want -- you know, if you want to start

3   cancelling stuff, they got to think twice out there.

4   They got to stand up and go, "You know what?  We don't

5   care if Mike Lindell wants the truth from the voting

6   machines.  That's his problem.  So what if he gets

7   sued?"  What do they care if I get sued?  You know?

8        What is that care that because some customer's

9   going to say, "You know, I --" If they were thinking

10  before, "Oh you're trying to overthrow the election."

11  Well, you know what?  Four of them drop to knee on the

12  -- they had this big fake inauguration --

13        JOE PAGS:  Yeah.

14        MIKE LINDELL:  -- as far as I'm concerned.

15        JOE PAGS:  Right.

16        MIKE LINDELL:  And you know what?  The truth will

17  be told.  Now, you can just sit back.  When this comes

18  out, you know, I'm going to have to -- what?  Do I get

19  to come back on all these places, all these box stores

20  will come back.  "Oh, can we come back?  Can we come

21  back?"

22        You know what?  And I told them too, I told a

23  couple of them, "You know?  You're welcome back any

24  time.  You guys are making a decision for your business,

25  but you know what?  You're hurting us as a country --"

1        JOE PAGS:  Right.

2        MIKE LINDELL:  "-- when you can't have a backbone

3    and have courage.

4        JOE PAGS:  Well, he's a good man.  It's Mike

5    Lindell.  He's from MyPillow, of course.  And a lot of

6    you have MyPillow.  I have MyPillow.  Sleep on it every

7    night, and it was really glad to have him on.  It's --

8    what I like about the guy is they keep on coming after

9    him, and he keeps on, you know, just staying the course.

10       And he says every day is a busier day.  Just

11   hired some more people.  He's got 2,500 employees in

12   America.  And attacking an all American business is very

13   interesting to me, and I'm glad that he's got a

14   backbone.

15       Also, I just saw something where it looks like

16   those who are going to be going after Trump in the

17   impeachment trial, that shouldn't be happening, might

18   actually be using some of the people who did the, so

19   called, "insurrection," which didn't happen.  I'll have

20   that for you when we come back, plus your phone calls on

21   the weekend.  Stay here.

22       (End of recording.)

23

24

25

1           C E R T I F I C A T E

2

3    I, STEPHANIE TURNER, Certified Shorthand Reporter/

4    Transcriptionist, do hereby certify that I was

5    authorized to transcribe the foregoing recorded

6    proceeding, and that the transcript is a true and

7    accurate transcription of my shorthand notes, to the

8    best of my ability, taken while listening to the

9    provided recording.

10

11   I further certify that I am not of counsel or attorney

12   for either or any of the parties to said proceedings,

13   nor in any way interested in the events of this cause,

14   and that I am not related to any of the parties thereto.

15   Dated this 28th day of January, 2021.

16

17

18

19
                          *Stephanie Turner*
20

21              STEPHANIE TURNER, CSR 13439

22

23

24

25

**1**

**100**  9:12
12:23
**110**  11:21

**2**

**2,000**  12:20
**2,500**  12:22
13:4 16:11
**20**  11:3,16

**3**

**30**  11:3

**5**

**50**  12:23

**A**

**advocate**
14:20
**afraid**  11:8
**aisle**  13:12
**Amazon's**
14:21
**America**  16:12
**American**
12:20 16:12
**association**
12:8
**attack**  9:24
**attacking**
13:2 16:12
**attacks**  13:11

**B**

**back**  10:9
12:16,17
13:21 15:17,
19,20,21,23

16:20
**backbone**
10:19 16:2,14
**backing**  10:10
**Bath**  9:25
**bathrobes**
12:3
**Bed**  9:25
**beds**  12:3
**bet**  12:16,18
**Beyond's**  9:25
**big**  15:12
**biggest**  14:20
**blame**  14:6
**bots**  9:20
10:12 11:13
13:4
**box**  14:20,21
15:19
**boy**  12:11
**boycott**  10:2
12:7
**boycotting**
13:3
**boycotts**
11:6,7
**break**  12:17
**busier**  11:12
12:25 13:1,9
16:10
**business**  14:2
15:24 16:12
**businesses**
14:13
**butch**  10:15
**buy**  11:13,16
**buying**  10:18

**C**

**called**  9:21
16:19
**calls**  16:20
**cancel**  10:4
14:16

**cancelling**
15:3
**care**  15:5,7,8
**careers**  13:5
**carried**  11:24
**carry**  10:2
**carrying**
10:20
**CEO**  12:18
**CEOS**  14:12
**checked**  11:2
**com's**  14:22
**commercials**
12:5
**companies**
9:16,19 10:13
**company**  10:22
11:8 12:20
13:17
**concerned**
15:14
**contract**
13:21
**contracts**
13:20
**country**  9:18
14:10,22
15:25
**couple**  15:23
**courage**  16:3
**coward**  14:12
**cowards**  14:11
**cower**  14:10
**culture**  10:4
14:16
**customer's**
15:8
**customers**
10:3,18
**cyber**  9:8,9

**D**

**day**  12:17
16:10

**decision**
14:3,7 15:24
**Democratic**
14:24
**destroy**  13:4
**difference**
10:22
**Dominion**  12:9
**dot**  14:22
**drop**  15:11

**E**

**election**
15:10
**employees**
12:20 13:8,
11,15 16:11
**end**  16:22
**entities**  9:23
**evidence**  9:3
**expert**  9:8
**experts**  9:8
**eyes**  9:5

**F**

**fake**  15:12
**fallacy**  11:14
**fear**  14:5
**fearful**  12:7
**football**
12:16
**forensic**  9:8
**forensics**  9:9
**FOX**  11:7

**G**

**Giant**  9:21
**glad**  16:7,13
**good**  16:4
**governor**
14:23
**governors**
14:24

**great**  10:16,
 21 12:19
**grow**  10:19
**guy**  12:19
 16:8
**guys**  10:1
 13:5 14:16
 15:24

**H**

**happen**  11:18
 16:19
**happened**  9:19
**happening**
 16:17
**Hey**  9:18
**hire**  9:20
**hired**  9:7,8,
 20,23 16:11
**hiring**  12:23
**hurting**  15:25

**I**

**impeachment**
 16:17
**inauguration**
 15:12
**industry**
 14:21
**insurrection**
 16:19
**interesting**
 16:13

**J**

**jerk**  11:17
**jobs**  13:5
**JOE**  9:3,6,10,
 13,22 10:7,11
 11:4,10,18,22
 12:4,10,14,
 18,24 13:6,
 14,18 14:4,8,
 18,25 15:13,

 15 16:1,4
**joke**  15:1

**K**

**knee**  15:11
**Kohls**  9:25

**L**

**learned**  13:10
**left**  11:9
**legs**  12:17
**letter**  12:13
**Lindell**  9:4,
 7,11,14,23
 10:8,25 11:5,
 11,19,23
 12:5,11,15,
 18,22,25
 13:7,15 14:1,
 5,9,19 15:1,
 5,14,16 16:2,
 5
**listeners**
 13:19
**living**  14:5
**locked**  14:24
**lot**  11:23
 16:5

**M**

**machine**  9:16
 12:9
**machines**  15:6
**made**  14:2
**mafia**  12:13
**make**  10:21
 14:7,14
**making**  15:24
**man**  16:4
**mathematic**
 9:8
**matter**  13:12

**Mike**  9:4,7,
 11,14,23
 10:8,11,25
 11:5,11,19,23
 12:5,11,15,
 18,20,22,25
 13:7,15 14:1,
 5,9,19 15:1,
 5,14,16 16:2,
 4
**Mypillow**  10:2
 12:19 13:16
 16:5,6

**N**

**navigate**
 13:10
**nice**  10:21
**night**  16:7

**O**

**organizations**
 10:13
**overthrow**
 15:10

**P**

**PAGS**  9:3,6,
 10,13,22
 10:7,11 11:4,
 10,18,22
 12:4,10,14,
 18,24 13:6,
 14,18 14:4,8,
 18,25 15:13,
 15 16:1,4
**pandemic**
 14:23
**part**  9:15
**people**  11:6,
 12,14,20 12:7
 13:20 16:11,
 18

**percent**  9:12
 11:3
**phone**  16:20
**pillows**  11:16
**places**  11:24
 15:19
**political**
 13:12
**portaging**
 12:1
**problem**  15:6
**product**  11:13
 12:19
**products**
 10:14,15
 11:21,25 12:2
**profit**  10:21
**program**  11:9
**pull**  10:24

**Q**

**question**
 10:14 13:18

**R**

**rate**  12:23
**react**  10:23
**real**  10:3
 12:7
**realize**  10:5
**reason**  13:25
**reassess**
 10:23
**recording**
 16:22
**recourse**
 13:24
**relying**  9:2
**represent**
 9:17
**retail**  13:22
**retailers**
 10:16,19

Rudy  9:2
running  14:13

_____

### S

sales  10:23
  11:3 12:1
save  14:20
scare  10:13
sell  10:16
seller  10:21
selling  10:15
shelf  13:24,
  25
shelves  10:24
side  13:12
simple  10:14
sit  15:17
Sleep  16:6
Sleeping  9:21
socialistic
  14:15
space  13:24
speak  14:12
stand  14:10,
  14 15:4
start  15:2
Stay  16:21
stayed  11:1,
  11
staying  16:9
stop  10:6,17
store  14:21
stores  12:7
  14:20 15:19
stuff  9:20
  10:18,20
  14:11,15 15:3
succumb  10:4
sue  12:12
  13:25
sued  12:11
  15:7
supposed  12:9

_____

### T

tabu  12:8
taking  13:23,
  25 14:22
talk  12:9
telling  10:1
things  11:15
  13:2
thinking  15:9
time  11:8
  13:23 14:9,13
  15:24
told  15:17,22
trial  16:17
trolls  9:20
  10:12 11:13
  13:3
true  9:12,14
Trump  16:16
trust  13:7,8,
  11
truth  15:5,16
Tucker  11:7
Twitter  9:21

_____

### U

understand
  13:22
upset  9:17

_____

### V

vendors  9:24
viewers  13:19
voice  10:9
voting  15:5

_____

### W

warned  12:13,
  16
week  11:2
  12:23

weekend  16:21
Wow  9:13
  12:24
wrong  14:7