# Exhibit 276

Mike Lindell  WVWhour
January 31, 2021

1

2

3

4

5

6

7

8

9

10    wvwhour-01-31-21withmikelindellHQ

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Mike Lindell   WVWhour
January 31, 2021                                    2

1          BRANNON HOWSE:  Tonight on the Worldview
2    Weekend Hour joining me live in the studio is Mike
3    Lindell and Jovan Pulitzer.  We'll also be joined by
4    Mary Fanning, and maybe a special appearance by
5    Dr. Shiva.
6          We've got some good news for you, and you
7    don't want to miss it so stayed tuned.  Worldview
8    Weekend Hour begins right now.
9          ANNOUNCER:  WVW TV presents the Worldview
10   Weekend Hour with Brannon Howse.  Whether the topic is
11   law, science, government, economics, history, family,
12   social issues, education or theology, Brannon brings the
13   issues of today into clear focus through the lens of a
14   biblical world view.  And now, here is your host,
15   Brannon Howse.
16         BRANNON HOWSE:  Good evening and welcome to
17   the Worldview Weekend Hour.  Joining me in studio is
18   Mike Lindell.  We'll also be joined in studio by Jovan
19   Pulitzer.  His software, by the way, Jovan, for a lot of
20   you this may be the first time you know him, but you
21   actually are interacting with his technology.  His
22   technology is on 12 billion, you heard me right,
23   12 billion devices, Jovan Pulitzer.  He joins me tonight
24   along with Mary Fanning.
25         First of all, Mike, welcome back to the

Mike Lindell   WVWhour
January 31, 2021                                          3

1    studio.  Thanks for joining us.

2              MIKE LINDELL:  Thanks for having me on.

3              BRANNON HOWSE:  We're going to have a big

4    night tonight, folks, and it's not too late to let your

5    family and friends to know to join us live.  Of course,

6    if you're listening to us on Memorex tape delay it's too

7    late.

8              Those of us who have joined us live, well,

9    they probably know to join us because they belong to

10   our text alert list, and they text WVW to 88202.  So

11   again, spread the word, and if you're watching this

12   on Memorex after the fact and you missed out watching

13   it live, it's probably because again you're not one

14   of the tens of thousands on our text alert list.  To

15   do that just simply text WVW to 88202.

16             All right.  Let's bring in Mary Fanning

17   real quick.  Mary, I'm going to pull my mic off and

18   give my mic to Mary.  Mary, explain to the folks what

19   we've before up to, will you?

20             MARY FANNING:  Well, we've been putting

21   together experts, experts who give testimony about the

22   stolen election, and they explain exactly how a

23   landslide election was stolen from President Trump.  And

24   not just President trump, but also from the American

25   people.

1          BRANNON HOWSE:  All right.  We'll into go into
2   more -- you've got more than that, don't you?
3          MARY FANNING:  Oh, absolutely.  So beyond, you
4   know, this stolen election, understand that if this
5   stands, what has taken place, there will never be
6   another free election in this country.  It's important
7   to understand that they are not just stealing an
8   election, they're stealing every election that's to
9   come, and they are stealing our country.  This was an
10  attack and domestic traitors.
11         Now, in the documentary that we filmed
12  several interesting things come to the fore.  One of
13  them is Jovan Pulitzer.  He mentions that China has
14  an entire building filled with digital soldiers.
15  Well, based on the forensic evidence that we
16  present --
17         BRANNON HOWSE:  Hold on a second.  I'm going
18  to add in Dr. Shiva.  Hold on.  Hey, Dr. Shiva, hold on.
19  We'll mix you into the call.  You'll be on live with
20  everybody else.  Hold one second.  Mute your phone while
21  we're not talking to you if you would.  Hold one second.
22         That's live radio -- live TV for you.  Oh,
23  my word.  What is that?  Pick it up right there,
24  Mary.  Go right ahead.
25         MARY FANNING:  Okay.  So as I mentioned, in

Mike Lindell  WVWhour
January 31, 2021                                    5

1   this documentary Jovan Pulitzer mentions that China has

2   an entire building filled with digital soldiers.  Well,

3   based upon the forensic evidence that we present, quite

4   a few adversaries also have digital soldiers that were

5   engaged in cyber warfare to steal the U.S. presidential

6   election.  This is an act of war.  Our adversaries

7   decided who was in our White House leading the United

8   States of America.

9              BRANNON HOWSE:  All right.  Let's pick it up

10  with you, Mike.

11             MIKE LINDELL:  Okay.

12             BRANNON HOWSE:  So you helped to organize some

13  of the leading experts on the digital theft, right?

14             MIKE LINDELL:  Right.  Here's what's coming

15  out.  You know, you all out there have seen me get

16  attacked for the last month, and what I've told everyone

17  is about a month ago a piece of evidence came up that I

18  seen online, and actually you guys reached out to me

19  about the same time and I reposted it and Twitter's

20  been, you know, I've been attacked ever since.

21             Well, you combine that with ever since

22  November 4th all I have done, when I woke up --

23  actually I stayed up all night, and seen all these

24  deviations that went on, and I'm going okay, from

25  that point all I was to find out how it happened, why

Mike Lindell   WVWhour
January 31, 2021                                    6

1   it happened, who did it and right the right.  Well,
2   right now, you know, like Mary says, we've took -- I
3   wanted the idea.  Let's get -- everything's getting
4   suppressed.  The only one that's getting
5   information -- basically I'll say one thing out there
6   against the Dominion machines or against the machines
7   and you're getting attacked you know.
8           So to put this altogether in one big
9   documentary with all the experts, everyone that's
10  come to me and come to you guys, that come to Mary,
11  come to everyone here that has -- to combine this all
12  in one place.  When you watch this you're going to
13  know one hundred percent sure, not everyone, even
14  people -- it doesn't matter if you're a Democrat,
15  Republican or who you are.  Put it this way.  All
16  nine Supreme Court justices could be watching this on
17  TV when we launched this and they're going to go is
18  this a blue coffee cup or is it another color, and
19  they're all going to go, that being fraud, they're
20  all going to go a hundred percent that's a blue
21  coffee cup, and this isn't just a small, you know,
22  okay, everyone's bringing in pieces of evidence like
23  you've all heard.  Now you're going to see it all and
24  you're going to know a hundred percent this was an
25  attack by China and other countries, and it was

Mike Lindell  WVWhour
January 31, 2021                           7

1 | millions of votes, but we have a hundred percent

2 | proof now, and putting that all into one.

3 |         You know, I want to say one more thing

4 | what's got me to this point.  I want everybody out

5 | there to realize, and I've said this.  You know, what

6 | we're going to show is the two miracles that I say in

7 | this whole process of where we're at right now as a

8 | country.

9 |         One is on election night when the

10 | algorithms broke in these machines, if they haven't

11 | broke because of our president, Donald Trump, getting

12 | all these millions of extra votes they didn't

13 | expect --

14 |         BRANNON HOWSE:  Right.

15 |         MIKE LINDELL:  -- we would have never known

16 | because they would have had the big steal, right, and we

17 | would have all went to bed at 3:00 in the morning.  All

18 | the states would have turned their stuff in and we'd

19 | have said oh, we made it close.  And instead, it broke.

20 | The algorithms broke and everyone had to react.

21 |         They went into this plan B, so to speak,

22 | and you're going to see that in this documentary

23 | exactly what happened, who did it, when they did it,

24 | why they did it, how they did it, and right down to

25 | the level of people working in the like those

Mike Lindell  WVWhour
January 31, 2021                        8

1  suitcase rooms, you know.

2          BRANNON HOWSE:  Yes, pulling out suitcases.

3          MIKE LINDELL:  Yes.  We've got it all in one

4  package so you can follow this time line.  Anyways, so

5  if you think of that night when they had to react, and

6  we all seen these anomalies and these deviations, these

7  big spikes in states like Arizona not turning in their

8  election for seven days when they were 99 percent in.

9  So you have these things going on, and you -- and from

10 that point then you have that.

11          Well, then the second miracle that I always

12 say is you know, we have all the dead people and we

13 have the nonresidents, all these people that voted in

14 all these states.  There was enough there to turn

15 over every one of these states and say of course you

16 can't use your dead people, your nonresidents, your

17 people that voted twice, your illegals, your people

18 in prison, all these things, and you show that.

19 Well, they didn't flip it.  Everybody ignored it.

20 Nobody looked at the evidence.  And if that wouldn't

21 have happened we would not be to where we're at now,

22 which is the big attack, and that is through the

23 machines from foreign countries.  And with help, like

24 Mary said, domestic traitors term is what they are.

25          BRANNON HOWSE:  Yes.  So one of the people in

1  the documentary is a military guy, a colonel, and he

2  talked about how this theft was done from overseas as

3  you've been saying, as Mary's been saying, as sources

4  have been saying.  And this military guy, who's an

5  expert in disinformation, information warfare, he sat

6  with the white hat hackers, the good guys, and watched

7  all this happen that night, watched the countries that

8  came out of, even watching what was going on over in

9  Germany, and as you'll hear from this colonel, this

10  retired colonel in the military, who this is his area of

11  expertise, with the team that he's put together by the

12  way, they were literally watching the band width and the

13  traffic and the steal and helping grab it along with

14  other guys that Mary and Jovan have been working with

15  that, you know, is part of this documentary.

16          MIKE LINDELL:  Right.

17          BRANNON HOWSE:  Guess what they found.  He

18  talked to you about CIA people going into this building

19  in Germany.

20          MIKE LINDELL:  Right, right, right.

21          BRANNON HOWSE:  So what --

22          MIKE LINDELL:  It matched up with what

23  everybody's heard about Italy out there.  It matched up

24  with that.

25          BRANNON HOWSE:  Yes.

1        MIKE LINDELL:  You know, we brought it up with

2   that with the colonel.  But what you're going to see is

3   everything that you've just gotten bits and pieces of,

4   it shows everything.  It shows the cyber footprints of

5   what happened and the flips.  So we got a mathematical

6   expert --

7        BRANNON HOWSE:  Genius.

8        MIKE LINDELL:  Yeah, genius.  His IQ is like,

9   I don't know, 250 maybe.

10        BRANNON HOWSE:  He had to dumb it down.  It

11   still went over my head.

12        MIKE LINDELL:  I couldn't understand then the

13   MC pi scared and all this stuff.  But he mathematically

14   proved what in the election, a hundred percent it

15   couldn't have been done by humans, right.  He proved

16   that, and he also proved how much he's able to

17   extrapolate just knowing what they turned in at the

18   precinct level, extrapolate from that exact numbers of

19   the flip without being in the machines.  Obviously we've

20   got all that too being inside the machines.  You match

21   the two up and it fits like a glove.

22        BRANNON HOWSE:  And what was so shocking is

23   we're talking about major corporations tied to some of

24   the voting machines who apparently, I mean, that's what

25   we're hearing.  We're hearing from the colonel there are

1  major corporations tied to some of these voting machine

2  companies and reporting companies, and then you have the

3  country like China, and really soon what you find is

4  China has not only a national security reason, but China

5  has a financial reason to have the right people in the

6  right places, major, apparently major international

7  corporations have a financial reason to have certain

8  people in certain places to pass certain laws that then

9  benefit their companies or subsidiaries that they own

10 downstream.

11          MIKE LINDELL:  Right.

12          BRANNON HOWSE:  So at the end of the day the

13 colonel said, you asked him, you said could this have

14 ever been done, what China and these other countries

15 did, without help from within the U.S.  So we're talking

16 about traitors, foreign and domestic.

17          MIKE LINDELL:  It's a big attack.  And what

18 you're going to see, you know, what they've done is just

19 massive proportions, and you're going to see in this

20 documentary, what do we have, 12 or 14 --

21          BRANNON HOWSE:  I was just going to ask you

22 how many do we have.

23          MIKE LINDELL:  Since November 4th have came in

24 contact with every little piece, every little expert,

25 you know anything and, you know, tried to say okay, what

1  is this relevant, I've done my own due diligence, I've

2  checked it out, and you combine this with like Mary with

3  the people that she has all these experts.  You combine

4  all these experts and it's not just experts.  I want

5  everybody to know that.  We all (inaudible) expert.

6  Anything you see in this documentary is facts.

7          BRANNON HOWSE:  Right.

8          MIKE LINDELL:  It's things, it's factual

9  evidence that you can look at and see, and it's not just

10 experts going well in theory --

11         BRANNON HOWSE:  Yeah.

12         MIKE LINDELL:  None of it is subjective.

13         BRANNON HOWSE:  In fact Mike could stop.  Mike

14 was hosting and interviewing these folks, and Mike would

15 stop the interviews and say that's subjective.  We can't

16 put that in there and start over.

17         MIKE LINDELL:  I was told facts, like an old

18 show, I don't know if it's right, just the facts, ma'am.

19         BRANNON HOWSE:  That's right.

20         MIKE LINDELL:  These are just the facts.

21 Because you know what, you realize why they've been

22 trying to attack me for the last month in every way

23 possible, and it was interesting having, was it Jovan

24 with the cyber?

25         BRANNON HOWSE:  Oh, Jovan?  Talking about

Mike Lindell  WVWhour
January 31, 2021                               13

1  China?

2          MIKE LINDELL:  Yeah.  When he talked about

3  bots and trolls, and he said oh, no, it's more than

4  that.  When you're getting canceled out and they want to

5  take you down, in China he explains and he'll explain it

6  --

7          BRANNON HOWSE:  In a building.

8          MIKE LINDELL:  In a building.  These are real

9  people, like maybe 150.

10          BRANNON HOWSE:  Oh, I think it was more than

11  that, wasn't it Jovan, an entire building.  Hey, Jovan,

12  how many was it?  Was it 130?

13          MIKE LINDELL:  There's many buildings.

14          BRANNON HOWSE:  130,000.  130,000 digital

15  soldiers.

16          MIKE LINDELL:  Oh 130,000.  Wow.  So these are

17  digital soldiers.  Real people.

18          BRANNON HOWSE:  Yeah, coming after you.

19          MIKE LINDELL:  And all they do is sit and

20  attack whatever direction these guys want to put on.

21  Why are they doing this?  Because China -- of what China

22  wants and what they're coming out of China.  Okay,

23  something pops up over here, like Mike Lindell speaking

24  this out.  Let's destroy him.

25          BRANNON HOWSE:  And do you know what he said?

Mike Lindell  WVWhour
January 31, 2021                              14

1  He said that these 139,000, 130,000 Chinese digital

2  soldiers in this particular building on a particular

3  floor are watching what's happening here.  They grab

4  people like you and they try to make a caricature of you

5  to encompass all of the conservative constitutionalists

6  Christians, conservatives, Jews into a bundle to get the

7  rest of the country to turn against us so they can

8  create a civil war in America.

9            MIKE LINDELL:  Well, it's happening.

10 Everybody sees my example right now.  I'm going because

11 I've been going fraud, Dominion fraud.  We found new

12 evidence now.  This is the smoking gun.  When you guys

13 all see this on the documentary you're going to go wow.

14            If you knew what I knew and what you're

15 going to see because I'm tired of not being able to

16 get it out there.  You can tell people, you can tell

17 them, but you can't get it out there.

18            BRANNON HOWSE:  Alternative media is going to

19 go around them.

20            MIKE LINDELL:  Yeah, yeah, absolutely.  Well,

21 we're going to get this out in a big way.  But I'll tell

22 you what.  When you see this you're going to go -- if

23 you were me, and that doesn't matter.  I was never going

24 to stop until I got it out there because this is the

25 American dream will be gone.  Everything we're in right

1  now, what happened to our country, you know, and that's

2  the miracle.  We were able to catch it because now we're

3  turning it over right now.

4          BRANNON HOWSE:  And you interviewed General

5  McInerney, of course Mary Fanning, Jovan, Dr. Shiva

6  who'll join us in a minute by phone, Colonel Waldron.

7          MIKE LINDELL:  Yeah, the list goes on.  I'm

8  telling you, when you see this, like I said, no matter

9  who you are you're going to go okay, this is a hundred

10  percent this happened.  We're under attack.

11          BRANNON HOWSE:  So what do we do now?

12          MIKE LINDELL:  I don't know what we do now.

13  I'm just saying I want everybody to know.

14          BRANNON HOWSE:  Right.  But the purpose is --

15  the question I get from so many people is what can we

16  do, what can we do, what can we do, and people say well,

17  you're going to stand up for America and that's great.

18  But Mike, I know you're actually doing it.  You're

19  actually standing up.  You're educating people,

20  informing people, giving them the hard proof and

21  documentation.  And as Mary was saying and as Jovan is

22  going to say in a minute, if we the people don't demand

23  this be fixed, and most of your elections, by the way,

24  are run by the state level, your secretary of state.  If

25  we don't start electing governors, secretary of states,

1  attorney generals.

2          MIKE LINDELL:  Oh, you can't elect anybody --

3          BRANNON HOWSE:  That's the problem.  Isn't it

4  that's the problem?

5          MIKE LINDELL:  The machines have to be gone.

6  They are one hundred percent they were used to stealing

7  our election by foreign countries, okay, China being

8  number one.

9          BRANNON HOWSE:  So we've got to go back to

10  paper.

11          MIKE LINDELL:  So you've got to go back to

12  paper.  So if this isn't solved now, right now, I mean

13  this has to be solved right now.  Not next week, not two

14  years from now, now.  So you can't even talk about

15  future elections.  Our future is gone unless we get out

16  there with this.  The number one thing is when this

17  comes out, and it's going to come out in a big way, and

18  even your neighbor who night be a Democrat.

19          BRANNON HOWSE:  A Democrat.

20          MIKE LINDELL:  And he's a Democrat.  Well, you

21  know what, they're starting to see.  Democrats have

22  voted -- I want to tell you something.  In this vote, it

23  was stolen from us.  But they're looking now what's in

24  office, those aren't Democrats office last.

25          BRANNON HOWSE:  Marxists.

1         MIKE LINDELL:  Yeah.  We don't know.  But I'll

2    tell you what, my friends that are Democrats, they're

3    going what happened.  Who did I vote for.  I say I told

4    you guys.  I told them what they'd be voting for and it

5    wasn't your Democratic Party.

6         BRANNON HOWSE:  Right, right, right.

7         MIKE LINDELL:  But also they're very scared

8    now because they're seeing what's happening to people

9    like me.  We're friends and I'm getting suppressed, I'm

10   getting attacked, suppressed.  I have 2500 employees,

11   and our company's getting attacked, I've been attacked

12   on social media.

13        BRANNON HOWSE:  Something happened last night,

14   didn't it?

15        MIKE LINDELL:  Yeah, it happens every day.

16   Oh, last night, Saturday Night Live, they mocked me

17   there.  But these things, these are bots and trolls,

18   I've said with this boycotts, bots and trolls, and now I

19   find out from Jovan --

20        BRANNON HOWSE:  It's from China.

21        MIKE LINDELL:  -- that there's a whole war

22   zone of real people that are hired.  These are paid

23   people, paid hit job.  It's almost like a Mafia.  These

24   are warriors that are just sitting in a war room and

25   attack people.

1          BRANNON HOWSE:  That's exactly what they are.

2  You know, I think it was Friday I had him on and we had

3  him on here a few Sunday nights ago for the whole hour,

4  we had on the former assistant director of

5  counterterrorism for the FBI, the former assistant

6  director of counterterrorism for the FBI.  You can go to

7  WVWTV.com.  Watch the whole hour we did with them I

8  think two weeks ago tonight.  The former assistant

9  director of counterterrorism for the FBI, Terry Turchie.

10  He wrote a 300 page book, over 300 pages entitled In

11  Their Own Words, subtitled How the Democrat Party is

12  Pushing for a Communist America, okay.  That is not a

13  guy who's prone to hyperbole, this author, Terry

14  Turchie, former assistant director for the

15  counterterrorism division.  He lays it all out, the

16  weather underground movement, everything.  This is who

17  is trying to take over this country, and this is why

18  most even clear-minded Democrats will say, you know, I

19  may be progressive in certain areas, but I'm not for

20  living under a fascist type system.

21          MIKE LINDELL:  Right.  No, this was an attack

22  on our country, and it is an attack by China and other

23  countries.  Sure, they use people here in government.

24  They'll be found out to be traitors.

25          See, I want to tell everyone right now for

1  me, and I have stood firm on this since November 4th,

2  okay.  When this happened and everybody knows it

3  happened, I really believe we are in such a blessed

4  time, and I want to give everybody just a moment of

5  hope here.

6           This is the best time.  We are the people

7  that are going to change the history of the world

8  forever.  Had this not happened, we would be having a

9  different conversation.  The world is gone.  The

10 world is gone.  It's all going down this path.

11          This is a battle.  It has been a spiritual

12 warfare battle, and I do believe when we come out of

13 this, and we will.  God doesn't have time -- this is

14 on God's time.  People say why didn't all this happen

15 before I prayed.  Well, let me tell you what.  This

16 is God's timing.  God doesn't know dates.  He doesn't

17 go okay, November 3rd, December 14th, January 6th,

18 January 20th.  This is an attack on our country, and

19 I don't know where it goes, but God's got his hand in

20 all of this, and it's going to manifest to the

21 greatest revival in history.

22          BRANNON HOWSE:  Let's pray for that.

23          MIKE LINDELL:  And you know what, it's going

24 to unite our country, not divide it.  In a division,

25 this is what China wants.

1          BRANNON HOWSE:  Yeah.

2          MIKE LINDELL:  This is what China wants.  This

3    is an attack on all Americans, Democrat and Republican,

4    just people.

5          BRANNON HOWSE:  This is not a political video.

6          MIKE LINDELL:  It's not a political thing that

7    happened.  Everyone keeps addressing that, and I think

8    that's why a lot of the suppression came because they're

9    going oh, you guys lost.  They made it a

10   Democrat/Republican thing.  Absolutely not.

11         BRANNON HOWSE:  One of the guys you

12   interviewed had on a political hat.  You said take that

13   off.

14         MIKE LINDELL:  I said take that off.  This is

15   an attack on our country from a foreign nation.

16         BRANNON HOWSE:  Someone else had a political

17   p9in on.  We said take that off.

18         MIKE LINDELL:  I was telling him take that

19   off.  The message we want to get out, I just want

20   everyone to know that this is -- if you get everyone,

21   when we put this together, and Mary, you'll attest to

22   this.  What I said was pretend -- because this is what I

23   do.  I make infomercials and stuff.  Well, this was an

24   easy one to do because, you know, it's like proving the

25   product is the best product when you know you've got the

 1  best, right?

 2          BRANNON HOWSE:  Right.

 3          MIKE LINDELL:  Well, one of the things I said

 4  was, you know, when we do this, our audience is a

 5  Democrat, you know.  It's a Democrat because I want

 6  everyone to see if they're over here going I don't

 7  believe that.  Well, if you can't get them to believe

 8  one hundred percent that it's fraud, we got problems.

 9          BRANNON HOWSE:  Yeah.

10          MIKE LINDELL:  But now we have that.  That

11  missing same piece that came in, just what I've been

12  like (sound) because I have to be a hundred percent.

13          BRANNON HOWSE:  And there's going to be video

14  footage.

15          MIKE LINDELL:  Right.

16          BRANNON HOWSE:  That's not been seen by the

17  public yet.

18          MIKE LINDELL:  Yes, exactly.  You've never

19  seen this.  When I went all in, you know, I was probably

20  98 percent.  But then once I seen this, when this new

21  evidence came out about a month ago, and that's -- they

22  put it up on twitter.  Bam, they take away my Twitter.

23  By the way, Twitter was running my Twitter with me.  I'm

24  down, and my friends are going what do you mean you're

25  still up on Twitter?  Why are you posting that?  I'm

1  going I'm not running it.  I can't up touch my Twitter.

2  They were putting up posts like I was okay with the

3  election.

4          BRANNON HOWSE:  Oh, my.

5          MIKE LINDELL:  Then I get a letter from

6  Germany going, you know, you can't take this down or

7  whatever.  But what I'm saying is by the time you watch

8  this, everyone, all nine Supreme Court justices are

9  going to go wow.  One hundred percent our country's

10  attacked, and it was a landslide victory for Donald

11  Trump.  79 million to 68 million.  Think of that.  Think

12  of what machines can do.  And I don't -- next time it

13  could be, you know, another way if we don't get rid of

14  these machines, which have to go.

15          BRANNON HOWSE:  They have to go.

16          MIKE LINDELL:  The point is the person here --

17  what I believe has gotten to this point too is I believe

18  all Americans have to see what's coming in, and they're

19  seeing it right now.  They're seeing things right now to

20  their friends.  They're like myself.  I watch my

21  friends, and some of them are Democrats, by the way.

22  They've attacked their social media because they stuck

23  up for their friend and they had a podcast or whatever.

24  They're no longer on You Tube and their employees.  One

25  guy had 12 employees and he runs a Facebook.  He had two

Mike Lindell  WVWhour
January 31, 2021                    23

1  million followers.  They took him down because he said

2  something about the Dominion fraud too.

3          BRANNON HOWSE:  And that Facebook page is how

4  he promoted his business.

5          MIKE LINDELL:  No, that was his business.

6          BRANNON HOWSE:  That was his business.

7          MIKE LINDELL:  That was his business.  He had

8  12 employees.  Six of them were Democrats, you know,

9  half of them, so this wasn't a political --

10          BRANNON HOWSE:  So they took down his Facebook

11  page.  They destroyed his business.

12          MIKE LINDELL:  They destroyed him.  They

13  destroyed him.  He no longer has a business because it

14  tied into -- it wasn't just a Facebook, but it tied into

15  You Tube.  You know, it just destroyed him.  And I hear

16  this across the thing.

17          Churches.  Now you can go into another

18  thing that are being attacked because someone

19  somewhere, you know, backed Donald Trump.  You know,

20  now you're going further back.  My whole thing was

21  that I was being attacked was because for four years,

22  I want everybody to think this of this.  For four

23  years I backed Donald Trump.  I was the number one

24  guy out there publicly probably of any business.

25          BRANNON HOWSE:  Right.

1        MIKE LINDELL:  Sure.  I was attacked when I
2   first met him, you know, and it went all public, but
3   then it just stayed level.  I didn't get attacked like
4   box stores and stuff like that and bots and trolls.
5   Stays level.  Last spring when I spoke out at the Rose
6   Garden --
7        BRANNON HOWSE:  Right.
8        MIKE LINDELL:  -- about Bibles and stuff, I
9   was attacked then.  When I came out this summer with
10  Myoleander.com and I was attacked then because how dare
11  you come out.  You're here about something to help the
12  virus.  Well, and then attacked now.  But it's like
13  they're not attacking me now because I back Donald
14  Trump.  They've already -- now, think about this.  They
15  already had the inauguration.
16        I'm just out there telling about hey, we've
17  got a problem with these machines that one hundred
18  percent gone, and then they're attacking me for it.
19  What?
20        BRANNON HOWSE:  Let me ask you this.  If
21  you're so crazy, and this is not true, why would they
22  care?
23        MIKE LINDELL:  Number one, why would they
24  care.  Number two, why would they say hey, come on and
25  check it out.

 1          BRANNON HOWSE:  Uh-huh.

 2          MIKE LINDELL:  But it doesn't matter.  We

 3   don't need that anymore.  We've already got it.

 4          BRANNON HOWSE:  We're going to go around the

 5   media.  You've got the experts.  It's filmed.  It's

 6   going to show a lot of people and hopefully convince a

 7   lot of Democrats.

 8          MIKE LINDELL:  No, not convince.  It will.

 9   Not if hope.  It will.  I want to change the words.

10   This is so powerful.  You get everyone you know to watch

11   this when it comes out because they will walk away.  I

12   don't care if they're the furthest lefty is going to

13   watch this and is going to go it's as simple as what

14   color is this cup, and everybody's got to say it's blue.

15          BRANNON HOWSE:  We've got to get a mic on.

16   We're getting Jovan here.  Hold on, Mary.  We've got to

17   get a mic on you, Mary.

18          MARY FANNING:  Oh I'm sorry.

19          BRANNON HOWSE:  All right.  Go Mary.

20          MARY FANNING:  But beyond that, what we're

21   looking at is foreign adversaries with their digital

22   soldiers are attempting to divide the American people

23   why?  Because once they divide us and they collapse our

24   country into Communism, they will simply steal the

25   country, and this isn't the American people.  These

Mike Lindell  WVWhour
January 31, 2021                    26

1  digital soldiers plant information, the left against the

2  right.  They're trying to turn the American people

3  against one another.  That is important to understand

4  because the reason they divide is in order to take our

5  country.

6          So the American people understand that

7  we're the American family.  You don't have to agree

8  all the time, but you're not going to let your

9  country be stolen.  That's what's important here.  We

10  will not let adversaries come in, steal our country,

11  steal our land, steal our economy.

12          BRANNON HOWSE:  Right.  Absolutely.  Mike,

13  this is going to be awesome.

14          MIKE LINDELL:  Why don't you talk to Dr.--

15          BRANNON HOWSE:  Hey, wait, wait.  By the way,

16  folks, if you want to support -- by the way, they're

17  starting with him and working their way down on

18  businesses and conservatives, right, and people of

19  faith.  So if you want to go to Mypillow.com you can do

20  that.  He was very generous.  Two weeks ago last night

21  you called me up.

22          MIKE LINDELL:  Yeah.

23          BRANNON HOWSE:  And your name popped up on my

24  screen in my car, and my daughter and my daughter says

25  Mike Lindell is calling you?  So she thought that was

1  pretty big.  She took a picture of the screen and then

2  tweeted it to her friends that Mike Lindell was calling

3  her dad, so she was pretty impressed.

4           So you said here, I'm going to give you a

5  code, Brannon.  WVW.

6           MIKE LINDELL:  Right.

7           BRANNON HOWSE:  And have people put it in

8  there to support your foundation, your nonprofit

9  foundation and what you guys are doing.

10          MIKE LINDELL:  Because I love what you guys

11  are doing, so half the proceeds will go to you to

12  support you guys if you use that promo code, WVW.

13  You're going to save up to 66 percent, all my products.

14  I have 110 products, bathrobes, towels, sheets.  It's

15  not just bedding anymore.  You know, there's brand new

16  beds, these beds --

17          BRANNON HOWSE:  Dog beds.

18          MIKE LINDELL:  Dog beds.  We got them all, but

19  the new beds, I want to tell you, Brannon.  It's a

20  hybrid.  It took me two years to develop.  It's coming

21  out in with infomercial next month.

22          BRANNON HOWSE:  Excellent.

23          MIKE LINDELL:  I've been so concentrating on

24  this I haven't launched it yet.  There's things that's a

25  lot more important.  But you do that, and then also my

1  book.  I want to tell you this.  My book, you need hope

2  now.  You read this book.  It's What Are the Odds From

3  Crack Addict to CEO.  I preprinted three million copies.

4  I did my own self-publishing because I wanted the money,

5  I even bought my own paper, to go to help my Lindell

6  Recovery Network for Addicts --

7          BRANNON HOWSE:  LindellRecoveryNetwork.

8          MIKE LINDELL:  Right.

9  LindellRecoveryNetwork.org, and that helps millions of

10 addicts across the country.  But what I want to say is

11 they stopped me from putting my book in the book stores

12 and stuff because why?  I was very nontraditional.  How

13 dare you self-publish, but I wanted the money to go to a

14 great cause.  And so what I did, I have these three

15 million books that sat there.  I said you know, what

16 I've got to get the message.  I lowered it down.  $9.97

17 for the book plus free shipping.

18          BRANNON HOWSE:  At Mypillow.com.

19          MIKE LINDELL:  At mypillow.com.

20          BRANNON HOWSE:  Use the promo code WVW.

21          MIKE LINDELL:  Right, right, right.

22          BRANNON HOWSE:  Thank you, sir.

23          MIKE LINDELL:  All right.

24          BRANNON HOWSE:  All right.  Give your mic to

25 Jovan, and Jovan is going to come in and set up so, the

1  camera will probably stay on me for a little bit.  Then

2  we'll go to a graphic from Dr. Shiva, and then we'll

3  hear from Mary Fanning again.

4          But Dr. -- well, it should be doctor.  I

5  mean, you've got all these degrees.  I mean, the

6  guy's got his software on 12 billion devices.  He's

7  going to set up a little demonstration that Jovan is

8  going to do for you here.

9          but while he's setting up I'm going to go

10  to Dr. Shiva.  Dr. Shiva is also in the documentary.

11  Of course, Dr. Shiva has become quite popular on many

12  levels.

13          But Dr. Shiva, I'm going to give you the

14  floor.  Will you take a few minutes and just explain

15  maybe again how we know this was a fraudulent

16  election, Dr. Shiva?

17          DR. SHIVA:  Yes, how are you doing, Brannon?

18          BRANNON HOWSE:  Great.  Great.  Go right

19  ahead.

20          DR. SHIVA:  So you want me to talk about

21  Massachusetts, right?

22          BRANNON HOWSE:  Yeah.  Great.

23          DR. SHIVA:  So many of you listening, many of

24  you may know that I ran for United States Senate in

25  Massachusetts.  We had three thousand volunteers on the

1   ground.  This was in the Republican primary.  Three

2   thousand volunteers on the ground, ten thousand lawn

3   signs, 20,000 bumper stickers, we were everywhere.  You

4   cannot come to Massachusetts and not know who Dr. Shiva

5   was.

6            The GOP establishment, Brannon, as we

7   talked about in the documentary ran a guy who was

8   nowhere to be found, and essentially the goal of it

9   was to make sure that I would not destroy Ed Markey

10  who's a Democrat who's been in there for nearly 50

11  years.  So that wa the plan.

12           Well, but we were everywhere to be found on

13  September first when the primary results come in.

14  This was what was fascinating because I didn't think

15  election fraud took place in the United States, and

16  I -- you know, you hear about it in third world

17  countries, and we find out is a following on

18  September 1st in Franklin County, which is a county

19  in Massachusetts where nearly 80 percent of the votes

20  were hand counted paper ballots, I win by nearly ten

21  points.  In every other county, Brannon, it was

22  60/40, 60/40, 60/40, 60/40, that exact ratio, near

23  exact ratio in every other county to a guy -- in

24  black neighborhoods, Hispanic neighborhoods, to a guy

25  who was nonexistent, no real organization, no lawn

Mike Lindell  WVWhour
January 31, 2021                          31

1  signs, et cetera, and that's when I realized

2  something is absolutely wrong.  You know as

3  scientist, an engineer the deviation was so big.

4          So by September 9th had figured out that

5  these electronic voting machines in the United States

6  starting as early as 2002, as early as 2002, you know

7  and in the Diebold voting manuals it clearly says on

8  page 2-126 that there is a feature called the

9  weighted race feature.  What that means is computer

10  algorithms.  They allow for computer algorithms to

11  multiply vote.  If you got a thousand votes, I got a

12  thousand votes, you can multiply your votes let's say

13  by two, my votes by .5, right.  So you get 2000

14  votes, I turn suddenly mysterious lose 500 votes.  I

15  only get 500 votes.

16          Well, what we found in Massachusetts was

17  that this is -- this anomaly took place, and one of

18  the clear evidence is in electronic voting machines,

19  Brannon, when you take that paper ballot, right, and

20  it's not hand counted, you put it in these electronic

21  voting machines, what occurs is a ballot image is

22  created, right.  That ballot image is a picture of

23  that paper ballot, and then the machine uses its

24  technology to actually do the counting.  So what

25  people need to understand is the ballot is not

1  counted by a human being, it's not a paper ballot.

2  The ballot is now a digital image, a ballot image.

3  That is the ballot, and that's what is used by the

4  electronic voting machines to do the counting.

5  Therefore, if you want to show this existence of

6  these computer algorithms, you need the ballot

7  images.

8              So on September 9th I went to the

9  Massachusetts secretary of state and I said I want

10  the ballot images, I want the log files which, by the

11  way, according to federal law they have to save for

12  22 months.  Well, it turns out they boldly tell me on

13  September 24th that they deleted the ballot images

14  and that they can do that pursuant to Massachusetts

15  law.

16             So I said, you know, I said what is the

17  Massachusetts law.  They don't answer what.  They

18  send me an email back saying what we actually did was

19  we saved the paper ballots but we don't store the

20  ballot images, and my response was you violated

21  federal law.

22             Those four emails, when I shared them on

23  Twitter, I was banned on Twitter in the middle of the

24  federal election with three days remaining.  So I'm

25  banned in the middle of a federal election, not by

Mike Lindell   WVWhour
January 31, 2021                          33

1  Twitter, but by the government forcing Twitter to do
2  so, and this is what everyone needs to understand.
3  The government forced Twitter to ban a United States
4  federal candidate because I was sharing the absolute
5  fact that the government was violating federal law,
6  the Massachusetts government, by deleting ballot
7  images.
8         and this is why is that important?  Because
9  the existence of the ballot images could show us if
10 computer algorithms were being done or not.  So that
11 was the first lawsuit we filed, and the great thing
12 was which, again Fox or CNN, none of the mainstream
13 media wants to talk about, is we had a major win in
14 that lawsuit.  The judge gave me all the terms of a
15 retraining order which told the secretary of state
16 you can no longer call Twitter, number one.  Also
17 told the National Association of State Election
18 Directors they can't be doing this through the
19 secretary of state, and told them if they had any
20 problems they should go on Twitter and fight it out,
21 that they should practice the First Amendment.
22         The second lawsuit, you know, I pulled out
23 all my mathematical, you know, background and all
24 those four degrees at MIT and my expertise in pattern
25 analysis, and we actually found that they, through a

1  very deep mathematical analysis, an amazing anomaly

2  we saw in a county called Suffolk County, we saw this

3  very interesting pattern that could only occur one in

4  a hundred thousand times only if my votes were

5  multiplied by .666 and the other guy's vote was

6  multiplied by 1.2, and that was put into our second

7  lawsuit to decertify the entire U.S. senate election

8  and ask for a hand recount of the September 1st

9  primary.

10          So again, you know Massachusetts has a lot

11  of very smart people, you know, a lot of

12  mathematicians.  That got filed in federal court

13  again.  I'm representing myself also, everyone needs

14  to understand because no lawyer wanted to take on the

15  swamp in Massachusetts.  So we already had a victory

16  for the first one.

17          DR. SHIVA:  Wait a minute.  Wait a minute.

18  You're not even a lawyer.  Folks, you realize who we're

19  talking to here, right.  I?  Think one publication

20  called him the smartest man in the room, and he invented

21  email when he was 14, all right.  So imagine sitting and

22  having dinner with Dr. Shiva.  He makes you feel rather

23  insignificant.  You know, what have you published?

24  Let's see.  I'm not so sure compared to Dr. Shiva.

25          He invented email at 14 years of age, has

 1  four MIT degrees, but he can't find a lawyer to

 2  represent him on the voting fraud because, you know,

 3  by the way we had one attorney who's in the

 4  documentary.  You know, it's hurting his practice

 5  because he dares to speak up and take on a case

 6  fighting voter fraud in his state.  So again, people

 7  are trying to be destroyed.

 8          Well, he couldn't even find a lawyer to

 9  represent him, so I guess being the smartest man in

10  the room, he just says who needs a lawyer.  He goes

11  and bones up on it and he starts representing

12  himself, and as you're hearing, he's winning.  I

13  mean, if that's not sticking it to the man, I don't

14  know what is.  He's like we don't need no lawyers.

15  I'll just represent myself.  He studies it and he

16  wins, but pick it up from there.  This is the guy

17  that invented email, by the way.

18          DR. SHIVA:  The whole thing, Brannon, is we

19  went after the real crime scene.  The real crime scene

20  is a use of computer algorithms.  Look, I've spent my

21  whole life since I was 14 years old when I was a

22  full-time research fellow.  I'd gone to NYU when I was

23  14 in a computer science program.  While finishing up

24  high school I had a full-time job at Rutgers Medical

25  School analyzing sleep patterns in babies to try to

1  predict, using algorithms, when you could predict the

2  onset of an apnea while I created the world's first

3  email system, right, named it email, wrote all the

4  50,000 lines of code, had the first U.S. copyright.

5  There's no controversy on that.

6           But the important point here is my entire

7  life has been spent on analyzing patterns.  My

8  undergraduate research at MIT, across my two masters

9  degrees, my PH.D at MIT, that's what I do for a

10  living.  So here on September 1st find myself in a

11  very interesting situation that I find myself I'm in

12  third world Massachusetts.  Election fraud took

13  place.  They're deleting ballot images.  So I pull

14  out all my math and I start analyzing the data, and I

15  clearly find that they've multiplied my votes by --

16  basically my vote and anyone who voted for me became

17  two-thirds of a human being.  This is like going back

18  to 1787 when, you know, the ruling was the

19  three-fifths compromise, black people were

20  three-fifths of a human being.  In Massachusetts

21  they're two-thirds of a human being, those people who

22  voted for me.

23           So that was put into our lawsuit, which

24  again I filed, to ask to decertify the election.

25  Well, the secretary of state files about a hundred to

1  200 page response in rebuttals demanding that the

2  judge dismiss my lawsuit.  Well, guess what.  The

3  judge denies their dismissal.  So today I have two

4  laws in federal court, both of which have survived

5  dismissal.  The only two lawsuits which have gotten

6  two victories among all the lawsuits that have all

7  gotten thrown out of court.  This is in Massachusetts

8  where the American revolution took place where people

9  were really wanting to understand, you know, bring

10  together, unify people.

11          the United States Constitution was about

12  unifying people against a king who did not want to

13  give us fundamental freedoms.  And what this is

14  about, so we call our second lawsuit, Brannon, the

15  one person one vote lawsuit, which is the foundation

16  of American democracy.  So our lawsuits have been

17  unrebutted, which means the secretary of state, I

18  mean, he could have gone to MIT, gone to Harvard, he

19  could have gone anywhere to find any mathematician.

20  They have not been able to find any mathematician to

21  refute our findings in your lawsuit.  So we've got

22  two victories.  Now we're waiting for the judge to

23  make, you know, the decision.

24          But the great news that everyone needs to

25  understand is that election fraud, it's not voter

1   fraud.  We're talking about election fraud here,

2   which is a systemic nature that these machines have

3   the capability to use what's called the weighted race

4   algorithm.  And again, it's in the Diebold voting

5   manual, the Diebold voting manual of 2002.  By the

6   way, Diebold is sort of the grandfather or

7   grandmother of many of these voting software.

8           If the you go look at the Dominion system

9   software, they have a racked choice voting which

10  talks about the voter weights.  I mean, this is in

11  there.

12          Eric Coomer, the executive vice president

13  at Dominion, has made it very clear that ballot

14  images are always created, and you need them in order

15  to count the votes.  Well, you have the secretary of

16  state through his state election director lying in an

17  affidavit, a sworn affidavit saying oh, no ballot

18  images got generated.  So this is a level of

19  disgraceful behavior and you have like public

20  officials because a real crime scene is that we don't

21  have one person one vote in this country.  We have

22  selections.  We do not have elections, and that is

23  what we've been able to show in Massachusetts.  And

24  the interesting thing is I'm in a two-sided

25  situation.  Not only am I a pattern analysis and

1  mathematical expert with all those degrees, but I'm

2  also the victim here.  So I have standing in court,

3  I'm representing myself in court, and I'm doing my

4  own mathematical analysis, and this is what I think

5  hopefully inspires other people to recognize that we

6  need to build a bottoms ups movement to unify people

7  because whether you're black, you're white, you're

8  left, you're right, you're Republic, you're Democrat,

9  if we can flip notes, if these machines deny one

10 person one vote, we're back to 1787.  We're back to

11 Dred Scott.  We're back to pre 1964 when Earl Warren,

12 you know, 1964 and he ruled and clarified that we

13 need to have one person one vote.

14          So that's what we're leading here in

15 Massachusetts for the entire country.  It's about one

16 person one vote.  These electronic voting machines

17 afford the opportunity for whoever -- now, we won't

18 know exactly who flipped those votes, right, but we

19 do know my votes were multiplied by .666 and my

20 opponent's by 1.2.

21          DR. SHIVA:  All right, Dr. Shiva.  Of course

22 we're going to find out in the documentary who was

23 flipping some of these votes because I think we have the

24 big reveal coming soon in that documentary.

25          Dr. Shiva, we're going to be getting on

Mike Lindell   WVWhour
January 31, 2021                    40

1  radio to talk about COVID, the vaccination, so many

2  other things.  What is your Web site real quick

3  before we let you go?

4           DR. SHIVA:  Everyone should go to

5  VAShiva.com., victory alpha Shiva .com and, you know, we

6  offer educational platform.  VAShiva.com/join, and

7  everyone should join the movement for truth, freedom and

8  health because that's what we need.  Without freedom we

9  can't get the truth.  Without truth we can't have

10 health, and without health we don't have the strength to

11 fight for freedom.  It all begins with the ability to

12 have open discourse and free speech, particularly

13 political speech.

14           BRANNON HOWSE:  Thank you, Dr. Shiva.

15           DR. SHIVA:  Be well, Brannon.

16           BRANNON HOWSE:  All right, folks.  What an

17 interesting guy.  I mean, you ought go to read up on

18 him.

19           So now joining me in studio is my new best

20 friend, Jovan, and Jovan, this guy again, I mean, I

21 don't know what's going on here.  I feel really

22 inferior.  Mike Lindell, he sells a gazillion

23 pillows.  This guy here, Dr. Shiva, four degrees from

24 MIT and invents email, not to mention everything else

25 he does.  And you, you've developed software that's

1   on 12 billion, 12 billion devices.  I'm starting to

2   feel rather inferior hanging put with you guys.

3          JOVAN PULITZER:  Plus I slept at a Holiday Inn

4   just last night.

5          BRANNON HOWSE:  All right.  So Mike Lindell's

6   laughing off camera.  So we've got to hurry.  Do your

7   thing.

8          JOVAN PULITZER:  I'm going to blow through

9   this real quick so you understand.  My issue is patterns

10  and understanding how these technology works.  So when

11  you use your phone to scan a bar code --

12         DR. SHIVA:  Wait a minute.  Do you mean to

13  tell me your expertise, other than you've got your

14  software on 12 billion devices -- that's not a joke.

15  12 billion.  What else did you create that they would

16  know?

17         JOVAN PULITZER:  Where you don't have to

18  download software anymore.  Your computer, your phone,

19  your TV, your cable box auto updates.  You did that back

20  when you actually used to have to install all your

21  floppies.  I knew they would go away, right.  You don't

22  have to use software, so there a auto updating.

23         Back when we had computers before we had

24  phones, then when we got phones they would be wonky

25  kid on the phone and everything else.  So now that

1  your device recognizes what you're looking at it

2  on --

3          BRANNON HOWSE:  So whether your Web site is on

4  your phone, your iPad or your computer, it's going to

5  adjust.

6          JOVAN PULITZER:  Absolutely.

7          BRANNON HOWSE:  I love that.  That's the best

8  one.

9          JOVAN PULITZER:  When you go to the airport

10  you no longer print a boarding pass, but it's on your

11  phone, show the code, put it down, et cetera.  That's

12  you.

13          BRANNON HOWSE:  That's me.  So you --

14          JOVAN PULITZER:  How about when you go pay a

15  toll.  When you go through the toll and you're no longer

16  chump change out, but it actually connects to the

17  machine readable code which reconciles it to your credit

18  card and says hey, who is this and how do we deem the

19  fee, that's all this weird brain.

20          BRANNON HOWSE:  Wow.

21          JOVAN PULITZER:  We all have our crosses to

22  bear, I think.

23          BRANNON HOWSE:  I don't know.

24          JOVAN PULITZER:  I don't know, folks.  I'm

25  going to give you a physical demonstration.  Even though

1  I'm al nerd, and I accept that.  I'm a nerd hanging out

2  in a biker's body, so that explains why the disconnect

3  with me, right, because God gave me a face that makes it

4  look like I really want to get mad at you and just rip

5  your head off, but that's not true.  That's totally the

6  opposite of what I am, and so I've just embraced it, and

7  so here it is, right.  And so I'm going to show you how

8  this works because it's all about words, folks.  Now,

9  for me, and I've told you this.  This is no longer about

10  a presidential election.

11          BRANNON HOWSE:  Uh-huh.

12          JOVAN PULITZER:  This is no longer about red

13  versus blue, Democrat, you know vs. Republican, liberal,

14  conservative, not at all.  I'm doing this simply because

15  this is about my children, my grandchildren and whether

16  we still have America.

17          BRANNON HOWSE:  Uh-huh.

18          JOVAN PULITZER:  Now, however this comes down,

19  I'm totally fine with it.  What it is is what it is, and

20  that's how we should respect the office.  But what we're

21  seeing is maybe it's not what it looks like, so I'm

22  going to show you that.

23          I'm going to ask you to do one thing,

24  folks.  While you're listening to me do one thing.

25  If you can reach and get a piece of paper, I'm going

1  to show you how one piece of paper can hack an

2  election.  I want you to do that, but first let me do

3  a demo.

4          BRANNON HOWSE:  All right.

5          JOVAN PULITZER:  So you've seen all these

6  ballots out there and you know that these places keep

7  them in boxes.  If you've seen the Georgia video, you

8  know they store these in boxes, so this is my little

9  representation of ballots stored in boxes.

10          BRANNON HOWSE:  Okay.

11          JOVAN PULITZER:  And you hear these officials

12  saying let's just do a sample.  If there's fraud, let's

13  just randomly choose a sample and look at it because we

14  don't want to have to do them all.  That's too

15  cumbersome.

16          Now, I personally believe, you know, our

17  nation was founded on a piece of paper.  That piece

18  of paper was our Declaration of Independence, and we

19  cannot lose our country on a piece of paper called a

20  ballot just because it was nefarious.  It's all about

21  the paper for me.

22          I personally don't care about the machines.

23  I'm not looking at the code.  I just want you to

24  understand what happens, and I want you to do one

25  thing for me.  Don't believe me, believe your eyes

Mike Lindell  WVWhour
January 31, 2021                          45

1  and make your own decision and do your own homework.

2  I'm going to show you how to do it.  These are wide

3  boxes --

4          BRANNON HOWSE:  We're in a wide shot now?

5  We're in a wide shot now, babe?

6          JOVAN PULITZER:  Babe is my wife.  So these

7  are boxes here, right, of ballots.

8          BRANNON HOWSE:  Okay.

9          JOVAN PULITZER:  Now, all of these boxes are

10  coded.  So they say hey, we want to do just the random

11  selection and take a sample.  Well, if you look at these

12  boxes here, and this is just representative, you can see

13  they have numbers and codes on them.  Every one of these

14  boxes on the outside has codes in them.  So when they

15  say we'll just choose some random boxes and let's look.

16  Well, they kind of look at these and they go well, let's

17  choose this one and we'll put this.  Oh, let's choose

18  this one here and put this over here.  Why don't you

19  look in these two boxes here.  We chose them totally

20  random.

21          DR. SHIVA:  So when we want an audit, when I

22  scream for an audit, and they say fine, and these are --

23  they pull these.

24          JOVAN PULITZER:  That's right.  So what you

25  saw there was kind of a three card monte.  What you

Mike Lindell  WVWhour
January 31, 2021                          46

1  don't know behind it, if you look at these boxes here,

2  both of these in my example here basically have odd

3  numbers on them.  If you look at these, they have

4  positive numbers on them, and so those codes really tell

5  these people which boxes to pull.

6          BRANNON HOWSE:  Wait a minute.  So even

7  numbers tell them one thing, old numbers tell them

8  another.

9          JOVAN PULITZER:  Right.  And so that's how I'm

10  showing you an example so you understand it.  And so

11  when they go pull, even with observers, random boxes,

12  they know by the codes on the outside that was a

13  district, an area, a poling station that's squeaky

14  clean.  See, they didn't manipulate that district.  They

15  didn't manipulate it on purpose.

16          BRANNON HOWSE:  So when I or Lindell or you

17  or.

18          JOVAN PULITZER:  That's right.  It's made to

19  make everyone look stupid.

20          BRANNON HOWSE:  A conspiracy theory.

21          MIKE LINDELL:  That's right.  Because they

22  pull these, and when they do the signature maps they

23  find two irregularities, but it was really one housewife

24  who signed for her husband also.  They know what's going

25  to occur in these boxes.

1            BRANNON HOWSE:  Wow.

2            JOVAN PULITZER:  That is how this manipulation

3    works.  Okay, folks.  Get a piece of paper.  You're

4    going to do the same as me.  You're going to be the

5    voting system.

6            I'm going to say I want to do a mail-in

7    ballot.  Will you please send me a mail-in ballot.

8    Now, folks at home, you're going to follow along with

9    this if you've got a piece of paper.  This is really

10   important because I need you to see this with your

11   own eyes and understand why they are refusing to show

12   me this physical ballots.  Remember, that ballot that

13   you cast, when you filled it out, that was what you

14   meant right there in time in how you wanted to vote.

15   So you're the voting authority.  Give me the ballot,

16   right.  No, it's got to be folded and mailed to me.

17   It's a mail-in ballot.  So folks, I want you to take

18   your --

19            BRANNON HOWSE:  Oh, so I'm the government.

20            JOVAN PULITZER:  You're the government.

21            BRANNON HOWSE:  I work for the secretary of

22   state.

23            JOVAN PULITZER:  Right.

24            BRANNON HOWSE:  And I folded this and I'm

25   going to send this to you.

1          JOVAN PULITZER:  Right.  So now we have this

2    folded ballot.  You at home have folded your ballot as

3    well, right?  So I've got to fold the ballot, you've got

4    to fold the ballot.  They've sent this to us through the

5    post office and everything else, and this is what they

6    basically sent out like popcorn to everybody.

7          BRANNON HOWSE:  How many?

8          JOVAN PULITZER:  Sixty-five million ballots

9    went out.

10          BRANNON HOWSE:  And with do we normally do?

11          JOVAN PULITZER:  We only do maybe a tenth of

12    that.

13          BRANNON HOWSE:  And so COVID allowed for that

14    65 a million.

15          JOVAN PULITZER:  COVID allowed for that.

16          BRANNON HOWSE:  What a great cover, right?

17          JOVAN PULITZER:  Now, they sent them to

18    everybody, and some people got four, five, six, seven at

19    their home.  Some people got them that may have made

20    forwarded to them and they now live in another state,

21    but they still got their ballots to vote in the old

22    state.  But hey, let's just set that aside for a minute.

23          BRANNON HOWSE:  What if I didn't even ask for

24    one.

25          JOVAN PULITZER:  You got it anyway.  You got

1  it anyway.

2          BRANNON HOWSE:  What if I got a card in the

3  mail asking for one and I didn't send it back in.

4          JOVAN PULITZER:  Many people still got ballots

5  as well and you can use that and sometimes they sold

6  those cards, but here.  I want you to take this ballot

7  back for me and I want you to do me a favor.  Folks, I

8  want you to do this at home too.  Ready?  Take out the

9  fold.  Remove the fold.

10         BRANNON HOWSE:  It can't be done.

11         JOVAN PULITZER:  No.  You can fold it the

12 other way.

13         BRANNON HOWSE:  Makes another break.

14         JOVAN PULITZER:  You can press it out, you can

15 steam it, you can do whatever.  So it doesn't matter

16 what you do to it, you cannot take out that fold.

17         BRANNON HOWSE:  Why?  Do you understand that?

18 Why can't that fold come out?

19         JOVAN PULITZER:  Remember, paper is a tree

20 reconstituted.  It's fiber.  And when you fold that, in

21 physics you are forever changing the properties --

22         BRANNON HOWSE:  So matter whether you compress

23 it, steam it, those fibers, it's not going to come out.

24         JOVAN PULITZER:  You can always see that fold.

25 So now give this to me.  So now when we were watching

1   people scan in the ballots that were supposed to be

2   mail-in ballots, why did it look like this, right?

3            BRANNON HOWSE:  It did.

4            JOVAN PULITZER:  It all looked like this.  It

5   should actually be a bunch of these predominantly,

6   right?  See these folds.

7            BRANNON HOWSE:  Right.

8            JOVAN PULITZER:  But they were all smooth.  So

9   what I'm saying is were they all ready mail-in ballots.

10           Quick example, folks.  Pennsylvania mailed

11  out approximately just under three million ballots.

12  The state said 98 percent of those ballots came back

13  voted.  The United States post office, the day after

14  election, said no, only orange 67 percent of those

15  came back.

16           BRANNON HOWSE:  Wow.

17           JOVAN PULITZER:  Now, what that means is in

18  that state where Joe Biden won by 80,555 votes, if you

19  count the ones that didn't go through the postal system,

20  now, they could go to a drop back, right.  But there

21  were 876,000 of those, 876,000 of those, which basically

22  means we could go in and look at every one of them.  We

23  could disqualify over 90 percent.  Say okay, great.

24  They we mailed in, and it would still turn the election

25  the other way, just showing that small amount weren't

1  actually mailed.  And so this is what they're afraid of

2  you seeing.  Now I want to show it to you a different

3  way.

4          Now, what I'm proposing is we've been

5  through this before, right?  You probably saw the

6  video talking about kinematic features where I can

7  show did a person fill out this ballot, is this the

8  right ballot, is it a counterfeit ballot, was it done

9  by human hand.  You know, that's the rule.  You're

10 supposed to fill it in with a blue pen or a black

11 pen.  But also if I find them done by a machine they

12 gone kicked out.  so all I'm doing is using

13 technology to look at the ballots.

14          Remember when we had Bush vs. Gore?

15          BRANNON HOWSE:  Yes, hanging chads.

16          JOVAN PULITZER:  Hanging chads.  Here's how it

17 worked.  You would have three Bush auditors, three Gore

18 auditors, and in this case Bush would basically say no,

19 that was ruffled paper.  It accidently got wrote.  And

20 the Gore people would say no, they just didn't push hard

21 enough.  They intended to vote but they were weaklings.

22 And what they had to do was they had to negotiate

23 together.  They also said people were stupid.

24          BRANNON HOWSE:  That's right.

25          JOVAN PULITZER:  Well, I've got a stupid one

1  I'll show you in a minute.  But they said they didn't

2  push it through.  They had to compromise.  I'm saying

3  let's do this by machines, but let's do it the right

4  way.  Here's why.

5          In Georgia in Fulton County this is public

6  information, folks.  You can find it.  In Fulton

7  County where this is highly contested, when the vote

8  goes in the machine they said that they had to

9  correct, it's called adjudicate, meaning the vote

10 went in and the computer said something's wrong and

11 somebody had to quote/unquote fix it.

12          BRANNON HOWSE:  Wait a minute.  That's

13 important.  Adjudication means?

14          JOVAN PULITZER:  Adjudication means there's

15 wrong with it.  There's something wrong with the ballot.

16 It's got a mark on it, there's something wrong with it,

17 and so the ballots then are taken, and someone decides

18 what the person intended to vote.  You never know it.

19          Think of it as a money machine.  Think of I

20 it as a car wash or a snack machine.  When you put in

21 that dollar bill and it comes back, it's saying

22 something's wrong with this bill, right?

23          BRANNON HOWSE:  Right.

24          JOVAN PULITZER:  So what do we do?  We kind of

25 get it out.  Evidently we get one that works.  In these

1  machines they don't do that.  It can be totally wrong,

2  totally off, totally false, totally counterfeit and you

3  never know it and it goes somewhere else.  As a matter

4  of fact, how did you vote.  Did you walk in and fill out

5  your ballot and then you get it out of the machine and

6  whatever and you walk it over to somebody else and they

7  go feed it in the machine, Mr. Pulitzer, which you do by

8  your very own hand.  You put it in the machine.  They go

9  thank you for voting.  Did you know you didn't vote.

10  That's not your vote.  All you did was mark a ballot and

11  feed it to a machine to be scanned.  The actual voting

12  and tallying occurs much later, and a lot of it is

13  stored on a USB fob and somebody, a human, can curry it

14  to another site.  They put it in a machine.  You hope

15  they didn't swap the fob, and then the machine counts

16  it.

17        And by the way, the adjudication, sometimes

18  the people who decide how you voted, sometimes

19  they're overseas.

20        BRANNON HOWSE:  That's right.  They can be

21  overseas.

22        JOVAN PULITZER:  So they voted for you.  It's

23  not that they voted against you.

24        BRANNON HOWSE:  By the way, if you didn't vote

25  down ticket and you just voted for president, the person

1  who fixed these things normally will vote down ticket

2  and put the people they like in just because they have

3  the power to do it.  Sometimes they can do this with one

4  small click of a mouse, too, do lots of them.

5          JOVAN PULITZER:  By the hundreds of thousands.

6          BRANNON HOWSE:  I learned a lot this week.

7          JOVAN PULITZER:  They can feed in a blank

8  ballot, and of course there's nothing to read.  So the

9  machine to the computer goes something's wrong.  They

10  can load these in, have them in waiting, and vote them

11  later.

12          BRANNON HOWSE:  Wow.

13          JOVAN PULITZER:  The whole system is broke.

14  What I'm saying is let's take the human out of it, let's

15  take the opinion out of it.  Let's use eyes that can do

16  great things.  Our planes can fly by themselves and

17  navigate the globe.  We have self-driving cars now that

18  can drive.  They follow the lines, too.  It's all done

19  by cameras, so what I want to do is put cameras to it,

20  very, very simple.

21          So if this is actually what the part should

22  look like, just a bunch of white ballots, right?  So

23  if I could do a magic stroke of a hand, I'm going to

24  throw color in it.  So number one, we're going to

25  call these bad ballots, a counterfeit ballots.

1          BRANNON HOWSE:  Black bad ballots.

2          JOVAN PULITZER:  That's right.  We're going to

3    call these red ballots, we're going to call these our

4    CCP or our Chinese communist ballots that come in from a

5    nefarious actor.  And so basically when I put these

6    things and we run them through the computer and we see

7    this.

8          Now, what are we looking at?  You're

9    actually seeing voted ballots, and you actually can

10   see fake ballots, and you can actually see nefarious

11   actor's ballots, but it looks like a sandwich, right?

12   That's what I'm saying.  Let's take out the pain, but

13   what else do you see?

14         Do you see the rhythm?  Do you see the

15   pattern?  By looking at the physical ballots alone,

16   you can see where the machine is broken.

17         Now, let me tell you a few things.  You

18   know like that money machine I told you about.  You

19   put your dollar in, it comes back.  What if I told

20   you in Fulton County literally that 95 percent of

21   everyone that went through they had to touch.  Now,

22   what does that mean to you?  To me it means the

23   machine is broken, but does that mean that 95 percent

24   of people in that area of Georgia don't now how to

25   fill in a tiny circle?  No, it doesn't.  It means

Mike Lindell   WVWhour
January 31, 2021                              56

 1   something's wrong.

 2          BRANNON HOWSE:  So when the ballot is wrong,

 3   they get adjudication and they deicide how you voted.

 4          JOVAN PULITZER:  And they get to fix it, and

 5   you don't it.  When you went to these machines, folks,

 6   you didn't vote.  When you mailed in your ballot, you

 7   see people open it and you see people feeding it into a

 8   machine.  That's only scanning it in.  All of the actual

 9   tabulation and voting occurs on other machines.  But

10   here's an example.

11          If you went to the bank and you had a check

12   for a thousand dollars and you put it into your bank

13   and deposited it, you should have a thousand dollar

14   deposit.  What if the bank came back and said no,

15   it's shop five bucks.  That would be horrific.  You

16   would scream.  But they said no, you can't look at it

17   and audit it.  We know what it is.  That's what's

18   happening.  We need to look at the physical ballots,

19   the physical ballots.  It's the only way to get to

20   the answer of what really happened.

21          BRANNON HOWSE:  And every one of these should

22   be taking a picture and holding it for 22 months, right,

23   every one of them, picture of the ballot.

24          JOVAN PULITZER:  They take a picture of the

25   ballot, the digital images, what's called the machine

1  scans, what's called the data, everything else, and the

2  physical ballot is your property for 22 months.

3        BRANNON HOWSE:  And Dr. Shiva is saying they

4  didn't keep it so it's an invalid election.

5        JOVAN PULITZER:  In some places.  And.

6        BRANNON HOWSE:  And in other places they're

7  destroying the ballots as quick as they can.

8        JOVAN PULITZER:  That unfortunately has

9  happened.

10        BRANNON HOWSE:  And then quickly, you also

11  talked, and we had him for 90 minutes or 70 minutes so

12  we'll release the whole thing.  You can go to the post

13  office and the post office can tell whether the ballot

14  is going to go for Republican or Democrat in the mail,

15  and then by looking at the codes they can decide which

16  ones they throw in the trash.

17        JOVAN PULITZER:  Yes.  Most people don't know

18  this, but do you know these ballots, these envelopes

19  going out, coming back and the whole time are actually

20  encoded, and if you know the code you can tell if it's a

21  Republican that it went to or a Democrat that it went

22  to.  And just think, if you had a bad post person they

23  can throw them in the trash.  Don't think it happened?

24  Why did they find all these ballots trashed in bags but

25  they weren't opened, but when they were opened they were

Mike Lindell  WVWhour
January 31, 2021                    58

1  all for Trump.  That's because the information is on the

2  envelope.

3          BRANNON HOWSE:  And that happened.  You can

4  look it up.  A postal worker was caught I think doing it

5  on camera.

6          JOVAN PULITZER:  Absolutely.

7          BRANNON HOWSE:  Absolutely.  All right.  Do

8  you have a Web site?

9          JOVAN PULITZER:  I do.  Just look at my

10 hashtag.  That's where you put the pound sound.  Jovan,

11 J-o-v-a-n.  Just like the old cologne from the '70s.

12 No, I don't sweat and smell like that, right.  You

13 should listen to what I'm saying, and Pulitzer, just

14 like the price, but I'm more like the free parting gift

15 if you hurry up and order now.

16          BRANNON HOWSE:  All right.  Excellent.  Hand

17 me your mic.  Thank you, brother.

18 By the way thank you, brother.  Thank you very much.

19          JOVAN PULITZER:  Appreciate it.  Thank you.

20          BRANNON HOWSE:  We had a lot of fun this

21 weekend.  All right.  Let's go to Mary real quick for a

22 wrap up.

23          Mary, have you got a closing comment here

24 for us?

25          MARY FANNING:  Yeah.  So we present the

1  evidence (inaudible) cyber warfare.  We show that it

2  came from Chinese companies, Waway, Ali Baba Cloud,

3  China Unicom, You Cloud, all Chinese companies that

4  accessed our election in an act of cyber warfare, an act

5  of war.

6            Now, the documentary is in post production.

7  It will be released very soon.

8            DR. SHIVA:  It's going to be amazing, folks.

9  It's going to be amazing.  You can't believe all these

10  experts, and Mary and Mike and I have been working so

11  hard for hours and hours and hours on all of these great

12  guests that they assembled, and you just can't wait.

13            So big announcement tonight.  You heard it

14  here.  These are fun people as well.  Even in the

15  midst of all this happening you can see they still

16  have their job.  So even in the midst of all this

17  we're trying to keep a good outlook about it, and I

18  hope you appreciate what's about to be released as a

19  great, great resource to help inform the American

20  people and help preserve our republic to fix these

21  problems and convince a lot of people that this is

22  not a conspiracy.  It is factual.  You cannot refute

23  the evidence.  You can't refute it once you see it in

24  this documentary coming very soon.

25            Now, before we conclude, if you appreciate

Mike Lindell  WVWhour
January 31, 2021                                   60

1  what we're doing here at WVW Broadcast Network we

2  need your help.  Look, why is it these folks have to

3  come to us.  Fox News won't interview them, okay.  So

4  we are an alternative to these liberal mainstream

5  publications and outlets.  So if you appreciate what

6  we're doing here and all the shows we produce, we'd

7  your support.  You can make a tax deductible

8  contribution right now at WVWfoundation.com.

9  Remember, our streaming bill has gone to around

10 $2,400 a month to now about $10,000 a month.

11         We had a $30,000 contract that's supposed

12 to last for 12 months and we used it up in three

13 months so we have to pay that 30,000 and then re-up a

14 new contract.  so Our alternative is saying oh, you

15 can't get our shows anymore unless you pay 20 bucks a

16 month or ten bucks a month, 15 bucks a month.  No, we

17 don't want to do that.  We don't want to put these

18 behind a pay wall.  We want to make it out front

19 available for you to watch.  Every show that we put

20 out pretty much is available for you.  Not

21 everything, but pretty much.  I would say 90 some odd

22 percent or more is available for you to watch.  If

23 you like that, then you need to help us cover the

24 cost of all that.  WVWfoundation.com.  Make a tax

25 deductible contribution.  You'll find our mailing

1  address there.  You'll find our phone number there if

2  you prefer to give during normal business hours.  So

3  please do that.

4          Now, another way you can support us and

5  help yourself is also by going to Mypillow.com,

6  mypillow.com.  Use the promo code WVW.  Get up to

7  66 percent off including a great discount on Mike's

8  book.

9          Now, folks, why not put that out there,

10 right.  Let your family and friends know if you

11 appreciate this broadcast network over here that's

12 producing all this free TV and radio over here, help

13 support them, help yourself, get some great products

14 over at mypillow.com, sheets, pillows.

15         We got a couple pillows that came in last

16 week.  I'm now sleeping on a My Pillow as of last

17 week.  I used my own promo code; is that okay, Mike?

18 I did.  WVW is the promo code to use.  My wife and I

19 are really liking My Pillow.  WVW, put that in at

20 mypillow.com.  Tell your friends about it and you'll

21 be supporting our nonprofit because again, Mike's

22 making that go to our nonprofit foundation, WVW

23 Foundation, so thank you for doing that.

24         Thank you to Michael Lindell for being

25 here.  Thank you for Jovan being here.  Thank you to

1    Mary Fanning and Dr. Shiva, and that you s to my

2    gorgeous wife for producing tonight's show and

3    running all the cameras, all right.  We look forward

4    to talking you tomorrow on radio at Worldview

5    Radio.com/live.  If you don't have one of the 55

6    stations in our market, Worldviewradio.com/live.

7    Until then I'm Brannon Howse.  Thanks for watching.

8    Take care.

9              (End of recording.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    CERTIFICATE OF REPORTER

2

3            I, Charlotte Crandall, certify that I was

4    authorized to and did transcribe the foregoing audio

5    recorded proceedings and that the transcript is a

6    true and complete record of my stenographic notes

7    from an audio recording and was transcribed to the

8    best of my ability.

9

10           Dated this 8th day of February, 2021.

11

12

13

14

15

16           _____

17           Charlotte Crandall
             Registered Professional Reporter

18

19

20

21

22

23

24

25