# Exhibit 278

5° Northbrook, IL
Mon, Feb 08, 2021

# Newsweek

LOGIN  SUBSCRIBE >

U.S. | World | Business | Tech & Science | Culture | Newsgeek | Sports | Health | The Debate | Experts | Vantage | Search

## POLITICS

# Detroit Seeks Fine and District Ban for 'Kraken' Lawyer Sidney Powell

BY **DARRAGH ROCHE** ON 12/16/20 AT 8:12 AM EST



SHARE

POLITICS | 2020 ELECTION | MICHIGAN | DETROIT

T he city of Detroit is asking a federal court to sanction attorney Sidney Powell and other lawyers involved in filing a suit that sought to overturn the 2020 presidential election results in Michigan.

Powell, who is no longer associated with President Donald Trump's campaign, promised to release "the Kraken" in a series of suits but has been unsuccessful so far, with courts in four states dismissing appeals for relief arising from unsubstantiated allegations of voter fraud.

Now, Detroit is seeking fines for Powell and the other attorneys and asking that they be banned from practicing law in the Eastern District of Michigan. The motion also asks that they face sanction by the Michigan state bar.

NEWSWEEK SUBSCRIPTION OFFERS >

**THE DEBATE**


The U.S. Is Already Facing a Debt Crisis
BY MICHAEL DOORLEY

vs


Government Debt Now: The More, the Better
BY CLAUDIA SAHM

**OPINION**

 
My Son Took His Own Life. It Was the Lockdown That Got Him
BY KAREN M. SMITH


American Drones Kill Indiscriminately. Biden Can Change That
BY JENNIFER GIBSON


Biden Should Discuss His Mental Health, for Americans' Sake
BY ASHISH KAUSHAL


Trump Should Not Be Convicted. And Cruz and Hawley Are Not Seditionists
BY CHIP ROY


Biden's Radical Shift on Abortion is Out of Step with Most Americans
BY LILA ROSE


The Most Valuable Lesson From COVID-19: Don't Suppress Dissenting Voices
BY HELEN RALEIGH


Congress Must Defeat the Continued Insurrection Against

Document title: Detroit Seeks Fine and District Ban for &#39;Kraken&#39; Lawyer Sidney Powell
Capture URL: https://www.newsweek.com/detroit-fine-ban-kraken-lawyer-sidney-powell-1555137
Capture timestamp (UTC): Mon, 08 Feb 2021 15:27:05 GMT

banned from practicing law in the Eastern District of Michigan. The motion also asks that they face sanction by the Michigan state bar.



**READ MORE**

QAnoners Vow to Leave GOP After Mitch McConnell Accepts Election Result

**NEWSWEEK SUBSCRIPTION OFFERS >**

"Plaintiffs and their counsel understood that the mere filing of a suit (no matter how frivolous) could, without any evidence, raise doubts in the minds of millions of Americans about the legitimacy of the 2020 presidential election," lawyer David Fink wrote in the motion.

"As this Court noted, 'Plaintiffs ask the Court to ignore the orderly statutory scheme established to challenge elections and to ignore the will of millions of voters."


COVID-19: Don't Suppress Dissenting Voices
BY HELEN RALEIGH


Congress Must Defeat the Continued Insurrection Against American Democracy
BY REP. JIM MCGOVERN AND ELLEN KURZ


The Abraham Accords Deserve a Nobel Prize
BY BORIS EPSHTEYN


DOJ Should Appoint Special Counsel to Prosecute Trump
BY NEIL BARON


Are the Hedge Funds as Evil as Ever After GameStop?
BY HANK GILMAN



START YOUR DAY WITH OUR TOP 5 ARTICLES

Email address

**FREE SIGN UP >**

## Our Community



123

Comments posted on Newsweek today

**Comment**

Fink is referring to a ruling by federal District Judge Linda Parker, who previously dismissed the Michigan "Kraken" suit. Powell is attempting to appeal to the U.S. Supreme Court, bypassing the federal courts of appeal.

"The key 'factual' allegations from the supposed fact witnesses, some of whom attempt to cloak their identities while attacking democracy, have been debunked," the Detroit motion goes on.

**NEWSWEEK SUBSCRIPTION OFFERS >**

"The allegations about supposed fraud in the processing and tabulation of absentee ballots by the City at the TCF Center have been rejected by every court which has considered them. If any of the claims in this lawsuit had merit, that would have been demonstrated in those cases."



Today's Mortgage Rate
2.02% APR
30 Year Fixed    2.18%    2.26% A
15 Year Fixed    1.88%    2.02% A
$250,000 (30yr)    $947/mo    2.26% A

Lendgo    Calculate Paymen

AdChoices    Sponsored

**READ MORE**

- How Georgia's Economy, COVID Cases Stack up Ahead of Senate Runoffs
- Colorado GOP, Donald Trump's Campaign Director Say Election Was Secure

Document title: Detroit Seeks Fine and District Ban for &#39;Kraken&#39; Lawyer Sidney Powell
Capture URL: https://www.newsweek.com/detroit-fine-ban-kraken-lawyer-sidney-powell-1555137
Capture timestamp (UTC): Mon, 08 Feb 2021 15:27:05 GMT
Page 1 of 7

**READ MORE**

- How Georgia's Economy, COVID Cases Stack up Ahead of Senate Runoffs
- Colorado GOP, Donald Trump's Campaign Director Say Election Was Secure
- Bette Midler Calls Donald Trump a Vampire Who Needs Stake Through the Heart

Powell and her co-counsels have 21 days to withdraw their litigation before a sanctions request is filed. The motion has not yet been filed. However, even if the case is withdrawn, Parker could choose to impose sanctions on her own initiative.

If the sanctions motion proceeds, Powell could be forced to pay a $100,000 bond before filing further appeals of the suit. This would be in addition to measures requested by Detroit.

It's not clear yet whether Parker will allow the motion for sanctions to move forward but she was critical of Powell's suit in her ruling dismissing it, writing: "Plaintiffs ask this court to ignore the orderly statutory scheme established to challenge elections and to ignore the will of millions of voters."

"This, the Court cannot, and will not, do," Parker said.



Attorney Sidney Powell speaks to the press about various lawsuits related to the 2020 election, inside the Republican National Committee headquarters on November 19, 2020 in Washington, DC. Detroit is seeking sanctions for Powell following her "Kraken" lawsuit in Michigan.
DREW ANGERER/GETTY IMAGES

REQUEST REPRINT & LICENSING, SUBMIT CORRECTION OR VIEW EDITORIAL GUIDELINES



Document title: Detroit Seeks Fine and District Ban for &#39;Kraken&#39; Lawyer Sidney Powell
Capture URL: https://www.newsweek.com/detroit-fine-ban-kraken-lawyer-sidney-powell-1555137
Capture timestamp (UTC): Mon, 08 Feb 2021 15:27:05 GMT                                          Page 3 of 7

Start a discussion, not a fire. Post with kindness. Read our guidelines here.

Commenting as Guest           Log In

What do you think?

Sort by Best

**Misterman**
17 December, 2020

Why are so many people choosing to abandon their own ability to think and use actual evidents and factual statement to draw their conclusions. Its Amazing to me how Republicans and democrats are so loyal to their own side untill obvious wrongs are and lies and completely made up narratives are not only accepted but argued in favor of..we all need to regain our abandon ability to think for ourselves and began to use it again...

Reply  👍 4

↳ Show 1 more reply

**NoPrayer**
16 December, 2020

Follow the money. I'd like to know where the money is coming from for her lawsuits.

Reply  👍 23  👎 9

**PurpleSubmarine**
16 December, 2020

Finally. She should be permanently disbarred as well for bringing bogus lawsuits to courts and providing zero evidence of her claims. Does the ABA do ANY kind of accountability?

Reply  👍 37  👎 32

↳ Show 1 more reply

**Rick Lord**
16 December, 2020

Results of forensic analysis of the Dominion voting machines in Michigan as ordered by a Michigan judge:

We conclude that the Dominion Voting System is intentionally and purposefully designed with inherent errors to create systemic fraud and influence election results," Ramsland said in his preliminary report.
"The system intentionally generates an enormously high number of ballot errors. The electronic ballots are then transferred for adjudication. The intentional errors lead to bulk adjudication of ballots with no oversight, no transparency, and no audit trail. This leads to voter or election fraud.

Reply  👍 20  👎 46

↳ Show 4 more replies

**LLsand.86**
16 December, 2020

I definitely think they should give them the opportunity to demonstrate all there proofs and evidence that they say they have.
Because it's not only Trumps campaign that's fighting for the rights of the constitution, but for we the citizens the people that voted we will lose trust on every future voting elections and the government is losing respect because they are allowing the violation of the laws of the constitution like the ones on the voting polls on those other states on the day of the elections.  The only way they can proof to what they are saying is legit and that there's was no big "F" and if there's nothing to hide why deny it to them.
Have Cindy's Powell and Trumps law suits to continue and give them there chance.  What's the problem or why are they afraid of ? For the truth to come out! If they really care for the country they need to show it by allowing the President and the peoples rights to fight for there freedom of speech and liberty. Isn't this a free country?
This is the home of the free and the Brave!!

Reply  👍 25  👎 32

↳ Show 5 more replies

**John Rodgers**
23 December, 2020

From reading the replies I am left with the impression that many people do not know know how city, state and federal elections are run or what the checks and balances are to prevent election/voter  fraud.  US Constution give the states contorl over voting. Election law varies with some degree from state to state. every state passes that task to the county. Texas has 254 counties.



## LATEST NEWS

Queen Committed 'Abuse of Power' by Lobbying Government: Campaigners

Trump 'Feels Happier' out of White House and off Twitter, Top Adviser Says

'Destiny 2' Season of the Chosen Release Time: When Does the Update Start?

The Conservative Case for a $15 Minimum Wage

Scientology Super Bowl Ad Leaves Viewers Perplexed

Xi Jinping Orders New Year Military Readiness as Chinese Jets Skirt Taiwan

'Firefly Lane' Cast and Crew Hint at Whether Johnny Dies


**EDITOR'S PICK**


**Trump's Conviction Chances Slim, But Trial May Damage Reputation: Experts**
"It seems to me that in order to change the entire dynamic here, you have to do something bold and decisive," Nick Akerman, a former Watergate prosecutor, told Newsweek.


**Senators Indicate Trump Impeachment Trial Could Be Shortest in U.S. History**
The current shortest impeachment trial record was set by Trump's first impeachment trial in 2020, which spanned 21 days.


**Who Are The Attorneys Defending Trump In His Second Impeachment Trial?**
David Schoen and Bruce Castor Jr.—both experienced in criminal defense—will head the effort in the trial slated to begin on February 9.


**California Churches Declare Victory, Plan Indoor Worship After SC Ruling**
In a 6-3 decision, a divided Supreme Court on Friday night sided with religious rights in ruling that California cannot continue its ban on indoor church services.

 **CHOOSE YOUR SUBSCRIPTION**    **NEWSLETTER**

**PREMIUM**
- Newsweek magazine delivered to your door
- Unlimited access to Newsweek.com
- Ad free Newsweek.com experience
- iOS and Android app access
- Personalized daily newsletter

SUBSCRIBE ›

**DIGITAL+**
- Unlimited access to Newsweek.com
- Ad free Newsweek.com experience
- iOS and Android app access
- Personalized daily newsletter

GET YOUR FREE TRIAL ›


**THE STARTING 5**
See why nearly a quarter of a million subscribers begin their day with the Starting 5.

Email address | FREE SIGN UP ›

 © 2021 NEWSWEEK DIGITAL LLC

Editions: U.S. Edition | 日本 | Pakistan | Polska | România

# Newsweek

LOGIN
SUBSCRIBE ›

Trump 'Feels Happier' out of White House and off Twitter, Top Adviser Says

'Destiny 2' Season of the Chosen Release Time: When Does the Update Start?

The Conservative Case for a $15 Minimum Wage

Scientology Super Bowl Ad Leaves Viewers Perplexed

Xi Jinping Orders New Year Military Readiness as Chinese Jets Skirt Taiwan

'Firefly Lane' Cast and Crew Hint at Whether Johnny Dies

**EDITOR'S PICK**


**Trump's Conviction Chances Slim, But Trial May Damage Reputation: Experts**
"It seems to me that in order to change the entire dynamic here, you have to do something bold and decisive," Nick Akerman, a former Watergate prosecutor, told Newsweek.


**Senators Indicate Trump Impeachment Trial Could Be Shortest in U.S. History**
The current shortest impeachment trial record was set by Trump's first impeachment trial in 2020, which spanned 21 days.


**Who Are The Attorneys Defending Trump In His Second Impeachment Trial?**
David Schoen and Bruce Castor Jr.—both experienced in criminal defense—will head the effort in the trial slated to begin on February 9.


**California Churches Declare Victory, Plan Indoor Worship After SC Ruling**
In a 6-3 decision, a divided Supreme Court on Friday night sided with religious rights in ruling that California cannot continue its ban on indoor church services.

**CHOOSE YOUR SUBSCRIPTION**   **NEWSLETTER**



**PREMIUM**
- Newsweek magazine delivered to your door
- Unlimited access to Newsweek.com
- Ad free Newsweek.com experience
- iOS and Android app access
- Personalized daily newsletter

SUBSCRIBE ›



**DIGITAL+**
- Unlimited access to Newsweek.com
- Ad free Newsweek.com experience
- iOS and Android app access
- Personalized daily newsletter

GET YOUR FREE TRIAL ›



**THE STARTING 5**
See why nearly a quarter of a million subscribers begin their day with the Starting 5.

Email address | FREE SIGN UP ›

---

  © 2021 NEWSWEEK DIGITAL LLC     

**Editions:**  U.S. Edition  |  日本  |  Pakistan  |  Polska  |  România

About Us  |  Corrections  |  Contact Us  |  Editorial Guidelines  |  Advertise  |  Copyright  |  Terms & Conditions  |  Privacy Policy  |  Cookie Policy  |  Terms of Sale  |  Archive

Announcements

---