# Exhibit 284

Rotobrush — DEMAND FOR INDOOR AIR QUALITY SERVICES IS ON THE RISE — REQUEST INFO — Watch your profits soar. Add air duct cleaning services today! FINANCING OPTIONS AVAILABLE

PostEverything • Perspective

# The lawyers who pushed Trump's falsehoods may soon be done lawyering

Their peers are lodging ethics complaints and opening investigations that may lead to real accountability.



Lawyer Sidney Powell speaks at a news conference with Rudolph W. Giuliani, a lawyer for then-President Donald Trump, on Nov. 19. (Sarah Silbiger for The Washington Post)

By **Norman Eisen** and **Joanna Lydgate**
Feb. 3, 2021 at 2:58 p.m. GMT

Add to list

In the aftermath of the attempted insurrection at the U.S. Capitol on Jan. 6, the country is grappling with how to hold accountable those who promoted the Big Lie that helped trigger the violence: that the 2020 presidential election was stolen. When President Donald Trump and his enablers began bringing that Big Lie to court, some experts warned that these lawyers may never face disciplinary proceedings. But Monday's disbarment complaint against Sidney Powell and three additional attorneys for alleged misconduct in Michigan, as well as ethics complaints elsewhere against Rudolph W. Giuliani and others, are important steps in that direction.

On Monday night, Michigan Attorney General Dana Nessel (D) joined Gov. Gretchen Whitmer (D) and Secretary of State Jocelyn Benson (D) — all three



FormDr — Give your patients the freedom to sign forms with any device, anywhere — Learn More

Document title: The lawyers who pushed Trump's falsehoods may soon be done lawyering - The Washington Post
Capture URL: https://www.washingtonpost.com/outlook/2021/02/03/powell-wood-accountability-lawyer/
Capture timestamp (UTC): Mon, 08 Feb 2021 16:20:05 GMT

in that direction.

On Monday night, Michigan Attorney General Dana Nessel (D) joined Gov. Gretchen Whitmer (D) and Secretary of State Jocelyn Benson (D) — all three themselves licensed lawyers — in seeking to disbar "the Kraken" Powell and her colleagues for "violat[ing] their oath and the ethical rules to which they are bound."

As the former ethics chief in the Obama administration and a former state deputy attorney general, we applaud the Michigan leaders for bringing this case, which rests on alleged violations of three ethics rules.



Lawyers have a duty not to file frivolous litigation. The three constitutional officers in Michigan argue that the bizarre claims Powell advanced about election theft meet that standard. These included nonsensical assertions somehow involving Hugo Chávez, the Venezuelan dictator who died almost eight years ago. Initial filings also included allegations of fraud in "Edison County," a county that does not exist in the Great Lakes State. No wonder a Michigan federal court said that the lawsuit was "less about achieving the relief Plaintiffs seek — as much of that relief is beyond the power of this Court — and more about the impact of their allegations on [the] People's faith in the democratic process and their trust in our government."

[You don't have a 'right' to a lawyer when you're trying to steal an election]

Lawyers also have a duty of candor to the court, and Nessel and her colleagues allege that Powell's filings here were packed with falsehoods. Powell claimed that an anonymous affiant named "Spyder" to be a military intelligence analyst, when, according to news reports, in fact he "never completed the entry-level training course" and "kept washing out of courses" in his military intelligence training. Other Powell filings had allegedly false statements about turnout rates, denial of observer access to vote counting, purported mishandling of ballots and much more.

Finally, lawyers are ethically required to avoid dishonesty, fraud, deceit or misrepresentation. The filings here were riddled with them, according to the disbarment complaint.



### Most Read Opinions



1  The GOP is not a normal party

2  The Senate must convict Donald Trump 

3  The one GOP principle: Protect Donald Trump 

4  Stacey Abrams: Our democracy faced a near-death experience. Here's how to revive it. 

5  My column on the stimulus sparked a lot of questions. Here are my answers. 



Document title: The lawyers who pushed Trump's falsehoods may soon be done lawyering - The Washington Post
Capture URL: https://www.washingtonpost.com/outlook/2021/02/03/powell-wood-accountability-lawyer/
Capture timestamp (UTC): Mon, 08 Feb 2021 16:20:05 GMT
Page 1 of 8



The disbarment proceedings come amid a wave of similar actions in Michigan. Nessel filed an earlier motion for sanctions against Powell and others. The city of Detroit has also filed a motion for Rule 11 sanctions against seven lawyers involved in the "Kraken" lawsuits, and asked the court to refer the attorneys — including Powell and Lin Wood — for disciplinary action. Michigan is not alone in seeking accountability: In Arizona, seven lawyers jointly filed an ethics complaint against 21 attorneys (including Powell) who went to court on behalf of Trump, the Arizona Republican Party or others. The eight-page letter alleges that the attorneys knowingly brought 10 "utterly meritless cases" against election officials.

Significant developments in accountability also occurred Monday against another infamous member of Trump's legal team: Giuliani. The ethics complaint against him filed with the New York State Bar, which requests an investigation of his fitness to practice law and a suspension of his law license, was supplemented with new complainants and information. Now endorsed by more than 7,500 people, including 14 former federal judges, the supplement points out that Giuliani has continued to add to what was already an "overwhelming public record of Mr. Giuliani's lies and the grave consequences for Americans and American democracy," raising serious issues under the state's rules of professional conduct.

In the immediate aftermath of the 2020 election, some ethics experts warned not to hold out hope for ethics actions against Trump attorneys. One scholar noted, for example, that bar counsels "are highly resistant to charging any lawyer pressing a political agenda for a willing client, inside or outside of court." That was in November. Now, dozens of frivolous lawsuits and one insurrection later, the landscape has significantly changed.



These initial efforts undertaken by the states represent a gathering storm. In other moments of alleged misconduct in which lawyers have been implicated — Watergate

These initial efforts undertaken by the states represent a gathering storm. In other moments of alleged misconduct in which lawyers have been implicated — Watergate comes to mind — the result has been disbarment, a fate suffered by president Richard Nixon's former attorney general John Mitchell and others involved in that scandal.

Although the full scope of accountability here is not yet clear, a movement is swelling to see the lawyers who perpetrated the Big Lie — and therefore bear a measure of moral responsibility for the violence that eventually resulted — brought to justice. This is just the beginning.

Read more:

'Trump said I could': One possible legal defense for accused rioters

Democrats lavishly praising U.S. elections are overlooking a major weakness

Updated January 30, 2021
### Complete coverage: Pro-Trump mob storms Capitol building

**Latest:** FBI probe of U.S. Capitol riot finds evidence detailing coordination of an assault

**Exclusive:** Pipe bombs found near Capitol on Jan. 6 are believed to have been placed the night before

Woman charged in Capitol riot said she wanted to shoot Pelosi 'in the friggin' brain,' FBI says

**Video timeline:** 41 minutes of fear from inside the Capitol siege

**Arrests:** Here are some of the people charged

**Trump impeachment:** House Democrats building elaborate, emotionally charged case against Trump

💬 16 Comments


**Norman Eisen**
Norman Eisen was President Barack Obama's "ethics czar" from 2009 to 2011 and ambassador to the Czech Republic from 2011-14. He is a senior fellow in Governance Studies at Brookings and serves as counsel for the Voter Protection Program.  Follow 🐦


**Joanna Lydgate**
Joanna Lydgate is the National Director of the Voter Protection Program and previously served as Chief Deputy Attorney General for the state of Massachusetts.  Follow 🐦

### More from The Post


Bruce Castor is a magnet for controversy. Naturally, he's

🎧 Podcast
**Post Reports**
The Washington Post's daily podcast: unparalleled reports, expert insight, clear analysis. For your ears.

Add to Apple Podcasts, Google Podcasts





Document title: The lawyers who pushed Trump's falsehoods may soon be done lawyering - The Washington Post
Capture URL: https://www.washingtonpost.com/outlook/2021/02/03/powell-wood-accountability-lawyer/
Capture timestamp (UTC): Mon, 08 Feb 2021 16:20:05 GMT
Page 3 of 8


Sections

ise@clarelocke.com

Home

Share

16

### More from The Post


Bruce Castor is a magnet for controversy. Naturally, he's Trump's impeachment attorney.


Republicans have been living the big lie for too long


Amanda Gorman clearly has talent. But there's more to her meteoric rise.


He became the nation's ninth vice president. She was his enslaved wife.


Stacey Abrams: Our democracy faced a near-death experience. Here's how to revive it.

**Today's WorldView newsletter**
Analysis on the most important global story of the day, top reads, interesting ideas and opinions to know, in your inbox weekdays.

Sign up

By signing up you agree to our Terms of Use and Privacy Policy

**PAID PROMOTED STORIES**   Recommended by Outbrain






Document title: The lawyers who pushed Trump's falsehoods may soon be done lawyering - The Washington Post
Capture URL: https://www.washingtonpost.com/outlook/2021/02/03/powell-wood-accountability-lawyer/
Capture timestamp (UTC): Mon, 08 Feb 2021 16:20:05 GMT
Page 4 of 8



**The genius trick every Amazon shopper should know**
Capital One Shopping


**China's Smile to Biden Comes With a Warning**
Bloomberg


**These Volkswagens Are Priced Under 20K! See Now**
Luxury Auto | Sponsored Listings


**Illinois: Say Bye To Expensive Solar Panels If You Live Near Northbrook**
Energy Bill Cruncher


**[Gallery] At 50, This Is Melania's Net Worth**
https://therapyjoker.com/



**Your profile is incomplete**
Before you can contribute to our community, please visit your *Profile page* in order to complete your profile.

**Comments**


This conversation is moderated according to The Post's community rules. Please *read the rules* before joining the discussion. Send feedback about the comments section *here*.

**All Comments (16)**                                      Viewing Options ▾


**Rocking13**   1 day ago
If the ABA was interested in maintaining a credible image then they would already have started the process to disbar several of tRump's lawyers.
Including Low-Barr.

Like 👍     Reply ↩     Link 🔗     Report 🏳


**LuckyChicken**   2 days ago
All the people connected to pushing Trump's crazy BS needs to be held accountable, that includes adequate punishment for their transgressions. This has been a problem in America, letting stuff slide, especially for well to do connected individuals.

Trump's insane game must be highlighted, dissected and people educated as to why it is was so wrong. Any future adventures of this sort must be met with an appropriate response.

Like 👍 2   Reply ↩   Link 🔗   Report 🏳


**RICOtheGOP**   2 days ago
Now do Texas Govenor and all those state AGs who signed on to his bogus lawsuit.



**RICOtheGOP** 2 days ago
Now do Texas Govenor and all those state AGs who signed on to his bogus lawsuit.

Like 2   Reply   Link   Report

**Jaybird71** 2 days ago
These lawyers are well beyond incompetent and unethical. They are batsh** crazy. Grounds for disbarment right there

Like 3   Reply   Link   Report

**ProudFedRetiree** 2 days ago

> Finally, lawyers are ethically required to avoid dishonesty, fraud, deceit or misrepresentation.

So, now the lawyers, Fox personalities, members of Congress, and the extremists who violated our Capitol, are all being held accountable. Sadly, the man who orchestrated the entire threat to our democracy, is on the 18th hole taking another mulligan. Thanks Mitch.

Like 1   Reply   Link   Report

**Portola** 2 days ago
Disbar them, for sure. But there must also be a financial price to pay for filing frivolous lawsuits, and telling countless extremely harmful lies, through civil suits like the one against Fox News. And then there's criminality. I cannot believe that Giuliani, for one, never crossed the line with his servicing of foreign clients. They must be made examples of why one should not attempt to pervert the legal profession.

Like 2   Reply   Link   Report

**drjrguzman** 3 days ago
Trump is out of office, a human disgrace. All these lawyers thought the gravy train would last forever. Now they must face the law they so wrongly soiled at the altar of the con man from Queens.

Like 5   Reply   Link   Report

**Patriots Impeached-Cowards Acquitted** 3 days ago

> ...that may lead to real accountability.

Look, honey, a unicorn!

Like 1   Reply   Link   Report

**Dane S. Claussen** 4 days ago
Great, but the lawyers who really need disbarring are William Barr and Rudy Giuliani. I notice no mention of them in the story.

Like 9   Reply   Link   Report

**Puget_Sound_Sailor** 4 days ago
Barr, no, you are correct. But you must have missed the write up on Rudy.

Significant developments in accountability also occurred Monday against another infamous member of Trump's legal team: Giuliani. The ethics complaint against him filed with the New York State Bar, which requests an investigation of his fitness to practice law and a suspension of his law license, was supplemented with new complainants and



Significant developments in accountability also occurred Monday against another infamous member of Trump's legal team: Giuliani. The ethics complaint against him filed with the New York State Bar, which requests an investigation of his fitness to practice law and a suspension of his law license, was supplemented with new complainants and information. Now endorsed by more than 7,500 people, including 14 former federal judges, the supplement points out that Giuliani has continued to add to what was already an "overwhelming public record of Mr. Giuliani's lies and the grave consequences for Americans and American democracy," raising serious issues under the state's rules of professional conduct.

Like 6    Reply    Link    Report

**CAgrrrrl**  2 days ago
Then there's the billion dollar lawsuit from Dominion…

Like 2    Reply    Link    Report

**USA Dean**  4 days ago
Lin Wood is also being investigated by the State Bar of Georgia. https://www.abajournal.com/news/article/after-filing-election-suits-pro-trump-lawyer-l.-lin-wood-is-asked-to-undergo-mental-health-evaluation

Like 5    Reply    Link    Report

**USA Dean**  4 days ago
And by the Secretary of State's office for possible voter fraud: https://www.washingtonpost.com/nation/2021/02/03/lin-wood-georgia-voter-fraud/

Like 3    Reply    Link    Report

**View More Comments**



**About Us**
Public Relations
Careers
Diversity & Inclusion
Newspaper in Education
Today's Paper
WP BrandStudio
Events
Policies & Standards

**Get The Post**
Home Delivery
Digital Subscription
Gift Subscriptions
Mobile & Apps
Newsletters & Alerts
Print Archives (Subscribers Only)
Washington Post Live
Reprints & Permissions
Post Store
Books & eBooks
e-Replica

**Help**
Contact the Newsroom
Contact Customer Care
Reader Representative
Advertise
Licensing & Syndication
Request a Correction
Send a News Tip

**Terms of Use**
Digital Products Terms of Sale
Print Products Terms of Sale
Terms of Service
Privacy Policy
Submissions & Discussion Policy
RSS Terms of Service
Ad Choices

washingtonpost.com © 1996-2021 The Washington Post

infamous member of Trump's legal team: Giuliani. The ethics complaint against him filed with the New York State Bar, which requests an investigation of his fitness to practice law and a suspension of his law license, was supplemented with new complainants and information. Now endorsed by more than 7,500 people, including 14 former federal judges, the supplement points out that Giuliani has continued to add to what was already an "overwhelming public record of Mr. Giuliani's lies and the grave consequences for Americans and American democracy," raising serious issues under the state's rules of professional conduct.

Like 6    Reply    Link    Report

**CAgrrrrl** 2 days ago
Then there's the billion dollar lawsuit from Dominion...

Like 2    Reply    Link    Report

**USA Dean** 4 days ago
Lin Wood is also being investigated by the State Bar of Georgia. https://www.abajournal.com/news/article/after-filing-election-suits-pro-trump-lawyer-l.-lin-wood-is-asked-to-undergo-mental-health-evaluation

Like 5    Reply    Link    Report

**USA Dean** 4 days ago
And by the Secretary of State's office for possible voter fraud: https://www.washingtonpost.com/nation/2021/02/03/lin-wood-georgia-voter-fraud/

Like 3    Reply    Link    Report

[View More Comments]

**About Us**
Public Relations
Careers
Diversity & Inclusion
Newspaper in Education
Today's Paper
WP BrandStudio
Events
Policies & Standards

**Get The Post**
Home Delivery
Digital Subscription
Gift Subscriptions
Mobile & Apps
Newsletters & Alerts
Print Archives (Subscribers Only)
Washington Post Live
Reprints & Permissions
Post Store
Books & eBooks
e-Replica

**Help**
Contact the Newsroom
Contact Customer Care
Reader Representative
Advertise
Licensing & Syndication
Request a Correction
Send a News Tip

**Terms of Use**
Digital Products Terms of Sale
Print Products Terms of Sale
Terms of Service
Privacy Policy
Submissions & Discussion Policy
RSS Terms of Service
Ad Choices

washingtonpost.com © 1996-2021 The Washington Post