# Exhibit 286



# THE AMERICAN REPORT

HOME | NATIONAL SECURITY | GULFTAINER | GULFTAINER PAPERS | THE HAMMER | OBAMA IRAQ WMD | **THE BETRAYAL PAPERS**
STOP QATAR NOW | EDITORIAL | GENERAL VALLELY | RADIO | CONTACT US

## The Betrayal Papers



The Muslim Brotherhood is a fundamentalist Islamic organization recognized by many as the parent group of many of today's terror organizations. While the Muslim Brotherhood's goal is a worldwide Islamic State (aka, Caliphate), it has established influence over the highest levels of American government.

This revelation has become an indisputable fact for those who examine the evidence.

*The Betrayal Papers* is a six-part, research and multimedia campaign that presents this evidence. It demonstrates the incredible influence that the Muslim Brotherhood exerts over the Obama administration, many members of Congress, and on American policy foreign and domestic.

This series has been meticulously researched by a team of journalists, national security bloggers, and retired military operatives. All of the information contained in this critical and informative campaign is compiled using Open Source Intelligence (OSINT) best practices.

The Betrayal Papers: Below please find links to both print and audio versions of *The Betrayal Papers*.

**Part I – Under Obama, the US Captured by the Muslim Brotherhood**
[Print | Audio | Video]

**Part II – In Plain Sight – A National Security "Smoking Gun"**
[Print | Audio | Video]

**Part III – Obama's Scandals and Assaults on Freedoms Explained**
[Print | Audio]

**Part IV – A New Genocide**
[Print | Audio]

**Supplemental Article – And the Press Says Nothing...**
[Print ]

**Part V – Who is Barack Hussein Obama?**
[Print | Audio|Video]

**Part VI – The Chicago Connection**
[Print | Audio]

*Additional Formats*

To download a **PDF file of all six parts** (plus supplemental), click here.

A **Kindle edition** of *The Betrayal Papers* is available here.

A **PowerPoint Presentation** in PDF format is available here.

*The Betrayal Papers* is a product of the **Coalition of Concerned Citizens**. Contributing authors are available for interviews to interested radio shows and television programs.

Andrea Shea King, Dr.Ashraf Ramelah, Benjamin Smith, Brent Parrish, Charles Ortel, Denise Simon, Dick Manasseri, Gary Kubiak, Gates of Vienna, Hannah Szenes, IQ al Rassooli, Right Side News,

---





### Sidebar

**The Perfect Storm: Port Canaveral's Gulftainer Tied To Russia's 'Club-K' Container Missile Launcher, Jafar's Iraqi Nuclear 'Beach Ball,' North Korea, KGB's Primakov, And Iran Deal As Russia Enters 'Endgame'**

**Benghazi Report**

**Obama/Clinton Secret Operation Handed Port Canaveral To Brother/Business Partner Of Saddam Hussein's Nuclear Bomb Mastermind; Submarine And Space Bases In Grave Danger**

**CLUES UNLOCK OBAMA I.D. MYSTERY: FBI Soviet spy files, SUBUD cult, and a dead body**

---

al-thani al jazeera **al qaeda** **arab spring** **betrayal papers** bill clinton boeing brookings carnegie mellon cnn colony capital cornell **doha** exxonmobil fc barcelona fifa **georgetown** hamas harrods harvard hillary clinton **isis** **israel** john mccain lockheed martin miramax **muslim brotherhood** NYC Department of Education **obama** qac **Qatar** qatara awareness campaign qatar awareness cam **Qatar Awareness Campaign** raytheon **russia** sepp blatter **terrorism** texas a&m turkey TUSD uk weill cornell weinstein world cup

---

Center For Security Policy

1776 Channel

Charles Ortel

---

Document title: The Betrayal Papers - The American Report
Capture URL: https://theamericanreport.org/the-betrayal-papers/
Capture timestamp (UTC): Mon, 08 Feb 2021 16:23:08 GMT

To download a **PDF file of all six parts** (plus supplemental), click here.

A **Kindle edition** of *The Betrayal Papers* is available here.

A **PowerPoint Presentation** in PDF format is available here.

*The Betrayal Papers* is a product of the **Coalition of Concerned Citizens**. Contributing authors are available for interviews to interested radio shows and television programs.

*Andrea Shea King*, *Dr.Ashraf Ramelah*, *Benjamin Smith*, *Brent Parrish*, *Charles Ortel*, *Denise Simon*, *Dick Manasseri*, *Gary Kubiak*, *Gates of Vienna*, *Hannah Szenes*, *IQ al Rassooli*, *Right Side News*, *Marcus Kohan*, *Mary Fanning*, *General Paul E. Vallely*, *Regina Thomson*, *Scott Smith*, *Sharon Rondeau*, *Terresa Monroe-Hamilton*, *Colonel Thomas Snodgrass*, *Trevor Loudon*, *Wallace Bruschweiler*, *and William Palumbo.*

   

Sharing is caring!

    

You may also like:

   

**Proof Positive: Coordinated Cyberwarfare Attack Against US By China, Russia, Iran, Iraq, Pakistan To Steal Election From Trump**

**Powell Tearing Down The Corruption System; Trump's Team Expose Voter Fraud | Beyond The Noise**

**ABSOLUTE PROOF**

**HAMMER AND SCORECARD: U.S. Air Force Lt. Gen. Thomas McInerney (Ret.), Mary Fanning, And Alan Jones Discuss Cyberwarfare Attack Against 2020 Election On Worldview Weekend Radio With Brannon Howse**

   

**General Michael Flynn's First Interview Since Pardon: "The President Has Clear Paths To Victory"; General McInerney: "Most Dangerous Situation Since The Civil War"**

**FOX News And Rupert Murdoch Knew About THE HAMMER and SCORECARD Since 2013**

**WATCH: THE KRAKEN Revealed: Proves Domestic Traitors And Foreign Enemies Attempted To Steal America's Election**

**STEALING AMERICA: 'Former' Communist Comey Got SCORECARD Election Hacking Source Code And Knew SolarWinds Was Not Secure**

### 10 thoughts on "The Betrayal Papers"



**Thirumaran S** says:
June 5, 2015 at 1:43 pm

Love to hear more.
Hope you succeed in your endeavour.
– Thiru

Log in to Reply



**Gere Stokoe** says:
June 6, 2015 at 2:54 pm

Thanks for trying to wake up others by sharing. It is up to those who care
The NeoCONs got us in this mess in the Middle East. Bilderbergers own both parties.
The video below is just one of many exposing the treachery of some politicians, and those they serve.
Who wonders why CIA funded ISIS in Syria? Why did CONgress add another $500 million in funding "insurgents" in Syria?
The Covert Origins of ISIS: Zb is in it
http://www.youtube.com/watch?v=oMjXbuj7BPI

More Dots to connect:
John Brennan – The CIA – Zbigniew Brzezinski – Columbia University and Obama
Quotes from Zbigniew Brzezinski's book – 'Between Two Ages',
Regarding USSR and USA "….The eventual outcome of the competition is, however, for ordained, given the historical superiority of the communist system." Pp 146,147.

**Sidebar:**
weinstein world cup
Center For Security Policy
1776 Channel
Charles Ortel
Conservative Party USA
Adina Kutnicki
Founders Code
Gates of Vienna
National Vietnam & Gulf War Veterans Coalition
The Right Planet
Right Side News
Stand Up America
Shoebat
Voice of the Copts
Al Rassooli
Allen West
Ann Barnhardt
Bare Naked Islam
Breitbart
The Conservative Treehouse
Daily Caller
Doug Ross @ Journal
Frontpage Magazine
Gateway Pundit
Instapundit
Jihad Watch
Lucianne
Pamela Geller
Sons of Liberty
Washington Free Beacon
Weasel Zippers
White House Dossier
Zero Hedge



"insurgents" in Syria?
The Covert Origins of ISIS – (You Tube)
http://www.youtube.com/watch?v=oMjXbuj7BPI

More Dots to connect:
John Brennan – The CIA – Zbigniew Brzezinski – Columbia University and Obama
Quotes from Zbigniew Brzezinski's book – 'Between Two Ages',
Regarding USSR and USA "….The eventual outcome of the competition is, however, for ordained, given the historical superiority of the communist system." Pp 146,147.
"Marxism is simultaneously a victory of the external, active man, over the inner passive man and a victory of reason over belief: it stresses man's capacity to shape his material destiny… and has served to stir the mind and to mobilize human energies purposefully…" (P 72)
ZB is a professor at Columbia University indoctrinating our kids. BTW – ZB's CFR daughter, Mika, is a morning host on MSNBC.
Non censored news and commentary:
http://republicbroadcasting.org/shoutcast/shoutcast.html
Republic Broadcasting Network: http://republicbroadcasting.org/
For those that can handle the truth; RBN Live ONLINE!

Log in to Reply



**Jo Mauro** says:
June 16, 2015 at 9:35 pm
All of these threats have been established years ago. The question is will the next POTUS acknowledge what must be done. Throw the Muslim Brotherhood/CAIR and their followers out of America.

Log in to Reply



**fathi m helmi** says:
July 3, 2015 at 12:54 pm
it is so true , some one has to do somthing to stop all this.

Log in to Reply



**Catherine Delpha** says:
July 7, 2015 at 1:36 am
Thank you for sending me here and providing this information. Looking forward to both reading and passing on to others. People NEED to wake up and stop being led by the nose.

Log in to Reply



**J Preston Hentz** says:
July 9, 2015 at 7:56 pm
Subject: sharing info…because truth is a powerful disinfectant……Corruption & treason! Time for civil disobedience against the Obama administration and here are my reasons why!:

NEWS ARTICLES COLLECTION: In case you missed it ("ICYMI"). –Things I think about from the perspective of an investigative journalist…..puzzle pieces when connected together paint a larger picture…
National/international issues that worry me…..

http://www.examiner.com/article/former-navy-seal-says-obama-asking-military-leaders-if-they-ll-disarm-americans
http://www.examiner.com/article/retired-army-officer-warns-dhs-preparing-for-war-against-american-citizens
http://www.examiner.com/article/renowned-author-obama-wants-military-leaders-who-will-fire-on-u-s-citizens
http://www.examiner.com/article/company-selling-targets-with-images-of-americans-to-dhs-for-firearms-training
http://www.examiner.com/article/dhs-insider-it-s-going-to-get-very-ugly-very-soon
http://canadafreepress.com/article/dhs-insider-update-it-has-begun#at_pco=smlrebv-1.0&at_si=559304d7a7a706a3&at_ab=per-2&at_pos=5&at_tot=8
http://www.yourhoustonnews.com/friendswood/opinion/whitehead-has-the-dept-of-homeland-security-become-america-s/article_81acf508-4660-5e0a-87fc-fee9c447f61f.html
http://www.theblaze.com/contributions/the-gestapo-is-alive-and-well-in-obamas-america/
http://www.wnd.com/2015/04/cops-can-storm-homes-court-suggests/
http://www.wnd.com/2015/04/blinded-by-laser-armed-cops-scared-yet/
http://www.examiner.com/article/dhs-to-intensify-attacks-on-freedom-oriented-citizens
http://michellemalkin.com/2009/04/14/confirme-the-obama-dhs-hit-job-on-conservatives-is-real/
http://downtrend.com/donn-marten/former-jsoc-commander-warns-of-dangers-of-the-coming-police-state/
http://www.wnd.com/2015/04/we-are-in-a-police-state-right-now/
http://conservativetribune.com/obama-plan-law-enforcement/
http://www.wnd.com/2015/04/irs-militarized-cops-wnd-warnings-date-to-1997/
http://downtrend.com/71superb/ct-senator-says-anyone-wanting-a-high-capacity-magazine-is-arming-against-the-government
http://www.examiner.com/article/obama-executive-order-would-seize-us-infrastructure-citizens-for-nat-l-defense
http://www.examiner.com/article/obama-signs-executive-order-to-allow-shut-down-of-all-us-communications
http://dailycaller.com/2014/06/04/chomsky-obama-determined-to-demolish-the-foundations-of-our-civil-liberties/
http://www.theblaze.com/blog/2015/05/15/leading-libertarian-charles-murray-says-the-political-process-is-hopeless-here-is-his-radical-alternative-to-restore-liberty/#more-967297
http://www.wnd.com/2015/06/warning-of-a-formal-and-permanent-despotism/?cat_orig=education
http://downtrend.com/jrc410/has-america-finally-reached-the-end-of-its-democratic-republic



defense
http://www.examiner.com/article/obama-takes-executive-order-to-allow-government-of-all-
communications
http://dailycaller.com/2014/06/04/chomsky-obama-determined-to-demolish-the-foundations-of-our-civil-
liberties/
http://www.theblaze.com/blog/2015/05/15/leading-libertarian-charles-murray-says-the-political-process-
is-hopeless-here-is-his-radical-alternative-to-restore-liberty/#more-967297
http://www.wnd.com/2015/06/warning-of-a-formal-and-permanent-despotism/?cat_orig=education
http://downtrend.com/jrc410/has-america-finally-reached-the-end-of-its-democratic-republic
http://www.washingtonpost.com/news/volokh-conspiracy/wp/2014/09/23/targeting-the-constitution/
http://downtrend.com/donn-marten/fozzie-bear-fascism-obama-prepares-to-seal-the-deal-on-gutting-the-
constitution/
http://www.wnd.com/2015/04/how-americans-will-lose-their-freedoms/?cat_orig=education
http://cnsnews.com/news/article/rudy-takala/fcc-commissioner-feds-may-come-drudge

http://www.wnd.com/2015/04/see-obama-admit-seeking-counsel-from-communist/
http://www.examiner.com/article/fbi-investigates-valerie-jarrett-s-extensive-communist-family-ties
http://dailycaller.com/2015/06/25/fbi-files-valerie-jarretts-family-was-a-bunch-of-communists/
http://www.newsmax.com/Newsfront/Obama-Marxist-Progressvism-Tom-DeLay/2014/09/18/id/595462/
http://canadafreepress.com/article/progressive-chains-and-liberating-tolerance
http://finance.yahoo.com/news/obama-most-progressive-president-since-091500921.html
http://en.wikipedia.org/wiki/Benito_Mussolini (fascism, Obama style, because history repeats itself)
http://news.yahoo.com/communist-party-usa-chairman-vows-cooperation-democratic-party-
141019868.html
http://www.wnd.com/2015/05/dems-new-agenda-hauntingly-similar-to-communism/
http://canadafreepress.com/index.php/article/68638 (communist "fundamental transformation")
http://www.wnd.com/2015/05/communists-have-to-eliminate-god-from-the-system/?cat_orig=diversions
http://canadafreepress.com/index.php/article/71449 (fundamental transformation, cultural marxism,
trojan horse issue)
http://conservativetribune.com/obamas-lawyer-admission/ (fundamental transformation, cultural marxism,
trojan horse issue)
http://thehill.com/blogs/ballot-box/presidential-races/240106-cruz-warns-of-liberal-fascism-targeting-
christians
http://www.examiner.com/article/totalitarian-left-strikes-again
http://canadafreepress.com/article/71480 (communism & global warming hoax connection)
http://www.telegraph.co.uk/news/earth/environment/globalwarming/11395516/The-fiddling-with-
temperature-data-is-the-biggest-science-scandal-ever.html
http://canadafreepress.com/article/agenda-21-cooked-science-data-and-property-rights
http://freebeacon.com/national-security/european-victims-of-communism-fascism-to-be-honored-on-
black-ribbon-
day/http://www.americanthinker.com/blog/2014/08/never_forget_a_memorial_to_communisms_100_million_dead.html
http://canadafreepress.com/article/70702 (Marxism 101: Venezuela)
http://news.yahoo.com/venezuela-nationalize-food-distribution-191734377.html (Marxism)
http://finance.yahoo.com/news/venezuelan-currency-tanks-inflation-seen-134842633.html (Marxism)
http://canadafreepress.com/article/73128 (A cancer spreading called Globalism)
http://www.americanthinker.com/articles/2014/12/bernie_sanderss_12point_socialist_plan_for_america.html
http://www.judicialwatch.org/press-room/press-releases/judicial-watch-new-documents-show-irs-hq-
control-tea-party-targeting/
http://www.washingtontimes.com/news/2015/feb/22/irs-taxpayer-information-sharing-probe-stiff-armed/
http://www.wnd.com/2015/03/new-push-to-throw-out-the-corrupt-tax-code/?
cat_orig=moneyhttp://canadafreepress.com/index.php/article/71269 (taxpayer's revolt)
http://downtrend.com/videos/destroying-evidence-lois-lerner-emails
http://thehill.com/policy/finance/246133-watchdog-irs-improperly-destroyed-backups-containing-lerner-
emails
http://www.wnd.com/2015/06/watchdog-evidence-destroyed-during-irs-probe/
http://nypost.com/2015/07/07/the-irs-scandal-just-got-even-worse/
http://www.theblaze.com/contributions/there-is-no-more-doubt-i-have-the-proof-that-ties-obama-and-the-
democratic-party-to-the-irs-scandal/
http://www.newsmax.com/Newsfront/house-leaders-tax-day/2015/04/15/id/638722/
http://www.newsmax.com/Finance/StreetTalk/Moore-tax-income-inequality/2015/04/14/id/638384/
http://www.washingtonpost.com/blogs/wonkblog/wp/2015/06/01/now-we-know-what-the-federal-reserve-
did-to-inequality/
http://downtrend.com/videos/david-stockman-central-banks-coup-detat
http://moneymorning.com/2015/05/14/should-we-abolish-the-federal-reserve/?
utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+MoneyMorning+%28Money+Morning%29
http://canadafreepress.com/article/obama-taught-destroy-middle-class#at_pco=smlrebv-
1.0&at_si=55930a0f79df898d&at_ab=per-2&at_pos=6&at_tot=8
http://www.infowars.com/obamas-final-goal-is-to-destroy-the-middle-class/
http://www.truthrevolt.org/videos/andrew-klavan-what-income-redistribution
http://www.examiner.com/article/obama-s-top-30-most-disrespectful-insults-to-the-military
http://www.wnd.com/2014/08/shrink-diagnoses-marine-dangerous-without-ever-seeing-him/
http://www.dailymail.co.uk/news/article-2734919/Tepid-clapping-greets-unpopular-Obama-s-VA-speech-
American-Legion-convention-small-group-loyalists-tried-generate-applause-him.html
http://www.americanthinker.com/blog/2014/08/obamas_disconcerting_speech_to_the_american_legion.html
http://www.washingtontimes.com/news/2015/apr/15/holders-gun-ban-list-mental-defectives-mostly-vete/
http://downtrend.com/robertgehl/breaking-va-colluding-with-fbi-to-disarm-veterans
http://www.infowars.com/military-bulletin-labels-patriot-groups-militia-domestic-terrorists/
http://www.washingtontimes.com/news/2015/apr/15/us-military-losing-christians-because-of-hostile-c/
http://www.wnd.com/2014/11/enough-evidence-to-call-obama-a-traitor/?cat_orig=diversions
http://www.wnd.com/2015/01/a-traitor-in-the-white-house-if-the-shoe-fits/
http://nypost.com/2014/06/07/obama-is-driving-the-country-to-ruin/
http://www.cnsnews.com/commentary/david-limbaugh/obama-ramps-americas-destruction
http://www.wnd.com/2014/11/limbaugh-unloads-obama-is-a-sociopathic-
liar/http://www.newsmax.com/Newsfront/ben-carson-barack-obama-psychopath-
cnbc/2015/05/08/id/643490/
http://www.americanthinker.com/articles/2014/11/obamas_perfect_storm.html
http://nypost.com/2014/11/30/how-obama-blatantly-disregards-the-law/
http://www.washingtontimes.com/news/2014/nov/30/joseph-curl-be-afraid-this-is-the-real-obama/
http://www.americanthinker.com/articles/2012/09/what_obama_thinks_of_americans.html



http://www.wnd.com/2015/01/a-traitor-in-the-white-house-if-the-shoe-fits/
http://nypost.com/2014/06/07/obama-is-driving-the-country-to-ruin/
http://www.westernjournalism.com/video-obama-declares-america-no-longer-christian-nation/
http://www.wnd.com/2014/11/limbaugh-unloads-obama-is-a-sociopathic-liar/http://www.newsmax.com/Newsfront/ben-carson-barack-obama-psychopath-cnbc/2015/05/08/id/643490/
http://www.americanthinker.com/articles/2014/11/obamas_perfect_storm.html
http://nypost.com/2014/11/30/how-obama-blatantly-disregards-the-law/
http://www.washingtontimes.com/news/2014/nov/30/joseph-curl-be-afraid-this-is-the-real-obama/
http://www.americanthinker.com/articles/2012/09/what_obama_thinks_of_americans.html
http://www.wnd.com/2015/01/coalition-blasts-idea-of-giving-obama-more-power/
http://www.wnd.com/2015/01/americas-enemies-barry-and-the-wicked-witch/
http://www.examiner.com/article/exposing-the-myth-of-barack-obama-s-good-intentions
http://conservativetribune.com/obama-an-evil-muslim/#more-70223
http://www.realclearpolitics.com/video/2015/01/29/sharyl_attkisson_if_you_cross_obama_admin_they_will_treat_you_like_enemies_of_the_state.html
http://downtrend.com/vsaxena/james-risen-slams-obama-admin
http://www.washingtonpost.com/blogs/post-partisan/wp/2015/02/06/the-insiders-obamas-week-of-jaw-dropping-follies/
http://nypost.com/2015/02/07/de-blasio-and-obamas-lack-of-experience/
http://www.theblaze.com/contributions/latest-gdp-report-proves-that-obama-is-purposefully-destroying-america/
http://theweek.com/speedreads/544884/dick-cheney-calls-obama-worst-president-lifetime
http://www.examiner.com/article/the-case-against-re-electing-barack-hussein-obama-part-1
http://www.dcclothesline.com/2015/07/08/look-who-put-forward-articles-of-impeachment-against-barack-hussein-obama-soebarkah/#more-49837
http://canadafreepress.com/index.php/article/details-of-the-obama-forgery-exposed#at_pco=smlre-1.0&at_si=552ebc180b2e9b17&at_ab=per-2&at_pos=2&at_tot=4
http://conservativetribune.com/former-doj-attorney-deportation-of-obama/
http://downtrend.com/videos/sheriff-joe-illegals-birth-certificate-fake
http://www.zerohedge.com/news/2015-01-10/ron-paul-reality-now-setting-america-it-was-all-based-lies-ignorance
http://www.ronpaulinstitute.org/archives/featured-articles/2015/january/08/inner-city-turmoil-and-other-crises-my-predictions-for-2015/
https://www.yahoo.com/politics/ron-paul-investment-ad-predicts-currency-crisis-118207796096.html
http://www.forbes.com/sites/jessecolombo/2015/05/31/four-recent-bubble-warnings-that-you-need-to-worry-about/?utm_campaign=yahootix&partner=yahootix
http://www.shtfplan.com/headline-news/coming-to-america-the-hoarding-begins-greeks-rush-to-grocery-stores-gas-stations-and-atms-in-anticipation-of-collapse_06302015
http://www.newsmax.com/Finance/StreetTalk/gdp-growth-economy-federal-reserve/2015/05/31/id/647835/
http://www.cnbc.com/id/102586401("U.S. dollar is in a huge bubble")
http://www.zerohedge.com/news/2015-04-15/collapse-petrodollar-oil-exporters-are-dumping-us-assets-record-pace
http://www.wnd.com/2015/02/obamas-big-lie-set-to-clash-with-big-truth/
http://www.telegraph.co.uk/finance/comment/jeremy-warner/11569329/Jeremy-Warner-Negative-interest-rates-put-world-on-course-for-biggest-mass-default-in-history.html
http://www.westernjournalism.com/greeces-e-day-economic-avalanche-is-dragging-us-down-with-them/
http://finance.yahoo.com/video/america-evolving-banana-republic-011726793.html
http://www.washingtonexaminer.com/poll-72-fear-economic-crash-concern-highest-ever/article/2567095
http://www.newsmax.com/Finance/StreetTalk/China-currency-forex-reserve/2015/07/08/id/653982/
http://www.wnd.com/2014/01/obama-step-closer-to-seizing-retirement-accounts/
http://freedomoutpost.com/2015/07/americans-with-retirement-accounts-beware-if-our-government-does-what-china-just-did-youll-be-wiped-out/
http://downtrend.com/jrc410/house-finally-recognizes-usa-in-financial-trouble-plus-obamas-myra-plan
http://www.wsj.com/articles/investing-in-the-obamafund-1419898857
http://finance.yahoo.com/news/countries-hoarding-worlds-gold-135447608.html
http://news.yahoo.com/russia-signs-100-bn-brics-fund-rival-imf-201016980.html
http://insider.foxnews.com/2015/04/15/krauthammer-sounds-obama-saying-he-cut-federal-tax-deficit
http://www.wnd.com/2015/05/soros-economist-behind-dems-new-contract-with-america/
http://dailycaller.com/2015/04/23/the-white-house-and-soros-backed-open-borders-group-strategize-about-bribing-immigrants-to-naturalize-before-2016/
http://canadafreepress.com/article/soros-republic-enemy-1#at_pco=smlrebv-1.0&at_si=55930a21ec26bbef&at_ab=per-2&at_pos=5&at_tot=8
http://www.wnd.com/2015/05/dhs-caught-busing-in-illegal-somalis-from-mexican-border/?cat_orig=us
http://www.newsmax.com/Newsfront/george-soros-funded-ferguson-protests/2015/01/15/id/618934/
http://www.theblaze.com/stories/2015/05/03/in-a-city-where-democrats-have-reigned-for-50-years-have-liberal-policies-failed-baltimore-heres-how-one-congresswoman-answered/
http://www.newsmax.com/Headline/giuliani-liberal-democrats-baltimore/2015/04/28/id/641383/
http://downtrend.com/brian-carey/sheriff-david-clarke-baltimore-riots-are-the-result-of-failed-liberal-policies
http://downtrend.com/robertgehl/how-touching-baltimore-race-riots-bring-together-crips-bloods-and-nation-of-islam-in-one-big-thug-hug
http://www.theblaze.com/stories/2015/04/16/youre-a-waste-of-human-flesh-12-year-old-kid-has-a-fiery-message-for-al-sharpton/
http://www.judicialwatch.org/blog/2015/04/fbi-holds-special-meeting-in-juarez-to-address-isis-dhs-not-invited/
http://www.wnd.com/2015/01/save-the-planet-kill-the-muslim-third-reich/
http://news.investors.com/ibd-editorials-viewpoint/011515-734928-obama-channels-frantz-fanon-in-boycott-of-french-terror-march.htm
http://www.theblaze.com/stories/2015/03/09/beck-warns-americans-to-be-aware-of-these-three-things-saying-they-could-be-a-game-changing-series-of-cataclysmic-events/
http://downtrend.com/brian-carey/krauthammer-susan-rice-is-right-about-one-thing
http://www.newsmax.com/Newsfront/iran-nuclear-emp-attack/2015/03/19/id/631333/
http://www.newsmax.com/US/EMP-attack-Woolsey-Pry/2014/08/13/id/588431/
http://www.wnd.com/2015/03/secret-iranian-handbook-calls-for-emp-attack-on-america/?cat_orig=world
http://www.newsmax.com/Newsfront/Michele-Bachmann-Barack-Obama-Iran-Israel/2015/04/15/id/638639/
http://www.theblaze.com/stories/2015/06/08/former-wh-chief-of-staff-unloads-on-obama-admin-dumb-tone-deaf-and-incompetence/



http://www.newsmax.com/Headline/giuliani-liberal-democrats-baltimore/2015/04/28/id/641383/
http://downtrend.com/brian-carey/sheriff-david-clarke-baltimore-riots-are-the-result-of-failed-liberal-policies
http://downtrend.com/robertgehl/how-touching-baltimore-race-riots-bring-together-crips-bloods-and-nation-of-islam-in-one-big-thug-hug
http://www.theblaze.com/stories/2015/04/16/youre-a-waste-of-human-flesh-12-year-old-kid-has-a-fiery-message-for-al-sharpton/
http://www.judicialwatch.org/blog/2015/04/fbi-holds-special-meeting-in-juarez-to-address-isis-dhs-not-invited/
http://www.wnd.com/2015/01/save-the-planet-kill-the-muslim-third-reich/
http://news.investors.com/ibd-editorials-viewpoint/011515-734928-obama-channels-frantz-fanon-in-boycott-of-french-terror-march.htm
http://www.theblaze.com/stories/2015/03/09/beck-warns-americans-to-be-aware-of-these-three-things-saying-they-could-be-a-game-changing-series-of-cataclysmic-events/
http://downtrend.com/brian-carey/krauthammer-susan-rice-is-right-about-one-thing
http://www.newsmax.com/Newsfront/iran-nuclear-emp-attack/2015/03/19/id/631333/
http://www.newsmax.com/US/EMP-attack-Woolsey-Pry/2014/08/13/id/588431/
http://www.wnd.com/2015/03/secret-iranian-handbook-calls-for-emp-attack-on-america/?cat_orig=world
http://www.newsmax.com/Newsfront/Michele-Bachmann-Barack-Obama-Iran-Israel/2015/04/15/id/638639/
http://www.theblaze.com/stories/2015/06/08/former-wh-chief-of-staff-unloads-on-obama-admin-dumb-tone-deaf-and-incompetence/
http://www.washingtonexaminer.com/blunder-lawmaker-says-iran-nuke-deal-not-meeting-any-u.s.-demands/article/2567239
http://www.newsmax.com/Newsfront/Obama-concessions-nuclear-talks-enriched-uranium/2015/06/29/id/652745/
http://news.yahoo.com/former-iran-hostage-president-obama-must-demand-apology-160048516.html
http://www.infowars.com/obama-missing-nuke-now-part-of-election-debate/
http://www.wnd.com/2015/03/rush-limbaugh-12th-imam-like-antichrist/?cat_orig=faithhttp://www.examiner.com/article/shemitah-year-of-2015-may-bring-financial-upheaval
http://www.wnd.com/2015/03/this-is-the-end-pope-gives-up-cryptic-hint/
http://www.theblaze.com/stories/2015/03/27/christian-tv-hosts-claims-about-radical-islam-decapitating-people-and-american-liberalism-stir-controversy/
http://www.theblaze.com/stories/2015/04/16/ice-directors-brazen-answer-on-whether-agents-should-follow-the-law-or-obamas-immigration-directives/
http://www.theblaze.com/stories/2015/04/07/report-border-patrol-agent-suspects-apprehended-illegal-immigrant-was-russian-asset-sent-to-infiltrate-the-u-s/
http://www.theblaze.com/stories/2015/04/15/senators-ask-govt-how-many-illegals-got-social-security-the-number-is-almost-unbelievable/
http://conservativetribune.com/easy-way-to-cheat-taxpayers/
http://downtrend.com/jrc410/cowardly-republicans-in-senate-should-be-made-to-pay-for-confirmation-of-lynch
http://www.wnd.com/2015/04/state-threatening-anti-common-core-parents-with-jail/
http://www.theblaze.com/contributions/was-supreme-court-justice-john-roberts-blackmailed/
http://canadafreepress.com/article/72357 (examining the TPP)
http://conservativetribune.com/conservative-liberal-walking/
http://www.theblaze.com/contributions/dear-ignorant-people-please-dont-vote-today/

Log in to Reply



**BrotherPatriot** says:
July 12, 2015 at 3:23 pm

There is a Mountain of Evidence to support the Conspiracy of the New World Order Agenda.
When we connect the Dot's of Information, we begin to see the "bigger picture".
I commend your efforts and thank you.
Hooyah & God Bless the Awakening.

Log in to Reply



**Karen Bracken** says:
August 2, 2015 at 9:02 pm

And Obama is the one that will bring the Muslim Caliphate to America. He MUST be removed from office immediately. IMPEACHMENT is the only solution and we must do it now. http://www.cactn.weebly.com

Log in to Reply

Pingback: Only Donald Trump Can Counter the Coup D'état of 2008 by Joan Swirsky | RUTHFULLY YOURS
Pingback: Only Donald Trump Can Counter the Coup D'état of 2008 - Dr. Rich Swier

**Leave a Reply**
You must be logged in to post a comment.

---

!Footer left side
**The American Report**
Exposing What is in Plain Site

!Footer links
HOME
RADIO
BETRAYAL PAPERS
STOP QATAR NOW
EDITORIAL
GENERAL VALLELY

Contact Us
Privacy Policy
Copyright Policy

Copyright ©2021 The American Report. All Rights Reserved.   Website Design by BCS

