# Exhibit 287

Case 1:21-cv-00445-CJN Document 2-86 Filed 02/22/21 Page 2 of 7



Kindle Store › Kindle eBooks › Politics & Social Sciences

# THE HAMMER is the Key to the Coup "The Political Crime of the Century": How Obama, Brennan, Clapper, and the CIA spied on President Trump, General Flynn ... and everyone else Kindle Edition

by Mary Fanning (Author), Alan Jones (Author) | Format: Kindle Edition

★★★★½ ▾  171 ratings

› See all formats and editions

**Kindle**
**$4.99**

Read with Our Free App

"THE HAMMER is the Key to the Coup" is a summary of a multi-year investigation by national security journalists Mary Fanning and Alan Jones of The American Report into the supercomputer surveillance system known as THE HAMMER.

John Brennan, James Clapper and Barack Obama illegally commandeered the powerful foreign
› Read more

| Print length | Language | Publication date | File size | Page Flip |
|---|---|---|---|---|
| 490 pages ▾ | English | August 19, 2020 | 36972 KB | Enabled ▾ |

Due to its large file size, this book may take longer to download

**Fearless and inspiring**
Discover Black voices on Audible. Learn more

**Kindle Price: $4.99**

Buy now with 1-Click ®
Deliver to your Kindle or other device

**Buy for others**
Give as a gift or purchase for a team or group. Learn more ▾

Quantity: 1 ▾

Buy for others

Send a free sample
Deliver to your Kindle or other device

Add to List

Enter a promotion code or Gift Card

Share ✉ f 🐦 📌 <Embed>

READ ON ANY DEVICE
› Get free Kindle app

amazon book clubs early access
Add to book club
Not in a club? Learn more

## Customers who bought this item also bought
Page 1 of 19

    

| DESTROYING AMERICA: The CIA's Quest to Control the Government › Anthony Frank ★★★★½ 150 Kindle Edition $9.99 | Adam Schiff's Worst Nightmare: A Cop I Called Task Force › George Webb ★★★★ 75 Kindle Edition $1.99 | Corona 911 : The Dark Weapons Backchannel To Pakistan And China From The US Congress › George Webb ★★★★ 57 Kindle Edition $1.99 | This Book will send Obama in Jail › Greg Rubini ★★★½ 29 Kindle Edition $9.99 | Licensed to Lie: Exposing Corruption in the Department of Justice › Sidney Powell ★★★★★ 1,522 Kindle Edition $9.99 |

## Customers who viewed this item also viewed
Page 1 of 9

      

| DESTROYING AMERICA: The CIA's Quest to Control the | Corona 911 : The Dark Weapons Backchannel To Pakistan And China | Adam Schiff's Worst Nightmare: A Cop I Called Task Force | Capitol Hill's Criminal Underground: The Most Thorough Exploration of | Series during icy government (German Edition) | Who is John Brennan? › Greg Rubini ★★★★½ 35 | This Book will send Obama in Jail › Greg Rubini |

---

Document title: THE HAMMER is the Key to the Coup &quot;The Political Crime of the Century&quot;: How Obama, Brennan, Clapper, and the CIA spied on President…
Capture URL: https://www.amazon.com/HAMMER-Coup-Political-Crime-Century-ebook/dp/B08GCC689D
Capture timestamp (UTC): Mon, 08 Feb 2021 16:24:02 GMT

        

**DESTROYING AMERICA: The CIA's Quest to Control the Government**
› Anthony Frank
★★★★½ 150
Kindle Edition
$9.99

**Corona 911 : The Dark Weapons Backchannel To Pakistan And China From The US Congress**
› George Webb
★★★★ 57
Kindle Edition
$1.99

**Adam Schiff's Worst Nightmare: A Cop I Called Task Force**
› George Webb
★★★★½ 75
Kindle Edition
$1.99

**Capitol Hill's Criminal Underground: The Most Thorough Exploration of Government...**
› Richard Lawless
★★★★½ 52
Kindle Edition
$2.99

**Series during icy government (German Edition)**
Mary Fanning
Kindle Edition
$8.86

**Who is John Brennan?**
› Greg Rubini
★★★★½ 35
Kindle Edition
$9.99

**This Book will send Obama in Jail**
› Greg Rubini
★★★½ 29
Kindle Edition
$9.99

---

**Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping.   **Register a free business account**

## Product details

**ASIN :** B08GCC689D
**Publisher :** The American Report Books (August 19, 2020)
**Publication date :** August 19, 2020
**Language :** English
**File size :** 36972 KB
**Text-to-Speech :** Enabled
**Enhanced typesetting :** Enabled
**X-Ray :** Enabled
**Word Wise :** Enabled
**Print length :** 490 pages
**Lending :** Enabled
**Best Sellers Rank:** #5,871 in Kindle Store (See Top 100 in Kindle Store)
   #4 in Intelligence & Espionage (Kindle Store)
   #4 in Biographies of Espionage
   #10 in Espionage True Accounts
**Customer Reviews:** ★★★★½   171 ratings

## Videos

Help others learn more about this product by uploading a video!

[ Upload video ]

---

## Products related to this item

Page 1 of 23

Sponsored ⓘ

      

**Caste (Oprah's Book Club): The Origins of Our Discontents**
Isabel Wilkerson
★★★★★ 20,787
Kindle Edition
$14.99

**The Chronic Fatigue Syndrome Epidemic Cover-up Volume Two: The Origins of Totalitar...**
Charles Ortleb
*A detailed analysis of the way in which the cover-up of the Chronic Fatigue Syndrome epidemic has changed the nature of science and medicine.*
★★★★½ 22
Kindle Edition
$8.99

**On Tyranny: Twenty Lessons from the Twentieth Century**
Timothy Snyder
★★★★½ 12,463
Kindle Edition
$9.99

**Bag Man: The Wild Crimes, Audacious Cover-Up, and Spectacular Downfall...**
Rachel Maddow
★★★★★ 4,331
Kindle Edition
$14.99

Just released

**Bloodlines of the Illuminati: Volume 1**
Fritz Springmeier
★★★★½ 89
Kindle Edition
$9.99

**Weight Lifting Is a Waste of Time : So Is Cardio, and There's a Better Way to Have ...**
Dr. John Jaquish
★★★★ 1,486
Kindle Edition
$5.99

**The Purpose of Power: How We Come Together When We Fall Apart**
Alicia Garza
★★★★★ 439
Kindle Edition
$13.99

---



**How would you rate your experience shopping for books on Amazon today**   ✕

---

Case 1:21-cv-00445-CJN   Document 2-86   Filed 02/22/21   Page 4 of 7


22
Kindle Edition


### How would you rate your experience shopping for books on Amazon today

Very poor — Neutral — Great

## Customer reviews

★★★★☆ 4.4 out of 5

171 global ratings

| | | |
|---|---|---|
| 5 star | | 72% |
| 4 star | | 10% |
| 3 star | | 8% |
| 2 star | | 4% |
| 1 star | | 6% |

How are ratings calculated?

**Review this product**
Share your thoughts with other customers

[ Write a customer review ]

### Customer images



See all customer images

### Read reviews that mention

| must read | hammer | obama | content | america | country |
| informative | researched | state |

Top reviews ▾

### Top reviews from the United States

**Concerned Citizen**

★★★★★ **Chilling To The Bone!**
Reviewed in the United States on August 22, 2020
Verified Purchase

The Hammer Is The Key To The Coup... by Mary Fanning and Alan Jones is a "WAKE UP AMERICA and DO IT NOW!" compilation of thoroughly researched data and vital interviews with Whistleblowers, Admirals and Generals who are/were qualified to speak of Deep State operatives and the strategically planned COUP on ALL Americans. The comment "No one is safe" is chilling to the bone. This is a MUST READ by every person on the planet who cares about freedom and justice! The impressive Forwards paint the picture; Fanning and Jones give the details. At $4.99 everyone has access to the TRUTH. Buy and read it now, don't delay!



79 people found this helpful

[ Helpful ]   Report abuse

**Kug**  VINE VOICE

★★★★★ **A Blockbuster if True**
Reviewed in the United States on October 19, 2020
Verified Purchase

In this book, the authors lay out a diabolical plot during the Obamanation administration. The Hammer is a supercomputer program developed for tracking bad guys overseas. In a nutshell, they layout that Brennan, Clapper, and Obama used it on enemies. Kind of Watergate 4.0 you might say. It's plausible. I gave it 5 stars because of the information. It is not written very well in that it repeats itself as it tells the story in chronological order. But its big stuff if accurate. Of course, no one goes to jail anymore except the peons so probably all for naught.

48 people found this helpful

[ Helpful ]   Report abuse

**Amazon Customer**

★★★★★ **Tons of Interactive Information**
Reviewed in the United States on November 9, 2020
Verified Purchase

Document title: THE HAMMER is the Key to the Coup &quot;The Political Crime of the Century&quot;: How Obama, Brennan, Clapper, and the CIA spied on President…
Capture URL: https://www.amazon.com/HAMMER-Coup-Political-Crime-Century-ebook/dp/B08GCC689D
Capture timestamp (UTC): Mon, 08 Feb 2021 16:24:02 GMT                                                             Page 2 of 5

48 people found this helpful

Helpful | Report abuse

Amazon Customer

★★★★★ **Tons of Interactive Information**
Reviewed in the United States on November 9, 2020
Verified Purchase

This book is very well researched and notated. While the structure is a bit confusing, if you are now being presented with the terms HAMMER and Scorecard, following the 2020 election, this is the perfect source material. I wondered why it way only published as a Kindle book, but with all of the interactive content, it makes perfect sense.

29 people found this helpful

Helpful | Report abuse

H. Frieda

★★★★★ **Map to Fundimental Transformation of USA**
Reviewed in the United States on November 19, 2020
Verified Purchase

Frightening how far this country has elapsed into socializm. We have been lulled into believing we were immuned to this radical agenda. In 2008 when Willian Ayers name came up in relationship to Barack Obama I read the manifesto for the Weather Undergroud Ayers was part of. In 2016 the plan they spelled out in the maifesto was very obvious. Obama was their instrument. Now Joe Biden is planned as the next step to get extremist Kamala Harris in so they can take bold steps to Marxism & Communism.

27 people found this helpful

Helpful | Report abuse

Dan Tweed

★★★★★ **Why we need an Honest and Diligent Press**
Reviewed in the United States on November 9, 2020
Verified Purchase

The information in this book is credible and shocking. This needs to see the light of day with EVERY American!
You need to make T-Shirts of this cover and let "them" know "we know". The light of day takes back our power.
Thanks to the American Patriots trying to get this story out.

29 people found this helpful

Helpful | Report abuse

MICHAEL D.

★★★★★ **Very good**
Reviewed in the United States on November 12, 2020
Verified Purchase

This is a very good book. I didn't know that all of this was going on. It gives you how bad our government is.

20 people found this helpful

Helpful | Report abuse

Tugger

★★★☆☆ **What a boring book!**
Reviewed in the United States on October 6, 2020
Verified Purchase

Not so much content (well some content), but the constantly repetitive style. Could have book written in one highly informative twenty page pamplet.

17 people found this helpful

Helpful | Report abuse

sophie

★★★☆☆ **Needs Editing, Repetitive**
Reviewed in the United States on November 13, 2020
Verified Purchase

This book really could be condensed from its 400 pgs to 100. There is way too much repetition of same information.
If content written in a story line form this could be an engaging and informative read. But it drove me nuts rereading the same darn words. 47 hard drives, hammer hammer hammer. Brenner, Clapper, Obama. Yes all bad players but writers didn't edit this as it needs to be. There is insight here and discoveries but be prepared to tap the screen an move onto the next page to avoid rereading.

11 people found this helpful

Helpful | Report abuse

If content written in a story line form this could be an engaging and informative read. But it drove me nuts reading the same darn book over and over. Trust me it's a chore or harm filled with "yes" presidents lapper Clapper. Yes a all bad players but writers didn't edit this as it needs to be. There is insight here and discoveries but be prepared to tap the screen an move onto the next page to avoid rereading.

11 people found this helpful

Helpful | Report abuse

See all reviews ›

### Top reviews from other countries

And

 Based on a fraud?

Reviewed in the United Kingdom on November 12, 2020

Verified Purchase

It would appear the main whistleblower is a well known fraud and con man- I'm confused! And I am generally sympathetic to the author's political bent.

Report abuse

See all reviews ›

## More items to explore

Page 1 of 5


      

I Do Not Consent: My Fight Against Medical Cancel Culture
Simone Gold MD JD
686
Kindle Edition
#1 Best Seller in Public Health
$5.99

The Permanent Coup: How Enemies Foreign and Domestic Targeted the American President
› Lee Smith
478
Kindle Edition
$15.99

Scamdemic - The COVID-19 Agenda: The Liberal's Plot To Win The White House
› John Iovine
141
Kindle Edition
$3.99

Follow the Money: The Shocking Deep State Connections of the Anti-Trump Cabal
› Dan Bongino
3,453
Kindle Edition
$14.99

The Plot Against the President: The True Story of How Congressman Devin Nunes…
› Lee Smith
2,640
Kindle Edition
$14.99

Unreported Truths About Covid-19 and Lockdowns: Part 3:…
› Alex Berenson
1,998
Kindle Edition
#1 Best Seller in 45-Minute Science & Math Short Reads
$2.99

Corona, False Alarm?: Runaway International Bestseller!
Karina Reiss
1,408
Kindle Edition
#1 Best Seller in Biostatistics
$11.49

## What other items do customers buy after viewing this item?

   

DESTROYING AMERICA: The CIA's Quest to Control the Government
› Anthony Frank
150
Kindle Edition
$9.99

Corona 911 : The Dark Weapons Backchannel To Pakistan And China From The US Congress
› George Webb
57
Kindle Edition
$1.99

Licensed to Lie: Exposing Corruption in the Department of Justice
› Sidney Powell
1,522
Kindle Edition
$9.99

Scamdemic - The COVID-19 Agenda: The Liberal's Plot To Win The White House
› John Iovine
141
Kindle Edition
$3.99

### Report an issue

Does this book contain inappropriate content?
Report

Do you believe that this item violates a copyright?
Report

Does this book contain quality or formatting issues?
Report

