# Exhibit 288

Case 1:21-cv-00445-CJN   Document 2-87   Filed 02/22/21   Page 2 of 4



# THE AMERICAN REPORT

HOME | NATIONAL SECURITY | GULFTAINER | GULFTAINER PAPERS | THE HAMMER | OBAMA IRAQ WMD | THE BETRAYAL PAPERS
STOP QATAR NOW | EDITORIAL | GENERAL VALLELY | RADIO | CONTACT US

## Biden Using SCORECARD and THE HAMMER To Steal Another U.S. Presidential Election — Just Like Obama And Biden Did In 2012

October 31, 2020





By Mary Fanning and Alan Jones | October 31, 2020

In February 2009, the Obama administration commandeered a powerful supercomputer system known as THE HAMMER. THE HAMMER includes an exploit application known as SCORECARD that is capable of hacking into elections and stealing the vote, according to CIA contractor-turned-whistleblower Dennis Montgomery, who designed and built THE HAMMER.

THE WHISTLEBLOWER TAPES, confidential audio recordings released by U.S. DIstrict Judge G. Murray Snow's courtroom in November 2015, revealed that SCORECARD was deployed by the Obama team against Florida election computers to steal the 2012 presidential election on behalf of President Barack Obama and Vice President Joe Biden.

SCORECARD is now being activated to steal the vote on behalf of Joe Biden once again. Biden utilized THE HAMMER and SCORECARD while running for Vice President in 2012. Votes are again being stolen on Joe Biden's behalf as he runs for President of the United States in 2020.

This time, SCORECARD is stealing votes in Florida, Georgia, Texas, Pennsylvania, Wisconsin, Michigan, Nevada, and Arizona, according to Montgomery.

SCORECARD steals elections by tampering with the computers at the transfer points of state election computer systems and outside third party election data vaults as votes are being transferred.

SCORECARD uses a prismatic scoring algorithm that Montgomery created, to achieve the desired results by those that control THE HAMMER and SCORECARD.

In Florida, one of the transfer points is VR Systems Inc, based in Tallahassee.

Software vendor VR Systems operates in eight U.S. states.

The Democrats tested their technology during the Democrat party primaries. Otherwise Bernie Sanders would have won the 2020 nomination. SCORECARD was utilized on behalf of Joe Biden during the 2020 primary against Bernie Sanders. The Democrat primary was stolen from Bernie Sanders.

CIA whistleblower Dennis Montgomery turned over a massive cache of illegally harvested surveillance and election data in August 2015 and December 2015 to the FBI and CIA under two immunity agreements that were granted to Montgomery by Assistant U.S. Attorney Deborah Curtis and FBI General Counsel James Baker.

Montgomery testified regarding SCORECARD and THE HAMMER while under oath and while being videotaped at the FBI's secure Washington DC Field Office SCIF (Sensive Compartmented Information Facility). If CIA whistleblower Montgomery had lied about anything he would be in prison today for lying to the FBI. Montgomery is not in prison.

Director of National Intelligence John Negroponte invoked the State Secrets Privilege and the Government Protective Act against Montgomery in order to muzzle Montgomery and prevent him from revealing illegal acts that had been committed by the government.

Carlotta Wells, a U.S. DOJ litigator and Assistant Director of the U.S. Department of Justice since the 1990s, told Montgomery that the State Secrets Privilege and Governor Protective Order cannot be invoked by government officials for the purpose of covering up government malfeasance. If covering up government malfeasance is the government's intention, Wells told Montgomery, the muzzle order is null and void.



Document title: Biden Using SCORECARD and THE HAMMER To Steal Another U.S. Presidential Election — Just Like Obama And Biden Did In 2012 - The American…
Capture URL: https://theamericanreport.org/2020/10/31/biden-using-scorecard-and-the-hammer-to-steal-another-u-s-presidential-election-just-like-obama-and-biden-did-…
Capture timestamp (UTC): Mon, 08 Feb 2021 16:24:33 GMT

Montgomery testified regarding SCORECARD and THE HAMMER while under oath and while being videotaped at the FBI's secure Washington DC Field Office SCIF (Sensitive Compartmented Information Facility). If CIA whistleblower Montgomery had lied about anything he would be in prison today for lying to the FBI. Montgomery is not in prison.

Director of National Intelligence John Negroponte invoked the State Secrets Privilege and the Government Protective Act against Montgomery in order to muzzle Montgomery and prevent him from revealing illegal acts that had been committed by the government.

Carlotta Wells, a U.S. DOJ litigator and Assistant Director of the U.S. Department of Justice since the 1990s, told Montgomery that the State Secrets Privilege and Governor Protective Order cannot be invoked by government officials for the purpose of covering up government malfeasance. If covering up government malfeasance is the government's intention, Wells told Montgomery, the muzzle order is null and void.

The Obama Administration illegally commandeered THE HAMMER and SCORECARD. They moved THE HAMMER to Fort Washington, Maryland on February 3, 2009.

The Obama White House had an encrypted VPN in order to access THE HAMMER at will.

On December 20, 2015, as a part of a summary of information disclosed in THE WHISTLEBLOSER TAPES, The American Report revealed the following information on The American Report's official Facebook Page:

> Florida voter registration disk removed and new disk inserted for redistricting via "THE HAMMER" computer system in Fort Washington Maryland-via Navy Intel cover…(they stole the Florida election via re-districting in Florida? How many other states did Brennan and Clapper do this?)



FBI General Counsel James Baker, testifying under oath before a joint Congressional committee, stated that he took possession of Dennis Montgomery's evidence. Baker dispatched FBI Special Agents Walter Giardina and William Barnett to the FBI Miami Field Office in August 2015 to pick up Montgomery's computer hard drives.

Baker testified before Congress in October 2018:

> Can I just — I'm turning to the Bureau to describe this. So his client was an individual named Dennis Montgomery, who I believe, to the best of my recollection, he said that he had been a U.S. Government contractor and, in the course of that work, had come across evidence of unlawful surveillance by the government of Americans — and including government officials — and wanted to give that information to the Bureau, which eventually did take place.

Baker confirmed that Montgomery had provided his FBI agents with evidence that government officials were conducting unlawful domestic surveillance of Americans, including other government officials.

It is of utmost importance to recognize that Robert Mueller's FBI supplied the computers for THE HAMMER, according to Montgomery.

Soviet dictator Joseph Stalin famously stated:

> "I consider it completely unimportant who in the party will vote, or how; but what is extraordinarily important is this — who will count the votes, and how."

COPYRIGHT 2020 MARY FANNING AND ALAN JONES




   

You may also like:







FOX News And Rupert Murdoch Knew About THE HAMMER and SCORECARD Since 2013


WATCH: THE KRAKEN Revealed: Proves Domestic Traitors And Foreign Enemies Attempted To Steal America's Election


Lt. Gen. Thomas McInerney USAF (Ret) And The American Report's Mary Fanning Discuss SCORECARD And THE HAMMER Election Hack On Worldview Weekend With Brannon Howse


STEALING AMERICA: 'Former' Communist Comey Got SCORECARD Election Hacking Source Code And Knew SolarWinds Was Not Secure



FBI General Counsel James Baker, testifying under oath before a joint Congressional committee, stated that he took possession of Dennis Montgomery's evidence. Baker dispatched FBI Special Agents Walter Giardina and William Barnett to the FBI Miami Field Office in August 2015 to pick up Montgomery's computer hard drives.

Baker testified before Congress in October 2018:

> Can I just — I'm turning to the Bureau to describe this. So his client was an individual named Dennis Montgomery, who I believe, to the best of my recollection, he said that he had been a U.S. Government contractor and, in the course of that work, had come across evidence of unlawful surveillance by the government of Americans — and including government officials — and wanted to give that information to the Bureau, which eventually did take place.

Baker confirmed that Montgomery had provided his FBI agents with evidence that government officials were conducting unlawful domestic surveillance of Americans, including other government officials.

It is of utmost importance to recognize that Robert Mueller's FBI supplied the computers for THE HAMMER, according to Montgomery.

Soviet dictator Joseph Stalin famously stated:

> "I consider it completely unimportant who in the party will vote, or how; but what is extraordinarily important is this — who will count the votes, and how."

COPYRIGHT 2020 MARY FANNING AND ALAN JONES





You may also like:


FOX News And Rupert Murdoch Knew About THE HAMMER and SCORECARD Since 2013


WATCH: THE KRAKEN Revealed: Proves Domestic Traitors And Foreign Enemies Attempted To Steal America's Election


Lt. Gen. Thomas McInerney USAF (Ret) And The American Report's Mary Fanning Discuss SCORECARD And THE HAMMER Election Hack On Worldview Weekend With Brannon Howse


STEALING AMERICA: 'Former' Communist Comey Got SCORECARD Election Hacking Source Code And Knew SolarWinds Was Not Secure


RELEASE THE KRAKEN: HAMMER / SCORECARD Whistleblower Montgomery Gave Sworn Testimony To FBI And DOJ About SCORECARD, Dominion, Smartmatic In 2015


DHS Cyber Director Chris Krebs And Deputy Director Matt Travis Tied To Clapper Who Commandeered HAMMER / SCORECARD


Proof Positive: Coordinated Cyberwarfare Attack Against US By China, Russia, Iran, Iraq, Pakistan To Steal Election From Trump


CLONING THE VOTE: Did DEMs Use HAMMER / SCORECARD To Repeatedly CLONE Blocks of Biden Votes?

← Since 2015, FBI, DOJ Hid Secret Evidence Proving Hunter And Joe Biden's China Ties Says CIA Whistleblower Russian, Chinese Club-K Container Missiles; Biden's TIGER Grants Set The Table For GULFTAINER

Shady Biden Port Deals Placed US At Risk From →

!Footer left side
The American Report
Exposing What is in Plain Site

!Footer links
HOME
RADIO
BETRAYAL PAPERS
STOP QATAR NOW
EDITORIAL
GENERAL VALLELY

Contact Us
Privacy Policy
Copyright Policy

Copyright ©2021 The American Report. All Rights Reserved.   Website Design by BCS



Document title: Biden Using SCORECARD and THE HAMMER To Steal Another U.S. Presidential Election — Just Like Obama And Biden Did In 2012 - The American…
Capture URL: https://theamericanreport.org/2020/10/31/biden-using-scorecard-and-the-hammer-to-steal-another-u-s-presidential-election-just-like-obama-and-biden-did-…
Capture timestamp (UTC): Mon, 08 Feb 2021 16:24:33 GMT
Page 2 of 2