# Exhibit 289



