# Exhibit 296

2/9/2021
Case 1:21-cv-00445-CJN   Document 2-95   Filed 02/22/21   Page 2 of 2
minitab screenshot app print

screenshot-web.archive.org-2021.02.09-11_16_43
http://web.archive.org/web/20210123135550/https://twitter.com/realMikeLindell/status/1350298525549137921
09.02.2021

