# Exhibit 298



PC  #Amplify   #WorkFromHome   Reviews   Best Products   How-To   News   Newsletters         Find products, advice, tech news

Home > Encyclopedia > O

# OUI

Search PCMag Encyclopedia

### BROWSE ENCYCLOPEDIA

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  0-9

(**O**rganizational **U**nique **I**dentifier) The part of the MAC address that identifies the vendor of the network adapter. The OUI is the first three bytes of the six-byte field and is administered by the IEEE. See MAC layer.

THIS DEFINITION IS FOR PERSONAL USE ONLY. All other reproduction requires permission.
Copyright © 1981- 2021. The Computer Language Co Inc. All rights reserved.

ADVERTISEMENT



**PC Magazine Digital Edition**
Get 67% Off Newsstand Price →

**PCMag Newsletters**
Our Best Stories in Your Inbox →

**Follow PCMag**
f  ⌨  ◨  G  ◯  ⓟ

### HONEST, OBJECTIVE REVIEWS

PCMag.com is a leading authority on technology, delivering Labs-based, independent reviews of the latest products and services. Our expert industry analysis and practical solutions help you make better buying decisions and get more from technology.

