# Exhibit 299



Search

| Standards | Products & Services | Technologies & Initiatives | Participate | MAC ADDRESS | BUY STANDARDS |

# IEEE SA - Registration Authority

< Products & Services

Registration Authority

Infographic

Apply for an Assignment

Information Change Form

Credit Application Form

Tutorials

Contact Us

MA-L

MA-M

MA-S

CID

Ethertype

Manufacturer ID

LLC

URN



How to obtain MAC addresses (English)
Watch later    Share

View in: Chinese | English | Japanese | Korean | Russian



**ABOUT THE REGISTRATION AUTHORITY**

IEEE offers Registration Authority programs or registries which maintain lists of unique identifiers under standards and issue unique identifiers to those wishing to register them. The IEEE Registration Authority assigns unambiguous names to objects in a way which makes the assignment available to interested parties.

**PUBLIC LISTING**

Search for an Assignment

IEEE websites place cookies on your device to give you the best user experience. By using our websites, you agree to the placement of these cookies. To learn more, read our Privacy Policy.    Accept & Close



- PSID
- IEEE 802.16 Operator ID
- Standard Group MAC Address
- STID
- SDOID
- AcpcTreeId
- ElectorGroupId

- IEEE MA-M Assignments (.csv)
- IEEE MA-S Assignments (.csv)
- IEEE IAB Assignments (.csv)
- IEEE CID Assignments (.csv)
- IEEE Ethertype Assignments (.csv)

- IEEE Operator ID Assignments (.csv)
- IEEE PSID Assignment
- IEEE Logical Link Control Assignments
- IEEE Standards Group Assignments
- IEEE STID Assignments

## REGISTRIES

**MAC Address Block Large (MA-L)**
An MA-L assignment includes an OUI and large blocks of EUI-48 and EUI-64 values which can be used as MAC Addresses, Bluetooth Device Addresses, Ethernet Addresses or object identifiers.

**MAC Address Block Medium (MA-M)**
An MA-M assignment includes medium blocks of EUI-48 and EUI-64 values which can be used as MAC Addresses, Bluetooth Device Addresses, Ethernet Addresses or object identifiers.

**MAC Address Block Small (MA-S)**
An MA-S assignment includes an OUI-36 and small blocks of EUI-48 and EUI-64 values which can be used as MAC Addresses, Bluetooth Device Addresses, Ethernet Addresses or object identifiers.

**Company ID (CID)**
A unique 24-bit identifier that cannot be used to generate EUI-48 or EUI-64 values. Therefore, the CID is especially applicable in applications where unique MAC addresses are not required.

**Ethertype**
Provides a context for interpretation of the data field of an Ethernet/IEEE 802.3 data frame (protocol identification).

**Manufacturer ID**
The manufacturer of a transducer is defined with a 14-bit code called the manufacturer ID.

**Logical Link Control (LLC)**
Contains addressing information that consists of the Destination Service Access Point (DSAP) and the Source Service Access Point (SSAP) address field.

**AcpcTreeId**
An identifier for a specific set of binary trees used to convey certificate access codes to certificate users who are using the Activation Codes for Pseudonym Certificates (ACPC) technique specified in IEEE Std 1609.2.1. The assignee of an AcpcTreeId is assigned to operate an

**Unique Registration Number (URN)**
A 64-bit unique identifier contained in memory devices, or nodes, in which IEEE 1451.4 TEDS data is stored.

**IEEE Template/TDL Item**
IEEE template is a definition of the placement and significance of each piece of data stored within the TEDS memory. A TDL's purpose is to map bits.

**Provider Service Identifier (PSID)**
Used by IEEE 1609 standards to identify a particular application service provider that announces it is providing a service to potential users of an application or service.

**IEEE 802.16 Operator ID**
A 24-bit number that is broadcast by a base station as part of its Base Station ID.

**Standard Group MAC Address**
NOTE: For Standards Development use ONLY. A Universally Administered Address Block allocated for the assignment of Group MAC Addresses for use in Standards.

**IEEE 1667 Silo Type Identifier (STID)**
IEEE 1667 specifies the interface to and behavior of several silos (e.g., Probe Silo, TCG Storage Transport Silo, Password Silo, and Smart Card Transport Silo). External silos may be defined outside of the standard, be either public or private, and involve third-party licensing. Guidelines for external silos are specified in IEEE 1667.

**IEEE Std 1588™ sdoId**
The sdoId (Standards Development Organization Identifier) is a protocol attribute, per IEEE Std 1588, that identifies the PTP Profile in use by the PTP Instance.

**ElectorGroupId**
An identifier for a Certificate Trust List series allowing for the management of roots of trust within the certificate management system as specified in IEEE

IEEE websites place cookies on your device to give you the best user experience. By using our websites, you agree to the placement of these cookies. To learn more, read our Privacy Policy.   Accept & Close

The manufacturer of a transducer is defined with a 14-bit code called the manufacturer ID.

### Logical Link Control (LLC)
Contains addressing information that consists of the Destination Service Access Point (DSAP) and the Source Service Access Point (SSAP) address field.

### AcpcTreeId
An identifier for a specific set of binary trees used to convey certificate access codes to certificate users who are using the Activation Codes for Pseudonym Certificates (ACPC) technique specified in IEEE Std 1609.2.1. The assignee of an AcpcTreeId is assigned to operate an ACPC Certificate Access Manager using that AcpcTreeId.

External silos may be defined outside of the standard, be either public or private, and involve third-party licensing. Guidelines for external silos are specified in IEEE 1667.

### IEEE Std 1588™ sdoId
The sdoId (Standards Development Organization Identifier) is a protocol attribute, per IEEE Std 1588, that identifies the PTP Profile in use by the PTP Instance.

### ElectorGroupId
An identifier for a Certificate Trust List series allowing for the management of roots of trust within the certificate management system as specified in IEEE Std 1609.2.1. The assignee of an ElectorGroupId serves as the SCMS Manager of that ElectorGroupId.

**REGISTRATION AUTHORITY GOVERNANCE AND ADDITIONAL INFORMATION**

The IEEE Registration Authority operates under the direction of the IEEE SA Board of Governors.

### Registration Authority Committee (RAC)
Oversight committee that assists standard developing organizations to establish unambiguous, sustainable registration authorities.

### Tutorials
Informative documents to assist with learning more about IEEE Standard Association Registries.

### Credit Application Form
For those interested in paying for a registry via purchase order.

### FAQs
The commonly most asked questions about our registries and how they are used.

### Contact Us
Contact Registration Authority staff via ieee-registration-authority@ieee.org, snail mail, phone or fax.



### About
About Us
Corporate Program
Distributor Program
Global Engagement
Policies & Procedures
Training + Development
FAQs
Contact Us

### Board of Governors (BoG)
About the BOG
Awards Committee
Corp. Advisory Group
Reg. Auth. Committee
SPCC

### Standards Board (SASB)
About the SASB
Board Approvals
AudCom
ICCom
NesCom
PatCom
ProCom
RevCom

### News & Events
Events
News
Standards Focus
Standards Newswire
Featured

IEEE websites place cookies on your device to give you the best user experience. By using our websites, you agree to the placement of these cookies. To learn more, read our Privacy Policy.   Accept & Close