# Exhibit 303

FEB 08, 11:48 AM EST

# International Business Times

NEWSLETTER SIGNUP

Business    Technology    World    National    **Politics**    Media & Culture    Opinion    Sports    Luxury



COTOSEN
up to **50% OFF**
SHOP NOW

**Politics**

# What Happened To Sidney Powell And Rudy Giuliani? Fox Drops Lawyers Amid Lawsuits

By Cullen Paradis
01/15/21 AT 2:13 PM

    

### KEY POINTS

- After weeks of pushing an election fraud narrative, Fox News abruptly dropped Trump lawyers Sidney Powell and Rudy Giuliani
- The timing matches up with the arrival of legal notices from the companies they allegedly stole the election
- Giuliani and Powell now face lawsuits and disbarment, with few allies

Sidney Powell and Rudy Giuliani, once staples of Fox News, abruptly disappeared from the airways after Fox received legal warnings for their disinformation. Now the pair are embroiled in legal battles and political strife as former allies turn on them.

Powell and Giuliani spent months pushing Donald Trump's election fraud narrative with cable network Fox News as one of their most frequent outlets. Right up until Dec. 10, Powell was welcomed onto Maria Bartiromo's shows with the promise of "groundbreaking new evidence" of a "cyber Pearl Harbor."

It was around that time, however, that Fox started receiving legal notices.

The voting companies that Powell and Giuliani's "Kraken" accused of stealing the presidential election weren't about to take the allegations sitting down, and they sent a wave of legal threats to those involved.

On Dec. 10 an attorney for Smartmatic sent Fox a letter accusing them of "[publishing] and [republishing] dozens of false and misleading statements regarding Smartmatic," demanding an apology and retraction of the false information.

Powell never returned to the network, and Giuliani made a final appearance two days later before vanishing. Lou Dobbs also aired a clarification segment on the election theories his show had pushed. Fox received a second letter from Dominion Voting Systems, ordering them to preserve documentation ahead of legal action.


A November 19, 2020 photo shows Sidney Powell speaking during a press conference at the Republican National

## MOST READ

1 / MyPillow Election Conspiracy Documentary Removed From YouTube


2 / More Fox News Shows Could Be On Chopping Block


3 / Ron Johnson Believes Trump Shouldn't Be Impeached


4 / Sanders, AOC Slam $1,400 Check Income Gap


5 / The Price Of A Super Bowl Commercial Revealed


Stay up to date with our daily newsletter

### LATEST NEWS

Bitcoin Hits Record Near $45,000 After Tesla Investment


China Reports No New Local COVID Cases, First In 2 Months, But Can Data Be Trusted?


Myanmar: Growing Protest Since Military Coup


China Blocks Clubhouse App That Gave Rare Access To Uncensored Topics


Brent Breaks $60 A Barrel On Oil Demand Recovery Hopes







NEWSLETTER SIGNUP

| IBT | Business | Technology | World | National | Politics | Media & Culture | Opinion | Sports | Luxury |



A November 19, 2020 photo shows Sidney Powell speaking during a press conference at the Republican National Committee headquarters in Washington, DC. - US President Donald Trump's personal lawyer Rudy Giuliani and campaign lawyer Jenna Ellis reportedly said that Powell is not a member of the Trump legal team.    (Photo: MANDEL NGAN / AFP) (Photo by MANDEL NGAN/AFP via Getty Images)

Consequences for Powell and Giuliani didn't stop with the loss of their platform: Powell faces a $1.3 billion lawsuit from Dominion for her "demonstrably false" accusations and has been largely abandoned by her former allies after her typo-ridden "kraken" failed to impact election results.

---



Marc E. Elias ✔
@marceelias

NEW: If you thought Sidney Powell and her Kraken team of lawyers might have fixed the typos prior to filing their Georgia lawsuit, you were wrong.
democracydocket.com/cases/georgia-...

Case 1:20-cv-04809-TCB   Document 1   Filed 11/25/20   Page 1 of 104

IN THE UNITED STATES **DISTRICCT** COURT, NORTHERN **DISTRCOICT** OF GEORGIA, ATLANTA DIVISION

CORECO JAXQAN PEARSON,
VIKKI TOWNSEND CONSIGLIO,
GLORIA KAY GODWIN, JAMES
KENNETH CARROLL , CAROLYN HALL
FISHER, CATHLEEN ALSTON LATHAM,
and BRIAN JAY VAN GUNDY,

    Plaintiffs,

v.

BRIAN KEMP, in his official capacity as
Governor of Georgia, BRAD
RAFFENSPERGER, in his official
capacity as Secretary of State and Chair
of the Georgia State Election Board,
DAVID J. WORLEY, in his official
capacity as a member of the Georgia
State Election Board, REBECCA
N.SULLIVAN, in her official capacity as
a member of the Georgia State Election
Board, MATTHEW MASHBURN, in his
official capacity as a member of the
Georgia State Election Board, and ANH
LE, in her official capacity as a member
of the Georgia State Election Board,

    Defendants.

    CASE NO.

9:04 PM · Nov 27, 2020

♡ 12.1K      💬 2.7K      🔗 Copy link to Tweet

---

Giuliani fared slightly better until recently, making appearances and speeches at Trump rallies. In the wake of Trump's most recent impeachment, however, Trump has ordered that Giuliani's legal fees not be paid, CNN reports.

**RELATED STORIES**

▪ Trump's Team Drops Lawyer Who Promoted Conspiracy Theories
▪ Rudy Giuliani Says 'Game Of Thrones' Inspired His Capitol Riot Speech

Having traded in much of his credibility and facing disbarment, Giuliani may not even be compensated as he joins the wide ranks of workers Trump has refused to pay.

**PROMOTED CONTENT**                                  by mgid

  

Brent Breaks $60 A Barrel On Oil Demand Recovery Hopes



Social Capital
Trail Blazing CEOs
Redefining Business Success



Austen Allred

Want To Prevent The Next Generation Of Student Debt? Look Toward Employers



Brian Scudamore

My Favorite Day Of The Pandemic

How America's Top Social Capital CEOs Can Teach Us the Power of Kindness

COTOSEN

up to 50% OFF
SHOP NOW

COTOSEN

up to 50% OFF
SHOP NOW



IBT   Business   Technology   World   National   **Politics**   Media & Culture   Opinion   Sports   Luxury          NEWSLETTER SIGNUP



You Can't Go Past Our Healthy Quick Recipes

Want To Seriously Cut On Sugar? You Need To Know A Few Tricks

7 Most Asntonishing Train Stations In The World

10 Risky Jobs Some Women Do

Is It Normal To Date Your BFF's Ex?

9 Facts You Should Know Before Getting A Tattoo

**JOIN THE DISCUSSION**

**Ask: Social Security**

Get an Answer ASAP®

A SS Expert Will Answer You Now! Get Unlimited Questions Answered

justanswer.com

OPEN

Advertisement

**Comments (9)**

Write a comment

Sort by Latest ▾

**Bruce Kilgour** 21d
Careful what you wish for. Sydney Powell will FINALLY be able to present her indisputable election fraud evidence before a court of law.

👍 👎   Share  Reply

**Bukobol Legend3377** → Bruce Kilgour 21d
we're so excited since nov 3

👍 👎   Share  Reply

**endless nameless** → Bruce Kilgour 21d
Which means she is doomed. Why would Dominion sue knowing they would have to lay out everything in court if they were guilty? She is in waaay over her head which has cost her any credibility and now, probably, her financial security. I think she thought they would never retaliate. She was wrong.

👍 👎   Share  Reply

**Sky** → endless name... 20d
it's possibly a scare tactic to get her to back off.....

👍 👎   Share  Reply

**smith** 23d



Share  Reply

**S**  smith 23d

All they have to do is take her to court, then she can show the evidence. SO this is a great idea!

👍 2 👎  Share  Reply

**EN**  endless nameless → smith 21d

Thats the issue. She doesn't have anything that will stand up in a court of law.

👍 👎  Share  Reply

**NG**  N G 24d

Hard to know what or who to believe. All the backpedaling and public apologizing in the wake of Dominion's defamation lawsuits (or threats thereof) suggest that Powell was playing a game. Given the high stakes, though, it seems improbable that a lawyer of her stature would make public claims without ironclad proof to back them up. Of course Fox and other outlets that reported her allegations uncritically will have no choice but to retract under threat of legal action because the evidence, if such exists, is not theirs to produce.

I don't think any of us are ever going to know the real truth.

👍 👎  Share  Reply

**R**  Rob → N G 24d

That's ridiculous. She shut up and was not asked back because clearly she has no legal standing. A lawyer of any reputable standing wouldn't make the false claims she did with no evidence to back it up. Here's the real truth.... Trump lost and these people have been blatantly lying. When Did news drops you - you're radioactive.

👍 1 👎  1  Share  Reply

**D**  Debbie → Rob 3d

So are the MANY millions of Trump supporters supposed to tuck their tails n go sit in the corner n accept their votes never counted! I don't think so!

👍 👎  Share  Reply

**TALK OF THE TOWN**

Amber Heard Slammed After Addressing Audio Clip Of Her Allegedly Admitting To Hitting Johnny Depp
12 Comments

YouTube Removes MyPillow 'Absolute Proof' Conspiracy Documentary, But Not Before Thousands Watched
7 Comments

Republicans Fail To Convince Biden To Reduce Stimulus Bill, Abandon $1,400 Checks
4 Comments

Biden Approval Rating Is Below 50%, Only 45% Find Kamala Harris 'Favorable'
3 Comments

Sophie Xeon Dead: Music Industry Mourns The Untimely Death Of Iconic Producer
2 Comments

Biden Makes It Clear He Won't Commit This Huge Trump Mistake
2 Comments

Show more articles

🗨 Add Vuukle  🔒 Privacy                                          ⓥ Vuukle

WHO'S SMARTER?

---

Document title: What Happened To Sidney Powell And Rudy Giuliani? Fox Drops Lawyers Amid Lawsuits
Capture URL: https://www.ibtimes.com/what-happened-sidney-powell-rudy-giuliani-fox-drops-lawyers-amid-lawsuits-3123327
Capture timestamp (UTC): Mon, 08 Feb 2021 16:50:45 GMT

