# Exhibit 306

    

SIGN IN | NPR SHOP | DONATE

NEWS | ARTS & LIFE | MUSIC | SHOWS & PODCASTS | SEARCH

HOURLY NEWS | LISTEN LIVE | PLAYLIST

TECHNOLOGY

# My Pillow CEO Mike Lindell Permanently Suspended From Twitter

January 26, 2021 · 10:17 AM ET

BRAKKTON BOOKER



Mike Lindell, the CEO of My Pillow, had been using his Twitter account to spread disinformation about the 2020 election.
*Bloomberg via Getty Images*

Twitter has suspended Mike Lindell, the CEO of My Pillow, from the social media platform. He had been using his Twitter account to spread disinformation about the 2020 election, including false claims of voter fraud and election rigging.

Lindell's account was "permanently suspended due to repeated violations of our Civil Integrity Policy," a Twitter spokesperson told NPR. It was not immediately clear which posts from Lindell led to his removal from the social media platform.

Lindell is a close ally of former President Donald Trump and visited the White House during the final week of Trump's administration.





Document title: My Pillow CEO Mike Lindell Permanently Suspended From Twitter : NPR
Capture URL: https://www.npr.org/2021/01/26/960679189/my-pillow-ceo-mike-lindell-permanently-suspended-from-twitter
Capture timestamp (UTC): Mon, 08 Feb 2021 16:53:05 GMT





Trump ally Mike Lindell waits outside the West Wing of the White House on Jan. 15, five days before the inauguration of President Joe Biden.
*Drew Angerer/Getty Images*

Twitter announced a new civic integrity policy this month that states that users may not use its service "for the purpose of manipulating or interfering in the elections or other civic processes."

Posting content that could repress participation or deceive people on the civic process would also be considered a violation, the company said.

Facebook, Twitter and other tech giants suspended Trump's verified accounts earlier this month, in the days after a mob attacked the U.S. Capitol.

---

Article continues after sponsor message



**A Totally New Kind of Sneaker**
Never struggle with your shoes again. Experience a new kind of easy on hands free sneaker!

---

A mob of pro-Trump extremists descended on the seat of the federal government on Jan. 6, at Trump's urging, as lawmakers gathered to certify Biden's electoral victory. The insurrection left five people dead, including a U.S. Capitol Police officer.



**INSURRECTION AT THE CAPITOL: LIVE UPDATES**
Facebook Removes 'Stop The Steal' Content; Twitter Suspends QAnon Accounts

Following the mayhem in Washington, Twitter announced it had suspended more than 70,000 accounts that "engaged in sharing harmful QAnon-associated content ... dedicated to the propagation of this conspiracy theory across this service."

Facebook announced similar measures that it was removing content containing the phrase "stop the steal" from its Facebook and Instagram platforms.

Lindell's removal from Twitter comes as he faces possible legal action from Dominion Voting Systems for spreading misinformation about fraud linked to its voting machines, The New York Times reported earlier this month.

Dominion has filed lawsuits against Rudy Giuliani and  **POLITICS**
Dominion Voting Systems

Lindell's removal from Twitter comes as he faces possible legal action from Dominion Voting Systems for spreading misinformation about fraud linked to its voting machines, The New York Times reported earlier this month.

Dominion has filed lawsuits against Rudy Giuliani and Sidney Powell, lawyers who worked with Trump on his postelection flurry of legal actions, for similar fraud claims.

**POLITICS**
Dominion Voting Systems Suing Giuliani For Defamation

Dominion is seeking $1.3 billion in damages from both Giuliani and Powell.

mike lindell · my pillow ceo · capitol insurrection · trump · twitter

## Sign Up For The NPR Daily Newsletter

Catch up on the latest headlines and unique NPR stories, sent every weekday.

What's your email?   SUBSCRIBE

By subscribing, you agree to NPR's terms of use and privacy policy. NPR may share your name and email address with your NPR station. See Details. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

## More Stories From NPR

**SCIENCE**
What's In A Tattoo? Scientists Are Looking For Answers

**BUSINESS**
In Alabama, Workers At Amazon Warehouse Are Poised For Union Vote

**ASIA**
Myanmar Blocks Facebook, Twitter As Anti-Coup Protests Grow

**SPACE**
Nagin Cox: What Does Time On Mars Teach Us About Time On Earth?

**NATIONAL**
Why QAnon Survives After Trump

**BUSINESS**
Ken Griffin: The Hedge Fund Titan In The Middle Of The Reddit Investing Revolt

**BUSINESS**

Ken Griffin: The Hedge Fund Titan In The Middle Of The Reddit Investing Revolt





## Popular on NPR.org

**HEALTH**

How Severe Is Your State's Coronavirus Outbreak?



**GLOBAL HEALTH**

Coronavirus World Map: We've Now Passed The 100 Million Mark For Infections

**POLITICS**

Biden Administration: Here Are His Cabinet Members And Key Advisers



**MUSIC VIDEOS**

Melanie Charles: Tiny Desk (Home) Concert



**MUSIC VIDEOS**

Immanuel Wilkins: Tiny Desk (Home) Concert



**POLITICS**

Congress And COVID-19: Members' Cases And Quarantines



## NPR Editors' Picks

**POLITICS**

House Democrats Renew Investigation Into Trump-Era COVID-19 Response



**POLITICS**

After Record 2020 Turnout, State Republicans Weigh Making It Harder To Vote






**POLITICS**
Congress And COVID-19: Members' Cases And Quarantines



## NPR Editors' Picks

**POLITICS**
House Democrats Renew Investigation Into Trump-Era COVID-19 Response



**POLITICS**
After Record 2020 Turnout, State Republicans Weigh Making It Harder To Vote



**POLITICS**
State Department Condemns Group It Removed From Terrorist List



**HEALTH**
My Mother Got Vaccinated. Is It Now Safe To Visit?



**TELEVISION**
Flat Matt, Falling Lemons And Digital Dolly: The 2021 Super Bowl Ads



**SPORTS**
Tom Brady Leads Tampa Bay Buccaneers To Super Bowl Win Over Kansas City Chiefs 31-9



| READ & LISTEN | CONNECT | ABOUT NPR | GET INVOLVED |
|---|---|---|---|
| Home | Newsletters | Overview | Support Public Radio |
| News | Facebook | Finances | Sponsor NPR |
| Arts & Life | Twitter | People | NPR Careers |
| Music | Instagram | Press | NPR Shop |
| Podcasts | Contact | Public Editor | NPR Events |
| Programs | Help | Corrections | Visit NPR |

terms of use    privacy    your privacy choices    text only    © 2021 npr