# Exhibit 307


Advertisement

MarketWatch

Latest   Coronavirus   Watchlist   Markets   Investing   Barron's   Personal Finance   Economy   Retirement   **SUBSCRIBE NOW**

Home  >  Economy & Politics  >  The Margin

The Margin

# Twitter has permanently banned the corporate MyPillow account after founder Mike Lindell posted from it

Last Updated: Feb. 2, 2021 at 5:35 p.m. ET
First Published: Feb. 2, 2021 at 12:26 p.m. ET

By Nicole Lyn Pesce

310

**Lindell tried getting around his personal Twitter ban by using his company's account to call out Jack Dorsey**



Twitter permanently suspended the MyPillow account after Mike Lindell tweeted from it in defiance of his personal ban from the social-media platform.
MARKETWATCH PHOTO ILLUSTRATION/GETTY IMAGES

 

**Referenced Symbols**

Sponsored By  Ameritrade

TWTR 2.08% ▲   KSS 2.67% ▲   BBBY -1.09% ▼   W -2.37% ▼

Do business where business is done.

Learn more   Linked in Marketing Solutions

Advertisement

**Partner Center**

LEARN TO TRADE   FIND A TOP FINANCIAL ADVISOR

Ameritrade Meet thinkorswim® Web   VIEW SAVINGS RATES

**Most Popular**

 Apple supplier Dialog Semiconductor snapped up by Japanese tech giant for $6 billion

 U.S. COVID case tally tops 27 million, while South Africa abandons AstraZeneca vaccine

 My fiancé wants me off the deed and mortgage to our new home. If I don't agree, he says we'll stay engaged forever

 3 things you can do in 2021 to set your kid up to become a millionaire

Is this Amazon's attempt at reputation laundering?

 You are approaching your article limit. Get unlimited access for only $1 for 4 weeks.

Document title: Twitter has permanently banned the corporate MyPillow account after founder Mike Lindell posted from it - MarketWatch
Capture URL: https://www.marketwatch.com/story/twitter-has-permanently-banned-the-corporate-my-pillow-account-after-founder-mike-lindell-posted-from-it-11612286764
Capture timestamp (UTC): Mon, 08 Feb 2021 16:54:30 GMT

**Referenced Symbols**

TWTR 2.08% ▲    KSS 2.67% ▲    BBBY -1.09% ▼    W -2.37% ▼

Sponsored By:  TD Ameritrade

Twitter is putting MyPillow to bed — permanently.

The social-media platform suspended Mike Lindell's personal account last week, after the MyPillow CEO continued to spread baseless claims that Donald Trump won the 2020 U.S. presidential election, which he lost to President Joe Biden by more than 7 million votes, 4½ percentage points and 74 votes in the Electoral College. Now, the corporate MyPillow account has also been permanently banned after Lindell tweeted from it to circumvent his personal ban — and to call out Twitter TWTR, 2.08% CEO Jack Dorsey for "canceling" him.

Read: Twitter permanently bans MyPillow founder Mike Lindell

"Thank you to everyone who has supported MyPillow during this time.....Jack Dorsey is trying to cancel me (Mike Lindell) out!" the company tweeted Sunday. Some Twitter users captured screenshots of the tweets before the account was shut down.



"We are extremely busy and hiring as fast as we can to handle all the shipping!" the post continued. "Jack will be found out and should be put in prison when all is revealed!"

A Twitter representative confirmed to MarketWatch that the corporate MyPillow account was "permanently suspended for violating our ban evasion policy."



NOW PLAYING:

**GameStop Trading Craze: The Week Underdog Stocks Took On Wall Street**

✓ You are approaching your article limit. Get unlimited access for only $1 for 4 weeks.

Is this Amazon's attempt at reputation laundering? 5 unanswered questions about Jeff Bezos' philanthropy


Share what your organization has to offer with LinkedIn ads.
Learn more
LinkedIn Marketing Solutions
Advertisement

**Sponsored Financial Content**

 Outrage: Congress set to loot your 401k/IRA by 30% by end of month  Eagle Financial Publications

 Motley Fool Issues Rare "All In" Buy Alert  The Motley Fool

 Open new eligible accounts with required activities. Member FDIC.  Earn Up to $700 With Citi

 Expert Who Predicted the '08 Crash Issues New Dire Warning  Banyan Hill

 6 Credit Cards You Should Not Ignore If You Have Excellent Credit  NerdWallet

Dianomi





Visit our Video Center

Twitter has banned more than 70,000 accounts for sharing misinformation since the riot at the U.S. Capitol last month — including the account of former President Donald Trump, who has been accused of inciting the mob to storm the federal building.

MyPillow was not immediately available for comment, but Lindell reportedly told USA Today that he "can't believe they're doing this to my company. They're out to destroy me."

Conservative media outlet Newsmax TV asked Lindell about the latest Twitter suspension on the air on Tuesday. Lindell instead started reciting unfounded election-fraud conspiracy theories, leading anchor Bob Sellers to read a statement noting that Newsmax has not been able to verify allegations about the voting machines. The channel had first read such a statement on the air a month and a half ago, after voting-technology companies Smartmatic and Dominion Voting Systems threatened legal action against a number of right-wing media outlets for airing false claims.

When Lindell continued to repeat his voting-fraud claims, Sellers got up and walked off the set.



**Master Your Money | Wed 1 p.m. ET, Feb. 3–17**

MarketWatch and Barron's editors will convene top experts to discuss what is happening in the world, and how it may affect your personal finances. This series will help beginner investors understand and navigate the current landscape. Find out what has worked well, what to avoid, and ask questions.

SIGN UP NOW

Jason Campbell
@JasonSCampbell

Newsmax invites Mike Lindell, who advocated for a coup and spews dangerous conspiracy theories, on air. It didn't go well.



9:43 PM · Feb 2, 2021

♡ 87.9K    💬 29K    🔗 Copy link to Tweet

Advertisement

**Sponsored Financial Content**

 **Outrage: Congress set to loot your 401k/IRA by 30% by end of month** Eagle Financial Publications

 **Motley Fool Issues Rare "All In" Buy Alert** The Motley Fool

 **Open new eligible accounts with required activities. Member FDIC** › Earn Up to $700 With Citi

 **Expert Who Predicted the '08 Crash Issues New Dire Warning** Banyan Hill

 **6 Credit Cards You Should Not Ignore If You Have Excellent Credit** NerdWallet

Dianomi

✓ You are approaching your article limit. Get unlimited access for only $1 for 4 weeks.




Retailers including Kohl's **KSS, 2.67%**, Bed Bath & Beyond **BBBY, -1.09%** and J.C. Penney have discontinued selling MyPillow in their stores, USA Today reported, although the brands have blamed a slowdown in sales for no longer stocking Lindell's bedding on shelves. Lindell also claimed that Wayfair **W, -2.36%** and Texas supermarket chain H-E-B are no longer carrying his products.

Brands were generally not immediately available for comment. A spokesperson for J.C. Penney told MarketWatch via email that the company discontinued selling MyPillow products last summer "due to decreased customer demand." Remaining store inventory will be marked down until it is sold out, and it will not be restocked, the spokesperson said.

That's not Lindell's only headache at the moment. Dominion is mulling litigation against him for claiming that its voting machines were part of the alleged perpetration of election fraud that took the presidency away from Trump. The maker of voting machines and software also filed a $1.3 billion defamation lawsuit against Trump personal lawyer Rudy Giuliani for implicating the voting machines in the baseless vote-tampering claims he has peddled.

_MW_



**Read Next**

### OAN's 'Absolute Proof' disclaimer is getting more buzz on Twitter than Mike 'MyPillow Guy' Lindell's movie itself

The MyPillow CEO released a three-hour video detailing his baseless claims of election fraud.

**More On MarketWatch**

- All of President Biden's key executive orders — in one chart
- U.S. moves to rejoin UN Human Rights Council
- Like Rockefeller and Gates, Bezos rides off into the sunset just as the lawyers take away the fun

Advertisement



Get the Best Mortgage Rate for You ⓘ

| Target Home Price | | | |
| --- | --- | --- | --- |
| $ 250,000 | | | |

Purchase or Refinance
◉ Purchase
○ Refinance

| LENDER | APR/RATE ⓘ ▲ | MO. PAYMENT ⓘ | |
| --- | --- | --- | --- |
| better.com | Always On. Always Open. 100% Digital. Lock Your Mortgage Rates On Your Schedule. | Sponsored | Learn More |
| **Morty, Inc.** morty | 2.676%/ 2.625% | $803 | View Details |
| 30 yr Fixed Conforming · 2/8/2021 · Fees: $2,190 · Lender Credit: $860 · Points: 0.00 NMLS# 1429243 | | Sponsored | |
| **Chase Home Lending** CHASE ◉ | 2.920%/ 2.875% | $830 | View Details |
| 30 yr Fixed Conforming · 2/8/2021 · Fees: $1,150 · Points: 0.00 NMLS# 399798 · State Lic. 399798 | | Sponsored | |
| **AmeriSave Mortgage Corporation** AmeriSave | 3.000%/ 3.000% | $843 | View Details |
| Source: Mortech/ & Brown Bag Marketing, Inc. | Disclosure | | See Full Rates |

Location
.

Down Payment
20.00 %  $50,000

Credit Score
Excellent (760+)

Loan Type
☑ 30 yr Fixed
☐ 15 yr Fixed
☐ 7/1 ARM
☐ 5/1 ARM
☐ 3/1 ARM

Filter Results

SMARTASSET.COM

**Conversation** 310 Comments

 You are approaching your article limit. Get unlimited access for only $1 for 4 weeks.

Sponsored Financial Content

 **Outrage: Congress set to loot your 401k/IRA by 30% by end of month** Eagle Financial Publications

 **Motley Fool Issues Rare "All In" Buy Alert** The Motley Fool

 **Open new eligible accounts with required activities.** Member FDIC > Earn Up to $700 With Citi

 **Expert Who Predicted the '08 Crash Issues New Dire Warning** Banyan Hill

 **6 Credit Cards You Should Not Ignore If You Have Excellent Credit** NerdWallet

Dianomi



## Conversation 310 Comments

COMMUNITY GUIDELINES • FAQS

What do you think?

Sort by Best ⌄

**WARREN ROCHE**
2 February, 2021

Most of these social media CEOs are still geeks at heart and haven't the wisdom to understand that you can't stay in business if you are willing to give up half your client base to advocate for a political position.

Reply 👍 47 👎 12

↳ Show 10 previous replies

> **Non-Trump Republican** › WARREN ROCHE
> 3 February, 2021
>
> I think if Twitter goes out of business, Dorsey is going to be fine in early retirement. Besides, it's not advocating for a political position, it's a violation of policy.
>
> Reply 👍 3 👎 2

> **david goff** › WARREN ROCHE
> 2 February, 2021
>
> True, I have not opened a twitter account and now for some reason don't find myself motivated to do so. Maybe not a good business plan after all ?
>
> Reply 👍 10 👎 4
>
> ↳ Show 1 more reply

*This message was deleted.*

**Joe Jones**
2 February, 2021

Agreed but the problem is their parents don't know either.

Reply 👍 5 👎 1

**mike lippy**
2 February, 2021

joe will fix it.

Reply 👍 3 👎 6

**Scott Randolph**
2 February, 2021

If this was justified over the idea of spreading a conspiracy theory, why doesn't Twitter ban people who say the moon landing was fake? A lot more people believe the election was stolen than think the moon landing wasn't real. And while Biden still almost certainly won the election, there is ample evidence of wrongdoings that should be investigated honestly and transparently. If we ignore this we open ourselves to far more of it in future elections.

Reply 👍 18 👎 6

↳ Show 2 previous replies

> **D.A. Exwhyzee** › Scott Randolph
> 4 February, 2021
>
> I reject the opinions of those who are unable to accept that Biden certainly won, not almost certainly won. There was case after case after case brought to the courts with the opportunity to present evidence, and none was presented.
>
> Reply 👍 1 👎 3
>
> ↳ Show 1 more reply

> **wf emp** › Scott Randolph
> 3 February, 2021
>
> I don't recall moon landing conspiracists ever storming the Capitol building and threatening violence. Maybe it's just me. *(Edited)*
>
> Reply 👍 7 👎 6
>
> ↳ Show 1 more reply

**Show More Comments**

Advertisement

Share what your organization has to offer with LinkedIn ads.

Learn more

LinkedIn Marketing Solutions

Advertisement

**Sponsored Financial Content**

 **Outrage: Congress set to loot your 401k/IRA by 30% by end of month** Eagle Financial Publications

 **Motley Fool Issues Rare "All In" Buy Alert** The Motley Fool

 **Open new eligible accounts with required activities. Member FDIC** › Earn Up to $700 With Citi

 **Expert Who Predicted the '08 Crash Issues New Dire Warning** Banyan Hill

 **6 Credit Cards You Should Not Ignore If You Have Excellent Credit** NerdWallet

Dianomi

 You are approaching your article limit. Get unlimited access for only $1 for 4 weeks.

I reject the opinions of those who are unable to accept that Biden certainly won, not almost certainly won. There was case after case after case brought to the courts with the opportunity to present evidence, and none was presented.

Reply 👍 1 👎 3

**wf emp** › Scott Randolph
3 February, 2021

I don't recall moon landing conspiracists ever storming the Capitol building and threatening violence. Maybe it's just me. *(Edited)*

Reply 👍 7 👎 6

↪ Show 1 more reply

**Show More Comments**

Powered by ◉ OpenWeb

Terms | Privacy | Feedback

Advertisement

**PARTNER CONTENT**

Dianomi


**Buy and hold this 'stock' by Feb 11th to receive 12 Dividends Per Year**
Investors Alley


**7 Mistakes You'll Make When Hiring a Financial Advisor**
smartasset


**Where should you invest $1,000 right now?**
The Motley Fool


**Expert Who Predicted the '08 Crash Issues New Dire Warning**
Banyan Hill

Dianomi

**Sponsored Financial Content**


**Outrage: Congress set to loot your 401k/IRA by 30% by end of month** Eagle Financial Publications


**Motley Fool Issues Rare "All In" Buy Alert** The Motley Fool


**Open new eligible accounts with required activities. Member FDIC >** Earn Up to $700 With Citi


**Expert Who Predicted the '08 Crash Issues New Dire Warning** Banyan Hill


**6 Credit Cards You Should Not Ignore If You Have Excellent Credit** NerdWallet

Dianomi

**PARTNER CONTENT**

**Top 7 Dividend Stocks For Steady Dividend Income**
Dependable Dividends

**How A 2021 Financial Crisis Will Affect Your Investments.**
Weiss Ratings

**Outrage: Congress set to loot your 401k/IRA by 30% by end of month**
Eagle Financial Publications

**Get My No. 1 Stock Pick for 2021**
Banyan Hill

Dianomi

**RECOMMENDED**

Powered by ZergNet


**Reddit Trader Behind GameStop Rally Says He Lost Big Money**
NYPost.com


**Pat Mahomes' Mom Blasts Refs, Calls Out Gisele After Super Bowl**
NYPost.com


**Jill Biden's Ex-Husband Just Made a Bold Accusation**
NYPost.com


**Senate Republicans Rally Around Trump Ahead Of Impeachment Trial**
Nationalreview.com

BACK TO TOP ▲

*Market*Watch

Copyright © 2021 MarketWatch, Inc. All rights reserved.

By using this site you agree to the Subscriber Agreement & Terms of Use, Privacy Notice, and Cookie Notice.

    

**MARKETWATCH**
Customer Center
Contact Us
Newsroom Roster
Virtual Stock Exchange
BigCharts
Copyright Policy

**COMPANY**
Dow Jones
Code of Conduct
Corrections
Reprints & Licensing
Your Ad Choices

**DOW JONES NETWORK**
The Wall Street Journal
Barron's
Financial News London
realtor.com
Mansion Global
Knewz

Intraday Data provided by FACTSET and subject to terms of use. Historical and current end-of-day data provided by FACTSET. All quotes are in local exchange time. Real-time last sale data for U.S. stock quotes reflect trades reported through Nasdaq only. Intraday data delayed at least 15 minutes or per exchange requirements.

 You are approaching your article limit. Get unlimited access for only $1 for 4 weeks.

Document title: Twitter has permanently banned the corporate MyPillow account after founder Mike Lindell posted from it - MarketWatch
Capture URL: https://www.marketwatch.com/story/twitter-has-permanently-banned-the-corporate-my-pillow-account-after-founder-mike-lindell-posted-from-it-11612286764
Capture timestamp (UTC): Mon, 08 Feb 2021 16:54:30 GMT