# Exhibit 310



Monday February 08, 2021 | Search Newsmax

Home | Platinum | Newsfront | **America** | Politics | Opinion | The Wire | Books | Best Lists | Specials | Sci & Tech

**Latest** ▸ Democrats to End Trump Tax Loopholes. Maximize Your Refund Now. Read More.

Home | America

Tags: 2020 Elections | Cybersecurity | smartmatic | dominion voting systems | software | election | fraud

# Facts About Dominion, Smartmatic You Should Know



(AP)

By Newsmax Wires | Saturday, 19 December 2020 08:24 PM

Share | Like | | Short URL | Email Article | Comment | Contact | Print | A A

Since election day, various guests, attorneys and elected officials have appeared on Newsmax TV and offered opinions and claims about Smartmatic and Dominion Systems, both companies that offer voting software in the U.S.

Newsmax would like to clarify its news coverage and note it has not reported as true certain claims made about these companies.

There are several facts our viewers and readers should be aware. Newsmax has found no evidence either Dominion or Smartmatic owns the other, or has any business association with each other.

We have no evidence Dominion uses Smartmatic's software or vice versa.

No evidence has been offered that Dominion or Smartmatic used software or reprogrammed software that manipulated votes in the 2020 election.

**Newsmax TV Live**



**Free Newsmax E-Alerts**

Email:
Country: United States
Zip Code:      SIGN UP

Privacy: We never share your email.



Savvy Businesses Are Cutting Costs With Mini Asset Tracking Devices

**Hot Topics**

▪ Coronavirus Special    ▪ George Floyd Protests
▪ 2020 Elections         ▪ Trump Administration
▪ Coronavirus            ▪ China

More Hot Topics



**Around The Web**

▸ How Women & Men Over 55 Are Losing Weight
▸ Why A Vaccine May Not Save Us
▸ New Evidence Exposes This Biblical Secret Here
▸ Major Changes to Your IRA/401k Are Coming 2021...



We have no evidence Dominion uses Smartmatic's software or vice versa.

No evidence has been offered that Dominion or Smartmatic used software or reprogrammed software that manipulated votes in the 2020 election.

Smartmatic has stated its software was only used in the 2020 election in Los Angeles, and was not used in any battleground state contested by the Trump campaign and Newsmax has no evidence to the contrary.



Dominion has stated its company has no ownership relationship with the House Speaker Nancy Pelosi's family, Sen. Dianne Feinstein's family, the Clinton family, Hugo Chavez, or the government of Venezuela.

Neither Dominion nor Smartmatic has any relationship with George Soros.

Smartmatic is a U.S. company and not owned by the Venezuelan government, Hugo Chavez or any foreign official or entity.

Smartmatic states it has no operations in Venezuela. While the company did election projects in Venezuela from 2004 to 2017, it states it never was founded by Hugo Chavez, nor did it have a corrupt relationship with him or the Venezuelan government.

© 2021 Newsmax. All rights reserved.

 **Click Here** to comment on this article

### RECOMMENDED

 **Why Doctors in the Know No Longer Prescribe Blood Pressure Drugs**

 **Recalculate Your House Payment with Quicken Loans if You Owe Less Than $822,375**

 **The Horrifying Truth About CBD**

 **This Limited Edition Coin Angers Democrats in Illinois, Get Yours Today**

 **1 Easy Way To Cut Your Electric Bill By 90%**

 **Vet Says: Try This If Your Dog Needs His Glands Expressed**

---

### Around The Web

 Diabetic & MD Over 55 And Losing Weight
 Why A Vaccine May Not Save Us
 New Evidence Exposes This Biblical Secret Here
 Major Changes to Your IRA/401k Are Coming 2021...
 How to Survive A Heart Attack If You're Alone
 This Is How Older Women Lose Weight

*Powered by Newsmax*

### RECOMMENDED

 Seniors Are Ditching Their Auto Insurance And Doing This Instead

 1 Simple Change That Cuts People's Electric Bill By Up To 90% (Try Tonight)

Illinois: Say Bye To Expensive Solar Panels If You Own A Home in Northbrook

The New Presidency Will Change Everything. Here's How to Financially Prepare.

[Gallery] This Is Martha MacCallum's Salary As Of 2021

Vet Says: Try This If Your Dog Needs His Glands Expressed

Internet Providers Don't Want You Buying One, but They're Not Illegal

Man Who Predicted 2020 Crash 45 Days Early Issues Next Major Warning

### You May Also Like

**Texas Lawmaker Wright Dies of COVID-19**
Monday, 08 Feb 2021 11:42 AM
Texas GOP Rep. Ron Wright has died, the first sitting member of Congress to succumb to COVID-19, the Dallas Morning News . . .

**Scott Gottlieb: Coronavirus Vaccine Supply Will Soon Outweigh Demand**
Monday, 08 Feb 2021 11:34 AM
Former Food and Drug Administration Commissioner Dr. Scott Gottlieb said on Monday that the country's supply of the coro . . .

More


Savvy Businesses Are Cutting Costs With Mini Asset Tracking Devices



states it never was founded by Hugo Chávez, nor did it have a corrupt relationship with Axis of the Evil Venezuelan government.

© 2021 Newsmax. All rights reserved.

Click Here to comment on this article

▶ RECOMMENDED


**Why Doctors in the Know No Longer Prescribe Blood Pressure Drugs**


**Recalculate Your House Payment with Quicken Loans if You Owe Less Than $822,375**


**The Horrifying Truth About CBD**


**This Limited Edition Coin Angers Democrats in Illinois, Get Yours Today**


**1 Easy Way To Cut Your Electric Bill By 90%**


**Vet Says: Try This If Your Dog Needs His Glands Expressed**


**The Ingenious Reason There Are No Mosquitoes at Disney World**


**Illinois Launches New Policy For Cars Used Less Than 49 Miles/Day**


**The New Presidency Will Change Everything. Here's How to Financially Prepare.**

▶ TAKE A LOOK

- New Wifi Booster Stops Expensive Internet
- [Photos] Fox News' Tucker Carlson Is Happily Married To His Partner
- Anyone with Ringing in the Ears Should Watch This (They Hide This from You)
- Illinois Seniors with No Life Insurance Get a $250k Policy for $18/month

- You'll Never Think About Solar Panels Again After Seeing This (Watch)
- Man Who Predicted 2020 Crash 45 Days Early Issues Next Major Warning
- Limited Edition Trump Bobblehead is Selling Out Fast
- Men, Forget the Blue Pill: Take This Once (Daily)

**Join the Newsmax Community**

Register To Comment | Login To Comment

Please review Community Guidelines before posting a comment.

Click Here to Load Comments...

Home | Platinum | Newsfront | **America** | Politics | Opinion | The Wire | Books | Best Lists | Specials | Sci & Tech



NEWSMAX.COM
America's News Page
© 2021 Newsmax Media, Inc.
All Rights Reserved

Contact | Advertise | Shop | RSS | Archives | Links | Careers | Privacy Policy | Terms & Conditions

Newsmax, Moneynews, Newsmax Health, and Independent. American. are registered trademarks of Newsmax Media, Inc. Newsmax TV, and Newsmax World are trademarks of Newsmax Media, Inc.

**You May Also Like**

**Texas Lawmaker Wright Dies of COVID-19**
Monday, 08 Feb 2021 11:42 AM
Texas GOP Rep. Ron Wright has died, the first sitting member of Congress to succumb to COVID-19, the Dallas Morning News . . .

**Scott Gottlieb: Coronavirus Vaccine Supply Will Soon Outweigh Demand**
Monday, 08 Feb 2021 11:34 AM
Former Food and Drug Administration Commissioner Dr. Scott Gottlieb said on Monday that the country's supply of the coro . . .

More


**Savvy Businesses Are Cutting Costs With Mini Asset Tracking Devices**

