# Exhibit 311

screenshot-twitter.com-2021.02.08-11_59_44
https://twitter.com/ccadelago/status/1356724249201938433?s=20
08.02.2021



**Christopher Cadelago** @ccadelago · Feb 2

Mike Lindel got kicked off Twitter and things didn't go well for him when he tried to talk voting machines on Newsmax



newsmax  TWITTER BANS MYPILLOW COMPANY ACCOUNT AFTER CEO MIKE LINDELL USES IT

1:54  |  10.5M views

From **Jason Campbell**

💬 1.5K     🔁 3.9K     ♡ 12.1K

Cadelago  Mike Lindell  Twitter
February 02, 2021

```
 1
 2
 3                         File:
 4                   Christopher Cadelago
 5   @ccadelago Feb 2 Mike Lindell got kicked off Twitter and
 6   things didn't go well for him when he tried to talk
 7   voting machines on Newsmax
 8
 9   Https://twitter.com/ccadelago/status/1356724249201938433?
10                          s=20
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1           REPORTER:  So what happened?
2           MIKE LINDELL:  (Inaudible) -- -
3           REPORTER:  What -- what happened with your
4    Twitter account and the company page?
5           MIKE LINDELL:  Well, first mine was taken
6    down, because we have all the election problem
7    with these Dominion machines.  We have 100 percent
8    proof.  And then I -- when they took it down --
9           (Talking simultaneously.)
10          REPORTER:  Mike -- Mike --
11          MIKE LINDELL:  -- (inaudible) we reached --
12          (Talking simultaneously.)
13          MIKE LINDELL:  -- and I'm going to put it
14   back up, my personal -- I put it -- it was
15   a (inaudible) --
16          REPORTER:  Mike, thank you very much.
17          (Talking simultaneously.)
18          REPORTER:  Thank you very much.  Mike --
19          MIKE LINDELL:  (Inaudible) --
20          REPORTER:  -- Mike, I -- you're talking
21   about machines that -- that -- we at Newsmax have
22   not been able to verify any of --
23          MIKE LINDELL:  (Inaudible) --
24          REPORTER:  -- those kinds of allegations,
25   we just want people to let you know --
```

1        MIKE LINDELL:  (Inaudible) --
2        (Talking simultaneously.)
3        REPORTER:  -- that there is nothing
4    substantive that we have seen.  And let me read
5    you something there:  While there were some clear
6    evidence of some cases of vote fraud and election
7    irregularities, the election results in every
8    state were certified and Newsmax accepts the
9    results as legal and final; the courts have also
10   supported that view.
11       So --
12       (Talking simultaneously.)
13       MIKE LINDELL:  Right.  So -- so you just --
14       (Talking simultaneously.)
15       REPORTER:  -- we wanted to talk to you
16   about canceling --
17       MIKE LINDELL:  (Inaudible) --
18       REPORTER:  -- culture, if you will.  We
19   don't want to relitigate the -- the --
20       REPORTER:  Hey, wait.  Wait.  Wait.  Wait.
21       (Talking simultaneously.)
22       REPORTER:  -- allegations that you're
23   making, Mike.
24       MIKE LINDELL:  I -- I'm trying --
25       REPORTER:  -- because we -- we -- we

```
 1   understand where you are.
 2          MIKE LINDELL:  (Inaudible) --
 3          REPORTER:  So let me ask you this:  Do you
 4   --
 5          MIKE LINDELL:  (Inaudible) --
 6          REPORTER:  -- think that should be
 7   temporary, because it appears to be permanent;
 8   could you make an argument that it is temporary?
 9          MIKE LINDELL:  What?
10          REPORTER:  Could you make an argument that
11   this could be a temporary banning, rather than
12   permanent?
13          MIKE LINDELL:  No, I want it to be
14   permanent because -- you know what, they did this
15   because I'm revealing all the evidence on Friday
16   of all the election problem -- with these
17   machines.  So I'm sorry if you think you it's not
18   (inaudible) but it's real --
19          REPORTER:  Mike, I -- I -- can I ask our
20   producers -- can we get out of here, please.  I --
21   I don't want to have to keep going over this.
22          REPORTER:  Actually, Mike --
23          MIKE LINDELL:  Wait (inaudible) --
24          (Talking simultaneously.)
25          REPORTER:  -- we at Newsmax have not been
```

1  able to verify any of those allegations --
2          REPORTER:  Wait a minute.  Wait --
3          REPORTER:  -- that you're -- you're --
4          REPORTER:  Mike, hold on a second.
5          MIKE LINDELL:  Your (inaudible) --
6          REPORTER:  Everybody hold on a second.
7  Mike -- Mike, hold on one second.
8          Let's talk a little bit about just what is
9  happening overall in terms of censorship --
10         MIKE LINDELL:  It's (inaudible) cancel out
11 my company and myself --
12         REPORTER:  Okay.
13         MIKE LINDELL:  -- in this country, it's
14 cancel culture.  They're trying --
15         (End of the recording.)
16
17
18
19
20
21
22
23
24
25

```
 1                      C E R T I F I C A T E
 2
 3               I, Jackie Mentecky, do hereby certify that
 4    I was authorized to transcribe the foregoing recorded
 5    proceeding, and that the transcript is a true and
 6    accurate transcription of my shorthand notes to the best
 7    of my ability taken while listening to the provided
 8    recording.
 9
10    Dated this 9th day of February, 2021.
11
12
13
14
15                              _Stephanie Turner_
16                              Jackie Mentecky
17
18
19
20
21
22
23
24
25
```