# Exhibit 312

Newsmax Rob Schmitt Mike Lindell
February 02, 2021

1

2

3

4                               File:

5                   Newsmax Rob Schmitt Tonight

6                      With Mike Lindell

7

8    Https://www.newsmaxtv.com/Shows/Rob-Schmitt-Tonight/vid/1

9                         _q1nk8yyd

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1      ROB SCHMITT:  And while Twitter allows

2    Chinese state media to have an account, they have

3    canceled the My Pillow account of our good friend

4    Mike Lindell.  That happened just yesterday, in

5    fact.

6          And Mike, thanks for coming on the show.

7    Good to have you again.  Obviously, you were on

8    the network earlier in the day.  We made some

9    waves there.  We'll leave it at that.

10          But you and Newsmax have always had a very

11   good relationship.  We didn't have a chance to

12   have a full conversation about you being canceled

13   and targeted by big tech.  It's one of the biggest

14   issues we're really concerned about here at

15   Newsmax.

16          I want you to tell us what exactly Twitter

17   has done and how it's impacted your business.

18          MIKE LINDELL:  Well, they took down my

19   personal one, too.  And then just yesterday I

20   actually put up on my -- on My Pillow account, I

21   put down:  Hey you guys, here's what I posted on

22   my personal -- why -- why Jack took this down.

23   And it was a nice letter from one of my employees,

24   because my integrity is getting attacked

25   everywhere right now; and they took it down in

```
 1   about five minutes.
 2        And so now it's funny, all the news media
 3   was reaching out to me today going:  Well, how are
 4   you going to get your messaging out there?  How
 5   are you going to talk to your customers?  And, you
 6   know what, our customers have always stepped up
 7   right now.  It's amazing.
 8        Just like Newsmax did.  You know, the other
 9   day, you know, you guys had the promo code Newsmax
10   --
11        ROB SCHMITT:  Right.
12        MIKE LINDELL:  -- on MyPillow.com, and you
13   saved up to 66 percent, and you could still do
14   that.  You guys have been great, and everyone out
15   there has been greet.  You know, these -- it's not
16   just Twitter.  You're right -- you know, the one
17   thing about Twitter, all the bots and trolls that
18   -- that these companies that are on Twitter --
19        ROB SCHMITT:  Right.
20        MIKE LINDELL:  -- those guys are the ones
21   that attacked all these box stores and stuff; so
22   then -- and it just -- cancel culture just keeps
23   on spreading.
24        ROB SCHMITT:  Yeah.  And like you said, we
25   -- we -- how many of these people are actually
```

1   real?  How many people are actually offended by

2   any of the things that we're so worried about

3   canceling in this society right now.  All of it is

4   so stupid.

5          We talked to you last week about --

6          MIKE LINDELL:  Right.

7          ROB SCHMITT:  -- former business partners

8   that have dropped your products from their

9   shelves; just like you're just talking about,

10  here's the big list right here.

11         MIKE LINDELL:  Right.

12         ROB SCHMITT:  How are you and your

13  employees weathering that storm, and what do you

14  think is next for your business?

15         MIKE LINDELL:  Well, I want to add one more

16  to that list to make sure we don't -- we don't

17  forget them, Mattress Firm dropped us this week,

18  and ShopHQ in Minnesota; so --

19         ROB SCHMITT:  Yeah.

20         MIKE LINDELL:  -- and they just keep piling

21  on, I think they -- they sit out there and they

22  go:  Okay, now we can do it -- My Pillow won't

23  notice it.

24         But you know what, I want to tell them,

25  they are the biggest ones that are the losers,

1   because the lose- -- they're the ones losing the

2   real customers, and they end up coming right to my

3   My Pillow now.  And great companies are stepping

4   up that are out there, like Newsmax, and like

5   other companies that have put the word out --

6        ROB SCHMITT:  Yeah.

7        MIKE LINDELL:  -- to help My Pillow, and

8   everyone -- everyone has been buying, and we

9   (inaudible) right now for shipping.  And all of my

10  employees thank even -- each and every one of you

11  out there that have bought My Pillow.  You know,

12  we have over 100-and-some products; so we're not

13  just -- it's not just pillows anymore.

14       ROB SCHMITT:  Yeah.  No kidding.  And my

15  parents have one of your pillows, in fact.  I am

16  glad to hear you guys are hiring, and that -- and

17  that the business is -- is surviving this, because

18  it is scary.

19       I mean, it really scares a lot of people.

20  And that's why everybody is walking around on

21  eggshells, because they're worried that if they

22  don't cancel you, someone is going to cancel them.

23       But finally I just want to --

24       MIKE LINDELL:  Right.

25       ROB SCHMITT:  -- ask -- as -- as far as the

```
 1   impeachment, we spent the -- the top of this show
 2   talking about the impeachment brief dropped today
 3   by the Democrats.
 4        What are your thoughts on this pending
 5   trial, politically to you, does this seem like a
 6   loser for Democrats to put Donald Trump on trial
 7   now?
 8        MIKE LINDELL:  Well, I think it's -- it's
 9   probably the worst thing I had ever heard of
10   anybody doing, and it doesn't matter what side
11   you're on.  He's not even in office.  And -- and
12   -- but I will -- there's something coming out
13   Friday that's going to really help with
14   (inaudible) a documentary I put together; and then
15   (inaudible) is going to see it, I think that's
16   going to help.
17        And I -- I just think it's a shame what
18   they're doing.  One of the greatest Presidents, if
19   not the greatest in history, and all the great
20   things he did for our country and you treated him
21   like garbage for four years; and now to do this --
22   I mean, is this -- the whole world is watching.
23   It's just a shame.
24        ROB SCHMITT:  Yeah.  Understood.  Yeah.
25   And you've got a new documentary coming out
```

1    Friday.  We're very excited to see what that

2    entails.

3         Mike Lindell, CEO of My Pillow.  Thank you,

4    sir, for being a good friend, and for coming on

5    Newsmax tonight.  We appreciate it.

6         MIKE LINDELL:  Well, you guys are great.

7    Thanks a lot for having me on.

8         ROB SCHMITT:  All right.  Take care.

9         (End of segment with Mike Lindell.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3             I, Jackie Mentecky, Transcriptionist/Court

4    Reporter, do hereby certify that I was authorized to

5    transcribe the foregoing recorded proceeding, and that

6    the transcript is a true and accurate transcription of my

7    shorthand notes to the best of my ability taken while

8    listening to the provided recording.

9

10   Dated this 10th day of February, 2021.

11

12

13

14

15             _____

16                  Jackie Mentecky

17

18

19

20

21

22

23

24

25