# Exhibit 313

Newsmax Bob Sellers Mike Lindell

1

2

3    File:   Newsmax TV's Bob Sellers addresses the Mike

4                    Lindell situation

5

6                        Https://

7    Www.youtube.com/watch?v=NoQXsgv8UUM&feature=youtube

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1       CLAY CLARK:  All right, Emerald.  Thank you

2   very much.

3       Folks, if you watched American Agenda

4   yesterday, you may have seen something out of the

5   ordinary happen during an interview with Mike

6   Lindell, the CEO of My Pillow.

7       Mike is a friend of this network, and we

8   were supposed to discuss Twitter's decision to ban

9   him, and the impacts of cancel culture on his

10  business.  But there was some confusion, and Mike

11  thought that we were to talk about vote fraud in

12  the recent election.

13      It's a topic we have covered extensively on

14  Newsmax.  I was frustrated that we couldn't focus

15  on the current very pressing issue of free speech

16  and cancel culture; and in hindsight, there is no

17  question that I could have handled the end of the

18  interview differently.

19      At Newsmax, we seek out all points of view,

20  Mike was back on Newsmax last night with Rob

21  Schmitt on his show to continue the conversation

22  about cancel culture and the censorship by social

23  media.

24      Mike also made clear he thinks Newsmax is

25  great -- his words.  And I can tell you he will

```
 1   continue to be an important guest on Newsmax.  I

 2   think you'll enjoy what Mike had to say last

 3   night, so here it is.

 4        MIKE LINDELL:  Well, they took down my

 5   personal one, too.  And then just yesterday I

 6   actually put up on my -- on My Pillow account, I

 7   put down:  Hey you guys, here's what I posted on

 8   my personal -- why -- why Jack took this down.

 9   And it was a nice letter from one of my employees,

10   because my integrity is getting attacked

11   everywhere right now; and they took it down about

12   five minutes.

13        And so now it's funny, all the news media

14   was reaching out to me today going:  Well, how are

15   you going to get your messaging out there, how are

16   you going to talk to your customers?  And, you

17   know what, our customers have always stepped up

18   right now.  It's amazing.

19        Just like Newsmax did.  You know, the other

20   day, you know, you guys had the promo code Newsmax

21   --

22        ROB SCHMITT:  Right.

23        MIKE LINDELL:  -- on MyPillow.com, and you

24   saved up to 66 percent, and you could still do

25   that.  You guys have been great, and everyone out
```

Newsmax Bob Sellers Mike Lindell

4

```
 1    there has been greet.  You know, these -- it's not
 2    just Twitter.  You're right -- you know, the one
 3    thing about Twitter, all the bots and trolls that
 4    -- that these companies that are on Twitter --
 5         ROB SCHMITT:  Right.
 6         MIKE LINDELL:  -- those guys that are the
 7    ones that attacked all these box stores and stuff,
 8    so then -- and it just -- cancel culture just
 9    keeps on spreading.
10         ROB SCHMITT:  Yeah.  And like you said, we
11    -- we -- how many of these people are actually
12    real?  How many of these people are actually real
13    -- how many people are actually offended by any of
14    the things that we're so worried about canceling
15    in this society right now.  All of it is so
16    stupid.
17         We talked to you last week about --
18         MIKE LINDELL:  Right.
19         ROB SCHMITT:  -- former business partners
20    that have dropped your products from their
21    shelves; just like you're just talking about,
22    here's the big list right here.
23         MIKE LINDELL:  Right.
24         ROB SCHMITT:  How are you and your
25    employees weathering that storm, and what do you
```

Newsmax Bob Sellers Mike Lindell

5

```
 1   think is next for your business?
 2         MIKE LINDELL:  Well, I want to add one more
 3   to that list to make sure we don't -- we don't
 4   forget them, Mattress Firm dropped us this week,
 5   and ShopHQ in Minnesota --
 6         ROB SCHMITT:  Yeah.
 7         MIKE LINDELL:  -- and they just keep piling
 8   on, I think they -- they sit out there and they
 9   go:  Okay, now we can do it -- My Pillow won't
10   notice.
11         But you know what, I want to tell them,
12   they are the biggest ones that are the losers,
13   because the lose -- they're the ones losing the
14   real customers and end up coming right to my My
15   Pillow now, and great companies are stepping up
16   that are out -- like Newsmax, and like other
17   companies that have put the word out --
18         ROB SCHMITT:  Yeah.
19         MIKE LINDELL:  -- to help My Pillow, and
20   everyone -- everyone has been buying, and we have
21   been so busy.  We actually are hiring right now
22   for shipping.  And all of my employees stayed
23   (inaudible) -- and each and every one of y'all out
24   there that have bought My Pillow.  You know, no we
25   have 100-and-some products; so we're not just --
```

 1 | it's not just pillows anymore.

 2 |        ROB SCHMITT:  Yeah.  No kidding.  My

 3 | parents have one of your pillows, in fact.  I am

 4 | glad to hear you guys are hiring, and that -- and

 5 | that the business is -- is surviving this, because

 6 | it is scary.  I mean, it really scares a lot of

 7 | people.  And that's why everybody is walking

 8 | around on eggshells, because they're worried that

 9 | if they don't cancel you, someone is going to

10 | cancel them.

11 |        But finally I just want to --

12 |        MIKE LINDELL:  Right.

13 |        ROB SCHMITT:  -- to ask -- as far as the

14 | impeachment, we spent the -- the top of this show

15 | talking about the impeachment brief dropped today

16 | by the Democrats.

17 |        What are your thoughts on this pending

18 | trial, politically to you, does this seem like a

19 | loser for Democrats to put Donald Trump on trial

20 | now?

21 |        MIKE LINDELL:  Well, I think it's -- it's

22 | probably the worst thing I had ever heard of, of

23 | anybody doing, and it doesn't matter what side

24 | you're on.  He's not even in office, and -- and --

25 | but I will -- there's something coming out Friday

Newsmax Bob Sellers Mike Lindell

1  that's going to really help with (inaudible)

2  documentary I put together; and (inaudible) is

3  going to see it, I think that's going to help.

4        And I -- I just think it's a shame what

5  they're doing.  One of the greatest Presidents, if

6  not the greatest in history, and all the great

7  things he did for our country and you treated him

8  like garbage for four years; and now to do this --

9  I mean, is this -- the whole world is watching.

10  It's just a shame.

11        ROB SCHMITT:  Yeah.  Understood.  Yeah.

12  And you've got a new documentary coming out

13  Friday.  We're very excited to see what that

14  entails.

15        Mike Lindell, CEO of My Pillow.  Thank you,

16  sir, for being a good friend, and for coming on

17  Newsmax tonight.  We appreciate it.

18        MIKE LINDELL:  Yeah, you guy are great.

19  Thanks a lot for having me on.

20        REPORTER:  You just watched Newsmax TV,

21  America's fastest growing cable news channel now

22  in more than 70 million homes.

23        You can get Newsmax TV on your cable system

24  or check your cable guide.  And if your system

25  doesn't carry Newsmax, call them, tell them you

Newsmax Bob Sellers Mike Lindell

8

1   want Newsmax TV, because we're real news, for real

2   people.

3           (End of the recording.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                  C E R T I F I C A T E

2

3              I, Jackie Mentecky, do hereby certify that

4    I was authorized to transcribe the foregoing recorded

5    proceeding, and that the transcript is a true and

6    accurate transcription of my shorthand notes to the best

7    of my ability taken while listening to the provided

8    recording.

9

10   Dated this 9th day of February, 2021.

11

12

13

14

15              _____

16                   Jackie MENTECKY

17

18

19

20

21

22

23

24

25