# Exhibit 316



Document title: Mike Lindell, Brannon Howse And Mary Fanning Present: Absolute Proof: Exposing Election Fraud and The Theft of America by Enemies Foreign and…
Capture URL: https://www.worldviewweekend.com/tv/video/mike-lindell-brannon-howse-and-mary-fanning-present-absolute-proof-exposing-election-fraud
Capture timestamp (UTC): Mon, 08 Feb 2021 17:15:24 GMT



key and press F5 at the same time.

If this still does not work, try methods provided at this website: How to Clear Cache for All Major Browsers

Finally, if after all that the video will not play, wait 30 minutes and try again. If still doesn't work, please submit a support message at https://www.worldviewweekend.com/form/video-problem

Just Released: We now have audio files available for ALL Worldview Weekend Video shows! You can listen below or download the file to listen on any device.

0:00 / 1:49:41

Right Click here and Select **Save As** to Download the Audio file



Mike Lindell, Brannon Howse And Mary Fanning Present: Absolute Proof: Exposing Election Fraud and The Theft of America by Enemies Foreign and Domestic

Please help us with our huge streaming bill to offer this broadcast to you for FREE by supporting us in one of two ways or both by:

Going to www.mypillow.com  and using the promo code WVW to save up to 66% on products. Mike Lindell will also give a generous percentage of each purchase to our WVW Foundation.

You can also make a tax deductible contribution to our WVW Foundation by going to www.wvwfoundation.com or by sending a check to:

WVW Foundation
P.O. Box 1690
Collierville, TN 38027

or by calling our office during normal business hours at 901-825-0652.



TOPIC TAGS:   #BRANNON HOWSE   #ABSOLUTE TRUTH   #MIKE LINDELL   #MARY FANNING   #ALAN JONES

NATIONAL SECURITY





Going to www.mypillow.com and using the promo code WVW to save up to 66% on products. Mike Lindell will also give a generous percentage of each purchase to our WVW Foundation.

You can also make a tax deductible contribution to our WVW Foundation by going to www.wvwfoundation.com or by sending a check to:

WVW Foundation
P.O. Box 1690
Collierville, TN 38027

or by calling our office during normal business hours at 901-825-0652.

TOPIC TAGS:  #BRANNON HOWSE   #ABSOLUTE TRUTH   #MIKE LINDELL   #MARY FANNING   #ALAN JONES

### NATIONAL SECURITY


Radio
**Brannon Howse: February 5, 2021**
Sun, 02/07/2021 by Brannon Howse


Radio
**Brannon Howse: January 03, 2021**
Sun, 02/07/2021 by Brannon Howse


TV
**Mike Lindell, Brannon Howse and Mary Fanning on The Premier and Making of Their DocuMovie Absolute Proof**
Sun, 02/07/2021 by Brannon Howse


Radio
**Brannon Howse: February 2, 2021**
Wed, 02/03/2021 by Brannon Howse


TV
**Breaking News: Mike Lindell, Brannon Howse, Mary Fanning, Dr. Shiva, Jovan Pulitzer Announce New Documentary on Cyber-Coup**
Tue, 02/02/2021 by Brannon Howse


Situation Room
**Jimmy DeYoung: February 2, 2021**
Tue, 02/02/2021 by Jimmy DeYoung


TV
**Mike Lindell, Brannon Howse and Mary Fanning on The Premier and Making of Their DocuMovie Absolute Proof**
Sun, 02/07/2021 by Brannon Howse



**Mike Lindell, Brannon Howse And Mary Fanning Present: Absolute Proof: Exposing Election Fraud and The Theft of America by Enemies Foreign and Domestic**
Fri, 02/05/2021 by Brannon Howse


TV
**The Real Rate of Inflation, Wealth Destruction Through Inflation And The Lost of Civil Liberties Means The Loss of Economic Liberty**
Thu, 01/28/2021 by Brannon Howse


TV
**Breaking News: Mike Lindell, Brannon Howse, Mary Fanning, Dr. Shiva, Jovan Pulitzer Announce New Documentary on Cyber-Coup**
Tue, 02/02/2021 by Brannon Howse

### SUPPORT OUR BROADCAST NETWORK






Document title: Mike Lindell, Brannon Howse And Mary Fanning Present: Absolute Proof: Exposing Election Fraud and The Theft of America by Enemies Foreign and…
Capture URL: https://www.worldviewweekend.com/tv/video/mike-lindell-brannon-howse-and-mary-fanning-present-absolute-proof-exposing-election-fraud
Capture timestamp (UTC): Mon, 08 Feb 2021 17:15:24 GMT
Page 2 of 6






## TV EPISODES


**TV**
**Mike Lindell, Brannon Howse and Mary Fanning on The Premier and Making of Their DocuMovie Absolute Proof**
Sun, 02/07/2021 by Brannon Howse


**Mike Lindell, Brannon Howse And Mary Fanning Present: Absolute Proof: Exposing Election Fraud and The Theft of America by Enemies Foreign and Domestic**
Fri, 02/05/2021 by Brannon Howse


**TV**
**Breaking News: Mike Lindell, Brannon Howse, Mary Fanning, Dr. Shiva, Jovan Pulitzer Announce New Documentary on Cyber-Coup**
Tue, 02/02/2021 by Brannon Howse


**TV**
**The Real Rate of Inflation, Wealth Destruction Through Inflation And The Lost of Civil Liberties Means The Loss of Economic Liberty**
Thu, 01/28/2021 by Brannon Howse


**TV**
**Stop The Tyranny: How to Resist & Disrupt Marxist Revolution Now Underway in America & Similarities Between 1979 Iranian Revolution and 2020-2021 Revolution in America**
Tue, 01/26/2021 by Brannon Howse


**TV**
**The Similarities Between Communist Backed 1979 Islamic Revolution in Iran And 2021 Marxist Revolution Occurring in America**
Sun, 01/24/2021 by Brannon Howse


**TV**
**Crashing U.S. Dollar With Modern Monetary Theory, End of Privacy With Digital Currency, Coming Global Reset And China, Bill Gates, Jeff Bezos and Ted Turner Buy Up Huge Amounts of U.S. Farm Land**
Wed, 01/20/2021 by Brannon Howse


**TV**
**How Conservatives, Constitutionalists, Christians and Clergy Should Respond to the Attempted Communist Revolution in America (Part 3)**
Tue, 01/19/2021 by Brannon Howse

## LATEST TV EPISODES


**TV**
**Mike Lindell, Brannon Howse and Mary Fanning on The Premier and Making of Their**


**TV**
**Breaking News: Mike Lindell, Brannon Howse, Mary Fanning, Dr. Shiva, Jovan Pulitzer Announce New Documentary on Cyber-Coup**
Tue, 02/02/2021 by Brannon Howse


**TV**
**The Real Rate of Inflation, Wealth Destruction Through Inflation And The Lost of Civil Liberties Means The Loss of Economic Liberty**





Document title: Mike Lindell, Brannon Howse And Mary Fanning Present: Absolute Proof: Exposing Election Fraud and The Theft of America by Enemies Foreign and…
Capture URL: https://www.worldviewweekend.com/tv/video/mike-lindell-brannon-howse-and-mary-fanning-present-absolute-proof-exposing-election-fraud
Capture timestamp (UTC): Mon, 08 Feb 2021 17:15:24 GMT
Page 3 of 6




**Mike Lindell, Brannon Howse and Mary Fanning on The Premier and Making of Their DocuMovie Absolute Proof**

Sun, 02/07/2021

Lost of Civil Liberties Means The Loss of Economic Liberty

Thu, 01/28/2021 by **Brannon Howse**



SIGN-UP FOR WEEKLY UPDATES

### Sign Up for Our Newsletters

Get up-to-date content in your inbox every week.

Email Address

**Submit**



**TV**

**Mike Lindell, Brannon Howse And Mary Fanning Present: Absolute Proof: Exposing Election Fraud and The Theft of America by Enemies Foreign and Domestic**

Fri, 02/05/2021

**TV**

**Stop The Tyranny: How to Resist & Disrupt Marxist Revolution Now Underway in America & Similarities Between 1979 Iranian Revolution and 2020-2021 Revolution in America**

Tue, 01/26/2021



**TV**

**Did John Calvin Murder Those He Disagreed with Theologically? (Part 10 on Neo-Calvinism)**

Tue, 01/26/2021 by **Andy Woods**





**TV**

**Breaking News: Mike Lindell, Brannon Howse, Mary Fanning, Dr. Shiva, Jovan Pulitzer Announce New Documentary on Cyber-Coup**

Tue, 02/02/2021 by **Brannon Howse**



**TV**

**The Real Rate of Inflation, Wealth Destruction Through**

**TV**



---

Document title: Mike Lindell, Brannon Howse And Mary Fanning Present: Absolute Proof: Exposing Election Fraud and The Theft of America by Enemies Foreign and…
Capture URL: https://www.worldviewweekend.com/tv/video/mike-lindell-brannon-howse-and-mary-fanning-present-absolute-proof-exposing-election-fraud
Capture timestamp (UTC): Mon, 08 Feb 2021 17:15:24 GMT

Page 4 of 6




TV

**The Real Rate of Inflation, Wealth Destruction Through Inflation And The Lost of Civil Liberties Means The Loss of Economic Liberty**

Thu, 01/28/2021 by Brannon Howse

TV

**The Similarities Between Communist Backed 1979 Islamic Revolution in Iran And 2021 Marxist Revolution Occurring in America**

Sun, 01/24/2021



TV

**Hezbollah In Lebanon And The Global Goals of This Iranian Funded And Trained Terrorist Organization**

Sun, 01/24/2021



TV

**Stop The Tyranny: How to Resist & Disrupt Marxist Revolution Now Underway in America & Similarities Between 1979 Iranian Revolution and 2020-2021 Revolution in America**

Tue, 01/26/2021



TV

**Did John Calvin Murder Those He Disagreed with Theologically? (Part 10 on Neo-Calvinism)**

Tue, 01/26/2021 by Andy Woods

---

WE'RE 100% LISTENER SUPPORTED NETWORK

# 3 Simple Ways to Support WVW Foundation

| CREDIT CARD | PAYPAL | MAIL OR PHONE |



Document title: Mike Lindell, Brannon Howse And Mary Fanning Present: Absolute Proof: Exposing Election Fraud and The Theft of America by Enemies Foreign and…
Capture URL: https://www.worldviewweekend.com/tv/video/mike-lindell-brannon-howse-and-mary-fanning-present-absolute-proof-exposing-election-fraud
Capture timestamp (UTC): Mon, 08 Feb 2021 17:15:24 GMT
Page 5 of 6






### LATEST

**The Russian Federation's Military Doctrine, Plans, and Capabilities for Electromagnetic Pulse (EMP) Attack**
Mon, 01/25/2021 by Dr. Peter Pry

**The rise of the techno-fascist beast system is now 'in your face': It's called the Great Reset**
Mon, 01/25/2021 by Leo Hohmann

**Get Ready for the Great Reset (Part 2)**
Mon, 01/25/2021 by Paul J. Scharf

### TAGS

#Islam   #DVD   #MP3 Keynote   #Radio   #Muslim Brotherhood   #Israel   #John MacArthur   #Interfaith Dialogue   #communism   #Iran   #The Gospel Coalition   #social justice   #Tim Keller   #Cultural Marxism   #terrorism   #China   #James White   #Marxism   #Russia   #John Piper

Worldview News & Information For People That Want to Think & Understand The Times Using Reason, Logic and Context.

Document title: Mike Lindell, Brannon Howse And Mary Fanning Present: Absolute Proof: Exposing Election Fraud and The Theft of America by Enemies Foreign and…
Capture URL: https://www.worldviewweekend.com/tv/video/mike-lindell-brannon-howse-and-mary-fanning-present-absolute-proof-exposing-election-fraud
Capture timestamp (UTC): Mon, 08 Feb 2021 17:15:24 GMT
Page 6 of 6