# Exhibit 318









**MORE FROM HOMEPAGE**

Texas Gov. Greg Abbott protects his right flank as Democrats look for 2022 challenger

Dallas County reports 1,019 new coronavirus cases, 11 deaths; Tarrant adds 31 fatalities, 991 cases

What you need to know about coronavirus



NEWS > POLITICS

# Tea party activists mobilize for another shot at Pete Sessions

Rep. Pete Sessions, R-Dallas

By Gromer Jeffers Jr.
5:02 PM on Jul 9, 2015 CDT

   



Listen to this article now
02:05   Powered by Trinity Audio

Tea party activists are again targeting powerful U.S. Rep. Pete Sessions.

Currently, businessman Russell Ramsland is the leading contender to challenged Sessions, R-Dallas, in the March primary for Congressional District 32.

Ramsland is **a former Sessions donor**, but in 2014 he backed Garland tea party leader Katrina Pierson's unsuccessful bid to win the seat. He has formed an exploratory committee for a potential campaign. See video below.

https://youtu.be/QjieQsfZ3lU

Tea party activists hope 2016 is the year they can knock off Sessions and other incumbents in Congress. Though Sessions easily beat Pierson, supporters feel like she laid the foundation for a stronger effort from the tea party right.

Ramsland and his supporters contend that House Speaker John Boehner and Sessions share the same philosophy and are too willing to compromise on critical issues, like spending, healthcare and immigration reform.

"It would be great to see Pete Sessions replaced," said Dallas tea party leader Ken Emanuelson. "A lot of us feel like he's been there too long."

Sessions is chairman of the powerful Rules Committee and has spent time trying to convince tea party

**Featured**

YOUR CITY'S NEWS
TEXT WITH OUR JOURNALISTS
50+ FREE NEWSLETTERS
TOP 100 PLACES TO WORK
CORONAVIRUS UPDATES
INSPIRED: GOOD NEWS
TIMELESS IN TEXAS
CURIOUS TEXAS
PUBLIC NOTICES
NEWSPAPER ARCHIVES
PUZZLES AND GAMES
AL DÍA - NOTICIAS EN ESPAÑOL
OBITUARIES
TODAY'S EPAPER



Document title: Tea party activists mobilize for another shot at Pete Sessions
Capture URL: https://www.dallasnews.com/news/politics/2015/07/09/tea-party-activists-mobilize-for-another-shot-at-pete-sessions/
Capture timestamp (UTC): Mon, 08 Feb 2021 17:09:44 GMT

VACCINE GUIDE: When, where and how to get the COVID-19 vaccine in Dallas-Fort Worth.

immigration reform.

"It would be great to see Pete Sessions replaced," said Dallas tea party leader Ken Emanuelson. "A lot of us feel like he's been there too long."

Sessions is chairman of the powerful Rules Committee and has spent time trying to convince tea party folks in his district that being in leadership is much different than being an activist. They are at loggerheads.

Meanwhile, other candidates are expected to join the 2016 race. Pierson has not made up her mind about another campaign. Texas state Sen. Don Huffines said this spring that he has not ruled out running against Sessions. And there are rumblings that Huffines' twin brother, Phil Huffines, could be a candidate against Sessions.

Some tea party activists believe multiple candidates would force Sessions into a runoff and give them more time to build the momentum needed to defeat him.

But supporters say Sessions is a fierce campaigner with deep ties in the district. As the longtime lawmaker proved in 2014, he's tough to beat.

"The four of them combined are not as qualified as Pete Sessions," said former Dallas County Republican Party Chairman Jonathan Neerman. "If you're going to run against Pete, you better be loaded for bear."



**FEATURED ON DALLAS NEWS**

**The Dallas Symphony Orchestra in pandemic times**

Fabio Luisi talks about how Dallas Symphony Orchestra is managing the pandemic and what the future…




Texas Gov. Greg Abbott protects his right flank as Democrats look for 2022 challenger


Dallas County reports 1,019 new coronavirus cases, 11 deaths; Tarrant adds 31 fatalities, 991 cases


What you need to know about coronavirus


North Texans: Tell us about your experience traveling for a COVID-19 vaccine


Once considered a priority, most Texas teachers likely won't get a vaccine until summer




New & used shipping containers
Conexwest    OPEN

  

 **Gromer Jeffers Jr.**, political writer. The Howard University graduate and Chicago native has covered four presidential campaigns and written extensively about local, state and national politics. Before The News, he was a reporter at The Kansas City Star and The Chicago Defender. You can catch Gromer every Sunday at 8:30 a.m. on NBC 5's Lone Star Politics.

gjeffers@dallasnews.com    @gromerjeffers



 **Get Political Points**

Receive the latest political news delivered every Tuesday and Thursday from reporters in Austin, Dallas and Washington.

Real. Local. Journalism.
Stand with us in our mission to discover and uncover the story of North Texas

Featured on Dallas News



 Conexwest    OPEN

## Get Political Points

Receive the latest political news delivered every Tuesday and Thursday from reporters in Austin, Dallas and Washington.



Email Address →

By signing up you agree to our privacy policy

### Real. Local. Journalism.

Stand with us in our mission to discover and uncover the story of North Texas

BECOME A MEMBER >

---

**THE LATEST**

**Texas Gov. Greg Abbott protects his right flank as Democrats look for 2022 challenger**
BY GROMER JEFFERS JR.

**Dallas County reports 1,019 new coronavirus cases, 11 deaths; Tarrant adds 31 fatalities, 991 cases**
BY DANA BRANHAM AND NATALY KEOMOUNGKHOUN

**What you need to know about coronavirus**
BY WIRE SERVICES AND TOM STEELE

**North Texans: Tell us about your experience traveling for a COVID-19 vaccine**
BY ALLIE MORRIS

**Once considered a priority, most Texas teachers likely won't get a vaccine until summer**
BY CORBETT SMITH

**MOST POPULAR ON DALLASNEWS.COM**

1  Rep. Ron Wright dies after battle with COVID-19

2  A different kind of surge: Why Texas and D-FW are poised to lead a strong recovery when the pandemic fades

3  Shipping containers will be used for affordable Dallas housing project

4  North Texas COVID-19 vaccine guide: Everything you need to know

---

The Dallas Morning News
Texas' Leading News Source
Est. October 1, 1885

SUBSCRIBE

| COMPANY | ADVERTISE WITH US | BUY | CUSTOMER SUPPORT | WEBSITE SUPPORT |
|---|---|---|---|---|
| About *The Dallas Morning News* | Autos | Photo reprints | Help and feedback | Terms of service |
| Contact us | Classifieds | Archived articles | Manage your account | Privacy policy |
| Careers | Jobs | Back copies | Newspaper subscription | Do Not Sell My Personal Information |
| FAQ | Obituaries | Commercial reprints | ePaper | Site index |
|  | Public Notices | Licensing | ePaper (Al Día) |  |
|  |  |  | Email Newsletters |  |
|  |  |  | Daily audio briefing |  |
|  |  |  | Vacation hold/billing |  |

Real. *local.* Journalism.

Copyright © 2021 The Dallas Morning News. All rights reserved.