# Exhibit 319

1

2

3                          FILE:

4    Mike Lindell's Absolute Proof Documentary Proving

5                        Deception

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        MIKE LINDELL:  Hello, everyone.  This is

2    Mike Lindell, the CEO of My Pillow.

3        As you all know, I have been attacked the

4    last month relentlessly on social media, by

5    newspapers, by TV shows, by -- you name it, I have

6    been attacked.  And myself -- not just myself, but

7    my company.

8        The boycotts that are going on, box stores

9    are dropping me, social media -- they canceled my

10   Twitter.  Today they cancelled My Pillow's Twitter

11   account; my company's Twitter account.

12       Well, before I was going to get erased

13   completely, we put together this show.  And what

14   you're going to see today is what they don't want

15   you to see, why they're trying to erase me.

16       And what I have told everyone out there, I

17   said:  You know what, I've seen evidence.  I have

18   been trying since November 4th to prove -- you

19   know, to show what's out there, what -- what are

20   these deviations that happened on election night.

21   And nothing -- none of it made any sense.

22       So I dove all in with everything I had,

23   resources, any time I heard something that maybe

24   was relevant, I went and said -- you know, looked

25   into it, did my own due diligence, had my -- even

1  my own investigations.

2       Well, on one day -- I think it was like

3  January 9th, all of the sudden these people --

4  they brought me some -- a piece of evidence that

5  100 percent proved -- it's like a -- a print of --

6  of inside the machine of a timestamp that showed

7  another country -- other countries attacking us,

8  hacking into our election through these machines,

9  and it shows the votes flipped.

10      I'm going, wow, I got to get this out

11  there.  And from that point on I started putting

12  it out there, and that's when they just started

13  attacking me.

14      Well, they obviously are hiding something,

15  and tonight you're going to see what they're

16  hiding.  You're going to see on this show, we

17  have -- we're going to have cyber forensic

18  experts.  We're going to have 100 percent --

19  you're going to see all this evidence that by the

20  time you're seeing it, you're going to go, wow,

21  100 percent it proves exactly what happened, that

22  these machines were used to steal our election by

23  other countries, including China.

24      But I do want to tell you before we get

25  into all that, I want to tell you what I consider

Mike Lindell  Absolute Proof Doumentary Proving

4

1   -- why I'm so happy today about two miracles that

2   happened these last couple of months.

3        The first miracle was on election night,

4   and on election at 11:15 at night, the -- the

5   algorithms of these machines broke.  Basically,

6   broke.

7        And this will be explained during this

8   show.  But they broke.  What that means is, Donald

9   Trump got so many more millions of votes that they

10  didn't expect, that they had they're -- they're

11  going to have to recalibrate.  Right?

12       So that's why all these states shut down,

13  all the sudden they all shut down.  And we're all

14  going, what?  That's weird.  This has never

15  happened in any other election.

16       And then we're going, okay, then they -- as

17  the days went on going, what?  Another -- another

18  week that it takes -- you know, like Arizona to

19  count one percent of their vote, and -- and you

20  see these big spikes like in Michigan, and all

21  these bid -- you know, votes that were pouring in.

22       Nobody understand it, right?  We're --

23  we're like living in this kind of Twilight Zone

24  during that time.

25       Well, that is one miracle there, because

Mike Lindell  Absolute Proof Doumentary Proving

5

1   think of if that wouldn't happened.  Think if they

2   would have estimated right, and what would have

3   happened is, it would have been just like a normal

4   election, at 3:00 in the morning they would have

5   said, oh, Biden won, he won by a little bit.  And

6   we would have said, oh, better luck next time.

7        But because he got so many votes it broke

8   that and -- and set off of these series of events

9   of these deviations.

10       If they wouldn't have happened, we would

11  have never been here talking about the biggest

12  attack in history.  The biggest cyber attack ever.

13  And this -- you know, the American dream would be

14  gone forever, because we would have never known.

15  And it would just -- you know, using machines, it

16  would have took us over forever.

17       Here comes the second -- the second

18  miracle.  And with this one I got to show you here

19  on the -- on the -- on the chart.  I'm going to go

20  through this and I'm going to tell you why this is

21  a miracle.

22       Okay.  What we're going to do here, we're

23  going to go state by state, and we're going to

24  show you what else happened.

25       So here's Arizona.  Okay.  The margin of

Mike Lindell  Absolute Proof Doumentary Proving

6

1    victory was 10,000 votes that -- that Biden --

2    they say Biden won.

3         Now, if we look at this -- let's go down

4    the chart here.  Mail-in ballots requiring

5    adjudication.  Almost 300,000.

6         What these mean is, these are votes they

7    put through -- and you're going to learn -- you're

8    going to learn all about that during this show,

9    too, what adjudication -- how that works.

10        But let's just go to the next one.

11        Illegal aliens voting.  36,400 illegal

12   voted.  You see that?  He only lost by 10,000.

13   Well, of course, they can't vote.  Okay.  Donald

14   Trumps wins Arizona, right?

15        We'll just keep going.  Voters registered

16   to a vacant lot, 2,000.  Completed mail-in ballots

17   received the day before the ballots were even

18   mailed.  They got 20- -- or 22,000 ballots back in

19   Arizona before they had even mailed the ballots

20   out.  What?  That's kind of bizarre, right?

21        Okay.  Keep going.  Down here, Maricopa

22   County electronic adjudicated ballots, 103,000.

23   Votes loaded before opening of polls.  So the

24   votes were even loaded.  They were already even in

25   there before the votes even opened, 50,000.

Mike Lindell  Absolute Proof Doumentary Proving

7

1        Okay.  Let's just -- you see all that.

2        Let's go to the next state.  I'm going to

3    skip Georgia, and come back to it.

4        Let's go to Michigan.  Michigan, dead

5    voters 17,367.  And this is so -- Michigan is kind

6    of its own -- we're going to talk about Michigan,

7    it's very different than the other states what

8    went on there.  So it's all grouped together.

9    615,000 votes that are just in -- in question, and

10   we're going to skip that part.  Okay.

11       Let's go to the next one here, Nevada.

12   Okay.  Here's Nevada.  Illegal aliens that voted

13   in this election, 4,000.  Mail-in or absentee

14   ballots for voters that were known to have voted

15   in other states, 15,000.

16       Clark County used signature verification,

17   one-half the image quality that was suggested by

18   the manufacturer, and to check the mail-in ballot

19   signatures, 130,000.

20       We'll just skip through that.  Raffle

21   tickets that they were incentivized, 500.

22       Here we go, here's a big one:  Dead people

23   who voted, 1,506.  Non-Nevadans who voted in

24   Nevada -- they don't even live in Nevada --19,218.

25   Voters who double voted 42,284.

 1          Okay.  As you can see, they add up to over

 2   200,000, Donald Trump lost by 34,000 votes.

 3          Okay.  Let's go to the next one,

 4   Pennsylvania.  Mail-in votes that counted without

 5   a Republican observer.  We've all heard that

 6   stuff, that's well over 600,000.

 7          Mail-in ballots, 68.  Here's another one,

 8   too, we can almost -- we're going to hear --

 9   you're going to hear a lot about this during this

10   thing, but let's go down -- poll workers that

11   voted with various errors in the bins.

12          This is the one where you heard the fake

13   ballots that were driven from New York to

14   Pennsylvania.  You'll hear a little about that in

15   the show, too.  But this isn't -- we're going to

16   go by Pennsylvania.

17          You can all see it adds up 866,000.  Donald

18   Trump lost by 68,000.  And there -- there will be

19   a point to all this I'm getting to.

20          Okay.  Here's Wisconsin.  Wisconsin, surge

21   of identity (sic) combined voters in 2020, that's

22   a -- it's a -- that would take a while to explain,

23   but there was 130,000.

24          U.S. Postal Service backdated ballots,

25   100,000.  Okay.  That's incredible, if you

Mike Lindell  Absolute Proof Doumentary Proving

9

1  actually look into it.

2      The mail-in ballots entering the tabulation

3  process under the guise of absentee ballots in

4  clear violation of state law, 170,000.

5      Okay.  Wisconsin -- okay.  The margin of

6  victory for Biden was 20,000 votes.

7      Now we're going to go to -- back to

8  Georgia.  Okay.  Everyone knows the President

9  called the Secretary of State in Georgia, and on

10  that call he -- he said -- he was listing these to

11  the Secretary of State.  He said:  Okay, you have

12  felons with incomplete sentences that voted and

13  cast their vote, 2,560.  Underage children that

14  registered to vote and illegally voted 66,247.

15      Unregistered voted -- voters who voted,

16  2,423.  Registered voters who voted in another

17  state after their Georgia registration date,

18  4,926.  Voters who voted in Georgia and also voted

19  in another state, 395.

20      Voters who voted in Georgia, but changed

21  their address before the election to do it,

22  15,700.  People who failed to pre-register to vote

23  in their country in time after moving from one

24  county to another, 40,279.  Voters who illegally

25  claimed a post office box as their residence,

Mike Lindell  Absolute Proof Doumentary Proving

10

1,043.

Voters who registered too late to vote in the election, 98.  People who died prior to the election, they didn't -- they were already dead -- 10,315.

Okay.  Ballots with no chain of custody -- we'll probably talk a little bit about that in this show, too -- 600,000.

And here's what the President said to the Secretary of State in Georgia:  Can you just give us -- why don't you just give us your -- it's -- he only lost by 11,730 votes -- he said:  How about you just give us your underage that voted, or your dead people, and we win.

It didn't make sense.  You say, how about this?  People -- this -- this line here, this people who failed to register, 40,000; can you just give us them?

He said:  Just give -- what -- he named the columns.  And you know what the Secretary of State of Georgia said:  Those numbers are wrong.

And -- and the President said:  Well, where -- who gave us the numbers?  He asked his guy. And that guy said:  We got them the from the Secretary of State's office.

Mike Lindell  Absolute Proof Doumentary Proving

11

1        And the President said to the Secretary of

2   State:  Well, when can we get the right numbers?

3   And the other guy said:  Sir, we've been trying to

4   get them from the Secretary of State for almost

5   two months.

6        And the point being here -- now here comes

7   the point I'm making -- here -- this is all the

8   second miracle of the election -- every one of

9   these states should have been -- and -- and two

10  plus two is four, right?

11       You should say:  Okay, you can't count dead

12  people, you can't count underage people.  Every

13  one of these states, Donald Trump wins if the

14  electors would have done their job, the

15  legislatures, if the -- if the governors wouldn't

16  have said, you know, he, it's good.

17       All these things that happened -- all these

18  anomalies that happened, it would have never

19  happened before, but -- but much less one state,

20  they all say that, that -- hey, we're going to go

21  ahead and use this stuff, and we're going to

22  declare Joe Biden the winner.

23       But here's the big thing, the big miracle:

24  If they would have done that, if they would have

25  done that, and said, you know what, we can't count

Mike Lindell  Absolute Proof Doumentary Proving

12

1   these, Mr. Trump wins.  Donald Trump wins.

2        Okay.  Then we wouldn't be where we're at

3   right now, because the biggest thing against

4   humanity and our country is this attack through

5   these machines.  They got -- this opened up, this

6   revealed the -- the machines to where we're at

7   right now.

8        So what you're going to watch during this

9   show is 100 percent proof that the big thing was

10  the theft by these other countries that came in to

11  attack our country through these machines that are

12  made to steal elections.

13       Every election going forward in history, if

14  these things would have happened, these two -- and

15  we wouldn't -- we wouldn't have ever known, every

16  single vote you would have ever made, wouldn't

17  have mattered.  Somebody else would have made that

18  vote.

19       And we've all seen if this past month --

20  you think it was a communist coming in and taking

21  this over, with people here, this is an attack,

22  not only on other -- those other countries with

23  communism, but they had domestic traitors right

24  here in our country.  Whatever is going on right

25  now, we're seeing it.  They're suppressing cancel

1   culture.  They're trying to cancel us all out.

2        I just seen churches -- the Christian

3   church that they're being attacked right now.

4   People on social media, anyone that speaks up,

5   they're going, you can't say that.  You're gone.

6        It's like -- right now they're doing

7   Whack-a-mole because they know -- they knew they

8   were so close -- so close that we would never know

9   in history what happened.

10       But guess what, now we do know it and

11  you're all going to know.  And when you watch this

12  and you get through it, at the end I am going to

13  tell you what you can all do.

14       And we're going to start our show right now

15  and you guys are going to be absolutely amazed.

16       And now we have with us Colonel Phil

17  Waldron --

18       PHIL WALDRON:  Yes.  And my -- my

19  background in the military is with influence

20  operations, information operations, that --

21  information warfare, if you will.

22       MIKE LINDELL:  You know, what we're talking

23  about here today is specific.  These machines that

24  were used to -- to hack into our election and --

25  and by foreign countries, including China, and --

Mike Lindell  Absolute Proof Doumentary Proving

14

1   what -- what did you -- kind of bring us up

2   through the election for yourself of what -- and

3   how you've got so involved right now.

4          PHIL WALDRON:  Yeah.  We -- we began

5   looking at -- working with our partners in -- in

6   Dallas at LI Security Operations Group with doing

7   some analysis on the data that they had, looking

8   at -- not only Dominion, but ES&S and Hart- --

9   several of the other electronic voting management

10  systems, and we saw a lot of similarities and --

11  and vulnerabilities in the systems that would be

12  easily influenceable or easily interdicted.

13         And, again, as a -- as an information

14  warfare officer, that's what I did.  I looked for

15  vulnerabilities and ways to attack systems to

16  create a strategic advantage for U.S. friendly

17  forces.

18         And so when we started seeing the

19  vulnerabilities and all the different ways that

20  you could interdict this -- these electronic

21  voting systems, it became apparent that we had a

22  problem for the -- the November 3rd election.

23         And that prompted us to spend a lot of time

24  working with Russ Ramsland, getting a lot of the

25  -- the historical data, the knowledge.  We started

Mike Lindell  Absolute Proof Doumentary Proving
15

1   working on our own, really doing a lot of

2   connecting the money exercises, doing -- doing

3   basic investigative research.

4        And then I brought in our -- our local DHS

5   team here in Texas, both the intelligence and

6   assessments division, which collects -- collects

7   intelligence for -- for the Department of Homeland

8   Security and --

9        MIKE LINDELL:  Uh-huh.

10       PHIL WALDRON:  -- the CISA -- our local

11  CISA rep.  And we spent quite a bit of time giving

12  them an introduction to what -- what we saw, and

13  the vulnerabilities and the ways that these

14  systems can be interdicted to change election

15  outcomes at, you know, the -- the machine level,

16  the server level, fraud at the local level; which

17  -- you know, is required to induce the -- the

18  illegitimate ballots.

19       MIKE LINDELL:  Right.

20       PHIL WALDRON:  Then you got a -- the

21  machine level, which is kind what you were talking

22  about, the --

23       MIKE LINDELL:  Right.

24       PHIL WALDRON:  -- the algorithms that are

25  directly input into the tabulators.  And we have

Mike Lindell  Absolute Proof Doumentary Proving

16

1    evidence of that in -- in Ware County, Georgia,

2    that -- you know, X amount of ballots went

3    through, and they -- they, basically, stole 13

4    percent of the vote from President Trump and put

5    that 13 percent of the vote into the category for

6    Former Vice President Biden, which made a 26

7    percent shift in the vote.

8         And so when you look at the machine level,

9    the machine for Dominion for ES&S, there's so many

10   vulnerabilities in the systems, there are so many

11   fundamental cyber security practice that are not

12   enabled, that it basically allows anybody who --

13   who has some technical ability and the -- the want

14   to go in and influence our elections.

15         MIKE LINDELL:  Wow.

16         PHIL WALDRON:  It's sort of that strategic

17   level --

18         MIKE LINDELL:  Well --

19         PHIL WALDRON:  -- is foreign intelligence,

20   foreign intelligence services.  And we've got a

21   pretty much documented -- documented of Chinese --

22   communist Chinese party ownership of the private

23   equity firm whose board controls Dominion.

24         We've got Chinese communists that --

25   that -- the President of the Chinese communist

1    bank who is a board -- board of directors member

2    of -- of a private equity firm that -- that owns

3    Dominion.

4         MIKE LINDELL:  Wow.

5         PHIL WALDRON:  And then if you look at the

6    testing company, the only company that has code --

7    access to the code, and the testing for Dominion

8    is in Chongqing, China, it's a communist Chinese

9    party company.

10        The U.S. Government, the state governments,

11   the county governments, they don't have access to

12   Dominion code.  But I think it's kind of -- kind

13   of unique that a Chinese company that's run by

14   the -- the CCP does have access to the code, and

15   that's why we started seeing at that strategic

16   level, that third tier of election manipulation, a

17   lot of movements of votes directly -- direct to

18   access to Pennsylvania, voting precincts, county

19   tabulation centers, Wisconsin, Michigan, Nevada,

20   Arizona, Georgia -- all of that coming in directly

21   from -- from foreign countries; China being the

22   predominate one, and through -- through Pakistani

23   ISI proxies.

24        MIKE LINDELL:  Did -- did you find it very

25   frustrating not being able to get -- get all this

Mike Lindell  Absolute Proof Doumentary Proving

18

1   information out to the public?

2        PHIL WALDRON:  Yeah, it -- it -- it's very

3   frustrating.  The fact that -- you know, everyone

4   say:  Well, there was all these court cases and

5   all the court cases were lost.

6        Well, that's a lie.  And we've got

7   statistics on how many court cases were opened,

8   how many were dismissed for -- you know, for

9   standing or procedural; but there -- there's only,

10  to my knowledge, two cases, one in Michigan and --

11  and one in Georgia, where evidence has been heard.

12  And those cases are progressing forward.

13       The Senate in Arizona has heard and seen

14  preliminary evidence, and they have issued a

15  subpoena, and their pressing forward with a full

16  forensic audit in Arizona.  And that -- that can

17  be forthcoming as early as, you know, this -- this

18  coming week.

19       MIKE LINDELL:  Right.

20       PHIL WALDRON:  So it's -- it is complex,

21  and it's hard for people to understand.  And if

22  it's hard to understand, people just dismiss it

23  as, you know, the --

24       MIKE LINDELL:  Right.

25       PHIL WALDRON:  -- conspiracy theory --

1       MIKE LINDELL:  Right.

2       PHIL WALDRON:  -- where it's -- it's cyber

3  warfare and unconventional asymmetric warfare --

4       MIKE LINDELL:  Uh-huh.

5       PHIL WALDRON:  --  conducted by peer threat

6  nation state against the United States

7  government's critical infrastructure.

8       MIKE LINDELL:  The whole country see when

9  they -- you know, when they shut everything down

10  at night, that that was a deviation, you probably

11  expected this, right?

12       PHIL WALDRON:  We were watching, we found

13  the -- the foreign servers in Barcelona and the

14  U.K. and -- and in Frankfurt.  We had seen several

15  -- you know, the one in Toronto, obviously, with

16  Dominion --

17       MIKE LINDELL:  So you know 100 percent

18  proof that the servers are overseas in other

19  people's countries for our election?

20       PHIL WALDRON:  Yes.  We were mapping out

21  the servers before the elections.  We identified

22  the Scytl server in Frankfurt, down to the street

23  address.

24       Frankfurt has -- I think it's -- it's

25  either the largest or one of the world's largest

```
 1  server, you know, it's -- you know, a cyber node
 2  --
 3       MIKE LINDELL:  Right.
 4       PHIL WALDRON:  -- communications node, it's
 5  called DE -- DE for Germany, nix.  DE nix
 6  (phonetic).
 7       MIKE LINDELL:  Right.
 8       PHIL WALDRON:  -- and there was several
 9  folks watching the -- the traffic and the volume
10  of traffic that night, and they noticed a
11  significant spike in traffic that night just due
12  to, you know, the volume of information going
13  through.
14       And one of the reasons is they -- they said
15  that the traffic was going up was due to U.S.
16  election.
17       MIKE LINDELL:  In your opinion, this is an
18  attack by other countries -- of foreign countries
19  is what you're saying then?
20       PHIL WALDRON:  I -- I believe from what I
21  have seen in the -- the witnesses that I have
22  talked to, that this is a -- a coop that it
23  definitely involved elements inside our own
24  country and inside our own federal government.
25       MIKE LINDELL:  Wow.
```

Mike Lindell  Absolute Proof Doumentary Proving

1    PHIL WALDRON:  Definitely -- definitely

2  part of the coop that was aided and abetted by a

3  foreign threat, nation state, appear enemy nation

4  state, China.

5    MIKE LINDELL:  Do you believe that this

6  attack from other countries could not have

7  happened without people here domestic -- people

8  domestic traitors, basically?

9    PHIL WALDRON:  Yeah, I -- I believe that --

10  again, we have affidavits of CIA and state

11  department personnel out of the Italian embassy

12  participating in this coop.

13    We have a name, e-mail and phone number of

14  a senior DOJ official from a -- from a U.S.

15  attorney that said that this individual was

16  shutting down any DOJ or FBI investigation into

17  any election -- any election-related

18  investigation, and trying to shut down judicial

19  cases, court cases.

20    So from inside our own DOJ, people were

21  shutting down active investigations.

22    You wonder why, you know, Mr. Barr didn't

23  find or see any evidence of widespread election

24  fraud, is because the FBI never did anything other

25  than to impede investigations into election fraud.

Mike Lindell  Absolute Proof Doumentary Proving

22

1   The FBI went to question the truck drivers who

2   delivered ballots and -- and created affidavits,

3   they were harassing, you know, the -- the

4   Americans -- patriotic Americans who were -- who

5   were whistleblowers --

6           MIKE LINDELL:  Right.

7           PHIL WALDRON:  -- and prosecuting them.

8           Mike, you mentioned something earlier is --

9   is the machines, the ES&S and Dominion machines,

10  if you look at -- you know, military planning

11  factors, there are critical capabilities.  A

12  capability is what you have to have to execute

13  your mission, or the enemy has to have to execute

14  its mission successfully.

15          So critical capability for any of this to

16  happen are the inherent vulnerabilities that were

17  built into ES&S and Dominion software which is --

18  you know, again, we've proven through -- through

19  our work that this is all related directly back to

20  so soft- -- Smartmatic -- Smartmatic -- SGO

21  Smartmatic Software core.

22          MIKE LINDELL:  Wow.

23          PHIL WALDRON:  And they definitely have

24  financial gains to -- to -- financial reasons,

25  based on some of the other investments that

Mike Lindell  Absolute Proof Doumentary Proving

23

1    they've made --

2          MIKE LINDELL:  Right.

3          PHIL WALDRON:  -- especially if the -- you

4    know, the -- looking down the road, if they make

5    billions and billions of dollars, the board of SGO

6    Smartmatic, because they own a -- an air

7    purification company, so -- just think about it,

8    if -- if you get to pick an administration that is

9    favorable to your -- to your company, say that

10   they pass a green new deal, and you're going to

11   make billions and billions of dollars off of

12   government mandated air purification systems, and

13   public buildings and apartment buildings and

14   industrial complexes, you know, you -- you would

15   spend quite a bit of money on the frontside to --

16   to make sure the election was good.

17          The same thing with China, if --

18          MIKE LINDELL:  Right.

19          PHIL WALDRON:  -- China could avoid the

20   U.S. coming to Taiwan's defense, and we've seen

21   indications of that already, and if kind China

22   could avoid having to fight a campaign to protect

23   their manmade islands, to extend their territorial

24   waters into international navigable waterways, if

25   they could invest a billion dollars to do that

Mike Lindell  Absolute Proof Doumentary Proving

24

1    versus fighting a war -- well, they made a pretty

2    good investment.

3           MIKE LINDELL:  Right.

4           PHIL WALDRON:  And all the money that

5    they've made into the Biden family, all the money

6    that they've made invested into U.S. universities,

7    and U.S. businesses, buying up our medical, our

8    technical intellectual property, stealing a lot

9    more than they bought, they are -- they are

10   fighting a war.  And people just don't realize

11   that we're under attack.

12          MIKE LINDELL:  So now we have with us

13   Russell Ramsland.  He's a founding member of

14   Allied Security Operations Group.  They're based

15   in Dallas, Texas.  And they do cyber forensics and

16   security.

17          Russell, how are you -- how are you

18   involved with all this -- this election fraud with

19   these machines?

20          RUSSELL RAMSLAND:  Well, it was

21   interesting, Mike.  It's been a long road for us.

22   About two years ago, we had some logs from the

23   Dallas general election brought to us from the

24   central tabulation server, and people ask, what do

25   these logs mean?

Mike Lindell  Absolute Proof Doumentary Proving

25

1        It was about 1100 pages, and we got to

2   looking at them and we were horrified at what we

3   found, because what we found were that people were

4   getting into the system and they were changing the

5   votes.  They were erasing databases, they were

6   reloading them, and it was coming from remote

7   locations.  And the (inaudible) this can't be.

8        MIKE LINDELL:  Now, this was back -- this

9   was in 2018 when they -- so these guys came to you

10  with these -- and these were -- these were voting

11  machines, and were they Dominion machines?

12       RUSSELL RAMSLAND:  No.  No.  No.  We used

13  ES&S in Dallas, not Dominion.

14       MIKE LINDELL:  So are they -- are they --

15  are they similar -- similar machines?

16       RUSSELL RAMSLAND:  Yes.  Yeah, it's -- it's

17  very similar stuff.  Most of these voting

18  companies all have all similar DNA in their --

19       MIKE LINDELL:  Okay.

20       Jovan Pulitzer:  -- (inaudible) --

21       MIKE LINDELL:  Okay.  But what you've seen

22  was -- was very -- it horrified you?

23       RUSSELL RAMSLAND:  Yeah, it did.

24       MIKE LINDELL:  Okay.

25       RUSSELL RAMSLAND:  Because clearly somebody

1  was playing with the election.

2      MIKE LINDELL:  Wow.

3      RUSSELL RAMSLAND:  So we tried to get the

4  authorities alerted.  We brought in a DOJ

5  prosecutor that ran the cyber group in North

6  Texas, and she was horrified at what we showed

7  her.

8      And she asked us to put it together and

9  eventually submitted it to the FBI, and we did

10  that, and they did nothing.

11      So we continued to investigate and the more

12  we found, the more horrifying it got.  Now, this

13  all was still coming out of Dallas.  We tried to

14  get Senators to look at this, and we tried to get

15  state officials to look at this; but we continued

16  to work on it on our own.  We had no client at

17  all.

18      And eventually we did get seven members of

19  the Freedom Caucus last July to take a two-hour

20  briefing without staff, and what they saw was

21  absolute proof that this electronic voting system

22  that we have is completely compromised.

23      MIKE LINDELL:  Wow.

24      RUSSELL RAMSLAND:  It can be completely

25  manipulated, and they were horrified.

Mike Lindell  Absolute Proof Doumentary Proving

27

1        MIKE LINDELL:  We've all heard that Texas

2   denied these machines.

3        RUSSELL RAMSLAND:  Well, Texas denied

4   Dominion, but Texas uses other voting machines.

5   We heard Hart, and we use ES&S in Texas.

6        MIKE LINDELL:  Right.

7        RUSSELL RAMSLAND:  Same -- same --

8        (Talking simultaneously.)

9        MIKE LINDELL:  So why would Texas -- they

10  denied these Dominion ones, and in your opinion,

11  so they must have looked at them and said there is

12  something there that we don't like; but then they

13  -- over here with Smartmatic and these other ones,

14  they were okay with that, what -- what would be

15  your opinion of why -- why -- they would deny one

16  machine that -- because they're afraid of election

17  fraud, and -- and over here they accepted that

18  one?

19        RUSSELL RAMSLAND:  I think that it

20  sometimes has more to do with politics and

21  influence who gets through and who doesn't

22  (inaudible) the machines.

23        MIKE LINDELL:  Okay.

24        RUSSELL RAMSLAND:  So we finally ended up

25  with some investigators with Ron Johnson's

Mike Lindell  Absolute Proof Doumentary Proving

28

1    Department of Homeland Security Oversight Group,

2    and they were horrified of what we showed them.

3    And they tried to get CISA, which is the Cyber

4    Intelligence Security Administration inside the

5    DHS, they tried to get CISA to take a look.  CISA

6    would not take the briefing.  They couldn't be

7    less interested.

8         So we didn't quite know what to do.  We

9    were beginning to find some media people who

10   wanted to start talking about this, and they

11   became appalled.  But the break really came in

12   early August when we got some DHS people in Austin

13   with the INA Division, the intelligence and

14   analysis division down there, to take a look at

15   what we had.  And that's the division that used to

16   have voter integrity before it was handed to CISA.

17        So they looked at it and they were

18   horrified, and they sent a whole team to our shop.

19   We spend 11 hours with them.  They asked us if we

20   would give them their -- our data.  We said of

21   course.  And so we gave them all our data.  They

22   took it back to Austin.  And unknown to us, they

23   gave it to three private cyber groups that they

24   use.  And said:  Hey, are these guys crazy?  I

25   mean, is this nuts or is this -- is there

1   something here?

2        Well, all three groups looked at it and all

3   three groups came back not only is it right, it's

4   horrifying.

5        MIKE LINDELL:  Okay.  I want to ask you

6   that:  When you say horrify, can you explain to

7   everybody watching this right now, what -- what

8   horrified you?  Was it the fact they could go

9   online --

10       RUSSELL RAMSLAND:  Well, there's no

11  effective security at all for your votes.  Your

12  votes are stored overseas where they can be

13  easily --

14       MIKE LINDELL:  Wait a minute.  Wait a

15  minute.  They're stored overseas?

16       RUSSELL RAMSLAND:  Yes.  Yeah.

17       MIKE LINDELL:  Wow.

18       RUSSELL RAMSLAND:  20- -- 27 states use

19  what's called Clarity Scytl Election Night

20  Reporting, and those servers are overseas.  They

21  have what are called S3 bucket vulnerabilities and

22  people can get in and change the votes there.  And

23  then they can load them all the way back down to

24  the county level here in this country, because

25  Scytl gets all their credentials from every single

Mike Lindell  Absolute Proof Doumentary Proving

30

1   county server here; and so they can get into every

2   single county server and change the votes here

3   from overseas.  It's crazy.

4        MIKE LINDELL:  Wow.  So -- so -- so

5   everything that -- everybody's been talking about

6   out there that they tried to suppress and that

7   they -- we heard that machines weren't even online

8   and you're saying that 27 states use this, and the

9   servers are overseas; so these can go over there

10  and they can change the vote to anything they want

11  and send it back cyberly -- by cyber?

12       RUSSELL RAMSLAND:  Correct.

13       MIKE LINDELL:  Wow.

14       RUSSELL RAMSLAND:  So they became -- the

15  DHS people in Austin realized what we were telling

16  them was correct, they became horrified, and they

17  began to try to have a series of classified

18  briefings within their own group in order push

19  this up -- up the chain.

20       And they got about one or two levels up,

21  and then they met a solid wall of resistance that,

22  basically, said leave it alone, don't pursue it.

23       MIKE LINDELL:  Wow.  And what do you

24  think -- what do you think -- now we're -- telling

25  the facts on the show here, but in your mind, why

1  would they do that?  This is just subjectively,

2  why would -- why would -- why would they do that

3  in your mind?

4      RUSSELL RAMSLAND:  I don't know, Mike.

5      MIKE LINDELL:  You can't explain it.  I

6  mean, this is -- okay.

7      So then -- to take us from there.  So this

8  is like what -- what -- approximately, when was

9  that, when cut it -- when it got stopped?

10     RUSSELL RAMSLAND:  That was September.

11     MIKE LINDELL:  Wow.

12     RUSSELL RAMSLAND:  Yeah.

13     MIKE LINDELL:  Close to the election.

14 Okay.

15     RUSSELL RAMSLAND:  Close to the election.

16 So what actually happened in this election, this

17 stolen election, we already knew was going to

18 happen.  We already had seen it, we knew it was

19 all possible.  We knew it was all out there.

20     Now, we didn't know how many foreign

21 servers.  You know, before we weren't seeing very

22 many foreign servers come in and change votes.

23 But in this election, of course we saw thousands

24 from all over the world.

25     MIKE LINDELL:  Had you seen -- you seen

Mike Lindell  Absolute Proof Doumentary Proving

1   thousands -- all right.  You've seen all these --

2   these hacks.  Have you actually seen that with

3   your own eyes?

4         RUSSELL RAMSLAND:  We have seen the data

5   that is --

6         MIKE LINDELL:  All right.

7         RUSSELL RAMSLAND:  -- representative of

8   that.

9         MIKE LINDELL:  So this -- the election goes

10  down, you knew it was going to happen; is it

11  exactly what you thought was going to happen?

12        RUSSELL RAMSLAND:  Yeah.  We -- we thought

13  it was going to happen on three levels.  We

14  thought they there would be massive local

15  cheating, we thought there would be cheating

16  through the actual voting companies themselves;

17  whether it's them or someone else manipulating

18  them.  And we thought that there would be cheating

19  from votes being injected from overseas.  And

20  that's exactly what we saw happen.

21        MIKE LINDELL:  Wow.

22        RUSSELL RAMSLAND:  And we developed huge --

23  tons of absolute proof on this, but no court case

24  was ever allowed -- ever allowed it to be

25  presented.  So that sort of gave fodder to this

Mike Lindell  Absolute Proof Doumentary Proving

33

1   media myth that it didn't exist.  But it does

2   exist.  It's out there.  It's unbelievable.  It's

3   massive.

4        MIKE LINDELL:  Wow.  Did everybody hear

5   that, what he -- what Russell is saying here, this

6   is what everyone says, well, there was no

7   evidence.  So you're saying no judges would look

8   at the evidence; is that correct?

9        RUSSELL RAMSLAND:  That's correct.

10        MIKE LINDELL:  Okay.  And now we don't know

11   why, we don't know why -- I mean, it wasn't

12   because there wasn't evidence, they didn't even

13   look at it; is that correct?

14        RUSSELL RAMSLAND:  That is correct.

15        MIKE LINDELL:  Okay.  Now we've heard about

16   --  we also, in fact, on this show that Antrim

17   County in Michigan, were you guys ever -- were you

18   guys -- weren't you guys contacted to look into

19   that?

20        RUSSELL RAMSLAND:  That was our work, yeah.

21        MIKE LINDELL:  Oh, wow.  Okay.

22        RUSSELL RAMSLAND:  I actually signed the

23   forensic audit report.  And -- because our guys

24   did all that, our -- part of our team.  And that

25   came about because there was a down-ballot race

Mike Lindell  Absolute Proof Doumentary Proving

34

1  and the Judge allowed some limited discovery, what

2  came out of that was appalling enough that he

3  allowed further discovery; and then, of course,

4  that report went national because what we found

5  was so horrifying.

6      MIKE LINDELL:  Right.  For everybody out

7  there, we've all heard this Antrim County in

8  Michigan, and in the show here we've -- you know,

9  you've seen it, we've had -- we've -- this is --

10  this is the reason it was talked about so much,

11  because this is a small county and it was like

12  15,000-some people voted and it was 7,000 some

13  votes flipped.

14      I mean, so it was so obvious, you know, we

15  had 65 percent Republican and 35 percent Democrat

16  normally, and it was completely flipped; so

17  everybody in the town knew it was a deviation that

18  didn't make sense.

19      And so -- so, Russell, this case is still

20  open, is that -- that's correct, right?

21      RUSSELL RAMSLAND:  That is -- that is

22  correct.

23      MIKE LINDELL:  Okay.  Can I --

24      RUSSELL RAMSLAND:  What --

25      MIKE LINDELL:  Can I ask you this:  So what

Mike Lindell  Absolute Proof Doumentary Proving

35

1  you seen there is exactly what you knew was going

2  to happen and now -- were you able to look at

3  other places what was different about Antrim

4  County -- now, we've all heard was you were able

5  to get into the -- the forensics of it and see all

6  this, were you able -- have you been able to do

7  that in any other places in the United States

8  since then or -- you know, since this election

9  ended on -- in November?

10      RUSSELL RAMSLAND:  Actually, on a limited

11  basis we have been able to go into other counties,

12  we have not published that information yet.  And

13  the reasons why we aren't publishing that

14  information right now, but both of them had not

15  only confirmed, they have confirmed that it's even

16  worse in Antrim.

17      MIKE LINDELL:  Okay.  Did everybody hear

18  that?  What we have here and Russell can't

19  disclose this, because what -- every time

20  something pops up, it gets buried out there.

21  Things happen.  I don't -- you know, it -- this

22  is -- this is the most attack on our country, and

23  I'm telling you, ever.

24      I mean, this is -- and that's why -- you

25  know, it's getting suppressed every -- everywhere.

1   So what he's saying, two other places now -- is

2   this breaking news right now?  You're saying right

3   now you have two other places and what you're

4   seeing is even worse than you could ever imagine?

5        RUSSELL RAMSLAND:  Well, it's -- it's --

6   it's just like Antrim, only it's worse in many

7   ways.

8        You know, in Antrim -- what people need to

9   understand, real simple, Mike, when people vote

10  and they scan their ballot in, it either goes into

11  the regular sort of bucket and gets voted, or else

12  it goes into what's called an adjudication bucket.

13       If it goes into the adjudication bucket,

14  then whoever is running the voting system gets to

15  vote that vote however they want.

16       Well, in -- in Antrim we found ballot

17  rejection rates of 82 percent.  82 percent.

18       MIKE LINDELL:  Wow.  Wow.

19       RUSSELL RAMSLAND:  82 percent of the

20  ballots were going to adjudication --

21       MIKE LINDELL:  And what is the -- what is

22  the -- what's the normal number?  I mean, is there

23  a normal number for -- for an election that would

24  be -- what percentage and what would be on the

25  high-end?

1      RUSSELL RAMSLAND:  Well, certainly less

2   than one percent would be a -- should ever go to

3   adjudication.

4      MIKE LINDELL:  Wow.  Less than one

5   percent --

6      RUSSELL RAMSLAND:  There's only --

7      MIKE LINDELL: -- everybody.  And this was

8   85 percent.

9      RUSSELL RAMSLAND:  Yes, well in Fulton

10  County, they -- the Fulton County people

11  themselves admitted to a 93.6 percent adjudication

12  rate in some cases.  That means the entire

13  election was decided by the people that ran the

14  system, not by the voters.

15     MIKE LINDELL:  And now -- what you're

16  talking about there, this isn't -- this isn't one

17  other way these machines can -- that you can --

18  that you can cheat through the -- or cheat there.

19  But this does not count what you're talking about

20  earlier, the cyber forensics where it goes

21  overseas to these servers that are all based over

22  there, correct?

23     RUSSELL RAMSLAND:  That does not -- that's

24  a different issue all together.

25     MIKE LINDELL:  Right.  So both of them

Mike Lindell   Absolute Proof Doumentary Proving
38

1   involved the machines everybody, one we've talked

2   about in the show is here.  But the cyber one you

3   just heard from Russell, which he said earlier,

4   this is all the attack by the other countries that

5   hacked in, which we're going to show you that

6   proof now, that Russell doesn't even know, that we

7   have that's going to show who did it, the time

8   they did, the computer they did it off of,

9   everything.

10        If we would have never found out -- or this

11   would never have gotten -- what we're going to get

12   to now, what would -- what would the future look

13   like in -- in elections.

14        RUSSELL RAMSLAND:  Well, I mean, we're

15   basically approaching Venezuela where it doesn't

16   matter --

17        MIKE LINDELL:  It doesn't matter.

18        RUSSELL RAMSLAND:  -- who votes.

19        MIKE LINDELL:  Right.  Somebody else picks

20   our people for them, right?  So why vote, right?

21   I mean, that's the way -- that's the way it would

22   have been.

23        Machines that go online like in -- now you

24   said earlier, it's not just Dominion, it's all the

25   -- all the machines that were used in this

Mike Lindell  Absolute Proof Doumentary Proving

1  election, is that what you would say?

2      RUSSELL RAMSLAND:  Yes.  That's absolutely

3  a fair statement.  And let me -- let me tell you a

4  little bit about that.

5      You know, for these people that say it's

6  not online, we have videos of workers with poll

7  books who are swiping left on their poll book and

8  bringing up Netflix and getting a movie and

9  watching it on their poll book.

10      How does that happen if it's not connected

11  to the Internet?

12      MIKE LINDELL:  Right.  Right.

13      RUSSELL RAMSLAND:  We have affidavits of

14  a -- of a -- an election judge who showed up at

15  her precinct, found through her horror they had

16  loaded the wrong precinct in her equipment, called

17  her voting company and her voting company put her

18  on hold and the self- -- the help desk from

19  another state called in, and in ten minutes

20  somehow reloaded her poll books from another state

21  with the correct precinct.

22      How did that happen if it's not connected

23  to the Internet?

24      MIKE LINDELL:  I know they were all online,

25  but they -- but is it illegal for them to be

Mike Lindell  Absolute Proof Doumentary Proving

40

1  online?

2       RUSSELL RAMSLAND:  Well, it depends.  Some

3  places, yes; some places, to.

4       MIKE LINDELL:  Okay.

5       RUSSELL RAMSLAND:  I mean, the assurance

6  is, that you can trust the voting system, because

7  they're not online, but they are most clearly

8  online.

9       MIKE LINDELL:  I got you.  I got you.

10       RUSSELL RAMSLAND:  Now, here's one you

11  don't know.  We ran this -- a different group

12  here, a little operation in Dallas during this

13  last election, and let me describe the operations

14  so you'll understand the magnitude of what I'm

15  telling you.

16       What we did is every day we just took the

17  information on the voter records of the people who

18  voted that day in Dallas.  Dallas post them

19  online.  So you get a very big long record of this

20  voter.  You don't see how he voted, but you see

21  everything else.  Name, where he lives, when he

22  asked for a ballot, where he voted, his residence

23  address, on and on and on.

24       And all of those, as you know, are

25  comprised of zeros and ones.  That's how computers

1    work.  So all we did is, we would add up all the

2    zeros and ones in that voter record, and store it.

3    And then we would watch what would happen to that

4    voter record as we worked our way through early

5    voting.

6        Mike, we saw 57,000 votes get their voter

7    records changed during early election alone in

8    Dallas, Texas.

9        MIKE LINDELL:  Wow.

10       RUSSELL RAMSLAND:  We saw a ten-block long

11   street in Dallas, Texas get every single vote

12   wiped out and then subsequently replaced one at a

13   time with clearly something changed, because

14   the -- the hash -- in other words it's -- it's a

15   record of -- of the zeros and ones had been

16   changed, and so we know it was tampered with.

17       MIKE LINDELL:  Wow.

18       RUSSELL RAMSLAND:  I mean, it's

19   unbelievable.

20       MIKE LINDELL:  Was it nationwide that this

21   happened?

22       RUSSELL RAMSLAND:  Yes.

23       MIKE LINDELL:  Okay.  And you have seen

24   this cyber -- the cyber forensics that show that.

25   We will know that, too.

1     But I just want to ask you:  Why -- if

2  you're -- if there's -- you know, why did they --

3  why didn't they set these machines then to win

4  Texas, too?  Or do you -- you know, what would be

5  your opinion on that of why they didn't set them

6  high enough to win Texas, too?

7     RUSSELL RAMSLAND:  Well, there had been a

8  certain amount of -- of concern raised in -- in

9  Texas, as a result of our 2018 work, you know,

10  Pete Sessions actually filed a complaint in Texas

11  and published a paper on it, because his race got

12  stolen.

13     And so they were very well-aware that Texas

14  was going to come under some scrutiny that other

15  places probably were not.

16     MIKE LINDELL:  Right.

17     RUSSELL RAMSLAND:  And there was also a

18  huge operation down in Houston where a vote

19  scamming scheme for over 700,000 votes was

20  exposed, and -- so there was a lot going on in

21  Texas and I think it made them a little skittish

22  to operate as brazing ly here (inaudible) --

23     MIKE LINDELL:  So might -- they might have

24  backed off a little.

25     But you just said something there:  So

1  you're telling me that they controlled all the

2  downtick (inaudible) if they decided they didn't

3  want to flip a Senator or a Congressman or

4  whatever; is that correct?

5      RUSSELL RAMSLAND:  No, that -- absolutely.

6      MIKE LINDELL:  So Russell, could you speak

7  specifically to the malware?

8      RUSSELL RAMSLAND:  Sure.  There's a company

9  out of Barcelona, Spain called Scytl, and it owns

10  a company called Clarity Election Night Reporting,

11  and Hart reports to them, and Dominion reports to

12  them, and ES&S reports to them.  All these

13  companies report the votes to them.  And then

14  Election Night Reporting, supposedly, just passes

15  the votes along to the media.

16      But using standard white-hat tools, we can

17  look and see what is -- is on their server over in

18  Frankfurt, Germany.  And there is a -- an area on

19  their server on a particular kind of equipment,

20  there is a piece of malware call QSnatch.  QSnatch

21  actually watches all the information that comes

22  in, and it grabs the login credentials of every

23  single county in the country that reports to it.

24      So that once it has all those credentials,

25  it can then look back into that county and it can

Mike Lindell  Absolute Proof Doumentary Proving

44

1   access the county database from overseas or

2   wherever it wants to, if you want to inject change

3   to votes, either through the adjudication system

4   or just plain flat replace the database.

5       So it's -- it's -- it's a massive, massive,

6   massive security vulnerability and it is there, it

7   is working, and they have all the login ability

8   they need to get into any county that reports to

9   them.

10      MIKE LINDELL:  Wow.  So -- so, basically,

11  what you said earlier, all the -- all the servers

12  are over there, they can take all of our counties

13  in our country, look at them and then decide what

14  they want to do with that information and what

15  they can do in the county, what they need to flip;

16  so in -- you know, we all heard this -- this -- we

17  all heard about this Italy thing, and that it went

18  to Italy and Germany when they had to -- I guess

19  this would be the middle of the fight on -- on

20  November 4th; is this something -- would you know

21  anything about that -- I mean, to -- I mean, so

22  they -- what we've all heard out there is it went

23  over there, some guy even admitted he did it,

24  which we're going to have his affidavits up here,

25  but what do you -- what's your opinion on that?

Mike Lindell  Absolute Proof Doumentary Proving

45

1      RUSSELL RAMSLAND:  Well, our opinion on

2    that was that it should have been investigated,

3    because it is very consistent with what we do see

4    happening.

5      But it was not investigated; apparently,

6    the Department of Justice did not investigate --

7    you know, you got the usual, oh, it's been

8    debunked.  Well, who debunked it?  When did they

9    debunk it?  How did they debunk it?

10      MIKE LINDELL:  Yeah.

11      RUSSELL RAMSLAND:  There was no

12    investigation by anyone of that information, and

13    there should have been because it is entirely

14    consistent.  I don't know if it's true, but it is

15    entirely consistent with everything we have seen

16    in -- in terms of capabilities.

17      MIKE LINDELL:  Bill Barr comes out and said

18    there's no evidence.  I mean, what would be your

19    opinion, why the people would keep pushing this

20    down and not wanting to know?  I don't know care

21    what side of political lines you're on, why would

22    you not to know it if -- the truth?

23      RUSSELL RAMSLAND:  That has been a constant

24    haunting question to everyone on our team.  I

25    think it's a combination of things.  I think some

1  people are truly completely totally corrupt.  I

2  suspect that at the bottom of this, you might find

3  that our government has been changing votes in

4  other countries for years, and they don't really

5  want it revealed.  Certain parts of our

6  government.

7      I think that there are people that don't

8  want to look.  They're afraid to look.  I think

9  there are probably people who are compromised --

10      MIKE LINDELL:  Right.

11      RUSSELL RAMSLAND:  -- (inaudible) who have

12  been forced to stay out of it.  I think it's a

13  variety.  It's not one simple little --

14      MIKE LINDELL:  Right.  And that's what I

15  wanted to people to hear, because I hear it at all

16  the time.  People are going, you know what, this

17  -- you know, Bill Barr said this and he -- all

18  there's -- none of the judges accepted it.  And

19  you hear all this.

20      And we can't explain all that, because it's

21  probably multiple things, like Russell says here,

22  and that's my opinion, too.  It could be anywhere

23  up to a dozen things.  Who knows.

24      But it doesn't matter.  All that doesn't

25  matter because now the truth is told today, and

1   it's all coming out.  And -- and everybody -- you

2   know, I really believe what's going to happen,

3   once everybody sees now, this is -- finally you're

4   going to have to people that aren't afraid to

5   speak out, because it will be -- it's too late to

6   close the gate, the cows are out of the barn;

7   everybody is going to know about it, and they're

8   going to want to know more and more.  So --

9        RUSSELL RAMSLAND:  You know, Mike, the real

10   thing is, I think pretty soon the question is

11   going to start to turn around and people are going

12   to go, wait a second minute, what is everyone so

13   afraid of?

14        MIKE LINDELL:  Right.

15        RUSSELL RAMSLAND:  Why are they going to

16   such incredible lengths to say there's nothing

17   here, when there clearly is something here.

18        MIKE LINDELL:  Yeah.

19        RUSSELL RAMSLAND:  You know, this is almost

20   like -- you and I remember Enron.  This is almost

21   like Enron.  Would we all be saying, oh, no, we

22   don't want to investigate Enron.  No one should

23   look into Enron.  No. No. Enron shouldn't have to

24   tell you how they spend your money; you just keep

25   giving them your 401-K money.

 1       MIKE LINDELL:  Right.

 2       RUSSELL RAMSLAND:  No.  That's not how it

 3  works.

 4       MIKE LINDELL:  Right.

 5       RUSSELL RAMSLAND:  And that's not how our

 6  voting system should work either.

 7       MIKE LINDELL:  Right.  So now we have with

 8  us Dr. Shiva.  He has four MIT degrees.  He's an

 9  expert in system science and pattern analysis.

10  And I met him four weeks ago (inaudible) about a

11  month ago; well, Mike, why didn't you bring this

12  to us before?  Well, I just met Dr. Shiva four

13  weeks ago.  And he's going to tell you, he

14  actually ran for Senate and he knows all about

15  these machines now, and it -- we're going to hear

16  some of the stuff that I found out and went, wow,

17  this is a -- absolutely validates this election

18  fraud with these machines.  So go ahead.

19       DR. SHIVA:  Yeah.  Thanks, Mike.  I am glad

20  we connected.

21       MIKE LINDELL:  Yeah.

22       DR. SHIVA:  You know, it's an interesting

23  opportunity for me, Mike, because it's rare that a

24  guy who is a scientist, an engineer, an MIT guy

25  even runs for office.

1      MIKE LINDELL:  Right.

2      DR. SHIVA:  And then it's even more rare

3  that you come across something that you never

4  think occurs in the United States.  You know, I

5  grew up in India in --

6      MIKE LINDELL:  Right.

7      DR. SHIVA:  -- a third-world countries, as

8  we talk about election fraud.  When I was running

9  in Massachusetts in 2020, we had 3,000 volunteers

10 on the ground.  You know, 20,000 bumper stickers.

11 10,000 lawn signs.  Billboard ads, radio, TV,

12 network.  We were everywhere.

13     The GOP establishment, who doesn't want a

14 bottoms-up guy like me, who hated Trump, ran a no

15 name out there, who -- no real lawn signs, no

16 bumper stickers, no organization --

17     MIKE LINDELL:  Right.  Right.

18     DR. SHIVA:  -- and we knew on election

19 night, which was a Republican primary, September

20 1st, 2020, the word landslide is what we heard

21 everywhere.

22     MIKE LINDELL:  That you were going to win

23 by a landslide --

24     DR. SHIVA:  Oh, yeah.  Yeah.  I mean, it

25 was obvious.  I mean, we worked -- I mean, and --

1   and --

2       MIKE LINDELL:  I think you said unless

3   there was election fraud --

4       DR. SHIVA:  Yeah.

5       (Talking simultaneously.)

6       MIKE LINDELL: -- but you probably thought

7   it's just -- you know, maybe someone (inaudible)

8   two ballots --

9       DR. SHIVA:  Yeah, one of my close friends

10  said, Shiva, we're going to win this, unless

11  there's election fraud.  And I -- I just thought

12  this was some fringe stuff, right?

13      MIKE LINDELL:  Right.  But you weren't

14  thinking about machines --

15      DR. SHIVA:  I wasn't thinking about

16  machines --

17      MIKE LINDELL:  Okay.  All right.

18      DR. SHIVA:  -- because I didn't know that.

19      MIKE LINDELL:  Right.

20      DR. SHIVA:  You know, from creating e-mail

21  and all these systems, I know the power of

22  machines --

23      MIKE LINDELL:  Oh, yeah.  By the way --

24  yeah.  He created e-mails, right?

25      DR. SHIVA:  I did.  I created e-mails that

1  --

2        MIKE LINDELL: (INAUDIBLE) creator of

3  e-mail.  I just want to tell you, the guy's a

4  genius.  So what you're going to hear here, this

5  is what I did my due diligence on.  I -- you know,

6  this is just one guy, I'm going okay, you know, is

7  this real or is this not -- and believe me, it's

8  real.

9        DR. SHIVA:  Yeah.  I mean, you know, so I

10  have a lot of history, not only pattern analysis

11  system science --

12        MIKE LINDELL:  Right.

13        DR. SHIVA:  -- but I build large-scale

14  computers systems; the stuff I've used have been

15  used by the Senate, has been used by the largest

16  fortune 1000 companies in the world, so I know how

17  you move from paper-based systems and electronic

18  systems, and I know the power of electronic

19  systems.  When you put some process that's in

20  electronic form --

21        MIKE LINDELL:  Right.

22        DR. SHIVA:  -- a single individual has

23  immense amounts of power.  So that's the

24  background.

25        But on September 1st, 2020, what we saw

Mike Lindell   Absolute Proof Doumentary Proving

52

```
 1   was -- we knew we won on a landslide --

 2         MIKE LINDELL:  Right.

 3         DR. SHIVA:  -- and there we are with our

 4   big party set up, and we see the results coming

 5   in.

 6         Now, in Massachusetts, we saw in Franklin

 7   County, which is 80 to 90 percent hand counted

 8   paper ballots, no machines.

 9         MIKE LINDELL:  Right.

10         DR. SHIVA:  I win by 10 percent.  And in

11   other every county, Mike, 60/40, 60/40, 60/40,

12   60/40.

13         MIKE LINDELL:  That you lost by?

14         DR. SHIVA:  I lost by.

15         MIKE LINDELL:  The exact percentage?

16         DR. SHIVA:  The exact percentage by a guy

17   who was -- in a black county this guy wins, in a

18   white county he wins, in Hispanic -- the guy was

19   nowhere.

20         MIKE LINDELL:  By the same percentage?

21         DR. SHIVA:  But by the same percentage.

22         MIKE LINDELL:  So that's not only a

23   deviation, but it's an anomaly?

24         DR. SHIVA:  It's a -- it's an anomaly.

25         MIKE LINDELL:  Do you think that's
```

 1  impossible or -- you're like me --

 2      DR. SHIVA:  Well, it's highly -- I mean, to

 3  be from a scientific --

 4      MIKE LINDELL:  Right.

 5      DR. SHIVA:  -- standpoint you would say

 6  it's highly unlikely.

 7      MIKE LINDELL:  Right.  Right.

 8      DR. SHIVA:  And that began my journey to

 9  start really saying, wow, election fraud could

10  take place in America.

11      MIKE LINDELL:  Uh-huh.

12      DR. SHIVA:  So I started reading up

13  everything I could.  By September 9th, eight days

14  later --

15      MIKE LINDELL:  Right.

16      DR. SHIVA:  -- I found out something

17  interesting, I found out that these electronic

18  voting machines -- remember there's two ways you

19  can vote, one is you vote -- you give a paper

20  ballot and the paper ballot is counted by human

21  beings, two people --

22      MIKE LINDELL:  Right.  Right.

23      DR. SHIVA:  -- that's what occurred in

24  Franklin County.

25          But in those other counties, they take that

Mike Lindell  Absolute Proof Doumentary Proving

54

1  paper ballot, when you vote electronically --

2       MIKE LINDELL:  Into a machine?

3       DR. SHIVA:  It goes into a machine, and

4  what happens in that machine?  The paper ballot is

5  converted to an image called a ballot image --

6       MIKE LINDELL:  Right.

7       DR. SHIVA:  -- no different than you take a

8  phone -- a picture with your iPhone.

9       MIKE LINDELL:  Right.

10       DR. SHIVA:  Now, so what is actually

11  counted?  The paper ballot gets put aside, the

12  machine -- the electronic quote/unquote AI on the

13  machine, actually tries to figure out where the

14  circles are, and the machine --

15       MIKE LINDELL:  Right.

16       DR. SHIVA:  -- is counting the ballot

17  image.

18       MIKE LINDELL:  Right.

19       DR. SHIVA:  So that stand -- at that point

20  I realize, oh, my God, the ballot image is the

21  ballot.

22       MIKE LINDELL:  Right.

23       DR. SHIVA:  The images are the ballot.

24       MIKE LINDELL:  You're -- hold it.  You were

25  going to get to the bottom of this no matter what.

Mike Lindell  Absolute Proof Doumentary Proving

55

1          DR. SHIVA:  No, I am.  Because I like

2     (inaudible) --

3          (Talking simultaneously.)

4          MIKE LINDELL: -- you're like me -- I

5     want (inaudible) -- one thing about Dr. Shiva when

6     I met him, I'm going, wow, he's just like me.  I

7     look at deviations every day, if I see a TV

8     station that normally does 10,000 -- because I

9     track them all individually, and just 10,000 and

10    all the sudden one day it did only 2,000 -- I'll

11    tell you what, what I do is spend the rest of the

12    day or a week or a month, I am going to find out

13    how that happened, because the only way things

14    change is what, a different input?

15         DR. SHIVA:  Exactly.

16         MIKE LINDELL:  A different input.  So you

17    got this anomaly, you got a -- you got this

18    deviation, and not just because you were running

19    -- you know, it's not like you were just bias

20    going, I won, I know I won.  You're -- now you're

21    digging to find out how these -- how this weird

22    mathematical thing happen --

23         DR. SHIVA:  Exactly.  I mean, the scientist

24    engineer kicked in.

25         MIKE LINDELL:  Right.

Mike Lindell  Absolute Proof Doumentary Proving
56

1          DR. SHIVA:  Right?  I just like (inaudible)

2    you're a scientist and an engineer in a very

3    (inaudible) from a marketing standpoint --

4          MIKE LINDELL:  Right.

5          DR. SHIVA:  -- but -- and I think we both

6    sort of pursue the same things.

7          MIKE LINDELL:  Right.  Right.

8          DR. SHIVA:  But here what we found out was,

9    that the first thing that gave me a big insight

10   is, that A, ballot images are being created.

11         MIKE LINDELL:  Right.

12         DR. SHIVA:  And then I also found out by

13   federal law in 1974, they passed a law for federal

14   elections, those ballot images must be saved.  So

15   that was one piece of the puzzle.

16         MIKE LINDELL:  Uh-huh.

17         DR. SHIVA:  Okay.

18         MIKE LINDELL:  Right.

19         DR. SHIVA:  The other piece of puzzle was I

20   found out that the voting machines as early as

21   2002 have a feature in there called a weighted

22   race feature; where it's embedded into the system

23   where you can multiply candidates votes by a

24   percentage.

25         All right.  So what that means is, you get

1    1,000 votes, I get 1,000 votes.

2         MIKE LINDELL:  Right.

3         DR. SHIVA:  I can multiply your votes by

4    two, my votes by point five.

5         MIKE LINDELL:  Right.

6         DR. SHIVA:  And if everyone -- anyone

7    doesn't believe this, go look up the Diebold

8    voting manual, go to Page 2-126, in the manual in

9    the 2002 version.

10         MIKE LINDELL:  Right.

11         DR. SHIVA:  And you'll see it in there.

12         MIKE LINDELL:  So did -- were you able to

13    prove that yours -- that your election was stole

14    by the machines, did you -- mathematically do you

15    prove -- did you prove 100 percent that this could

16    only be -- recreated by a machine to do that 60/40

17    that same --

18         DR. SHIVA:  Yeah.  So what we moved, Mike,

19    was that -- first of all, we showed that the State

20    had deleted the ballot images.

21         MIKE LINDELL:  Right.

22         DR. SHIVA:  Which means that if they had

23    the data image, (inaudible) that algorithm.  So it

24    became upon me to use all that 40-50 -- 40 years

25    of experience that I learned from 14 all the way

Mike Lindell  Absolute Proof Doumentary Proving

58

1    to MIT, I had to bring all that rocket science --

2        MIKE LINDELL:  Right.

3        DR. SHIVA:  -- to actually look at the

4    data.  And what I found out in the data was a very

5    interesting anomaly --

6        MIKE LINDELL:  Uh-huh.

7        DR. SHIVA:  -- which in -- you said a

8    deviation --

9        MIKE LINDELL:  Right.

10       DR. SHIVA:  -- in one of the counties

11   called Suffox County, which is typically highly

12   Democrat.

13       MIKE LINDELL:  Right.

14       DR. SHIVA:  So we were able to see these

15   interesting numbers up down, up down, up down --

16       MIKE LINDELL:  Right.

17       DR. SHIVA:  -- essentially -- imagine going

18   to a casino, every time you rolled twice the

19   number of odd as you get even.

20       MIKE LINDELL:  Right.  Right.

21       (Talking simultaneously.)

22       DR. SHIVA:  Okay.  It's a likely 50/50

23   (inaudible) --

24       MIKE LINDELL:  Right.

25       DR. SHIVA:  -- and, in fact, when we did

Mike Lindell  Absolute Proof Doumentary Proving

59

1  the numbers, that pattern could only occur one in

2  100,000.

3       MIKE LINDELL:  Uh-huh.

4       DR. SHIVA:  We apply -- we -- you know, we

5  -- you know, sued the State on this, and the Judge

6  did not dismiss our case.

7       MIKE LINDELL:  It's still on --

8       DR. SHIVA:  It's still -- not only is it

9  open, but we survived dismissal.  And the other

10  thing was, we also showed that when I put this out

11  on Twitter and said look, the Secretary of State

12  deleted ballot images, Twitter didn't do anything

13  to me, but the Secretary of State contacted

14  Twitter to shut me down, along with the national

15  association of state election directors that came

16  out.

17       MIKE LINDELL:  Wow.  Well, let me stop you

18  right there, because I want to say something.

19       DR. SHIVA:  Yeah.

20       MIKE LINDELL:  Did you hear the Twitter

21  thing?  All of you in this country and the world

22  know my Twitter was taken down.  You know why it

23  was taken down the first time 20-some days ago, is

24  because I put up the new evidence which Dr. Shiva

25  -- I am going to tell him in a second, this new

Mike Lindell  Absolute Proof Doumentary Proving

60

1    evidence that came out shows the timestamp in --

2    in space of where -- you know, where the -- who

3    did it, what country did, like China --

4         DR. SHIVA:  Well, remember, we have two

5    cases; first we showed -- we basically went into

6    court saying the Secretary of State contacted

7    Twitter, that means Twitter takes orders from the

8    government.  This is what we showed.  Twitter

9    takes order from the government --

10        MIKE LINDELL:  AND that's true.  That's 100

11   percent.

12        (Talking simultaneously.)

13        DR. SHIVA:  Yes.  It came out --

14   (inaudible) three hours in testimony tell --

15        MIKE LINDELL:  Jack Dorsey --

16        DR. SHIVA:  -- took order from the

17   Secretary of State of Massachusetts.  This is what

18   happens in countries like China.  The government

19   tells the corporations what to do.  And in the

20   United States what came out in our three hours of

21   testimony, where I represented myself --

22        MIKE LINDELL:  Right.

23        DR. SHIVA:  -- no one wanted to take the

24   swamp out of Massachusetts --

25        MIKE LINDELL:  Right.

1        DR. SHIVA:  -- so it came out was, we have

2    the Secretary of State's -- the election director

3    and the communications officer saying they

4    contacted Twitter to shut me down, and Twitter

5    obeyed.

6        (Talking simultaneously.)

7        MIKE LINDELL:  Is that still open?  Is that

8    still open?

9        DR. SHIVA:  Not only is it open, the Judge

10   gave me the restraining order, and the case is

11   open.  And my other case to decertify, they tried

12   to apply a 100- -- 200-page motion to dismiss, and

13   the Judge denied their motion.

14       MIKE LINDELL:  Wow.

15       DR. SHIVA:  And that means -- look, MIT --

16   MIT is in Massachusetts, right?  There's a lot of

17   computer people there.

18       MIKE LINDELL:  Right.

19       DR. SHIVA:  No one has rebutted my

20   mathematical explanation showing that they

21   multiplied my votes by .666.  So --

22       CLAY CLARK:  .666 they multiplied it by.

23       DR. SHIVA:  Exactly.  And the other guy is

24   1.2.

25       MIKE LINDELL:  Did you hear that?

Mike Lindell  Absolute Proof Doumentary Proving

62

1      DR. SHIVA:  Well, I think one of the things

2  the public needs to understand is, federal laws,

3  the Department of Justice is supposed to enforce

4  them.

5      MIKE LINDELL:  Right.

6      DR. SHIVA:  You know, when we found out

7  that the ballot images were deleted, we

8  informed -- what's his name -- Barr and the local

9  U.S. attorney, and they've done nothing.  So,

10  basically, this is what happens in third-world

11  county, you have laws, but nothing is followed.

12      MIKE LINDELL:  Right.

13      DR. SHIVA:  And if that's where we have

14  gotten into, it's a serious problem for this

15  country, because the laws --

16      (Talking simultaneously.)

17      MIKE LINDELL:  Well, a series of problems,

18  you mentioned Barr -- I mean, he comes out and

19  says there was no election fraud.  You know, and

20  here we have right here -- you told him of some,

21  right?

22      DR. SHIVA:  I told him of some --

23      MIKE LINDELL:  Was this before the election

24  even --

25      (Talking simultaneously.)

Mike Lindell  Absolute Proof Doumentary Proving

63

1          DR. SHIVA: (Inaudible) this was in October.

2     I walked --

3          MIKE LINDELL:  October?

4          DR. SHIVA:  So this is -- yeah.

5          MIKE LINDELL:  Bill Barr, if you're

6     watching -- I mean, what -- why would you say

7     something like that when -- yes, this -- this

8     wasn't just election fraud, this was a historical

9     election fraud.  This was coming from a elector --

10    from machines -- from these machines of biblical

11    proportions, of historical proportions; and now,

12    this is -- it's all going to get exposed.

13         And I want all these -- I want the

14    Senators, the Congressmen, the government, the

15    governors, the legislatures, everybody needs to

16    watch this show.  And when you do, you know, a lot

17    of you can go, wow, I never knew, I never knew.

18    And that will a lot of excuse for a lot of them,

19    because of our mainstream media and all the

20    people -- I can't even believe the money spent to

21    suppress this.  You know, to suppress it.

22         When you pop -- anything that popped up,

23    boy they were right on it, let's destroy him.

24         MIKE LINDELL:  Right.

25         DR. SHIVA:  Let's destroy him.  Like who

1  was the last thing to pop up?  Me.  When I seen

2  this, I popped up and how do you destroy my pop

3  (inaudible), because everybody knows I'm out

4  there.  They've done everything they could from --

5  from bots and trolls to go after my integrity,

6  to -- to Twitter.  I mean, it's just been a

7  massive attack.  But then you know, you're right

8  over target, right?

9       DR. SHIVA:  It wasn't Twitter acted alone.

10  We found the government --

11       MIKE LINDELL:  Right --

12       DR. SHIVA:  -- contacting Twitter.  Now,

13  this is a fundamental violation of the first

14  amendment.  Political speech, government speech

15  cannot supercede political speech.

16       MIKE LINDELL:  No.

17       DR. SHIVA:  So I -- I bet you, you'll find

18  out that some government official may have likely

19  been involved in contacting Twitter.

20       MIKE LINDELL:  Oh, they're -- oh, yeah --

21       (Talking simultaneously.)

22       MIKE LINDELL:  I know Jack Dorsey -- well,

23  Jack, if you're out there -- I mean, you did this

24  to my movie a couple of years ago, (inaudible)

25  with unplanned, where they shut Twitter down --

Mike Lindell  Absolute Proof Doumentary Proving

65

1    Twitter shut that down for two hours when it

2    launched.

3            DR. SHIVA:  I see.

4            MIKE LINDELL:  I mean, you're looking --

5    now, we're getting into a whole segment there when

6    you're talking about how -- we all know the social

7    media, what they've done, you know, from Mark --

8    from Mark Zuckerberg and -- and Jack Dorsey, these

9    platforms, the power they have along with the

10   mainstream media -- you know, what did they do

11   when they took over -- you talk about third-world

12   countries -- in Nazi Germany, they took over --

13   you know, all your -- in any country like that,

14   they'll take over your communication.

15           You know, how are we going to communicate,

16   you're here in one (makes sound) you know, and --

17   and this is where we're at.

18           But we're going to get this out there, this

19   show is going to be a -- this is what everybody

20   has been waiting for.  And, you know, I -- I

21   encourage a new cast out there -- if you're -- all

22   these journalist and all these -- and all you guys

23   that have been calling me all -- for three weeks

24   now, you never called me before, you're -- from

25   your CNN to New York Times, your Washington Post,

Mike Lindell  Absolute Proof Doumentary Proving

66

1    all of you guys have been calling nonstop every

2    day, because you think you got some kind of --

3    making up some dirt or something, or because

4    Dominion -- you're saying things about Dominion.

5         I encourage all of you -- why don't you be

6    a real journalist, and take this story and run

7    with it.  Be the first one to go, wow, this is

8    real.  In fact, maybe you'll become the biggest

9    outlet in the country by doing that.

10        DR. SHIVA:  (Inaudible) because the real

11   crime scene in America is these computer

12   algorithms.

13        MIKE LINDELL:  And I'm going to tell you --

14   and that is the crime scene -- and I am going to

15   tell you, this is their game, too, that these

16   machine guys played us -- like Dominion, they went

17   out there and a lot of these places -- I couldn't

18   even go on the media and talk about these

19   machines, because they were threatened, I go on a

20   -- I go on a news talk show and they go:  We can't

21   talk about that.

22        I was just on one last night, you can't

23   talk about that.  Why not?

24        Okay.  Now we have Patrick Colbeck, and he

25   was a former state senator in Michigan.  And

1    Patrick.  How are you involved with -- what

2    brought you here today?

3         PATRICK COLBECK:  Yeah.  Well, I came

4    from -- as a result of my decision to be a poll

5    challenger out Detroit, Detroit (inaudible) county

6    board, marathon 20-hour shift from -- to starting

7    on the election night around five o'clock, all the

8    way through the next day --

9         MIKE LINDELL:  Wow.

10        PATRICK COLBECK:  -- so we witnessed all

11   the fun --

12        MIKE LINDELL:  This was in Michigan?

13        PATRICK COLBECK:  Yeah.

14        MIKE LINDELL:  Where at in Michigan, what

15   county?

16        MIKE LINDELL:  At the Detroit (inaudible)

17   in Wayne County.

18        Well, a little background on me.  I mean, I

19   was a former -- when I was a state senator, I was

20   actually the vice chair of the elections

21   government -- or the election and government

22   reform committee in Michigan State Senate.

23        MIKE LINDELL:  Right.

24        PATRICK COLBECK:  And in addition to that

25   background, my background as a -- Microsoft small

Mike Lindell  Absolute Proof Doumentary Proving

68

1   business specialist, and I did cabling design in

2   the space station.  I'm -- so in other words, I'm

3   familiar we election processes and I'm familiar

4   with network configurations.

5        So my focus when I came at the Detroit

6   (inaudible) county board was, I wanted to

7   understand specifically the handoff of vote tally

8   information throughout the system.  We did see

9   evidence that it was connected to the Internet.

10       MIKE LINDELL:  What was that evidence?

11       PATRICK COLBECK:  Well, that -- that

12  control center -- they've already been -- they've

13  already admitted to the fact that that control

14  center had computers that were connected to the

15  internet.  And we saw the actual cable routed from

16  the wall of the -- of the TTS Center to the

17  control center, and we have election officials

18  that admitted that there were computers in the

19  control center that were connected to the

20  Internet.

21       MIKE LINDELL:  Wow.

22       Patrick COLBECK:  And anybody with -- worth

23  their salt in IT land, understands that if one

24  computer is connected to the Internet, they're all

25  --

Mike Lindell  Absolute Proof Doumentary Proving
69

```
1        MIKE LINDELL:  They're all --

2        PATRICK COLBECK:  -- connected to the

3   Internet.  You may say that it's air gapped, you

4   may say that you have a firewall --

5        MIKE LINDELL:  So (inaudible) --

6        PATRICK COLBECK:  -- (inaudible) eat

7   firewalls for breakfast.

8        MIKE LINDELL:  So that -- so what you're

9   saying, you know knowing that, so if it's

10  connected to the Internet, somebody out there

11  could have hacked in --

12       PATRICK COLBECK:  Yeah.

13       MIKE LINDELL: -- and then did the flip of

14  the votes?

15       PATRICK COLBECK:  Yep.  When you get into a

16  case where you've got the same devices that are

17  supposed to be capturing to vote tally connected

18  to the Internet or frankly connected to a large

19  local area network, and you can't witness that

20  handoff of vote tallies, you don't have that seal.

21       So you may be thinking you're passing that

22  information from point A to point B, but there's

23  nothing to prevent it from being --

24       (Talking simultaneously.)

25       PATRICK COLBECK: -- from going to point C
```

Mike Lindell  Absolute Proof Doumentary Proving

70

1   on the (inaudible).  That's called the man in the

2   middle attack.

3         MIKE LINDELL:  Right.  So if I you're -- if

4   you're online -- I mean, anybody could get in

5   there --

6         PATRICK COLBECK:  Yeah.

7         MIKE LINDELL:  -- and then do -- because

8   they're intercepting that -- it's an interception.

9   That's why you don't have --

10        PATRICK COLBECK:  Right.

11        MIKE LINDELL:  -- machines aren't supposed

12  to be online in an election, right?

13        PATRICK COLBECK:  Yes.  It's called man in

14  the middle.

15        MIKE LINDELL:  Right.

16        PATRICK COLBECK:  And you couldn't accept

17  that if it was a traditional precinct and you got

18  that -- you got that -- that precinct results, and

19  it wasn't sealed, you would be raising your hand

20  saying something is rotten up here.

21        MIKE LINDELL:  Absolutely.  I want to ask

22  this though, because if you were there -- did it

23  slow down in the middle of the night when you were

24  there?

25        PATRICK COLBECK:  Absolutely.  Yeah.  It

1   was --

2         MIKE LINDELL:  So it slowed down --

3         PATRICK COLBECK:  It was dead as a night.

4   Yeah.  And that's when some ballots came in the

5   back door.

6         MIKE LINDELL:  Well, now we're here with

7   Mellissa Carone, and you were actually hired by

8   Dominion for November 3rd and, 4th just for two

9   days?

10        MELLISSA CARONE:  Yes.  Yes.

11        MIKE LINDELL:  And they found you online,

12  right?  You had a resume online, you have an IT

13  background?

14        MELLISSA CARONE:  Yep.  Yep.

15        MIKE LINDELL:  Okay.  So why don't you tell

16  us, you know, tell us what happened?

17        MELLISSA CARONE:  So I was there to assist

18  with IT work --

19        MIKE LINDELL:  Okay.

20        MELLISSA CARONE:  -- for Dominion.

21        MIKE LINDELL:  Okay.

22        MELLISSA CARONE:  So what I was doing was

23  just walking up and down the rows of the

24  tabulation machines --

25        MIKE LINDELL:  By the machines?

1      MELLISSA CARONE:  Yes.  Yes.

2      MIKE LINDELL:  So there's -- it's a

3  tabulating machine?

4      MELLISSA CARONE:  Yeah.  So I could get

5  very close to these machines.

6      MIKE LINDELL:  Okay.  So what about the --

7  was that the only kind of machine?

8      MELLISSA CARONE:  No, there was -- so on

9  the stage there was adjudication machines in the

10  back and on the back --

11      MIKE LINDELL:  Okay.

12      MELLISSA CARONE:  -- and on the side there

13  was ajud- -- or I'm sorry -- the tabulating

14  machines.

15      MIKE LINDELL:  Right.  Both Dominion

16  machines?

17      MELLISSA CARONE:  Both Dominion machines.

18      MIKE LINDELL:  All right.  So you got to

19  see what, thousands of votes?

20      MELLISSA CARONE:  Thousands.

21      MIKE LINDELL:  Thousands upon thousands of

22  votes?  Okay.  What was on every vote?

23      MELLISSA CARONE:  Every vote that I saw was

24  for Joe Biden.

25      MIKE LINDELL:  For Joe Biden.  When I heard

Mike Lindell  Absolute Proof Doumentary Proving

73

1   this, and I want to say, the -- you've seen -- you

2   worked how many hours?  20- --

3        MELLISSA CARONE:  22 straight hours that

4   night.

5        MIKE LINDELL:  And then you came back for

6   four hours?

7        MELLISSA CARONE:  Correct.

8        MIKE LINDELL:  Out of all that time, did

9   you ever see one Trump vote?

10        MELLISSA CARONE:  I never saw a single

11   Trump vote.

12        MIKE LINDELL:  Right.

13        MELLISSA CARONE:  So when the ballots got

14   to the tabulating machines, they would just put

15   them -- it's kind of like a printer, you would

16   look at it kind of like a printer where the paper

17   would come out normally --

18        MIKE LINDELL:  Right.  Yeah.

19        MELLISSA CARONE:  -- that's where they were

20   put in.  And it would end up as they were

21   tabulated on top of the machine.

22        MIKE LINDELL:  Right.  Right.

23        MELLISSA CARONE:  So these would jam

24   constantly, constantly jam.

25        MIKE LINDELL:  Right.

Mike Lindell  Absolute Proof Doumentary Proving
74

1        MELLISSA CARONE:  And -- because these are

2    mail-in ballets, the creases, anything in them --

3        MIKE LINDELL:  Right.

4        MELLISSA CARONE:  Right.

5        MELLISSA CARONE:  -- would -- would jam

6    this.

7        MIKE LINDELL:  And when they jammed, what

8    happened?

9        MELLISSA CARONE:  When they jammed --

10        MIKE LINDELL:  This is very interesting --

11        MELLISSA CARONE:  -- they would take the

12    ballot on the computer -- there was a computer in

13    front of each person.

14        MIKE LINDELL:  Right.

15        MELLISSA CARONE:  It would say ballot

16    number, you know, 20.

17        MIKE LINDELL:  20.

18        MELLISSA CARONE:  Jammed.

19        MIKE LINDELL:  Out of a group of 50 -- so

20    the 20th ballot jammed?

21        MELLISSA CARONE:  Uh-huh.

22        MIKE LINDELL:  Then what?  Then what?

23        MELLISSA CARONE:  So it would say discard

24    or rescan.  And the way they were supposed to do

25    it is discard them and then rescan them; but they

Mike Lindell  Absolute Proof Doumentary Proving

75

1   were not discarding these.

2        MIKE LINDELL:  So they used the same --

3   let's say 30 went through and got stuck on the

4   30th one --

5        MELLISSA CARONE:  Uh-huh.

6        MIKE LINDELL: -- they put that number 30 at

7   the top the same 50 pack --

8        MELLISSA CARONE:  Yeah.

9        MIKE LINDELL:  -- and run them through

10  again.

11       MELLISSA CARONE:  Yeah.

12       MIKE LINDELL:  So you're telling me that

13  tabulator had no way to know it's just counting

14  the -- the number of -- like counting a deck of

15  cards?

16       MELLISSA CARONE:  That's exactly what it

17  was doing.

18       MIKE LINDELL:  It's not -- you could sit

19  there and run the same deck of cards through this

20  tabulator over and over and over --

21       MELLISSA CARONE:  Yeah.

22       MIKE LINDELL: -- again; is that right?

23       MELLISSA CARONE:  So one time through the

24  night, I approached my manager and I said:

25  This -- this machine has a count of over 400 on

1  it.

2       MIKE LINDELL:  Right.

3       MELLISSA CARONE:  I said:  What's going on

4  here?  And he -- I said:  This is not right.

5  There's -- this should not go above 50.  It --

6  because the batches are only 50.

7       MIKE LINDELL:  Only 50.

8       MELLISSA CARONE:  And I said:  We have a

9  huge problem here.

10      And he said:  I don't -- he pulled me aside

11 and he said:  I don't want to hear that we have a

12 problem.  He said:  We are here to assist with IT

13 work --

14      MIKE LINDELL:  Now is in a Dominion guy?

15      MELLISSA CARONE:  He -- he owns -- he's

16 actually a part owner of Dominion, yes.

17      MIKE LINDELL:  Wow.  Okay.  What -- so 26

18 hours of watching ballot after ballot, (inaudible)

19 walking up and down these tabulating machines, not

20 one ballot was for Donald Trump.

21      Okay.  Now, we're here with Matt DePerno,

22 and he's the lawyer that we all heard about, this

23 Antrim County.

24      How did you get this county that you hear

25 about and how did you get involved in this?

Mike Lindell  Absolute Proof Doumentary Proving

1        MATT DEPERNO:  Sure.  Well, I know some

2   people who live up in Antrim County, and Antrim

3   County is a small county up in Northern Michigan.

4   It historically votes roughly 65 percent

5   Republican, 35 percent Democrat.

6        And in this case, it completely flipped on

7   election night.  Roughly 65 percent of the vote

8   went to Joe Biden and 35 percent to Donald Trump.

9        So people who lived up there knew that

10  there was a problem.  They knew that the results

11  were not correct.  And on the morning of November

12  4th, they actually contacted the Antrim County

13  Clerk and requested that she look into the results

14  because they knew what had been posted on the

15  website could not be true.

16       And through a series of events, people I

17  knew up there, and a person named Bill Bailey,

18  who's a patriot who lives up in Antrim County, and

19  who knew there was a problem and wanted to

20  challenge the results, they ended up connecting

21  him to me and I filed a lawsuit.

22       But what's important is, in -- in filing

23  this lawsuit, we weren't seeking publicity.  We

24  weren't seeking fame.  We just wanted to get

25  results.

Mike Lindell  Absolute Proof Doumentary Proving
78

1          We filed a -- the name -- in the name of a

2    patriot named Bill Bailey, and we challenged

3    down-ballot School Board elections.  That's what

4    he was most interested in -- in learning about

5    school board elections.  Of course he was

6    obviously also interested in other aspects of the

7    election, what happened in the presidential

8    election, and how did things flip.

9          But primarily we -- the case centered on

10   local politics.  But if you look at certain

11   townships, like Chestonia Township --

12          MIKE LINDELL:  Okay.

13          MATT DEPERNO:  -- Joe Biden got 197 votes

14   on November 3rd.

15          MIKE LINDELL:  Right.  Right.

16          MATT DEPERNO:  In reality he only got 93.

17          MIKE LINDELL:  How do you know that he got

18   only 93?

19          MATT DEPERNO:  Because there's since been a

20   hand recount --

21          MIKE LINDELL:  A hand recount.  So when did

22   they do that?

23          MATT DEPERNO:  They did a hand recount on

24   November 21st, and then again on December 17th.

25          MIKE LINDELL:  Right.  Right.

1        MATT DEPERNO:  On December 17th, actually,

2    they told us they were going to do a full audit of

3    the county.

4        MIKE LINDELL:  Right.

5        MATT DEPERNO:  The Secretary of State did.

6    But in reality, they only did a hand recount

7    again.

8        MIKE LINDELL:  Okay.

9        MATT DEPERNO:  So --

10       MIKE LINDELL:  On the recounts, we had 197.

11   And then over here, Donald Trump had three.  So,

12   then -- the real numbers were 93 and 197; is that

13   correct?

14       MATT DEPERNO:  That's correct.  So you

15   could see Joe Biden on election night got 197, he

16   got Donald Trump's 197 votes.

17       MIKE LINDELL:  Right.

18       MATT DEPERNO:  We can -- we know that

19   was --

20       MIKE LINDELL:  This is 100 percent fact

21   here?

22       MATT DEPERNO:  100 percent factual --

23       (Talking simultaneously.)

24       MIKE LINDELL:  Now, what -- what we're

25   showing here, you guys, so everyone knows, these

1   are all precincts.  I don't know if you can see

2   this here.  These are all presents.

3        So let's just do this precinct.  392, this

4   is done through the machines.  And Donald Trump

5   got 8.  What?  So here's the 392 to 8.  But the

6   real number was 198 to 392.

7        MATT DEPERNO:  And if you see here, Echo

8   Township, Joe Biden got 392 on the election --

9        MIKE LINDELL:  Right.

10       MATT DEPERNO:  -- in reality, those Donald

11  Trump's vote.  Those are the 392.

12       MIKE LINDELL:  Right.  They were just

13  flipped.  In order for that to be off -- and you

14  do the conclusion, which I would right now, 100

15  percent, how could that be off?  It would be

16  something wrong with what?

17       MATT DEPERNO:  The machine.

18       MIKE LINDELL:  The machines.  The machines.

19  And what we're showing here right now, what you're

20  going to see, all this -- that we've been talking

21  about, this massive machine election fraud that

22  went on, were countries hacked into our election,

23  a nationwide -- this is one little county in

24  Northern Michigan, and these machines would do it

25  right down to the precinct.

Mike Lindell  Absolute Proof Doumentary Proving

81

```
 1        Okay.  What you're going to see -- this is
 2   the example that we have, that we're -- that was
 3   hand counted, and that -- you know, the rest of
 4   the country, you know, didn't get to do that.
 5   They didn't have the luxury of being able to do
 6   that, you know?
 7        And so what I want to tell you y'all, is
 8   this the perfect example -- just so you know,
 9   right down to the precinct level what went on with
10   these machines.  I want to see one more here.
11   So --
12        MATT DEPERNO:  Well, you can look at like
13   Kearney Township --
14        MIKE LINDELL:  Yeah.
15        MATT DEPERNO:  -- Joe Biden got 744 on
16   election night.
17        MIKE LINDELL:  Right.
18        MATT DEPERNO:  Those were Donald's Trump's
19   votes.  He actually recorded 16 on election night.
20        MIKE LINDELL:  Okay.  So here's this county
21   that traditionally always is like 65 percent
22   Republican, 35 percent Democrat.  Correct?
23        MATT DEPERNO:  That's correct.
24        MIKE LINDELL:  Okay.  So everyone in the
25   county knew when these numbers came in on November
```

1  4th, they're going, there's something wrong with

2  the machines.  Everyone -- everyone would think

3  that.  It wouldn't matter if you're a Democrat or

4  a Republican, you're going, wow.

5       And it's not like what -- and they couldn't

6  use the deviation saying, well, it was because of

7  mail-in voting, because this isn't -- there's no

8  huge cities in there like Detroit, correct?

9       MATT DEPERNO:  That's correct.  So --

10      MIKE LINDELL:  Right.  So I just want

11  everyone out there to know this, before you get

12  into (inaudible) this is -- just a small county

13  Northern Michigan, and they ended up flipping --

14  we had 15,718 votes --

15      MATT DEPERNO:  15,718.  Votes.

16      MIKE LINDELL:  Votes.  And 7,060 were

17  flipped from Biden -- from Trump to Biden; is that

18  correct?

19      MATT DEPERNO:  Yeah.  And what's more --

20      MIKE LINDELL:  Wow.

21      (Talking simultaneously.)

22      MATT DEPERNO:  -- what's even more

23  interesting --

24      MIKE LINDELL:  BY machine -- by machines,

25  right?

Mike Lindell  Absolute Proof Doumentary Proving
83

1          MATT DEPERNO:  By machines.

2          MIKE LINDELL:  Probably done by the

3    machines?

4          MATT DEPERNO:  Absolutely by machines.

5          MIKE LINDELL:  Okay.

6          MATT DEPERNO:  If you look at the original

7    vote count, 7,769 --

8          MIKE LINDELL:  Right.

9          MATT DEPERNO:  -- for Joe Biden, and 4,509

10   for Donald Trump.

11         MIKE LINDELL:  Right.  Right.

12         MATT DEPERNO:  That actually totals 12,278

13   votes.

14         MIKE LINDELL:  Right.

15         MATT DEPERNO:  By machine on November 3rd.

16   That's the vote tally.

17         MIKE LINDELL:  Right.

18         MATT DEPERNO:  That wasn't correct.

19   Because if you look at the hand recount, it was

20   actually 59/59 for Joe Biden, and 97/59 --

21         MIKE LINDELL:  Right.

22         MATT DEPERNO:  -- for Donald Trump, which

23   gets us to 15,718 votes.

24         MIKE LINDELL:  Got you.

25         MATT DEPERNO:  So the question is, where

Mike Lindell  Absolute Proof Doumentary Proving
84

1   did -- where were the 3200 votes --

2        MIKE LINDELL:  Right.

3        MATT DEPERNO:  -- on election night?

4        MIKE LINDELL:  Right.

5        MATT DEPERNO:  Why weren't they recorded?

6        MIKE LINDELL:  Right.  And that -- but even

7   with that -- and we don't know why -- we don't

8   know why on that.  I'm here to show everyone now

9   the facts and evidence that I have seen 100

10  percent.

11       Here's 100 percent.  This little county in

12  Northern Michigan, look at what the difference

13  was, it was a net of 5,250 votes; is that correct?

14       MATT DEPERNO:  That's a net for Donald

15  Trump.

16       MIKE LINDELL:  That's a net for Donald

17  Trump.  There was 7,000 -- that's where you get

18  the 7,060 votes.

19       MATT DEPERNO:  So what I want to show you

20  here in the next slide is, actually the number of

21  registered voters.  This is what you're getting

22  to, the number of registered voters in the county

23  is 222,082 votes.

24       MIKE LINDELL:  Right.

25       MATT DEPERNO:  And this the total number of

1    votes cast by machine on November 3rd --

2         MIKE LINDELL:  Right.

3         MATT DEPERNO:  -- 16,047.  Now, of course,

4    not everyone votes for the President.

5         MIKE LINDELL:  Right.

6         MATT DEPERNO:  That's why there's going to

7    be some disparity.

8         MIKE LINDELL:  Right.

9         MATT DEPERNO:  But you see what happened in

10   Antrim County on November 3rd, there were 16,047

11   votes cast.

12        MIKE LINDELL:  Right.

13        MATT DEPERNO:  And then on November 5th,

14   when they did a recount, somehow they gained 2,000

15   more votes.

16        MIKE LINDELL:  Wow.

17        MATT DEPERNO:  And we haven't gotten an

18   explanation as to why that happened.

19        MIKE LINDELL:  Right.  But we do have a --

20   we do know that there was 7,000 -- if you were --

21   if you were to say right now, and go, you know

22   what, we do know that 7,060 -- Donald Trump had

23   7,060 more votes net out of this county?

24        MATT DEPERNO:  That's a correct.

25        MIKE LINDELL:  That's 100 percent fact?

Mike Lindell  Absolute Proof Doumentary Proving

86

```
 1          MATT DEPERNO:  100 percent fact.
 2          MIKE LINDELL:  100 percent fact.
 3          MATT DEPERNO:  So after we filed the
 4   lawsuit we -- we -- at the same time we filed the
 5   lawsuit, we also filed a motion with the Court
 6   asking the Judge to allow us to take forensic
 7   images of the Dominion system, the Dominion Voting
 8   System.  And -- and he granted that.
 9          And we then went in -- and I believe it was
10   December 6th --
11          MIKE LINDELL:  Right.
12          MATT DEPERNO:  -- and with a team of
13   forensic scientists and data collection
14   scientists, we -- we captured the forensic images
15   of the Dominion -- Dominion voting system, the
16   master tabulator is what we call it, sitting in
17   the county building, along with all of the CF
18   cards, which are the program cards that run the
19   actual software, along with the actual data cards
20   or thumb drives that collect and tally the results
21   in each precinct.  We captured the forensic images
22   of all of those items.
23          MIKE LINDELL:  Okay.  I want to say
24   something there:  So the people -- did you hire
25   these people to do that?
```

1          MATT DEPERNO:  Correct.

2          MIKE LINDELL:  Okay.  And you didn't know

3    them before this, right?

4          MATT DEPERNO:  We didn't know them before.

5          MIKE LINDELL:  Right.

6          MATT DEPERNO:  But the people got us in

7    contact --

8          MIKE LINDELL:  Contact with -- with

9    forensic experts on these particular machines?

10         MATT DEPERNO:  That's correct.

11         MIKE LINDELL:  So that -- that's -- I just

12   want everyone to know that, this wasn't just some

13   -- you know, hey, let's grab somebody from the

14   county and look at these machines.  These were

15   experts.

16         MATT DEPERNO:  These are people with real

17   experience analyzing forensic software images.

18         MIKE LINDELL:  Wow.  It can't be overstated

19   enough that these -- these scientists were also

20   data collection data experts.  And that's

21   important because what we saw in Antrim County is

22   the failure to properly follow procedures in

23   securing the election machines, the tabulation

24   machines, and securely transferring the votes.

25         The chain of custody in this situation was

Mike Lindell  Absolute Proof Doumentary Proving

88

1    completely tampered with.  What we know for

2    certain is that in the Dominion system manual, the

3    manual tells us exactly how to connect the

4    machines to the Internet.  The manual tells how

5    you to do.

6         MIKE LINDELL:  Is it easy?

7         MATT DEPERNO:  It's very easy.

8         MIKE LINDELL:  Could a guy like me plug it

9    in?

10         MATT DEPERNO:  I'm certain you could

11   probably figure it out.

12         MIKE LINDELL:  Wow.

13         MATT DEPERNO:  You can -- the manual tells

14   you how to connect the machine --

15         MIKE LINDELL:  Right.  Right.

16         MATT DEPERNO:  -- up to the Internet.

17         MIKE LINDELL:  Right.

18         MATT DEPERNO:  In our case, what we found

19   through the forensic study that was conducted, was

20   that on November 4th, at 11:03 p.m., system files,

21   adjudication files, and other source system files

22   were deleted from the Dominion system in Antrim

23   County.  We know that for a fact.

24         MIKE LINDELL:  Wow.

25         MATT DEPERNO:  They were removed.  We don't

1  know who removed them or how they gained access to

2  remove them.

3      MIKE LINDELL:  Hold on.  We do know.

4  You'll see that later in the show.

5      MATT DEPERNO:  What we know in our case --

6  what we -- in our case we don't know precisely

7  because Antrim County and the Secretary of State

8  have not given us that information.

9      MIKE LINDELL:  Right.  Right.

10     MATT DEPERNO:  But we do know that those

11  files were removed on November 4th at 11:03.

12     MIKE LINDELL:  What's the significance of

13  that that they're removed, what does that do to

14  you as a -- as trying to investigate this, what

15  did that do?

16     MATT DEPERNO:  Well, number one, I presume,

17  and we've asked the Antrim County prosecutor to

18  investigate whether that was a crime to remove

19  voting information from the system prior to the

20  expiration of a 22-month period.

21     MIKE LINDELL:  Right.

22     MATT DEPERNO:  Which the -- the items are

23  required to (inaudible) --

24     (Talking simultaneously.)

25     MIKE LINDELL:  (Inaudible) removed -- that

1   means it was hard for you to do your audit?

2        MATT DEPERNO:  That's hard for us to review

3   the forensic images to conclusively understand --

4        MIKE LINDELL:  Right.

5        MATT DEPERNO:  -- whether the machine

6   connected to the Internet because in Michigan, at

7   least 38 other counties, use the Dominion

8   software.

9        MIKE LINDELL:  Right.

10       MATT DEPERNO:  So if this is happening in

11  Antrim County, and it was exposed in Antrim

12  County --

13       MIKE LINDELL:  Right.

14       MATT DEPERNO:  -- because of the disparity,

15  because there were only 15,000 --

16       MIKE LINDELL:  Right.

17       MATT DEPERNO:  -- 718 votes --

18       MIKE LINDELL:  You wouldn't --

19       MATT DEPERNO:  -- cast --

20       MIKE LINDELL: -- you wouldn't notice this

21  in a bigger city if it was that low in num per?

22       MATT DEPERNO:  Correct.

23       MIKE LINDELL:  Right.

24       MATT DEPERNO:  If you were in Wayne

25  County --

Mike Lindell  Absolute Proof Doumentary Proving
91

1        MIKE LINDELL:  Right.

2        MATT DEPERNO:  -- and 7,060 votes flipped,

3  you wouldn't notice it.  My team of forensic

4  scientists worked tirelessly after December 6th,

5  after we collected the forensic images for about a

6  week, they worked very hard to review those images

7  and put together a report; and because of a

8  protective order that was in place, in this case,

9  I had to file a motion with the Court asking the

10  Judge to allow us to release the -- the report

11  that we had prepared, and we did that.

12        We did that on December 14th, the Judge

13  granted our request and allowed us to release

14  what's called the Allied Security Operations Group

15  preliminary summary version two, dated December

16  13th, 20- --

17        MIKE LINDELL:  Is that public?

18        MATT DEPERNO:  It is public.

19        MIKE LINDELL:  Right.  So this is something

20  that got put out there.  And I guarantee you, it

21  was probably put out -- got -- somebody probably

22  put it on Twitter, and I pet you it was gone.  You

23  know, they probably tried -- that's just my

24  opinion, I had to throw that in there.

25        MATT DEPERNO:  Well, I can tell you it's

Mike Lindell   Absolute Proof Doumentary Proving

92

1   been on my website and DePernolaw.com, since

2   December 14th, and it has constantly been

3   suppressed for people who try to share the link on

4   Facebook --

5        MIKE LINDELL:  Right.

6        MATT DEPERNO:  -- or Google or through

7   social media, it gets suppressed.

8        MIKE LINDELL:  Right.

9        MATT DEPERNO:  And people are not allowed

10  to share it.

11       MIKE LINDELL:  Yeah.

12       MATT DEPERNO:  In some cases they try to

13  share it and a screen comes up that says that --

14  that this information is not accessible.

15       (Talking simultaneously.)

16       MIKE LINDELL:  Here you had a -- a -- a

17  perfect report -- I mean, that even the judge said

18  you can put it out there, correct?

19       MATT DEPERNO:  Yes.  Everything we have

20  done in this case has been permitted by the Court

21  in terms of the ability to release information.

22       MIKE LINDELL:  Right.

23       MATT DEPERNO:  But what is actually, it's

24  information that if revealed, would show that the

25  CEO of Dominion software, when he testified in

Mike Lindell  Absolute Proof Doumentary Proving

93

1  front of the Michigan Senate, this information

2  would show that he was not telling the truth about

3  how the Dominion system works.

4       MIKE LINDELL:  Wow.

5       MATT DEPERNO:  And here's what we

6  concluded --

7       MIKE LINDELL:  Wow.

8       MATT DEPERNO:  -- when we released the

9  report.  This is what it states:  We conclude that

10  the Dominion Voting System is intentionally and

11  purposely designed with inherent errors to create

12  systemic fraud and influence election results.

13       Now, that's not my words; that's the word

14  of the forensic team --

15       MIKE LINDELL:  That looked at this?

16       MATT DEPERNO:  -- that looked at the

17  forensic images and came to a conclusion about

18  what they saw.

19       MIKE LINDELL:  Right.  So (inaudible. --

20       (Talking simultaneously.)

21       MATT DEPERNO:  That's in the report.

22       MIKE LINDELL: -- they concluded that the

23  only reason you would have a machine like this is

24  if you wanted to steal an election?

25       MATT DEPERNO:  Correct.  Because what they

Mike Lindell  Absolute Proof Doumentary Proving

1    also found is that this machine in Antrim County

2    generates errors at the rate of 68 percent, based

3    on ballots that you put in the machine.

4            MIKE LINDELL:  Right.

5            MATT DEPERNO:  Remember this, when you take

6    a piece of paper, and you vote on it, you think

7    when you're voting that your tallying your vote

8    and then you put that machine -- that piece of

9    paper into the Dominion tabulation machine.

10           MIKE LINDELL:  Right.  Right.

11           MATT DEPERNO:  You know how that process

12   works.

13           MIKE LINDELL:  Yeah.

14           MATT DEPERNO:  And you think you voted, but

15   you haven't voted yet.  You haven't voted until

16   that machine actually tabulates your result in the

17   system.  When you put the paper into the

18   tabulator --

19           MIKE LINDELL:  Right.

20           MATT DEPERNO:  -- the tabulator takes that

21   paper, converts it to data and data can be

22   manipulated.

23           In the case in the way the Dominion system

24   works, as I understand it, based on information

25   given to me by my forensic team, when you insert

Mike Lindell  Absolute Proof Doumentary Proving

95

1    that paper ballot into the machine --

2         MIKE LINDELL:  Right.  Right.

3         MATT DEPERNO:  -- and when an error is

4    tabulated --

5         MIKE LINDELL:  Right.

6         MATT DEPERNO:  -- and remember this machine

7    tabulates them 68 percent error rate --

8         MIKE LINDELL:  Right.

9         MATT DEPERNO:  -- those ballots -- those

10   errors ballots go to what's called adjudication.

11        MIKE LINDELL:  Right.

12        MATT DEPERNO:  Adjudication is a process

13   where someone else other than the voter is able to

14   look at that ballot on a screen --

15        MIKE LINDELL:  Right.

16        MATT DEPERNO:  -- and determine the voters'

17   intent and vote that ballot for the voter.

18        MIKE LINDELL:  Right.

19        MATT DEPERNO:  And with adjudication in the

20   way the Dominion system works, you can accumulate

21   over the night a number of ballots --

22        MIKE LINDELL:  Yeah.

23        MATT DEPERNO:  -- but what I can tell you,

24   what's interesting, is the 2020 system log files

25   are missing.  But they are present for 2018, and

Mike Lindell   Absolute Proof Doumentary Proving

96

1   2016.  This happened at 11:03 p.m. on November

2   4th.

3       What happened on November 4th, the day

4   after the election --

5       MIKE LINDELL:  Right.

6       MATT DEPERNO:  -- is at least in Michigan,

7   this story broke across the state (inaudible) --

8       MIKE LINDELL:  Right.

9       MATT DEPERNO:  -- Antrim County had flipped

10  in this manner.

11      MIKE LINDELL:  Okay.  So it was such a

12  deviation -- everybody here -- that's why we all

13  heard about Antrim County, it was such a big

14  deviation it would be like -- you know, the whole

15  time, you know, for decades or years -- whatever,

16  you're -- you're 65 percent Republican, and 35

17  percent and you flip, the whole townspeople

18  probably having coffee going, what did you do?

19  They probably did a recount just themselves at the

20  coffee shops.

21      You know, so now that makes sense.  That's

22  why it made national -- it made national news.  We

23  all heard about it.

24      MATT DEPERNO:  Antrim County was not

25  certifiable, based on what the machine spit out on

Mike Lindell  Absolute Proof Doumentary Proving

97

1    election night.  And what we've requested is a

2    full audit of the county.  What -- we want all the

3    machines tested, we would like to see all the

4    machines tested across the state.

5           MIKE LINDELL:  Right.

6           MATT DEPERNO:  We would like to see audits

7    across the state of Michigan.

8           MIKE LINDELL:  Right.

9           MATT DEPERNO:  This is from the actual

10   Dominion manual, this --

11          MIKE LINDELL:  The Dominion manual.  Wow.

12          MATT DEPERNO:  -- this tells you how to

13   connect the machine to guess what?

14          MIKE LINDELL:  The Internet?

15          MATT DEPERNO:  Yes.

16          MIKE LINDELL:  Did everybody hear that?

17          MATT DEPERNO:  This is another slide --

18          MIKE LINDELL:  But you have to be on the

19   Internet in order to do this; so we're going to

20   show you here -- I thought these machines didn't

21   go on the inter- -- that's what we were told as

22   the public.

23          MATT DEPERNO:  It's what we are told.

24

25          ERIC COOMER:  (Inaudible) once it -- if

Mike Lindell  Absolute Proof Doumentary Proving

98

1   it's configured to print automatically, it will

2   print anywhere from one to, you know, five, ten

3   copies, however many are needed in -- in the

4   jurisdiction; as well, this device can transmit

5   directly.  So that's all part of that closed polls

6   process.  You hit that button once, it prints out

7   the tapes.  When it's done printing out the tapes,

8   it will automatically transmit the results as

9   well.

10        SPEAKER:  What is the vehicle for the

11   transmission from the ICP, is it cellular modem

12   versus VPN?

13        ERIC COOMER:  Well, it is a cellular modem

14   that can be configured in VPN.  Right?  And we --

15   currently in Chicago in Cook County, we work with

16   Verizon to secure that network; so we would have

17   the same capabilities here.

18        SPEAKER:  What wireless chip set, slash,

19   modem does the hardware have?

20        ERIC COOMER:  We support a variety.  So

21   it's really up to the jurisdictions what

22   technology they want to use, what's compatible

23   with their -- their networks.

24        SPEAKER:  (Inaudible) in some jurisdictions

25   we use -- basically a modem that is 3D modem, GSM;

Mike Lindell  Absolute Proof Doumentary Proving

99

1  but we can support multiple varieties of modems

2  that can (inaudible).

3       ERIC COOMER:  Including -- including

4  (inaudible) as well.

5       SPEAKER:  Okay.

6       SPEAKER:  So that answers the next

7  question, is it 3G or 4G?  Verizon or AT&T are

8  spent (inaudible) I'm assuming all --

9       ERIC COOMER:  Yeah.  All -- all networks.

10  Right.

11       SPEAKER:  (Inaudible).

12       ERIC COOMER:  I mean, we actually transmit

13  from the ICP in Mongolia as well; so we're not

14  limited in networks.

15       SPEAKER:  (Inaudible) there's three

16  vendors, because the island is not covered by

17  any -- by any of the vendors completely.  So we

18  use three different cellular vendors for some ICP

19  (inaudible) vendor, (inaudible) AT&T and T-Mobile,

20  I think, in the different parts of the island.

21  So --

22       SPEAKER:  Everything gets complicated.

23

24       MATT DEPERNO:  But, this is another slide

25  from the Dominion software manual --

Mike Lindell  Absolute Proof Documentary Proving

100

```
 1         MIKE LINDELL:  Right.

 2         MATT DEPERNO:  -- that sells you exactly

 3    how to set up your system to connect to the

 4    Internet.

 5         MIKE LINDELL:  Uh-huh.

 6         MATT DEPERNO:  Those are important slides

 7    to see.  And again, another slide from Dominion

 8    Voting ImageCast Central, which tells you, as you

 9    can see in the bottom corner here, it says

10    number -- box number one, ensure that the work

11    station is connected to the network switch with an

12    Ethernet cable.

13         MIKE LINDELL:  Wow.

14         MATT DEPERNO:  What does an Ethernet cable

15    get you?

16         MIKE LINDELL:  To the Internet.

17         MATT DEPERNO:  To the Internet.  These

18    are -- this is all information that we have been

19    able to look at --

20         MIKE LINDELL:  Right?

21         MATT DEPERNO:  -- from the actual manual.

22         MIKE LINDELL:  So what do we got here --

23    that looks like it was manipulated.  What?

24         MATT DEPERNO:  This -- these spikes, these

25    blue spikes throughout this show you where Joe
```

Mike Lindell  Absolute Proof Doumentary Proving

101

1    Biden got -- what we call injections of votes at

2    very specific times.

3         MIKE LINDELL:  Right.

4         MATT DEPERNO:  -- these big ones on the

5    left are November 3rd, so I would be curious to

6    see if your data that you have --

7         MIKE LINDELL:  Real --

8         (Talking simultaneously.)

9         MATT DEPERNO:  -- correlates to those.

10        MIKE LINDELL: -- just so everybody knows,

11   what you're going to see, when you see this spike,

12   you going to see a forensic footprint how that

13   happened and who did it.  China?  Yes.

14        If you're on the Internet the bottom line

15   is, you can get -- you can cheat, you can do all

16   kinds of things, and that's -- and because

17   otherwise you can't explain any of these numbers,

18   right?

19        MATT DEPERNO:  That's correct.  The machine

20   results don't match up with the hand --

21        MIKE LINDELL:  To the real ballots.  And

22   once again, the -- you know, the purpose of this

23   whole show, obviously, is to show everyone in the

24   world that these machines that this was the

25   biggest fraud -- biggest crime I believe against

Mike Lindell  Absolute Proof Doumentary Proving

102

1   humanity, this is a crime against humanity, if we

2   wouldn't all be talking about this now, and this

3   is -- all the truth is going to be revealed --

4        MATT DEPERNO:  Michigan is under siege,

5   because this is what I'm dealing with right now.

6   Dana Nessel is the Attorney General in the State

7   of Michigan.  She sent this tweet out not too long

8   ago, and it says:  Fun fact, lawyers who practice

9   in Michigan are required to take an oath to

10  support the Michigan and U.S. Constitutions, not

11  to file unjust and/or frivolous actions or mislead

12  the Court.  The spate of Trump lawsuits in our

13  state violates each of these tenets.  It demeans

14  our profession.

15       What she's calling --

16       MIKE LINDELL:  Wow.

17       MATT DEPERNO:  -- for -- and she said this

18  publicly, she's calling for attorneys in Michigan

19  to be disbarred who file lawsuits in Michigan

20  challenging the result of the election.

21       MIKE LINDELL:  And can you guys all hear

22  this?  This is what we're up against.  This

23  Dominion -- these machines is the biggest fraud in

24  election -- they stole this, but now the truth is

25  all going to be revealed.  People like this lady,

Mike Lindell  Absolute Proof Doumentary Proving

103

1   down -- what's her name?

2        MATT DEPERNO:  Dana Nessel.

3        MIKE LINDELL:  Dana Nessel -- Dana Nessel,

4   how dare you put this out?  You're supposed to

5   protect Michigan and the U.S., this is what I'm

6   doing, this is why I'm getting attacked.  This is

7   why everybody is getting attacked.

8        MATT DEPERNO:  So --

9        MIKE LINDELL:  -- so anybody -- you know,

10  here you are, the attorney of one of the few open

11  cases where we have 100 percent proof, first they

12  try and suppress the actual report from it right

13  here, right?  And now -- now they're trying to

14  just get rid of you.

15       MATT DEPERNO:  That's true.  So we have

16  Michigan, executive officials who are now using

17  the power of government to threaten those with

18  whom they disagree with sanctions.  They're

19  threatening me and others with disbarment.  So

20  bringing forth evidence now in our country not

21  only gets you the mockery of the mainstream

22  media --

23       MIKE LINDELL:  I've been there.

24       MATT DEPERNO:  -- who refused to actually

25  report on it or the truth, but it now gets you

 1  ethics complaints filed against you in you are a

 2  lawyer --

 3        MIKE LINDELL:  Wow.

 4        MATT DEPERNO:  -- so what do we do about

 5  that?  When the Michigan Attorney General, who is

 6  the chief law enforcement person in the State,

 7  threatens those with whom she disagrees, you know

 8  what that is?  That's tyranny.

 9        MIKE LINDELL:  Yeah.

10        MATT DEPERNO:  That -- you know, that is

11  totalitarianism.  So in our election system -- and

12  it's been going on for years, after every

13  election, people challenge elections.

14        MIKE LINDELL:  Right.

15        MATT DEPERNO:  That happens on a regular

16  basis after election.

17        MIKE LINDELL:  Yeah.  Yeah.

18        MATT DEPERNO:  That's part of our republic.

19  That's part of public discourse.  We're an

20  eight -- we're enabled to go in and have those

21  discussions through the court system to challenge

22  elections.

23        And what Dana Nessel is saying is that you

24  can't do that anymore.

25        MIKE LINDELL:  Right.

Mike Lindell  Absolute Proof Documentary Proving

105

1      MATT DEPERNO:  Because if you try to do it,

2  she will threaten you, she will try to take your

3  license.

4      MIKE LINDELL:  Uh-huh.

5      MATT DEPERNO:  And she will try to silence

6  you.

7      MIKE LINDELL:  Wow.

8      MATT DEPERNO:  So her statements, this is

9  no longer part of public discourse.  This is

10  chilling --

11      MIKE LINDELL:  Do you think she's talking

12  about all the lawyers?  She's talking about you.

13      MATT DEPERNO:  Well, we've talked about --

14  I totally agree with you, she is talking about me.

15      MIKE LINDELL:  Right.

16      MATT DEPERNO:  And we've talked about the

17  importance of public discourse.

18      MIKE LINDELL:  Right.

19      MATT DEPERNO:  Her tweet, as I said, chills

20  public discourse.

21      MIKE LINDELL:  Yeah.

22      MATT DEPERNO:  What it does, is it asks a

23  lawyer to put their fear above the representation

24  of their client in legitimate litigation.

25      MIKE LINDELL:  Right.

Mike Lindell  Absolute Proof Doumentary Proving

106

1          MATT DEPERNO:  That is tyranny.

2          MIKE LINDELL:  Right.

3          MATT DEPERNO:  That's totalitarianism, that

4   is fascism.

5          MIKE LINDELL:  She wants to scare you into

6   doing nothing.

7          MATT DEPERNO:  But it gets worse.

8          MIKE LINDELL:  Right.

9          MATT DEPERNO:  Around November 20th, Dana

10  Nessel did an interview with the Washington Post,

11  and in that interview she threatened every

12  Michigan legislature and she said that any

13  Michigan legislature with whom she disagreed with,

14  any of them who challenged these election results,

15  she would investigate them and seek criminal

16  sanctions against them.

17         MIKE LINDELL:  Wow.

18         MATT DEPERNO:  That is saying to these

19  Michigan legislatures, that if they --

20         MIKE LINDELL:  Stay silent.

21         MATT DEPERNO:  -- if they do anything to

22  bring forth the word of their constituents, to

23  challenge election results, they could be charged

24  criminally.

25         It's asking elected officials again to put

1  their fear above the word and the choice of their

2  constituents.

3       MIKE LINDELL:  Wow.

4       MATT DEPERNO:  And you ask yourself, why

5  did so me elected officials in Michigan refuse to

6  look at the evidence that was presented to them?

7       MIKE LINDELL:  They -- they did it out of

8  fear.

9       MATT DEPERNO:  Or time and time again say

10  that they haven't seen any evidence --

11       MIKE LINDELL:  Right.

12       MATT DEPERNO:  -- of voter fraud --

13       MIKE LINDELL:  Right.

14       MATT DEPERNO:  -- or vote interference.

15       MIKE LINDELL:  Right.

16       MATT DEPERNO:  And you combine that with

17  what we now learned about the interview Dana

18  Nessel gave --

19       MIKE LINDELL:  Right.

20       MATT DEPERNO:  -- on November 21st, telling

21  elected officials they would be charged

22  criminally.

23       MIKE LINDELL:  Right.

24       MATT DEPERNO:  And I say this right now,

25  everything that Dana Nessel has done, in terms of

Mike Lindell  Absolute Proof Doumentary Proving

108

1    threatening me, and threatening state

2    legislatures, violates the Michigan rules of

3    professional conduct and she should resign

4    immediately.  It demonstrates that she's not fit

5    for office.

6        MIKE LINDELL:  Well, there's many like her.

7    We know that.  This is going to reveal all the

8    evil in our country, all the criminals in the

9    country, all the ones that tried to suppress this.

10   And that is from social media, like Jack Dorsey,

11   like Mark Suckabuck.

12       Well, everyone, this is the moment you've

13   all been waiting for.  What you're going to see

14   now is 100 percent proof that we had upon our

15   country the biggest cyber attack in history.  And

16   I'm going to bring out Mary Fanning to explain how

17   it all happened, and the -- show you the 100

18   percent proof.  Mary, thanks for coming on.

19       MARY FANNING:  Thanks, Mike.

20       Today we've been watching cyber security

21   experts, and they have explained some of the

22   things that happened in the election, some of

23   election fraud.  But what we're seeing here is --

24   if you look at this chart, is that there were

25   cyber security experts who began collecting

Mike Lindell  Absolute Proof Doumentary Proving

109

1   information on November 1st, and -- so this was

2   before, during and after the election, that they

3   were collecting documentation -- in fact, they

4   collected terabytes of information that document

5   the election fraud the foreign intrusion into our

6   election.

7          This was collected as -- in 2996 counties

8   in the United States.  This was collected in

9   realtime.

10         All right.  So if you go to the chart, what

11  you will see is that the documentation of foreign

12  interference in the election.  The first column --

13  if you look at the chart -- that shows that on

14  11/5/2020 at 7:43 and 38 seconds, we had a foreign

15  intrusion, and it shows that the IP address, the

16  Internet protocol address, that is the number of

17  that protocol address of the hacker that entered

18  into our election.

19         The second column is the owner or source of

20  that IP address.  That shows the China net in

21  Beijing province entered the election that shows

22  an ID, that shows the unique address of a

23  computer.  That shows the exact computer using

24  that IP source that entered into our election.

25         The next is the target, that's the IP

Mike Lindell   Absolute Proof Doumentary Proving
110

1  target; that's the Internet protocol address of

2  the target.  All right.  And the next is, the

3  target state.  In this case it shows that it's

4  Michigan.  Where in Michigan?  That's the next

5  column.  It shows that it's Emmet County,

6  Michigan.

7        Then the ID target, that is the unique

8  address of another computer, in the United States,

9  that that hacker has gone into.  And then it shows

10  the method of intrusion.

11        Now, on some cases you're going to see that

12  they used credentials, that means that they have

13  fake credentials, because they were administrators

14  that had been placed on the Secretary of State's

15  computers.  False administrators.

16        And other cases it shows that they broke

17  through the firewall.  In some cases they did

18  both.

19        Now, in the next column it shows whether it

20  was successful.  You will see a Y.  That shows

21  that yes, it was successful.  Now, oftentimes

22  they're not successful and they have to go back

23  and try for another intrusion, and then it shows

24  whether that's, in fact, successful as well.

25        Then in a final column, what you're seeing

Mike Lindell  Absolute Proof Doumentary Proving

1    are votes changed.  Now -- and in this particular

2    case, when they went into Emmet County, Michigan,

3    the votes that were changed where they stole 3477

4    votes from Donald Trump.  That's what you're

5    looking at.

6         Now, as you go through this document and

7    you look at all the multiple intrusions into our

8    election, what -- what you'll notice that over 60

9    percent of these intrusions come from China.

10        So that is over 66 percent is what the

11   number is, over 66 percent of the intrusions into

12   our election came from China.

13        Why is this important?  Well, some things

14   were set in place, including some of the changes

15   that took place in this country, particularly when

16   we had the Wuhan virus, or the Covid-19 virus, hit

17   this country.

18        And we have a video -- well, first, Mike,

19   do you have any questions about this chart and

20   what it is showing?

21        MIKE LINDELL:  Yeah.  So what -- so what

22   you have here is -- each one of these is its own

23   timestamp that is 100 percent proof, because you

24   have that -- not only where it came from, you have

25   -- it's basically you have their identification,

1  you have the -- the -- who they were attacking,

2  their identification, this is what everybody would

3  want, if you ever looked and did an audit or

4  wanted to look into a computer and look what went

5  on in cyberspace, this is what you would be

6  looking for, correct?

7      MATT DEPERNO:  This is forensic evidence of

8  foreign footprints as I entered our election and

9  cyber warfare attack on our election, and then it

10  chose exactly what -- you know, where did they

11  come from, which computer exactly, exactly the

12  timestamp, exactly which computer they entered

13  into, and -- and what state, which county, the --

14  the ID -- the unique ID of the computer that they

15  entered into; and then it shows how they entered

16  using false credentials, or breaking through the

17  firewall or both.

18      MIKE LINDELL:  Wow.

19      MATT DEPERNO:  Were they successful the

20  first time, the second time.  And then it shows

21  the votes that they stole from Donald Trump.

22      MIKE LINDELL:  Right.

23      MATT DEPERNO:  This is proof-positive, this

24  is documentation of a cyber attack; but it also is

25  documentation of the footprints of those who

Mike Lindell  Absolute Proof Doumentary Proving

113

1  entered our election.

2       MIKE LINDELL:  Right.  Right.  And look

3  at -- if everybody notices here, everyone -- you

4  don't think this was all put together in one big

5  attack?  Everyone was Donald Trump down, down,

6  down.  This wasn't another country that wanted it

7  the other way.  This was a -- the biggest attack

8  in history.

9       And you have -- and Mary you have -- we

10  have pages and pages, right?  Thousands of these

11  pages of every -- every county, right?  Or of --

12  or every single attack?

13       MARY FANNING:  There are thousands of pages

14  of the documented footprints -- the foreign

15  intrusion into our elections -- we see this as

16  coming from China, in many cases from (inaudible),

17  (inaudible) --

18       MIKE LINDELL:  Right.

19       MARY FANNING:  -- cloud service, from China

20  Unicon, from uCloud, from China mobile T-tong,

21  (phonetic) you know, this also came and -- from

22  Iran as well.

23       MIKE LINDELL:  Right.

24       MARY FANNING:  This is a foreign intrusion.

25  This is the theft of our vote, but it also is

Mike Lindell  Absolute Proof Doumentary Proving

114

1   documenting exactly the votes -- the vote totals

2   that were stolen from Donald Trump.

3        MIKE LINDELL:  Right.  And this is --

4        MARY FANNING:  (Inaudible) you heard --

5        MIKE LINDELL:  Well, this is what I have

6   been telling everyone, this is where you got -- if

7   you add these numbers up, when I -- when I said --

8   and I actually told the President, when I met with

9   him, I said, you know, you actually won this

10  election by almost 80 million votes for you, for

11  Donald Trump, to about 68 million for Biden.  And

12  that's not counting all the other kind of theft we

13  talked about earlier in the show.

14       This is their -- these are the real numbers

15  that were taken off and that were flipped.  I

16  mean, this is incredible everybody.  This is --

17  this is historical proof, too.  We not only have

18  -- this is what we all have been waiting for.

19       And Mary, you said there's a video, too, we

20  want to show?

21       MARY FANNING:  Yeah.  This is a

22  documentation, the proof positive, by cyber

23  experts from within this country that began

24  documenting the theft of our election.

25       MIKE LINDELL:  Wow.

Mike Lindell  Absolute Proof Doumentary Proving

115

1        MARY FANNING:  They put together the full

2   documentation of every vote beginning on November

3   1st.  So again, from before, during and after the

4   election, they documented the footprints of the

5   foreign intrusion into our election.  That means

6   that foreign adversaries really, because this was

7   an act of war to come in and steal the election

8   from the American people and decide who our

9   foreign adversaries were going to put in the White

10  House to rule or to be President of this country.

11       MIKE LINDELL:  Right.  Right.  Right.

12       MARY FANNING:  Now, there's a video -- and

13  so that will show -- and if you -- are you looking

14  at the video, Mike?

15       MIKE LINDELL:  Yeah, we're pulling -- we're

16  going to pull up the video here, Mary.  Okay.

17  Here we go.  We just pulled up the video.  Wow.

18  What's going on here with all these lines?

19       MARY FANNING:  Well, you're -- the video --

20  what you are watching is the surveillance system.

21  In fact, this is the very surveillance system that

22  was built by people inside this country, within

23  the cyber security battle space that built some of

24  this documentation -- built some of these tools

25  that were built to keep this country safe.

Mike Lindell  Absolute Proof Doumentary Proving

116

1        But what you're watching is it -- every

2   line on that drawing, all those moving lines, they

3   represent the IP addresses of what I just showed

4   you on the chart.  So -- so when you understand

5   the hackers IP address and the IP address of

6   target and the votes that were stolen, every one

7   of those lines that you're watching move across

8   the chart.  And showing whether they were

9   successful and -- and how many votes they stole,

10  that documents that.

11       Every red line, as they turn red, as they

12  finished stealing the vote, basically; the red

13  lines are all China.

14       So what you're seeing are the actual files

15  being received and sent.  That -- that's a

16  documentation of the realtime theft our elections.

17       MIKE LINDELL:  Wow.

18       MARY FANNING:  So every -- every line on

19  the map, there's a corresponding line on the

20  sheet.  And the color and the line types represent

21  the severity of the attach.

22       Now, red has been the most severe attacks.

23  Those lines are all coming out of China.  Those

24  are the most severe attacks on our election

25  system.

1          MIKE LINDELL:  Wow.

2          MARY FANNING:  Now, this is -- this exact

3     information, the same exact type of information, I

4     should say, was presented to the FBI director --

5     former FBI director James Comey, by by a

6     whistleblower in 2015.  They knew, in fact, that

7     our election machines were open for hacking.

8          It's important to understand that there are

9     prismatic scoring algorithms that they knew about,

10    that entered the election and they steal the vote

11    at the transfer points.

12         So at the point where the election -- the

13    vote is leaving the Secretary of State's office,

14    and these machines, that is the point as which the

15    vote is stolen at the transfer points.  That's

16    what you're watching, those packets moving, is --

17    is that's realtime documentation of the theft of

18    the vote from inside this country.  And then the

19    number is last column, those document exactly the

20    numbers of votes, it shows -- in some of cases

21    Antrim County where the vote was stolen, and

22    exactly the votes stolen at the exact timestamp of

23    when they were stolen --

24         MIKE LINDELL:  Right.

25         Mary FANNING:  -- and the numbers stolen at

1    that point.

2         MIKE LINDELL:  So Mary, so what you're

3    saying now, is -- and this is what -- what I

4    already know, but actually I'm learning a lot here

5    as we go, what you're seeing, every one of these

6    lines -- let's say we did take Antrim County, and

7    we took that, we can pull out the timestamps for

8    that county, and we can show the lines -- the

9    country that did it, we can show a line for every

10   single hack or attack that we had in this

11   election?

12        MARY FANNING:  That's a right.

13        MIKE LINDELL:  Wow.

14        MARY FANNING:  So what you're watching is

15   those objects moving are the actual files --

16        MIKE LINDELL:  Right.

17        MARY FANNING: -- that are being received

18   and sent.

19        (Talking simultaneously.)

20        MIKE LINDELL:  These are -- these are the

21   squares here that are -- that are being sent.  So

22   everybody out there, what you're looking at -- I

23   mean, this is the proof -- so if any -- if like

24   Antrim County, that case is still open, you just

25   go here you go.

Mike Lindell  Absolute Proof Doumentary Proving
119

1        Now you know who did it, how many votes

2   flipped, when they did it, what time they did it,

3   the computer it came from, the country that

4   attacked us -- I mean, this is -- this is what I

5   have been excited about, and I only seen one --

6   you know, Mary, I only seen one little line of

7   that would show the IP address that -- you know,

8   all that stuff that you're showing us.

9        When I found out --

10        MARY FANNING:  Right.

11        MIKE LINDELL: -- that you had it for

12   every -- or that we had it with -- all these

13   people had this, for every single vote that --

14   every single attack and whether it was successful

15   or not.

16        Look at right now, we got up on the screen,

17   Georgia is just getting attacked.  It was just

18   getting attacked up here at that moment in time.

19        And I -- I suppose, you know, they didn't

20   know what they were doing, they did the biggest

21   attack -- right here, look at everybody, Georgia

22   and Michigan, getting bombarded.

23        I -- my guess is that was probably like

24   3:00 or 4:00 in the morning when they really

25   needed them votes to be flipped.

Mike Lindell  Absolute Proof Doumentary Proving
120

1        Mary, this is incredible.

2        MARY FANNING:  Yes, because there is proof

3   positive, there is documentation of all the

4   foreign interference into our election showing

5   exactly who stole the vote, how they stole the

6   vote, from which computers, accessed to our

7   election, to which computers they went into.  So

8   understand that cyber security experts that work

9   for this country, put all this in place before the

10  election even started to make sure that they

11  caught all of this information, so that foreign

12  adversaries were not deciding our elections.

13       MIKE LINDELL:  Absolutely.  And what a

14  blessing that they were there for us to catch all

15  this and to get all this put together.  And even

16  to have these -- you know, to be proactive, they

17  were proactive, everybody.

18       And this -- what a blessing this is,

19  because we came this close to never knowing.  And

20  this is actually a miracle that we have all this,

21  Mary.  And this is amazing.

22       And now we have with us General McInerney,

23  who is going to give us a prospectus on what we

24  just seen.  General, thanks for coming on.

25       GENERAL MCINERNEY:  Well, thank you, Mike.

Mike Lindell  Absolute Proof Doumentary Proving
121

1   And thanks for what you're doing for this great

2   nation.  This is vitally important.

3       You have just seen the most massive cyber

4   warfare attack in the history of mankind.  Now the

5   founding fathers did not know anything about cyber

6   warfare, but we do.  And that's the important

7   thing.  You have seen just how it was orchestrated

8   against our election system.

9       And I took an oath of the office 60-some

10  years ago as a (inaudible) on the planes of West

11  Point to support and defend the Constitution of

12  the United States against all enemies, foreign and

13  domestic.

14      We now are seeing the largest domestic

15  enemy we have in our history, and people must

16  understand that.

17      What happened?  You spelled it out.  It was

18  driven by China.  And they used a system that we

19  have had -- because only that system could

20  modulate and coordinate the many simultaneous

21  attacks that they used against us.

22      And why this is so important is, because

23  our military, which I spent 35 years in the Air

24  Force and ended up as the number three man in the

25  air staff, as well as heading up Vice President

Mike Lindell  Absolute Proof Doumentary Proving

122

1  Gore's reinventing government for the entire
2  Department of Defense, those two jobs
3  simultaneously; we now are faced with something
4  our military has never seen before, nor have the
5  American people.
6      We are going against globalists who are not
7  interested in America.  They are interested in
8  becoming a socialist communist state.  They talk
9  about progressiveness, but progressivism is just
10 the front door to communism.  They want a global
11 communist world, and you must understand that,
12 America.  It's so important.
13     And it's so important that President Trump,
14 who won 79 million votes in the election, to 68
15 million for Biden, because we have -- and you have
16 seen those exact numbers -- he dominated.  It was
17 an awesome victory.
18     And, yet, they turned it around foreigners,
19 and we have not had one audit.  This is the
20 closest thing to an audit that has been conducted
21 in America on this important election.  The
22 American people must understand what we are facing
23 today; and that's why all of us here that you're
24 seeing in this program are so focused.
25     I could not understand was, that the

Mike Lindell  Absolute Proof Doumentary Proving

123

1    legislatures, the judicial, and the executive --

2    meaning the FBI, the Department of Justice, the

3    intelligence community, have failed us with deep

4    staters.  They did not report this.  This was the

5    most massive cyber warfare attack, so did cyber

6    command, did the national security agency, did the

7    CIA, did the Department of Justice, the FB, report

8    this?  No.

9         MIKE LINDELL:  Well, General, to -- to put

10   this in perspective then, you're 100 percent that

11   this was the biggest cyber attack in the world

12   history, correct?

13        GENERAL MCINERNEY:  That's correct.

14        MIKE LINDELL:  Wow.  Well, thank you.  And

15   we're going to see -- it's going -- I was telling

16   everyone, General, when this -- when this is all

17   revealed, we're going to be -- it's going to be a

18   great uniter of all people in our country, and

19   we're going to be inn the greatest revival ever to

20   bring our country back to one nation under God.

21   Thank you.

22        GENERAL MCINERNEY:  Well, God bless you for

23   what you're doing, Mike.  Thank you very much.

24        MIKE LINDELL:  Yeah.  Than you, General.

25        And now we have with us Terry Turchie.

Mike Lindell  Absolute Proof Doumentary Proving

124

1   He's the former deputy assistant director of

2   counter terrorism division of the FBI.

3        And, you know, Terry, welcome to the show.

4        TERRY TURCHIE:  Thanks Mike.

5        MIKE LINDELL:  And we've -- we've just

6   shown everybody in the world 100 percent evidence

7   that this was an attack on our country, and is

8   still under attack by China and other countries

9   through the use of these machines, used in our

10  election.

11       I want to ask you, you know, where was the

12  FBI -- you know, people out there, where's the FBI

13  or the DOJ during this whole time these last few

14  months.

15       TERRY TURCHIE:  Sure.  Well, you know, a

16  lot of former FBI agents are asking that, too, as

17  well, Mike.  They're asking where's the FBI have

18  been.  They're responsible and accountable for

19  trying to protect the country.  That's what our

20  counterintelligence money is all about.  That's

21  what our counterintelligence division is all

22  about.

23       And, yet, the question of where were they

24  and where are they, I think probably can best be

25  explained like this:  The FBI is the most likely

Mike Lindell  Absolute Proof Doumentary Proving
125

1   been compromised as the Democratic party and the

2   rest of the government.  They simply didn't do the

3   job.

4        If they had done the job, all that you just

5   showed in this program would have unfolded inside

6   of a courtroom.  And that's exactly what we should

7   be doing right now.  We should be talking about

8   the penetration of the United States government,

9   and government agencies --

10        MIKE LINDELL:  We have shown here, too,

11   this is all people.  This has been -- you know,

12   what we've shown today, this is another country

13   talking our country.  I don't care if you're a

14   Democrat or a Republican, we are one nation under

15   God.  And to see -- I mean, I -- I guess I'm very

16   happy now that it's all going to get out to the

17   country, and everything is going to get out.

18        And like I said before, during this show,

19   there's been nine Supreme Court justices out there

20   now watching this show and saying:  Wow, 100

21   percent, this was an attack and we still under

22   attack by other countries, including China,

23   leading the way, and they are -- they -- you know,

24   they fraudulently stole our election, and we have

25   to -- and -- and then to see that -- how this

Mike Lindell  Absolute Proof Doumentary Proving

126

1  could happen with the FBI and the DOJ, these

2  people that were supposed to protect our country,

3  including the Supreme Court.

4      If you were still in the FBI, I guess what

5  would you -- what would you be doing right now,

6  and you just see all this 100 percent proof here

7  that this happened, what -- if you -- and the FBI

8  now -- you know, if they're out there, shouldn't

9  they be doing something now that this is all out

10  -- out in the open.

11      TERRY TURCHIE:  We would be launching a

12  major investigation of cyber activity.

13      MIKE LINDELL:  These attacks, the people

14  that -- you know, from China and on down, that --

15  who did it, they're very good at trying to bury

16  everything, to bury these deviations that came up

17  and then everything opened up, where everybody

18  knows that this was stole, but now we know how and

19  why.  So --

20      TERRY TURCHIE:  Well, certainly.  And the

21  purpose of an intelligence operation of this

22  magnitude, whether it's this magnitude or even

23  smaller, is to -- is to conceal itself, and to be

24  so hard to figure out, that by the time you get to

25  the conclusion, it's too late.

Mike Lindell  Absolute Proof Doumentary Proving

127

1          MIKE LINDELL:  Right.

2          TERRY TURCHIE:  And that's why it's very

3   concerning that the FBI that already knows and has

4   the foundation of the China threat well in its

5   grasp, would try to ride off or just not seek to

6   understand --

7          MIKE LINDELL:  Right.

8          TERRY TURCHIE:  -- how this would have been

9   the next -- next logical step for them.

10         MIKE LINDELL:  Right.  Well, they

11  weren't --

12         (Talking simultaneously.)

13         MIKE LINDELL:  They weren't proactive, but

14  at least now -- you know, we -- we're going to be

15  reactive and -- and we got to be reactive first

16  and then we got to be proactive for the future

17  that -- when this all manifest out.

18         I said it before, that this is going to

19  manifest into the greatest revival ever.  It's

20  going to unite our country, not divide us.  It's

21  going to be great uniting, and we will once again

22  be one nation under God.

23         Thanks, Terry, for coming on.  And God

24  bless.  And -- and thanks for all you've done, and

25  what you continue to do for our country.

1       TERRY TURCHIE:  You, too, Mike.  Thanks for

2  having me.

3       MIKE LINDELL:  Thank you.

4       Now you've all seen absolute proof of the

5  biggest cyber attack in history.  We right now

6  it's a takeover of our country.  We all see it

7  happening and now you see the proof of where it

8  come from and what happened.  We all need to go

9  out now, each and every one of you, and tell your

10  friends, family, people, your social media, spread

11  this out everywhere, and to show that they all

12  need to watch this, and they all need to know the

13  truth.

14       And pretty soon everyone is going to see

15  this, including nine Supreme Court justices,

16  you're all there watching, all nine of you, and

17  you know what?  I don't know what you can do, but

18  I know you're there to protect our country and

19  everything has a precedence, everything going --

20  well, this happen then, so we're going to base it

21  on that.

22       This is the precedence.  What's going on

23  now, what's going to happen now is going to change

24  the course of our world and our country forever.

25  I've been getting calls from world leaders.  You

Mike Lindell  Absolute Proof Doumentary Proving

1    know, they're looking at us, what's going to

2    happen over here?

3         Ronald Reagin once said:  America is the

4    shining city on the hill whose beacon light guides

5    freedom-loving people everywhere.  If the lights

6    go out here, the lights go out everywhere.

7         I want to say that God has had his hand in

8    all of this.  This has been on God's timing.  And

9    when we get through all this, we will once again

10   be one nation, under God.

11        (End of the recording.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Mike Lindell  Absolute Proof Doumentary Proving

130

```
1                    C E R T I F I C A T E

2

3              I, Jackie MENTECKY, do hereby certify that

4    I was authorized to transcribe the foregoing recorded

5    proceeding, and that the transcript is a true and

6    accurate transcription of my shorthand notes to the best

7    of my ability taken while listening to the provided

8    recording.

9

10   Dated this 8th day of February, 2021.

11

12

13

14

15              _____

16              JACKIE MENTECKY

17

18

19

20

21

22

23

24

25
```