# Exhibit 323

screenshot-electionstats.state.ma.us-2021.02.10-11_41_36
https://electionstats.state.ma.us/elections/search/year_from:2000/year_to:2020/office_id:6/stage:Primaries
10.02.2021



## William Francis Galvin
### Secretary of the Commonwealth of Massachusetts

HOME　　ELECTIONS DIVISION　　DIRECTIONS　　CONTACT US

**PD43+**
Massachusetts Election Statistics

Elections | Ballot Questions | Candidates

Years: 2000 to 2020　By Date
Office: U.S. Senate
Stage: All Primary Elections

ADVANCED SEARCH ▸
DISPLAY OPTIONS ▸

**Search »**

SHARE THIS DATA!  f  t  in  ✉  ➕  0

**Competitiveness for U.S. Senate**

Democratic Primary — Republican Primary
Libertarian Primary — Green-Rainbow Primary
Working Families Primary

**Number of Runs for U.S. Senate (Party Primaries)**

Jack E. Robinson, Edward J. Markey, Elizabeth A. Warren, Edward M. Kennedy, All others

Show 50    Showing 1 to 30 of 30 items                    Quick Filter:

| Year | Office | District | Stage | Candidates | | |
|---|---|---|---|---|---|---|
| 2020 | U.S. Senate | Statewide | Democratic Primary | Edward J. Markey won (55%) against 1 opponent. Candidates » | | |
| 2020 | U.S. Senate | Statewide | Republican Primary | **Candidate** | ✖ | **Vote Count** | **%** |
| | | | | Kevin J. O'Connor ✔ | | 158,590 | 59.7% |
| | | | | Shiva Ayyadurai | | 104,782 | 39.4% |
| | | | | All Others | | 2,245 | 0.8% |
| | | | | Blanks | | 7,031 | |
| | | | | Total Votes Cast | | 272,649 | |
| | | | | | | See Details for this Election » |
| 2020 | U.S. Senate | Statewide | Libertarian Primary | Vermin Love Supreme (Write-In) ran against no opponents. Candidates » | | |
| 2020 | U.S. Senate | Statewide | Green-Rainbow Primary | No Candidates | | |
| 2018 | U.S. Senate | Statewide | Democratic Primary | Elizabeth A. Warren won against no opponents. Candidates » | | |
| 2018 | U.S. Senate | Statewide | Republican Primary | **Candidate** | ✖ | **Vote Count** | **%** |
| | | | | Geoff Diehl ✔ | | 144,043 | 55.2% |
| | | | | John Kingston | | 69,636 | 26.7% |
| | | | | Beth Joyce Lindstrom | | 46,693 | 17.9% |
| | | | | All Others | | 798 | 0.3% |
| | | | | Blanks | | 16,830 | |
| | | | | Total Votes Cast | | 278,000 | |
| | | | | | | See Details for this Election » |
| 2018 | U.S. Senate | Statewide | Libertarian Primary | No Candidates | | |
| 2014 | U.S. Senate | Statewide | Democratic Primary | Edward J. Markey won against no opponents. Candidates » | | |
| 2014 | U.S. Senate | Statewide | Republican Primary | **Candidate** | ✖ | **Vote Count** | **%** |
| | | | | Brian J. Herr ✔ | | 117,216 | 99.3% |
| | | | | All Others | | 872 | 0.7% |
| | | | | Blanks | | 41,848 | |
| | | | | Total Votes Cast | | 159,936 | |
| | | | | | | See Details for this Election » |
| 2013 | U.S. Senate | Statewide | Special Democratic Primary | Edward J. Markey won (57%) against 1 opponent. Candidates » | | |
| 2013 | U.S. Senate | Statewide | Special Republican Primary | **Candidate** | ✖ | **Vote Count** | **%** |
| | | | | Gabriel E. Gomez ✔ | | 96,057 | 50.7% |
| | | | | Michael J. Sullivan | | 67,946 | 35.9% |
| | | | | Daniel B. Winslow | | 24,662 | 13.0% |
| | | | | All Others | | 628 | 0.3% |
| | | | | Blanks | | 482 | |
| | | | | Total Votes Cast | | 189,775 | |
| | | | | | | See Details for this Election » |
| 2012 | U.S. Senate | Statewide | Democratic Primary | Elizabeth A. Warren won against no opponents. Candidates » | | |
| 2012 | U.S. Senate | Statewide | Republican Primary | **Candidate** | ✖ | **Vote Count** | **%** |
| | | | | Scott P. Brown ✔ | | 133,860 | 99.5% |
| | | | | All Others | | 733 | 0.5% |
| | | | | Blanks | | 3,937 | |
| | | | | Total Votes Cast | | 138,530 | |
| | | | | | | See Details for this Election » |
| 2012 | U.S. Senate | Statewide | Green-Rainbow Primary | No Candidates | | |
| 2009 | U.S. Senate | Statewide | Special Democratic Primary | Martha Coakley won (47%) against 3 opponents. Candidates » | | |
| 2009 | U.S. Senate | Statewide | Special Republican Primary | **Candidate** | ✖ | **Vote Count** | **%** |
| | | | | Scott P. Brown ✔ | | 146,057 | 88.8% |
| | | | | Jack E. Robinson, III | | 17,344 | 10.5% |
| | | | | All Others | | 1,139 | 0.7% |
| | | | | Blanks | | 467 | |
| | | | | Total Votes Cast | | 165,007 | |
| | | | | | | See Details for this Election » |
| 2009 | U.S. Senate | Statewide | Special Libertarian Primary | No Candidates | | |
| 2008 | U.S. Senate | Statewide | Democratic Primary | John F. Kerry won (69%) against 1 opponent. Candidates » | | |
| 2008 | U.S. Senate | Statewide | Republican Primary | **Candidate** | ✖ | **Vote Count** | **%** |
| | | | | Jeffrey K. Beatty ✔ | | 51,788 | 98.0% |
| | | | | All Others | | 1,043 | 2% |
| | | | | Blanks | | 7,373 | |
| | | | | Total Votes Cast | | 60,204 | |
| | | | | | | See Details for this Election » |
| 2008 | U.S. Senate | Statewide | Green-Rainbow Primary | No Candidates | | |
| 2008 | U.S. Senate | Statewide | Working Families Primary | No Candidates | | |
| 2006 | U.S. Senate | Statewide | Democratic Primary | Edward M. Kennedy won against no opponents. Candidates » | | |
| 2006 | U.S. Senate | Statewide | Republican Primary | **Candidate** | ✖ | **Vote Count** | **%** |
| | | | | Kenneth G. Chase ✔ | | 35,595 | 50.6% |

| | | | | | Vote Count | % |
|---|---|---|---|---|---|---|
| | | | | Kevin P. Scott | 34,262 | 48.7% |
| | | | | All Others | 550 | 0.8% |
| | | | | Blanks | 15,363 | |
| | | | | Total Votes Cast | 85,770 | |

See Details for this Election »

| 2002 | U.S. Senate | Statewide | Democratic Primary | John F. Kerry won against no opponents. Candidates » |

| 2002 | U.S. Senate | Statewide | Republican Primary | **Candidate** | ✕ | **Vote Count** | **%** |
|---|---|---|---|---|---|---|---|
| | | | | Jack E. Robinson, III (Write-In) | | 1,441 | 11.1% |
| | | | | All Others | | 11,504 | 88.9% |
| | | | | Blanks | | 241,453 | |
| | | | | Total Votes Cast | | 254,398 | |

See Details for this Election »

| 2002 | U.S. Senate | Statewide | Libertarian Primary | Michael E. Cloud won against no opponents. Candidates » |
| 2002 | U.S. Senate | Statewide | Green-Rainbow Primary | *No Candidates* |
| 2000 | U.S. Senate | Statewide | Democratic Primary | Edward M. Kennedy won against no opponents. Candidates » |

| 2000 | U.S. Senate | Statewide | Republican Primary | **Candidate** | ✕ | **Vote Count** | **%** |
|---|---|---|---|---|---|---|---|
| | | | | Jack E. Robinson, III ✓ | | 42,263 | 96.6% |
| | | | | All Others | | 1,489 | 3.4% |
| | | | | Blanks | | 22,060 | |
| | | | | Total Votes Cast | | 65,812 | |

See Details for this Election »

| 2000 | U.S. Senate | Statewide | Libertarian Primary | Carla A. Howell won against no opponents. Candidates » |

**Showing 1 to 30 of 30 items**

William Francis Galvin, Secretary of the Commonwealth of Massachusetts

Terms and Conditions