# Exhibit 324








**NEW YORK POST**

SECTIONS | SEARCH | TIPS | SIGN UP

RECOMMENDED

- Body of former Omaha mayor's daughter found weeks after disappearance
- Rep. Cori Bush faces backlash after supporting inmates in St. Louis jail riot
- Jaw-dropping video shows avalanche tumbling towards Utah snowmobilers
- Michigan baby shower attendee dies after being struck by exploding cannon
- Las Vegas woman sent to prison for fatally running over nail salon manager

**BREAKING NEWS** Texas Republican Rep. Ron Wright dead of coronavirus at 67




NEWS

# GOP Michigan recount witness took plea deal on harassment charge: report

By Mary Kay Linge

December 5, 2020 | 6:49pm | Updated



Mellissa Carone

**MORE ON: 2020 PRESIDENTIAL ELECTION**

- Biden gets emotional about son Hunter's memoir
- My Pillow guy wants you to sit through his 3-HOUR election fraud film
- Malliotakis among 11 GOPers voting to strip Marjorie Taylor Greene of committee assignments
- Andrew Yang: 'I've been trying to escape New York for a while'

The "star witness" in the GOP's Michigan recount battle, who went viral this week for her belligerent performance at a state legislature hearing, is fresh off a one-year probation sentence for harassing her boyfriend's ex-wife, according to reports.

Michigan mother Mellissa Carone, 33, was charged with obscenity and computer crimes for emailing graphic sex videos to the 42-year-old woman in 2018, according to published reports.

Carone, under the name of Mellissa Anne Wright, pleaded the charges down to disorderly conduct, a misdemeanor, in 2019, after police traced the emails' IP address to her, the Wayne County prosecutor's office told Deadline Detroit Friday.

She initially denied sending the clips of herself

**TRENDING NOW ON NYPOST.COM**


246,197 — Woman who went viral for using Gorilla Glue in hair goes to hospital


235,110 — What happened to The Weeknd's face at Super Bowl 2021 halftime show?


187,721 — Patrick Mahomes' mom calls out refs in Twitter message for Gisele Bündchen


JustFashionNow

Document title: Michigan recount witness took plea deal on harassment charge: report
Capture URL: https://nypost.com/2020/12/05/trump-witness-took-plea-deal-on-harassment-charge-report/
Capture timestamp (UTC): Mon, 08 Feb 2021 17:13:45 GMT

**Malliotakis among 11 GOP lawmakers stripping Marjorie Taylor Greene of committee assignments**

**Andrew Yang: 'I've been trying to escape New York for a while'**

Carone, under the name of Mellissa Anne Wright, pleaded the charges down to disorderly conduct, a misdemeanor, in 2019, after police traced the emails' IP address to her, the Wayne County prosecutor's office told Deadline Detroit Friday.

She initially denied sending the clips of herself having sex with her boyfriend, the woman's ex, but police reportedly traced the emails' IP addresses to Carone — who eventually confessed, saying that she wanted to send her rival "over the top."

Her one-year probation ended shortly before she landed a temporary gig with Dominion Voting Systems to help resolve Election Day computer issues in Wayne County, Mich.

There, she told a panel of Michigan state lawmakers Tuesday, she witnessed a litany of voting irregularities, including the double-counting of thousands of votes and smuggled-in fake ballots — testimony she could not back up, aside from an affidavit she signed.

Carone grew so heated in her appearance that she had to be shushed by Trump attorney Rudy Giuliani, a moment that drew millions of social-media views.

"I don't know any woman in the world that would write an affidavit under oath just to write it," she said. "You can go to prison for this."

SHARE THIS ARTICLE:
- Facebook
- Twitter
- Flipboard
- Email
- Copy

FILED UNDER  **2020 PRESIDENTIAL ELECTION**, **DONALD TRUMP**, **MICHIGAN**, **RUDY GIULIANI**, **12/5/20**

READ NEXT  Joe Biden should be barred from receiving communion over a...

### SPONSORED STORIES


**Hidden Costco Deals Easily Worth the Membership**
Investing.com


**Read This Before You Renew Amazon Prime Again**
Capital One Shopping


**The Most Successful Lawyers In Northbrook. See The List**
Attorneys | Sponsored Listings


**Many Americans Have Switched From Traditional Cloth Masks to These**
Health Gazette™


**[Photos] Sandra Bullock's Son Finally Confirms the Rumors**
Life Indigo


**The best Super Bowl 2021 commercials: The top ads from this year's game**


**Iowa Gov. Kim Reynolds rolls back state's COVID-19 restrictions**




FREE SHIPPING

### WHAT TO SHOP NOW


HP takes 45 percent off laptops, PCs, and more for Presidents Day Sale

22 thoughtful last-minute Valentine's Day gift ideas for him and her

11 best joggers for women who want to get comfy in style for 2021






**The best Super Bowl 2021 commercials: The top ads from this year's game**

**Iowa Gov. Kim Reynolds rolls back state's COVID-19 restrictions**


Read news from all sides
VISIT WEBSITE


RECOMMENDED 2/5
These Clingy Dog Breeds Will Stay by Your Side
FamilyMinded - Sponsored
Read More

BUILT FOR AMERICA
2020 EXPLORER
FORD AMERICA'S BEST-SELLING BRAND.


**Say Goodbye to These Shows: They've Been Canceled**
Investing.com


**[Pics] Take A Look At Anthony Fauci's Current Wife**
https://networthmagazine.com/


**The Israeli-made Face Mask Everyone Is Talking About In the US**
The Jerusalem Post




NOW ON Page Six
**Kylie Jenner does Caitlyn Jenner's makeup for the first time**
SEE ALL


**'God willing' there will be a packed Super Bowl next year, Biden says**


**Jesse Jackson is recovering at rehab center after gallbladder surgery**


VIDEO
:44
**Joyful moment police reunite stolen rooster with family**


**[Pics] Where Vice-president Kamala Harris Lives Says It All**
Hollywood Tale

**Food Items You Should Never Buy At Costco, Here's Why**
BETTERBE


**Surgeon: Tinnitus? When The Ringing Won't Stop, Do This (Watch)**
newhealthylife.club


BUILT FOR AMERICA
2020 EXPLORER
FORD AMERICA'S BEST-SELLING BRAND.


**Woman who went viral for using Gorilla Glue in hair gets treatment at hospital**


**Tampa streets packed with maskless revelers ahead of Super Bowl 2021**


Woman who went viral for using Gorilla Glue in hair gets treatment at hospital


Tampa streets packed with maskless revelers ahead of Super Bowl 2021


America's Worst Cities Ranked In Order, Illinois City #2
Definition


Photos Of Donald Trump You Never Seen Before
Definition


[Pics] The Most Requested Funeral Song Of All Time
AmoMedia




Family of missing California woman hold rallies to continue search


How 6 fashion trends came to be both banished — and beloved

## AROUND THE WEB


How Tom Brady's Trash-Talking Stunned Tyrann Mathieu
NYPost.com


Tom Brady's Real Net Worth Is Still Hard To Believe
Parade.com


Gisele & Camille Recreate Hilarious Brady & Gronk Video
NYPost.com


Tom Brady's Late Night Texts Have Everyone Talking
Aol.com


The Brady & Mathieu Debacle Just Keeps Getting Weirder
Aol.com


Gisele Bündchen, Bridget Moynahan Celebrate Tom Brady's Win
PageSix.com


The CDC Has A Vital New Warning About Moderna's COVID Vaccine
Marketwatch.com


Things Just Keep Getting Worse For Mike Lindell
Marketwatch.com


The Truth About Patrick Mahomes Nobody Wants To Mention
NickiSwift.com

Powered by ZergNet

## RECOMMENDED FOR YOU










**The CDC Has A Vital New Warning About Moderna's COVID Vaccine**
Marketwatch.com


**Things Just Keep Getting Worse For Mike Lindell**
Marketwatch.com

**The Truth About Patrick Mahomes Nobody Wants To Mention**
NickiSwift.com

Powered by ZergNet

## RECOMMENDED FOR YOU


**Texas cop, wife charged for recording themselves having sex with...**
New York Post


**Miranda Lambert involved in hit-and-run accident on Georgia...**
Page Six


**Kelly Ripa 'never thought' son Joaquin would be able to go to...**
Page Six


**Best star snaps of the week: Celebs bare it all**
New York Post


**Long Island, New York, Home With 200-Foot Pier Listed for $12.9...**
Mansion Global


**Jimmy Buffett Sells Palm Beach, Florida, Home for $6.9 Million**
Mansion Global

## MORE STORIES

**PAGE SIX**

Gisele Bündchen, Bridget Moynahan celebrate Tom Brady's Super Bowl win

**DECIDER**

'Rumble: The Indians Who Rocked The World' Uncovers The Indigenous Roots Of...

**NYPOST**

Woman who went viral for using Gorilla Glue in hair goes to hospital




Winter Sale Blaroken SHOP NOW

### NEW YORK POST

**SECTIONS & FEATURES**
- NEWS
- METRO
- SPORTS
- BUSINESS
- OPINION
- ENTERTAINMENT
- FASHION
- NY POST SHOPPING
- LIVING
- MEDIA
- TECH
- REAL ESTATE
- VIDEO
- PHOTOS
- ALEXA
- COVERS
- HOROSCOPES
- SPORTS ODDS
- PODCASTS
- COLUMNISTS
- CLASSIFIEDS

**NEWSLETTERS & FEEDS**
- EMAIL NEWSLETTERS
- RSS FEEDS
- NEW YORK POST STORE

**HOME DELIVERY**
- SUBSCRIBE
- MANAGE SUBSCRIPTION
- DELIVERY HELP

**HELP/SUPPORT**
- CUSTOMER SERVICE
- APP FAQ & HELP

**CONTACT US**
- TIPS
- NEWSROOM
- LETTERS TO THE EDITOR
- REPRINTS
- CAREERS

**APPS**
- IPHONE APP
- IPAD APP
- ANDROID PHONE
- ANDROID TABLET

**ADVERTISE**
- MEDIA KIT
- CONTACT

© 2021 NYP HOLDINGS, INC. ALL RIGHTS RESERVED | TERMS OF USE | PRIVACY NOTICE | YOUR AD CHOICES | SITEMAP | YOUR CALIFORNIA PRIVACY RIGHTS

Powered by WordPress.com VIP