# Exhibit 326

screenshot-twitter.com-2021.02.09-10_29_57
https://twitter.com/emmbeliever/status/1357848819468095489
09.02.2021



**Emma Right**
@emmbeliever

Yes! Let's support the mypillow man the leftist want to silence since he has all the facts about the 2020 fraud. Watch Lindels documentary on wvwtv called Absolute Proof and share with everyone you know that Commy China changed our election results! Angry yet? You should be.



**Dinesh D'Souza** @DineshDSouza · Feb 5
My stepdaughter J's dog Kodak loves his My Pillow dog bed. He's in dog-heaven! Let's all support Mike Lindell who is offering 50% off on all dog beds, plus big discounts on over 100 products, if you order from mypillow.com and use promo code DINESH

7:29 PM · Feb 5, 2021 · Twitter for iPhone

1 Quote Tweet