# Exhibit 327

screenshot-twitter.com-2021.02.09-10_31_24
https://twitter.com/TheTexasSky/status/1350579439504142336
09.02.2021



**Sky**
@TheTexasSky

I just bought a mypillow! I'm cheap and I usually buy $5 walmart pillows but Mike Lindell @realMikeLindell is a patriot and a man of God and he deserves our support. @RSBNetwork's code gets you 60% off!

MyPillow Premium
🔗 mypillow.com

6:03 PM · Jan 16, 2021 · Twitter for Android

**6** Likes