# Exhibit 328




