# Exhibit 329

html is screenshot applied

screenshot-twitter.com-2021.02.09-10_32_28
https://twitter.com/Lying_MSM/status/1350669185399967744
09.02.2021



**Patriots Resolve**
@Lying_MSM

We must try to support our fellow Patriots before supporting those who wish to enslave us like big tech and amazon.  Buy something from mypillow guy!

🔵 LATAM FOR TRUMP 🇺🇸 @LATAMforTRUMP · Jan 16
I support Mike Lindell ! @realMikeLindell was in every rally and in every event alongside the American people, he is a huge Patriot who is being hunted by the Democrats. we must support it! @DavidJHarrisJr @AmyKremer @DonaldJTrumpJr @EricTrump @atensnut @pastormarkburns

Show this thread



0:02  5.5K views

12:00 AM · Jan 17, 2021 · Twitter for Android

3 Retweets    3 Likes