# Exhibit 330

screenshot-twitter.com-2021.02.09-10_51_35
https://twitter.com/Somethi75740529/status/1352298967183339532
09.02.2021



**Hoosier Mama** 🇺🇸
@Somethi75740529                                              •••

.@realMikeLindell #MyPillowGuy is on
#SteveBannon #WarRoomPandemic right now.

I think I'll buy another #MyPillow and a set of
sheets today.

In the face of #CancelCulture, it is VITAL that we
support fellow #Conservatives!

11:56 AM · Jan 21, 2021 · Twitter for Android

**5** Likes

💬           ⟲           ♡           ↑

**Mark Schirmer** @MarkSchirmer4 · Jan 21          •••
Replying to @Somethi75740529 and @realMikeLindell
I'm way to your left and I think if the my pillow guy makes a great
product, buy it. Us lefties can still speak out against his views and
the ex Pres.

💬 1         ⟲         ♡ 1        ↑

**Hoosier Mama** 🇺🇸 @Somethi75740529 · Jan 21          •••
Of course you can.

I'm referring to @Kohls and @BedBathBeyond announcing they will
no longer sell his products.

💬           ⟲           ♡           ↑