# Exhibit 336

Technis Zendasot applied

screenshot-twitter.com-2021.02.09-10_34_08
https://twitter.com/2whltrvlr/status/1356805947180658688
09.02.2021



**2 Wheel Traveler**
@2whltrvlr

Made an executive decision today. IF another stimulus check is sent out, no matter how much it is, it's going to buy me a MyPillow Mattress Topper! Going to use some of that money to support Mike! #IngrahamAngle

10:25 PM · Feb 2, 2021 · Twitter Web App

**1** Retweet　**5** Likes