# Exhibit 338

| ABOUT US | MAKE A DONATION | THE EPOCH TIMES | SUBSCRIBE | Welcome, alexis |

PREMIUM | US | POLITICS | CHINA | WORLD | OPINION | BUSINESS | SCIENCE | LIFE | MIND & BODY | ARTS | ENTERTAINMENT | VIDEOS | GAMES | LIVESTREAM | MORE



**RELATED**



World War II Veteran Breaks Down After Receiving Pillow With Late Wife's

**RELATED**



World War II Veteran Breaks Down After Receiving Pillow With Late Wife's Face on It

**Share Now**

**359**

Copy Link



Mike Lindell, CEO of MyPillow, speaks at a National Prayer Rally on the National Mall in Washington on Dec. 12, 2020. (Samira Bouaou/The Epoch Times)

POLITICS

# MyPillow Creator Could Run for Governor of Minnesota, Claims Trump Endorsement

BY JACK PHILLIPS | January 25, 2021 Updated: January 25, 2021 | Print

Mike Lindell, the inventor of My Pillow, said he might run for governor of Minnesota, adding that he was promised an endorsement by former President Donald Trump.

The former president had told him that he would back his bid for Minnesota's governor, Lindell told The Associated Press on Jan. 23.

"Mike, if you did it, I would get behind you," Lindell said Trump told him.

"Of course it would help," he said to the wire service, answering a question about whether it would help him if Trump endorsed his run. "Why wouldn't it help? The guy was the best president in history."

He added a caveat to Axios in saying he is currently trying to prove his claims about alleged voter fraud during the Nov. 3 election and won't make a decision until the fight is finished.

Lindell in early January said he has so far poured more than $1 million into proving his claims and is working with former Trump national security advisor Michael Flynn, according to the Star-Tribune.

"I think I would bring common sense and unity," Lindell said of a possible GOP bid for the state's highest office. "It's a business, where you run things like a business. I look at problems and solutions and what it's going to manifest into."



**133 Comments** | Hide Comments

Policies and Regulations

Upgrade to comment

**SUBSCRIBE FOR $1**

Includes unlimited access to all articles, puzzles, commenting + free gifts

Sort by Best

**J.A.** 1/25/2021 at 3:21 PM  +96

These are the people that need to start coming forward. He is a good one. I've listened to him recently. He's flat out pissed at what the Democrats pulled nationwide with their voting scheme.

**john2k**  +32
1/25/2021 at 4:38 PM

I've never bought a MyPillow before, but the next pillow I buy will be a MyPillow.

And if Lindell runs for Gov, I'll be supporting him with a campaign donation as well.

**Johnny Appleseed**  +17

The Epoch Times has reached out to the Trump team for comment.

Last week, Lindell told local news outlets that Bed Bath & Beyond and Kohl's are among the retailers that dropped his products following his claims of election fraud.

"I just got off the phone with Bed Bath & Beyond. They're dropping MyPillow. Just got off the phone not five minutes ago. Kohl's, all these different places," Lindell said. "These [companies], they're scared, Bath & Beyond, they're scared. They were good partners. In fact, I told them, 'You guys come back anytime you want.'"

"They're succumbing to the pressure from these attacks," he added in an interview with the AP. "I'm one of their best-selling products ever. They're going to lose out. It's their loss if they want to succumb to the pressure."

Bed Bath & Beyond told The Epoch Times that its move to stop selling MyPillow is "data-driven, customer-inspired and are delivering substantial growth in our key destination categories."

Separately, Lindell was spotted at the White House earlier this month leaving the West Wing carrying notes that appear to outline recommendations for the president. The words "move Kash Patel to CIA acting" were seen on the notes, referring to the former intelligence official.

## Support Honest Journalism

Thank you for reading The Epoch Times. Your subscription will not only provide accurate news and engaging features, but will also contribute to the revival of American journalism and help safeguard our freedoms and republic for future generations.

As our operating revenue comes under great pressure, your support can help us carry on the important work we do. **If you can, support The Epoch Times by trying it for just $1 — it only takes a minute. Thank you for your support!**



**World War II Veteran Breaks Down After Receiving Pillow With Late Wife's Face on It**

**Share Now**

**359**

Just $1 for 2 Months
Then $7.99/mo $15.99, Cancel anytime

Save 60% for 12 Months
Billed at $77 $192 yearly, Cancel anytime

**Help us spread the truth. Share this article with your friends.**

359 Shares

### TOP NEWS


PREMIUM
IMPEACHMENT TRIAL
**Trump Impeachment Trial to Kick Off: Democrats Claim 'Grievous Constitutional Crime,' Defense Says 'Political Theater'**
73


PREMIUM
US NEWS
**Jeff Bezos Would Owe $2 Billion a Year If Washington Passes Proposed Wealth Tax**
4

CROSSROADS
**Video: Live Q&A: Evidence Brings Doubt to Impeachment Narrative; DOJ Had Double Standard On Trump**
9






**AUSTRALIA**
**China Would Like to Split New Zealand From Allies: Expert**
28


**CRIME AND INCIDENTS**
**Hacker Tried to Poison Water Supply in a Florida City: Sheriff**
40


**CRIME AND INCIDENTS**
**Capitol Breach Suspect Who Violated Terms of Pre-Trial Release Won't Be Jailed: Judge**
139

---

**From Around the Web**


**Troubled, sad past of Andy Reid's sons reemerges after car crash**
nypost.com


**Trump Mulling Whether to Launch Own Social Media Platform**
ntd.com


**Biden weighs in on Brady vs. Mahomes**
cbsnews.com


**Devin Nunes: First Person To Be Indicted Over Russiagate "Just Skated"**
realclearpolitics.com


**Think Donald Trump is 'retiring'? Think again**
marketwatch.com


**Man seen on video being beaten, stripped in NYC was targeted gangbanger**
nypost.com


**Bill Gates is now America's biggest... farmer?**
sakalventures.com

**Inside Tom Brady's houses and lavish real estate portfolio**
nypost.com

**DOJ asks Trump-era US attorneys to resign**
nypost.com

---

# THE EPOCH TIMES
Copyright © 2000 - 2021