# Exhibit 339

screenshot-www.newsmax.com-2021.02.10-10_21_06
https://www.newsmax.com/newsmax-tv/mike-lindell-minnesota-governor-democrats/2020/10/01/id/989875/
10.02.2021





**Important:** See Newsmax TV now carried in 70 million cable homes, on **DirecTV** Ch. 349, **Dish Network** Ch. 216, **Xfinity** Ch. 1115, **Spectrum, U-verse** Ch. 1220, **FiOS** Ch. 615, **Optimum** Ch. 102, **Cox cable, Suddenlink** Ch. 102, **Mediacom** Ch. 277, or Find More Cable Systems – Click Here.

**Related Stories:**

- **MyPillow's Lindell Threatens Lawsuit Against CNN, Anderson Cooper**
- **Mike Lindell to Newsmax TV: 90 Percent Sure Will Run for Minnesota Governor**

© 2021 Newsmax. All rights reserved.

**Special Links:**

- **Metformin Will Kill Your Legs - Do This to Stop it**
- **Ditch The Viagra & Use This Daily Instead!**
- **Bill Gates is Betting the House on This New Tech...**
- **Add This to Your Toothpaste to Regrow Gums Overnight**
- **Do This 6-Second Trick Tonight, 'Restore' Perfect Eyesight**
- **How Much Money Do You Get from A Reverse Mortgage?**

Click Here to comment on this article

**RECOMMENDED**

  

**Anyone with Enlarged Prostate Should Watch This (They Hide This from You)** | **Virginia Launches New Policy for Cars Used Less Than 50 Miles Per Day** | **Federal Program Will Pay Off Your Home If You Live In Virginia**

  

**Liberals Are Furious That We're Giving Away This Jesus Hat! Claimed Yours Yet?** | **1 Simple Change That Cuts People's Electric Bill By Up To 90% (Try Tonight)** | **This Game is So Beautiful It's Worth Installing Just to See**

  

**30 Terrible Photos That Sum Up Modern Dating** | **New Vision Discovery Can Restore Your Vision Naturally (Watch)** | **Urologist: Do This Immediately if You Have Enlarged Prostate (Watch)**

**TAKE A LOOK**

- **Men, Forget the Blue Pill: Take This Once (Daily)**
- **New Wifi Booster Stops Expensive Internet**
- **The Most Sought After Attorneys in Alexandria. See the List**
- **The New Presidency Will Change Everything. Here's How to Financially Prepare.**
- **Doctors Are Furious Over This Natural Mole&Skin Tag Remover**
- **12x Better Than Solar Panels? Prepper's Invention Takes United States by Storm!**
- **Tinnitus? when the Ringing Won't Stop, Do This (It's Genius)**
- **Man Who Predicted 2020 Crash 45 Days Early Issues Next Major Warning**

 **Man Who Predicted 2020 Crash 45 Days Early Issues Next Major Warning**

 **New Vision Discovery Can Restore Your Vision Naturally (Watch)**

 **What You See in This Picture Can Tell You a Lot About Your Personality**

 **Urologist Reveals: Do This Immediately if You Have Enlarged Prostate (Watch)**

 **Internet Providers Don't Want You Buying One, But They're Not Illegal**

 **Where Kamala Harris Lives Says It All**

 **Md: if You Have Tinnitus (Ear Ringing), Do This Immediately**

 **Doctors Stunned: Mole & Skin Tag Removal Has Never Been Easier (No Surgery)**

**You May Also Like**

**James Patterson to Newsmax TV: New Book Puts You in Combat**
Tuesday, 09 Feb 2021 22:25 PM
James Patterson's latest book aims to put the reader into the very combat boots of a soldier on the field of battle to k . . .

**Rep. Waltz to Newsmax TV: If Trump 'Incited Violence' Try Him in Criminal Court**
Tuesday, 09 Feb 2021 21:00 PM
Rep. Michael Waltz of Florida decried the impeachment trial of former President Donald Trump on Newsmax TV on Tuesday, s . . .

More

FIGS Hot Pink U Beanie
Official FIGS Scrubs. Get Free Shipping On Orders $50+!

FIGS® FIGS

