# Exhibit 344


Sections · Los Angeles Times · Subscribe Now · LOG IN

ADVERTISEMENT

We've Got You Covered

POLITICS

# Trump's lead in Georgia shrinks to below 1,000 votes



A demonstrator displays a sign in front of the CNN Center in Atlanta on Nov. 5, 2020. (John Bazemore / Associated Press)

By JENNY JARVIE | ATLANTA BUREAU CHIEF
PUBLISHED NOV. 4, 2020 | UPDATED NOV. 5, 2020 11:50 PM PT

**ATLANTA —** The margin between President Trump and Joe Biden in the Southern battleground state of Georgia continued to narrow as election workers in mostly Democratic-leaning counties continued to tally absentee ballots.

Early Friday morning Eastern time, with more than 4.9 million votes counted, Trump led Biden by 665 votes.

Only 14,097 absentee ballots had remained uncounted as of 10:35 p.m. Eastern, according to Brad Raffensperger, the secretary of state. His office's website stopped giving updated numbers soon after, but the Clayton County website continued updating its count.

The remaining outstanding ballots come from a mix of blue and red counties, with some of the biggest hauls coming from predominantly Democratic-leaning suburbs.

### CORONAVIRUS AND PANDEMIC

As alcohol abuse rises amid pandemic, hospitals see a wave of deadly liver disease

Her COVID-19 treatment cost more than $1 million. Who's going to pay for it?

South Africa's coronavirus strain upends country's vaccination plans

Some California churches reopen after Supreme Court lifts ban on indoor services

Tracking ICU capacity in California

**Cases statewide »**

**3,395,017** confirmed     **44,153** deaths

As of February 7, 10:35 p.m. Pacific

ADVERTISEMENT


Refinance Calculator
Today's Rate 1.90% APR
Loan amount $400,000

---

Document title: Election 2020: Trump's margin narrows in Georgia - Los Angeles Times
Capture URL: https://www.latimes.com/politics/story/2020-11-04/election-trump-margin-narrows-georgia
Capture timestamp (UTC): Mon, 08 Feb 2021 14:09:46 GMT




"I am prayerful that we can get to a resolution by the end of the day," Gabriel Sterling, the voting system implementation manager for the secretary of state's office, said Thursday morning at the state Capitol. "But as has been pointed out by everybody, this is going to be an extremely close margin — especially in a presidential election.... It may take a minute."

Later in the day, Sterling said he was still prayerful. "But if it has to go to tomorrow to make sure that we get it accurately done, then so be it."



**POLITICS**
**Biden claims mandate as he stops short of declaring victory in presidential race**
Nov. 6, 2020

The state's presidential race, he said, was "more than likely" going to go to a recount, adding that most recounts do not make a difference.

According to Georgia law, a recount can be requested if the margin between the two candidates is 0.5% or less of the total vote.

The recount must be requested in writing by the losing candidate within two business days of county certification. The secretary of state would then direct all counties to perform a recount. There are no set deadlines for completion, but Sterling said it could take up to a week.

On Thursday afternoon, a small huddle of Trump supporters gathered outside State Farm Arena in downtown Atlanta to protest the counting of absentee ballots.

"Four more years!" they shouted.

Georgia's election officials, who are led by Raffensperger, a Republican, insist they are safeguarding the integrity of the process and discounted claims of ballot rigging. After certification, Sterling said, the state would conduct an audit.

"The effort is to make sure that everybody's legal vote is counted properly and that the actual results are reflective of the voters' intent," Sterling said Thursday afternoon, noting that it was the first time in 20 years the state had used paper ballots. "These close elections require us to be diligent and make sure we do everything right.

"I think if anyone's going to try to rig a system, they'd see something less close than this," he added.

As Trump's lead narrowed, Georgia Republicans have raised a steady barrage of



**LATEST POLITICS**

**POLITICS**
Senate readies Trump impeachment trial for a divided nation
2 hours ago

**POLITICS**
Biden's auto dilemma: How hard to push for electric cars?
Feb. 8, 2021

**CALIFORNIA**
Column: Trump is gone. But America's enduring problem with political polarization remains
Feb. 8, 2021

**POLITICS**
Trump backer decries 'show trial' as Democrats call on Senate to hold him accountable
Feb. 7, 2021

**OBITUARIES**
George Shultz, secretary of State who shaped foreign policy in the Cold War, dies at 100
Feb. 7, 2021

ADVERTISEMENT





"I think if anyone's going to try to rig a system, they'd see something less close than this," he added.



As Trump's lead narrowed, Georgia Republicans have raised a steady barrage of complaints about the ballot tabulation process in several counties.

Check this page for live election results

David Shafer, chairman of the Georgia GOP, said Wednesday on Twitter that Republicans and other public observers were having problems in "being allowed to view tabulation and canvass."

"In Fulton County, they are operating a forklift between the place the ballot scanners are located and the area our observers have been instructed to stand," he wrote.

By Wednesday evening, the Georgia Republican Party and Donald J. Trump for President had filed a petition in the Superior Court of Chatham County for a judge to require that county's elections board to "collect, secure, and safely store all absentee ballots" it received after 7 p.m. Tuesday. "The possible counting of absentee ballots arriving after 7:00 p.m. on Election Day frustrates that organizational mission and dilutes lawful vote," the petition said.



POLITICS

Legal experts cast doubt on Trump's bid to involve Supreme Court in election results

Nov. 4, 2020

On Thursday, a Superior Court judge dismissed the lawsuit.

"There is no evidence that the ballots referenced in the petition were received after 7 p.m. on Election Day, thereby making those ballots invalid," Judge James F. Bass Jr. wrote.

Georgia has not supported a Democratic president since Bill Clinton in 1992. But in the last decade, it has gradually shifted more blue as the state's population has surged to 10.6 million from 9.6 million.

In the 2012 presidential election, Republican nominee Mitt Romney won Georgia by 8 percentage points. In 2016, Trump won by 5 percentage points. Two years later, then-Secretary of State Brian Kemp, the Republican candidate, won the governorship over Democrat Stacey Abrams by just 1.4 percentage points in an election in which Democrats alleged voter suppression.

The secretary of state's office has said security measures were in place to secure the vote. In Fulton, the state's most populous county, a state monitor is in the room for all counts; a precertification audit will provide additional confidence that the votes were accurately tallied.

"We have long anticipated — and said publicly — that counting would most likely take place into Wednesday night and perhaps Thursday morning," Raffensperger said.





were accurately tallied.

"We have long anticipated — and said publicly — that counting would most likely take place into Wednesday night and perhaps Thursday morning," Raffensperger said. "We're on pace to accomplish that responsibly, ensuring that the voice of every eligible voter is heard. It's important to act quickly, but it's more important to get it right."



**POLITICS**

**In a rapidly changing Georgia, turnout is breaking records, but who is showing up to vote?**

Nov. 2, 2020

POLITICS    WORLD & NATION

### Get our Essential Politics newsletter

The latest news, analysis and insights from our politics teams from Sacramento to D.C.

Enter email address    **SIGN ME UP**

You may occasionally receive promotional content from the Los Angeles Times.



**Jenny Jarvie**

Twitter    Instagram    Email    Facebook

Jenny Jarvie is a national reporter for the Los Angeles Times based in Atlanta.



'It's a showdown': California district attorneys battle over criminal justice reforms

READ MORE

**MORE FROM THE LOS ANGELES TIMES**

**CALIFORNIA**
Column: Instagram, cultural cluelessness and my Trump piñata
1 hour ago

**CALIFORNIA**
'It's a showdown': California district attorneys battle over criminal justice reforms
1 hour ago

Sections  |  Los Angeles Times  |  Subscribe Now $1 for 10 Weeks  |  LOG IN



**Column: Instagram, cultural cluelessness and my Trump piñata**

1 hour ago



**'It's a showdown': California district attorneys battle over criminal justice reforms**

1 hour ago

POLITICS

**News Analysis: In California, Trump's political poison spreads from top of the ticket to City Hall**

1 hour ago

POLITICS

**For two California Republicans, diverging approaches to Trump lead to the same place: backlash**

2 hours ago

### Around the Web

Ads by Revcontent



**Illinois: Say Bye To Expensive Solar Panels If You Live Near Northbrook**
ENERGYBILLCRUNCHER



**This is Where the Majority of Singles over 50 Are Finding Love in Northbrook**
SILVERSINGLES

**Surgeon: Tinnitus? when the Ringing Won't Stop, Do This (Watch)**
HEALTH EASY



**Illinois Drivers with No DUI's Are Getting a Big Pay Day in February**
SMART LIFESTYLE TRENDS



**These Twins Were Named "Most Beautiful in the World," Wait Till You See Them Now**
POST FUN



**Anyone with Ringing in the Ears Should Watch This (They Hide This from You)**
HEALTH BENEFITS

ADVERTISEMENT



# Los Angeles Times

A California Times Publication

**Subscribe for unlimited access**

**Follow Us**

| eNewspaper | Crossword | About/Contact |
| Coupons | Sudoku | For the Record |
| Find/Post Jobs | Obituaries | L.A. Times Careers |
| Place an Ad | Podcasts | Manage Subscription |
| Media Kit: Why the L. A. Times? | Recipes | Reprints and Permissions |
| Bestcovery | Wine Club | Site Map |

    

  
  



