# Exhibit 346

1

2

3                            File 14

4

5    Roy Field's Interviews the "MyPillow Guy" Mike Lindell

6                        (Jan. 5, 2021)

7                        Available at:

8

9                            Part 1

10        Https://www.youtube.com/watch?v=VVYD49IoTU0

11

12

13                            Part 2

14      https://www.youtube.com/watch?v=ZBLf69TCcR8&t=1557s

15

16

17

18

19

20

21

22

23

24

25

1          MIKE LINDELL:  I think my addiction goes

2     back to childhood.  I was a cocaine addict since

3     the mid-1980s, that switched to crack cocaine in

4     the early 2000s.

5          My self-worth just kept getting worse and

6     worse.  I dove into the My Pillow, God gave it to

7     me in a dream.  You know, I wanted to be able to

8     walk down the streets and anything that anybody

9     wanted in a pillow, My Pillow would have.

10          We're going to make the biggest infomercial

11     in history and it's going to change the world.  An

12     infomercial launched October 7th, 2011, and I went

13     from 10 employees to 500 employees in 40 days.

14          In the spring of 2008, it was an

15     intervention.  I've been up for 14 days doing

16     crack cocaine.  Give me that phone, he says, I'm

17     going to take a picture of you.  He says, you're

18     going to need it for that book you've been

19     bragging about.  And he says, we're not going to

20     let you die on us.

21          On January 16th, 2009, God freed me from

22     these and other addictions.  I'm going to do this

23     platform thing, and I'm going to wake up in the

24     morning and never have the desire for anything

25     again.

1        I've never had a dream about it.  I've

2   never looked back.

3        DONALD TRUMP:  Did you ever see this guy

4   with the pillows on Fox?  Right?  Mike Lindell.

5        MIKE LINDELL:  There's nobody on this

6   planet I would rather have as my president, Donald

7   Trump.

8        To me the most amazing president this

9   country has ever seen in history.

10        I see promises made and promises kept.

11        I knew my calling that God had chosen me

12   for this to help people.

13        SPEAKER:  Are you ready?

14        MIKE LINDELL:  Are you kidding?  I've been

15   waiting for this my whole life.

16        ROY FIELD:  Hello.  I'm your host Roy

17   Fields.  And I'm glad to have you guys all back to

18   watch what we're doing here.

19        You know, our country needs God, and a move

20   of God like never before.  And I am so privileged

21   and honored to have a great guest with us today.

22        Let me give you a little intro of him:

23   Michael Lindell is an American businessman.  He is

24   the founder and CEO of My Pillow, Incorporated;

25   and sometimes is referred to as the My Pillow Guy.

 1   I don't believe that.  I think he's always

 2   referred to as the My Pillow Guy.

 3         But we're going to find out a lot about

 4   Mike today.  And Mike, I just want to welcome you

 5   to the program.  Thanks for joining us today.

 6         How are you?

 7         MIKE LINDELL:  I'm doing great.  I'm very

 8   -- very confident.  It's a great day.  And we're

 9   -- we're all blessed, and I'll tell you about that

10   in a minute.

11         ROY FIELD:  This is a big day because

12   they're voting in Georgia right at this very

13   moment.  Today is January 5th, 2021.  And you've

14   had a little bit to do with that, too.  You've

15   been helping what's going on in our country and

16   for the world.

17         Do you want to touch on that just a little

18   bit?

19         MIKE LINDELL:  Yeah.  Well, since -- ever

20   since the miracle of -- of the election night,

21   which was at 11:15 on election night, I can tell

22   you about that a little bit, but from -- from -- I

23   stayed up all night on November 3rd, and on

24   November 4th, I started looking at deviations in

25   this election.

1       And I'm going:  Are you kidding, this is

2   impossible.  This is impossible.  This is

3   impossible.  Well, then --

4       ROY FIELD:  Yeah.

5       MIKE LINDELL:  -- by -- by the grace of God

6   I got connected to Sidney Powell, General Flynn,

7   Lin Wood, all these people, the people that have

8   the -- that -- the technology guys for the

9   Dominion machines that -- that can break -- you

10  know, get into them.

11      The mach- -- or the guy in Georgia that

12  have the machine now that tests the paper -- that

13  test the paper -- it was like I was -- God just

14  brought me all these people, so I poured my

15  resources and my time and everything into checking

16  out every piece of fraud known to man; so what I

17  -- what I tell you today is I personally -- it

18  doesn't matter to me what happens with those

19  Senate seats down in Georgia, because -- you know

20  what, I'm 100 percent this whole election is going

21  to be -- all the fraud is going to be out, and 100

22  percent Donald Trump is our president for the next

23  four years.

24      I believe all these other seats that were

25  taken, like John James in Detroit, all of these --

```
 1   God's just revealing everything.  Right now we're
 2   in -- we're in such a blessed time.  If you want
 3   me, I'll go into what happened on election night
 4   -- I don't --
 5        ROY FIELD:  Well, let -- let me do this
 6   first, let's talk about one of the greatest frauds
 7   that ever happened to humanity, and that was when
 8   man had fallen into sin and screwed up everything
 9   --
10        MIKE LINDELL:  Right.
11        ROY FIELD:  -- and in your life, from what
12   I've read and understood and heard on some --
13   numerous interviews, tell me the significance of
14   the date February 18th, 2017.
15        MIKE LINDELL:  Well, that's when I did a
16   full surrender to Jesus Christ, I got that --
17        ROY FIELD:  Wow.
18        MIKE LINDELL:  -- personal relationship.
19   And -- you know, leading up to that, you know, I
20   had -- if I take you back in time, you know, I was
21   I was a -- I was an addict in every way.  I -- and
22   I had seeds planted way back when -- you know,
23   into church when I was a kid and stuff, but also
24   my parents divorced when I was seven years old,
25   back when divorces weren't common.
```

1        I was -- so I was moved into a new school,

2    and I was the only kid from a broken family, the

3    only one in the whole school.  And I sat there and

4    I just got all these devil's lies put into me that

5    I wasn't good enough, that I didn't fit in.  I

6    didn't -- I would either show off to people or --

7    hey, watch me jump out this bus window.  You know,

8    to -- to fit in or -- or I would not talk.

9        And a real quick story:  On my five-year

10   reunion, class reunion -- now by that time I

11   dropped out of college after one quarter and I --

12   I had all these things that had happened to me,

13   but on the night of the reunion, you know, I had

14   -- I had already fallen into addiction and -- at

15   least alcohol heavily and -- and gambling

16   Sportsbook gambling -- well, anyway, these cut- --

17   this five-year reunion, all my friends and -- and

18   classmates had started their new families, they

19   had finished college, they had advanced their

20   careers, I was so -- so -- felt so bad inside, I

21   wasn't where I wanted to be, where I was in life,

22   and I took over the reunion.  And I started

23   telling them about, hey, I -- I went skydiving on

24   it -- driving down on a motorcycle and crashed it,

25   and then I got back up and went down and my

```
 1   parachute didn't open.  I -- you know, tell them
 2   about the mafia coming to my house to -- try to
 3   kill me or break my arms when I owed $20,000 for
 4   Sportsbook back in 1979, you know --
 5        ROY FIELD:  Wow.
 6        MIKE LINDELL:  -- and -- but -- but all
 7   these things -- and they were going -- wow, wow --
 8   you know, 17 traffic tickets, out running the cops
 9   on a motorcycle in two days, you know, and getting
10   caught.  But -- but it took over the reunion.
11   While I got to bed that night, and I laid in there
12   -- I'll never forget the feeling, it was like this
13   hopeless feeling, I'm going -- I felt terrible
14   inside, I wanted what they had.  Okay.
15        Well, then all that was handed me on a
16   silver platter.  I raised a family 20 years, a
17   very functioning addict, but I got introduced to
18   cocaine in the mid-'80s, so I -- I just dove into
19   that where I think addictions, I believe manifest
20   from childhood and stuff and they --
21        ROY FIELD:  Trauma --
22        MIKE LINDELL:  -- and things -- trauma --
23   trauma, things that happened, fatherlessness, all
24   these things, and -- and what happens is, the --
25   you get these addictions and you get false
```

1  courage, you get -- you hide pain, you escape, all

2  these different things.  Well, you know, I was

3  always an entrepreneur, too.  I ended up getting

4  into the bar business, so I had one for 13 years.

5  And during that time -- not a good place for an

6  addict, but I was a very functioning addict.  I

7  think people don't realize that addicts aren't

8  just some homeless guy out in the street; you

9  know, it's -- it affects all of us, no matter how

10  many forks we eat with.

11        ROY FIELD:  Right.

12        MIKE LINDELL:  And if you fast forward in

13  the story, I lost -- I got into crack cocaine in

14  the early 2000s, and -- and it's different than

15  cocaine, but it's -- you know, they -- when I got

16  into that, you really -- it's really a tough --

17  it's not a social drug, you're tweaking out

18  windows and stuff, and very paranoid.  Well, I --

19  at that -- about that time I invented My Pillow,

20  it took a year and-a-half, so I had these two

21  parallel tracks going down, and --

22        ROY FIELD:  Wow.

23        MIKE LINDELL:  -- I put everything I had

24  into inventing this pillow, and I kept getting

25  these -- I would always get these dreams from God,

1  I would get these -- and I knew they were from

2  God.  And my daughter came upstairs one day and I

3  was writing My Pillow -- I had this dream -- and

4  the name first, My Pillow.  I had wrote My Pillow

5  all over in this plan for what I was going to do,

6  and she comes upstairs, she goes:  What are you

7  doing?  She's like 11 years old.  I go:  I'm going

8  to invent this pillow, it's going to change the

9  world.  I said:  It's going to be called My

10  Pillow.  And she grabbed her glass of water and

11  she goes:  That's really random, dad.  And went

12  back downstairs.

13        But -- but, you know, as the story goes, I

14  -- I finally got it invented, and I was turned

15  down everywhere.  And -- and one of the things

16  that happened -- and someone said:  Mike, why

17  don't you do a kiosk, but I couldn't -- I did a

18  kiosk, but I could only be there one day, you

19  know, talking to people, because I couldn't -- I

20  couldn't stand it, because I would be -- I would

21  have to be straight, and I didn't -- and myself, I

22  couldn't -- and there were things that had

23  happened where I couldn't even forgive myself for;

24  so that was always bottled up.

25        And --

1          ROY FIELD:  So you were -- you were

2     harassed by these thoughts all the time as you

3     were pursuing what you felt in your heart to

4     pursue --

5          MIKE LINDELL:  Right.  Well, you know, I

6     think it was -- I look back now and in my book

7     it's fear of rejection, and you can't get rejected

8     if you don't talk to people, right?

9          ROY FIELD:  That's true.

10          MIKE LINDELL:  I mean, it's very true.  So

11     -- you know, and -- and here's what happened, so I

12     met this -- someone said Mike wanted to do a

13     kiosk, and I go:  How do you spell that?  You

14     know, I didn't know what a kiosk was.  And we --

15     we do this kiosk, and I could only work there one

16     of the days; it drove me crazy, because people

17     coming up and I'm straight, and I don't know

18     anything about the pillow -- I go:  Yeah, it's a

19     pillow.  You know, I make them myself.

20          And just -- but this one guy bought one

21     from me and he said:  You got a business card?  I

22     go:  No, I'm all out.  And he -- I said I wrote my

23     name on a piece of paper and -- and anyway, that

24     failed miserably, that kiosk, and we had to borrow

25     money for the kids for Christmas that year.  We

1    didn't have any money left.

2         And -- but that guy happened to call me,

3    that one guy, the one day I worked there -- I look

4    at divine appointments that have happened in my

5    life --

6         ROY FIELD:  Sure.

7         MIKE LINDELL:  -- divine connections, and

8    he called me up, he said:  Are you the guy that

9    invented this my pillow?  And -- and I go:  Yeah.

10   He goes:  Well, this changed my life.  He said:

11   Would you like a spot in -- in my -- he ran the

12   Minneapolis Home & Garden Show.  And I said:

13   Sure.

14        Now, I went there and I put a table between

15   me and the pump -- the people, it was like a

16   protective wall, right, this shield; and so if I

17   stepped out behind there, I couldn't talk to

18   people, but he put me behind there.  And they

19   would ask me questions about this pillow; and so I

20   would tell them.

21        The first day -- and there's a -- there's a

22   -- the -- I sold probably 20; but the miracle was,

23   they all came back the next day and paid to get

24   back in that show, and came up to me and told me

25   how they -- this pillow changed their life.  And

1   I'm going -- you know, it wasn't about the money;

2   it made me feel good inside that I had helped

3   somebody, that I had --

4        ROY FIELD:  Yeah.

5        MIKE LINDELL:  -- really -- that I had

6   helped him, and now you take that feeling -- and

7   I'm going to -- now, I want you to hold that

8   thought, but we go through 2000 -- I lost

9   everything, I lost a 20-year marriage, and all

10  this stuff -- and we get to 2008, and I want to

11  tell quick -- the quick story about the drug

12  dealers that did an intervention on me.  I was up

13  for 14 days and they came -- they came -- I came

14  out of the room and they're all three standing

15  there, the biggest dealers in Minneapolis, and I

16  go:  What are you guys doing?  And they go:  Mike,

17  you've been up for days, you're -- you're going to

18  -- yeah, we're not selling you anymore.

19       And the one guy goes:  You're not getting

20  any from my guys.  And he leaves.  Now, the other

21  two -- the one guy goes down, I found out later,

22  to get the word out on the street, and this guy is

23  going to wait me out -- he sits in a chair and I'm

24  sitting there and I -- I run out of crack, and I'm

25  carpet farming -- that's a crack term -- and I'm

1    scraping the pipe and all this, and he finally

2    went to sleep.  And I headed down to the streets

3    of Minneapolis, and they had got the word out I

4    couldn't buy crack anywhere.

5         ROY FIELD:  Oh, wow.

6         MIKE LINDELL:  And I came back upstairs,

7    and he's waiting up for me.  And he goes:  How did

8    that work out for you?  He goes:  Give me that

9    phone.  He says:  I'm going to take your picture,

10   you've been telling us about this book you're

11   going to write in the future -- and here's what he

12   said to me, he goes:  Man, you've been telling us

13   for years that this pillow thing is just a

14   platform for God, and you're going to come back

15   someday and help us all out of this addiction

16   world we're living in.

17        And now two of those guys work for me,

18   they're Born Again Christians.  Okay.  This has

19   come full circle.  Well, anyway, I -- I'll get

20   through that -- so on January 16th, 2009, okay,

21   the -- and I -- I can -- we'll skip that --  all

22   that year that I -- that different things happened

23   that drove me up to that -- but my friend came to

24   me a month before that, in December of 2008.

25        Now, he was my equal in every way.  We had

1  both started cocaine at the same time, we had both

2  started crack, both function- -- functioning

3  addicts; but I had heard the rumor that he had

4  found the Lord four years earlier, and -- and he

5  showed up out of nowhere -- I go:  Dick, what are

6  you doing here?  He goes:  The lord led me here.

7  He says:  What are you doing?  And I said:

8  Well -- I said:  Dick, as long as you're here, I

9  got some questions for you.

10      The first question I asked him, I said:  Is

11  it boring?  And he goes:  No, man; it ain't

12  boring.

13      Now, to this day we don't know if I was

14  talking about the Lord Jesus or if I was talking

15  about being straight, right, it didn't matter.

16      ROY FIELD:  Right.  Right.

17      MIKE LINDELL:  It didn't matter.  Well, a

18  month later a month later, on January 16th, 2009,

19  I prayed that night -- now the next day I knew my

20  calling was going to be gone -- was that my

21  bottom?  I mean, sure, there was no money and

22  nothing was left, be- -- and nothing -- there was

23  nothing left to My Pillow, it was just a -- a

24  little dormant, basically.  But I wanted to make

25  it work with -- the greatest comeback ever with

1   God, all things are possible.  I actually thought

2   this in my head.  And I knew God had this big

3   calling for me.  I had told my friends that for

4   years, I have this big calling and I don't know

5   what it is.  You know, if you would have told me

6   what it is now, I would have said that ain't

7   happening, talking to people.

8        ROY FIELD:  Yeah.

9        MIKE LINDELL:  And -- anyway I -- I prayed

10  that night, I said:  God, I want to wake up in the

11  morning and never have the desire again for any of

12  these drugs, alcohol, everything; all my -- all my

13  addictions.

14       And I woke up the next morning -- now, if I

15  would have waited one more day, my calling would

16  have been gone, somebody else -- I knew that door

17  was shutting.  It would have been -- it would have

18  been plan b wherever my life was headed.  Okay.

19  Well, I wake up and the desire was gone.  Okay.

20  So now a couple months later though -- this is key

21  -- a couple months later I felt drawn to go to

22  this -- my church had a faith-based treatment

23  center there, and I felt I'm going to -- for some

24  reason -- I've been in secular treatment centers

25  like -- you go there to get your license back and

1  they tell you how bad you are, bad of a person,

2  shame you more; you get out, you can't wait for --

3       ROY FIELD:  Right.

4       MIKE LINDELL:  -- Uncle Ray to die so

5  you're -- so you can have an excuse to drink

6  again.

7       ROY FIELD:  Right.  Right.

8       MIKE LINDELL:  So -- so anyway, I get in

9  there, and the first night it was different.  I --

10  I walk in there, I start bragging up on how much

11  drugs I did and made -- lived through all these

12  crazy stories.  And -- and he said:  No, no, no,

13  no.  He says:  Tell us about your father.  And I

14  go:  What do you mean my father?  I said:  I come

15  from a divorced family -- but I said:  We -- I had

16  a great childhood.

17       Well, they started digging into how much

18  that had affected me, that divorce back when I was

19  seven years old, and all these wounds I had, and

20  -- that had manifested into pain, then it

21  manifested into blocking with -- you know, these

22  addictions; but all these things and great seeds

23  were planted for Jesus at that time.

24       ROY FIELD:  Can I ask you a question, Mike?

25  Were you close to your dad back when you were a

1    child?

2        MIKE LINDELL:  Yeah.  You know, there was,

3    but there was a lot of spaces in between.  And

4    then I got a -- you know, my mom remarried, to my

5    stepdad, but from the time I was seven to nine I

6    was the oldest sibling, so I was babysitting at

7    seven years old.  You know -- I mean, there was a

8    -- just a lot of resp- -- things I didn't think

9    affected me, you know, and I --

10        ROY FIELD:  Sure.

11        MIKE LINDELL:  And then I had, you know, 14

12   near-death experiences.  I mean, all these --

13   there were so many things that happened --

14        ROY FIELD:  Wow.

15        MIKE LINDELL:  -- to me, but -- that I knew

16   God was -- I almost got to the point where I felt,

17   you know, I -- I would say a little prayer, God,

18   get me out of this, get me out of this.  And --

19   and I'll never do it again, right?  And I would

20   get through it, and -- but then there was a time

21   where I have so much shame, I had to do something

22   com- -- commit a crime on purpose to go to jail,

23   or even prison, to get away from the mafia that

24   was going to kill my family, because I owed them

25   money for football bets.

1        ROY FIELD:  Oh, my goodness.

2        MIKE LINDELL:  I mean, that -- I mean, this

3   is in my book.  And then when I get through it

4   all, I couldn't tell anybody why it happened, so I

5   was sha- -- I had all this shame in the town and

6   they're all looking at me and I can't tell them.

7   I couldn't tell until years later when the guys

8   got caught and put in prison, I could tell them

9   what really happened; and they didn't even --

10  they're going:  What are you talking about?  You

11  know, who cares about that.

12       And I'm going -- but I had carried it all

13  inside of me, because I couldn't forgive myself.

14  And that wasn't until years later, which -- you

15  brought up your first question.  So here's what

16  happens then, I go through that -- I didn't finish

17  that treatment center there, but now you -- now

18  I'm fighting to get my company back, which was

19  just home shows and fairs; and I go to do a -- a

20  -- a commercial, I told my friends and family in

21  2011, I said:  If nobody will take us, no box

22  stores, no nothing -- I said:  I have a dream

23  we're going to have the biggest infomercial in the

24  world.  And -- and they all put in their life

25  savings, and we pulled our money and they told me,

1  to go:  No -- no infomercials make it, it's just

2  to go into the box stores.  But the box stores had

3  turned us down.

4           ROY FIELD:  Wow.

5           MIKE LINDELL:  So they said -- and -- and I

6  didn't know it, it's like if you don't know, you

7  don't hear all this negative -- they're going:

8  Oh, you need an actor, and you need this, and all

9  this; and they're -- this will never work.  And --

10  well, we went to film this in August of 2011, and

11  a -- a real producer came in from California.  And

12  we were doing our reads the night before, and he

13  texts the other guy, he said:  This is the worst

14  guy I have ever seen, he'll never make it on TV.

15           The other guy says:  He's paying you, just

16  humor him.

17           Well, he was right.  I walked out there the

18  next day and I seen this audience, and I couldn't

19  talk.  I literally couldn't talk.  I -- I took an

20  hour to do one line.  I'm going --

21           ROY FIELD:  Wow.

22           MIKE LINDELL:  -- I -- I was petrified of

23  fear.  My biggest fear was speaking to people, you

24  know, because I didn't have my drugs now --

25           ROY FIELD:  Right.

1        MIKE LINDELL:  -- and it was like -- I was

2    petrified of that, and I couldn't talk to two

3    people, I was just felt insecure.  If you were a

4    --

5        ROY FIELD:  Uh-huh.

6        MIKE LINDELL:  -- tie -- if you wore a tie

7    and ate with more than two forks, I couldn't talk

8    to you for sure, right; I'm not worthy.  I'm not

9    worthy, you know?

10       ROY FIELD:  It's just start with the one

11   and work your way over, is what I heard on the

12   titanic; so there you go.

13       MIKE LINDELL:  Right on.  Well, it's like I

14   say about addiction, I -- what I say about

15   addiction, it affects everybody no matter how many

16   forks you eat with, from zero forks to four forks,

17   right?  I've been to -- I've -- I've been all over

18   the spectrum now, and I'm telling you, some over

19   here are worse than the ones over here.  You know,

20   so that -- with these wounds.

21       But anyway, so we filmed this infomercial

22   and I said -- and I was scared to death, I said:

23   Let's bring in a table and throw away the

24   Teleprompter.  Well, from that point, as you know,

25   I never write speeches anymore, I just told -- you

1   know, off-the-cuff, and I just --

2       ROY FIELD:  Yeah, this is -- this is one of

3   the reasons -- I -- I'm sorry to interrupt you,

4   but this is one of the reasons I wanted to

5   interview you, because I love people that don't

6   have -- I don't mind teleprompters, but I want to

7   hear from somebody's heart.  I -- and I'm just --

8       MIKE LINDELL:  Right.

9       ROY FIELD:  -- being straight with you, I

10  --

11      MIKE LINDELL:  Yeah.

12      ROY FIELD:  -- this is not about TV for me,

13  this is about getting to the heart of Mike Lindell

14  because --

15      MIKE LINDELL:  Right on.

16      ROY FIELD:  -- I've watched you over the

17  years, I've watched you -- even in your

18  infomercials and stuff, I've been on television,

19  I've traveled to 42 countries, I've done music --

20      MIKE LINDELL:  Right.

21      ROY FIELD:  -- all over the world, have

22  been a part of revivals and stuff, and I look for

23  the heart.  And I -- one of the things I really

24  admire about you -- and I'm not trying to be

25  flattering, just trying to be true, or as they say

1  in Australia, fair dinkum or dinky-di --

2       MIKE LINDELL:  Right.

3       ROY FIELD:  -- I -- I -- you're just --

4  you're shooting from the heart, and --

5       MIKE LINDELL:  Right.

6       ROY FIELD:  -- and I love that about you.

7  I actually -- it brings comfort to me that I'm

8  talking to a real person.  And I understand you

9  get on some of these TV programs, Mike, and -- and

10  they kind of put you in -- and you've got five

11  minutes and you got to quickly say what you're

12  trying to -- you know, you go a whole --

13       MIKE LINDELL:  Right.

14       ROY FIELD:  -- lifetime into five minutes;

15  but here on this program, thank you for being you

16  and being real and shooting --

17       MIKE LINDELL:  Right on.

18       ROY FIELD:  -- from the heart.

19       MIKE LINDELL:  Thank you.

20       ROY FIELD:  I'm -- I'm already blown away

21  by your story of how you came from -- you came

22  from to what --

23       MIKE LINDELL:  Right.

24       ROY FIELD:  -- God is literally doing with

25  you right now.

1          MIKE LINDELL:  Right.

2          ROY FIELD:  -- it's amazing to me.

3          MIKE LINDELL:  Right.

4          ROY FIELD:  And -- look, you know, you're

5    your -- your company -- so people that don't know,

6    go to mypillow.com, check it out.  But also read

7    Mike Lindell's biography.

8          God's hand is on you.  I mean --

9          MIKE LINDELL:  Right.

10          ROY FIELD:  -- not because you make money

11    and you've given a lot of jobs --

12          MIKE LINDELL:  Right.

13          ROY FIELD:  -- to people and help people,

14    it is evident that you carry the life of God

15    inside -- I can see it in your eyes through the

16    video right now.

17          MIKE LINDELL:  Right.

18          ROY FIELD:  And -- and you must be riding

19    on a different high than you did before.  We -- we

20    have a saying:  There's no high like the most

21    high.

22          MIKE LINDELL:  Right.

23          ROY FIELD:  Most high God --

24          MIKE LINDELL:  Well, here's -- that's

25    right.  Well, here's -- and that comes from right

1  here on, where I'm going to tell you, it's going

2  to lead up to that February 18, 2017.  So that was

3  kind of -- there was kind of a turning point

4  there.  So at that com- -- that infomercial, when

5  we put it in that table, it gave me confidence,

6  and we did it, basically, live.  Like you say, a

7  lot of my commercials, almost all of them -- you

8  know, they're -- they're outlined, but I just do

9  it ad lib, so my -- because it's real.  People

10  want to see what's --

11        ROY FIELD:  Yeah.

12        MIKE LINDELL:  -- real.

13        ROY FIELD:  Yeah.

14        MIKE LINDELL:  Even the testimonials -- I

15  meet them that day.  I have no idea what they're

16  -- what they're going to say, you know.

17        So, anyway, this infomercial, we film it

18  and it aired October 7th, 2011, in the middle of

19  night.  I was living in my sister's basement with

20  nothing left.  And I had like 10 employees, my

21  family and stuff.  And when it aired 40 days later

22  we had 500 employees, and it just exploded.

23        ROY FIELD:  Wow.

24        MIKE LINDELL:  Okay.  And we were the

25  number one infomercial in the world by the end of

1  December, and I -- and -- but we took in hundreds

2  -- millions of dollars in a short period of

3  time -- well, everybody had taken advantage of me.

4  They had taken advant- -- I said, is this the best

5  you can do in price?  Yes, yes.  I just trusted

6  people.  And I didn't have any boundaries with

7  people.  This was part of my addiction from the

8  past, I had no boundaries, I just wanted to be

9  accepted, so -- oh, yeah, thank you, thank you.

10      And other companies were running our

11  business end, like -- like the what to be -- what

12  to do on TV, what to do on radio; all these

13  things.  Well, within a couple years we were

14  within -- we were $6 million in debt.  In the

15  summer of 2014, after this huge run, we're within

16  two days of going under and I met this gal, her

17  name is Kendra -- in fact, she's here with me

18  today sitting over here, and she -- she had

19  something that I didn't have, and I knew it.  She

20  goes:  You don't have that personal relationship

21  with Jesus.  I said:  What do you mean?  I wear my

22  cross on TV, I wore it before I was on TV.  I used

23  to wear in the crackhouse and preach to -- preach

24  to my friends about revelation, I read about it in

25  the bible, and when I went in jail and they would

1   find Jesus and surrender that night, my other

2   friends are going:  Will you quit talking?  You're

3   losing friends here.  Well --

4        ROY FIELD:  I have a bumper sticker.

5        MIKE LINDELL:  So -- so what happened then,

6   I -- I knew she was right, but I couldn't quite

7   grasp it, right?  And then -- then Merrick

8   (phonetic) -- then things -- I always look at

9   mathematics to prove God exists.

10       What I mean by that, if you see a

11  one-in-a-million happen or a one-in-a-billion, or

12  something happens in your own life, you know, that

13  this is impossible, okay -- and I'll tell you

14  about that stuff, the way we're living right now.

15  Okay.  And --

16       ROY FIELD:  Yeah, I want to get to that.

17       MIKE LINDELL:  Yeah.  And with the -- with

18  -- or this is impossible, you add them all

19  together, when do you say to yourself:  This has

20  to be the Lord and it has to be a miracle, right?

21  So --

22       ROY FIELD:  Absolutely.

23       MIKE LINDELL:  -- what started happening to

24  me in the -- in the fall of 2015, I was writing my

25  book and had all these episodes laid out on this

1    big table, and this guy that was with me, he was a

2    pastor from a church and he said:  Mike -- I said:

3    I don't know what to leave in or what to leave

4    out.  And he goes:  Mike, go grab any episode.

5         I went down December 1986, and he said:

6    Read it.  So I read it.  And he goes:  The normal

7    person -- the average person would get on their

8    knees and surrender to Jesus right there, because

9    it -- this doesn't happen with --

10        ROY FIELD:  Right.

11        MIKE LINDELL:  -- and he goes -- he goes

12   maybe all these things happened so that you could

13   come to the Lord and then you would be able to go

14   out and speak out for him, you know, with -- about

15   that personal relationship.

16        Well, then it made sense, and he planted

17   that seed.  Well, then -- then miracles started

18   happening that don't happen to anyone.  This --

19   this involves the president now.

20        So I'm picked out of -- I go -- end up at

21   the National Day of Prayer in D.C., and when --

22        ROY FIELD:  What year was this, Mike?

23        MIKE LINDELL:  This -- this would have been

24   --

25        ROY FIELD:  What year is this?

1        MIKE LINDELL:  This would be in early '16.

2        ROY FIELD:  Okay.  2016.  Right.

3        MIKE LINDELL:  Don- -- Ben Carson was still

4    running for president, right?

5        ROY FIELD:  Okay.

6        MIKE LINDELL:  Well, I get randomly drawn

7    -- now what are the odds that some ex-crack addict

8    from Minnesota gets randomly drawn or picked to

9    pray in a room with Ben Carson.  Now, I'm in

10   there, I'm already nervous, because I'm in with

11   all these people with these -- the first time I

12   wore a tie probably; you know, I'm in there all

13   nervous and now they're going to pray.  And I

14   don't have -- I hope I don't have to pray, you

15   know.  And this guy prophesied in that room, he

16   said -- and -- and he said:  A couple of you in

17   this room are going to become great friends and

18   change the course we are on as a country.

19       ROY FIELD:  Wow.

20       MIKE LINDELL:  And being Ben Carson --

21       ROY FIELD:  Ben said that in 2016 --

22       MIKE LINDELL:  2000- -- early '16.  Now --

23   now, Ben Carson and I are great friends, and we --

24   we work every day for things, you know --

25       ROY FIELD:  Wow.

1        MIKE LINDELL:  -- and --

2        ROY FIELD:  That's awesome --

3        MIKE LINDELL:  So anyway -- yeah.  So what

4    happened then, then I have seen myself in a dream

5    with Donald Trump in a room, this is -- this is

6    before he was running for president.  And I go --

7    I get these prophetic dreams and I'm going, why

8    would I want to be in a room with Donald Trump?

9    But it was very vivid.  It was a picture with --

10   and there were pictures on the wall behind us, and

11   I told my -- and my friends, and my board at the

12   time, and they're going, yeah, that's -- you know,

13   I just -- document, I always tell -- I always do

14   it to document it, right, if I get something like

15   that.

16       A month later he announces he's running for

17   president.  Well now it changed everything and

18   they're going -- you know, every time a month

19   would go by and my board's going:  Mike, you can't

20   get what -- you know, you -- you got to stay away,

21   but you're going to lose half our business, and

22   stuff like this.

23       And -- well, that meeting came to fruition,

24   I was flying to Philadelphia -- or from

25   Philadelphia to LA on a commercial flight in the

1   bulkhead of the airplane, and I was reading this

2   magazine about Donald Trump -- and also, I had the

3   bible there, and we were -- I was reading about

4   things in the bible and -- and -- but I opened

5   this magazine and I -- and I -- I folded it there

6   and I said:  God, I need to know right -- we were

7   over, I already had internet on my phone -- and I

8   said:  God, I need to know right now, you know,

9   what do I have to do?

10       This was late July 2016.  And I said:  I

11  know I seen this in a dream, what do I have to do

12  with Donald Trump and this election?  I didn't

13  know anything about politics.  I had never voted

14  in my life.  I was an ex-crack addict, right?

15       ROY FIELD:  Right.

16       MIKE LINDELL:  All of the sudden at that

17  moment in time I go, I need an answer, God.  My

18  phone dinged, and it says:  Hello, Mike, this is

19  Donald Trump; will you meet me in New York City at

20  Trump Tower?  I'm going:  God -- I'm looking, I'm

21  going -- and I'm -- and the flight attendant is

22  going:  Are you okay?  I'm bawling.  I'm going --

23  I go:  It's a miracle; it's a miracle.

24       It wasn't because I was going to meet

25  Donald Trump, it's because God answered me in

 1   realtime.

 2        ROY FIELD:  Wow.

 3        MIKE LINDELL:  It was just -- I just got

 4   chills when I talk about it, because it was like

 5   the closest I had ever been to God at that moment

 6   that I could remember, that it was so real to me.

 7   Okay.

 8        Well, then -- and I'm getting up to -- so

 9   then the meeting with him comes to fruition on

10   August 15th, they said you're never going to meet

11   him alone, you know -- and whatever you do, don't

12   tell me him you're an ex-crack addict, and all

13   this stuff.  Well, on August 15th, 2016, we go to

14   walk into -- I -- his office, and the phone

15   started ringing and all these guys get pulled

16   away; so just like in my dream, it was him and I.

17   I walked into his office, the first thing he says

18   is:  Mike, you always wear your cross on TV, are

19   you a Christian?  I go:  Yes, Mr. Trump.  And this

20   is a divine appointment.

21        And I sat down, and he was the easiest guy

22   to talk to.  All my things where I have a hang-up

23   of talking to people just -- (makes sound) -- God

24   took them off and we were able to have this

25   conversation.

1        One of the things I said was -- he's

2    telling me about -- yeah, I want to bring the jobs

3    back, like My Pillow, you make everything here.

4    And I'm going -- yeah, and I was -- I'm an

5    ex-crack addict, Mr. Trump.  And he looked -- and

6    I look at him like -- and he -- you know, he just

7    accepted me for who I was.  And I said:  I want to

8    help addiction.  I said:  I'm going to have

9    millions of people, I'm going to bring them out of

10   addiction and -- and help them.

11       And he goes:  And I'm going to stop the

12   drugs pouring in.  And we had this great problem

13   solution, but I walked out of there and I said,

14   wow, he's going to be the greatest president in

15   history.

16       ROY FIELD:  Wow.

17       MIKE LINDELL:  But I didn't stop there.

18   And I didn't know anything about what a president

19   should be or whatever, but I went to his -- his

20   employees, I said:  Is this real?  They said:  Oh,

21   yeah, he's a great -- he's a great man, great --

22   great boss, he had done stuff for him personally.

23       So I got back to Minnesota and I told -- I

24   did a press release, and before I did it, at my

25   board's meeting, they go:  You can't say that you

1   -- do this press release, you're going to kill My

2   Pillow.  And I go -- I walked out of the room and

3   my CMO came out and she said:  We didn't get all

4   this way by you not listening to God.

5       I went back in my boardroom, I said:  We

6   didn't get all this way by me not listening to

7   God; I'm doing that press release.

8       Well, I did it and it was crickets.  And

9   then it started, they attacked me, they called me

10  a racist.

11      ROY FIELD:  Right.

12      MIKE LINDELL:  They called -- they took me

13  from an A-plus to an F for the Better Business

14  Bureau, one of the most crooked organizations this

15  country has ever seen.

16      ROY FIELD:  Wow.

17      MIKE LINDELL:  Now I'm finding out there's

18  a lot more though now that -- you know, this

19  selection thing has revealed a lot more --

20      ROY FIELD:  Yeah.

21      MIKE LINDELL:  -- we'll talk about that.

22      ROY FIELD:  Uh-huh.

23      MIKE LINDELL:  But anyway -- so -- well,

24  right then I knew that I was doing the right

25  thing, that -- again, I don't think God had told

1   me to do it -- like I felt that this was what I
2   was supposed to do.
3        But now all these things happened; so now
4   I'm involved with the president of the United
5   States, doing -- you know, he gets elected, and
6   then -- now this goes up to the February 18, 2017,
7   date.  So all these things that are happening to
8   me, I'm going this can only be God.  I walked -- I
9   was walking -- in the White House, never been in
10  there and here I'm walking in and I go, wow.  I --
11  all the sudden I go, who's sitting here?  It was a
12  -- it was a manufacturers; summit, they go the
13  president is.
14       And so I go on national TV, and it's me and
15  the president and all my friends and ex-crack
16  friends are going:  What's this crack addict doing
17  on TV next to the president?  Jesus has to be
18  real, because this is impossible.
19       ROY FIELD:  Wow.  They said that?
20       MIKE LINDELL:  Yeah.  No, this is what my
21  friends -- you know, all my friends are saying --
22       ROY FIELD:  Are --
23       MIKE LINDELL:  -- that.  So they're
24  quitting -- you know, they quit.  Well, I went in
25  now on February 18th, 2017, and I wanted what

1   Kendra had.  Okay.  I wanted what she had.  I

2   wanted that personal relationship that I kept --

3   I'm going -- you know, I -- I'm kind of trying to

4   fool her, but I couldn't fool -- I couldn't -- you

5   know, I -- I just didn't -- it wasn't there, and I

6   wanted it so bad.

7        Well, I went into what's called operation

8   restored warrior, and it's actually for veterans

9   but -- and I'm not a veteran, but when I got in

10  there it was kind of the same things that were

11  planted back at that faith-based treatment center

12  using -- you know, trying to get Jesus as your

13  foundation, right?

14       Well, on the second day, which was February

15  18th, 2017, I got on my knees and I surrendered,

16  and I forgave myself for those things that I had

17  never forgiven myself for, God -- Jesus had

18  forgave me, God had forgiven me, but I hadn't

19  forgiven myself.  And --

20       ROY FIELD:  And that's the -- isn't it,

21  Mike?

22       MIKE LINDELL:  That was such the key.  And

23  it was such a -- what I expected was to be this

24  hard thing, it was such a peaceful feeling;

25  everything was lifted off of me, so now --

1       ROY FIELD:  Can I -- can I interrupt you?
2  Is it --
3       MIKE LINDELL:  Yeah.
4       ROY FIELD:  -- fair to say that it wasn't
5  God you were waiting on, it was God was waiting on
6  you to let it --
7       MIKE LINDELL:  Oh, he was --
8       ROY FIELD:  -- (inaudible) --
9       MIKE LINDELL:  -- literally -- he was
10 literally chasing me for -- Mike, you know, come
11 on.
12      ROY FIELD:  I love it.
13      MIKE LINDELL:  He was chasing me.  And --
14 and -- and now I'm going to tie it all the way
15 back to when I sold them pillows.
16      So two months after that in -- in May of
17 2017, I did an event at U.S. Bank Stadium -- now
18 here's a guy that couldn't talk to more than two
19 people in the same room, and there were 50,000
20 millennials.  It was this big Christian event with
21 these bands and these big speaker names, and
22 here's this ex-crack addict pillow guy, and I tell
23 it about 10 minutes of my testimony, right?
24      Now -- and I'm scared to death, but it was
25 -- but it was -- it -- it was easier than I

1    thought, right?  And I led them in prayer for like

2    a minute -- I don't even know what I said.  Well,

3    two weeks later my -- my granddaughter, we were at

4    an amusement park in Minnesota, and all these

5    millennials came up to -- for me -- to talk to me,

6    that wasn't about the pillow.  They came up and

7    said:  I was at that event, I found Jesus because

8    of you.  I was at that event.  Your testimony

9    meant more than all the other stuff put together.

10        ROY FIELD:  Wow.

11        MIKE LINDELL:  And it -- what it was to me,

12   it was God confirming I was on my -- the right

13   path, just like I was when I sold them pillows, it

14   made me feel so good inside, because I knew I was

15   on his path; you know, what he wanted me to do.

16        And for those -- for those people, it was

17   the hope.  And so now -- now I want to say what --

18   what God did there -- when I did that full

19   surrender, now I'm able to go out and speak out

20   for Jesus and evangelize -- you know, like -- I

21   mean, as that is my calling.  That is my calling.

22        ROY FIELD:  Yeah, I know.

23        MIKE LINDELL:  I know -- you know --

24        ROY FIELD:  That's the ultimate calling,

25   that (inaudible) --

1          MIKE LINDELL:  That's the ultimate calling.

2          ROY FIELD:  Yeah.  Let me just segue on

3     that, too.  I've -- I've got the bible here, in

4     Acts Chapter 17, verse 26, the Apostle Paul says:

5     And he has made from one blood every nation of men

6     to dwell on all the face of the earth, and has

7     determined their pre-appointed times and the

8     boundaries of their dwelling so that they should

9     seek the Lord in the hope that they might grope

10    for him or reach for him and find him, though he

11    is not far from each one of us, for in him we live

12    and move and have our being; and also some of your

13    own poets have said for we are also his offspring.

14         And so I see that with you, Mike.  And I

15    want to -- I want to segue to this, you -- isn't

16    it true that right now, this very moment, here we

17    are on January 5th, 2- -- 2021, the biggest

18    election is happening right now, literally today.

19    The elector thing is going to be tomorrow.  And

20    you find yourself -- it's like you already knew,

21    as you were building this company, that there was

22    even a greater purpose for you than just the

23    company, while you were building it.

24         MIKE LINDELL:  Right.  Right.  (Inaudible)

25    --

1      ROY FIELD:  And so here you find yourself

2  -- I'm sorry.  Go ahead.

3      MIKE LINDELL:  Yeah, I'm on the biggest

4  stage in the world right now, though I -- I'm --

5  I'm sitting literally on the biggest stage in the

6  world.  I got it -- I always knew My Pillow was

7  just a platform for God, like I had told my --

8  back then I had told my dealers, you know, and all

9  the -- and all my friends, you know.  And -- but

10  where it's gone to keeps getting bigger, even for

11  me.  I'm -- I'm just sometimes -- I'm -- it's like

12  living inside of a movie, and I'm going to tell

13  everyone -- you know, obviously, everybody knows I

14  went all in for Donald Trump, you know, and --

15      ROY FIELD:  Yeah.

16      MIKE LINDELL:  -- after everything he's

17  done, I'm all in.  But this -- this month -- for

18  me, this is about the Kingdom.  I know how

19  politics now affect everything we do.  It affects

20  us -- you know, and I know that God gave it --

21  when I spoke from the oval -- or from the Rose

22  Garden this last spring, and I -- you know, and I

23  said:  You know, God had been taken -- God had --

24  we had turned -- a nation that turned its back on

25  God, we -- and I told everyone to get in the word,

 1   read their bibles and stuff.  And I said:  God had

 2   given us grace on November 8th, 2016.  God gave us

 3   grace for -- and he gave us grace so that we could

 4   -- a nation could come back to him, a -- people

 5   could come back to him, so we would bring people

 6   back to Jesus or bring people to Jesus -- you

 7   know, to God.

 8        And -- and so what that manifested to now

 9   -- I'm going to tell everyone the miracle of the

10   election night.  Okay.  This -- this is a miracle

11   we're in right now.  And what happened was, on

12   election night at 11:15 at night, here's the big

13   miracle --

14        (End of Part 1; beginning of Part 2.)

15        -- on election night at 11:15 at night,

16   here's the big miracle, these -- there was so much

17   -- there's so much fraud, there's nine categories.

18   Okay.  You got to realize, I've been working with

19   Sidney Powell, General Flynn, I have put up

20   resources for getting machines, getting this

21   technology, people come to me and God just brings

22   them to me.  And I go -- you know, I'll pray about

23   it, God said:  Yes, help this, help this.

24        ROY FIELD:  I've -- I've heard you've

25   actually invested millions into helping --

1          MIKE LINDELL:  Oh, yeah.

2          ROY FIELD:  -- Powell and General Flynn in

3     this whole operation --

4          MIKE LINDELL:  And -- and it --

5          ROY FIELD:  -- the (inaudible.

6          MIKE LINDELL:  -- (inaudible) --

7     absolutely.  If people need money, resources to

8     get, you know, the technician -- or experts for

9     the Dominion machines, to get inside, I put up

10    that money.  Putting up all this money, but I --

11    you know, I don't -- I don't even know how that

12    leaked out, because I'm going -- I'm just doing

13    it, but God wants me to do it.  And he blesses me

14    for it every day.

15         You know, and the biggest day of My Pillow

16    is the day we're in right now.  So I -- I don't

17    even worry about that, God (inaudible) --

18         ROY FIELD:  Mike, let me ask you a general

19    question:  Why are you doing this?

20         MIKE LINDELL:  Yeah, I'm getting to that

21    right now.  Okay.  Here -- so here, I'll take it

22    from the election night, the miracle of that

23    election -- all because this whole nation, because

24    of Donald Trump's, the great things he has done,

25    for the kingdom -- for the kingdom, okay, from --

```
 1   from being the biggest pro-life president in the
 2   history of mankind, to -- to our -- you know, to
 3   protecting our faith, our -- you know, our
 4   Christian nation, but -- and anyway, what happened
 5   was, they -- they -- the evil which set all this
 6   fraud up and this election fraud, had set up --
 7   they underestimated what he was going to get for
 8   votes, so by 11:15 all these are coming in, the
 9   machines sensed that he was going to win this
10   election in -- by all these states, regardless of
11   all the cheating; so in the -- that's a miracle,
12   you guys, because if that wouldn't have happened
13   -- if they would have -- if they would have
14   assumed it right, they -- they would have --
15   Donald Trump would have lost, it would have been
16   close, he would have lost, we would have all said:
17   Well, that's because of mail-in voting.  Wrong.
18        What happened was, when that happened --
19   that's the miracle, they got caught cheating in a
20   poker game.  And when people get caught cheating
21   in a poker game, they -- they either pull out
22   their guns and -- and try and steal the money, or
23   the guys they cheated, they stop and lock the
24   door.
25        Well, this is the time we stopped and
```

1   locked the door.  It's over.  They've been boiling

2   us like a frog for a year -- for years --

3        ROY FIELD:  But he knew that -- he --

4   President Trump knew that going in, because the

5   first thing he said in his campaign rallies in

6   2015 and '16 was, the election is rigged and we're

7   going to drain the swamp.  So he already knew --

8        MIKE LINDELL:  Yeah.  Right.

9        ROY FIELD:  -- that going in --

10       MIKE LINDELL:  But we didn't know the

11  magnitude of it.  And here's what --

12       ROY FIELD:  Wow.

13       MIKE LINDELL:  -- had to happen.

14       ROY FIELD:  Okay.

15       MIKE LINDELL:  Here's what happened at

16  11:15.  In the overnight then, the whole country

17  and the whole world seen deviations we've never

18  seen before in history.  You don't shut down the

19  election in the middle of the night --

20       ROY FIELD:  No.

21       MIKE LINDELL:  -- and they all did it at

22  the same time, and then these deviation spikes

23  came up where they poured -- we have the evidence

24  where they poured on these ballots -- let's say

25  Michigan, 200,000 ballots put in for Biden and

File 14 My Pillow Guy Part 1 & 2
January 05, 2021                              45

```
1   zero for Donald Trump.  You know, they backfilled

2   this, right?

3        You know, dead people -- there's enough

4   dead people and people not of age that voted in

5   Georgia just to flip Georgia just on that.  But

6   you had all these things happen.  Now from -- by

7   that happening, I started digging into deviations

8   that morning, and -- and then so did everybody

9   else.  But the mainstream media -- nobody knew how

10  to take this, so they've been blocking it and

11  blocking it.  Okay.  (Inaudible) --

12       ROY FIELD:  You probably understand

13  deviations more than anybody else --

14       MIKE LINDELL:  Right.

15       ROY FIELD:  -- because you're a

16  businessman.

17       MIKE LINDELL:  Every single day -- I look

18  at deviations I believe more than anyone in the

19  country.  I got 5,000 TV stations, radio

20  stations --

21       ROY FIELD:  Yeah.

22       MIKE LINDELL:  -- newspapers.

23       ROY FIELD:  Yeah.

24       MIKE LINDELL:  On my phone here, what I'll

25  do, is I'll -- I don't even have a desk or a
```

1  computer, I use a phone; so I'll look up and see

2  --

3        ROY FIELD:  That's awesome.

4        MIKE LINDELL:  -- let's -- let's say it's a

5  newspaper in Dubuque, Iowa, and they did $2,000

6  and they normally do $300, I find out -- I go,

7  that's not right, something's not right.  I don't

8  go:  Oh, that's really good.  I go:  That's good,

9  but we better find out, because it's a --

10  deviations happen if there's a different input.

11  Okay.

12        So I find out what made it happen, when did

13  it happen, why did it happen, every single part of

14  that, and you -- you could ask anybody in my

15  company, we focus on that until we find it.  We

16  don't just say:  Well, it's just a fluke.

17        ROY FIELD:  Or a spike --

18        MIKE LINDELL:  Nothing's a fluke.  Yeah,

19  that -- well, the spike happens for a reason; even

20  if it's bad or good.

21        ROY FIELD:  Right.

22        MIKE LINDELL:  That's a deviation.  We find

23  out -- we find out why it happened.  So -- even in

24  my own company I run it off deviations, 500 of my

25  employees have my direct phone number.  If they

1    see a deviation, they got -- they let me know

2    right away whether it's even some guy coming in

3    and he -- you know, because he's off just as a

4    person, I'll get a phone call, we'll go get him --

5           ROY FIELD:  Wow.

6           MIKE LINDELL:  -- help, right?  But -- but

7    if I don't hear from them, it's like peace in my

8    mind, I don't have to worry.  I don't have to call

9    up and see how things are going, I wait for the

10   deviation call.

11          So now on November 4th, I dug into it and

12   I'm seeing things that happened that are

13   impossible.  Not 98 percent, I'm telling 100

14   percent impossible.

15          So I'm going, wow, now God brings me all

16   these people and from -- like I say, Sidney

17   Powell, General Flynn, putting me in the middle of

18   this platform.  I'm talking to -- you know, my

19   friends in D.C.  I've talked to the President five

20   days ago.  I mean -- and here's a guy put into

21   this mix with this platform; so what I have done,

22   besides that is for two months now, kept the word

23   out because I'm 100 percent Donald Trump's going

24   to be our president for four more years.  And I'm

25   not budging off that.  God picked him for eight

1  years, not four.

2       But now as we sit here today, the reason

3  that I believe that -- that this is just a huge

4  opportunity, we are in the best times in history

5  right now, because of the -- because of that

6  miracle on election night.

7       ROY FIELD:  Yeah.

8       MIKE LINDELL:  All of this fraud -- and as

9  evidenced, I've seen it, it's so epic, it's that

10  once it gets shown to everybody, once everybody

11  sees it, even people on the left are going to go,

12  you know what, I can't stand it, but he won.  100

13  percent he won.

14       So there's no civil war.  It's going to

15  unite our country.  But it's going to do

16  something.  Everyone's going to see that all this

17  was what -- God had his hand in this, we are in

18  the biggest revival in history.

19       ROY FIELD:  Praise God.

20       MIKE LINDELL:  That's why I know coming out

21  of this -- you know, if -- if -- you know, I don't

22  even say if, because there is no if, Donald Trump

23  is -- yeah, it's going to happen.  People are

24  calling me every day going:  Mike, you really

25  believe this?  I said:  Of course I believe it.

1    Look at these anomalies and look at these

2    miracles.  And now just this morning I -- I got

3    two hours sleep coming from Georgia, I get a call

4    by General Flynn this morning, he goes:  Check

5    your phone, there's evidence there that this --

6    there's bonus evidence that's coming out where all

7    these foreign countries were involved.  This is an

8    attack on our nation.  This is of epic

9    proportions.

10        ROY FIELD:  And it feels like they're

11    playing house, Mike.  It feels like the

12    President-Elect Biden is playing house.  It's like

13    they're acting like this is real, mainstream media

14    is doing what they're doing.  They were

15    subliminal, even -- even months ago they were

16    subliminal --

17        MIKE LINDELL:  Right.

18        ROY FIELD:  -- trying to let the public

19    know, get ready, it's going to take us days to

20    count the mail-in ballots and everything.

21        MIKE LINDELL:  Right.  Yeah.

22        ROY FIELD:  It's like --

23        MIKE LINDELL:  Right.

24        ROY FIELD:  -- and then Facebook -- Mark

25    Zuckerberg came on there -- you know, I'm 44, I

1   was born in 1976.  I'm not dumb.

2          MIKE LINDELL:  Right.

3          ROY FIELD:  I know --

4          MIKE LINDELL:  Right.

5          ROY FIELD:  -- what's going on.  Like I was

6   the con of cons, and then Jesus changed my life.

7   So --

8          MIKE LINDELL:  Right.

9          ROY FIELD:  -- Mark Zuckerberg came on and

10  was subliminal, you know -- hey, we're going to

11  help make sure that we get the right information

12  out; we're going to start in October.  And, of

13  course, the censorship on Facebook and Twitter,

14  the President --

15         MIKE LINDELL:  Right.

16         ROY FIELD:  -- of the United States is

17  being censored on Twitter.  I can't tell you how

18  mad that makes me righteously.

19         MIKE LINDELL:  Well --

20         ROY FIELD:  It's like give me a break.

21         MIKE LINDELL:  Well -- yeah, I'm going to

22  tell you about Suckabuck -- I call him Suckabuck,

23  Mark Suckabuck -- and -- and Jack Dorky from

24  Twitter.  Okay.  Now, those two guys --

25         ROY FIELD:  I shouldn't laugh, but I am.

1        MIKE LINDELL:  Well, no, it's -- but it's

2    true.  What they've done to me -- before the

3    election I could not run my ads, my -- my book ad

4    on Fox.  They wouldn't let me run my book ad,

5    because they said it was political.  My book

6    telling about -- Donald Trump, being a friend of

7    his is part of my story, me finding Jesus, and

8    then -- you know, all these things.

9        Well, anyway, they wouldn't let me run it a

10   month before the election.  Mark Suckabuck would

11   not let me run ads on Facebook with my face in it.

12   So I could run my pillow ads, but it couldn't be

13   me holding a pillow, because I was so branded with

14   the President.

15       Now, you think I could get to him?  No. But

16   let me tell you about Twitter and Suckabuck, both

17   them, too -- Facebook and Twitter, right after the

18   election, if you remember, they'd blacked it out

19   and you would never get to see it.

20       ROY FIELD:  Right.

21       MIKE LINDELL:  You remember that?

22       ROY FIELD:  Yeah, wouldn't --

23       MIKE LINDELL:  (Inaudible) --

24       ROY FIELD:  -- even hit your feed.

25       MIKE LINDELL:  But here's another miracle

1   that changed everything, they put that little

2   disclaimer there, about the third day they said:

3   Okay, everybody's in an uproar about this, let's

4   put this disclaim- -- disclaimer there.  Almost

5   everything's going through that.  There's not

6   censorship, they just put a thing there that says

7   fraud, and you know it's true now.

8        ROY FIELD:  Right.

9        MIKE LINDELL:  It's -- this is true.  And

10  they got more people to read it.  Sit's using evil

11  for good.  I'm telling you --

12       ROY FIELD:  Yeah.

13       MIKE LINDELL:  -- this is what -- greed is

14  going to beat evil here, is what's going to

15  happen.  You know, what if I told you -- I told my

16  brother-in-law the other day, I said:  Those two

17  senate seats in Georgia -- I said:  Now I want you

18  all to think about this out there, they already

19  have -- if they steal them -- if they -- if they

20  take those two senate seats, everyone goes, oh,

21  it's the end of the world.  It is, it's the end of

22  the world.

23       ROY FIELD:  Wow.

24       MIKE LINDELL:  What do you think -- if

25  Donald Trump isn't our president, it's the end

1    anyway.  Do you know why?  They've already got

2    plants in the senate, it doesn't matter if we win

3    both of them, they're already going to do what

4    everybody's talking about.  That's already

5    planned.  So --

6         ROY FIELD:  Yeah, I'm -- I'm from Upstate

7    New York, Mike, and I just read a bill that's

8    being passed -- trying to be passed right now that

9    even with this vaccination that's come out, that

10   -- you know, Operation Warp Speed that President

11   Trump has tried to do, to try to help them

12   basically -- basically take away their excuse for,

13   oh, we got to do all this lockdown stuff.  He

14   wants to get back to business, open up, let's get

15   going here and get --

16        MIKE LINDELL:  Right.

17        ROY FIELD:  -- the people that are sick.

18   But New York is passing a bill right now -- trying

19   to pass a bill that you can now be detained and

20   taken out of society if you are a risk to the

21   public.

22        MIKE LINDELL:  Right.  Right.  And see this

23   is -- these are the things --

24        ROY FIELD:  That's communism at the highest

25   (inaudible) --

File 14 My Pillow Guy Part 1 & 2
January 05, 2021                           54

1       MIKE LINDELL:  Yeah.  No, it is communism.
2  And I'm telling you, they started these attacks --
3  do you know like when -- when back -- I don't know
4  if you all know this, when I was attacked on
5  Anderson Cooper, you know, this guy brought me --
6       ROY FIELD:  I saw that.
7       MIKE LINDELL:  Well -- at myoleander.com,
8  by the way -- okay, myoleander.com, I was attacked
9  for that, and all these other things out there
10 that work, that they were -- people were just
11 attacked by that, they were stopped from coming
12 into our country, because this is all part of the
13 plan.
14      They're getting -- do you think for one
15 minute that microchip vaccine crap, all the
16 garbage that's in there, who do you think is going
17 to take that?  I wouldn't take that no matter
18 what.  And the other --
19      ROY FIELD:  No.
20      MIKE LINDELL:  -- this is mark of the beast
21 in the bible.  This is -- you know what, i talked
22 to my friend Scott Baio out in California, he goes
23 -- you know, and he says:  Mike, out here they're
24 trying to make things you want -- unless you have
25 that vaccine thing, you wouldn't be able to go on

1   public transportation, pretty soon you wouldn't be

2   able to go into -- any place, they can use that

3   against you --

4        ROY FIELD:  Qantas -- Qantas Airlines just

5   did that, they just said if you don't have the

6   vaccine, you can't fly to Australia.  I've flown

7   on Qantas all the time.

8        MIKE LINDELL:  Right.  And here -- Spain

9   just did something, too; they're going to keep a

10  national -- an international list or something

11  they're talking about, so they would be the ones

12  starting this mega list, if you weren't on it, you

13  couldn't do other things in the world.

14       Then you got -- I'm not even going to say

15  the country, there's another country that is not

16  going to allow the vaccine in, and they're looking

17  for things like the myoleander and -- my.com.

18  (Phonetic).  They're looking for that.  So they

19  don't ever have to have the vaccine in these

20  things.

21       So these things that are going on -- but --

22  but I want to go back to the election here.  I

23  want everybody to think this --

24       ROY FIELD:  Yeah --

25       MIKE LINDELL:  -- because today -- tomorrow

1    is a big day, but it's not the end all.  When you

2    commit a murder, there's no statute of

3    limitations.  Okay.

4        ROY FIELD:  No.

5        MIKE LINDELL:  And I know what's going to

6    -- well, I know it's going to come out.  You've

7    seen it all got accelerated this week with all the

8    senators, we met with some and showed them all

9    this evidence, and -- and they're going -- but

10   they have blinders on, because they're going --

11   well, why didn't the judges open up and look at

12   the evidence?  They said there's none there.

13       The judges are scared.  They don't want to

14   be the first judge to show what's there.  You

15   know, but Twitter and social media has leaked all

16   this, where everybody knows it's the --

17       ROY FIELD:  It's --

18       MIKE LINDELL:  -- most corrupt election in

19   history.

20       ROY FIELD:  Is it true --

21       MIKE LINDELL:  So --

22       ROY FIELD:  -- that John Roberts yelled at

23   the -- the supreme court justices; is that true or

24   is that just a rumor, that they were behind closed

25   doors and he said:  We don't care about Bush and

1    Gore and, all that stuff.

2         MIKE LINDELL:  Right.

3         ROY FIELD:  Is that true?

4         MIKE LINDELL:  You know, I -- I don't know

5    that.  I wasn't there.  And I'm --

6         ROY FIELD:  Okay.

7         MIKE LINDELL:  -- just telling -- when I'm

8    telling you stuff, it's stuff I believe in 100

9    percent, because I've done my --

10        ROY FIELD:  Sure.

11        MIKE LINDELL:  -- own due diligence.

12        ROY FIELD:  Okay.

13        MIKE LINDELL:  I -- I do know stuff that

14   Roberts has said that, from friends, that one of

15   hi drivers that was tweeted by Lin Wood; now I

16   know that for a -- for a fact, but that was where

17   he said there's not going to be a -- a -- that

18   f'ing -- motherf'er is not going to get to be

19   president again.  And that was said by Roberts.  I

20   -- you know, that was when a driver had drove him.

21   That's coming --

22        ROY FIELD:  They really hate him.

23        MIKE LINDELL:  (Inaudible) --

24        ROY FIELD:  They have such vitriol -- I've

25   never seen somebody --

```
 1          MIKE LINDELL:  Right.

 2          ROY FIELD:  -- hate so much --

 3          MIKE LINDELL:  Well, and it's --

 4          ROY FIELD:  I -- it's (inaudible) --

 5          MIKE LINDELL:  -- because -- it's because

 6   of this evil takeover.  You've got to think of

 7   this as a biblical sense.  This is evil versus

 8   good.  Well how -- evil's got power out there,

 9   too, like the power of the forces; that's why it's

10   so broad, and it's so -- it's like -- you know,

11   they're using everything, the only way you shield

12   that is that -- you know, the mainstream media and

13   your social media, your Suckabucks and your

14   Twitters and your Googles -- you know, Google, Mr.

15   Goober (phonetic) -- all the way up to (inaudible)

16   those guys are so corrupt, it's ridiculous.

17          ROY FIELD:  Okay.

18          MIKE LINDELL:  And now -- but what I'm

19   saying is -- so now why do you think they're

20   trying to strengthen all the mega -- the mega

21   businesses with this mass thing, little businesses

22   going under, like my state of Minnesota, you can

23   go -- you -- we can have eight people in our house

24   for Thanksgiving, but yet you can go to the Mall

25   of America and there's people everywhere.  And --
```

1   you know, it's craziness.  It's nuts.

2       Little mom and pa restaurants going under.

3   But I want to go back to -- I got to get this

4   point made about -- about the social media -- I

5   mean, about the today and tomorrow.

6       ROY FIELD:  Yeah.

7       MIKE LINDELL:  I had asked my

8   brother-in-law, I said:  Brian -- I said:  Don't

9   you get it?  I said:  If he -- if we don't get

10  this election brought out in the open -- I said:

11  100 percent he's going to be our president; if

12  he's not, it's over.  Our life -- life as we know

13  it is done.  We're in end times then.  This is the

14  mark of the beast.  This is the thing no money,

15  read the revelation, it's over.  This is it.

16      ROY FIELD:  It's (inaudible) --

17      MIKE LINDELL:  -- either way, we're -- you

18  know, that's the end of time.  We would be here

19  for end times, but -- but he said:  Well, no,

20  Mike, we still have those -- you know, those two

21  senate seats down in Georgia; even if one of them

22  wins, oh -- you know, we're protected.  They --

23  you know what, my guess is, they'll probably give

24  us both of -- they can do whatever they want with

25  those machines, it's up to them; not how many go

1   to vote.  It's up to them.  When you've got --

2   when you guys see all this come out, it was set

3   during the election -- it was 1.26 to Biden, 0.74

4   to Donald Trump; and they set these things

5   anywhere you go -- they even had it set when you

6   test the machines, the first 200 ballots go in

7   there and it -- and it goes in perfect.  It -- the

8   things start after the 200th ballot; so if you had

9   anybody test it.

10       Now, I told him, I said:  Brian, what if

11   you knew that both those senate seats were going

12   to go to -- to the left, that they're -- that

13   we're going to lose them both; now would -- now

14   would your fear factor go up?  And he goes -- he

15   goes:  Well, then -- then we would have to -- then

16   they have to do something.

17       You know, it's like, boy, now you get --

18   instead of having -- you need 100 million people

19   -- even people on the left are going -- you know,

20   my friends that are democrats, they're going:

21   What did I just do?

22       They don't -- you don't realize that now

23   they've -- they've seen this stuff come out, a

24   man, a woman or whatever they're talking about --

25   this craziness -- I mean, this lunacy.

1        ROY FIELD:  Uh-huh.

2        MIKE LINDELL:  So these democrats are

3   going:  What's going on?

4        ROY FIELD:  I just got this just now from

5   this morning, it says:  Three counties in Georgia

6   are now reporting that their Dominion voting

7   machines are currently down or malfunctioning.

8        MIKE LINDELL:  Right.  Right.  Right.

9   Well, let me tell you about the Dom- -- you know

10  everybody -- everybody can go online and listen to

11  that -- that one-hour talk with Donald Trump and

12  that crooked Secretary of State in Georgia, and --

13  and -- by the way -- I mean, you want to talk

14  about --

15       ROY FIELD:  I listened to the whole thing,

16  Mike.

17       MIKE LINDELL:  Yeah.  Now, you listened to

18  that --

19       ROY FIELD:  In context.

20       MIKE LINDELL:  Right.  And I -- and you

21  listened to that, it's the most amazing thing

22  there -- if you listen to that, I don't care where

23  you're at, I have people -- I've called my people,

24  they're -- there are many on the left going:  Did

25  you listen?  I go:  Yeah.  And I go:  So what do

File 14 My Pillow Guy Part 1 & 2
January 05, 2021                                    62

1    you think?  They go:  Yeah, I don't know why they

2    went.  I said:  Logically, why would they give us

3    Fulton County to look at?  Why did -- there's

4    evidence of just the -- the minor voters, the

5    non-residents, and the people that are dead, is

6    beyond the 11,000 votes Donald Trump won by -- and

7    won by -- or lost by.

8          And he asked -- he asked their secretary of

9    state:  Why -- you know, why wouldn't you just --

10   why would you give this when just using these two

11   things?  I won.  You can't have dead people vote.

12         And what did he say?  He goes:  Well, those

13   numbers are wrong.

14         And then the other guy said:  The president

15   said to -- his guy said:  Well, where did you get

16   your numbers?  He says:  We got them from the

17   Secretary of State's Office.

18         And the Secretary of State goes:  Well,

19   they're still wrong.  And he goes:  Well, we've

20   been -- we need to get the correct numbers from

21   you.  And the guy says:  We've been trying for a

22   month and-a-half to get the correct numbers.

23         I mean, how -- it's so bad --

24         ROY FIELD:  And you can hear it on the

25   whole phone call easily.

1          MIKE LINDELL:  It's terrible.  And you got

2     this across our country.  Doug Ducey from Arizona,

3     the -- I told him to lose my number, the governor

4     of Arizona, the day we showed 10 hours of evidence

5     in Arizona, he -- he -- he told the -- the

6     country:  Oh, we have -- our election was fair.

7          You know -- I mean, George- -- in these

8     states -- these states, just in Arizona, 450,000

9     votes were flipped in Arizona.  Donald Trump won

10    by 400,000 votes.  My home state of Minnesota,

11    they really cheated there; they wanted to make me

12    look real bad, because I was the honorary chairman

13    of -- of Minnesota, so I swear they did it extra

14    just to -- you know, the president -- because I

15    promised him we would win it.

16          And I'm -- you know, while there was

17    320,000 votes in -- in Minnesota that flipped; and

18    Georgia, it's 14 -- 1.4 million.  This is crazy.

19    Our president won.

20          Here's the real totals.  Everybody ready?

21    79,400,000 for Donald Trump; 68 million, if he's

22    lucky --

23          ROY FIELD:  Wow.

24          MIKE LINDELL:  -- if he's lucky for Biden.

25          ROY FIELD:  Wow.

1          MIKE LINDELL:  That's just crazy.  There's

2     states like Pennsylvania, 200,000 more votes got

3     voted than there were people that voted.  200,000

4     more.  Come on, explain that; that's mathematics.

5     That's fact.  Minnesota in Hennepin County,

6     200,000 more votes in -- in a county.  You know --

7          ROY FIELD:  You know, and -- and listening

8     to your interview with Anderson Cooper on CNN, the

9     Clinton New Network --

10         MIKE LINDELL:  Right.

11         ROY FIELD:  -- I -- I noticed -- I noticed

12    that there's almost like a spirit behind him that

13    --

14         MIKE LINDELL:  Oh, yeah.

15         ROY FIELD:  -- was actually being like -- I

16    -- I --

17         MIKE LINDELL:  It was a demon.

18         ROY FIELD:  -- all I could think of was a

19    bully, and -- and yet --

20         MIKE LINDELL:  Yeah.

21         ROY FIELD:  -- they called Trump a bully.

22    You know, people --

23         MIKE LINDELL:  Right.

24         ROY FIELD:  -- called God a bully, but when

25    God deals with stuff, he's a just God, so he deals

 1   with stuff.  That doesn't make him a bully --

 2        MIKE LINDELL:  Right.

 3        ROY FIELD:  -- it makes him just.

 4        MIKE LINDELL:  That's right.

 5        ROY FIELD:  And I think -- correct me if

 6   I'm wrong, we want truth in this country --

 7        MIKE LINDELL:  Right.

 8        ROY FIELD:  -- we want honesty.  We want to

 9   judge ourselves so that we can be better for other

10   people and help other people.

11        MIKE LINDELL:  Right.

12        ROY FIELD:  We want our country back.  I --

13   I do believe --

14        MIKE LINDELL:  Yeah.

15        ROY FIELD:  -- it's time for a great

16   awakening.  We've had two of them, and it's time

17   --

18        MIKE LINDELL:  It's the only time --

19        ROY FIELD:  -- to be heard -- huh?

20        MIKE LINDELL:  It's -- it's the only time.

21   Right now it's -- it's historical.  You look at --

22   you look at Pearl Harbor, a terrible thing

23   happened in Pearl Harbor, but if it didn't happen,

24   where would we be today?

25        ROY FIELD:  Yeah.

1        MIKE LINDELL:  You know, it got our whole

2    nation.  9/11, terrible that happened, but if it

3    didn't happen -- I was getting to the point -- you

4    could take a suitcase, walk into a -- walk into

5    any city and blow up the Hulk City -- you know, we

6    got very -- we got very secure.

7        With this -- this here -- these are bonus

8    manifestations that are going to come out of this,

9    right?  You know, I'm talk- --  the kingdom, the

10   revival, is going to be the (inaudible) --

11       ROY FIELD:  When -- when are they going to

12   be released, Mike?

13       MIKE LINDELL:  Here's -- yeah.  You know

14   what?  Here's the thing, you can go online right

15   now and go on Twitter, go to my feed, I -- there's

16   pages and pages of evidence.  There's not -- you

17   know, pages.

18       And then -- and -- but -- but there's also

19   evidence that the supreme court has that is not

20   out to the public, but that's -- that's nothing

21   compared to this over here.  This -- what's

22   evidence is sitting there -- I mean, what do you

23   need when you have lists of dead people --

24   5,000-some pictures of their birth certificate,

25   their gravestones, and their death certificate.

1    They -- they've actually done that.  There's --

2    and they did this in Arizona, took the pictures.

3         ROY FIELD:  I got to tell you this -- and

4    you don't know this about me, and I -- I don't

5    want to keep you too much longer for -- for the

6    sake of honoring your time, but I had a video that

7    went viral to 28 million views just about a couple

8    months ago; and what had happened is, I had taken

9    a $20 bill and when you fold it a certain way, it

10   shows Andrew Jackson upside down wearing a mask in

11   2020.

12        And I --

13        MIKE LINDELL:  Wow.

14        ROY FIELD:  -- (inaudible) money.  And if

15   you don't mind, I would love to send you the link.

16   It's a 12-minute video.  It went viral on all the

17   money, five, $10, $20, $50, and $100 bill, if you

18   fold them into an airplane, literally --

19        MIKE LINDELL:  Right.

20        ROY FIELD:  -- every single bill shows the

21   towers at five dollars standing tall, the Twin

22   Towers, at 10 they're hit, there's smoke coming

23   out of both towers, on the $20 bills they're

24   falling.  On $50 bill they're gone.  And on the

25   $100 bill there's like a snake dragon thing coming

1   up.  Okay.  The God of this world is Satan, and

2   Jesus condemned him.  He said the God of this

3   world is coming.  The God of this world has been

4   judged.

5        So Jesus was saying that Satan was -- is

6   pretending to be me, to be God, and he's been

7   judged.

8        And so I saw this thing on the money, I

9   started leading people to Christ because --

10       MIKE LINDELL:  Wow.

11       ROY FIELD:  -- they're so busy with their

12   lives, they're -- they're so distracted by

13   everything --

14       MIKE LINDELL:  Right.

15       ROY FIELD:  -- and we've lost the

16   ruggedness, Mike, in our country.  We've got

17   millennials, and even my group who are trying to

18   tame it down; I'm thinking, no, you need to beef

19   it up.

20       MIKE LINDELL:  Right.

21       ROY FIELD:  You --

22       MIKE LINDELL:  Right.

23       ROY FIELD:  -- you need your prayer, you

24   need to beef up your involvement in the community.

25   What would you say, because I heard a rumor about

 1  you, and it's a good rumor, I think, I believe,

 2  but what would you say to a Christian that says, I

 3  don't really want to get involved in politics.

 4          MIKE LINDELL:  Well, at -- at -- what I've

 5  learned now is politics affects everything we do.

 6  Everything.  You know, I'm getting involved now

 7  because it -- it -- this is the kingdom I'm

 8  fighting.  This is -- that's where they fight.

 9  That's the frontlines of the battle.  That's the

10  (inaudible) --

11          ROY FIELD:  Would it be fair to say this is

12  why you've been born, why you're here?

13          MIKE LINDELL:  Oh, absolutely.  This is for

14  such a time as this.

15          ROY FIELD:  Yeah.  I've been -- I mean, the

16  stuff that I get, and then all the sudden I'll get

17  it to -- get it to the president or vice

18  president.  Like right now my relationship with

19  the vice president, I was able to give him a note

20  of encouragement -- well, he's got a big thing to

21  do tomorrow, he's got a -- he's got to stand up

22  and get on his knees and get the answer from God,

23  what he needs to do tomorrow; and all these

24  senators and congressmen that -- that a lot -- you

25  would be surprised, they didn't even realize they

1   -- that -- that -- you know, all the evidence

2   that's out there, it's beyond anything you have

3   ever seen of any crime in history.  It's the

4   biggest crime ever.

5        And I'm telling every single Christian

6   conservative person out there, this is the only

7   time -- if you sit back and do nothing, this is

8   what I have told all these -- all these

9   legislative people I've talked to, and anyone --

10  how are you going to face God when you get up

11  there and say -- why didn't you do anything?

12  Doing nothing this time is -- is as bad as what

13  they did.  And I mean that.

14       ROY FIELD:  (Inaudible) -- I totally --

15       MIKE LINDELL:  If you know -- if you know,

16  you can't --

17       ROY FIELD:  Yeah.

18       MIKE LINDELL:  -- you can't play plausible

19  deniability.  It's just like if you've been -- if

20  you -- in your life, if you've been witness to for

21  Jesus and you didn't surrender -- I -- I mean, you

22  know, that's not good.  You know -- you know, you

23  can't play plausible deniability.

24       ROY FIELD:  And Mike, I --

25       MIKE LINDELL:  And anybody knows that this

```
 1   is it.  And if you don't stand up --
 2        ROY FIELD:  Yeah.
 3        MIKE LINDELL:  -- how are you going to face
 4   God?  If I didn't go -- people say to me all the
 5   time --
 6        ROY FIELD:  Yeah.
 7        MIKE LINDELL:  -- Mike, how do you -- how
 8   are you still having -- I got this courage thing
 9   the other day, I go -- how can you be so
10   courageous?  I go:  It's what I'm supposed to be
11   doing.
12        ROY FIELD:  Yeah.  I -- you can't --
13        MIKE LINDELL:  I mean, I don't even --
14        ROY FIELD:  -- stop it from happening --
15        MIKE LINDELL:  I don't even think -- I
16   don't even think about it like (inaudible) --
17        ROY FIELD:  Yeah.
18        MIKE LINDELL:  I tell everyone out there,
19   you can't have fear right now.  There's only one
20   fear, the fear of the Lord.  You can't have fear.
21   Fear is sitting there and doing nothing.  You have
22   got to be courageous --
23        ROY FIELD:  Just -- and --
24        MIKE LINDELL:  -- and you've got to stand
25   -- and you've got to believe.  He is our president
```

1    for the next four years.

2         ROY FIELD:  Yeah.

3         MIKE LINDELL:  And then there's lots of

4    things.  This is going to -- there's lots of

5    things that are going to happen, where it's going

6    to make a -- but the whole thing is to bring

7    people back to God, to bring -- to the biggest

8    revival in history right now.  This is amazing.

9         ROY FIELD:  This -- this -- and I want to

10   end with this today, because I realize you've got

11   some things to go.  You -- you -- you have such a

12   busy schedule going on with your life, and I just

13   -- I praise God of what he's doing with you.

14        I am so -- honestly, Mike, I'm so thankful

15   for a man like yourself.  I think that's why you

16   and President Trump probably get along; he sees

17   you sees the businessman in you, you see the

18   businessman in him.

19        MIKE LINDELL:  Right.

20        ROY FIELD:  And then you see him being the

21   President of the United States.  And is it true

22   that you're going to possibly be possibly running

23   to be Governor of Minnesota?

24        MIKE LINDELL:  Well, you know, it is true.

25   And -- and I'll tell you, you know, you go back a

1  year ago and I was -- you know, I had some dreams,

2  you know, and stuff, but it wasn't -- it wasn't as

3  clear.  And I'm going, you know what, if I did

4  that, it would almost be like minimizing my

5  platform.  That's what I thought at the time.

6        ROY FIELD:  Huh.

7        MIKE LINDELL:  I really thought that that

8  was at the time.  You go to be a governor and you

9  -- does anybody hear from me anymore?  You know,

10  this platform God's got me on, which goes -- I

11  mean, I have world leaders that have been calling

12  me up that -- I have one tonight to meet, and I'm

13  going:  What do you want to meet with me for?  I

14  have this -- like this -- I still have a little

15  bit of that unworthy, like a -- you know, why me

16  God?

17        But look what happened in my home state of

18  Minnesota, because we are ground zero for evil in

19  this country.  And let me tell you, all the riots

20  started out of terrible decisions made by

21  politicians in Minnesota.  Our governor, he's up

22  for the worst governor of the year with four other

23  governors in this country.  I can -- I think

24  there's two more, so we have seven candidates for

25  the worst governor in history.

1          Okay.  So you've got him.  You have the

2     mayor of Minneapolis.  The mayor of Minneapolis,

3     they make all these decisions that have ruined our

4     -- ruined our City of Minneapolis.  But when I say

5     ground zero for evil, there's so much evil there,

6     and even during this pandemic where our governor

7     would not let our churches be open, he gave the --

8     the Somalians their -- Ilhan Omar, who hates us

9     and hates Israel, you know, they're there and they

10    did a call -- they put this Muslim call to prayer

11    on top of the buildings, and they got to do all

12    their stuff with that, Downtown Minneapolis at --

13    right during the middle of this, it didn't -- it

14    makes no sense.

15         So what I wanted to do -- and I'll tell

16    anybody out there, anybody that has a church,

17    here's how you get around that:  If they shut your

18    church down, if you're in one of these states

19    where they're telling you, you can't go, you're

20    not an essential business, get some -- get some

21    masks, reach out -- I don't care if it's a -- you

22    can get masks for dirt cheap now, pennies on the

23    dollar.  I got tons of them.  And you get them and

24    you make yourself a mask distribution center on

25    Sunday mornings, free masks from 7:00 to noon --

 1   oh, and by the way, you can listen to somebody

 2   talk while you're here getting your masks free.

 3        You know, it's (inaudible) --

 4        ROY FIELD:  That's (inaudible) --

 5        MIKE LINDELL:  -- it's like those --

 6        ROY FIELD:  That's a good idea.

 7        MIKE LINDELL:  -- peaceful protests that

 8   the President did, you know?  And -- and by the

 9   way, I want to tell everyone I talked to the

10   president four days ago, and we -- and we -- it

11   was me -- and Ben Carson was there, too; and Ben

12   -- Ben asked -- Secretary Carson said something

13   about -- you know, you're not giving up or

14   anything, you'll just see how -- and we're -- and

15   we were there to encourage them.  And he looks --

16   he goes:  What, are you kidding me?  He goes:

17   Absolutely not.

18        And he looks at me, I'm going -- you know,

19   he's 100 percent, he knows he's our president for

20   the next four years.  That beautiful rally he did

21   last night in Georgia, I was there -- you know, he

22   knows, because he knows what I know, too.  We got

23   a little advantage.  We know the evidence that's

24   there; we just need someone -- everyone out there

25   has got to pray that they look at it tomorrow, and

 1   the -- and the vice president says -- even if he

 2   says, hey, let's just delay this ten more days;

 3   and then that gives us enough time.

 4        And they got to order the machines.  Go get

 5   the machines, let's open them up, then we can show

 6   you everything, footprints, everything; and it's

 7   -- it's so much evidence.

 8        Even like I say, the people on the left are

 9   going to go:  Wow, I hate the guy, but he won,

10   fair and square.  You know -- you know, and then

11   all the evil are going to get -- all these guys

12   are going to go to prison.  There's -- this is the

13   most people -- you know, I believe it lasted this

14   long so all the rats bubble their heads up, so all

15   the evil -- you can see, even -- and don't kid

16   yourself, there were people in the GOP involved in

17   this, too.  This goes deep.

18        ROY FIELD:  Yeah.

19        MIKE LINDELL:  This is evil.

20        ROY FIELD:  I -- I --

21        MIKE LINDELL:  This is not politics, this

22   is evil.  Everyone's got to really -- this isn't

23   Donald Trump and that -- this is evil versus good,

24   you know --

25        ROY FIELD:  I was shocked to hear Mitch

 1   McConnell say we want to wel- -- you know,

 2   congratulate President-Elect Biden.  I just

 3   thought, what?

 4         MIKE LINDELL:  I -- I rest my case.  You

 5   know, and -- you know, I don't have -- you know,

 6   all I -- you can't explain that, but he's the one

 7   that's got to explain, not only to the American

 8   people when this is all shown, because this time

 9   nobody -- no person is going to go -- is going to

10   get -- you know, walk away from this.  It's not

11   going to happen.  They're all going to get -- this

12   is the biggest crime in history, and -- but -- but

13   the blessing is, we caught -- they got caught.

14   They got caught in the -- you know --

15         ROY FIELD:  Would --

16         MIKE LINDELL:  -- it's --

17         ROY FIELD:  Would you do me a favor and

18   close us out in a prayer after I say this; you

19   know, would you agree that the two things that we

20   need in America, that every Christian that has

21   received Christ or hasn't received Christ -- and

22   I'm going to give an opportunity as well in this

23   program, you need the bible and you need the

24   Constitution of the United States.

25         MIKE LINDELL:  Right.

```
 1          ROY FIELD:  Would you agree with that?

 2          MIKE LINDELL:  Absolutely.  Absolutely.

 3          ROY FIELD:  And would you agree that they

 4    need to study this, find the -- you know, study

 5    God's word for your own soul and spirit.

 6          MIKE LINDELL:  Right.

 7          ROY FIELD:  And then --

 8          MIKE LINDELL:  Yeah.

 9          ROY FIELD:  -- study the country that you

10    live in, and know your rights.  I found that most

11    Christians actually don't know their rights.  Do

12    you know most people --

13          MIKE LINDELL:  They don't.

14          ROY FIELD:  -- do not know that it was

15    against the constitution to stop a peaceful

16    assembly.  I was shocked at how many people

17    actually didn't know that.

18          MIKE LINDELL:  Right.  Wow.

19          ROY FIELD:  And -- and -- and that's --

20    that's part of the problem is the average person

21    in America thinks, well, I don't want to come

22    against, you know, Romans Chapter 13 says to obey

23    every ordinance of -- of governance and stuff.

24          MIKE LINDELL:  Right.

25          ROY FIELD:  Our ordinance, the highest form
```

1    of ordinance, is the Constitution.

2         MIKE LINDELL:  Right.  Right.

3         ROY FIELD:  Even the president of the

4    United States cannot come against the

5    constitution.  He's there to uphold it.  So --

6         MIKE LINDELL:  Right.  Well, it's like --

7         ROY FIELD:  (Inaudible) --

8         MIKE LINDELL:  -- it's like my -- my

9    neighboring governor, she's a friend of mine,

10   Governor Kristi Noem, what she did at the

11   beginning of this pandemic, she looked at the

12   constitution and said:  What I -- I -- these are

13   rights I cannot break.  Here's the medical facts.

14   And, plus, people got to be responsible for their

15   own.  In other words, get in the bible and you --

16   you know, you got to do some of this, you got to

17   be responsible --

18        ROY FIELD:  Yeah.

19        MIKE LINDELL:  -- you -- for yourself, too.

20        Well, what she did -- there's no math

21   there, there's no -- you know, it's -- it's --

22   it's every business was deemed an essential

23   business.  So they're right next to Minnesota --

24   here's two states, you know where her state's at

25   now?  The number one economy in the United States,

File 14 My Pillow Guy Part 1 & 2
January 05, 2021                           80

1   they're -- during the -- during this China virus,

2   their -- their tourism is up 150 percent, all the

3   churches -- everything stayed open, it's

4   beautiful.  And then the -- the bad people told

5   her, your -- you Fauci's and your Gates, they're

6   telling her:  Oh, you're going to have this many

7   deaths now because of you.  She's 10 times below

8   what they said she would -- what they said.

9          ROY FIELD:  Wow.

10         MIKE LINDELL:  It's a big lie.  It's all a

11  big lie.  You know, masks are bad for you; I'm

12  telling you.

13         ROY FIELD:  Well, pray -- pray for us,

14  Mike, as we close out now.  Would you just pray

15  for every view?

16         MIKE LINDELL:  Yeah.  I pray -- I want to

17  pray -- Lord, we pray we -- we -- I reach out to

18  you for anyone out there that has that wound,

19  Lord, that has like I had back in -- you know, way

20  back when, that they feel -- they get on their

21  knees and they surrender to you, Lord, that you --

22  they're looking for hope, everyone there -- anyone

23  out there looking for hope and you need to --

24  Lord, show them that that hope is you.  Fill their

25  -- fill -- restore their hearts right now, we ask,

 1   in Jesus' name.  We were -- to restore each and

 2   every person out there.  Give them -- give --

 3   replace those wounds, those wounds that they're

 4   not good enough, the wounds that they're hopeless,

 5   the wounds that they're -- of rejection, whatever

 6   that is.

 7        Just fill them up with the holy spirit.

 8   Fill them up with you, Lord.  Get it -- you know,

 9   and I -- I ask that -- that you reach out to Mike

10   Pence, Lord, and fill his heart with you, so we

11   pray for him to have great wisdom and discernment,

12   but it's -- what your will is, Lord.

13        We pray for that.  We pray for our country.

14   We pray.  We -- we -- we thank you for being in

15   this time, Lord, for the miracle on election

16   night.  We -- we pray that you have -- that you

17   are in control, that we have no fear that we can

18   all get out this calm, when we get up and we are

19   going to -- we are going to be fearless, Lord.

20   And we are going to be out there.  We're going to

21   have courage, courage to like a -- to read and --

22   and, you know, to know conscious (phonetic) to

23   know our rights, and to know our -- and be

24   proactive, Lord.

25        I -- I pray that everyone out there can get

File 14 My Pillow Guy Part 1 & 2
January 05, 2021                    82

```
 1          in the bible and get in the word, because when

 2          prayers are answered, we know, Lord, that you will

 3          answer them if we -- if we -- where the -- where

 4          the -- where's your word out, Lord, it's -- or

 5          where is your will at, your will is in the word.

 6          And we want that -- we want to follow your will,

 7          what it -- what your will is, Lord --

 8                ROY FIELD:  Yes (inaudible) --

 9                MIKE LINDELL:  -- for our country, for

10          where we're at now.  But we -- one -- but once

11          again, we pray for the individuals, for each and

12          every person to find you right now, Lord.  And --

13          so that they can get on their knees, surrender to

14          you, and we can be one nation under God.

15                ROY FIELD:  Yes.

16                MIKE LINDELL:  I pray all this in Jesus

17          name.

18                (End of the recording.)

19

20             C E R T I F I C A T E

21

22          I, Jackie Mentecky, Transcriptionist/Court

23    Reporter, do hereby certify that I was authorized to

24    transcribe the foregoing recorded proceeding, and that

25    the transcript is a true and accurate transcription of my
```

1    shorthand notes to the best of my ability taken while

2    listening to the provided recording.

3

4    Dated this 29th day of January, 2021.

5

6

7

8

9    _____

10                  Jackie Mentecky

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25