# Exhibit 348

Mike Lindell

1

2

3

4

5          FILE NAME:

6    Screencast-katedalleyradio.com-2021.02.19-17_00_20

7

8

9

10        TRANSCRIPT OF AUDIO-RECORDED INTERVIEW

11              MIKE LINDELL

12              KATE DALLEY

13

14

15

16

17

18

19

20

21

22

23

24  Transcribed By:
    TERRI NESTORE
25  CSR No. 5614, RPR, CRR

1    KATE DALLEY:  I am really, really happy to have

2  this next guest because I'm a huge fan of his.  He doesn't

3  realize that, I'm a huge fan, and we've mentioned Mike and

4  the success of MyPillow and Mike Lindell a lot over the

5  last two months, three months because of Mike, just so

6  outspoken and brave to do it and I'm just so appreciative

7  of everything you're doing.

8    Welcome to the show, Mike Lindell.

9    MIKE LINDELL:  Oh, thanks for having me on.

10   KATE DALLEY:  You bet.  I'll tell you what, the

11  movie Absolute Proof, please, I urge people to go and see

12  this movie and you can see it right on your website,

13  Michael J. Lindell, that's L-I-N-D-E-L-L dotcom, and they

14  can watch this movie.

15   What -- I love that you're putting your money

16  when your mouth is, I love that you're doing this, and the

17  success of this, has it surprised you?

18   The success and the censorship?

19   MIKE LINDELL:  Yeah, that's been seen by

20  105 million people --

21   KATE DALLEY:  Wow.

22   MIKE LINDELL:  -- and the average watch time is

23  an hour and 53 minutes, so it's amazing.

24   But I want to tell you what I did yesterday.

25   KATE DALLEY:  Okay.

Mike Lindell

1    MIKE LINDELL:  You can go to lindelltv.com and

2  you can watch the shorter version, which is 20-some

3  minutes long, and it shows a hundred percent evidence and

4  proof.

5    KATE DALLEY:  Oh, I love that you did that.

6    Lindelltv.com?

7    MIKE LINDELL:  Yep, yep, and we're going to keep

8  that site so we can keep getting the message out to people

9  where this is all going, because there's going to be

10  solutions, but the biggest thing now is for everybody to

11  watch this and know what happened to our country with this

12  attack by China and other countries and through these

13  Dominion machines and Smartmatic machines, and it's all

14  going to come out.  There's no statute of limitations on

15  this, everybody, so be calm.

16    KATE DALLEY:  I'm so glad to hear that.  I'm so

17  glad to hear that.  I've actually been surprised.  I've

18  been surprised at how the media has provided cover for

19  this fraudulent election, and has it surprised you to the

20  extent that they've gone, even to cram it down our throats

21  to tell us we're not even allowed to discuss the word

22  "fraud"?

23    MIKE LINDELL:  Yeah.  Well, you know, when I

24  found this new piece of evidence on January 9th, that's

25  when I really went on.  You know, I'd been looking for

Mike Lindell

1  stuff since November 4th, but it got magnified so bad

2  after January 9th -- because this is the smoking gun, this

3  is the cyber forensics where it shows the complete attack,

4  IP addresses, ID's of computers and everything -- but

5  since that time, I mean for me, the media attacked me

6  relentlessly.  Every single day, a new thing would happen.

7  Mike Lindell's Twitter's down, we're taking away

8  MyPillow's Twitter, we're taking away his Facebook.

9  Wikipedia attacked me.  Google took my money, when I

10  launched this documentary to buy my own name and finally

11  -- I just kept bidding higher on my name so I could get it

12  to the top.  They finally said, we're just keeping your

13  money and we're not letting you buy your own address.

14        So the attack has been unprecedented.  I've never

15  seen anything like it.  Bots and trolls attacked all my

16  vendors and my retailers, so 22 of them have dropped

17  MyPillow now as part of this cancel culture.

18        But interestingly, this is really interesting,

19  everybody out there.  You see me on the news every day

20  getting attacked, and I actually would do stuff to

21  purposely get attacked because I wanted to keep it in the

22  news that I was coming out with this evidence on

23  February 5th.

24        So every day I was doing something to kind of --

25  and then I was telling -- New York Times would call me,

1  USA Today, Washington Post, CNN.  I give them all my

2  direct cell phone, right?  So they're all calling me every

3  day and then they're mocking me with their stories and

4  Mike Lindell's unsubstantiated proof -- they didn't even

5  know what I had.

6       So I told them all, it's coming.  On the 5th,

7  it's coming, and when it's launched February 5th, from

8  that point, it's been crickets.  Nobody will have me on,

9  nobody will call me.  I call their cell phones

10  relentlessly and go, um, hello?  Did you guys forget about

11  me out here?  Because they don't want this out there.

12       Dominion and Smartmatic threatened to sue me, but

13  they're never going to sue me because that would be

14  perfect.  I want them to so that we can get the evidence

15  out even faster.

16       KATE DALLEY:  Oh, wouldn't that be great.

17       What has Trump's reaction been behind the scenes?

18  I can't even imagine because to me this was so blatant and

19  obvious, you'd have to have your head in the sand not to

20  see the fraud that just happened, and the way that they

21  did it so obviously, but where -- what has Trump's

22  reaction been on all of this, behind the scenes?

23       MIKE LINDELL:  I have no idea.

24       The last time that I seen him was at the

25  Whitehouse when I tried to get him this piece of evidence

Mike Lindell

6

1  back almost a month ago now or whatever it was, three,

2  four weeks ago, and as you read there, I was kind of

3  hustled out of Whitehouse and --

4      KATE DALLEY:  Yeah.

5      MIKE LINDELL:  But -- and from that point on it's

6  been -- I'm sure he's seen the documentary, and that has

7  opened everybody's eyes to how serious this thing is.

8      It's beyond belief.

9      Right now I tell everybody in the documentary,

10  everyone out there, there's two miracles that happened the

11  night of the election, and going forward.

12      The first miracle is these machines are rigged.

13  You would have -- if they wouldn't have underestimated

14  Donald Trump getting all of these -- probably about

15  9 million more votes than what they expected, it broke the

16  algorithms on election night at 11:15.  That's why you had

17  all these weird anomalies, where -- weird deviations, and

18  they all stopped counting in the middle of the night.

19      KATE DALLEY:  Right.

20      MIKE LINDELL:  Well, they had to react to that.

21  These were not mail order votes coming in.  The mail-in

22  votes were counted in the morning of the 3rd, so all of us

23  went to bed, we get up, we're going, what just happened?

24      KATE DALLEY:  Right.

25      MIKE LINDELL:  Well, what happened was they stole

Mike Lindell

1  -- that's when they had the backfill, and they made it

2  very obvious.

3       Now, if they would have estimated this right, we

4  would have all went to bed at 3:00 in the morning, all the

5  states would have been counted, we would have said, oh,

6  Biden won, better luck next time, we'll do better, you

7  know, and obviously mail-in votes made him win.  No.

8       So that was the first miracle.  So everybody

9  goes, something happened, something's terribly wrong.

10       You had states like Arizona that took one week to

11  count one percent, Maricopa County.  When that gets opened

12  up, you'll never see so much horrific things that went on

13  there in your life.  I already know what went on there,

14  and that's going to get opened up very soon.

15       But then you have Georgia, as you know, and then

16  Michigan, they dumped votes in the middle of the night.

17  This wasn't even part of the algorithm of the machines.

18       But here's what I wanted to say, and I say it in

19  my documentary:  These machines have been around, starting

20  with Venezuela in the early 2000s, and they took that

21  country in two years.  They have a weighted race feature

22  on these machines.

23       They came to our country in about 2006, they were

24  used sporadically in other races in '12, '16 and '18, and

25  now they went all in.

Mike Lindell

8

1       They put them all over the United States, so they

2   have these -- China had 60 percent of the invasion and

3   then plus you had these traitors in the government here

4   and on the ground here in the United States that worked

5   with them to do this.

6       Well, the miracle is this:  If every state would

7   have done their job, the legislatures, if you didn't have

8   crooked politicians like Doug Ducey and Brian Kemp, if you

9   didn't have crooked politicians like that and they would

10  have done their job, of course they would have said, well,

11  you can't count dead people and people that don't live in

12  the state and all these things.

13       Well, if that would have happened, Donald

14  Trump -- they would have said, Donald Trump, you're the

15  winner.  You can't count all these.  Like we would have

16  never known about the machines and they would have just

17  rigged it more next time, and it's over.

18       KATE DALLEY:  Sure.

19       MIKE LINDELL:  If these machines are in place

20  anywhere in the world -- I've had nations call me,

21  presidents of other nations call me and go, you know, we

22  got these machines two years ago.  They're worried about

23  their countries.  All eyes are on the United States right

24  now.

25       KATE DALLEY:  Oh, 100 percent, and this is why

Mike Lindell

1  all the politicians, all the crooked politicians are being

2  so quiet because it affects their races too.

3      MIKE LINDELL:  Oh, absolutely.  Absolutely.

4      And there's down tickets too, that were affected.

5      I'm not stopping.  We have a whole team that is

6  not stopping, that -- I became like a hub of a wheel for

7  this country where everybody, because I stood out and

8  didn't back down and did -- and just kept on and kept on,

9  people now are calling me, whistleblowers, everyone and

10  their brother is calling me and we're just sorting through

11  everything, but the biggest thing is these machines and

12  they will be gone.

13      KATE DALLEY:  Yes, one can hope.

14      What gives you your drive, Mike, to do this?

15      How do we get your courage cloned?

16      MIKE LINDELL:  Well, the...  I guess if you read

17  my story, I've kind of my whole life, my whole life is

18  kind of -- my whole life has kind of led up to this point.

19      MyPillow has always been just a platform for

20  something much bigger.

21      KATE DALLEY:  Yes.

22      MIKE LINDELL:  And I guess this is for times such

23  as this.  And for me, this is pretty easy.  When I a

24  hundred percent know that this happened -- it's not

25  99.99 percent.  I've seen it, I've got it all, you know,

1  every -- once you watch Absolute Proof, what you see in

2  there --

3       KATE DALLEY:  Yes.

4       MIKE LINDELL:  -- there's so much more than that,

5  and when you have that -- and our whole country's at

6  stake.  If I walked away now, I couldn't even live with

7  myself the rest of my life.  My grandkids.  I made big

8  sacrifices right now.  Like I said, I can't go home and

9  see -- I can't go back to my home state to see my

10  grandkids, my niece and nephews because, you know, they're

11  not -- there's some bad people out there --

12       KATE DALLEY:  Yes, there is.

13       MIKE LINDELL:  -- and they don't want my mouth

14  out there, telling these things.

15       KATE DALLEY:  And I do I worry about you and I

16  just wish we could clone you.

17       Would you run for office?  I know that you talked

18  about running for governor.

19       MIKE LINDELL:  I will not run for office until

20  these machines are gone.  It would be a waste of time.

21  Anybody running now, it would be a waste of resources,

22  time.  This is an attack by socialism and communism coming

23  into our country.

24       One of the things now that's kind of nice is

25  that, you know, a silver lining here is even like my

Mike Lindell

11

1  company, I have 2500 employees and there's many, many

2  democrats and there's -- I have friends that are

3  democrats, but you know what?  They're all seeing what's

4  going on now and going, we didn't vote for this.  Well,

5  no, you didn't vote for this.  This was voted by out of

6  foreign countries did your vote for you.

7      KATE DALLEY:  Yes.

8      MIKE LINDELL:  And guess what's not here?  This

9  is not your democratic party you thought you voted for.

10     KATE DALLEY:  Oh, 100 percent.  They're

11  hijacking, they're hijacking our country, and doing it so

12  obviously and blatantly, and it's people like you that are

13  going to inform people on the facts, the truth; and that

14  is that this was a stolen election and absolute truth --

15  Absolute Proof, I'm sorry, Absolute Proof, the movie, I

16  love that you did this.  Did you get a lot of pushback,

17  trying to put this movie together?

18     MIKE LINDELL:  No.  We did it in a secret

19  location in five days.

20     KATE DALLEY:  Excellent.

21     MIKE LINDELL:  And believe me, we were -- all the

22  media -- they -- it was -- we had protection and

23  everything else.  We put it together and like I say, the

24  day I launched it, it was like Whac-A-Mole.

25         They tried to -- they suppressed us, they took it

Mike Lindell

1   off YouTube, they took it off Vimeo.  They tried to -- the

2   media just booked -- all of a sudden -- I go, hey, guys, I

3   got -- you know, I got -- here's your proof you've been

4   waiting for.  Now they don't call, they don't write.

5        I mean, Jim Acosta at CNN, he was -- you know, he

6   doesn't call, the New York Times, they don't call.  They

7   called every single day before to whack me in the media

8   and talk about Mike Lindell, he's lost his mind.

9        KATE DALLEY:  We're going to head to a quick

10  break.  Lindelltv.com to get the short version.

11       Lindelltv.com, Absolute Proof, the movie

12  everybody must watch, Mike Lindell's movie.

13       I'll be right back.

14       (Commercials)

15       KATE DALLEY:  Hi there, welcome back, Kate Dalley

16  Show, katedalleyradio.com, just telling the truth.  We do

17  it day in/day out, and I love what we get to do here and

18  speaking to you all over the country and Canada too --

19  won't forget you guys, huge following in Canada -- but

20  we're excited to have all of you listening because I've

21  got the great Mike Lindell on.

22       And let me just tell you, I admire Mike because

23  Mike was willing to get out there and not give up, and

24  make sure that he kept talking about election fraud and

25  made sure that he was bringing the issue to light and you

Mike Lindell

13

1   know why I love that?  Is because everyone's been told

2   they're not allowed to talk about it.

3        And there are so many corporations on the take

4   that are going along with this and colluded to do this,

5   that I am telling you, I just love Mike Lindell.

6        Mike Lindell, MyPillow guy, so glad to have you

7   back and, you know, I know you've taken some risks and

8   some hits and I realize that what you said in the last

9   segment was you have to do this.  You can't -- you can't

10  just ignore this, and Americans out there don't want to

11  ignore it either and so we're wondering what to do.

12       MIKE LINDELL:  Right, right.

13       Well, you know, God gave me this big platform of

14  my voice, you know, and even like Dominion out there, the

15  other day they just did a story a couple days ago, The

16  Daily Beast, they went to 'em, are you going to sue Mike

17  Lindell?  And they go, yes, it's imminent.

18       Well, they called me up, The Daily Beast called

19  me up and said, Mike, they say they're going to sue you,

20  and I said, I've been telling them to sue me for three,

21  four weeks -- and same way with Smartmatic, to be fair.

22       They're not going to do it and sure enough, they

23  didn't do it yesterday.

24       So I called The Daily Beast back up and I said,

25  you know, you guys better call them again and bug 'em to

Mike Lindell

14

1  sue me because you're going to -- they're going to think

2  -- people are going to think you're putting out fake news.

3      But anyway, so these --

4      KATE DALLEY:  Wow.

5      MIKE LINDELL:  They won't, and the reason they

6  won't do it -- let me tell everyone out there.  There's

7  only two lawsuits, the one against Sidney Powell, and then

8  they did that one against Fox, Smartmatic did.

9      Now those are -- call it smokescreens.  What they

10  are, all that was forest so no one else, every other news

11  outlet would use the excuse that they could get sued, and

12  these are radio stations I'm on, I'm on TV stations, you

13  know.

14      KATE DALLEY:  Sure.

15      MIKE LINDELL:  Boy, Mike, don't say the word

16  "Dominion."  Well, I do and sometimes they shut me off on

17  the stations.  I'm not going to go on there and be

18  suppressed.  I'm going to, you know -- so now -- but now

19  they don't call because they know I'm going to speak my

20  mind, regardless.

21      But, you know, the thing of it is they did that

22  to scare people.  It's part of the cancel culture.  What

23  they did, when they came after me with the bots and

24  trolls, you've got to realize I supported this president

25  since the day I met him in the summer of '16.

Mike Lindell

15

1    I was attacked then.

2    But I'm going to tell you how bots and trolls

3 work.  I didn't know anything about politics, ex-crack

4 cocaine addict.  Summer of '16 I ended up meeting him by a

5 divine appointment, he invited me to New York City.

6    August 15th I walk into his office, it's just him

7 and I for a half-hour.  He said Mike, you know, you make

8 your pillow here in the U.S. and all these workers.

9    KATE DALLEY:  Right.

10    MIKE LINDELL:  And I said -- you know, we talked

11 about bringing -- he said he was going to bring the jobs

12 back, the manufacturing.  We talked about me being an

13 ex-addict and I was going to have this huge network to

14 help millions of addicts.  He says, I'll stop the drugs

15 pouring in, you know, all these different things.

16    But I walked out of there and said, wow, he's

17 going to be the greatest president ever.

18    Talked to his employees and they're all saying

19 good things about him and he's a great leader, but he had

20 done something for them personally.

21    Well, anyway, I went back to Minnesota, this is

22 the summer of '16 now -- remember I was their little

23 darling.  I could say, yeah, I'm walking across the

24 street, and there would be ten media outlets.

25    KATE DALLEY:  Right.

Mike Lindell

16

1      MIKE LINDELL:  Well, I walked -- went back there

2  this time and I did a press release, hey, I met Donald

3  Trump, we had a meeting and I figured, here's one of their

4  big businessmen, employs over a couple thousand people,

5  and they didn't even put in there what we talked about.

6      Well, none of them called me, none of them

7  reached out, none of the media, and then all of a sudden

8  the attacks came.  They called me a racist, all these bots

9  and trolls -- but I thought they were real people, at

10  first.

11      KATE DALLEY:  Right.

12      MIKE LINDELL:  And I thought, wow, I'm the worst

13  guy on the planet, you know.  I thought, what did I do?

14      KATE DALLEY:  Gosh.

15      MIKE LINDELL:  But then I learned real fast.  All

16  of a sudden, the Better Business Bureau took my company

17  from an A plus to an F, you know -- and they're one of the

18  most crooked organizations in the country.

19      KATE DALLEY:  Yes.

20      MIKE LINDELL:  Truthinadvertising.org, they're

21  all tied together.  And then you have Sleepnet.

22      These groups are paid hit groups, dot org.

23      So right now what's going on -- and people circle

24  back -- it's happened to me four times now.

25      So last spring, when I spoke at the Rose Garden,

1 when I spoke out for God -- I don't know if you've seen

2 that.

3        KATE DALLEY:  I haven't.

4        Now I've got to go see it.

5        MIKE LINDELL:  Yeah, I said -- yeah, if you look

6 at the Mike Lindell Rose Garden speech, but I spoke at the

7 Rose Garden and I talked about spending times and getting

8 back in the Word, reading our Bible, spending time with

9 our families.

10        KATE DALLEY:  Yes.

11        MIKE LINDELL:  You would have think I shot

12 somebody.  I mean, it was the number one tweet around the

13 world.  The left -- everything, they all attacked me, bots

14 and trolls attacked me and, you know, I got over it real

15 quick, you know.  Everyone was behind it.

16        KATE DALLEY:  Right.

17        MIKE LINDELL:  Then this last summer -- then this

18 last summer I had myoleander.com, here this guy brought it

19 to me, it was to help the virus.

20        I mean, you'd think that was a bad thing.

21        KATE DALLEY:  Sure.

22        MIKE LINDELL:  And I get on Anderson Cooper,

23 thinking I'm going on there and CNN is going to announce

24 this great help for the virus, you know.

25        KATE DALLEY:  Right.

Mike Lindell

1      MIKE LINDELL:  And he attacked me for 24 minutes.

2      And bots and trolls went after my other vendors,

3  so I lost QVC then, HSN, all these you know, part of this

4  cancel culture and then this time it's like multiply that

5  by twentyfold.  They really don't want this out there.  I

6  mean they don't want any of the fraud out there.  I mean,

7  I must be right over target.

8      KATE DALLEY:  Yes.

9      MIKE LINDELL:  Which I am.  I'm right over target

10  and -- but people need to realize, like all these box

11  stores that went away, these retailers, they're as bad as

12  the people that did it because they aren't -- these are --

13  you know, they're part of the cancel culture.

14      People can't live in fear right now.  If you're

15  out there and you have a business or you think you're

16  going to just sit around and run to church on Sunday and

17  pray that it all goes away, you need to get -- you know,

18  you need to pray every day, I'll tell you right now, but

19  we --

20      KATE DALLEY:  Yes.

21      MIKE LINDELL:  -- but we all need to get through

22  this together, and to do the right things and when you ask

23  for guidance, that's where, you know, right now I'm taking

24  everything in and I do -- and I will have next week, you

25  know, some kind of guidance for everybody, because there's

Mike Lindell

19

1  a lot of things we can do but I just don't want to say

2  anything yet.

3      KATE DALLEY:  Sure.

4      MIKE LINDELL:  Because they've all seen the

5  Absolute Proof now and now people are going, now what?

6  Now what?  Well, if you watched it, remember at the end

7  where I said this is a precedence?  There is no precedence

8  for this.  This is the precedence.

9      I can tell everybody right now that there's nine

10  Supreme Court justices out there, just like I said in

11  Absolute Proof, and every one of 'em has seen this movie

12  and they're supposed to protect our country.

13      KATE DALLEY:  Yes.

14      MIKE LINDELL:  And you know what, nobody's looked

15  at the evidence yet.  That's a big fallacy out there.

16      Only two places in this country have looked at

17  the evidence; Massachusetts, and that was from a

18  September, a primary; and Antrim County, Michigan, and

19  they'll both those cases are ongoing.

20      KATE DALLEY:  Sure.

21      MIKE LINDELL:  They said 7,000 votes got flipped

22  in a 15,000 seat county.  So you guys, this is all, you

23  know -- there's no statute of limitations and I really

24  believe it's going to lead to the greatest uniting and

25  revival in history.

Mike Lindell

20

1        KATE DALLEY:  I do too.  I absolutely do too.

2        And I love your faith in God and I love that you

3    share that with people because we have to -- yes, we have

4    to pray, we have to do more than that too.  We have got to

5    take steps to get our country back, and really that's the

6    whole mission of this show too.

7        I'm telling you, I love your courage to go out

8    there and do it and remind people that the cases were

9    rejected in the court system due to the way that they

10   proceeded, not because of anyone saw the evidence.

11       They didn't, like you said, right?

12       MIKE LINDELL:  That's absolutely correct.

13       KATE DALLEY:  Right.  Procedure.

14       MIKE LINDELL:  Every single case, either the

15   judge was scared to be the first judge or he was -- you

16   know, there might have been some that were compromised,

17   but my guess is, you know, they look for anything they

18   could to not be that first judge.  So they looked for a

19   procedure or, you know -- none of 'em denied it because of

20   lack of evidence, I'll tell you that right now.

21       KATE DALLEY:  Yes.

22       MIKE LINDELL:  I mean, when you allow dead people

23   to vote and nonresidents and people to vote twice, you

24   know, and I say that in that documentary, thank the lord

25   that we didn't flip it back then because we would have

Mike Lindell

21

1  lost our country and world forever.

2      At least now it's all going to come out.

3      I want to tell you, this is all on God's timing.

4  This isn't -- you think God is looking at November 3rd or

5  December 14th or January 6th or January 20th?  He's

6  looking at -- this is God's plan, and I really believe --

7  look what's happened just in the last -- just since

8  January 20th.  Friends of mine that were on the left, that

9  were democrats, they're going what -- what is going on?

10     KATE DALLEY:  Right.

11     MIKE LINDELL:  They're scared, and when they're

12 scared, I mean, I'm sorry, that's going to be a great

13 uniting against one evil -- and that is the word, "evil."

14     This is good versus evil and they tried -- you

15 know, it's in the Bible where you go, good becomes evil

16 and evil becomes good -- I think, anyway.

17     KATE DALLEY:  Yes, absolutely.

18     MIKE LINDELL:  And that's what they do.  Anything

19 they do, they flip it around and say that that's what

20 we're doing.  It's like when someone cheats and say, hey,

21 you're cheating.  No, you're cheating.  The cheater's

22 cheating.  Well, when they accuse this country, trying to

23 go, oh, there's some kind of coup or whatever, well,

24 that's what happened in our country at this election.

25     KATE DALLEY:  Yes.

Mike Lindell

22

1    MIKE LINDELL:  It was a takeover.  China -- I

2  want to say, here's a good fact for everybody out there:

3  Do you know the first thing they did on the inauguration,

4  the World Health Association and the CDC here in the

5  United States?

6    KATE DALLEY:  Mm-hmm.

7    MIKE LINDELL:  What they did is they made a thing

8  for the hospitals, and what they said was anybody that

9  comes in with COVID symptoms now, you have to take this

10  test and make 100 percent sure they're positive or you

11  can't put 'em down that they have COVID.  Just the

12  opposite of before.  You'd come in and your toe's sore and

13  they'd say, oh, you've got COVID.

14    KATE DALLEY:  Exactly, yes.

15    MIKE LINDELL:  I mean, that's -- so what's going

16  to happen, is they're going to give you some freedoms, you

17  know, give you some freedoms back that they're going to

18  take it away.  It's just like they did in Minnesota with

19  this -- this is a political thing too -- on Thanksgiving

20  because of our -- we have one of the governors up for the

21  worst governor of the year, along with Michigan,

22  California and New York.

23    KATE DALLEY:  Right.

24    MIKE LINDELL:  But anyway, the governor of

25  Minnesota he made a thing you could only have eight people

Mike Lindell

1  in your house for Thanksgiving or your neighbor could call

2  in on you and you could go to jail for six months.

3       KATE DALLEY:  Like the Stasi.

4       MIKE LINDELL:  Anyway, it scared people.

5       So then on Christmas you got to have 12 people.

6       Well, all of that is conditioning you so, oh,

7  wow, I get to have 12?  Remember, it's against the

8  Constitution.  It's inside your own house.

9       KATE DALLEY:  Exactly.  Oh, the madness.

10       MIKE LINDELL:  This is the year of insanity.

11       KATE DALLEY:  It's a big lie.

12       MIKE LINDELL:  But you know what, if it takes

13  that to expose the evil, you know -- we're living inside

14  of a movie and this is just, you know, kind of the down

15  bad part of the movie, but I think it's exciting.

16       You've got to live through both, you know?

17       KATE DALLEY:  I absolutely do too.  I think the

18  only way to go from here is up, because now we're hitting

19  rock bottom.  And I call 2020 the year of the big lie.  It

20  was funny, when they started saying 2020 was going to --

21  2020 vision.  No, it was the big lie and people are being

22  so gullible that we're going along with it.

23       And I know that a big section of the country

24  understands what you're saying right now and is so

25  grateful to you because so many reached out, when they

Mike Lindell

1  knew that you were going to come on the show, they were so

2  grateful to you for speaking out and doing something, and

3  that movie is amazing.  Absolute Proof, you can get the

4  short version at lindelltv.com.  You can go to Michael J.

5  Lindell.  It's all over the place.  You can find it, even

6  though they're trying to sensor the heck out of it.

7       MIKE LINDELL:  Right.

8       KATE DALLEY:  But I think it's great what you're

9  doing, Mike, and I think that you're going to help unite

10  people where we feel disconnected because right now we

11  feel like we can't do anything, right?

12       Because they've got the media.

13       MIKE LINDELL:  Right.

14       KATE DALLEY:  They've got everything.

15       MIKE LINDELL:  Right, right.

16       KATE DALLEY:  They don't have everything.

17       They don't have the people, though, and they

18  don't have the majority of the country.

19       MIKE LINDELL:  That's right.  That's right.

20       And you know what, as long as I keep doing

21  something bombastic so the left says something stupid

22  about me, at least my voice will be heard.

23       KATE DALLEY:  Yes, yes.

24       MIKE LINDELL:  I'm using them against themselves.

25       KATE DALLEY:  I so agree with that.

1    MIKE LINDELL:  You know.

2    KATE DALLEY:  Love it.

3    MIKE LINDELL:  And by the way I wanted to tell

4 you that lindelltv.com, I just checked.  We also put up

5 the long version there today and we put up DVD's.

6    You can get DVD's also.

7    KATE DALLEY:  Oh, give that to a friend.

8    MIKE LINDELL:  And they're free.  They're free,

9 they're free.  You just pay shipping, I think a couple

10 dollars shipping, whatever it is.  But yeah, because we

11 need to get this out far and wide.

12    The Supreme Court, like I say, everybody's looked

13 at this.  There's still four cases before the Supreme

14 Court.  One of them's procedure and the other three are

15 evidence.

16    KATE DALLEY:  Good.

17    MIKE LINDELL:  And so if everybody puts -- if

18 they all know that everybody knows and everybody's watched

19 this movie and people say, oh, I've heard about the dead

20 people.  No, you've never seen anything like this.

21    KATE DALLEY:  Yes.

22    MIKE LINDELL:  Am I right?

23    KATE DALLEY:  No, you are so right.

24    MIKE LINDELL:  I've never seen anything like this

25 in history.

Mike Lindell

1      KATE DALLEY:  Yes.

2      MIKE LINDELL:  This is -- the real total, for

3  everybody out there, is just shy of 80 million votes for

4  Donald Trump, less than 67 million for Joe Biden.

5      KATE DALLEY:  Oh, my gosh.

6      MIKE LINDELL:  And that's not counting all the

7  dead people and stuff that voted, so it could be as low as

8  65 million.  I want you to think about that.

9      KATE DALLEY:  Mike Lindell, hold on just a

10  second.  One sec.

11      (Commercials)

12      KATE DALLEY:  Just love this guy, and he's out

13  there and he's talking the truth and we need a lot more

14  truth tellers out there, especially with what Mike brings

15  to the table.  You know, MyPillow you can actually go to

16  mypillow.com, you can actually use the code word "Mike,"

17  get 66 percent off of one of his pillows.  I have one.

18      I've actually had mine for four years.

19      I love it, by the way.

20      MIKE LINDELL:  We have 110 products and you can

21  get up to 66 percent off on all of them.  So some of 'em

22  will be 50 percent, some of them will be 66, some will be

23  30, but we have 110 products now.  It's amazing.

24      KATE DALLEY:  Jeez, you guys have grown.  Wow.

25      I love that.  I love your success.

Mike Lindell

1     Definitely God driven, and I love that.

2     And also, I wanted to mention the movie.  Go see

3 Absolute Proof, share it with everybody you know.  Go to

4 lindelltv.com.  If you're on -- and you can get the short

5 version and the long version -- and if you are on

6 Facebook, don't put it in the message of Facebook, you

7 know, don't put it as a post because you'll get blocked.

8 Put it in the Comments section.  I know everybody's been

9 doing that.  The link to Absolute Proof at lindelltv.com.

10     Anything final you'd like people to know, Mike?

11     MIKE LINDELL:  I just want everybody to keep the

12 faith and to not -- you know, don't get part of this

13 cancel culture.  Don't back down.

14     KATE DALLEY:  Right.

15     MIKE LINDELL:  We've got to right now where

16 patience, this is on God's timing.

17     And I'm telling you, when we look back on this

18 some day, it's going to be a great uniting.  I'm talking

19 about political, it's going to be a great uniting for our

20 country and even it's going to end up being the greatest

21 revival in history.  People do not look to God when things

22 are all going good, they look for hope when things are

23 going bad.

24     KATE DALLEY:  Yes.

25     MIKE LINDELL:  And that hope is Jesus, and it's

Mike Lindell

28

1   all going to be amazing.

2        KATE DALLEY:  Mike, I'm grateful for you for

3   coming on the show, talking truth, doing this movie and

4   being outspoken and not backing down.

5        Thanks for your courage.

6        MIKE LINDELL:  Well, thanks for having me on.

7        God bless you all.

8        KATE DALLEY:  You too, thank you.  Really

9   appreciate him.  Mike Lindell.  And you can go to

10  lindelltv.com, you can get the short version, the long

11  version of the movie.

12       Absolute Proof goes through and actually goes to

13  the facts, the actual proof of what happened to the

14  machines that night; how it happened, what happened.

15       Really amazing.  Really appreciate Mike for

16  coming on and spending a lot longer than he had planned.

17       I love that, though.  You know, these outlets are

18  censoring him like crazy and, you know --

19       (End of recording.)

20

21

22

23

24

25

Mike Lindell

29

1          C E R T I F I C A T E

2

3

4       I, TERRI NESTORE, Certified Shorthand Reporter/

5  Transcriptionist, do hereby certify that I was authorized

6  to transcribe the foregoing recorded proceeding, and that

7  the transcript is a true and accurate transcription of my

8  shorthand notes, to the best of my ability, taken while

9  listening to the provided recording.

10

11      I further certify that I am not of counsel or

12  attorney for either or any of the parties to said

13  proceedings, nor in any way interested in the events of

14  this cause, and that I am not related to any of the

15  parties thereto.

16

17

18  Dated this 20th day of February, 2021.

19

20

21          _____

22          TERRI NESTORE, CSR 5614, RPR, CRR

23

24

25