# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL J. LINDELL, | NOTICE OF CHANGE OF ADDRESS AND LAW FIRM |
| Plaintiff, | Case No:   0:21-cv-01332 |
| v. | |
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, | |
| Defendants. | |

Pursuant to Rule 83.5(a)(1) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned counsel hereby notifies the Court and counsel that Alec J. Beck has changed his firm affiliation and contact information as follows:

> Alec Beck
> Attorney at Law
> PO Box 13325
> Minneapolis MN 55414

No attorney from Barnes &Thornburg LLP remains of record and the firm's appearance is thus withdrawn.

Dated:  June 4, 2021         *s/Alec J. Beck*
                             Alec J. Beck (No. 201133)
                             Attorney at Law
                             PO Box 13325
                             Minneapolis, MN 55414
                             (952) 457-7682
                             Becklaw2021@gmail.com