# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL J. LINDELL,<br><br>Plaintiff,<br><br>v.<br><br>US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>Defendants. | Court File No.  21-cv-01332<br><br><br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and all parties that Deborah A. Ellingboe of the law firm Faegre Drinker Biddle & Reath LLP shall appear as counsel of record for Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation in the above-captioned matter.

Dated: June 10, 2021

s/ *Deborah A. Ellingboe*
John W. Ursu
Bar Number #032257
Deborah A. Ellingboe
Bar Number #026216
Jeffrey P. Justman
Bar Number #0390413
Erica Abshez Moran
Bar Number #0400606
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
T: 612-766-7000
F: 612-766-1600
John.Ursu@faegredrinker.com
Debbie.Ellingboe@faegredrinker.com
Jeff.Justman@faegredrinker.com
Erica.Moran@faegredrinker.com

*Attorneys for Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation*