# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

MICHAEL J. LINDELL,                              Court File No.  21-cv-01332

Plaintiff,


v.

US DOMINION, INC., DOMINION                 **NOTICE OF APPEARANCE**
VOTING SYSTEMS, INC., DOMINION
VOTING SYSTEMS CORPORATION,
SMARTMATIC USA CORP.,
SMARTMATIC INTERNATIONAL
HOLDING B.V., AND SGO
CORPORATION LIMITED,

Defendants.

The undersigned attorney hereby notifies the Court and all parties that Erica

Abshez Moran of the law firm Faegre Drinker Biddle & Reath LLP shall appear as

counsel of record for Defendants US Dominion, Inc., Dominion Voting Systems, Inc.,

and Dominion Voting Systems Corporation in the above-captioned matter.

Dated:  June 10, 2021

s/ *Erica Moran*

John W. Ursu
Bar Number #032257
Deborah A. Ellingboe
Bar Number #026216
Jeffrey P. Justman
Bar Number #0390413
Erica Abshez Moran
Bar Number #0400606
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
T: 612-766-7000
F: 612-766-1600
John.Ursu@faegredrinker.com
Debbie. Ellingboe@faegredrinker.com
Jeff.Justman@faegredrinker.com
Erica.Moran@faegredrinker.com

*Attorneys for Defendants US Dominion,*
*Inc., Dominion Voting Systems, Inc., and*
*Dominion Voting Systems Corporation*