UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MY PILLOW, INC., | Case No. 21-CV-1015 (PJS/DTS) |
| Plaintiff, | |
| | **ORDER FOR REASSIGNMENT OF RELATED CASES** |
| v. | |
| US DOMINION, INC., et al., | |
| Defendants. | |

| | |
|---|---|
| MICHAEL J. LINDELL, | Case No. 21-CV-1332 (ECT/HB) |
| Plaintiff, | |
| v. | |
| US DOMINION, INC., et al., | |
| Defendants. | |

Case No. 21-CV-1015 (PJS/DTS) having been assigned to Judge Patrick J. Schiltz and Magistrate Judge David T. Schultz, and Case No. 21-CV-1332 (ECT/HB) having later been assigned to Judge Eric C. Tostrud and Magistrate Judge Hildy Bowbeer, said matters being related cases,

IT IS HEREBY ORDERED that Case No. 21-CV-1332 (ECT/HB) be reassigned to Judge Patrick J. Schiltz and Magistrate Judge David T. Schultz, nunc pro tunc, by use of a space on the appropriate list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order filed January 10, 2020.

IT IS FINALLY ORDERED that a copy of this order shall be filed in each of the above respective files.

Dated: June 10, 2021                                              s/Patrick J. Schiltz
                                                                              Patrick J. Schiltz
                                                                              United States District Court


Dated: June 11, 2021                                              s/ Eric C. Tostrud
                                                                              Eric C. Tostrud
                                                                              United States District Court