UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL J. LINDELL, | Case No. 21-CV-1332 (PJS/DTS) |
| Plaintiff, | |
| v. | ORDER |
| US DOMINION, INC.; DOMINION VOTING SYSTEMS, INC.; DOMINION VOTING SYSTEMS CORPORATION; SMARTMATIC USA CORP.; SMARTMATIC INTERNATIONAL HOLDING B.V.; SGO CORPORATION LIMITED, | |
| Defendants. | |

This matter is before the Court on a letter from defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (collectively "Dominion") requesting a stay of this action. The Court will grant the request.

The Court recently stayed a related case entitled *My Pillow, Inc. v. US Dominion, Inc.*, No. 21-CV-1015 (PJS/DTS) (D. Minn. filed Apr. 19, 2021) ("the *My Pillow* case") until the resolution of the parties' pending motions in a third related case, *US Dominion, Inc. v. My Pillow, Inc.*, No. 1:21-cv-00445-CJN (D.D.C. filed Feb. 22, 2021) ("the D.C. action"). The Court noted that "the decision on the motions that are pending in [the D.C. action] will undoubtedly inform and affect the parties' briefing on Dominion's

anticipated motions [to dismiss or transfer] in this case. If the parties submit briefing on Dominion's anticipated motions before the pending motions in the D.C. action are decided, it is inevitable that the parties will seek to file supplemental briefs in this action to address the impact of the ruling in the D.C. action, adding expense and delay for the parties, and adding to the burden on this Court." *My Pillow, Inc.*, Case No. 21-CV-1015 (PJS/DTS), ECF No. 49 at 1.

As in the *My Pillow* case, Dominion intends to file motions to dismiss or transfer this case. The Court therefore finds that a stay of this action is warranted for the same reasons that it stayed the *My Pillow* case. The Court therefore orders as follows:

1. This case, including all deadlines to answer or otherwise respond to the complaint, is STAYED until further order of the Court.

2. No later than seven days after a decision has been rendered on the pending motions in the D.C. action, Dominion must file a letter informing the Court of the decision and attaching a copy of the order disposing of the motions. The Court will then promptly schedule a status conference or schedule a hearing date on Dominion's anticipated motions and issue a briefing schedule.

SO ORDERED.

Dated:  July 7, 2021

_____
Patrick J. Schiltz
United States District Judge