UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL J. LINDELL,                                        Case No. 21-CV-1332 (PJS/DTS)

                    Plaintiff,

v.                                                                           ORDER

US DOMINION, INC.; DOMINION
VOTING SYSTEMS, INC.; DOMINION
VOTING SYSTEMS CORPORATION;
SMARTMATIC USA CORP.;
SMARTMATIC INTERNATIONAL
HOLDING B.V.; SGO CORPORATION
LIMITED,

                    Defendants.

Based on plaintiff's letter [ECF No. 20] requesting clarification of the Court's

order staying this case [ECF No. 19], IT IS HEREBY ORDERED THAT plaintiff may,

without violating the stay order, file waivers of service from the Smartmatic

defendants,[1] or, alternatively, institute formal service of process on those defendants

and file the returns of service.

 Dated:  July 8, 2021                              s/Patrick J. Schiltz
                                                            Patrick J. Schiltz
                                                            United States District Judge

_____

[1]Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO
Corporation Limited.