UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL J. LINDELL,

    Plaintiff,

vs.

US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,

    Defendants.

Case No.: 0:21-cv-01332-PJS-DTS

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Christopher K. Larus shall appear as counsel of record on behalf of Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited in this matter.

DATED: July 9, 2021

    /s/ Christopher K. Larus
    Christopher K. Larus (#0226828)
    clarus@robinskaplan.com
    ROBIN KAPLAN LLP
    800 LaSalle Ave., Ste. 2800
    Minneapolis, MN 55402
    Telephone: (612) 349-8500
    Facsimile: (612) 339-4181