UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL J. LINDELL,<br><br>    Plaintiff,<br><br>vs.<br><br>US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>    Defendants. | Case No.: 0:21-cv-01332- PJS-DTS |

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that William E. Manske shall appear as counsel of record on behalf of Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited in this matter.


DATED:  July 9, 2021           */s/ William E. Manske*
                               William E. Manske (#0392348)
                               wmanske@robinskaplan.com
                               ROBIN KAPLAN LLP
                               800 LaSalle Ave., Ste. 2800
                               Minneapolis, MN 55402
                               Telephone: (612) 349-8500
                               Facsimile: (612) 339-4181