# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| MICHAEL J. LINDELL, | Case Number: |
| Plaintiff(s), | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| v. |  |
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, |  |
| Defendant(s). |  |

Smartmatic USA Corp. makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does [party name] have a parent corporation?

    Yes  X        No

    If yes, the parent corporation is:    Smartmatic International Holding B.V., a Netherlands business entity; and SGO Corporation Limited, a U.K. business entity.

2. Is 10% or more of the stock of [party name] owned by a publicly held corporation?

    Yes           No  X

    If yes, identify all such owners:

Date:  July 13, 2021               s/ Christopher K. Larus
                                   Attorney Name:  Christopher K. Larus
                                   Bar ID # 0226828
                                   Law Firm:  Robins Kaplan LLP
                                   Address:   800 LaSalle Avenue, Suite 2800
                                              Minneapolis, Minnesota  55402
                                   Phone # 612-349-8500
                                   Email:   clarus@robinskaplan.com
                                   Attorney for Smartmatic USA Corp.