# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

MICHAEL J. LINDELL,

                                        Case Number:

                         Plaintiff(s),        **RULE 7.1 CORPORATE**
                                              **DISCLOSURE STATEMENT**

v.

US DOMINION, INC., DOMINION VOTING
SYSTEMS, INC., DOMINION VOTING
SYSTEMS CORPORATION, SMARTMATIC
USA CORP., SMARTMATIC
INTERNATIONAL HOLDING B.V., and SGO
CORPORATION LIMITED,

                         Defendant(s).

Smartmatic International Holding B.V. makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1.  Does [party name] have a parent corporation?

    Yes  <u>X</u>     No

    If yes, the parent corporation is:  SGO Corporation Limited, a U.K. business entity.

2.  Is 10% or more of the stock of [party name] owned by a publicly held corporation?

    Yes        No  <u>X</u>

    If yes, identify all such owners:

Date:  July 13, 2021                    *s/ Christopher K. Larus*
                                        Attorney Name:   Christopher K. Larus
                                        Bar ID # 0226828
                                        Law Firm:  Robins Kaplan LLP
                                        Address:   800 LaSalle Avenue, Suite 2800
                                                   Minneapolis, Minnesota  55402
                                        Phone # 612-349-8500
                                        Email:   clarus@robinskaplan.com
                                        Attorney for Smartmatic International Holding B.V.