# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MICHAEL J. LINDELL

Case Number: 21-cv-01332

Plaintiff(s)

v.

**RULE 7.1 – CORPORATE DISCLOSURE STATEMENT**

US DOMINION, INC., et al.

Defendant(s)

SGO Corporation Limited makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does (party name) have a parent corporation?

    ☐ Yes    ☑ No

    If yes, the parent corporation is _____.

2. Is 10% or more of the stock of (party name) owned by a publicly held corporation?

    ☐ Yes    ☑ No

    If yes, identify all such owners _____.

Date: 07/13/2021

s/ Christopher K. Larus

Attorney Name: Christopher K. Larus
Bar ID: 0226828
Law Firm: ROBINS KAPLAN LLP
Address: 800 LaSalle Avenue, Suite 2800
         Minneapolis, Minnesota 55402
Phone: 612.349.8500
Email: clarus@robinskaplan.com
ATTORNEY FOR SGO Corporation Limited