# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL J. LINDELL,<br><br>     Plaintiff,<br><br>vs.<br><br>US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>     Defendants. | Case No. 21-cv-01332<br><br>**STIPULATION TO EXTEND TIME TO ANSWER, PLEAD OR OTHERWISE RESPOND TO COMPLAINT** |

Plaintiff Michael J. Lindell and Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited, by and through their respective counsel, hereby stipulate and agree that Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited shall have until *the later of* the following to answer or otherwise respond to Plaintiff's Complaint in the above-captioned case:

1. October 7, 2021; or

2. a deadline set by the Court at the status conference or hearing date scheduled pursuant to Point 2 of the Court's Order dated July 7, 2021 (ECF No. 19 at 2).

**SO STIPULATED.**

Dated: July 13, 2021

/s/ Christopher K. Larus
Christopher K. Larus
Minnesota State Bar No. 0226828
William E. Manske
Minnesota State Bar No. 0392348
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota  55402
Telephone:  612.349.8500
Email: clarus@robinskaplan.com

J. Erik Connolly (*pro hac vice pending*)
Illinois ARDC No. 6269558
Nicole E. Wrigley (*pro hac vice pending*)
Illinois ARDC No. 6278749
Martin V. Sinclair, Jr. (*pro hac vice pending*)
Illinois ARDC No. 6287402
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois  60606-4637
Telephone:  312.212.4949
Email:  msinclair@beneschlaw.com

*Counsel for Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*


/s/ Heath A. Novosad
Alec J. Beck
Minnesota State Bar No. 201133
225 S. Sixth Street, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 367-8709
Facsimile: (612) 333-6798
Email: becklaw2021@gmail.com

Douglas A. Daniels
Texas State Bar No. 00793579
Heath A. Novosad
Texas State Bar No. 24037199
DANIELS & TREDENNICK, PLLC
6363 Woodway Drive, Suite 700
Houston, Texas 77057
Telephone: (713) 917-0024
Facsimile: (713) 917-0026
Email: doug.daniels@dtlawyers.com

*Counsel for Plaintiff Michael J. Lindell*