# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL J. LINDELL,<br><br>      Plaintiff,<br><br>vs.<br><br>US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>      Defendants. | Case No. 21-cv-01332<br><br>**ORDER EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD** |

Based upon the stipulation (ECF No. 33) entered by Plaintiff Michael J. Lindell and Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited, IT IS ORDERED that Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited shall have until *the later of* the following to answer or otherwise respond to Plaintiff's Complaint:

1. October 7, 2021; or

2. a deadline set by the Court at the status conference or hearing date scheduled pursuant to Point 2 of the Court's Order dated July 7, 2021 (ECF No. 19 at 2).

SO ORDERED this 14th day of July, 2021

s/Patrick J. Schiltz
_____
Patrick J. Schiltz
United States District Judge