IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave, NW, Ste. 1130<br>Washington, DC 20005,<br><br>    Plaintiffs,<br><br>    v.<br><br>MY PILLOW, INC. and<br>MICHAEL J. LINDELL<br>343 E 82nd Str #102<br>Chaska, MN 55318,<br><br>    Defendants. | Case No. 1:21-cv-00445-CJN |

## DEFENDANT MICHAEL J. LINDELL'S UNOPPOSED MOTION FOR EXCEPTION TO LOCAL RULE 11.1

COMES NOW Defendant Michael J. Lindell ("Lindell"), by and through his undersigned attorneys, and moves for an exception to the Court's LCvR ("Rule") 11.1, and in support states as follows:

1. Rule 11.1 states, in relevant part, that "[t]he first filing by or on behalf of a party shall have in the caption the name and full residence address of the party."

2. Due to the highly publicized and impassioned nature of this lawsuit and the underlying facts, Lindell reasonably believes that publicizing his residential address would, in all likelihood, put him at risk of imminent harm.

3. Based on this belief, Lindell respectfully requests that he not be required to specify his residential address in any publicly-available filings in this case, and that his office address, listed

in the above caption, be accepted by this Court as an alternative to the requirement of Rule 11.1. Rule 11.1's purpose is to "facilitate service of process and effective communication between the parties." *Yaman v. United States Dep't of State*, 786 F. Supp. 2d 148, 15 (D.D.C. 2011). Lindell's business address is regularly checked, and he is represented by the undersigned counsel, which will ensure he receives any communications from the Court and other litigants.

Dated: April 26, 2021

                                          Respectfully submitted,

                                              */s/ Trey Mayfield*
                                        Earl N. "Trey" Mayfield, III
                                        D.C. Bar No. 459998
                                        JURIS DAY, PLLC
                                        10521 Judicial Drive, Suite 200
                                        Fairfax, Virginia 22030
                                        (703) 268-5600 Telephone
                                        Email: tmayfield@jurisday.com

                                        Douglas A. Daniels*
                                        TX Bar No. 00793579
                                        Heath A. Novosad*
                                        TX Bar No. 24037199
                                        DANIELS & TREDENNICK PLLC
                                        6363 Woodway Dr., Suite 700
                                        Houston, TX 77057-1759
                                        (713) 917-0024 Telephone
                                        (713) 917-0026 Facsimile
                                        Email: doug.daniels@dtlawyers.com
                                        Email: heath.novosad@dtlawyers.com

                                        * D.D.C. Bar Admissions Pending

                                        *Counsel for Defendant Michael J. Lindell*

**CERTIFICATE OF CONFERENCE**

On April 23, 2021, counsel for Lindell conferred by email with counsel for Plaintiffs in good faith regarding this motion and the relief requested in same. Plaintiffs are unopposed to this motion.

                                                           */s/ Heath A. Novosad*
                                                           Heath A. Novosad


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served upon all parties of record through the Court's CM ECF system on April 26, 2021.

                                                           /s/ *Trey Mayfield*
                                                           Trey Mayfield