# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>SIDNEY POWELL, et al.,<br><br>    *Defendants*. | Civil Action No. 1:21-cv-00040 (CJN) |

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Motion to Dismiss, ECF No. 22, is **DENIED**.

DATE: August 11, 2021

                                                  CARL J. NICHOLS<br>
                                                  United States District Judge