UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL J. LINDELL, | Case No. 21-cv-01332 (PJS/DTS) |
| Plaintiff, | |
| v. | |
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., AND SGO CORPORATION LIMITED, | |
| Defendants. | |

**DEFENDANTS' AMENDED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedure Rule, Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation, state that there are no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation, which have any outstanding securities in the hands of the public.

Respectfully submitted,

Dated: August 19, 2021

**FAEGRE DRINKER BIDDLE & REATH LLP**

*s/John W. Ursu*_____

1

John W. Ursu (#032257)
Deborah A. Ellingboe (#026216)
Jeffrey P. Justman (#0390413)
Erica Abshez Moran (#0400606)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600
john.ursu@faegredrinker.com
debbie.ellingboe@faegredrinker.com
jeff.justman@faegredrinker.com
erica.moran@faegredrinker.com

Justin A. Nelson (admitted pro hac vice)
Laranda M. Walker (admitted pro hac vice)
Jonathan J. Ross (admitted pro hac vice)
**SUSMAN GODFREY LLP**
1000 Louisiana Street, #5100
Houston, Texas 77002
(713) 651-9366
jnelson@susmangodfrey.com
lwalker@susmangodfrey.com
jross@susmangodfrey.com

Stephen Shackelford, Jr. (admitted pro hac vice)
Elisha Barron (admitted pro hac vice)
**SUSMAN GODFREY LLP**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
(212) 336-8330
sshackelford@susmangodfrey.com
ebarron@susmangodfrey.com

Davida Brook (admitted pro hac vice)
Brittany Fowler (admitted pro hac vice)
Emily K. Cronin (admitted pro hac vice)
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100

dbrook@susmangodfrey.com
bfowler@susmangodfrey.com
ecronin@susmangodfrey.com

Stephen E. Morrisey (admitted pro hac vice)
**SUSMAN GODFREY LLP**
1201 Third Ave, Suite 3800
Seattle, WA 98101
(206) 516-3880
smorrissey@susmangodfrey.com

*Attorneys for Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation*