# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Michael J. Lindell, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Patrick J. Schiltz |
| Plaintiff, | ) | U.S. District Judge |
| | ) | |
| v. | ) | Case No:       21-CV-1332 (PJS/DTS) |
| | ) | Date:           August 20, 2021 |
| US Dominion, Inc., et al., | ) | Court Reporter:   Debra Beauvais |
| | ) | Courthouse:       Video Conference |
| Defendants. | ) | Courtroom:         Video Conference |
| | ) | Time Commenced:   10:03 a.m. |
| | | Time Concluded:   10:18 a.m. |
| | | Sealed Hearing Time: |
| | | Time in Court:     Hours & 15 Minutes |

Hearing on: **Status Conference**

APPEARANCES:
    Plaintiff:    Douglas A. Daniels, Heath Novosad
    Defendants:   John Ursu, Laranda Walker, Stephen Shackelford, Jr., Christopher Larus, Martin Sinclair

PROCEEDINGS:
    ☒ Status conference held.

.

s/C. Glover
Courtroom Deputy
