IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MY PILLOW, INC., <br><br> Plaintiff, <br><br> vs. <br><br> US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> Defendants. <br><br> and <br><br> MICHAEL J. LINDELL, <br><br> Plaintiff, <br><br> vs. <br><br> US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, <br><br> Defendants. | Case No. 21-cv-01015 <br><br><br><br><br><br><br><br><br><br><br><br> Case No. 21-cv-01332 |

**UNOPPOSED MOTION TO TRANSFER
TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Defendants U.S. Dominion, Inc., Dominion Voting Systems, Inc. and Dominion Voting Systems Corporation (collectively, "Dominion") and Smartmatic USA Corp., Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic") jointly move the Court to transfer the above-captioned cases under 28 U.S.C. § 1404 to the U.S. District Court for the District of Columbia, where there is a pending case between Dominion and My Pillow, Inc. ("My

980064

Pillow"), and Michael J. Lindell.[1]  My Pillow and Lindell have informed Dominion and Smartmatic that, based on the Stipulation between the parties and the reservation of rights therein (attached as Exhibit A), they do not oppose the motion.

Dated:  August 24, 2021

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/  John W. Ursu*
John W. Ursu (#032257)
Deborah A. Ellingboe (#026216)
Jeffrey P. Justman (#0390413)
Erica Abshez Moran (#0400606)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600
john.ursu@faegredrinker.com
debbie.ellingboe@faegredrinker.com
jeff.justman@faegredrinker.com
erica.moran@faegredrinker.com

Laranda M. Walker (admitted pro hac vice)
SUSMAN GODFREY LLP
1000 Louisiana Street, #5100
Houston, Texas 77002
(713) 651-9366
lwalker@susmangodfrey.com

Stephen Shackelford, Jr. (admitted pro hac vice)
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
(212) 336-8330
sshackelford@susmangodfrey.com

*Attorneys for Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation*

---

[1] Dominion and Smartmatic file this unopposed motion pursuant to the Court's discussion with the parties during the August 20, 2021 status conference held in these cases and the parties' stipulation following that status conference.  Dominion and Smartmatic expressly reserve their rights to move to dismiss My Pillow's and Lindell's complaints on any grounds, including, but not limited to, Rule 12(b)(6).

2

**ROBINS KAPLAN LLP**

*/s/ William E. Manske*
Christopher K. Larus
Minnesota State Bar No. 0226828
William E. Manske
Minnesota State Bar No. 0392348
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Telephone: 612.349.8500
Email: clarus@robinskaplan.com

J. Erik Connolly
Illinois ARDC No. No. 6269558
Nicole E. Wrigley
Illinois ARDC No. No. 6278749
Martin V. Sinclair, Jr.
Illinois ARDC No. No. 6287402
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312.212.4949
Email: msinclair@beneschlaw.com

*Counsel for Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*