# U.S. District Court
# U.S. District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:21−cv−01332−PJS−DTS

Lindell v. US Dominion, Inc. et al DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Judge Patrick J. Schiltz
Referred to: Magistrate Judge David T. Schultz
Demand: $75,000
 rel Case:  0:21−cv−01015−PJS−DTS
Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 06/03/2021
Date Terminated: 08/27/2021
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Michael J. Lindell**   represented by   **Alec J Beck**
Parker Daniels Kibort
123 N. Third Street
Suite 888
Minneapolis, MN 55401
612−355−4100
Email: beck@parkerdk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas A. Daniels**
Daniels & Tredennick PLLC
6363 Woodway
Suite 700
Houston, TX 77057
713−917−0024
Fax: 713−917−0026
Email: doug.daniels@dtlawyers.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Heath Novosad**
Daniels & Tredennick, PLLC
6363 Woodway Dr.
Suite 700
Houston, TX 77057
713-917-0024
Fax: 713-917-0026
Email: heath.novosad@dtlawyers.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **US Dominion, Inc.** | represented by | **Deborah A Ellingboe** |

Faegre Drinker Biddle Reath LLP
90 S. 7th St.
Ste. 2200
Minneapolis, MN 55402
612−766−8713
Fax: 612−766−1600
Email: debbie.ellingboe@faegredrinker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica Abshez Moran**
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
612−766−7000
Fax: 612−766−1600
Email: Erica.Moran@faegredrinker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey P Justman**
Faegre Drinker Biddle & Reath LLP
90 S. 7th St.
Ste. 2200
Minneapolis, MN 55402
612−766−8862
Email: jeff.justman@faegredrinker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Ursu**
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402
612−766−7000
Fax: 612−766−1600
Email: john.ursu@faegredrinker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laranda Walker**
Susman Godfrey L.L.P.
1000 Louisiana
Ste 5100
Houston, TX 77002
713−653−7842
Fax: 713−654−6666
Email: lwalker@susmangodfrey.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Shackelford , Jr**
Susman Godfrey L.L.P.
1301 Avenue of the Americas
32nd Floor
New York, NY 10019
212–729–2012
Email: sshackelford@susmangodfrey.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dominion Voting Systems, Inc.**  represented by  **Deborah A Ellingboe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica Abshez Moran**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey P Justman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Ursu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laranda Walker**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Shackelford , Jr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dominion Voting Systems Corporation**  represented by  **Deborah A Ellingboe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica Abshez Moran**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jeffrey P Justman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Ursu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laranda Walker**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Shackelford , Jr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Smartmatic USA Corp.** | represented by | **Christopher K Larus**<br>Robins Kaplan LLP<br>800 LaSalle Ave Ste 2800<br>Mpls, MN 55402–2015<br>612–349–8500<br>Fax: 612–339–4181<br>Email: clarus@robinskaplan.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Joel Erik Connolly**
Benesch Friedlander Coplan & Aronoff
71 S. Wacker Drive
Ste 16th Fl.
Chicago, IL 60606
312–212–4949
Email: econnolly@beneschlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Martin Vincent Sinclair , Jr**
Benesch Friedlander Coplan & Aronoff
71 S. Wacker Drive
Suite 1600
Chicago, IL 60606
312–624–6369
Email: msinclair@beneschlaw.com
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicole Wrigley**
Benesch Friedlander Coplan & Aronoff
71 S. Wacker Drive
16th Fl.
Chicago, IL 60606
312–212–4949
Email: nwrigley@beneschlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William E. Manske**
Robins Kaplan LLP
800 LaSalle Ave Ste 2800
Mpls, MN 55402–2015
612–349–8786
Fax: 612–339–4181
Email: wmanske@robinskaplan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Smartmatic International Holding B.V.** | represented by | **Christopher K Larus** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Joel Erik Connolly** (See above for address) *LEAD ATTORNEY* *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Martin Vincent Sinclair , Jr** (See above for address) *LEAD ATTORNEY* *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Nicole Wrigley** (See above for address) *LEAD ATTORNEY* *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **William E. Manske** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **SGO Corporation Limited** | represented by | **Christopher K Larus**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joel Erik Connolly**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Martin Vincent Sinclair , Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Nicole Wrigley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**William E. Manske**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.'">Email All Attorneys
DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.'">Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/2021 | Ï 1 | COMPLAINT against Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., SGO Corporation Limited, Smartmatic International Holding B.V., Smartmatic USA Corp, US Dominion, Inc. (filing fee $ 402, receipt number AMNDC−8796850) filed by Michael J Lindell. Filer requests summons issued. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5, # 6 Exhibit(s) 6, # 7 Exhibit(s) 7, # 8 Exhibit(s) 8, # 9 Exhibit(s) 9, # 10 Exhibit(s) 10, # 11 Exhibit(s) 11, # 12 Exhibit(s) 12, # 13 Exhibit(s) 13, # 14 Exhibit(s) 14, # 15 Exhibit(s) 15, # 16 Exhibit(s) 16, # 17 Exhibit(s) 17, # 18 Civil Cover Sheet) (Beck, Alec) (Entered: 06/03/2021) |
| 06/04/2021 | Ï 2 | TEXT ONLY ENTRY: CLERK'S NOTICE OF INITIAL CASE ASSIGNMENT. Case assigned to Judge Eric C. Tostrud per 3rd, 4th − Civil Rights list, referred to Magistrate Judge Hildy Bowbeer. Please use case number 21−cv−1332 ECT/HB. (KDS) (Entered: 06/04/2021) |
| 06/04/2021 | Ï 3 | Summons Issued as to Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., SGO Corporation Limited, Smartmatic International Holding B.V., Smartmatic USA Corp., US Dominion, Inc. (KDS) (Entered: 06/04/2021) |
| 06/04/2021 | Ï 4 | (Text−Only): Notice re: Non−Admitted Attorney<br><br>We have received documents listing **Douglas A. Daniels, Heath A. Novosad** as counsel of record. If he or she wishes to be listed as an attorney of record in this case, he or she must be admitted to the bar of the U.S. District Court of Minnesota in accordance with Local Rule 83.5 (a), (b) and (c) |

| | | |
|---|---|---|
| | | or temporarily admitted pro hac vice in accordance with Local Rule 83.5 (d) or (e).<br><br>For more admissions information and forms, please see the Attorney Forms Section of the courts website at www.mnd.uscourts.gov/forms/all–forms. (KDS) Modified text on 6/4/2021 (KDS). (Entered: 06/04/2021) |
| 06/04/2021 | Ï 5 | NOTICE of Change of Address by Alec J Beck (Beck, Alec) (Entered: 06/04/2021) |
| 06/04/2021 | Ï 6 | MOTION for Admission Pro Hac Vice for Attorney Doug A. Daniels. Filing fee $ 100, receipt number AMNDC–8799319 filed by Michael J. Lindell. (Beck, Alec) (Entered: 06/04/2021) |
| 06/04/2021 | Ï 7 | MOTION for Admission Pro Hac Vice for Attorney Heath A. Novosad. Filing fee $ 100, receipt number AMNDC–8799364 filed by Michael J. Lindell. (Beck, Alec) (Entered: 06/04/2021) |
| 06/07/2021 | Ï 8 | (Text–Only) NOTICE – Magistrate Judge Hildy's Practice Pointers are available on the United States District Court for the District of Minnesota's website. All parties are expected to be familiar with and adhere to these Practice Pointers, including any variances from Local Rules. (LNP) (Entered: 06/07/2021) |
| 06/07/2021 | Ï 9 | TEXT ONLY ENTRY: ORDER granting 6 Motion for Admission Pro Hac Vice of Attorney Douglas A. Daniels for Michael J. Lindell; granting 7 Motion for Admission Pro Hac Vice of Attorney Heath Novosad for Michael J. Lindell. Approved by Magistrate Judge Hildy Bowbeer on 6/7/2021. (NAH) (Entered: 06/07/2021) |
| 06/10/2021 | Ï 10 | WAIVER OF SERVICE Returned Executed filed by Michael J. Lindell. US Dominion, Inc. waiver sent on 6/9/2021, answer due 8/9/2021. (Daniels, Douglas) (Entered: 06/10/2021) |
| 06/10/2021 | Ï 11 | WAIVER OF SERVICE Returned Executed filed by Michael J. Lindell. Dominion Voting Systems Corporation waiver sent on 6/9/2021, answer due 8/9/2021. (Daniels, Douglas) (Entered: 06/10/2021) |
| 06/10/2021 | Ï 12 | WAIVER OF SERVICE Returned Executed filed by Michael J. Lindell. Dominion Voting Systems, Inc. waiver sent on 6/9/2021, answer due 8/9/2021. (Daniels, Douglas) (Entered: 06/10/2021) |
| 06/10/2021 | Ï 13 | NOTICE of Appearance by John W. Ursu on behalf of Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. (Ursu, John) (Entered: 06/10/2021) |
| 06/10/2021 | Ï 14 | NOTICE of Appearance by Deborah A Ellingboe on behalf of Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. (Ellingboe, Deborah) (Entered: 06/10/2021) |
| 06/10/2021 | Ï 15 | NOTICE of Appearance by Jeffrey P Justman on behalf of Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. (Justman, Jeffrey) (Entered: 06/10/2021) |
| 06/10/2021 | Ï 16 | NOTICE of Appearance by Erica Abshez Moran on behalf of Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. (Moran, Erica) (Entered: 06/10/2021) |
| 06/11/2021 | Ï 17 | ORDER FOR REASSIGNMENT OF RELATED CASES. This case is reassigned to Judge Patrick J. Schiltz and Magistrate Judge David T. Schultz for all further proceedings. Judge Eric C. Tostrud, Magistrate Judge Hildy Bowbeer no longer assigned to case. **NOTE:** The new case number is **21–cv–1332 (PJS/DTS)**. Please use this case number for all subsequent pleadings. Signed by Judge Patrick J. Schiltz on 6/10/2021 and Judge Eric C. Tostrud on 6/11/2021. (lmb) (Entered: 06/11/2021) |
| 07/07/2021 | Ï 18 | LETTER TO DISTRICT JUDGE by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc. . (Ursu, John) (Entered: 07/07/2021) |

| | | |
|---|---|---|
| 07/07/2021 | 19 | ORDER STAYING CASE Signed by Judge Patrick J. Schiltz on 7/7/2021.(ecw) (Entered: 07/07/2021) |
| 07/08/2021 | 20 | LETTER TO DISTRICT JUDGE by Michael J. Lindell . (Daniels, Douglas) (Entered: 07/08/2021) |
| 07/08/2021 | 21 | ORDER in Response to 20 Letter to District Judge. Signed by Judge Patrick J. Schiltz on 7/8/2021.(CLG) (Entered: 07/08/2021) |
| 07/13/2021 | 22 | WAIVER OF SERVICE Returned Executed filed by Michael J. Lindell. SGO Corporation Limited waiver sent on 6/9/2021, answer due 8/9/2021. (Novosad, Heath) (Entered: 07/13/2021) |
| 07/13/2021 | 23 | WAIVER OF SERVICE Returned Executed filed by Michael J. Lindell. Smartmatic International Holding B.V. waiver sent on 6/9/2021, answer due 8/9/2021. (Novosad, Heath) (Entered: 07/13/2021) |
| 07/13/2021 | 24 | WAIVER OF SERVICE Returned Executed filed by Michael J. Lindell. Smartmatic USA Corp. waiver sent on 6/9/2021, answer due 8/9/2021. (Novosad, Heath) (Entered: 07/13/2021) |
| 07/13/2021 | 25 | NOTICE of Appearance by Christopher K Larus on behalf of SGO Corporation Limited, Smartmatic International Holding B.V., Smartmatic USA Corp.. (Larus, Christopher) (Entered: 07/13/2021) |
| 07/13/2021 | 26 | NOTICE of Appearance by William E. Manske on behalf of SGO Corporation Limited, Smartmatic International Holding B.V., Smartmatic USA Corp.. (Manske, William) (Entered: 07/13/2021) |
| 07/13/2021 | 27 | MOTION for Admission Pro Hac Vice for Attorney Martin V. Sinclair, Jr.. Filing fee $ 100, receipt number AMNDC−8878964 filed by SGO Corporation Limited, Smartmatic International Holding B.V., Smartmatic USA Corp.. (Manske, William) (Entered: 07/13/2021) |
| 07/13/2021 | 28 | MOTION for Admission Pro Hac Vice for Attorney J. Erik Connolly. Filing fee $ 100, receipt number AMNDC−8878987 filed by SGO Corporation Limited, Smartmatic International Holding B.V., Smartmatic USA Corp.. (Manske, William) (Entered: 07/13/2021) |
| 07/13/2021 | 29 | MOTION for Admission Pro Hac Vice for Attorney Nicole E. Wrigley. Filing fee $ 100, receipt number AMNDC−8879001 filed by SGO Corporation Limited, Smartmatic International Holding B.V., Smartmatic USA Corp.. (Manske, William) (Entered: 07/13/2021) |
| 07/13/2021 | 30 | RULE 7.1 DISCLOSURE STATEMENT. Parent corporation, publicly held corporation or wholly−owned subsidiary reported for Defendant Smartmatic USA Corp.. (Larus, Christopher) (Entered: 07/13/2021) |
| 07/13/2021 | 31 | RULE 7.1 DISCLOSURE STATEMENT. Parent corporation, publicly held corporation or wholly−owned subsidiary reported for Defendant Smartmatic International Holding B.V.. (Larus, Christopher) (Entered: 07/13/2021) |
| 07/13/2021 | 32 | RULE 7.1 DISCLOSURE STATEMENT. There is no parent corporation, publicly held corporation or wholly−owned subsidiary to report for Defendant SGO Corporation Limited. (Larus, Christopher) (Entered: 07/13/2021) |
| 07/13/2021 | 33 | STIPULATION *to Extend Time to Answer, Plead or Otherwise Respond to Complaint* by SGO Corporation Limited, Smartmatic International Holding B.V., Smartmatic USA Corp. Jointly Signed by Michael J. Lindell. (Larus, Christopher) Modified text on 7/14/2021 (CLK). (Entered: 07/13/2021) |
| 07/13/2021 | 34 | PROPOSED ORDER TO JUDGE re 33 Stipulation,. (Larus, Christopher) (Entered: 07/13/2021) |
| 07/14/2021 | 35 | |

| | | |
|---|---|---|
| | | ORDER on 33 Stipulation. Signed by Judge Patrick J. Schiltz on 7/14/2021.(CLG) (Entered: 07/14/2021) |
| 07/16/2021 | 36 | TEXT ONLY ENTRY: ORDER granting 27 Motion for Admission Pro Hac Vice of Attorney Martin Vincent Sinclair, Jr for SGO Corporation Limited, Smartmatic International Holding B.V., and for Smartmatic USA Corp.; granting 28 Motion for Admission Pro Hac Vice of Attorney Joel Erik Connolly for SGO Corporation Limited, Smartmatic International Holding B.V., and for Smartmatic USA Corp.; granting 29 Motion for Admission Pro Hac Vice of Attorney Nicole Wrigley for SGO Corporation Limited, Smartmatic International Holding B.V., and for Smartmatic USA Corp. Approved by Magistrate Judge David T. Schultz on 7/16/2021. (NAH) (Entered: 07/16/2021) |
| 08/12/2021 | 37 | LETTER TO DISTRICT JUDGE by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc. . (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B)(Ursu, John) (Entered: 08/12/2021) |
| 08/16/2021 | 38 | LETTER TO DISTRICT JUDGE by SGO Corporation Limited, Smartmatic International Holding B.V., Smartmatic USA Corp. . (Manske, William) (Entered: 08/16/2021) |
| 08/17/2021 | 39 | (Text−Only) NOTICE: Status conference set for 8/20/2021 at 10:00 AM via video conference before Judge Patrick J. Schiltz.<br><br>**Notice to Public:** Please visit our website at https://www.mnd.uscourts.gov/court−schedules for audio connection information for this hearing. Note that hearings might not appear on the court schedule or courthouse kiosk until one week before the hearing date.<br><br>(CLG) (Entered: 08/17/2021) |
| 08/19/2021 | 40 | MOTION for Admission Pro Hac Vice for Attorney Laranda M. Walker. Filing fee $ 100, receipt number AMNDC−8962501 filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. (Ursu, John) (Entered: 08/19/2021) |
| 08/19/2021 | 41 | MOTION for Admission Pro Hac Vice for Attorney Stephen Shackelford, Jr.. Filing fee $ 100, receipt number AMNDC−8962521 filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. (Ursu, John) (Entered: 08/19/2021) |
| 08/19/2021 | 42 | RULE 7.1 DISCLOSURE STATEMENT. There is no parent corporation, publicly held corporation or wholly−owned subsidiary to report for Defendants Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. (Ursu, John) (Entered: 08/19/2021) |
| 08/19/2021 | 43 | RULE 7.1 DISCLOSURE STATEMENT. There is no parent corporation, publicly held corporation or wholly−owned subsidiary to report for Defendants Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. (Ursu, John) (Entered: 08/19/2021) |
| 08/20/2021 | 44 | Minute Entry for proceedings held before Judge Patrick J. Schiltz: Status Conference held on 8/20/2021. (Court Reporter Debra Beauvais) (CLG) (Entered: 08/20/2021) |
| 08/24/2021 | 45 | MOTION to Transfer/Change Venue filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. (Ursu, John) (Entered: 08/24/2021) |
| 08/24/2021 | 46 | STIPULATION re 45 MOTION to Transfer/Change Venue by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., US Dominion, Inc.. Jointly Signed by My Pillow, Inc., Michael J. Lindell, US Dominion, Inc., Dominion Voting Systems Inc, Dominion Voting Systems Corporation, Smartmatic USA Corp, Smartmatic International Holding B.V., and SGO Corporation Limited. (Ursu, John) (Entered: 08/24/2021) |
| 08/24/2021 | 47 | |

| | | |
|---|---|---|
| | | PROPOSED ORDER TO JUDGE re Transfer 46 Stipulation, 45 Motion to Transfer/Change Venue. (Ursu, John) (Entered: 08/24/2021) |
| 08/25/2021 | 48 | ORDER TO TRANSFER CASES TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA. Signed by Judge Patrick J. Schiltz on 8/25/2021. (Attachments: # 1 Exhibit A) (CLG) (Entered: 08/25/2021) |
| 08/25/2021 | 49 | TEXT ONLY ENTRY: ORDER granting 40 Motion for Admission Pro Hac Vice of Attorney Laranda Walker for Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., and for US Dominion, Inc.; granting 41 Motion for Admission Pro Hac Vice of Attorney Stephen Shackelford, Jr for Dominion Voting Systems Corporation, Dominion Voting Systems, Inc., and for US Dominion, Inc. Approved by Magistrate Judge David T. Schultz on 8/25/2021. (NAH) (Entered: 08/25/2021) |
| 08/27/2021 | 50 | (Text−Only) CLERK'S NOTICE: This case has been transferred/extracted to the District of Columbia. (kt) (Entered: 08/27/2021) |
| 09/10/2021 | 51 | (Text−Only) CLERK'S NOTICE: Case transferred from Minnesota has been opened in District of Columbia as case, filed 08/27/2021. (lmb) (Entered: 09/10/2021) |