AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Michael J. Lindell | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-02296-RBW |
| US Dominion, Inc. et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation, Defendants.

Date: 09/15/2021

/s/ Dustin A. Pusch
*Attorney's signature*

Dustin A. Pusch (Bar No. 1015069)
*Printed name and bar number*
Clare Locke LLP
10 Prince Street
Alexandria, VA 22314

*Address*

dustin@clarelocke.com
*E-mail address*

(202) 628-7400
*Telephone number*

*FAX number*