AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| MICHAEL J. LINDELL | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-02296-RBW |
| US DOMINION, INC. et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael J. Lindell, Plaintiff                                                            .

Date:   09/19/2021

/s/ Douglas A. Daniels
*Attorney's signature*

Douglas A. Daniels (Bar No. TX0205)
*Printed name and bar number*

Daniels & Tredennick PLLC
6363 Woodway Dr, Ste 700
Houston, TX 77057
*Address*

doug.daniels@dtlawyers.com
*E-mail address*

(713) 917-0024
*Telephone number*

(713) 917-0026
*FAX number*