AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| MICHAEL J. LINDELL | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-02296-RBW |
| US DOMINION, INC. et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael J. Lindell, Plaintiff.

Date: 09/19/2021

/s/ Heath A. Novosad
*Attorney's signature*

Heath A. Novosad (Bar No. TX0207)
*Printed name and bar number*

Daniels & Tredennick PLLC
6363 Woodway Dr, Ste 700
Houston, TX 77057
*Address*

heath.novosad@dtlawyers.com
*E-mail address*

(713) 917-0024
*Telephone number*

(713) 917-0026
*FAX number*