AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Michael J. Lindell ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-02296-RBW |
| US Dominion, Inc., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Smartmatic USA Corp., Smartmatic International Holding B.V. and SGO Corporation Limited.

Date: 09/23/2021

/s/ Emily Newhouse Dillingham
*Attorney's signature*

Emily Newhouse Dillingham (Bar No. IL0043)
*Printed name and bar number*

Benesch, Friedlander, Coplan & Aronoff LLP
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606
*Address*

edillingham@beneschlaw.com
*E-mail address*

(312) 624-6413
*Telephone number*

(312) 767-9192
*FAX number*