AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Michael J. Lindell ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-02296-RBW |
| US Dominion, Inc., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

Date: 09/21/2021

/s/ Laranda Walker
*Attorney's signature*

Laranda Walker TX0028
*Printed name and bar number*

Susman Godfrey LLP
1000 Louisiana St # 5100
Houston, TX 77002
*Address*

lwalker@susmangodfrey.com
*E-mail address*

(713) 651-9366
*Telephone number*

(713) 656-4666
*FAX number*