AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Michael J. Lindell | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-02296-RBW |
| US Dominion, Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

Date: 09/21/2021

/s/ Florence Chen
*Attorney's signature*

Florence Chen TX0025
*Printed name and bar number*

Susman Godfrey LLP
1000 Louisiana St # 5100
Houston, TX 77002

*Address*

fchen@susmangodfrey.com
*E-mail address*

(713) 651-9366
*Telephone number*

(713) 656-4666
*FAX number*