UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. LINDELL,<br><br>             Plaintiff,<br><br>      vs.<br><br>US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>             Defendants. | Case No. 21-cv-2296-RBW |

## ORDER

Currently before the Court is an unopposed motion to continue the deadline to answer or otherwise respond to the complaint (the "Motion to Continue"), as filed by Defendants Smartmatic USA Corporation, Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, the "Smartmatic Defendants"). For good cause shown, the unopposed Motion to Continue is **GRANTED**. Accordingly, it is hereby **ORDERED** that the Smartmatic Defendants' deadline to answer or otherwise respond to the complaint is **CONTINUED** until a date that will be determined by the Court following a decision on reassignment.

**SO ORDERED** this ___ day of _____, 2021.

_____
REGGIE B. WALTON
United States District Judge