UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. LINDELL,<br><br>        Plaintiff,<br><br>    vs.<br>US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>        Defendants. | Case No. 21-cv-2296-RBW |

**MOTION FOR ADMISSION OF MARTIN V. SINCLAIR, JR. *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d) of this Court, Emily Newhouse Dillingham, undersigned sponsoring counsel, moves this Court for permission for Martin V. Sinclair, Jr. to appear *pro hac vice* on behalf of Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (the "Smartmatic Defendants") in the above-captioned case. In support of this motion, Mr. Sinclair provides his declaration, attached as Exhibit A.

The Smartmatic Defendants respectfully request that this Court grant this motion for Mr. Sinclair to appear *pro hac vice* in all matters in this case.

Respectfully submitted on this 30th day of September, 2021.

By:   */s/ Emily Newhouse Dillingham*
      Emily Newhouse Dillingham
      Benesch, Friedlander, Coplan & Aronoff LLP
      71 South Wacker Drive, Suite 1600
      Chicago, Illinois 60606-4637
      Telephone: 312.212.4949
      Facsimile: 312.767.9192

      Sponsoring Counsel

      *Counsel for Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

## CERTIFICATE OF SERVICE

I, Emily Newhouse Dillingham, certify that on this 30th day of September, 2021, I electronically filed the foregoing Motion for Admission of Martin V. Sinclair, Jr. *Pro Hac Vice* with the Clerk of the U.S. District Court for the District of Columbia using the CM/ECF system, which will send a notice of this electronic filing to all counsel.

                                               */s/ Emily Newhouse Dillingham*
                                               Emily Newhouse Dillingham