UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. LINDELL,<br><br>    Plaintiff,<br><br>vs.<br><br>US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>    Defendants. | Case No. 21-cv-2296-RBW |

## MOTION FOR ADMISSION
## OF J. ERIK CONNOLLY *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d) of this Court, Emily Newhouse Dillingham, undersigned sponsoring counsel, moves this Court for permission for J. Erik Connolly to appear *pro hac vice* on behalf of Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (the "Smartmatic Defendants") in the above-captioned case. In support of this motion, Mr. Connolly provides his declaration, attached as Exhibit A.

The Smartmatic Defendants respectfully request that this Court grant this motion for Mr. Connolly to appear *pro hac vice* in all matters in this case.

Respectfully submitted on this 1st day of October, 2021.

By:  */s/ Emily Newhouse Dillingham*
Emily Newhouse Dillingham
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone:  312.212.4949
Facsimile:  312.767.9192

Sponsoring Counsel

*Counsel for Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

## CERTIFICATE OF SERVICE

I, Emily Newhouse Dillingham, certify that on this 1st day of October, 2021, I electronically filed the foregoing Motion for Admission of J. Erik Connolly *Pro Hac Vice* with the Clerk of the U.S. District Court for the District of Columbia using the CM/ECF system, which will send a notice of this electronic filing to all counsel.

                                                              */s/ Emily Newhouse Dillingham*
                                                               Emily Newhouse Dillingham