# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. LINDELL,<br><br>      Plaintiff,<br><br>vs.<br><br>US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>      Defendants. | Case No. 21-cv-2296-RBW |

**DECLARATION OF NICOLE E. WRIGLEY**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Nicole E. Wrigley, make the following declaration pursuant to 28 U.S.C. § 1746:

1.  I make this declaration upon personal knowledge and am competent to testify to the facts set forth.

2.  I am an attorney at the law firm of Benesch, Friedlander, Coplan & Aronoff LLP and counsel for Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited. My office address is 71 S. Wacker Drive, Suite 1600, Chicago, Illinois 60606. My business telephone number is (312) 212-4949.

3.  I am a member in good standing of the Bar of the State of Illinois. I am also admitted to practice in the United States District Court for the Northern District of Illinois, United States District Court for the Central District of Illinois, and United States District Court for the Southern District of New York. Attached as **Exhibit 1** is a Certificate of Good Standing from the bar of the State of Illinois dated September 10, 2021.

4. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5. I have not been admitted *pro hac vice* before this Court within the last two years.

6. I reside and practice law from an office outside this District.

7. The name, address, telephone number and email address of the sponsoring attorney of record for Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited is:

>Emily Newhouse Dillingham
>Benesch, Friedlander, Coplan & Aronoff LLP
>71 S. Wacker Drive, Suite 1600
>Chicago, IL 60606
>Telephone: (312) 212-4949
>Facsimile: (312) 767-9192
>Email: edillingham@beneschlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 1st day of October, 2021 at Chicago, Illinois.

>By: /s/ Nicole E. Wrigley
>Nicole E. Wrigley
>   (*Pro Hac Vice* Forthcoming)
>Benesch, Friedlander, Coplan & Aronoff LLP
>71 South Wacker Drive, Suite 1600
>Chicago, Illinois 60606-4637
>Telephone:  (312) 212.4949
>Facsimile:  (312) 767.9192
>
>*Counsel for Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

# EXHIBIT 1

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Nicole E. Wrigley

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/07/2002 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 10th day of September, 2021.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois