UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. LINDELL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>　　　　Defendants. | Case No. 21-cv-2296-RBW |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Motion for Admission of Nicole E. Wrigley *Pro Hac Vice* and pursuant to Local Civil Rule 83.2(d) of this Court and supporting declaration,

IT IS, this _____ day of October 2021, ORDERED that the motion be and hereby is granted.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States District Judge