Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MICHAEL J. LINDELL

      Plaintiff

vs.

U.S. DOMINION, INC. et al

      Defendant

Civil No.    21-2296    (CJN)

Category   L

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  10/5/2021  from  Judge Reggie B. Walton

to  Judge Carl J. Nichols  by direction of the Calendar Committee.

(Case Related)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case Management Committee

cc:    Judge Reggie B. Walton   & Courtroom Deputy
       Judge Carl J. Nichols   & Courtroom Deputy
Liaison, Calendar and Case Management Committee