AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| MICHAEL J. LINDELL ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-02296-CJN |
| US Dominion, Inc., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited   .

Date:   10/06/2021

/s/ Martin V. Sinclair, Jr.
*Attorney's signature*

Martin V. Sinclair, Jr. (Illinois 6287402)
*Printed name and bar number*
Benesch, Friedlander, Coplan & Aronoff LLP
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606

*Address*

msinclair@beneschlaw.com
*E-mail address*

(312) 212-4949
*Telephone number*

(312) 767-9192
*FAX number*