IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. LINDELL,<br><br>    Plaintiff,<br><br>    v.<br><br>US DOMINION, INC.,<br>DOMINION VOTING SYSTEMS, INC.,<br>DOMINION VOTING SYSTEMS<br>CORPORATION, SMARTMATIC USA<br>CORP., SMARTMATIC<br>INTERNATIONAL HOLDING B.V., and<br>SGO CORPORATION LIMITED,<br><br>    Defendants. | Case No. 1:21-cv-02296-CJN |

**[PROPOSED] ORDER**

Having considered the *Motion to Continue to Stay Deadlines as to Dominion Pending Status Conference* filed by Defendants, US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Dominion"), it is hereby ORDERED that the motion is GRANTED. The case will remain stayed as to Dominion pending resolution of the issues to be discussed during the October 25, 2021 status conference in *US Dominion, Inc. et al. v. My Pillow Inc., et al.* (Case No. 1:21-cv-00445-CJN) until further order of the Court.

Signed this ___ day of October, 2021.

_____
Honorable Carl J. Nichols
United States District Judge