IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. LINDELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>US DOMINION, INC., et al., )<br>)<br>Defendants. )<br>)<br>)<br>) | Case No. 1:21-cv-02296-CJN |

**DEFENDANT MICHAEL J. LINDELL'S RESPONSE
TO DOMINION'S MOTION TO CONTINUE TO STAY
DEADLINES AS TO DOMINION PENDING STATUS CONFERENCE**

Michael J. Lindell disputes as being inaccurate or extraneous to the issue of a stay several of the assertions, characterizations, and arguments made in the Dominion Defendants' procedural Motion to Continue to Stay Deadlines as to Dominion Pending Status Conference (the "Motion") (Dkt. No. 78).  However, no purpose would be served in perpetuating the parties' disagreement on those matters in light of the parties' agreement that the case may be stayed until October 25, 2021. Accordingly, in response to the Motion, Mr. Lindell states only that (1) he does not concede any assertion, characterization, or argument made in the Motion, including in particular that there was a "decision to consolidate the three lawsuits," given that no motion, briefing or argument has occurred regarding consolidation; (2) he does not object to staying all deadlines in this action as to the Dominion Defendants through the scheduled status conference on October 25, 2021; and (3) he anticipates that the issue of whether a stay should extend past October 25, 2021 will be raised at the status conference.

Dated:  October 15, 2021

1

Respectfully submitted,

*/s/ Douglas A. Daniels*
Douglas A. Daniels
Texas State Bar No. 00793579
Heath A. Novosad
Texas State Bar No. 24037199
DANIELS & TREDENNICK PLLC
6363 Woodway Dr., Suite 700
Houston, TX 77057-1759
(713) 917-0024 Telephone
 (713) 917-0026 Facsimile
Email: doug.daniels@dtlawyers.com
Email: heath@dtlawyers.com

*Attorneys for Plaintiff Michael J. Lindell*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand will serve counsel for the parties.

*/s/ Douglas A. Daniels*
Douglas A. Daniels