UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. LINDELL,<br><br>      Plaintiff,<br><br>vs.<br><br>US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>      Defendants. | Case No. 21-cv-2296-RBW |

**SMARTMATIC DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b)(6)**

    Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, the "Smartmatic Defendants"), respectfully move this Court to dismiss all claims against them (ECF No. 1) under Federal Rule of Civil Procedure 12(b)(6). Points and authorities supporting dismissal are set forth in an accompanying memorandum. This motion and the accompanying memorandum comply with Local Rule 7 and this Court's General Order for Civil Cases.[1]

---

[1] https://www.dcd.uscourts.gov/sites/dcd/files/FINALGeneralOrderGuidelinesCivilCases.pdf.

1

Dated: October 27, 2021

                             */s/  J. Erik Connolly*

                             J. Erik Connolly (*admitted pro hac vice*)
                                 Illinois ARDC No. 6269558
                                 Email: econnolly@beneschlaw.com
                             Nicole E. Wrigley (*admitted pro hac vice*)
                                 Illinois ARDC No. 6278749
                                 Email: nwrigley@beneschlaw.com
                             Martin V. Sinclair, Jr. (*admitted pro hac vice*)
                                 Illinois ARDC No. 6287402
                                 Email:  msinclair@beneschlaw.com

                             Emily Newhouse Dillingham
                                 D.C. Bar No. IL0043
                                 Email:  edillingham@beneschlaw.com

                             BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
                             71 South Wacker Drive, Suite 1600
                             Chicago, Illinois 60606-4637
                             Telephone:  312.212.4949

                             *Counsel for Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2021, the foregoing Smartmatic Defendants' Motion to Dismiss Under Rule 12(b)(6) was served on all parties through the Court's ECF system.

Dated: October 27, 2021

/s/ J. Erik Connolly

J. Erik Connolly (*admitted pro hac vice*)
   Illinois ARDC No. No. 6269558
   Email: econnolly@beneschlaw.com
Nicole E. Wrigley (*admitted pro hac vice*)
   Illinois ARDC No. No. 6278749
   Email: nwrigley@beneschlaw.com
Martin V. Sinclair, Jr. (*admitted pro hac vice*)
   Illinois ARDC No. No. 6287402
   Email: msinclair@beneschlaw.com

Emily Newhouse Dillingham
   D.C. Bar No. IL0043
   Email: edillingham@beneschlaw.com

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312.212.4949

*Counsel for Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

# ATTACHMENT 1

# PROPOSED ORDER PURSUANT TO STANDING ORDER FOR CIVIL CASES, RULE 8(a)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. LINDELL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>　　　　　Defendants. | Case No. 21-cv-2296-RBW |

## ORDER

　　Upon consideration of the motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) submitted by Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, the "Smartmatic Defendants") against plaintiff Michael J. Lindell, their accompanying memorandum and exhibit thereto, and any opposition and reply, it is hereby ORDERED:

　　(1)　That the Smartmatic Defendants' motion is GRANTED;

　　(2)　That plaintiff's complaint against the Smartmatic Defendants is dismissed in its entirety.

SO ORDERED this _____ day of _____, 2021.

　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　Hon. Carl J. Nichols
　　　　　　　　　　　　　　　　　　　　United States District Judge