# EXHIBIT A

| From: | Sinclair, Martin |
|---|---|
| To: | Heath A. Novosad; Douglas A. Daniels |
| Cc: | lwalker@susmangodfrey.com; Stephen Shackelford; Andrew Parker; Jordan T.J. Howes; Connolly, J. Erik; Wrigley, Nicole |
| Subject: | RE: DRAFT Joint Status Report |
| Date: | Wednesday, November 3, 2021 11:11:41 AM |
| Attachments: | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |

**CAUTION: EXTERNAL EMAIL**

Heath,

Thank you for circulating the draft report. The Smartmatic Defendants ("Smartmatic") will not sign or join the Joint Status Report. Nor should Smartmatic be referenced in the Report because it is not party to the case at issue.

The Report is part of the proceeding for the Dominion lawsuit against MyPillow and Mr. Lindell, Case No. 21-cv-445. Smartmatic is not a party to that action. Smartmatic did not appear at or participate in the status conference in that action on October 25, 2021, and Judge Nichols has not issued an order instructing or permitting Smartmatic to join in the Report. Smartmatic is not aware of any issue that Judge Nichols has asked Smartmatic to address or, for that matter, asked Mr. Lindell to address with Smartmatic in connection with the litigation between Mr. Lindell and Smartmatic. There is no order for a status report to be submitted in the sole action to which Smartmatic is a party, Case No. 21-cv-2296.

The only deadline pending in Case No. 21-cv-2296 is the date for Mr. Lindell to respond to Smartmatic's motion to dismiss and, as such, there would be nothing further to report with regard to the status of that matter.

Per the Court's Minute Order of October 6, 2021, Smartmatic's motion to dismiss was filed on Wednesday, October 27, 2021. The deadline for Mr. Lindell to file his opposition to Smartmatic's motion is Wednesday, November 10, 2021. *See* D.D.C. LCvR 7(b).  It is not proper for Mr. Lindell to try to address or adjust deadlines in Case No. 21-cv-2296 by filing a Report in a separate case to which Smartmatic is not a party.

Very kind regards,
Martin


**Martin Sinclair**
Partner

Litigation

Benesch Friedlander Coplan & Aronoff LLP

71 South Wacker Drive, Suite 1600

Chicago, IL 60606-4637

Ph:     312.624.6369

Cell:   312.731.8359

Fax:    312.767.9192

Email: MSinclair@beneschlaw.com

www.beneschlaw.com



Bio

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Heath A. Novosad <heath@dtlawyers.com>

**Sent:** Tuesday, November 2, 2021 3:43 PM

**To:** Stephen Shackelford <SShackelford@susmangodfrey.com>; lwalker@susmangodfrey.com; Sinclair, Martin <MSinclair@beneschlaw.com>

**Cc:** Andrew Parker <parker@parkerdk.com>; Douglas A. Daniels <doug.daniels@dtlawyers.com>; Jordan T.J. Howes <jordan@dtlawyers.com>

**Subject:** DRAFT Joint Status Report

Stephen, Laranda and Martin –

Attached is a shell of the Joint Status Report, which includes our draft of the sections where we believe we reached agreement.  Please let us know if you have any comments on those sections, and we can work together to present the agreed portions to the Court.

We are working on the other issues.  Let's stay in touch this week on a process for finalizing this.

Thanks.

heath



Heath A. Novosad

Partner  | Daniels & Tredennick PLLC

6363 Woodway Dr., Suite 700, Houston, Texas 77057

P: 713.917.0024 | D: 713.275.1383

**Attorneys licensed in**
**TX, AR, CA, CO, MN, MO, NE, NY, OK, D.C., ND**



**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged.  If you have received this communication in error, please contact the sender immediately.  Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other

than the named recipient(s) is strictly prohibited.