# EXHIBIT B

| | |
|---|---|
| **From:** | Sinclair, Martin |
| **To:** | Heath A. Novosad; Jordan T.J. Howes; Douglas A. Daniels |
| **Cc:** | Connolly, J. Erik; Wrigley, Nicole |
| **Subject:** | RE: Lindell v. Smartmatic |
| **Date:** | Wednesday, November 3, 2021 1:41:11 PM |
| **Attachments:** | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |

**CAUTION: EXTERNAL EMAIL**

Heath,

As we discussed telephonically last week, the Court's Minute Orders demonstrate that this case is not stayed as to the Smartmatic Defendants.

The Smartmatic Defendant's Unopposed Motion to Continue Their Deadline to Answer or Otherwise Respond to the Complaint (ECF No. 69) was granted on October 6, 2021. (10/06/2021 Minute Order.) The deadline to respond to the Complaint was set as October 27, 2021. (*Id*.) The Smartmatic Defendants so filed their motion to dismiss Mr. Lindell's claims against them on October 27, 2021. (ECF No. 81.) As I noted in my email earlier today, Mr. Lindell's deadline to file an opposition to that motion is Thursday, November 10, 2021. *See* D.D.C. LCvR 7(b).

On October 14, 2021, Dominion filed Dominion's Motion to Continue to Stay Deadlines *as to Dominion* Pending Status Conference. (ECF No. 78 (emphasis added).) Dominion did not seek to stay any deadlines involving the Smartmatic Defendants. Nor did Mr. Lindell seek to stay any such deadlines as to the Smartmatic Defendants. As such, no request for a stay with respect to the Smartmatic Defendants was before the Court.

On October 18, 2021, by Minute Order, the Court "granted" *Dominion's* motion and wrote that "the case will remain stayed pending resolution of the issues to be discussed during the October 25, 2021 status conference in US Dominion, Inc. et al. v. My Pillow Inc., et al. (Case No. 1:21-cv-00445-CJN)." There was no stay as to the Smartmatic Defendants to "remain" in place, the Smartmatic Defendants are not parties to Case No. 21-cv-445, and, again, a stay of deadlines involving the Smartmatic Defendants was not before the Court.

In our conversations on October 25 and 29, 2021, we advised you that this case was not stayed as to the Smartmatic Defendants and the reasons why. During those calls, you had the opportunity to propose a date certain as a deadline for Mr. Lindell's opposition to the pending motion to dismiss. (*See* Standing Order for Civil Cases, Sec. 9 (ECF No. 74).) You did not do so. Instead, you seek to postpone Mr. Lindell's deadline indefinitely due to proceedings in a case to which the Smartmatic Defendants are not parties.

Given the Court's Minute Orders and the prejudice the Smartmatic Defendants would suffer by the indefinite delay of a resolution of the claims against it, we do not agree to the relief you have requested.

Very kind regards,
Martin



**Martin Sinclair**
Partner
Litigation
Benesch Friedlander Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637
Ph:     312.624.6369
Cell:    312.731.8359
Fax:    312.767.9192
Email: MSinclair@beneschlaw.com
www.beneschlaw.com



Bio

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Heath A. Novosad <heath@dtlawyers.com>
**Sent:** Wednesday, November 3, 2021 11:11 AM
**To:** Sinclair, Martin <MSinclair@beneschlaw.com>
**Cc:** Jordan T.J. Howes <jordan@dtlawyers.com>; Douglas A. Daniels <doug.daniels@dtlawyers.com>
**Subject:** Lindell v. Smartmatic

Martin –

Consistent with our discussions last week, it is our understanding that the Court's October 18 minute order stayed the entire 1:21-cv-2296 matter, including Mike Lindell's claims against both the Dominion defendants and the Smartmatic defendants.  On our calls last week, you indicated that it was Smartmatic's position that the case was only stayed as to Dominion, and Smartmatic filed its motion to dismiss on November 1.

As discussed on Friday's call, we would like to postpone further action in the case until the appeal of the  445 matter is resolved and a Court sets a schedule for Dominion to answer or otherwise respond to our complaint and a deadline for us to respond to the filings by both Smartmatic and Dominion, so that there is consistency and order to the briefing schedule.  Will Smartmatic agree to that relief?

We are going to be filing a motion for clarification (as to whether the stay applies to the entire case or just as to Dominion) or, in the alternative, a motion for extension of time to respond to Smartmatic's motion to dismiss consistent with our discussions and this email. We intend to file our motion this afternoon. Thank you for your consideration.

heath



Heath A. Novosad
Partner | Daniels & Tredennick PLLC
6363 Woodway Dr., Suite 700, Houston, Texas 77057
P: 713.917.0024 | D: 713.275.1383

**Attorneys licensed in
TX, AR, CA, CO, MN, MO, NE, NY, OK, D.C., ND**





**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.