IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL J. LINDELL,** </br></br> *Plaintiff*, </br></br> v. </br></br> **US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,** </br></br> *Defendants.* | **Case No. 1:21-cv-02296-CJN** |

**[PROPOSED] ORDER**

Having considered Plaintiff Michael J. Lindell's ("Lindell") Motion for Clarification of Stay Order, or in the alternative, Motion for Extension of Time ("Motion"), it is hereby ORDERED that the Motion is GRANTED.  It is therefore,

ORDERED, that Case No. 1:21-cv-02296-CJN is stayed in its entirety, including all deadlines for Lindell, Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic"), until further order from the Court.

Signed this \_\_\_\_\_ day of November, 2021.

 

Honorable Carl J. Nichols
United States District Judge