IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MICHAEL J. LINDELL,**

   *Plaintiff*,

v.

**US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS CORPORATION, SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED**

   *Defendants*.

Case No. 1:21-cv-02296-CJN

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

To DEFENDANTS, US Dominion Inc., Dominion Voting Systems. Inc., Dominion Voting Systems Corporation, Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Michael J. Lindell, by and through undersigned counsel, hereby gives notice that the above-entitled action is voluntarily dismissed, without prejudice, as to all Defendants. Plaintiff's claims as alleged in the above-entitled action have been re-filed as counterclaims and third-party claims in Case No. 1:21-cv-00445-CJN pursuant to the Court's November 15, 2021 Order (ECF Doc. No 84).

2

Respectfully submitted,

DANIELS & TREDENNICK, PLLC

*/s/ Heath A. Novosad*
Douglas A. Daniels
Texas State Bar No. 00793579
doug.daniels@dtlawyers.com (E-mail)
Heath A. Novosad
Texas State Bar No. 24037199
heath@dtlawyers.com (E-mail)

6363 Woodway Drive, Suite 700
Houston, Texas 77057
(713) 917-0024 (Telephone)
(713) 917-0026 (Facsimile)

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served upon all parties of record through the Court's CM ECF system on December 1, 2021.

*/s/ Heath A. Novosad*
Heath A. Novosad